JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

'22CV1616 BAS DDL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BECK, JUSTIN S.

## DEFENDANTS
THE STATE BAR OF CALIFORNIA, CATANZARITE LAW CORPORATION, ITS LICENSED COURT OFFICER ET AL.

**(b)** County of Residence of First Listed Plaintiff: SAN DIEGO
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: ORANGE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
[See Attachment for Defendants, Counsel]

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
In Pro Per
3501 Roselle St.    760-449-2509 (Cell)
Oceanside, CA    justintimesd@gmail.com
92056

Attorneys *(If Known)*
OFFICE OF GENERAL COUNSEL
The State Bar of California
Suzanne Grandt, Esq.

CATANZARITE LAW CORPORATION
Kenneth Catanzarite, Esq.
Nicole Marie Catanzarite Woodward, Esq.

FILED
Oct 19 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ glorjav DEPUTY

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | ☐ 462 Naturalization Application | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | ☐ 465 Other Immigration Actions | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. Section 1964, 42 U.S.C. Section 1981, 42 U.S.C. Section 1983, 42 U.S.C. Section 1956 (Federal Receiver)
Brief description of cause:
CIVIL RICO; EQUAL PROTECTION; MALICIOUS PROSECUTION; FEDERAL RECEIVER; OBSTRUCTION

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 2,280,551,890.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
California Court of Appeal (4DCA) G058700, G059457, G059766 (ALL FINAL); G061896 (Writ Pending)
JUDGE The Honorable William H. Alsup
DOCKET NUMBER No. C 17-02798 WHA
No. 21-12766, (11th Cir. Mar. 9, 2022)

DATE: October 18, 2022
SIGNATURE OF ATTORNEY OF RECORD: /s/ In Pro Per

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

## Party Attachment to Federal Civil Case Cover Sheet

**PLAINTIFF:**

BECK, JUSTIN S.
*In Pro Per*

BECK, JUSTIN S.
As *guardian ad litem* to ROES 1-150,000

**REGULATOR[1] DEFENDANTS (1-4):**

THE STATE BAR OF CALIFORNIA,
RUBEN DURAN, ESQ.,
ITS CHAIRMAN OF THE BOARD OF TRUSTEES AND
ITS LICENSED COURT OFFICER

THE STATE BAR OF CALIFORNIA,
SUZANNE CELIA GRANDT, ESQ.,
ITS ASSOCIATE GENERAL COUNSEL AND
ITS LICENSED COURT OFFICER

THE STATE BAR OF CALIFORNIA,
LEAH T. WILSON, ESQ.,
ITS EXECUTIVE DIRECTOR AND
ITS LICENSED COURT OFFICER

THE STATE BAR OF CALIFORNIA,
ELI DAVID MORGENSTERN, ESQ.,
ITS SENIOR TRIAL COUNSEL IN NONSOVEREIGN COURT AND
ITS LICENSED COURT OFFICER

**REGULATOR[1] DEFENDANTS' COUNSEL KNOWN:**

THE STATE BAR OF CALIFORNIA
OFFICE OF GENERAL COUNSEL
ITS REGULATION & CIVIL DEFENSE LAW FIRM
SUZANNE CELIA GRANDT, ESQ. (SBN #304794)
180 Howard St.
San Francisco, CA 94105
suzanne.grandt@calbar.ca.gov
415-538-2388

---

[1] *See N.C. State Bd. of Dental Examiners v. Fed. Trade Comm'n*, 574 U.S. 494, (2015)

**NON-REGULATOR[2] DEFENDANTS (5-15):**

THE STATE BAR OF CALIFORNIA,
CATANZARITE LAW CORPORATION,
ITS LICENSED COURT OFFICER

THE STATE BAR OF CALIFORNIA,
KENNETH JOSEPH CATANZARITE, ESQ.,
ITS LICENSED COURT OFFICER

THE STATE BAR OF CALIFORNIA,
BRANDON WOODWARD, ESQ.
ITS LICENSED COURT OFFICER

THE STATE BAR OF CALIFORNIA,
JIM TRAVIS TICE, ESQ.,
ITS LICENSED COURT OFFICER

THE STATE BAR OF CALIFORNIA,
NICOLE MARIE CATANZARITE WOODWARD, ESQ.,
ITS LICENSED COURT OFFICER

THE STATE BAR OF CALIFORNIA,
TIM JAMES OKEEFE, ESQ.,
ITS LICENSED COURT OFFICER

O'CONNOR, RICHARD FRANCIS JR.

