AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
THE SOUTHERN DISTRICT OF CALIFORNIA

FILED
Oct 19 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ gloriav    DEPUTY

JUSTIN S. BECK )
*Plaintiff/Petitioner* )
v. ) Civil Action No. **'22CV1616 BAS DDL**
CATANZARITE LAW CORPORATION )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 10/11/2022

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Self-employment | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Income from real property *(such as rental income)* | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Gifts | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Alimony | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Child support | $ 0.00 | $ N/A | $ 0.00 | $ N/A |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Unemployment payments | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Public-assistance (such as welfare) | $ 280.00 | $ N/A | $ 280.00 | $ N/A |
| Other (specify): | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Total monthly income: | $ 280.00 | $ 0.00 | $ 280.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| CONTAKT LLC | 2110 S. Coast Highway, Oceanside | 09/2020-04/2021 | $ 27,083.33 |
| | | 4-21 - Present [Unemployed/Conduct at Issue] | $ 0 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A<br>$<br>$ |

4. How much cash do you and your spouse have? $ 12,863.94

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Capital One Bank | Checking | $ 12,863.94 | $ N/A |
| N/A | N/A | $ N/A<br>$ | $<br>$ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ N/A |
| Other real estate (Value) | $ N/A |
| Motor vehicle #1 (Value) | $ N/A |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ N/A |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value)   Claims are probable to prevail per CA Court of Appeal | $ N/A |
| Other assets (Value)   ⨯ Illiquid, but Supporting Cost Recovery by Federal Gov. | $ 100,000,000+ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| State of California | $ 1,282,000.00 | $ N/A |
|  | $ (Unlawful Taking) | $ N/A |
|  | $ N/A | $ N/A |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Brian Bargabus | Boyfriend/Homemaker | 40 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☑ Yes ☐ No<br>Is property insurance included? ☐ Yes ☑ No | $ 800.00 | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 700.00 | $ |
| Home maintenance *(repairs and upkeep)* | $ 100.00 | $ |
| Food | $ 800.00 | $ |
| Clothing | $ 100.00 | $ |
| Laundry and dry-cleaning | $ 0.00 | $ |
| Medical and dental expenses | $ 200.00 | $ |
| Transportation *(not including motor vehicle payments)* | $ 200.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 200.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: Homeowner's (Brian Bargabus) A50173760 | $ 171.92 | $ |
|     Life: Not Applicable | $ NA | $ |
|     Health: Medi-Cal Currently | $ 0.00 | $ |
|     Motor vehicle: Progressive Policy 952937413 | $ 183.97 | $ |
|     Other: | $ N/A | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):*<br>Federal tax debt outstanding of ~$200K from conduct at issue from early IRA w/d | $ 0.00 | $ |
| Installment payments | | |
|     Motor vehicle: 2016 BMW i3 (Electric) | $ 323.00 | $ |
|     Credit card *(name)*: Capital One | $ 200.00 | $ |
|     Department store *(name)*: | $ N/A | $ |
|     Other: $60,000 Debt for State Filings, Living 2022 | $ 0.00 | $ |
| Alimony, maintenance, and support paid to others | $ 1,000.00 | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* costs for filing and serving state legal papers, defense of fraudulent schemes | $ 5,000.00 | $ N/A |
| Other *(specify)*: $60,000 (now maxed out) debt to non-family member above | $ 0.06 | $ N/A |
| **Total monthly expenses:** | $ 9,978.89 | $ N/A  0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☑ Yes   ☐ No   If yes, describe on an attached sheet.   I expect some form of judgment in State courts for some of the claims in 2023 (or settlement).

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☑ Yes   ☐ No

    If yes, how much?  $ 1,700,000.00 State away from anticompetitive behavior shown. I need limited scope Courts representation which I will repay upon judgments to me. ✱

    I understand my case and law, I need help in a federal district

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    See "G059766" Beck v. Catanzarite Law Corp., No. G059766, (Cal. Ct. App. Jul. 13, 2022) and the ratification of this on July 20, 2022 by "regulators" in California. I have no income, cannot continue my life or career, until this case and my state claims pending MSJ are finalized. I need a lawyer in District of Columbia (away from California) to aid in settlement discussions, coordinate with Attorney General, FBI, and for any D.C. hearings

12. Identify the city and state of your legal residence.
    Oceanside, California

    I have no ability to pay my way in life or Court any more.

    Your daytime phone number: (760) 449-2509

    Your age: 42   Your years of schooling: _____

    High School Only
    No College Credits
    No Formal Education
    Self-Paid/Collaterally
    Paid for 4-Years in CA

    ✱ Also request marshall service, discovery referee, and other court costs.

COURT OF APPEAL
4TH DISTRICT DIVISION 3
ELECTRONICALLY FILED
Oct 12, 2022
Kevin Lane, Clerk
By: N. De La Cruz

COURT OF APPEAL - STATE OF CALIFORNIA
FOURTH APPELLATE DISTRICT
DIVISION THREE

JUSTIN BECK,
Petitioner,
v.
THE SUPERIOR COURT OF ORANGE COUNTY et al.,
Respondents;
THE STATE BAR OF CALIFORNIA et al.,
Real Parties in Interest.

**G061896**
**Orange County Super. Ct. No. 30-2020-01145998**
**Orange County Super. Ct. No. 30-2021-01237499**

Pursuant to the filing of a Request to Waive Court Fees and Costs, and with good cause appearing therefor, IT IS ORDERED that appellate court fees and costs for the above-entitled action are waived pursuant to rule 8.26. This fee waiver applies only to the appellate fees and costs identified in California Rules of Court, rule 8.26(e) [appellate court filing fee; court fee for telephonic oral argument]. Any request for a waiver of superior court costs and fees must be addressed to the superior court.

Sanchez, Acting P.J.
Acting Presiding Justice