

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Justin S. Beck

**Plaintiff,**

**V.**

Catanzarite Law Corporation et al.

**Defendant.**

FILED

2022-11-09

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                J. Olsen , Deputy

**Civil No.**  22-cv-01616-BAS-DDL

## STRICKEN DOCUMENT:

Motion for Summary Judgment

### Per Order #      4

3