# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. [Judge Name]

| | |
|---|---|
| CASE NUMBER: | 22-cv-01616-BAS-DDL |
| TITLE: | Beck v. Catanzarite Law Corporation et al |
| FILED DATE: 11/9/2022 | DOCUMENT NO.: 3 |
| DOCUMENT TITLE: | Email, Declaration, and Motion for Summary Judgment of Justin S. Beck |
| DOCUMENT FILED BY: | Justin S. Beck |

Upon the filing of the above referenced document(s), the following discrepancies are noted:

LR 83(9) – Ex Parte Communication is prohibited. The court does not accept requests via email. All documents and/or requests for your case must be submitted for filing via mail or by personal delivery to the court, unless ordered otherwise.

LR 5.1 – Missing time/date on motion, supporting document; Improper Format.

Other – In Forma Pauperis motion is still pending. You may not proceed until that motion has been decided, no fee has been paid.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☒ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Rejected documents to be returned to filer? ☐ Yes.

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: November 10, 2022     CHAMBERS OF: The Honorable Cynthia Bashant

cc: All Parties     By: /s/ Law Clerk