```
DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS142705
Cashier ID: scanepa
Transaction Date: 01/03/2023
Payer Name: Justin Beck

CIVIL FILING FEE- NON-PRISONER
 For: Justin Beck
 Amount:         $402.00

CREDIT CARD
 Amt Tendered:  $402.00

Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.
```