```
JUSTIN S. BECK
3501 ROSELLE ST.
OCEANSIDE, CA 92056
760-449-2509
justintimesd@gmail.com
In Pro Per + Guardian Ad Litem
```

**FILED**
JAN 0 3 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK, et al.<br><br>Plaintiff,<br><br>vs.<br><br>CATANZARITE LAW CORPORATION, et al.<br><br>Defendants, | Case No.: <u>3:22-CV-01616-BAS-DDL</u> |

## <u>IDENTIFICATION OF DOES 1-10</u>
### <u>Notice of Aliases of All Defendants with ", ESQ." Designation</u>

To the Clerk:

I have identified the true names of DOES 1-9 in the above-entitled action.

ANTHONY B. SCUDDER
ELLIN DAVTYAN, ESQ.
ROBERT GEORGE RETANA, ESQ.
GEORGE SARGENT CARDONA, ESQ.
JORGE E. NAVARETTE
ORANGE COUNTY SUPERIOR COURT
ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE
JOHN C. GASTELUM
UNITED STATES OF AMERICA (Nominal Defendant)

    The Court is hereby noticed that the designation of ", ESQ." is intended to distinguish attorneys from non-attorneys, and that each defendant without ", ESQ." should also be recorded in this action with an alias without ", ESQ." designation to ensure proper entry of proposed judgments.

The Court is hereby noticed that I have delivered copies of the complaint to all parties by postal mail, and that I have delivered a copy of the first amended complaint to each individual defendant with notice of ABA Rule 1.7 as it relates to this action, and Political Reform Act of 1974.

The Court is hereby noticed that I have delivered a copy of this document to all parties in this action.

**Date: JANUARY 3, 2023**

/s/ *[signature]*

(Signature of the Attorney or Unrepresented Party)

JUSTIN S. BECK
Printed Name

3501 Roselle Street
Oceanside, CA 92056
760-449-2509
justintimesd@gmail.com
2

22-CV-1616-BAS-DDL