1  JUSTIN S. BECK
2  3501 ROSELLE ST.
   OCEANSIDE, CA 92056
3  760-449-2509
   justintimesd@gmail.com
4  *In Pro Per + Guardian Ad Litem*

FILED
JAN 09 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

5              UNITED STATES DISTRICT COURT
6                       FOR THE
7              SOUTHERN DISTRICT OF CALIFORNIA

8  
9  JUSTIN S. BECK, individually, and
   as *guardian ad litem* to ROES 1-150,000, and
10 as *guardian ad litem* to U.S.A.

11            Plaintiff,

12    vs.

13 
14 CATANZARITE LAW CORPORATION;
   STATE OF CALIFORNIA; THE STATE BAR
15 OF CALIFORNIA; ORANGE COUNTY
   SUPERIOR COURT; ORANGE COUNTY
16 DISTRICT ATTORNEY'S OFFICE; RUBEN
   DURAN, ESQ.; SUZANNE CELIA GRANDT,
17 ESQ.; RICHARD FRANCIS O'CONNOR, JR.;
18 MOHAMMED ZAKHIREH; JAMES DUFFY;
   KENNETH CATANZARITE, ESQ.; JIM
19 TRAVIS TICE, ESQ.; NICOLE MARIE
   CATANZARITE WOODWARD, ESQ.;
20 BRANDON WOODWARD, ESQ.; TIM JAMES
21 O'KEEFE, ESQ.; AMY JEANETTE COOPER;
   CLIFF HIGGERSON; JAMES DUFFY, ELI
22 DAVID MORGENSTERN, ESQ.; LEAH
   WILSON, ESQ.; ROBERT GEORGE RETANA,
23 ESQ.; ELLIN DAVTYAN, ESQ.; JOHN C.
24 GASTELUM; JORGE E. NAVARETTE;
   GEORGE SARGENT CARDONA, ESQ.;
25 ANTHONY B. SCUDDER

26            Defendants,
27
28

Case No.: 3:22-CV-01616-BAS-DDL

**DECLARATION OF JUSTIN S. BECK IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Filed Concurrently With:

1) *Ex Parte* Application for Temporary Restraining Order

2) Exhibits in Support of Application for Temporary Restraining Order, Summary Judgment Motion, and Trial

1                                                22-CV-1616-BAS-DDL

| | |
|---|---|
| 1 | ATTORNEY GENERAL OF THE UNITED ) |
| 2 | STATES; STATE OF CALIFORNIA; UNITED ) STATES OF AMERICA: ) |
| 3 | ) Nominal Defendants ) |
| 4 | ) |

## DECLARATION OF JUSTIN S. BECK IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER

I, Justin S. Beck, declare as follows:

1. I am over the age of 18, I am Plaintiff in this action and two related cases I removed to Central District, Southern Division of U.S. District Court from Orange County Superior Court (OCSC Case No. 30-2021-01237499 and OCSC Case No. 30-2020-01145998) on January 5, 2023, related to the same facts and circumstances. I have shown several Court of Appeal rulings in my first amended complaint where I am likely to prevail on the merits of at least some of my claims, here.

2. I have personal knowledge of all facts stated in this declaration, the authenticity of exhibits and copies, and if called to testify, I could and would competently testify thereto.

3. On Saturday, January 7, 2023, I sent email "Notice of Federal TRO and Constructive Fraud RE: January 6, 2023 Finance Hearing" to joan.randolph@calbar.ca.gov , ruben.duran@calbar.ca.gov , AGelectronicservice@doj.ca.gov , rob.bonta@doj.ca.gov , Efile.dkt.civ@usdoj.gov , hailyn.chen@mto.com , eli.morgenstern@calbar.ca.gov , ellin.davtyan@calbar.ca.gov , michael.redding@calbar.ca.gov , CFO@calbar.ca.gov , louisa.ayrapetyan@calbar.ca.gov , brady.dewar@calbar.ca.gov , carissa.andresen@calbar.ca.gov , george.cardona@calbar.ca.gov . which are the email addresses for: Joan Randolph as Legal Secretary in Office of General Counsel for The State Bar of California, Ruben Duran as Chairman of Board of Trustees for The State Bar of California, Attorney General for State of California (E-Service), Rob Bonta as Attorney General for State of California, U.S. Attorney's Office for Southern District of California, Ellin Davtyan as General Counsel for The State Bar of California, Eli David Morgenstern as Senior Trial Counsel for The State Bar of California, Michael Redding as Assistant Attorney General for State of California, Aracely Montoya-Chico as CFO for The State Bar of California, Louisa Ayrapetyan as Principal Program Analyst for The State Bar of California and as Contact for CFO respecting the January 6, 2023 finance hearing, Carissa Andresen as Office of General Counsel for The State Bar of California, Brady Dewar as Office of General Counsel for The State Bar of California, and George Cardona as Chief Trial Counsel for The State Bar of California as follows:

