1  JUSTIN S. BECK
2  3501 ROSELLE ST.
   OCEANSIDE, CA 92056
3  760-449-2509
   justintimesd@gmail.com
4  *In Pro Per + Guardian Ad Litem*

```
                            FILED

                         JAN 09 2023

                  CLERK U.S. DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
              BY                        DEPUTY
```

5              **UNITED STATES DISTRICT COURT**

6                        **FOR THE**

7            **SOUTHERN DISTRICT OF CALIFORNIA**

8

9  JUSTIN S. BECK, individually, and          ) Case No.: **3:22-CV-01616-BAS-DDL**
   as *guardian ad litem* to ROES 1-150,000, and )
10 as *guardian ad litem* to U.S.A.            ) **EXHIBITS IN SUPPORT OF APPLICATION**
                                               ) **FOR TEMPORARY RESTRAINING**
11              Plaintiff,                      ) **ORDER, MOTION FOR SUMMARY**
                                               ) **JUDGMENT, AND TRIAL (WITH**
12       vs.                                    ) **VERIFICATION BY DECLARATION AND**
                                               ) **TABLE WITH DESCRIPTIONS)**
13                                              )
   CATANZARITE LAW CORPORATION;                ) Filed Concurrently With:
14 STATE OF CALIFORNIA; THE STATE BAR          )
   OF CALIFORNIA; ORANGE COUNTY                )
15 SUPERIOR COURT; ORANGE COUNTY               )     1) *Ex Parte* Application for Temporary
   DISTRICT ATTORNEY'S OFFICE; RUBEN           )     Restraining Order
16 DURAN, ESQ.; SUZANNE CELIA GRANDT,          )
   ESQ.; RICHARD FRANCIS O'CONNOR, JR.;        )     2) Declaration of Justin S. Beck in
17 MOHAMMED ZAKHIREH; JAMES DUFFY;             )     Support of Ex Parte Application for
   KENNETH CATANZARITE, ESQ.; JIM              )     Temporary Restraining Order
18 TRAVIS TICE, ESQ.; NICOLE MARIE             )
   CATANZARITE WOODWARD, ESQ.;                 )
19 BRANDON WOODWARD, ESQ.; TIM JAMES           )
   O'KEEFE, ESQ.; AMY JEANETTE COOPER;         )
20 CLIFF HIGGERSON; JAMES DUFFY; ELI           )
   DAVID MORGENSTERN, ESQ.; LEAH               )
21 WILSON, ESQ.; ROBERT GEORGE RETANA,         )
   ESQ.; ELLIN DAVTYAN, ESQ.; JOHN C.          )
22 GASTELUM; JORGE E. NAVARETTE;               )
   GEORGE SARGENT CARDONA, ESQ.;               )
23 ANTHONY B. SCUDDER                          )
                                               )
24              Defendants,                     )
                                               )
25                                              )
                                               )
26                                              )
                                               )
27                                              )
                                               )
28                                              )

                            1

                                          22-CV-1616-BAS-DDL

1 | ATTORNEY GENERAL OF THE UNITED )
2 | STATES; STATE OF CALIFORNIA; UNITED )
   | STATES OF AMERICA: )
3 |                                    )
   |        Nominal Defendants          )
4 |                                    )
5 | _____  )

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                                    22-CV-1616-BAS-DDL

## SWORN DECLARATION IN VERIFICATION OF EXHIBITS

I, Justin S. Beck, declare as follows:

1. I have personal knowledge the authenticity of exhibits and copies filed herewith and described hereafter, and if called to testify, I could and would competently testify thereto.

2. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on Sunday, January 8, 2023.

Signature:

Printed Name: _Justin S. Beck_

Address: _3501 Roselle St_

Address: _Oceanside CA 92056_

Phone Number: _(760) 449-2509_

## EXHIBIT DESCRIPTIONS AND TABLE

I offer the following exhibits as documentary evidence in this case, in support of my application for temporary restraining order, motion for summary judgment, and as proof for trial should summary judgment fail.

a. **Exhibit 00 (pp. 001-011)** is a true and correct copy of my confirmation of facts related to Exhibit 0 and its exhibits and some injury-producing conduct at issue per 18 § 1962(a)-(d).

