EXHIBIT 00 DECLARATION

Electronically Filed by Superior Court of California, County of Orange, 12/27/2022 08:00:00 AM.
30-2020-01145998-CU-BT-CXC - ROA # 859 - DAVID H. YAMASAKI, Clerk of the Court By A. Thau, Deputy Clerk.

Justin S. Beck
3501 Roselle St.
Oceanside, California 92056
760-449-2509
justintimesd@gmail.com
*In Pro Per*

## IN THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

| | |
|---|---|
| JUSTIN S. BECK, an individual<br><br>Plaintiff,<br><br>v.<br><br>KENNETH CATANZARITE, ESQ., an individual; CATANZARITE LAW CORPORATION, a California corporation; MOBILE FARMING SYSTEMS, INC., a California corporation; BRANDON WOODWARD, ESQ., an individual; AMY JEANETTE COOPER, an individual; CLIFF HIGGERSON, an individual; TONY SCUDDER, an individual; JAMES DUFFY, an individual; MOHAMMED ZAKHIREH, an individual; TGAP HOLDINGS, LLC, a Nevada limited liability corporation; AROHA HOLDINGS, INC., a California corporation; THE STATE OF CALIFORNIA, a public entity; THE STATE BAR OF CALIFORNIA, a public entity; SUZANNE GRANDT, an individual; RUBEN DURAN, an individual; ELI DAVID MORGENSTERN, an individual; NICOLE MARIE CATANZARITE WOODWARD, ESQ., an individual<br><br>Defendants, | Case No: 30-2020-01145998-CU-BT-CXC<br><br>Judge Assigned: Honorable Randall J. Sherman<br><br>**DECLARATION OF JUSTIN S. BECK IN SUPPORT OF REPLY TO DEFENDANTS KENNETH CATANZARITE, CATANZARITE LAW CORPORATION, BRANDON WOODWARD, TIM JAMES O'KEEFE, AMY JEANETTE COOPER, CLIFF HIGGERSON, MOHAMMED ZAKHIREH, RICHARD FRANCIS O'CONNOR, JR., JAMES DUFFY, TGAP HOLDINGS, LLC, NICOLE M. CATANZARITE WOODWARD AND MOBILE FARMING SYSTEMS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH**<br><br>[Filed with Reply to Defendants' Opposition; Exhibits as Evidence; Request for Judicial Notice in Support of Reply; Hereby Objecting to Opposition Papers as Being Overt Acts via Wire Under 18 U.S.C. § 1343 with Intent to Defraud, Violative of Cal. Pen. Code § 132 and § 134 as Being Prepared and Offered False Evidence in Deliberate Obstruction of Justice through RICO Enterprise Control under 18 § U.S.C. 1962(b)]<br><br>**Hearing Date:**     **January 6, 2023**<br>**Time:**     **10:00 AM**<br>**Department:**     **CX105**<br>**Unlimited Civil Case**<br><br>Action Filed:     May 26, 2020<br>Pending 4DCA Writs:     G061896 and G062120<br>Related Federal Case:     3:22-CV-01616-BAS-DDL |

---

i

DECLARATION OF JUSTIN S. BECK IN SUPPORT OF REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH

**EXHIBIT 00: 002**
**22-CV-0116-BAS-DDL**

## DECLARATION OF JUSTIN S. BECK IN SUPPORT OF SUMMARY JUDGMENT

I, Justin S. Beck, do hereby declare the following to be true under penalty of perjury:

1. I am over the age of 18, and plaintiff in this action, as well as plaintiff in OCSC Case No. 30-2021-01237499, and petitioner in *Justin S. Beck v. The Superior Court of Orange County* in G061896 and G062120. I am victim of deliberate schemes to defraud by lawyers carried on by the government. Every CTI shareholder is also a victim of these schemes, now subject of a writ proceeding.

