# EXHIBIT 6

Exhibit #6: 001
22-CV-01616-BAS-DDL

Case 3:22-cv-01616-AGS-DDL Document 10-10 Filed 01/09/23 PageID.825 Page 2 of 3

9/17/22, 8:29 AM — Gmail - Justin S. Beck v. State Bar of California, et al.; Orange County Superior Court Case No. 30-2021-01237499-CU-PN-CJC



Justin Beck <justintimesd@gmail.com>

## Justin S. Beck v. State Bar of California, et al.; Orange County Superior Court Case No. 30-2021-01237499-CU-PN-CJC

**Justin Beck** <justintimesd@gmail.com>  Fri, Jul 29, 2022 at 5:06 PM
To: "Randolph, Joan" <Joan.Randolph@calbar.ca.gov>
Cc: "Andresen, Carissa" <Carissa.Andresen@calbar.ca.gov>, "Grandt, Suzanne" <Suzanne.Grandt@calbar.ca.gov>
Bcc: fbi_ncra_duty@fbi.gov, Michael Esola <mesola@ficto.tv>

July 29, 2022

California State Auditor Whistleblower Case No. I2022-1019

Defendant The State Bar of California (served FAC on May 2, 2022)
Defendant Joy Nunley (served FAC on May 2, 2022)
Defendant Anand Kumar (served FAC on May 2, 2022)
Defendant Eli David Morgenstern (served FAC on May 2, 2022)
Defendant DOES 1-27 (each acting in an official capacity, served FAC on May 2, 2022)
Defendant Carissan Andresen (former DOE, no order needed, served FAC on May 2, 2022)
Defendant Ruben Duran (former DOE, no order needed, served FAC on May 2, 2022)
Defendant Suzanne Grandt (former DOE, no order needed, served FAC on May 2, 2022)

Counsel:

Your motion under CCP 425.16 is untimely (at minimum) and another act of deliberate disregard for public equity and my rights. I will defeat it if we see a Court hearing after October 4, 2022 in this matter. I am not withdrawing *anything*. Violations of the Rules of Professional Conduct are not protected activity (nor is fraud or criminal conduct). You do not intimidate me. Apparently you misunderstand not only the Government Claims Act, but the law upon which this motion is based, too.

How is your <u>untimely</u> Anti-SLAPP filed after a motion for summary judgment hearing is scheduled and fully briefed by me for October 4, 2022 hearing? The action was served on May 2, 2022. The conduct doesn't arise from protected activity -- as evidenced by the government claim and virtually everything else in this action. Your demurrer is floating in the wind, too. You seek to dispose of a case on more than one law that you don't understand.

The mere fact that you, a defendant in this case on behalf of the government, are threatening me with legal fees is malicious under the circumstances. You've already enabled serial fraud all the way up to Chairman Duran as recently as this month in an official capacity. This is unconscionable, and your confidence in immunities or procedural mechanisms is misplaced. This is not what Anti-SLAPP was for. I'm going to move that you are sanctioned for the Anti-SLAPP motion itself when I move to strike your demurrer for the same reasons. These motions just give me more pages to move the Court against your untenable defenses to expedite a jury trial if I'm not awarded summary judgment.

The forum of courts in the United States are PRIVATE, and the speech therein is REGULATED by the same laws you enforce for some but avoid for yourselves (and a special list for reasons that should be clear to any person acting reasonably).

The overall acts of government are NOT beyond claims in tort or intentional tort (namely -- the acts of each of you). The conduct upon which my claims are based are not rooted in protected activity -- rather -- they arise from conduct meeting the federal definitions of racketeering activity. The very **appellate court for the district in which this case is in trial court has already overturned Anti-SLAPP rulings because I showed a likelihood of prevailing on the merits for malicious prosecution (three lawsuits), slander of title, unfair business practices, and intentional infliction of emotional distress under your watch. You actually know of the same evidence, and the final rulings associated with them.**

For this <u>civil</u> matter, my only burden (by a preponderance, to be clear) is to show that any official actor for State Bar, or any violation of any duty in law designed to protect me, was a substantial factor in my injuries. And/or that the intentional infliction of emotional distress or conversion was. You think the Court is going to uphold an untimely Anti-SLAPP motion on the grounds in your motion set for hearing December 27, 2022?

*Document received by the CA Supreme Court.*

Case 3:22-cv-01616-AGS-DDL   Document 10-10   Filed 01/09/23   PageID.826   Page 3 of 3

9/17/22, 8:29 AM                    Gmail - Justin S. Beck v. State Bar of California, et al.; Orange County Superior Court Case No. 30-2021-01237499-CU-PN-CJC

The "fraud" provisions are codified under CRPC, federal law, bar litigation privilege under CCP 47, and have no reach through this section of law. You don't even have attorney-client privilege where I've shown EVID 956 to apply.

**CCP 425.16 was designed to prevent strategic lawsuits against public participation. This lawsuit is public participation in a matter arising from willful oppression, fraud, dereliction of duty, legal malice, actual malice, and civil rights violations. I'm going to *eviscerate* this frivolous motion in Court and use it as evidence of your lack of capacity.**

This is another bad faith action or tactic to avoid discovery of your acts of fraud, and to suppress evidence. I already defeated a series of Anti-SLAPP rulings in the trial court filed by your licensees, under your control. Good luck with these arguments. They are unreasonable.

I'll seek other means to reduce your deliberate, unnecessary delays or see you on October 4, 2022 in any event. This is a new low for the State Bar / Complaint Review Unit / Client Security Fund / Government Protection Agency / Regulators of Law or whatever role you purport to be playing at this point in time.

By the way... If you don't want to produce anything in discovery, I've already made clear to the Court that I expected this conduct. It isn't going to delay anything on my end. I've also noticed you of my pending action in federal court, and desire for a referee for discovery and relation of the state action for judicial efficiency. I'm not waiting until October (or December, for that matter) to get more facts from you and your conspirators.

Thank you,

Justin Beck

[Quoted text hidden]

--
============

**Justin Beck**
**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

Document received by the CA Supreme Court.