ZAKHIREH, MOHAMMED

DUFFY, JAMES

COOPER, AMY JEANETTE

HIGGERSON, CLIFF

---

[2] *N.C. State Bd. of Dental Examiners v. Fed. Trade Comm'n*, 574 U.S. 494, (2015); See Also S276517 Pending in California Supreme Court *Justin* S. Beck v. Ruben Duran (The State Bar of California) et al.

### NON-REGULATOR DEFENDANTS' COUNSEL KNOWN:

    THE STATE BAR OF CALIFORNIA
    CATANZARITE LAW CORPORATION
    ITS LICENSED COURT OFFICER

    KENNETH JOSEPH CATANZARITE, ESQ. (SBN #113750)
    NICOLE MARIE CATANZARITE WOODWARD (SBN #205746)
    BRANDON WOODWARD (SBN #284621)
    TIM JAMES O'KEEFE (SBN #290175)
    JIM TRAVIS TICE (SBN #153867)
    2331 W. Lincoln Ave.
    Anaheim, CA 92701
    714-520-5544 Phone
    kcatanzarite@catanzarite.com

### SOVEREIGN[3] ASSIGNOR DEFENDANT (16):

    THE STATE OF CALIFORNIA

### SOVEREIGN ASSIGNOR DEFENDANTS' COUNSEL KNOWN:

    THE STATE OF CALIFORNIA
    OFFICE OF THE ATTORNEY GENERAL
    LAW FIRM FOR STATE OF CALIFORNIA
    1800 "I" Street
    Sacramento, CA 95814-2919
    916-445-9555 Phone
    AGelectronicservice@doj.ca.gov

### NONSOVEREIGN ASSIGNEE DEFENDANT (17):

    THE STATE BAR OF CALIFORNIA

### UNNAMED DEFENDANTS (18-28):

    DOES 1-10

---

[3] References is made again to *N.C. State Bd. of Dental Examiners v. Fed. Trade Comm'n*, 574 U.S. 494, (2015); See Also S276517 Pending in California Supreme Court *Justin* S. Beck v. Ruben Duran (The State Bar of California) et al. where State of California has assigned non-sovereign actors in regulation without federally defined supervision – thereby eliminating any form of state action immunity in this case. Gov. Cod. 815.6 causes liability for violation of mandatory duties, including Sherman Act 15 U.S.C. § 1.

**NOMINAL DEFENDANTS (29-30):**

ATTORNEY GENERAL OF THE UNITED STATES

**AS BEING DUTIFULLY BOUND BY UNITED STATES CONSTITUTION; COUNSEL KNOWN:**

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001
202-514-2000
antitrust.atr@usdoj.gov

RE: Civil Rights Complaint Pending #204141-CBZ
RE: Demand for Racketeering Investigation for Cause Shown
RE: Demand for Antitrust Enforcement by Federal Trade Commission
RE  Demand for Equal Protection by State under 14th Amendment (U.S.)
RE: Demand for Federal Receiver under 42 U.S.C. § 1956
RE: Demand for Federal Intervention for Cause Shown
RE: Demand for Congressional Investigation of The State Bar of California

THE STATE OF CALIFORNIA

**AS BEING LIABLE FOR ALL JUDGMENTS DERIVATIVELY; COUNSEL KNOWN:**

THE STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
LAW FIRM FOR STATE OF CALIFORNIA
1800 "I" Street
Sacramento, CA 95814-2919
916-445-9555 Phone
AGelectronicservice@doj.ca.gov

RE: California Victim Bureau Claim Pending #A22-9004524
RE: Sovereign Duty to Enjoin Nonsovereign Actors from RICO § 1961 Violations
RE: Sovereign Duty to Uphold the United States Constitution and 14th Amendment
RE: Liable for All Defendants in this Action under Gov. Cod. § 810, et seq.
RE: Vested Government Claims Act litigation filed by BECK, JUSTIN S. 12/21/2021
RE: California Court of Appeal (4DCA) final rulings are incorporated or pending:

*Beck v. The Superior Court of Orange County*, No. G061986 (Pending Writ)
*Beck v. Catanzarite Law Corp.*, No. G059766, (Cal. Ct. App. Jul. 13, 2022)
*Cultivation Techs. v. Duffy*, No. G059457, (Cal. Ct. App. Nov. 12, 2021)
*Fincanna v. Cultivation Tech.*, No. G058700, (Cal. Ct. App. Jun. 28, 2021)