## Notice of Federal TRO and Constructive Fraud RE: January 6, 2023 Finance Hearing

**Justin Beck** <justintimesd@gmail.com>   Sat, Jan 7, 2023 at 12:07 PM
To: "Randolph, Joan" <Joan.Randolph@calbar.ca.gov>, "Duran, Ruben" <Ruben.Duran@calbar.ca.gov>, "Retana, Robert" <robert.retana@calbar.ca.gov>
Cc: agelectronicservice@doj.ca.gov, rob.bonta@doj.ca.gov, Efile.dkt.civ@usdoj.gov, hailyn.chen@mto.com, "Morgenstern, Eli" <Eli.Morgenstern@calbar.ca.gov>, "Davtyan, Ellin" <Ellin.Davtyan@calbar.ca.gov>, Michael Redding <michael.redding@doj.ca.gov>, CFO@calbar.ca.gov, Louisa.ayrapetyan@calbar.ca.gov, "Dewar, Brady" <Brady.Dewar@calbar.ca.gov>, "Andresen, Carissa" <Carissa.Andresen@calbar.ca.gov>, george.cardona@calbar.ca.gov

CC: United States Attorney General, California Attorney General and Senate Judiciary Committee

ATTN: Board of Trustees for The State Bar of California and Office of General Counsel

Mr. Duran,

I'm writing to notice you of a forthcoming TRO and motion for preliminary injunction in federal court that I'm filing on behalf of the United States derivatively under 15 U.S.C. Section 1 and 18 U.S.C. Section 1962(d). Here we have more of the "five layer chess game" at issue.

**PARTIAL GROUNDS FOR TRO AND EXTRAORDINARY RELIEF FOR THE UNITED STATES**

- The State Bar of California has had, since October 14, 2021, a preservation of evidence letter from me confirmed by Carissa Andresen in May 2022.

- On December 28, 2022 -- defendant ROBERT RETANA sought to waive service in 22-CV-01616-BAS-DDL by appearing on behalf of LEAH WILSON, SUZANNE GRANDT, and ELI DAVID MORGENSTERN. Overtly, due to the January 6, 2023 finance meeting, RUBEN DURAN was not among the waivers.

- I have rejected those waivers as being violative of ABA 1.7, also because each of you are charged with felonies. You will each be served by the U.S. Marshal.

- The Office of General Counsel is prohibited from using licensee funds to defend individuals against felony charges and U.S. Southern District of California only allows appearance by attorneys of "good moral character" who are licensees of The State Bar of California. Each of you will have to obtain your own counsel on your own dime, or you'll have to represent yourselves in three federal cases (including two removed from OCSC) also lacking disclosure to the public.

- This is the first of several formal notices that I'm moving for a TRO under F. R. 65 on behalf of the United States derivatively in 3:22-CV-01616-BAS-DDL for which you'll receive a copy and the cause in good faith. In support, I am showing proof of the foregoing events, the lack of disclosure, and the ongoing carrying on of criminal conduct of yourselves in conspiracy with The State Bar of California(1), and with Catanzarite Law Corporation. My record is *overwhelming*, and will form the basis of my request to advance a trial date, preliminary injunction hearing, and forthcoming motion for summary judgment under F. R. 56.

Sincerely,

Justin S. Beck
Individual Plaintiff
*Guardian Ad Litem* to ROES 1-150,000
*Guardian Ad Litem* to United States of America

(1) *Webster v. Omnitron Int'l*, 79 F.3d 776, 787 (9th Cir. 1996) (quoting with approval *Ashland Oil, Inc. v. Arnett*, 875 F.2d 1271 (7th Cir. 1998), for the proposition that "intracorporate conspiracies…threaten RICO's goals of preventing the infiltration of legitimate businesses by racketeers and separating racketeers from their profits.")

4. On Sunday, January 8, 2023, I delivered the same letter to kcatanzarite@catanzarite.com, ncatanzarite@catanzarite.com, jtt@tice.lawyer, bwoodward@catanzarite.com, tokeefe@catanzarite.com, bphillips@catanzarite.com, hle@catanzarite.com, which constitute the emails for all attorneys associated with Catanzarite Law Corporation, and known staff.

5. On Sunday, January 8, 2023, I delivered a copy of my application for a temporary restraining order, a copy of this declaration, and offered to make available any exhibit upon request, all known to each of the foregoing parties in related proceedings as being served formally, or reasonably known due to my confirmed preservation of evidence letter October 14, 2021 (***Exhibit 131, pp. 2-5***).