b. **Exhibit 0 (pp. 001-124)** is a true and correct copy of exhibits reflecting a series of overt acts described in my complaint in support of injury producing conduct (predicate, control, conspiracy), causation, and reasonable bases for some of my damages.

c. **Exhibit 1 (pp. 001-034)** is a true and correct copy I found on the internet concerning an investigative report from MTO showing Board of Trustees' actual knowledge of Mr. Girardi's influence on State Bar and the judiciary, Mr. Dunn's visit to Mongolia before State Bar's "Leadership Banking Program" added a number of Chinese banks, and Mr. Miller's consultation on trust account legislation.

d. **Exhibit 2 (pp. 001-016)** is a true and correct coy of a transcript I found online of Robert George Retana and Suzanne Celia Grandt's appearance in federal court before Honorable William H. Alsup about "State Bar Court" and certain fraudulent representations related thereto showing its unconstitutionality.

e. **Exhibit 3 (pp. 001-011)** is a true and correct copy of a court order in Case No. 21-12766 in the 11th Circuit, and culmination of the orders I showed John C. Gastelum in my TRO in Exhibit 36. It follows a June 16, 2020, fraudulent letter from Catanzarite in Exhibit 31.

f. **Exhibit 4 (pp. 001-005)** is a true and correct copy of a slide I printed from California Lawyers Association website, which shows that Leah Wilson controls the "ombuds" program for The State Bar of California. I show that similar programs are run from Orange County District Attorney's Office (victim advocates) and California Crime Victim Bureau.

g. **Exhibit 5 (pp. 001-043)** is a true and correct copy of the Court of Appeal ruling in "G059766" *Beck v. Catanzarite Law Corp.*, No. G059766, (Cal. Ct. App. Jul. 13, 2022). I swear it to be true and correct in all material respects. I represented myself in the proceedings, briefed it, and prepared the appendices. I know the facts better than anyone.

h. **Exhibit 6 (pp. 001-003)** is a true and correct copy of an email I sent concerning "Anti-SLAPP" filings that were responsive to a deposition subpoena served on The State Bar of California to appear at its own address on September 9, 2022, concerning (22) issues.

4

i.   **Exhibit 7 (pp. 001-037)** is a true and correct copy from CaseText.com of decisional law from United States Supreme Court applicable to regulator defendants and the regulated defendants in this case, styled *N.C. State Bd. of Dental Examiners v. Fed. Trade Comm'n*, 574 U.S. 494, (2015).

j.   **Exhibit 8 (pp. 001-008)** is a true and correct copy of "Administrative Order 2017-09-20" "In the Supreme Court of California" containing an "En Banc" decision of the "State Bar Antitrust Policy" which was "Filed" on "September 26, 2017" by "Jorge Navarrete Clerk" and "Deputy."

k.   **Exhibit 9 (pp. 001-013)** is a true and correct copy of a petition I filed styled "*Justin S. Beck v. Ruben Duran (The State Bar of California*" which was "Electronically Received" by "Jorge E. Navarette, Clerk and Executive Officer of the Court" on "9/21/2022 11:48:25 AM" and then "Electronically Filed by Ines Calanoc, Deputy Clerk." Case number 276517 was assigned, and I subsequently filed four volumes of exhibits and a verification which comprised the full case, notwithstanding its references to filings in State Court.

l.   **Exhibit 10 (pp. 001-016)** is a true and correct copy of my verification filed with S276517.

m.   **Exhibit 11 (pp. 001-014)** is a true and correct copy of decisional law styled "G057546" *People for Ethical Operation of Prosecutors & Law Enf't v. Spitzer*, 53 Cal.App.5th 391, (Cal. Ct. App. 2020) suggesting that Orange County District Attorney's Office is still engaging in extortion for evidence including by death threats or bodily harm to produce evidence.

n.   **Exhibit 12 (pp. 001-003)** is a press release from United States Department of Justice, Office of Public Affairs (Press Release Number 22-1097) entitled "Justice Department

22-CV-1616-BAS-DDL

Finds Civil Rights Violations by Orange County, California, District Attorney's Office and Sheriff's Department in Use of Jailhouse Informants" released on October 13, 2022.