2. I have personal knowledge of each fact set forth within this declaration, and the authenticity of each document in exhibits forthcoming in support. I could and would competently testify as to the truth and authenticity of each statement made and exhibit attached hereto or filed herewith, and to each fact to which I declare, and to the factual basis and truth of my reply to the opposition to my motion for summary judgment or summary adjudication at ROA #729 and ROA #733.

3. Kenneth Catanzarite has declared as true under penalty of perjury, and further suborned under penalty of perjury, materially false statements intending to defraud in connection with $261 million in securities. He is a registered investment advisor under jurisdiction of the SEC using enterprise protection/control, who has directed continuing allegations of securities law violations at me and others.

4. Kenneth Catanzarite has declared as true under penalty of perjury, and further suborned under penalty of perjury, deliberately false statements in obstruction of justice since September 14, 2018 in all six lawsuits described by the Court of Appeal in "G058700" *Fincanna Capital Corp. v. Cultivation Tech.*, No. G058700, (Cal. Ct. App. Jun. 28, 2021). He prepares, presents false evidence as a practice.

5. Non-lawyer defendants, under the threat of extortion and now fraudulently accrued "legal fees" as a lever, have produced false evidence in furtherance of deliberate lawyer schemes to defraud non-lawyers using the protection of The State Bar of California's Office of Chief Trial Counsel and Office of General Counsel in conspiracy, with full knowledge of Board of Trustees. Importantly, AB 3249 made it unlawful for the Board of Trustees to further the interests of lawyers after January 1, 2019.

6. I have shown final evidence of a pattern of racketeering activity by Catanzarite Law Corporation, Kenneth Catanzarite dating back to at least 2007, with similar methods of non-judicial fraud supporting judicial fraud, with similar victims being non-lawyers and financial institutions like Scottsdale Insurance Co. underwritten by Nationwide, here. I have shown theft of people's homes, too.

7. In support as <u>Exhibit 1</u> is proof that all Defendants knew non-shareholder Roger Root's entity, Jolly Roger, Inc., was offered CTI shares but elected not to participate. This evidence was delivered Kenneth Catanzarite before the enterprise filed the "Pinkerton Action" on September 14, 2018. I printed this on the date shown and created a PDF. I do not believe that Ms. Pinkerton even *knows* Roger Root.

8. In support as <u>Exhibit 2</u> is proof that Amy Cooper, Cliff Higgerson, Richard O'Connor, Richard Mesa, and Tom Mebane were extorted under color of official right to remove MFS directors in furtherance of Catanzarite's scheme asserting MFS to be CTI's sole shareholder. Each later acted as if they did not participate in these non-judicial acts, which Court of Appeal agreed were not protected activity. The shareholder consents involve securities, and the acts so taken meet definitions of wire fraud, securities fraud, leading to insurance fraud of my policy and interests generally.

9. In support as <u>Exhibit 3</u> is proof that Richard O'Connor, Mohammed Zakhireh, and James Duffy – all actual CTI shareholders – committed or conspired to commit securities fraud and wire fraud to unwind more than one hundred bona fide securities transactions resulting from millions of dollars invested, did so under the threat of Catanzarite, where they would each later continue to provide false evidence in furtherance of Catanzarite's scheme.

10. In support as <u>Exhibit 4</u> is a threatening letter I received January 25, 2019 under color of official right, through which Catanzarite intended to extort control of CTI on facts known to be false using "law enforcement," which "facts" could not exist but for the threats to create false evidence by Catanzarite between January 4, 2019 and January 23, 2019 and all times thereafter under enterprise control.

11. In support as <u>Exhibit 5</u> is proof that Catanzarite Law Corporation's actors and non-lawyer defendants actually knew of the specific value of the transaction whose "fair market value" was at least $261 million (which was the "median" at that time according to third parties), and the basis for that valuation. They chose to ignore "direct damages" and it serves as one basis for my damages and causation.