6. On Sunday, January 8, 2023, I left voicemail for Joan Randolph, Legal Secretary for Office of General Counsel for The State Bar of California notifying Office of General Counsel, Ellin Davtyan, Suzanne Grandt, and Robert Retana of my *ex parte* application at the phone number (415) 538-2186.

7. On Sunday, January 8, 2023, I left voicemail at Catanzarite Law Corporation notifying Kenneth Catanzarite, Brandon Woodward, Jim Travis Tice, Tim James O'Keefe, and Nicole Marie Catanzarite Woodward of my *ex parte* application at the phone number (714) 520-5544.

8. On Sunday, January 8, 2023, I left voicemails at Office of Chief Trial Counsel for The State Bar of California for George Cardona (X1015) and Eli Morgenstern (X1334) notifying them of my *ex parte* application at the phone number (213) 765-1000.

9. On Sunday, January 8, 2023, I left voicemail for Chairman of board of trustees for The State Bar of California, Ruben Duran, notifying him of my *ex parte* application at his Best Best & Krieger phone number (213) 787-2569.

10. On Sunday, January 8, 2023, I tried to leave a voicemail for Hailyn Chen at MTO, who is among Board of Trustees for The State Bar of California, notifying her of my *ex parte* application at Munger Tolles & Olson at the phone number (213) 683-9548, then I tried (213) 683-9100. Both appear to have blocked my cell number from receiving inbound calls.

11. On Sunday, January 8, 2023, I submitted a form to Office of Governor for State of California concerning the sole individual relief I requested in my application as being money judgment for the converted Side A coverage owed me which would not have happened but for violations of 15

U.S.C. § 1 and *N.C. State Bd. of Dental Examiners v. Fed. Trade Comm'n*, 574 U.S. 494, (2015). This was intended to supplement my notices to Office of Attorney General.

12. On Sunday, January 8, 2023, I submitted a form to KPMG where Aracely Montoya-Chico, who led the Finance Meeting on January 6, 2023 for The State Bar of California lacking disclosure in her capacity as CFO for The State Bar of California, was notified of my *ex parte* application.

13. On Sunday, January 8, 2023, I delivered copies of my application and declaration in support to the foregoing parties, all defendants, copying U.S. Attorney's Office requesting their written or oral position by 5PM PST on Monday, January 9, 2023.

14. I am not including any written or oral position in these papers as I "should not be required to inform the opposing party or the opposing party's attorney" because all I'm requesting is that the attorneys each conform to the law and Court rules on behalf of the United States derivatively, where they have previously refused to do so. Demand upon each of them is futile without a Court order.

15. For the extraordinary relief of $1.282 million in converted Side A policy fees paid to the enterprise to my detriment, I've previously requested that relief and served it before my hearings were deliberately compromised by the conduct at issue in Fourth District, Division Three and in Orange County Superior Court. As proof of the amount outlined in my original complaint, I requested details on depletion of my asset from Nationwide in July 2022 (and added additional costs I've incurred) thereby totaling $1.282 million. I've shown RICO conspiracy on my application and proof, and the amount of $1.282 million is owed to me by antitrust violations from State of California that I should not have suffered and would not have suffered but for the violations.

On Sat, Jul 30, 2022 at 11:13 AM Klass, Aaron <a.klass@nationwide.com> wrote:

Justin,

We have paid a total of $1,268,036.89 out of the $2 million policy. Additional defense costs have been incurred against the policy

Regards,



**Aaron Klass, Esq.**
Senior Claims Specialist
Management Liability & Specialty Claims
614-427-4372
a.klass@nationwide.com

16. I have spent not less than 40 hours per week on my Government Claims Act litigation against State of California since October 14, 2021 now seeking more than $100,000,000 payable to United States of America under 15 U.S.C. § 1, but the extraordinary relief I'm requesting through my application personally only reflects those fees converted through fraudulent litigation filed and carried on, commencing September 14, 2018, that was paid to licensees of The State Bar of California defending Catanzarite Law Corporation schemes to defraud.

17. The State of California is aware of all relief I'm requesting generally since they were served eight times in writ proceedings and in Orange County Superior Court before I removed OCSC Case No,. 30-2021-01237499 and OCSC Case No. 30-2020-01145998 to Central District, Southern Division on January 5, 2023. The State of California has never opposed any proceeding; indeed, The State Bar of California has only appeared for itself and its individual actors defending fraud and corruption for itself and its individual actors which impute liability to State of California. Service on the State of California has been futile, thus requiring the extraordinary relief on my application.