o.  **Exhibit 13 (pp. 001-004)** is a press release from United States Department of Justice, U.S. Attorney's Office Central District of California (Press Release Number 17-166) entitled "Former Clerk in Orange County Superior Court Sentenced to Over 11 Years in Federal Prison for Racketeering Offense Stemming from Bribery Scheme to 'Fix' Criminal Cases and Traffic Charges" released on September 22, 2017.

p.  **Exhibit 14 (pp. 001-010)** is a letter from Ruben Duran and Leah Wilson "Sent Via Email" "RE: Proposed Amendments to AB 2958" addressing "Senator Umberg and Assemblymember Stone." Notably, the letter states "improvement of the discipline system is not the sole mission of the State Bar." This was one day after my July 12, 2022, letter was seeking public disclosure for three parallel and ongoing, fraudulent schemes of Catanzarite Law Corporation.

q.  **Exhibit 15 (pp. 001-003)** is a true and correct copy of a letter I found online to Duran on December 7, 2021, from "California Legislature."

r.  **Exhibit 16 (pp. 001-002)** is a true and correct copy of the State Bar profile for "David Richard Lira" of "Engstrom, Lipscomb & Lack." Lack is detailed in Exhibit 1, also among 700+ CLUB protected by STATE BAR.

s.  **Exhibit 17 (pp. 001-015)** is a true and correct copy of an article from LA Times' investigation of The State Bar of California, including Thomas Girardi, Girardi Keese, and others at The State Bar of California.

t.   **Exhibit 18 (pp. 001-004)** is a true and correct copy of a wire communication I received from Amy Yarbrough dated October 31, 2022, in which she references State Bar had "abated" the matter (as in, carried on unlawful activity from its facility).

u.   **Exhibit 19 (pp. 001-033)** is a true and correct copy of a duly noticed motion for summary judgment or summary adjudication in OCSC Case No. 30-2021-01237499 (recently removed to federal Court). I reserved this hearing on or around June 1, 2022. A demurrer was filed after that, then an Anti-SLAPP, and John C. Gastelum moved my hearing twice to accommodate dispositive motions from Ruben Duran, Suzanne Grandt, and The State Bar of California that ignored my pleadings, all evidence, and all the law cited.

v.   **Exhibit 20 (pp. 001-0138)** is a true and correct copy of my statement of facts (and law) for summary adjudication. This, too, was disregarded by Suzanne Grandt, Ruben Duran, The State Bar of California, and John C. Gastelum without regard of my rights.

w.   **Exhibit 21 (pp. 001-297)** is a true and correct copy of my sworn declaration filed in State Court in support of my damages in this action. It also shows how Catanzarite Law Corporation has been "established" and "carried on" by The State Bar of California.

x.   **Exhibit 22 (pp. 001-002)** is a true and correct copy of threat from Suzanne Grandt and Ruben Duran to impose legal fees on me 7-months into my claims act litigation after I sent a deposition notice to The State Bar of California.

y.   **Exhibit 23 (pp. 001-048)** is a true and correct copy of my reply brief in G059766 citing serial perjury and subornation of perjury and judicial fraud by Catanzarite Law Corporation and Richard Francis O'Connor, Jr. Specifically, Mr. O'Connor propounds conflicting statements to support Mr. Catanzarite's conflicting pleadings against me.

z.  **Exhibit 24 (pp. 001-008)** is a true and correct copy of the notice of deposition I served on The State Bar of California and the subpoena before it filed an "Anti-SLAPP" contesting my Government Claims Act litigation was barred because of Suzanne Grandt and Ruben Duran's right of free speech. My cases are still not disclosed to the public.

aa.  **Exhibit 25 (pp. 001-003)** is an email I sent requesting public disclosure again by Ruben Duran, which was ultimately assigned to Suzanne Grandt by Board of Trustees. Notably, this is one day before Duran and Wilson wrote a letter to Umberg and Stone highlighting how important it is to them to send lawyers more money as in Exhibit 14.

bb.  **Exhibit 26, 2022 (pp. 001-004)** is a postal mail and wire communication from Suzanne Grandt on behalf of the Board of Trustees concerning the conduct at issue, and the improper purposes driving the decisions after passage of AB 3249.

cc.  **Exhibit 27 (pp. 001-015)** is a declaration from Michael Esola about 700+ CLUB member Keyvan Samini and State Bar employees.