12. In support as <u>Exhibit 6</u> is proof of causation and value again, for the avoidance of doubt, with proof of a wire communication in furtherance of the lawyer schemes, and my own share breakdown from which the reasonable basis of my damages are derived, and exceeding a preponderance.

2

DECLARATION OF JUSTIN S. BECK IN SUPPORT OF REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH

**EXHIBIT 00: 004**
**22-CV-0116-BAS-DDL**

14. In support as <u>Exhibit 8</u> is the Fourth District, Division Three opinion in "G059766" *Beck v. Catanzarite Law Corp.*, No. G059766, (Cal. Ct. App. Jul. 13, 2022) for the Court's convenience.

15. In support as <u>Exhibit 9</u> is the filing I prepared, delivered numerous copies to various parties at the direction of JORGE NAVARETTE which he later claimed was unfiled, before it was filed as "ROA #49" in OCSC Case No. 30-2021-01237499 as if it estopped The State Bar of California's duties.

16. In support as <u>Exhibit 10</u> is my opening brief in G059766 with citations to appellate records.

17. In support as <u>Exhibit 11</u> is my reply brief in G059766 with citations to the record on appeal.

18. In support as <u>Exhibit 12</u> is my Appellant Index, Volume I of V, in G059766. (¶¶ 16, 17)

19. In support as <u>Exhibit 13</u> is my Appellant Index, Volume II of V, in G059766. (¶¶ 16, 17)

20. In support as <u>Exhibit 14</u> is my Appellant Index, Volume III of V, in G059766. (¶¶ 16, 17)

21. In support as <u>Exhibit 15</u> is my Appellant Index, Volume IV of V, in G059766. (¶¶ 16, 17)

22. In support as <u>Exhibit 16</u> is my Appellant Index, Volume V of V, in G059766. (¶¶ 16, 17)

23. In support as <u>Exhibit 17</u> is my granted motion to augment in G059766. (¶¶ 16, 17)

24. In support as <u>Exhibit 18</u> is my exhibit file in support to augment in G059766. (¶ 23)

25. In support as <u>Exhibit 19</u> is a letter I received ratifying the deliberate schemes to defraud on July 20, 2022. I later obtained proof of deliberately fraudulent statements made in connection therewith by GRANDT before C11, and for all times relevant as to Mr. Catanzarite and Mr. Tice's version of events and concealment of material facts known to each in furtherance of these schemes.

26. In support as <u>Exhibit 20</u> is proof of IIED and a new-onset seizure from medication related. I did not take this anti-depressant medication until and as a direct and proximate cause of these schemes to defraud predicated upon non-judicial fraud of the enterprise, which led to my malicious prosecution.

27. In support as <u>Exhibit 21</u> is the request for judicial notice that Catanzarite seeks to suppress despite his duty of candor to every tribunal, and duty to adhere to Bus. & Prof. Cod. § 6068.

28. In support as <u>Exhibit 22</u> are internal communications from State Bar showing unlawful collusion between Board of Trustees, Office of Chief Trial Counsel, Office of General Counsel (also "Complaint Review Unit") which were not intended to be delivered to me but are not privileged as the lawyers involved services were used in the commission of a fraud or crime, or to aid therein. As I informed Ms. Grandt and Ms. Davtyan, this is at least evidence of malice imputed to State Bar.

3

DECLARATION OF JUSTIN S. BECK IN SUPPORT OF REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH

EXHIBIT 00: 005
22-CV-0116-BAS-DDL

29. In support as <u>Exhibit 23</u> is a postal mail and wire communication intending to defraud me and CTI shareholders from GRANDT seeking to oppress me further, and intimidate me as victim, under color of Cal. Bus. & Prof. Cod. after notice of federal proceedings pending in 3:22-CV-01616-BAS-DDL and its related administrative proceedings before Federal Trade Commission.