18. Notice should not be required on my application because I've proven beyond reasonable doubt that The State Bar of California is an unlawful trust which restrains interstate commerce and harms U.S. citizens, and I'm moving for relief by way of temporary restraining order requesting that attorneys conform to the law, Civil Rules, and Local Rules which means no party is prejudiced.

19. Notice should not be required on my application because I've shown deliberate obstruction of justice by a government protection agency that is bound by law not to advance the interests of licensees, but they continue to do so under artificial "discretion" and irrelevant decisional law.

20. Notice should not be required on my application because Office of General Counsel proclaimed the United States Constitution to be "irrelevant" in Orange County Superior Court, specifically the Fifth and Fourteenth Amendments, which violations constitute irreparable harm to me and the U.S.

21. I ask this Court order U.S. Marshals perform expedited service of my first amended complaint and summons at the expense of the United States because I am unduly prejudiced and cannot obtain legal counsel due to the conduct I seek to stop on behalf of the United States derivatively (pleading demand futility). My claims under 15 U.S.C. § 1 are likely to prevail, and I have been unable to reach anyone at U.S. Attorney's Office due to apparent control of the enterprise in California.

22. On behalf of the United States of America derivatively, I ask this Court order attorney defendants in this case adhere to AB 3249, the Civil Rules and Local Rules as detailed in my application for a temporary restraining order because violations by each constitute violations of 15 U.S.C. § 1, *N.C. State Bd. of Dental Examiners v. Fed. Trade Comm'n*, 574 U.S. 494, (2015).

23. On behalf of the United States of America derivatively, I ask this Court ensure that the instant case is associated with recently removed cases OCSC Case No. 30-2021-01237499 and OCSC Case No. 30-2020-01145998 where Catanzarite attorneys, State of California, and The State Bar of California are also defendants, and the conduct of which I complain continues there, too.

24. I conform in all material respects with this Honorable Court's standing order for civil cases effective February 1, 2022, on *ex parte* applications and Local Rule 83.3(g), and maintain that meeting and conferring with parties engaged in this conduct is futile where they act as if the conduct is legal or reasonable with ongoing impunity.

25. I have been subject to a four-year ongoing scheme to defraud me and non-attorneys carried on by The State Bar of California involving malicious prosecution of at least five lawsuits or cross-actions, wire fraud, mail fraud, money laundering, obstruction of state justice, obstruction of federal justice, obstruction of federal proceedings, and deliberate disregard of the United States Supreme Court by Suzanne Grandt, Robert Retana, Jorge Navarette, and potentially retiring Chief Justice Tania Cantil Sakauye of California Supreme Court (unless Navarette fraudulently signed orders on September 27, 2022 to strike my antitrust petition S276517, and subsequently signed an "En Banc" decision that was made November 30, 2022 on a petition I did not authorize nor file).

26. I filed exhibits in support of my application for temporary restraining order which I also offer in support of a forthcoming summary judgment motion and for swift trial by jury if my motion fails. I include a table describing the exhibits.

27. I have shown, and researched, that any attorney who speaks out against the racketeering I've learned of faces collateral attack by "State Bar Court" or by frivolous prosecution through district attorneys controlled by the enterprise. I offer *Ex. 1*, *Ex. 2* and the story of "DOE" in my first amended complaint as a showing that this is more likely true than not true.

28. As further showing of irreparable harm to me and other United States citizens like me, I offer my police report to Anaheim PD, their deliberate disregard of me, Orange County District Attorney's deliberate disregard of me despite the overwhelming evidence presented them, and the immediate response by Anaheim PD to my notice that I intended to perform a lawful citizen's arrest of Kenneth Catanzarite for acutely threatening, continuing criminal racketeering carried on by The State Bar of California and Orange County District Attorney's Office. ***Exhibit 127***.

29. I show that Orange County District Attorney's Office, whose jurisdiction includes Catanzarite Law Corporation of Anaheim, California, is subject of civil rights investigations by United States Department of Justice in ***Exhibit 126***. I show key staff has been found to conceal evidence in murder investigations in ***Exhibit 47*** and engage in conspiracy with law enforcement to commit Fourteenth Amendment violations and extortion for evidence, which I show is a pattern of enterprise racketeering activity. I show that Orange County Superior Court is subject of more than two predicate acts of racketeering (convictions) in 2017 by clerks. ***Exhibit 13.***

30. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on Sunday, January 8, 2023.

Signature: *(signed)*
Printed Name: Justin S. Beck
Address: 3501 Roselle St.
Address: Oceanside CA 92056
Phone Number: (760) 449-2509