dd.  **Exhibit 28 (pp. 001-002)** is the order I received by mail striking my antitrust complaint filed on September 21, 2022, as being "premature" by "Cantil-Sakauye" which was "Filed" electronically in Supreme Court by "Jorge Navarrete Clerk" and "Deputy."

ee.  **Exhibit 30** is a June 14, 2022, notice to The State Bar of California with more proof of schemes to defraud involving Jim Travis Tice and Kenneth Catanzarite.

ff.  **Exhibit 31 (pp. 001-014)** is a true and correct copy of the beginning of a 565-page production which includes the fraudulent "Daymark Matter" scheme which commenced with a Richard Carlson, who did not believe he had suffered any damages per his own testimony before 9 putative class actions were filed on his behalf in multiple jurisdictions.

This is discussed in Exhibit 3 by the 11th Circuit, too, and was shown John C. Gastelum in my TRO application. There is a fraudulent wire communication and letter from Mr. Catanzarite at **p. 010-014**. Mr. Girardi's fraudulent "Dole" judgment is also in this production from State Bar, which is my pleading ($500 million fraudulent judgment).

gg. **Exhibit 32 (pp. 001-024)** is a true and correct copy of another production from State Bar after Mr. Girardi's disbarment was announced. It includes the *Alexandros v. Cole* opinion for sanctions against Catanzarite.

hh. **Exhibit 33 (pp. 001-015)** is a true and correct copy of a sworn declaration of Rex Loesby, which details the $261 million transaction by an arm's length board representative, and structure. This transaction was deliberately compromised after being noticed on February 5, 2019, with specificity as outlined in Exhibit 0, confirmed in Exhibit 00 as true.

ii. **Exhibit 34 (pp. 001-076)** is a true and correct copy of California State Auditor Report 2022-030. It shows predicate, parallel, and acutely threatened money laundering from U.S. citizens, while is shown further among "Leadership Banks" many of which are Chinese.

jj. **Exhibit 35 (pp. 001-005)** is true and correct copy of the first five pages of more responsive documents from a public-records request I sent. It shows at least three schemes to defraud by Catanzarite Law Corporation actors. I include the summary from The State Bar of California staff, or what is actually known by Office of Chief Trail Counsel and others.

kk. **Exhibit 36 (pp. 001-305)** is a true and correct copy of my declaration in support of the TRO application I filed, whereafter Hon. Richard Lee recused, and Hon. Gastelum assumed the case in C11 of Orange County Superior Court. This file includes the transcript of testimony from Richard Carlson before 9 putative class actions were filed on his behalf.

22-CV-1616-BAS-DDL

Mr. Carlson testifies that he didn't believe he suffered damages and wasn't looking for an attorney when Kenneth Catanzarite visited him at his home.

ll. **Exhibit 37 (pp. 001-103)** is a true and correct copy of the draft third-party audit from MGO which lacks any disclosure of the materiality of my claims. It also shows the use of funds at The State Bar of California.

mm.   **Exhibit 38 (pp. 001-033)** is a true and correct copy of the expert analysis from Sean A. Fulop in which he declares that evidence was manipulated in prosecuting Sanjay Bhardwaj in State Bar Court. This was provided to me by Mr. Bhardwaj by email.

nn. **Exhibit 39 (pp. 001-005)** is a true and correct copy of facts summarized by Mr. Bhardwaj. This was provided to me by Mr. Bhardwaj by email.

oo. **Exhibit 40 (pp. 001-003)** is a true and correct copy of a press release delivered by The State Bar of California on July 13, 2022, which says "general fund dollars as well as $20 million in federal homeless prevention funds" are to be "distributed primarily by the State Bar's Legal Services Trust Fund Commission" where "$105 million in funding" comes from "this year's $308 billion State Budget." This press release was delivered the same day as the letter in **Exhibit 14**, and one day after I requested The State Bar of California announce publicly the information it had about Catanzarite Law Corporation to protect the public in **Exhibit 25.**

pp. **Exhibit 41 (pp. 001-070)** is a complaint for Edelson P.C. against David Lira, Keith Griffin, Thomas Girardi's wife Erika Jayne, Christopher Kamon (who was arrested on wire fraud charges), and others for civil RICO allegations.