30. In support as <u>Exhibit 24</u> is a postal mail and wire communication intending to defraud me and CTI shareholders from Ellin Davtyan seeking to oppress me further, and intimidate me as victim, under color of Cal. Bus. & Prof. Cod. after notice of federal proceedings pending in 3:22-CV-01616-BAS-DDL and its related administrative proceedings before Federal Trade Commission.

31. In support as <u>Exhibit 25</u> is my federal complaint in U.S. Southern District of California, which I have verified as being true under Fed. Rul. 11, and verify again as true, here to show that this Court cannot ratify these schemes in favor of active market participants.

32. In support as <u>Exhibit 26</u> is my draft motion for summary judgment and the case law I've researched applied to the circumstances at issue in this case, where I allege that persons associated with Orange County Superior Court are among the enterprise which includes Catanzarite Law Corporation and Orange County District Attorneys Office. I do not believe CX105 to be part of these schemes, however, I do demand that CX105 act in reasonable mitigation here with actual knowledge thereof and to not accept as true any statement from Defendants who are shown to engage in serial fraud and perjury.

33. In support as <u>Exhibit 27</u> is my motion for 909 findings, which I filed too late in G059766 and therefore did not result in any ruling, which articulates again the falsity of all opposition papers to my motion for summary judgment are in light of facts known to Defendants, and each of them.

34. In support as <u>Exhibit 28</u> is proof that Kenneth Catanzarite appeared in 30-2021-01237499 before Honorable John C. Gastelum in C11, which means that Suzanne Grandt and Office of General Counsel knew of this proceeding (other than being served eight times), and that Kenneth Catanzarite knows of the proceedings before C11 and the "ROA #49" which I reference. The Fourth District, Division Three expressly denied Catanzarite could represent Ms. Cooper, but she is still represented by Catanzarite due to enterprise control.

35. In support as <u>Exhibit 29</u> is my verified writ petition against non-state actors styled *Justin S. Beck v. The Superior Court of Orange County* (G061896) filed October 13, 2022.

---

4

DECLARATION OF JUSTIN S. BECK IN SUPPORT OF REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH

**EXHIBIT 00: 006**
**22-CV-0116-BAS-DDL**

36. In support as <u>Exhibit 30</u> is a frivolous "Antitrust Determination" that was delivered to me immediately after the writ proceeding commenced, which determination was made through Office of General Counsel's defendant Suzanne Grandt and Robert Retana. The determination ignores decisional law of the highest Court in the United States from 2015, citing stale case law (Parker Brown).

37. In support as <u>Exhibit 31</u> are judicially noticed in 4DCA, overt acts obstructing my antitrust petition filed in California Supreme Court in S276517 which led to an "En Banc" decision after Office of General Counsel colluded with California Supreme Court executive officer Jorge Navarette to remove all exhibits to deceive CSC's justices on November 30, 2022. This "En Banc" decision came one day after I noticed Defendants to this action, as well as Office of General Counsel, of the pendency of racketeering investigations, antitrust proceedings, and the case 3:22-CV-01616-BAS-DDL in U.S. Southern District where Attorney General of the United States is nominal defendant.

38. In support as <u>Exhibit 32</u> are judicially noticed in 4DCA, overt acts which show a unity of interests between the executive, judicial, and legislative branches of government in California.

39. In support as <u>Exhibit 33</u> is a new writ petition also styled *Justin S. Beck v. The Superior Court of Orange County* (G062120) filed December 21, 2022 in which I seek determinations of felony code violations by Catanzarite Law Corporation actors by referral to California Department of Justice and Orange County District Attorneys Office. I believe enterprise control of undisclosed actors may restrict any criminal proceedings, but intend to use that evidence in federal court, and to help others who have been unduly harmed by Catanzarite Law Corporation and The State Bar of California to obtain their damages.