22-CV-1616-BAS-DDL

qq. **Exhibit 42 (pp. 001-015)** is a true and correct copy of a November 3, 2022, federal court order by memorandum and opinion showing damages to the United States insurance industry by the PORA, also David Lira conduct.

rr. **Exhibit 44 (pp. 001-004)** is a true and correct copy of a press release from Bloomberg Law in which it is disclosed that "a jury returned the first conviction April 15, finding lawyer Robert Slater guilty of 11 felonies involving conspiracy and fraudulent insurance benefit claims."

ss. **Exhibit 46 (pp. 001-003)** is a true and correct copy of Robert Slater's State Bar profile I printed on December 4, 2022. It shows that Mr. Slater was "suspended" because he "failed to pay fees" on July 1, 2022.

tt. **Exhibit 47 (pp. 001-004)** is a true and correct copy of an article by Associated Press published in U.S. News & World Report February 10, 2022 discussing the firing of Ebrahim Baytieh for withholding evidence in a murder case.

uu. **Exhibit 48 (pp. 001-002)** is a true and correct copy of a Mr. Baytieh's State Bar profile showing no disciplinary history. I printed this on December 4, 2022.

vv. **Exhibit 49 (pp. 001-003)** is a true and correct copy of a press release from Insurance.ca.gov Dated December 4, 2020 entitled "Newport Beach attorney arrested for $310,000 insurance fraud scheme" whose "victim insurance companies include: ACM, AIG, Amtrust, BHHC, CompWest, Employers, ESIS, Farmers, Hartford, ICW, Liberty Mutual, Markel, Matrix, Midwest, Sedgwick, SCIF, Sentry, Travelers, York, and Zurich."

ww.     **Exhibit 50 (pp. 001-003)** is a true and correct copy of Mr. Luna's State Bar profile, where he has lacked any form of discipline since 1994 and he maintains an active law license from The State Bar of California.

xx. **Exhibit 51 (pp. 001-002)** is a true and correct copy of a press release from U.S. Attorney's Office entitled "Orange County Attorney Chard with Fraud and Money Laundering in Scheme Related to Real Estate Purchases and Other Investments" regarding Stephen Young Kang of Newport Beach, California in Orange County.

yy. **Exhibit 52 (pp. 001-005)** is a true and correct copy of a State Bar Court opinion filed September 21, 2018, for disbarment of Mr. Kang, nearly three years after he pled guilty to and was convicted of "two counts" in violating "title 18 United States Code section 1343" (wire fraud).

zz. **Exhibit 53 (pp. 001-006)** is a March 7, 2022 article entitled "OC DA Todd Spitzer under investigation for handling of murder case, alleged racial remarks" from "ABC7 Eyewitness News."

aaa.     **Exhibit 54 (pp. 001-004)** is a true and correct copy of a wire communication from victimsrightsliaison@da.ocgov.com dated Wednesday, October 19, 2022 who says their role is "to address victims' concerns" and that they "reviewed [my] attached RICO and Civil Rights Action" and "Court of Appeal opinion in *Beck v. Catanzarite Law Corporation* (July 13, 2022)." It says they do not evaluate criminal charges without "an investigation report from a law enforcement agency" and that they don't manage "federal statutes and civil violations" nor do they have jurisdiction over "federal crimes, civil matters, or the State Bar of California." I later filed a police report with Anaheim PD, who refused to investigate it and said that Orange County District Attorney's Office would manage it.

bbb.    **Exhibit 55 (pp. 001-002)** is a true and correct copy confirming "CA Supreme Court has FILED" into "Case No. 276517, *Justin S. Beck v. Ruben Duran et al.*" on September 22, 2022 at 3:15 PM.

ccc.    **Exhibit 61 (pp. 001-002)** is a true and correct copy of the postal mail communication I received concerning "State Bar Antitrust Determination 2022-0001" which was "Supreme Court FILED NOV 30, 2022" by "Jorge Navarrete Clerk" and "Deputy" with signature of "Cantil-Sakauye" as "Chief Justice." I did not authorize this petition, and was not even provided a copy of it upon my request. The "En Banc" decision says "the petition for review is denied" for Case "S276939."

ddd.    **Exhibit 62 (pp. 001-002)** is a true and correct screenshot I took of Case No. "S276939" which reflects a "Start Date" of "October 18, 2022."