40. I informed Defendants, The State Bar of California, California Legislature, and the Fourth District Division Three of my forthcoming petition to the United States Congress on behalf of myself and ROES 1-150,000 failing adequate remedies in State courts, where reverse incorporation of the 14th Amendment into the 5th Amendment causes liability to the United States, and further causes the United States mandatory duty to enjoin racketeering in California and to recompense those harmed by the lawyer-controlled enterprise here (not to mention, further stain on the legal profession caused thereby). I researched the case upon which I rely, holding in relevant part "5. The right of the people peaceably to assemble, for the purpose of petitioning Congress for a redress of grievances, or for any thing else

connected with the powers or duties of the national government, is an attribute of national citizenship, and, as such, under the protection of and guaranteed by the United States. The very idea of a government republican in form implies that right, and an invasion of it presents a case within the sovereignty of the United States." *United States v. Cruikshank*, 92 U.S. 542, (1875). Defendants appear to willfully obstruct this, too, under color of California law and enterprise control.

41. In support as Exhibit 34 is proof of my vested right to sue Orange County Superior Court. I intend to add as DOE 4 in 3:22-CV-01616-BAS-DDL, and DOE 5 being Judge John C. Gastelum in C11 who ignored all of my papers, moved my merits-based hearing without good cause on an "Anti-SLAPP" filed seven months into OCSC Case No. 30-2021-01237499 by State Bar's GRANDT, without regard of my clearly established rights, while completely disregarding *N.C. State Bd. of Dental Examiners v. Fed. Trade Comm'n*, 574 U.S. 494, (2015). DOES 1-3 in 3:22-CV-01616-BAS-DDL were informed to have been identified as ELLIN DAVTYAN, ROBERT RETANA, and JORGE NAVARETTE in their official capacities for the reasons shown and as may be evidenced further.

42. In support as Exhibit 35 is proof of my surgery in November 2022, which I had delayed repeatedly since May 2022 after tearing my left bicep. I previously had United PPO Health Insurance, but due to my direct and proximately caused unemployment from these schemes, I am on Medi-CAL. The delays in obtaining a surgeon willing to perform the surgery, my inferior coverage, as well as the delays in my merits-based hearings in C11 due to control by Grandt and The State Bar of California combined mean that I will lose 20% of my left arm's use *forever* (in a perfect scenario). If I had the surgery immediately but for all of these schemes, I'm told I would have 100% of my left arm's use.

43. In support as Exhibit 36 is a veterinary report about our cat Snookie. We learned of her terminal cancer diagnosis while scrambling to meet the demands of a last-minute ex parte hearing by Eric V. Anderton seeking to unreasonably delay my merits-based adjudication, too. I'm unable to spend much time with Snookie, who is rapidly deteriorating, or my boyfriend Brian who has filed bystander IIED claims pending, because I am continuously subject to enterprise extortion and schemes to defraud me, innocent people associated with CTI, and the Courts under color of law. For approximately 12 hours per day, I can't do anything but prepare and conclude my cases on behalf of myself and on behalf of others who can't help themselves.

46. Attached as Exhibit 37 is a United States Department of Justice report showing that Orange County District Attorneys Office is engaged in 14th Amendment violations and racketeering – namely a confidential informant program which extorts evidence via death threats in conspiracy with local law enforcement. This is what has become of Orange County's "legal" system.

47. Attached as Exhibit 38 is 4DCA's published opinion from 2020 which suggests that the CI program is not over, that the United States Civil Rights Investigation is not complete, and that Orange County District Attorney Todd Allan Spitzer is complicit. Refusing to speak to me despite my harm due to apparent control of the enterprise, he is now subject of original disciplinary writ proceedings and my request for publication to circumvent the unconstitutional use of "State Bar Court," and the "Attorney Misconduct Complaint in 200 Languages" schemes carried on through nonsovereign The State Bar of California.

48. Attached as Exhibit 39 is proof of my filing a police report in Anaheim, to which I've asked 4DCA to attach felony violations evidenced during my writ proceedings as further proof of racketeering damages for others beyond myself. The local police made me visit, because they don't accept online reports for lawyer racketeering. When I visited, they said they don't handle racketeering code violations.