eee.    **Exhibit 63 (pp. 001-002)** is a true and correct screenshot I took of the Docket (Register of Actions) in Case No. "S276939" stating "10/18/2022" with "Description" "Petition for review filed" by "Petitioner: Justin S. Beck." I did not file this petition. It says next "10/18/2022" in "Description" that it "Received:" "Letter dated October 17, 2022, from State Bar of California" and then on "11/30/2022" in "Description" that "Petition for review denied."

fff. **Exhibit 64 (pp. 001-002)** is a true and correct screenshot I took of the case I did file with a "Start Date" of "09/21/2022" and a "Disposition Date" of "09/27/2022."

ggg.    **Exhibit 65 (pp. 001-002)** is a true and correct screenshot I took of the case I did file wherein it shows my petition to be filed "09/21/2022" and it shows between "09/21/2022" and "09/26/2022" the four volumes of exhibits I filed before it says on

13                                      22-CV-1616-BAS-DDL

"09/27/2022" that "[t]he petition for review filed September 21, 2022 is hereby stricken as premature."

hhh.    **Exhibit 66 (pp. 001-002)** is a true and correct copy of proof of service of my actual petition (S276517) served upon hailyn.chen@mto.com , Suzanne.grandt@calbar.ca.gov , ellin.davtyan@calbar.ca.gov            ,            eric.garner@bbklaw.com            ,            and agelectronicservice@doj.ca.gov with a date of September 23, 2022 also showing "Exhibits in Support" with "Verification of New Exhibits." I will file all exhibits in this Court if they are disputed.

iii. **Exhibit 67 (pp. 001-002)** is a true and correct copy of the electronic filing system record in S276517, which was manipulated using the wire to remove my actual petition and three volumes of exhibits.

jjj. **Exhibit 68 (pp. 001-002)** is a true and correct copy of an email I sent to Ines Calanoc, copying Suzanne Grandt, Ellin Davtyan, Carissa Andresen, Hailyn Chen, Eric Garner, Ruben Duran, and blind carbon copying Jose Cisneros, a non-lawyer board of trustee for The State Bar of California. Mr. Cisneros later blocked my emails.

kkk.    **Exhibit 71 (pp. 001-003)** is a true and correct copy I delivered defendants to this action before DOES were named upon filing my first amended complaint. I noticed each of potential obstruction of federal proceedings.

lll. **Exhibit 72 (001-002)** is a true and correct copy of an organizational chart I printed for The State Bar of California between November and December 2022.

mmm.    **Exhibit 79 (001-003)** is a true and correct copy of a letter I delivered to U.S. Attorney's Office assigned to this case requesting to meet and confer regarding my

concerns of their control by The State Bar of California and the related implications on me and on the United States. I have not heard back.

nnn.    **Exhibit 81 (pp. 001-003)** is a true and correct copy of a press release from U.S. Attorney's Office for Central District of California entitled "Former Lawyer Sentenced to More than 3 Years in Prison for Conning Clients via Sham Court Documents Containing Forged Judge Signatures" disseminated October 4, 2022 (Press Release Number 22-204) in which it says "Elstein's fraudulent schemes resulted in losses of at least $358,855 to his victims."

ooo.    **Exhibit 82 (pp. 001-006)** is a true and correct copy of a news article from "MyNewsLA.com" by "Contributing Editor" on "December 4, 2022" entitled "Celebrity Lawyer Michael Avenatti Faces Years More in Prison at OC Sentencing" for a "wire- and tax-fraud scheme in Southern California" for which "[h]e made an 'open plea' to resolve most of the charges against him."

ppp.    **Exhibit 85 (pp. 001-004)** reflects "Case Number 94-O-19410" with "File Date" "04/03/1998" against "Respondent Catanzarite, Kenneth Joseph" with "Lead Attorney" as "Tice, Jim Travis" and a "Plea" on "05/28/1998."

qqq.    **Exhibit 86 (pp. 001-003)** is a true and correct copy of an email notice of default in claims act litigation in two superior court cases that I've moved to the Central District, Southern Division and will notice the Court of upon assignment of case numbers. I included a copy of my original complaint in the instant action to show actual knowledge of Ellin Davtyan, Ruben Duran, Eli David Morgenstern, Leah T. Wilson, Senator Umberg, and Margie Estrada.

rrr. **Exhibit 87 (pp. 001-004)** is a true and correct copy of a public records request I delivered to Department of General Services with genuine questions. It was sent to The State Bar of California to respond to.