48. Attached as Exhibit 40 is proof of predicate racketeering convictions in Orange County Superior Court announced by United States Department of Justice.

49. Almost every day, for at least 15-30 minutes, I cry alone in my car from severe emotional distress, since September 14, 2018 facing deliberate schemes to defraud carried on by the government, and more recently upon learning that the government in California willfully allows non-lawyer lives to be destroyed just so *scumbag fucking lawyer criminals* like Kenneth Catanzarite, Jim Travis Tice, Nicole Marie Catanzarite Woodward, Tim James O'Keefe, Eric V. Anderton, Thomas Girardi, and at least 700 others identified in Report 2022-030 by California State Auditor are paid from racketeering using State Bar protection and control of select aspects of the Court system (and possibly, State Legislature).

50. Many days, I speak with others who submit information to my website "StopCorruptLawyers.com" subject to this predation, and I've made public records requests to uncover more of these schemes' victims so that the United States is made aware and that the United States Congress can make sweeping reform of the legal system in this State on my petitions. Beyond my unique

7

DECLARATION OF JUSTIN S. BECK IN SUPPORT OF REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH

EXHIBIT 00: 009
22-CV-0116-BAS-DDL

damages and resolve, my experience of public corruption is not unique, I'm just the loudest voice ever to occupy this crowded room, and I will not stand for this ongoing conduct or oppression. I believe my life's purpose is to end it and see that those responsible are held to account in every manner under the law – which does not only apply to non-lawyers, it turns out.

I SWEAR THE FOREGOING TO BE TRUE, AND THAT THE FORTHCOMING EXHIBITS ARE GENUINE OR GENUINE COPIES WITHOUT ALTERATION, UNDER PENALTY OF PERJURY. I'M SIGNING THIS FROM OCEANSIDE, CALIFORNIA. DEFENDANTS HAVE PREVIOUSLY BEEN SERVED AND DELIVERED THIS EVIDENCE, AND I'M COMPILING IT FOR THE COURT'S CONVENIENCE TO COMBAT FURTHER OBFUSCATION OF MATERIAL FACTS SEEKING TO DELAY MY DUE ADJUDICATION ON JANUARY 6, 2023 AND MONEY JUDGMENTS.

December 26, 2022

Justin S. Beck, Plaintiff, Moving Party, Declarant

**ATTENTION MEMBERS OF THE PUBLIC, MEDIA, AND LAW ENFORCEMENT**:

This matter is not about the bankrupt, purportedly senile scapegoat Thomas Girardi. It is about The State Bar of California first and foremost, all the way to its Board of Trustees, continuing today.

---

8

DECLARATION OF JUSTIN S. BECK IN SUPPORT OF REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH

EXHIBIT 00: 010
22-CV-0116-BAS-DDL

## PROOF OF SERVICE

[Proof of E-Service]

I, Justin S. Beck, the plaintiff in this action and party replying to opposition of my motion for summary judgment at ROA #729 and ROA #733, also plaintiff in federal proceedings 3:22-CV-01616-BAS-DDL derivatively on behalf of the United States' interests, served by electronic mail:

**REPLY TO DEFENDANTS KENNETH CATANZARITE, CATANZARITE LAW CORPORATION, BRANDON WOODWARD, TIM JAMES O'KEEFE, AMY JEANETTE COOPER, CLIFF HIGGERSON, MOHAMMED ZAKHIREH, RICHARD FRANCIS O'CONNOR, JR., JAMES DUFFY, TGAP HOLDINGS, LLC, NICOLE M. CATANZARITE WOODWARD AND MOBILE FARMING SYSTEMS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH**