sss. **Exhibit 88 (pp. 001-002)** shows communications I delivered the recipients of that email to show collusion between Catanzarite Law Corporation and The State Bar of California to my detriment.

ttt. **Exhibit 91 (pp. 001-002)** is a true and correct copy of an email notice I delivered December 1, 2022 to Orange County District Attorney's Office reflecting my personal frustration for their lack of protection from Catanzarite Law Corporation. I detail the code showing my right to defend myself and the actual threats I continue to face.

uuu. **Exhibit 92 (pp. 001-004)** is a true and correct copy of an email I sent December 3, 2022 to Ruben Duran, Robert Retana, and Suzanne Grandt copying various attorneys with MTO which is the firm board of trustee member Hailyn Chen works for, and the firm that conducted the investigation of The State Bar of California and Mr. Girardi in 2014. I detail a text I sent to the Honorable Rob Bonta, too.

vvv. **Exhibit 94 (pp. 001-007)** shows Kenneth Catanzarite, Jim Travis Tice, Nicole Marie Catanzarite Woodward, Brandon Woodward, and Eric Anderton's State Bar profiles – none of which reflect any disciplinary history.

www. **Exhibit 96 (pp. 001-004)** is a true and correct copy of surgery information that I had to delay during the pendency of state actions where my hearings were moved without explanation or cause, and where Suzanne Grandt said I "wouldn't be prejudiced." Because of those delays, I'm told that I will lose 20% of the use of my left arm forever (in a perfect

scenario). What would have been a standard bicep repair became total elbow reconstruction for which I've yet to even begin physical therapy so it can heal. Images are included.

xxx.     **Exhibit 97 (pp. 001-004)** is a true and correct copy of medical information following a visit after I experienced an initial onset seizure from medication I did not take until after September 14, 2018 when these fraudulent State Bar schemes targeted me. I have since had to cease taking my regular medication (Vyvanse) and the anti-depressant that I started taking only as a direct and proximate cause of these State Bar schemes. I include communications with my original psychiatrist who prescribed escitalopram for my acute depression, but they would not see me since I was now on Medi-CAL, also as a direct and proximate cause of these State Bar schemes and my unemployed status.

yyy.     **Exhibit 101 (pp. 001-013)** is a true and correct copy from Ownerly.com which shows a partial list of real estate I allege was purchased with racketeering proceeds and investments through Catanzarite Law Corporation or Aegis Asset Management, Inc. by Kenneth Catanzarite.

zzz.     **Exhibit 102 (pp. 001-021)** is a true and correct copy of a postal mail and wire communication from Suzanne Grandt dated December 7, 2022 pertaining to John C. Gastelum and Orange County Superior Court.

aaaa.    **Exhibit 120 (pp. 001-013)** is a true and correct copy of wire communications involving Suzanne Grandt, Ruben Duran, George Cardona, Carissa Andresen, Robert Retana, and Leah Wilson showing a unity of interests between Office of General Counsel, Board of Trustees, Office of Chief Trial Counsel, and "Complaint Review Unit" (Office of General Counsel) also discussing "abatement." This culminates in a postal and wire communication from Ellin Davtyan, apparently seeking control of the enterprise on December 15, 2022.

22-CV-1616-BAS-DDL

bbbb.    **Exhibit 121 (pp. 001-024)** is a true and correct copy of a reply to an opposition to my motion for summary judgment in Orange County Superior Court. Honorable Randall Sherman chose to carry on this conduct despite the findings of Court of Appeal, and without regard of my rights or anyone elses harmed by the conduct, in favor of Catanzarite Law Corporation. I moved the case to Central District, Southern Division on Thursday, January 5, 2023 when it became clear that CX105 was also under control of Catanzarite Law Corporation and Office of General Counsel.

cccc.    **Exhibit 122 (pp. 001-009**) are true and correct copies of two communications to and from Scottsdale Insurance Co., underwritten by Nationwide, and our analyses (notwithstanding the 709 trial of fact, or the Court of Appeal rulings in G058700 and G059766).