**DECLARATION OF JUSTIN S. BECK IN SUPPORT OF REPLY TO OPPOSITION**

Upon all parties and their counsel, including at the following email addresses in related cases:

tokeefe@catanzarite.com

bwoodward@catanzarite.com

ncatanzarite@catanzarite.com and denise.pinkerton@kw.com in conspiracy

jtt@tice.lawyer , jim.duffy@55@comcast.net and rmesa5671@yahoo.com and tommebane@gmail.com

kcatanzarite@catanzarite.com , bphillips@catanzarite.com and hle@catanzarite.com

ruben.duran@calbar.ca.gov and ruben.duran@bbklaw.com with eric.garner@bbklaw.com

suzanne.grandt@calbar.ca.gov and carissa.andresen@calbar.ca.gov in conspiracy

ellin.davytan@calbar.ca.gov , robert.retana@calbar.ca.gov with joan.randolph@calbar.ca.gov

AGelectronicservice@doj.ca.gov and Michael.redding@doj.gov as being dutifully bound, here

Jorge.navarette@jud.ca.gov and California Supreme Court witness ines.calanoc@jud.ca.gov

Criminal.division@usdoj.gov and California Attorney General Rob Bonta rob.bonta@doj.ca.gov

rfabela@anaheim.net and todd.spitzer@da.ocgov.com RE: Anaheim Police Report 22-197470

Dated December 26, 2022
Oceanside, California

_____
Justin S. Beck, Declarant

9

DECLARATION OF JUSTIN S. BECK IN SUPPORT OF REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH

**EXHIBIT 00: 011**
**22-CV-0116-BAS-DDL**

Jim Travis Tice (SBN 153867)
38 Sorrento
Irvine, CA 92614
T: 949-278-5621 | F: 949-242-2217 | E: jtt@tice.lawyer

**RECEIVED**
JAN 0 9 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

JUSTIN S. BECK

PLAINTIFF(S)

v.

CATANZARITE LAW CORPORATION, et al

DEFENDANT(S).

CASE NUMBER

22CV1616 BAS DDL

WAIVER OF SERVICE OF SUMMONS

**FILED**
JAN 0 9 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: JUSTIN S. BECK, plaintiff in pro per
*(Name of Plaintiff's Attorney or Unrepresented Plaintiff)*

    I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action, together with a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after* _____January 5, 2023_____, or within 90 days after that date if the request was sent outside the United States.

*Date Notice of Lawsuit and Request for Waiver of Service Summons is sent.*

| | |
|---|---|
| January 5, 2023 | *[signature]* |
| *Date Signed by Receiving Party* | *Signature* |
| Jim Travis Tice (SBN 153867), defendant in pro per | Jim Travis Tice |
| *Name* | *Telephone Number and Fax Number* |
| 38 Sorrento | T: 949-278-5621 | F: 949-242-2217 |
| *Street Address* | *Relationship to Entity on Whose Behalf I am Acting* |
| Irvine, California 92614 | Jim Travis Tice, defendant in pro per |
| *City, State, Zip Code* | *Name of Party Waiving Service* |

**Duty to Avoid Unnecessary Costs of Service of Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of summons was received.

CV-108 (06/98)      **WAIVER OF SERVICE OF SUMMONS**

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and am a party to this cause, representing myself *in pro per*. I am a resident of or employed in the county where the mailing occurred. My residence and business address is:

38 Sorrento
Irvine, CA 92614

I served the attached Waiver of Service of Summons by enclosing a true copy thereof in a sealed enveloped addressed to each person whose name and address is given below and depositing the envelope in the United States mail with the postage fully prepaid on January 5, 2023, at Irvine, California, to:

Justin S. Beck
3501 Roselle St.
Oceanside, California 92056

in the envelope the addressee provided.

I also served the foregoing Waiver of Service of Summons as a .pdf attachment to an email sent to the email address provided by the addressee, to wit: justintimesd@gmail.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated January 5, 2003.

_____
Jim Travis Tice, defendant *in pro per*