dddd.    **Exhibit 123 (pp. 001-010)** is a true and correct copy of a notice of injuries submitted to The State Bar of California leading with Jim Travis Tice after he assumed the role as "class counsel" in a fraudulent class action for "Amy Cooper" who had adopted materially conflicting factual positions under penalty of perjury and in pleadings verified by Kenneth Catanzarite, and Tom Mebane and Rick Mesa whom I don't believe understand anything about what is done on their behalf, and who also adopted conflicting positions in 2019 to suit Catanzarite Law Corporation's fraudulent schemes.

eeee.    **Exhibit 126 (pp. 001-064)** is a true and correct copy of the United States Department of Justice Civil Rights Investigation reflecting Fourteenth Amendment Violations as a practice within Orange County District Attorney's Office.

ffff.    **Exhibit 127 (pp. 001-008)** contains true and correct copies of the police report I was provided in Anaheim PD before visiting Orange County DA where they refuse to help me or even investigate the crimes to which I'm subject, followed by my legal notice of

citizens arrest in accordance with California Penal Code 837, after which I was harassed by an immediate call from Anaheim PD even though they have never contacted me about my police report, where the officer threatened that if I visited Anaheim, "it wouldn't work out for me." This pattern appears consistent with the practices of OCDA and local law enforcement disclosed in Exhibit 126 by United States Department of Justice, and the "victim advocacy" I've received despite their actual knowledge of my harm. The law says I have a right to defend myself, my family, other people, and my property where I've proven beyond reasonable doubt that I am a victim of criminal racketeering.

gggg.   **Exhibit 128 (pp. 001-040)** contains a true and correct copy of my sworn declaration filed in OCSC Case No. 30-2020-01145998, then *Beck v. Catanzarite Law Corporation et al.* (G059766) with proof of wire fraud and ongoing malice: Jolly Roger, Inc. shares are at pp. 11-13. O'Connor confirming that Tony Scudder was coerced in the false derivative action is at pp. 15-17. Zakhireh and Scudder's May 2017 scheme is at pp. 20-21. Duffy's improper purposes and written admission of the preferred shares is at p. 24 (I highlighted it). Cooper helping with Zakhireh's demands (for O'Connor and Scudder) is at p. 26. The demand for settlement in a fraudulent derivitave action filed against MFS is at p. 30. Catanzarite suing O'Connor in a separate scheme is listed at p. 30. Showing we offered Root the same shares he declined to make Catanzarite go away is at p. 31. A wire communication intending to defraud from Catanzarite is at pp. 34-5. More Zakhireh malice is at p. 38, including his actual knowledge again of the preferred shares of CTI. More Zakhireh malice is at p. 39.

hhhh.   **Exhibit 130 (pp. 001-074)** shows the events leading to and following Thomas Girardi's disbarment while Kenneth Catanzarite and associates are carried on together with David Lira in real time.

iiii. **Exhibit 131 (pp. 001-051)** shows my October 14, 2021 preservation of evidence letter, then its confirmation, meaning that every State Bar employee should know of this case.

jjjj. **Exhibit 132 (pp. 001-007)** shows conspiracy, malice, and the harm to U.S. citizens by the adverse representation carried on and undertaken by the enterprise I seek to restrain in this proceeding.

kkkk.     **Exhibit 133 (pp. 001-003)** shows what was described in Exhibit 1 in 2014 as an ongoing "five layer chess game" involving Board of Trustees, Office of General Counsel, and management in persons similarly situated now. It continues to defraud the U.S.

llll. **Exhibit 134 (pp. 001-009)** shows how defendant Robert Retana in Office of General Counsel tried to waive service of summons and the first amended complaint for The State Bar of California, Eli David Morgenstern, Leah Wilson, and Suzanne Grandt (using public funds or licensee funds, and without disclosure of the materiality of the instant case on January 6, 2023 to the public.

mmmm.     **Exhibit 135 (pp. 001-014)** shows how Carissa Andresen conspired with Suzanne Grandt to obstruct justice and deliberately compromise my due process rights. After I granted an extension to produce discovery at Andresen's request, Grandt appeared and filed a frivolous "demurrer" and then an "Anti-SLAPP" to suppress my right of petition.

nnnn.     **Exhibit 136 (pp. 001-002)** shows how U.S. citizens face similar obstruction, concealment, and schemes to defraud every day, about 44 times, from one of two mail facilities operated by The State Bar of California. There is no reason The State Bar of California should manage "discipline" but to steal from the public under color of law.