| SHAREHOLDERS | EMPLOYEES | OTHER PERSONS |
|---|---|---|
| | | (Please indicate relationship to Law Corp., e.g. "Of Counsel," etc.) |
| Kenneth Catanzarite | | |
| | Henry Nicholls | |
| | David Baran | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If additional space is needed, list on an attached sheet.

B. **PARTNERS OF THE LAW CORPORATION AND OTHERS ASSOCIATED WITH THE LAW CORPORATION:**

1. As of December 31, 1986, the following were partners of the law corporation, or other persons or entities *associated with the Law Corporation* and are practicing with the corporation in a continuous relationship:

| Partners or Other Persons or Entities (including Law Corporations which are partners of, or associated with your Law Corporation) | State Bar Membership No. or Law Corporation Cert. of Reg. No. (if applicable) |
|---|---|
| Kenneth Catanzarite | 113750 |
| | |
| | |
| | |

2. As of December 31, 1986, the following individuals or entities (not listed above) were also practicing law on behalf of the partnership or association:

| Name | State Bar Membership No. or Law Corporation Cert. of Reg. No. (if applicable) |
|---|---|
| | |
| | |
| | |
| | |

If additional space is needed, list on an attached sheet.

III. **DECLARATION**

I am an active member of the State Bar and the _President_ of _Catanzarite Law Corporation_
        (name of office)          (name of corporation)

and as such make this declaration for and on behalf of the said corporation. I have read the foregoing report and any attachments and know the contents thereof, and the same are true of my own knowledge. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on _Jnauary 27_ 1987 in the city of _Bellflower_ , State of California.

Signature

Must be executed by an active member of the State Bar who is an officer of the corporation.

Exhibit 21-084
22-CV-01616-BAS-DDL

# 1987 LAW CORPORATION ANNUAL REPORT AND 1988 RENEWAL FORM
## (Short Form)

RETURN THIS REPORT WITH THE REQUIRED ANNUAL FEE OF $50 BY MARCH 31, 1988

Name of Corporation __Catanzarite Law Corporation__

State Bar Certificate Number __9009__
(same as file # on cover letter)

Principal Address* __10358 Artesia Blvd.__

City and State __Bellflower   CA__                                    Zip __90706__

*(If this constitutes a change of address, see long form Section I-C. Re: Notification to State Bar of change of address.)

I am an active member of the State Bar and the __President__ of
(name of office, e.g., president, secretary, treasurer, etc.)
__Catanzarite Law Corporation__
(name of corporation)
and as such make this declaration for and on behalf of said corporation.

**Check one:**

☐ There have been no changes in the information required to be set forth on the Annual Report (Long Form) received herewith during the calendar year 1987. (Note: If this box is checked there is no need to complete any portions of the Long Form Annual Report or return it to the State Bar.)

☒ There have been changes during the calendar year 1987 in the information required to be set forth on the attached Annual Report (Long Form) and said changes are set forth on said Report and incorporated herein. (Note: If this box is checked, set forth on the attached Long Form Annual Report (1) the name of the corporation and its State Bar Certificate of Registration number (Questions I-A and B) and (2) any changes in the other information required to be set forth on the form. Return it to the State Bar office *with this* Short Form.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/29__, 1988 in the city of __Bellflower__, State of California

Signature _____
Must be executed by an active member of the
State Bar who is an officer of the corporation.

PLEASE RETAIN "YELLOW" COPY OF THIS REPORT FOR REFERENCE
IN COMPLETING FUTURE ANNUAL REPORTS

RECEIVED
APR 0 1 1988
LAW CORP.

Exhibit 21: 085
22-CV-01616-BAS-DDL

5

# (Long Form B)

I.    A.    Name of Corporation ___Catanzarite Law Corporation___

     B.    State Bar Certificate of Registration Number: ___9009___
(same as file # on cover letter)

     C.    Principal Address* ___10358 Artesia Blvd.___

         City and State ___Bellflower      CA___    Zip ___90706___

         *(Notification of a change of address for the corporate entity must be made to the Law Corporation office. A change of address for an individual member must be made separately to the State Bar Membership Records office.)

     D.    The Corporation complies with the security for claims requirement by having on file with the State Bar a shareholders guarantee. The guarantee limit is for ___1,000,000___ per claim with an annual aggregate limit of ___3,000,000___. All present shareholders have executed the guarantee.

DURING THE FOREGOING CALENDAR YEAR, HAS THIS LAW CORPORATION HAD ANY CHANGES RELATED TO THE FOLLOWING:

|  |  | Yes | No |
|---|---|---|---|
| E. | Articles of Incorporation? | ☐ | ☒ |
| F. | Directors, officers, shareholders, employees, entities, or other individuals practicing law on behalf of the law corporation? | ☒ | ☐ |
| G. | Bylaws (only amendments that relate to State Bar Rule IV-C need to be reported)? | ☐ | ☒ |

IF YOU RESPONDED YES TO ANY OF THE QUESTIONS E-G ABOVE AND HAVE NOT PREVIOUSLY REPORTED THOSE CHANGES TO THE STATE BAR, PLEASE ATTACH A STATEMENT SETTING FORTH THOSE CHANGES.

II.    Law Corporation Rule IV-B requires that the amount of shareholder guarantee shall be $50,000 per claim with an annual aggregate of $100,000, each multiplied by the number of persons practicing law on behalf of the corporation. The maximum guarantee shall not be required to exceed $500,000 for each claim and $5,000,000 for all claims during the year. If the corporation is practicing in a continuous relationship with others as a partner or associate, the limits set forth in the shareholder guarantee must be sufficient to cover all the attorneys practicing law on behalf of the partnership or association.

ON THE NEXT PAGE, PLEASE SET FORTH THE INFORMATION REQUESTED CONCERNING SHAREHOLDERS, EMPLOYEES, PARTNERS, ASSOCIATES AND OTHERS.

**Continued**

Exhibit 21: 086
22-CV-01616-BAS-DDL

| SHAREHOLDERS | EMPLOYEES | OTHER PERSONS |
| --- | --- | --- |
| | | (Please indicate relationship to Law Corp., e.g. "Of Counsel," etc.) |
| Kenneth J. Catanzarite | | |
| | Nancy J. White | |
| | Ralph Ascher | |
| | | |
| | | |
| | | |
| | | |
| | | |

If additional space is needed, list on an attached sheet.

**B. PARTNERS OF THE LAW CORPORATION AND OTHERS ASSOCIATED WITH THE LAW CORPORATION:**

1. As of December 31, 1987, the following were partners of the law corporation, or other persons or entities *associated with the Law Corporation* and are practicing with the corporation in a continuous relationship:

| Partners or Other Persons or Entities (including Law Corporations which are partners of, or associated with your Law Corporation) | State Bar Membership No. or Law Corporation Cert. of Reg. No. (if applicable) |
| --- | --- |
| Kenneth J. Catanzarite | 113750 |
| Nancy J. White | 106656 |
| Ralph Ascher | 132745 |
| | |
| | |

2. As of December 31, 1987, the following individuals or entities (not listed above) were also practicing law on behalf of the partnership or association:

| Name | State Bar Membership No. or Law Corporation Cert. of Reg. No. (if applicable) |
| --- | --- |
| | |
| | |
| | |
| | |
| | |

If additional space is needed, list on an attached sheet.

**III. DECLARATION**

I am an active member of the State Bar and the ___President___ of ___Catanzarite Law Corporation___
                                         (name of office)         (name of corporation)
and as such make this declaration for and on behalf of the said corporation. I have read the foregoing report and any attachments and know the contents thereof, and the same are true of my own knowledge. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on _2/29_ , 1988 in the city of _Bellflower_ , State of California.

Signature _____

(Must be executed by an individual member of the State Bar who is an officer of the corporation.)

Exhibit 21-087

22-CV-01616-BAS-DDL

**GUARANTEE**

The undersigned, being the sole shareholder of Catanzarite Law Corporation, hereby guarantees payment by the corporation of all claims established against it by its clients for errors or omissions arising out of the practice of law not to exceed $150,000 for each claim with an aggregate maximum liability not to exceed $300,000 per calendar year; provided that any payment required to be made hereunder shall be offset by the amount paid by any insurance company providing errors or omissions insurance for the corporation or any of its shareholders.

Dated: 10/10/87

Kenneth J. Catanzarite

GUARANTEE


The undersigned, being the sole shareholder of Catanzarite Law Corporation, hereby guarantees payment by the corportion of all claims established against it by its clients for errors or omissions arising out of the practice of law not to exceed $100,000 for each claim with an aggregate maximum liability not to exceed $200,000 per calendar year; provided that any payment required to be made hereunder shall be offest by the amount paid by any insurance company providing errors or omissions insurance for the corporation or any of its shareholders.

Dated: 6/13/84

Kenneth J. Catanzarite

# 1988 LAW CORPORATION ANNUAL REPORT
## AND 1989 RENEWAL FORM
### (Short Form)

**RETURN THIS REPORT WITH THE REQUIRED ANNUAL FEE OF $50 BY MARCH 31, 1989**

Name of Corporation ___Catanzarite Law Corporation___

State Bar Certificate Number __9009__
(same as file # on cover letter)

Principal Address * __2331 West Lincoln Avenue__

City and State __Anaheim, CA__                    Zip __92801__

*(If this constitutes a change of address, see long form Section I-C, Re: Notification to State Bar of change of address.)

I am an active member of the State Bar and the _____**President**_____ of
_____(name of office, e.g., president, secretary, treasurer, etc.)
_____Catanzarite Law Corporation_____
(name of corporation)
and as such make this declaration for and on behalf of said corporation.

**Check one:**

☐ There have been no changes in the information required to be set forth on the Annual Report (Long Form) received herewith during the calendar year 1988. (Note: If this box is checked there is no need to complete any portions of the Long Form Annual Report or return it to the State Bar.)

☒ There have been changes during the calendar year 1988 in the information required to be set forth on the attached Annual Report (Long Form) and said changes are set forth on said Report and incorporated herein. (Note: If this box is checked, set forth on the attached Long Form Annual Report (1) the name of the corporation and its State Bar Certificate of Registration number (Questions I-A and B) and (2) any changes in the other information required to be set forth on the form. Return it to the State Bar office *with this* Short Form.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/10___, 1989 in the city of ___Bellflower___, State of California

Signature _____
*Must be executed by an active member of the State Bar who is an officer of the corporation.*

**RECEIVED**
**JAN 12 1989**
**LAW CORP.**

PLEASE RETAIN "YELLOW" COPY OF THIS REPORT FOR REFERENCE
IN COMPLETING FUTURE ANNUAL REPORTS

Exhibit 21: 090
22-CV-01616-BAS-DDL

3

# (Long Form B)

I.  A. Name of Corporation __Catanzarite Law Corporation__

    B. State Bar Certificate of Registration Number: ___9009___
       (same as file # on cover letter)

    C. Principal Address* __2331 West Lincoln Avenue__

       City and State __Anaheim, CA__      Zip __92801__

       *(Notification of a change of address for the corporate entity must be made to the Law Corporation office. A change of address for an individual member must be made separately to the State Bar Membership Records office.)

    D. The Corporation complies with the security for claims requirement by having on file with the State Bar a shareholders guarantee. The guarantee limit is for __1,000,000__ per claim with an annual aggregate limit of __5,000,000__. All present shareholders have executed the guarantee.

DURING THE FOREGOING CALENDAR YEAR, HAS THIS LAW CORPORATION HAD ANY CHANGES RELATED TO THE FOLLOWING:

|  |  | Yes | No |
|---|---|---|---|
| E. | Articles of Incorporation? | ☐ | ☒ |
| F. | Directors, officers, shareholders, employees, entities, or other individuals practicing law on behalf of the law corporation? | ☒ | ☐ |
| G. | Bylaws (only amendments that relate to State Bar Rule IV-C need to be reported)? | ☐ | ☒ |

IF YOU RESPONDED YES TO ANY OF THE QUESTIONS E-G ABOVE AND HAVE NOT PREVIOUSLY REPORTED THOSE CHANGES TO THE STATE BAR, PLEASE ATTACH A STATEMENT SETTING FORTH THOSE CHANGES.

II. Law Corporation Rule IV-B requires that the amount of shareholder guarantee shall be $50,000 per claim with an annual aggregate of $100,000, each multiplied by the number of persons practicing law on behalf of the corporation. The maximum guarantee shall not be required to exceed $500,000 for each claim and $5,000,000 for all claims during the year. If the corporation is practicing in a continuous relationship with others as a partner or associate, the limits set forth in the shareholder guarantee must be sufficient to cover all the attorneys practicing law on behalf of the partnership or association.

ON THE NEXT PAGE, PLEASE SET FORTH THE INFORMATION REQUESTED CONCERNING SHAREHOLDERS, EMPLOYEES, PARTNERS, ASSOCIATES AND OTHERS.

**Continued**

Exhibit 21: 091
22-CV-01616-BAS-DDL

| SHAREHOLDERS | EMPLOYEES | OTHER PERSONS |
|---|---|---|
| | | (Please indicate relationship to Law Corp., e.g. "Of Counsel," etc.) |
| Kenneth J. Catanzarite | | |
| | Ralph Ascher | |
| | Nancy J. White | |
| | John E. Shorkey | |
| | Peter Kanios | |
| | James Veucasovic | |

If additional space is needed, list on an attached sheet.

B.  **PARTNERS OF THE LAW CORPORATION AND OTHERS ASSOCIATED WITH THE LAW CORPORATION:**

1. As of December 31, 1988, the following were partners of the law corporation, or other persons or entities *associated with the Law Corporation* and are practicing with the corporation in a continuous relationship:

| Partners or Other Persons or Entities (including Law Corporations which are partners of, or associated with your Law Corporation) | State Bar Membership No. or Law Corporation Cert. of Reg. No. (if applicable) |
|---|---|
| Kenneth J. Catanzarite | 113750 |
| Ralph Ascher | 132745 |
| Nancy J. White | 106656 |
| John E. Shorkey | 122573 |
| Peter Kanios | N/A  122573 |
| James VeuCasovic | N/A  cannot find MR # |

2. As of December 31, 1988, the following individuals or entities (not listed above) were also practicing law on behalf of the partnership or association:

| Name | State Bar Membership No. or Law Corporation Cert. of Reg. No. (if applicable) |
|---|---|
| | |
| | |
| | |

If additional space is needed, list on an attached sheet.

III.  **DECLARATION**

I am an active member of the State Bar and the ___President___ of ___Catanzarite Law Corporation___
                                              (name of office)              (name of corporation)
and as such make this declaration for and on behalf of the said corporation. I have read the foregoing report and any attachments and know the contents thereof, and the same are true of my own knowledge. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on __1/10__, 1989 in the city of __Bellflower__, State of California.

Signature _____

Must be executed by a shareholder of the State Bar who is an officer of the corporation

Exhibit 21, 092
22-CV-01616-BAS-DDL

# 1989 LAW CORPORATION ANNUAL REPORT
# AND 1990 RENEWAL FORM
## (Short Form)

RETURN THIS REPORT WITH THE REQUIRED ANNUAL FEE OF $50 BY April 2, 1990.

Name of Corporation ___Catanzarite Law Corporation___
(To provide notification of name change check second box below and use long form.)

State Bar Law Corporation Certificate of Registration No. _9009_____
(same as file # on cover letter)

Principal Address* _2331 West Lincoln Avenue_____

City and State ___Anaheim, California_____   Zip _92801_____

*(If this constitutes a change of address, see long form Section I-C. Re: Notification to State Bar of change of address.)

I am an active member of the State Bar and the ___President_____
(name of office, e.g., president, secretary, treasurer)

of _____Catanzarite Law Corporation_____
(name of corporation)
and as such make this declaration for and on behalf of said corporation.

**Check one:**

☐ There have been no changes in the information required to be set forth on the Annual Report (Long Form) received herewith during the calendar year 1989. (Note: If this box is checked there is no need to complete any portions of the Long Form Annual Report or return it to the State Bar.)

☒ There have been changes during the calendar year 1989 in the information required to be set forth on the attached Annual Report (Long Form) and said changes are set forth on said Report and incorporated herein. (Note: If this box is checked, set forth on the attached Long Form Annual Report (1) the name of the corporation and its State Bar Law Corporation Certificate of Registration number (Questions I-A and B) and (2) any changes in the other information required to be set forth on the form. Return it to the State Bar office **with this Short Form**.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/ / /_____ , 1990 in the city of ___Anaheim_____, State of California.

RECEIVED

FEB 7 1990

LAW CORPORATION

Name ___Kenneth J. Catanzarite_____
(Please print or type.)

Signature _____
(Must be executed by an active member of the State Bar who is an officer of the corporation.)

PLEASE RETAIN "YELLOW" COPY OF THIS REPORT FOR REFERENCE
IN COMPLETING FUTURE ANNUAL REPORTS

Exhibit 21: 093
22-CV-01616-BAS-DDL

5

| SHAREHOLDERS | EMPLOYEES | OTHER PERSONS |
|---|---|---|
| | | (Please indicate relationship to Law Corp., e.g., "Of Counsel,") |

Kenneth J. Catanzarite   Kenneth J Catanzarite _____

Ralph Ascher
Bettie L Sechrist

C Gary Wynkoop

Donald Rowen
James VeuCasovic

If additional space is needed, list on an attached sheet.

B. PARTNERS OF THE LAW CORPORATION AND OTHERS ASSOCIATED WITH THE LAW
   CORPORATION:

   1. As of December 31, 1989, the following were partners of the law corporation, or other persons
      or entities *associated with the Law Corporation* and are practicing with the corporation in a
      continuous relationship:

| Partners or Other Persons or Entities (including Law Corporations which are partners of, or associated with, your Law Corporation) | State Bar Membership No. | Law Corporation Cert. of Reg. No. (if applicable) |
|---|---|---|
| Kenneth J Catanzarite | 113750 | |

   2. As of December 31, 1989, the following individuals or entities (not listed above) were also
      practicing law on behalf of the partnership or association:

| Name | State Bar Membership No., | Law Corporation Cert. of Reg. No. (if applicable) |
|---|---|---|
| RECEIVED | | |
| FEB 7 1990 | | |
| LAW CORPORATION | | |

If additional space is needed, list on an attached sheet.

III. DECLARATION

I am an active member of the State Bar and the ___President___ of Catanzarite Law Corp.
                                              (name of office)        (name of corporation)
and as such make this declaration for and on behalf of the said corporation. I have read the foregoing
report and any attachments and know the contents thereof, and the same are true of my own
knowledge. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on __1/11/90__ , 1990 in the city of ___Anaheim___ , State of
California.

Name ___Kenneth J. Catanzarite___
        (Please print or type.)

Exhibit 21: 094
22-CV-01616-BAS-DDL

Signature _____

# (Long Form B)

I.   A. Name of Corporation ___Catanzarite Law Corporation_____

    B. State Bar Law Corporation Certificate of Registration No. ___9009_____
(same as file#on cover letter)

    C. Principal Address* _2331 West Lincoln Avenue_____

    City and State ___Anaheim, CA_____ Zip _92801___

    *(Notification of a change of address for the corporate entity must be made to the Law Corporation office. A change of address for an individual member must be made separately to the State Bar Membership Records office.)

    D. The Corporation complies with the security for claims requirement by having on file with the State Bar a shareholders guarantee. The guarantee limit is for __1,000,000___ per claim with an annual aggregate limit of ___3,000,000_____ . All present shareholders have executed the guarantee.

DURING THE CALENDAR YEAR 1989, HAS THIS LAW CORPORATION HAD ANY CHANGES RELATED TO THE FOLLOWING.

|     |                                                                                           | Yes | No  |
|-----|-------------------------------------------------------------------------------------------|-----|-----|
| E.  | Change in the name of the corporation?                                                    | ☐   | ☒   |
| F.  | Articles of Incorporation?                                                                | ☐   | ☒   |
| G.  | Directors, officers, shareholders, employees, entities, or other individuals practicing law on behalf of the law corporation? | ☒ | ☐ |
| H.  | Bylaws (only amendments that relate to State Bar Rule IV-C need to be reported)?           | ☐   | ☒   |

IF YOU RESPONDED YES TO ANY OF THE QUESTIONS E-H ABOVE AND HAVE NOT PREVIOUSLY REPORTED THOSE CHANGES TO THE STATE BAR, PLEASE ATTACH A STATEMENT SETTING FORTH THOSE CHANGES.

II.   Law Corporation Rule IV-B requires that the amount of shareholder guarantee shall be $50,000 per claim with an annual aggregate of $100,000, each multiplied by the number of persons practicing law on behalf of the corporation. The maximum guarantee shall not be required to exceed $500,000 for each claim and $5,000,000 for all claims during the year. If the corporation is practicing in a continuous relationship with others as a partner or associate, the limits set forth in the shareholder guarantee must be sufficient to cover all the attorneys practicing law on behalf of the partnership or association. If the limits set forth in the guarantee on file are not sufficient to comply with this provision, a revised guarantee should be submitted as soon as possible.

ON THE NEXT PAGE, PLEASE SET FORTH THE INFORMATION REQUESTED CONCERNING SHAREHOLDERS, EMPLOYEES, PARTNERS, ASSOCIATES AND OTHERS.

**Continued**



RECEIVED

FEB  7 1990

Exhibit 21: 095
22-CV-01616-BAS-DDL

## GUARANTEE

The undersigned, being the sole shareholder of Catanzarite Law Corporation, hereby guarantees payment by the corporation of all claims established against it by its clients for errors or omissions arising out of the practice of law not to exceed $300,000 for each claim, with an aggregate maximum liability not to exceed $600,000 per calendar year; provided that any payment required to be made hereunder shall be offset by the amount paid by any insurance company providing errors or omissions insurance for the corporate or any of its shareholders.


Dated:  1/21/69                    Kenneth J. Catanzarite

**GUARANTEE**

The undersigned, being the sole shareholder of Catanzarite Law
Corporation, hereby guarantees payment by the corporation of
all claims established against it by its clients for errors or
omissions arising out of the practice of law not to exceed
$150,000 for each claim with an aggregate maximum liability not
to exceed $300,000 per calendar year; provided that any payment
required to be made hereunder shall be offset by the amount
paid by any insurance company providing errors or omissions
insurance for the corporation or any of its shareholders.

Dated: _____   _____
                              Kenneth J. Catanzarite

Exhibit 21-007
22-CV-01616-BAS-DDL

# 1990 LAW CORPORATION ANNUAL REPORT AND 1991 RENEWAL FORM

## (Short Form)

RETURN THIS REPORT WITH THE REQUIRED ANNUAL FEE OF $50 BY April 1, 1991.

Name of Corporation _____ CATANZARITE LAW CORPORATION _____
(To provide notification of name change check second box below and use long form.)

State Bar Law Corporation Certificate of Registration No. ___ 9009 _____
(same as file # on cover letter)

Address for State Bar Law Corporation purposes* _____

_____ 2331 WEST LINCOLN AVENUE _____

City and State _____ ANAHEIM, CALIFORNIA _____   Zip 92801

*(If this constitutes a change of address, see long form Section I-C. Re: Notification to State Bar of change of address.)

I am an active member of the State Bar and the ___ PRESIDENT _____
(name of office, e.g., president, secretary, treasurer)

of _____ CATANZARITE LAW CORPORATION _____
(name of corporation)

and as such make this declaration for and on behalf of said corporation.

Check one:

☐ There have been no changes in the information required to be set forth on the Annual Report (Long Form) received herewith during the calendar year 1990. (Note: If this box is checked there is no need to complete any portions of the Long Form Annual Report or return it to the State Bar.)

☑ There have been changes during the calendar year 1990 in the information required to be set forth on the attached Annual Report (Long Form) and said changes are set forth on said Report and incorporated herein. (Note: If this box is checked, set forth on the attached Long Form Annual Report (1) the name of the corporation and its State Bar Law Corporation Certificate of Registration number (Questions I-A and B) and (2) any changes in the other information required to be set forth on the form. Return it to the State Bar office with this Short Form.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _JAN 17th_ , 1991 in the city of ___ Anaheim ___ , State of California.

RECEIVED

JAN 22 1991

LAW CORPORATION

Name ___ KENNETH J. CATANZARITE ___
(Please print or type.)

Signature _____
(Must be executed by an active member of the State Bar who is an officer of the corporation.)

**RETURN THIS REPORT BY APRIL 1, 1991, WITH THE REQUIRED ANNUAL FEE OF $50 MADE PAYABLE TO STATE BAR OF CALIFORNIA, 100 VAN NESS AVENUE, 28th FLOOR, SAN FRANCISCO, CA 94102-5238**

PLEASE RETAIN THE SECOND COPY OF THIS
1990 LAW CORPORATION ANNUAL REPORT AND 1991 RENEWAL FORM
FOR REFERENCE IN COMPLETING FUTURE ANNUAL REPORTS

Exhibit 21: 098 [1]

22-CV-01616-BAS-DDL

# (Long Form B)

I.  A. Name of Corporation ___Catanzarite Law Corporation___

B. State Bar Law Corporation Certificate of Registration No. ___9009___
(same as file# on cover letter)

C. Address for State Bar Law Corporation purposes _____

2331 West Lincoln Avenue

City and State ___Anaheim, California___     Zip __92801__

Note: Notification of a change of address for the corporate entity must be made with the Law Corporation office. A change of address for an individual member must be made separately to the State Bar Membership Records office.

D. The Corporation complies with the security for claims requirement by having on file with the State Bar a shareholders guarantee. The guarantee limit is for __$50,000.__ per claim with an annual aggregate limit of __$350,000.__ . All present shareholders have executed the guarantee.

DURING THE CALENDAR YEAR 1990, HAS THIS LAW CORPORATION HAD ANY CHANGES RELATED TO THE FOLLOWING.

|  | Yes | No |
|---|---|---|
| E. Change in the name of the corporation? | ☐ | ☒ |
| F. Articles of Incorporation? | ☐ | ☒ |
| G. Directors, officers, shareholders, employees, entities, or other individuals practicing law on behalf of the law corporation? | ☒ | ☐ |
| H. Bylaws (only amendments that relate to State Bar Rule IV-C need to be reported)? | ☐ | ☒ |

IF YOU RESPONDED YES TO ANY OF THE QUESTIONS E-H ABOVE AND HAVE NOT PREVIOUSLY REPORTED THOSE CHANGES TO THE STATE BAR, PLEASE ATTACH A STATEMENT SETTING FORTH THOSE CHANGES.

II. Law Corporation Rule IV-B requires that the amount of shareholder guarantee shall be $50,000 per claim with an annual aggregate of $100,000, each multiplied by the number of persons practicing law on behalf of the corporation. The maximum guarantee shall not be required to exceed $500,000 for each claim and $5,000,000 for all claims during the year. If the corporation is practicing in a continuous relationship with others as a partner or associate, the limits set forth in the shareholder guarantee must be sufficient to cover all the attorneys practicing law on behalf of the partnership or association. If the limits set forth in the guarantee on file are not sufficient to comply with this provision, a revised guarantee should be submitted as soon as possible.

ON THE NEXT PAGE, PLEASE SET FORTH THE INFORMATION REQUESTED CONCERNING SHAREHOLDERS, EMPLOYEES, PARTNERS, ASSOCIATES AND OTHERS.

Continued

* THIS FORM CANNOT BE USED FOR REVOCATION. PLEASE SEE LAW CORPORATION RULE V.

2B



RECEIVED
JAN 22 1991  Exhibit 21: 099
22-CV-01616-BAS-DDL

| SHAREHOLDERS | EMPLOYEES | OTHER PERSONS (Please indicate relationship to Law Corp., e.g., "Of Counsel,") |
|---|---|---|
| Kenneth J. Catanzarite | Kenneth J. Catanzarite | |
| | Ralph Ascher | |
| | Bettie L. Sechrist | |
| | Donald Rowen | |
| | James VeuCasovic | |
| | Kevin Scott Chess | |
| | Patricia M. Miller | |
| | C. Timothy Smoot | |

If additional space is needed, list on an attached

**B. PARTNERS OF THE LAW CORPORATION AND OTHERS ASSOCIATED WITH THE LAW CORPORATION:**

1. As of December 31, 1990, the following were partners of the law corporation, or other persons or entities *associated with the Law Corporation* and are practicing with the corporation in a continuous relationship:

| Partners or Other Persons or Entities (including Law Corporations which are partners of, or associated with, your Law Corporation) | State Bar Membership No. | Law Corporation Cert. of Reg. No. (if applicable) |
|---|---|---|
| Kenneth J. Catanzarite | 113750 | |
| | | |
| | | |
| | | |

2. As of December 31, 1990, the following individuals or entities (not listed above) were also practicing law on behalf of the partnership or association:

| Name | State Bar Membership No. | Law Corporation Cert. of Reg. No. (if applicable) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

If additional space is needed, list on an attached sheet.

**III. DECLARATION**

I am an active member of the State Bar and the ___President___ of ___Catanzarite Law Corp.___
(name of office)  (name of corporation)
and as such make this declaration for and on behalf of the said corporation. I have read the foregoing report and any attachments and know the contents thereof, and the same are true of my own knowledge. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on _17th of Jan_ 1991 in the city of ___Anaheim___, State of California.

RECEIVED

JAN 22 1991

LAW CORPORATION

Name ___Kenneth J. Catanzarite___
(Please print or type.)

Signature _____
(Must be executed by an active member of the State Bar who is an officer of the corporation.)

Exhibit 21: 100
22-CV-01616-BAS-DDL

State Bar of California
Office of Certification
100 Van Ness Avenue, 28th Floor
San Francisco, CA  94102-5238
(415) 241-2140

1991 LAW CORPORATION ANNUAL REPORT
AND
1992 RENEWAL FORM

**RECEIVED**

FEB 03 1992

OFFICE OF CERTIFICATION

*Please Refer to Attached Instructions When Completing Form.*

| For LC Office Use Only |
|---|
| DATE REC'D _____ |
| RECEIPT NO. _____ |
| □ $50 |
| □ $125 |
| □ Other _____ |
| □ No check enclosed |

001600

A $50 fee must accompany this annual report. After 5:00 p.m. on May 1, 1992, an additional late fee of $75 attaches.

**1. State Bar Law Corporation Certificate of Registration Number**

9009

(Use file number printed on cover letter.)

**2. Name of Law Corporation as of 12/31/91**

Catanzarite Law Corporation

□ Check if this name differs from name printed on cover letter AND file the enclosed Special Report Form.

**3. Address for State Bar Law Corporation Purposes**

2331 W. Lincoln Ave.
Anaheim, CA 92801

□ Check if this address differs from address printed on cover letter AND you want to change the corporation's address for State Bar law corporation purposes.

**4. Name of Contact Person**

Ken Catanzarite

**5. Phone Number of Contact Person**

(714) 520-5544
Area Code

**6. LAW CORPORATION CHANGES DURING 1991**

Check "Yes" if any of the following changed in calendar year 1991.

|   |   | Yes | No |
|---|---|---|---|
| a. | Name of Corporation | □ | ☒ |
| b. | Directors, officers, shareholders, employees, entities, or other individuals practicing law on behalf of the law corporation or partnership or in association with the law corporation in a continuous relationship | ☒ | □ |
| c. | Articles of Incorporation | □ | ☒ |
| d. | By-laws, insofar as they relate to Law Corporation Rule IV.C. | □ | ☒ |

If you checked "yes" for any of items 6a-6d above, you must submit the enclosed Special Report Form if you have not previously reported those changes to the State Bar.

If you checked "Yes" for 6a or 6b above, you probably need to submit a new security for claims guarantee.

**7. DO YOU NEED TO FILE A SPECIAL REPORT FORM?**

CHECK ONLY ONE BOX

a. □ I checked "no" for all items 6a-6d as there have been no changes during calendar year 1991. I have NOT SUBMITTED a Special Report Form at this time.

b. ☒ I checked "yes" for one or more of items 6a-6d to indicate change(s) during calendar year 1991. I have SUBMITTED the enclosed Special Report Form as these changes WERE NOT previously reported to the State Bar.

c. □ I checked "yes" for one or more of items 6a-6d to indicate change(s) during calendar year 1991. I have NOT SUBMITTED the enclosed Special Report Form as all changes WERE previously reported to the State Bar.

**8.** **DECLARATION**

I am an active member of the State Bar and the _____ President _____ of
(name of office, e.g., president, secretary, treasurer)

_____ Catanzarite Law Corporation _____, and as such make this declaration for and on behalf of
(name of corporation)

said corporation. I have read the foregoing report and any attachments to it (including the Special Report Form) and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it (including Special Report Form) are true and correct,

Executed on _____ January 31, 1992 _____

Name _____ Kenneth J. Catanzarite _____
Please print or type.

Signature _____

THIS FORM CANNOT BE USED FOR REVOCATION. SEE LAW CORPORATION RULE V.

12/91

LC200

Exhibit 21: 101
22-CV-01616-BAS-DDL

7.  NUMBER OF SHAREHOLDERS

Number of shareholders practicing law on behalf of the law corporation:  One (1)

8.  NUMBER OF PERSONS PRACTICING LAW

Total number of persons practicing law on behalf of the law corporation
and all entities and individuals in partnership or association with it
(includes shareholders listed above):                                      5
See instructions for method of calculation.

9.  SUFFICIENT SECURITY FOR CLAIMS GUARANTEE

If you revised your security for claims guarantee, submit a new guarantee.

If you did NOT revise your security for claims guarantee, please do NOT submit guarantee.

You need to submit a new security for claims guarantee, if any of the following apply:
a.  You are requesting a name change.  (You must submit a new security for claims guarantee, reflecting the new name.)
b.  Shareholders were added or left.  (You must submit a new security for claims guarantee, signed by all current shareholders.)
c.  The amounts on the current security for claims guarantee are insufficient to cover the number of persons practicing law indicated in
    Box 8.  (You must submit a new security for claims guarantee for the required amounts.)

See instructions for formula for calculating the required amounts for the security for claims guarantee.

Have you attached a new security for claims guarantee?

☐ Yes        ☒ Not Required

10.                                    D E C L A R A T I O N

I am an active member of the State Bar and the _____ President _____ of
                                               (name of office, e.g., president, secretary, treasurer)

Catanzarite Law Corporation _____, and as such make this declaration for and on behalf of
          (name of corporation)

said corporation.  I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own
knowledge.  I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and
correct,

Executed on        January 31, 1992

Name               Kenneth J. Catanzarite
                                                        Please print or type.

Signature

THIS FORM CANNOT BE USED FOR REVOCATION.  SEE LAW CORPORATION RULE V.

Exhibit 21: 102
22-CV-01616-BAS-DDL

State Bar of California
Office of Certification
100 Van Ness Avenue, 28th Floor
San Francisco, CA 94102-5238
(415) 241-2140



**1991/1992 SPECIAL REPORT FORM**

<table>
<tr><td colspan="2">For LC Office Use Only</td></tr>
<tr><td colspan="2">DATE REC'D _____</td></tr>
<tr><td colspan="2">RECEIPT NO. _____</td></tr>
<tr><td>□ $25</td></tr>
<tr><td>□ Other _____</td></tr>
<tr><td>□ No check enclosed</td></tr>
</table>

COMPLETE THE ENTIRE FORM. *PLEASE READ THE INSTRUCTIONS.*

CHECK ONE: □ Submitted with 1991 Annual Report to set forth changes as of 12/31/91.

□ Submitted as a separate Special Report during 1992 calendar year.
($25 Special Report fee required if submitted separately from Annual Report/Renewal.)

**A $25 fee must accompany this report, if it is filed separately from the Annual Report/Renewal Form.**

| 1. State Bar Law Corporation Certificate of Registration Number | 2. Name of Law Corporation |
|---|---|
| **9009** (Same as file number) | **Catanzarite Law Corporation** Is this a request for a name change?   □YES ☒NO |

3. Address for State Bar Law Corporation Purposes
**2331 W. Lincoln Ave.
Anaehim, CA 92801**

Is this a request for a law corporation address change?   □YES ☒NO

| 4. Articles of Incorporation | 5. By-Laws |
|---|---|
| If you have amended your law corporation's articles of incorporation, you must attach an original certified copy. | If you have amended your law corporation's by-laws as they relate to Law Corporation Rule IV.C., you must attach an original certified by the secretary of the law corporation. |
| If you have NOT AMENDED your articles of incorporation, please do NOT send a copy of the articles of incorporation. | If you have NOT AMENDED your by-laws as they relate to Law Corporation Rule IV.C., please do NOT send by-laws. |
| (If you are requesting a name change, you must attach an original certified copy of articles of incorporation reflecting the new name.) | |
| Have you attached an original certified copy of the amended articles of incorporation, certified by the Secretary of State? | Have you attached an original of the amended by-laws, certified by the secretary of the law corporation? |
| □YES    ☒NOT REQUIRED | □YES    ☒NOT REQUIRED |

6. CHANGES IN DIRECTORS, OFFICERS, SHAREHOLDERS, EMPLOYEES, ENTITIES, OR OTHER INDIVIDUALS PRACTICING LAW ON BEHALF OF THE LAW CORPORATION OR PARTNERSHIP OR IN ASSOCIATION WITH THE LAW CORPORATION IN A CONTINUOUS RELATIONSHIP

CHECK ONE:   ☒ Submitted with 1991 Annual Report to set forth changes as of 12/31/91.

□ Submitted as a separate Special Report to report changes as of _____, 1992.

NOTE CHANGES ONLY. Note additions under
"ADD" column; note "deletions" under "OMIT" column.
If there are no changes to report for a given category,
check the box to indicate that.
Attach additional sheets, if necessary.

A. DIRECTORS, OFFICERS, SHAREHOLDERS, EMPLOYEES AND OTHERS PRACTICING LAW ON BEHALF OF CORPORATION
(Include those "of counsel")

(1) DIRECTORS
☒ Check here if there are no changes.

| **"ADD"** | | **"OMIT"** | |
|---|---|---|---|
| NAME | SB Member No. | NAME | SB Member No. |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

1/92

**THIS FORM CANNOT BE USED FOR REVOCATION, PLEASE SEE LAW CORPORATION RULE V.**

Exhibit 21: 103 LC110
22-CV-01616-BAS-DDL

> NOTE CHANGES ONLY. Note additions under "ADD"
> column; note "deletions" under "OMIT" column.
> If there are no changes to report for a given category,
> check the box to indicate that.
> Attach additional sheets, if necessary.

**(2)  OFFICERS**
☒ Check here if there are no changes.

| NAME | "ADD" (Title) | SB Member No. | NAME | "OMIT" (Title) | SB Member No. |
|---|---|---|---|---|---|
| | | | | | |

**(3)  SHAREHOLDERS**
☒ Check here if there are no changes.

| NAME | "ADD" (Title) | SB Member No. | NAME | "OMIT" (Title) | SB Member No. |
|---|---|---|---|---|---|
| | | | | | |

**(4)  EMPLOYEES** practicing law on behalf of the corporation.
☐ Check here if there are no changes.

| NAME | "ADD" (Title) | SB Member No. | NAME | "OMIT" (Title) | SB Member No. |
|---|---|---|---|---|---|
| Jim Travis Tice | | 153867 | Kevin Scott Chess | | 141907 |
| | | | Patricia M. Miller | | 147921 |
| | | | Donald Rowen | | Unk |
| | | | C. Timothy Smoot | | Unk |

**B.  ENTITIES OR INDIVIDUALS** practicing law on behalf of a partnership in which the corporation is a partner, OR held out by such partnership as being available to practice law on behalf of the partnership as "of counsel" or otherwise
☒ Check here if there are no changes.

| NAME | "ADD" SB Member No. | Cert Reg No. | NAME | "OMIT" SB Member No. | Cert Reg No. |
|---|---|---|---|---|---|
| | | | | | |

**C.  ENTITIES OR INDIVIDUALS** practicing law on behalf of an association with which the corporation has established a relationship of a continuous nature OR held out by such association as being available to practice law on behalf of the association as "of counsel" or otherwise
☒ Check here if there are no changes.

| NAME | "ADD" SB Member No. | Cert Reg No. | NAME | "OMIT" SB Member No. | Cert Reg No. |
|---|---|---|---|---|---|
| | | | | | |

Exhibit 21: 104
22-CV-01616-BAS-DDL





# GOLDEN EAGLE INSURANCE COMPANY

P.O. Box 85826 • San Diego, California 92186-5826 • (619) 463-5800
FAX: (619) 463-3724

**RECEIVED**

**NOV - 7 1991**

**OFFICE OF CERTIFICATION**

## LAWYERS PROFESSIONAL LIABILITY INSURANCE

**THIS IS A CLAIMS MADE AND REPORTED POLICY. PLEASE READ IT CAREFULY. NOTICE: THE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS SHALL BE REDUCED BY AMOUNTS INCURRED FOR INVESTIGATION AND LEGAL COSTS. FURTHER NOTE THAT AMOUNTS INCURRED FOR SUCH COSTS SHALL BE APPLIED AGAINST THE DEDUCTIBLE AMOUNT.**

### DECLARATIONS

*9009*

POLICY NO. LPL 16-32-75                    RENEWAL OF: NEW

ITEM 1.   NAMED INSURED:     CATANZARITE LAW CORPORATION

ITEM 2.   ADDRESS:           2331 WEST LINCOLN AVENUE
                             ANAHEIM, CA  92801

ITEM 3.   POLICY PERIOD:

  FROM     09-28-91        12:01 A.M. Standard Time
  TO       09-28-91        12:01 A.M. Standard Time

ITEM 4.   LIMITS OF LIABILITY AND DEDUCTIBLE:

  $ 2,000,000.        each claim, including claims expense
  $ 4,000,000.        annual aggregate, including claims expense
  $    50,000.        deductible per claim

ITEM 5:   PREMIUM:

  $ 37,088.        Total Premium
  $    185.        CIGA* Assessment
  $ 37,273.        Total

  *California Insurance Guarantee Association

ITEM 6:   ENDORSEMENTS ATTACHED AT EFFECTIVE DATE:   1 THROUGH 3

ITEM 7:   PRODUCER:     EGLOFF INSURANCE AGENCY, INC.
                        20750 VENTURA BLVD., SUITE 201
                        WOODLAND HILLS, CA  91364-2338

**BY ACCEPTANCE OF THIS POLICY, THE INSURED AGREES THAT THE STATEMENTS IN THE APPLICATION ARE PERSONAL REPRESENTATIONS, THAT THEY SHALL BE DEEMED MATERIAL AND THAT THIS POLICY IS ISSUED IN RELIANCE UPON THE TRUTH OF SUCH REPRESENTATIONS.**

Dated: 10-03-91

_____
Authorized Representative

The Declarations, along with the completed and signed application, Policy and any endorsements, all attached hereto, shall collectively constitute the "Policy".

GE LPL 002 (04-89)        EP: 10-03-91

Exhibit 21: 105
22-CV-01616-BAS-DDL



**RECEIVED**

OCT 0 1 1992
OFFICE OF CERTIFICATION



# GOLDEN EAGLE INSURANCE COMPANY
P.O. Box 85826 • San Diego, California 92186-5826 • (619) 463-5800
FAX: (619) 463-3724

## LAWYERS PROFESSIONAL LIABILITY INSURANCE

**THIS IS A CLAIMS MADE AND REPORTED POLICY. PLEASE READ IT CAREFULY. NOTICE: THE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS SHALL BE REDUCED BY AMOUNTS INCURRED FOR INVESTIGATION AND LEGAL COSTS. FURTHER NOTE THAT AMOUNTS INCURRED FOR SUCH COSTS SHALL BE APPLIED AGAINST THE DEDUCTIBLE AMOUNT.**

### DECLARATIONS

POLICY NO.   LPL-198011-00                    RENEWAL OF:   LPL-163275-00

ITEM 1.   NAMED INSURED:        CATANZARITE LAW CORPORATION
                                2331 WEST LINCOLN AVENUE
ITEM 2.   ADDRESS:              ANAHEIM, CA  92801

ITEM 3.   POLICY PERIOD:

          FROM     28 SEP 92   12:01 A.M. Standard Time
          TO       28 SEP 93   12:01 A.M. Standard Time

ITEM 4.   LIMITS OF LIABILITY AND DEDUCTIBLE:

          $    2,000,000.       each claim, including claims expense
          $    4,000,000.       annual aggregate, including claims expense
          $       10,000.       deductible per claim

ITEM 5.   PREMIUM:

          $       41,170.       Total Premium
          $                     CIGA* Assessment
          $       41,170.       Total

          *California Insurance Guarantee Association

ITEM 6.   ENDORSEMENTS ATTACHED AT EFFECTIVE DATE:   SEE FORMS LIST

ITEM 7.   PRODUCER:             EGLOFF INSURANCE AGENCY, INC.
                                20635 VENTURA BLVD.
                                WOODLAND HILLS, CA  91364

**BY ACCEPTANCE OF THIS POLICY, THE INSURED AGREES THAT THE STATEMENTS IN THE APPLICATION ARE PERSONAL REPRESENTATIONS, THAT THEY SHALL BE DEEMED MATERIAL AND THAT THIS POLICY IS ISSUED IN RELIANCE UPON THE TRUTH OF SUCH REPRESENTATIONS.**

Dated:                          _____
                                              Authorized Representative

The Declarations, along with the completed and signed application, Policy and any endorsements, all attached hereto, shall collectively constitute the "Policy".

          MC   25 SEP 92

GE LPL 502 (01-89)

**RECEIVED**
SEP 2 8 1992
EGLOFF INSURANCE

Exhibit 21: 106
22-CV-01616-BAS-DDL

Disciplinary
5/88

**STATE OF COLORADO**
**SUPREME COURT**
**BOARD OF LAW EXAMINERS**
Dominion Plaza
600 17th Street, Suite 520-S
Denver, Colorado 80202
(303) 893-8096
July 11, 1989

The State Bar of California
555 Franklin St
San Francisco CA  94102

_9009_

__Kenneth Joseph Catanzarite #113750__ is applying for a license to practice
law in Colorado.

Please complete the lower portion of this letter, sign, and return it to
the address indicated above.  Additional information that may be relevant
to the applicant's character and fitness for the practice of law would
also be appreciated.

This information is for the confidential use of the admitting authority.

Sincerely,

_Maryanne Kanoza_

Maryanne Kanoza
Staff Assistant

RE:_____

Is the applicant:                          Active_____  Inactive_____

Is the applicant in good standing:            Yes_____       No_____

Have there been any charges or complaints
filed against this applicant:                 Yes_____       No_____

If the applicant is not in good standing or there have been charges or
complaints filed against this applicant, please furnish the Board with
an explanation detailing the circumstances surrounding these charges or
complaints.  Include the date the complaint was filed, name and address
of complainant, nature of complaint, date applicant was notified, and
the final disposition.

Information provided by:_____

Date:_____    Title:_____

**RECEIVED**

JUL 1 3 1989

**LAW CORP.**
Exhibit 21: 107
22-CV-01616-BAS-DDL

**AUTHORIZATION AND RELEASE**

I, Kenneth J. Catanzarite , born at Lorain, Ohio .

City       State

on June 14, 1949 , having filed an application for admission to the bar of Colorado, hereby apply for a character report and consent to have an investigation made as to my moral character, professional reputation and fitness for the practice of law and such other information as may be received, all of which will be reported only to the admitting authority. I agree to give any further information which may be required regarding my past record. I understand that the contents of my character report are confidential.

I also authorize and request every person, firm, company, corporation, governmental agency, court, association or institution having control of any documents, records and other information, including documents, records, bar association files regarding charges or complaints filed against me, including all complaints erased by law, formal or informal, pending or closed, or any other pertinent data, to permit the Colorado State Board of Law Examiners or any of its agents or representatives to inspect and make copies of such documents, records and other information. The records, however, will not include any information with respect to a juvenile offense.

I hereby request and authorize the Department of the _____ N/A _____ to furnish to the Colorado State

Air Force, Army, Navy

Supreme Court Board of Law Examiners the record of each period of my service therein and to furnish the character of service rendered for each period. My serial number was _____ N/A _____ .

Persons performing official duties under the provisions of this rule, including members of the Law Committee, members of the Bar Committee, the executive director and staff, and members of the Bar working under the direction of the Board, shall be immune from personal liability for all conduct in the course of their official duties. Information provided to the Bar Committee concerning the mental stability or ethical or moral qualifications of an applicant shall be absolutely privileged and no lawsuit may be predicated thereon. 201.2(5) Colorado Rules of Civil Procedure.

I have read the foregoing document and have answered all questions fully and frankly. The answers are complete and true of my own knowledge.

State of California

County of Orange } ss.

Signature of Applicant

Subscribed and sworn to before me this 30th day of June 19 89

Notary's Signature:

Notary's Address: 2331 W Lincoln Ave

Anaheim CA 92801

My commission expires on 5-21-93

(S E A L)

- 11 -

State Bar of California
Office of Certification
(415) 241-2100

**1992 LAW CORPORATION ANNUAL REPORT
AND 1993 RENEWAL FORM**



RECEIVED
For LC Office Use Only
DATE RECD       APR 3 0 1993
☐ $75
☐ $185        OFFICE OF CERTIFICATION
☐ Other:
☐ No check enclosed

*Please Refer to Enclosed Notice and Instructions Before Completing Form.*

A $75 fee must accompany this annual report. After 5:00 p.m. on May 3, 1993, an additional late fee of $110 attaches.

---

1. State Bar Law Corporation Certificate of Registration Number, Name and Address

   9009    2
   Catanzarite Law Corporation
   Law Corporation
   2331 W Lincoln Ave
   Anaheim           CA 92801

☐ 3. Check if the address of the law corporation differs from the address printed in box 1 AND print the new address below:

2. ☐ Check if the name of the Law Corporation differs from the name printed in box 1 and file the enclosed Special Report Form.

4. Name of Contact Person

   Kenneth J. Catanzarite

5. Phone Number of Contact Person
   ( 714 ) 520-5544
   Area Code

---

6. **LAW CORPORATION CHANGES DURING 1992**
   Check "Yes" if any of the following changed in calendar year 1992.
   Check "No" if no changes.

   |   | Yes | No |
   |---|---|---|
   | a. Name of Corporation | ☐ | ☒ |
   | b. Directors, officers, shareholders, employees, entities, or other individuals practicing law on behalf of the law corporation or partnership or in association with the law corporation in a continuous relationship | ☐ | ☒ |
   | c. Articles of Incorporation | ☐ | ☒ |
   | d. By-laws, insofar as they relate to Law Corporation Rule IV.C. | ☐ | ☒ |

   If you checked "yes" for any of items 6a-6d above, you must submit the enclosed Special Report Form if you have not previously reported those changes to the State Bar.

   If you checked "Yes" for 6a or 6b above, you probably need to submit a new security for claims guarantee.

7. **DO YOU NEED TO FILE A SPECIAL REPORT FORM?**

   YOU MUST CHECK ONE AND ONLY ONLY ONE BOX

   a. ☒ I checked "no" for all items 6a-6d as there have been no changes during calendar year 1992. I have NOT ATTACHED a Special Report Form at this time.

   b. ☐ I checked "yes" for one or more of items 6a-6d to indicate change(s) during calendar year 1992. I have ATTACHED the enclosed Special Report Form as these changes WERE NOT previously reported to the State Bar.

   c. ☐ I checked "yes" for one or more of items 6a-6d to indicate change(s) during calendar year 1992. I have NOT ATTACHED the enclosed Special Report Form as all changes WERE previously reported to the State Bar.

   **YOU MUST COMPLETE BOTH BOX 6 AND BOX 7.**

---

8.                    D E C L A R A T I O N

I am an active member of the State Bar of California and the _____ President _____ of
                                              (name of office, e.g., president, secretary, treasurer)

CATANZARITE LAW CORPORATION _____, and as such make this declaration for and on behalf of
              (name of corporation)

said corporation. I have read the foregoing report and any attachments to it (including the Special Report Form) and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it (including Special Report Form) are true and correct.

Executed on      4/27/93

Signature

Name      Kenneth J. Catanzarite

                    Please print or type.

---

12/92            **THIS FORM CANNOT BE USED FOR REVOCATION. SEE LAW CORPORATION RULE V.**        LC200

State Bar of California
Office of Certification
(415) 241-2100



**LAW CORPORATION**
**1993/1994 SPECIAL REPORT FORM**

## COMPLETE THE ENTIRE FORM. PLEASE READ THE INSTRUCTIONS.

CHECK ONE:   ☑ Submitted with 1993 Annual Report to set forth changes as of 12/31/93.

☐ Submitted as a separate Special Report during 1994 calendar year to report
changes effective as of _____.
                                    (date)

**RECEIVED**

**JAN 2 8 1994**

OFFICE OF CERTIFICATION

No fee for filing special report.

| 1. State Bar Law Corporation Certificate of Registration Number | 2. Name of Law Corporation |
|---|---|
| 9009 | CATANZARITE LAW CORPORATION |
| | Is this a request for a name change?   ☐ YES  ☑ NO |

**3. Address for State Bar Law Corporation Purposes**

2331 W. Lincoln Avenue, Anaheim, California 92801

Is this a request for a law corporation address change? ☐ YES ☐ NO ✓

---

**4. Articles of Incorporation**

If you have amended your law corporation's articles of incorporation, you must attach an original certified copy.

If you have NOT AMENDED your articles of incorporation, please do NOT send a copy of the articles of incorporation.

(If you are requesting a name change, you must attach an original certified copy of articles of incorporation reflecting the new name.)

Have you attached an original certified copy of the amended articles of incorporation, certified by the Secretary of State?

☐ YES   ☑ NOT REQUIRED

**5. By-Laws**

If you have amended your law corporation's by-laws as they relate to Law Corporation Rule IV.C., you must attach an original certified by the secretary of the law corporation.

If you have NOT AMENDED your by-laws as they relate to Law Corporation Rule IV.C., please do NOT send by-laws.

Have you attached an original of the appropriate portions of the amended by-laws, certified by the secretary of the law corporation?

☐ YES   ☑ NOT REQUIRED

---

6.   **CHANGES IN DIRECTORS, OFFICERS, SHAREHOLDERS, EMPLOYEES, ENTITIES, OR OTHER INDIVIDUALS PRACTICING LAW ON BEHALF OF THE LAW CORPORATION OR PARTNERSHIP OR IN ASSOCIATION WITH THE LAW CORPORATION IN A CONTINUOUS RELATIONSHIP**

> NOTE CHANGES ONLY.  Note additions under
> "ADD" column; note deletions under "OMIT" column.
> If there are no changes to report for a given category,
> check the box to indicate that.
> Attach additional sheets if necessary.

A.   **DIRECTORS, OFFICERS, SHAREHOLDERS, EMPLOYEES AND OTHERS PRACTICING LAW ON BEHALF OF CORPORATION**
(Include those "of counsel")

NOTE: Directors of a law corporation must also be shareholders.
(See California Corporations Code §13403.)

(1)   **DIRECTORS**
☑ Check here if there are no changes.

| NAME | "ADD" | SB Member No. | NAME | "OMIT" | SB Member No. |
|---|---|---|---|---|---|
| _____ | | _____ | _____ | | _____ |
| _____ | | _____ | _____ | | _____ |
| _____ | | _____ | _____ | | _____ |

**THIS FORM CANNOT BE USED FOR REVOCATION.**

12/93

Exhibit 21: 110
22-CV-01616-BAS-DDL

LC110

3

> **NOTE CHANGES ONLY.** Note additions under "ADD" column; note deletions under "OMIT" column. If there are no changes to report for a given category, check the box to indicate that. Attach additional sheets if necessary.

NOTE: All officers must be shareholders in law corporations with more than one shareholder.
(See California Corporations Code §13403.)

**(2) OFFICERS**
☑ Check here if there are no changes.

| NAME | "ADD" (Title) | SB Member No. | NAME | "OMIT" (Title) | SB Member No. |
|------|-------|------|------|-------|------|
| President | | | President | | |
| Treasurer | | | Treasurer | | |
| Secretary | | | Secretary | | |

**(3) SHAREHOLDERS**
☑ Check here if there are no changes.

| NAME | "ADD" (Title) | SB Member No. | NAME | "OMIT" (Title) | SB Member No. |
|------|-------|------|------|-------|------|
| | | | | | |
| | | | | | |
| | | | | | |

**(4) EMPLOYEES** practicing law on behalf of the corporation.
☐ Check here if there are no changes.

| NAME | "ADD" (Title) | SB Member No. | NAME | "OMIT" (Title) | SB Member No. |
|------|-------|------|------|-------|------|
| | | | Bettie L. Sechrist | | 140417 |

**B.** ENTITIES OR INDIVIDUALS practicing law on behalf of a partnership in which the corporation is a partner, OR held out by such partnership as being available to practice law on behalf of the partnership as "of counsel" or otherwise
☑ Check here if there are no changes.

| NAME | "ADD" SB Member No. | Cert Reg No. | NAME | "OMIT" SB Member No. | Cert Reg No. |
|------|-------|------|------|-------|------|
| | | | | | |
| | | | | | |

**C.** ENTITIES OR INDIVIDUALS practicing law on behalf of an association with which the corporation has established a relationship of a continuous nature OR held out by such association as being available to practice law on behalf of the association as "of counsel" or otherwise
☑ Check here if there are no changes.

| NAME | "ADD" SB Member No. | Cert Reg No. | NAME | "OMIT" SB Member No. | Cert Reg No. |
|------|-------|------|------|-------|------|
| | | | | | |
| | | | | | |

- Page 2 -

Exhibit 21: 111
22-CV-01616-BAS-DDL

| 7. | NUMBER OF SHAREHOLDERS |
| --- | --- |

Number of shareholders practicing law on behalf of the law corporation: _____1_____

| 8. | NUMBER OF PERSONS PRACTICING LAW |
| --- | --- |

Total number of persons practicing law on behalf of the law corporation
and all entities and individuals in partnership or association with it
(includes shareholders listed above):
(See instructions for method of calculation.)                    _____4_____

| 9. | SUFFICIENT SECURITY FOR CLAIMS GUARANTEE |
| --- | --- |

If you revised your security for claims guarantee, submit a new guarantee.

If you did NOT revise your security for claims guarantee, please do NOT submit guarantee.

You need to submit a new security for claims guarantee, if any of the following apply:
a.  You are requesting a name change. (You must submit a new security for claims guarantee, reflecting the new name.)
b.  Shareholders were added or left. (You must submit a new security for claims guarantee, signed by all current shareholders.)
c.  The amounts on the current security for claims guarantee are insufficient to cover the number of persons practicing law indicated in Box 8. (You must submit a new security for claims guarantee for the required amounts.)

See instructions for formula for calculating the required amounts for security for claims guarantee.

Have you attached new evidence of security for claims?

☐ Yes    ☑ Not Required

**RECEIVED**
**JAN 28 1994**
**OFFICE OF CERTIFICATION**

| 10. | DECLARATION |
| --- | --- |

I am an active member of the State Bar of California and the ____President____ _____ of
                                                (name of office, e.g., president, secretary, treasurer)

_____CATANZARITE LAW CORPORATION_____ , and as such make this declaration for and on behalf of
                    (name of corporation)

said corporation.  I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge.  I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct,

Executed on _____

Signature _____

Name ____Kenneth J. Catanzarite____
                                        Please print or type.

| 11.  MAILING INFORMATION |  |
| --- | --- |

Mail to:

If filing Special Report Form with Annual Report/Renewal Form to report 1993 law corporation changes:

State Bar Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA  94139-5748

If filing Special Report Form during 1994 to report 1994 law corporation changes within 30 days of their occurrence, mail Special Report Form to:

State Bar of California
Office of Certification
100 Van Ness Avenue, 28th Floor
San Francisco, CA  94102

**THIS FORM CANNOT BE USED FOR REVOCATION.**

12/93                                                                                         LC110

Exhibit 21: 112
22-CV-01616-BAS-DDL

State Bar of California
Office of Certification
(415) 241-2100



**1993 LAW CORPORATION ANNUAL REPORT
AND 1994 RENEWAL FORM**

| For LC Office Use Only |
| --- |
| DATE REC'D |
| ☑ $75 |
| ☐ $185 |
| ☐ Other: _____ |
| ☐ No check enclosed |

*Please Refer to Enclosed Notice and Instructions Before Completing Form.*

A $75 fee must accompany this annual report. After 5:00 p.m. on May 2, 1994, an additional late fee of $110 attaches.

1. State Bar Law Corporation Certificate of Registration Number, Name and Address

Catanzarite Law Corporation
Law Corporation
2331 W Lincoln Ave
Anaheim          CA  92801

9009    2
If law corporation name differs from that printed above, have all documents
necessary for name change been submitted previously to the State Bar?

☐ Yes  ☐ No
If No, file Special Report to request name change.

2. Check if the address of the law corporation differs from the address printed in box 1 AND print the new address below:

**RECEIVED**
JAN 2 8 1994
OFFICE OF CERTIFICATION

3. Name of Contact Person

Kenneth J. Catanzarite

4. Phone Number of Contact Person
( 714 ) 520-5544
Area Code

5. LAW CORPORATION CHANGES DURING 1993
Check "Yes" if any of the following changed in calendar year 1993.
Check "No" if no changes.

|   | Yes | No |
| --- | --- | --- |
| a. Name of Corporation | ☐ | ☑ |
| b. Directors, officers, shareholders, employees, entities, or other individuals practicing law on behalf of the law corporation or partnership or in association with the law corporation in a continuous relationship | ☑ | ☐ |
| c. Articles of Incorporation | ☐ | ☑ |
| d. By-laws, insofar as they relate to Law Corporation Rule IV.C. | ☐ | ☑ |

If you checked "yes" for any of items 5a-5d above, you must submit the enclosed Special Report Form if you have not previously reported those changes to the State Bar.

If you checked "Yes" for 5a or 5b above, you probably need to submit a new security for claims guarantee.

If the Law Corporation ceased to operate or offer any legal services during the 1993 calendar year, please refer to General Information for instructions regarding revocation.

6. DO YOU NEED TO FILE A SPECIAL REPORT FORM?

YOU MUST CHECK ONE AND ONLY ONLY ONE BOX

a.☐ I checked "no" for all items 5a-5d as there have been no changes during calendar year 1993. I have NOT ATTACHED a Special Report Form at this time.

b.☑ I checked "yes" for one or more of items 5a-5d to indicate change(s) during calendar year 1993. I have ATTACHED the enclosed Special Report Form as these changes WERE NOT previously reported to the State Bar.

c.☐ I checked "yes" for one or more of items 5a-5d to indicate change(s) during calendar year 1993. I have NOT ATTACHED the enclosed Special Report Form as all changes WERE previously reported to the State Bar.

YOU MUST COMPLETE BOTH BOX 5 AND BOX 6.

LC200

**--- SEE OVER ---**

Exhibit 21: 113
22-CV-01616-BAS-DDL

2

**7.**                                    D E C L A R A T I O N

I am an active member of the State Bar of California and the   ___President___   of
                                                              (name of office, e.g., president, secretary, treasurer)

___CATANZARITE LAW CORPORATION___ , and as such make this declaration for and on behalf of
                          (name of corporation)

said corporation. I have read the foregoing report and any attachments to it (including the Special Report Form) and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it (including Special Report Form) are true and correct.

Executed on   _____

Signature     _____

Name          ___Kenneth J. Catanzarite___
                          Please print or type.

THIS FORM CANNOT BE USED FOR REVOCATION.  SEE GENERAL INFORMATION FOR INSTRUCTIONS.

12/93                                                                                    LC200

THE STATE BAR OF CALIFORNIA
Law Corporation   **RECEIVED**
(415) 241-2140

FEB 1 3 1995

OFFICE OF CERTIFICATION

# 1994 Law Corporation
# Annual Report and
# 1995 Renewal Form

FOR OFFICE USE ONLY
☑ $75
☐ $185
☐ Other _____
☐ No check enclosed

**Please refer to enclosed "Important Notes" before completing form.**
*A $75 fee must accompany this annual report. This annual report is due on or before March 31, 1995.*

| | |
|---|---|
| **1.**<br><br>Catanzarite Law Corporation<br>Law Corporation<br>2331 W Lincoln Ave<br>Anaheim        CA 92801<br><br>9009    2 | **2. Law Corporation Address**<br>Printed to the left are the State Bar Law Corporation Name, Address, and Certificate of Registration Number as they currently appear in official State Bar Law Corporation records. (If this information is not pre-printed, please fill it in.)<br><br>Is the law corporation's address different from that printed in Box 1?   ☐ Yes ☑ No<br><br>If yes, enter new address below:<br><br>_____ |

**3. Name and Phone Number of Contact Person**

KENNETH J CATANZARITE  714/ 520-5544

( __ ) _____

---

**4. Law Corporation Name**
Is the law corporation's name different from that printed in Box 1?   ☐ Yes ☑ No

If yes, list the requested new name: _____

The State Bar must approve all law corporation names. To request a name change, you MUST attach the following:
- An **original** certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State.
- A new security for claims guarantee reflecting the new name, with date effective as of the date amended Articles were filed.

**5. Articles of Incorporation**
Has your law corporation amended its Articles of Incorporation (for a name change or otherwise) since January 1, 1994?   ☐ Yes ☑ No

If yes, attach an **original** certified copy of amended Articles of Incorporation.

**6. By-Laws (insofar as they relate to Rule IV-C)**
Has your law corporation amended its by-laws as they relate to Law Corporation Rule IV-C since January 1, 1994?   ☐ Yes ☑ No

If yes, attach the appropriate portions of your law corporation's by-laws, certified by the secretary of the law corporation. Signature of the secretary must be **original.**

**7. Shareholders**
Have there been any changes in shareholders since January 1, 1994?   ☐ Yes ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One | | Name of | Jurisdiction in Which | Attorney License/ | Effective Date |
|---|---|---|---|---|---|
| **Add** | **Omit** | **Shareholder** | **Admitted to Practice** | **Member Number** | **of Change** |
| | | | | | |
| | | | | | |

*This form cannot be used for revocation. See "Important Notes."*

LC 200-94/95

SEE OVER

Exhibit 21. 115
22-CV-01616-BAS-DDL

4

**8. Directors**
Have there been any changes in Directors since January 1, 1994?  ☐ Yes ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: Directors of a law corporation must also be shareholders. See California Corporations Code §13403.)

| Check One Add / Omit | Name of Director | Jurisdiction in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**9. Officers**
Have there been any changes in officers since January 1, 1994?  ☐ Yes ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: In law corporations with more than one shareholder, all officers must be shareholders. See California Corporations Code §13403.)

| Check One Add / Omit | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**10. Employees**
Have there been any changes in employees practicing law on behalf of the corporation since January 1, 1994?  ☐ Yes ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add / Omit | Name of Shareholder | Jurisdiction in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**11. Law Practice Relationship**
A. Have there been any changes in entities or individuals practicing law on behalf of a **partnership** in which the corporation is a partner, or held out by such partnership as being available to practice law on behalf of the partnership as "of counsel" or otherwise?  ☐ Yes ☑ No

If yes, complete the following:
(NOTE: In addition to naming the law corporation or law firm, you must list the name(s) of all individual attorneys practicing law on behalf of the law corporation and/or the law firm practicing in partnership with your law corporation.)

**1. Law Corporation**

| Check One Add / Omit | Name of Law Corporation | California State Bar Cert. of Reg. Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

*See Page 3 for 11.A.2 Non-Law Corporation*

*This form cannot be used for revocation. See "Important Notes."*



Exhibit 21: 116
22-CV-01616-BAS-DDL

**11 A. 2. Non-Law Corporation**

| Check One Add Omit | Name of Individual | Jurisdiction in Which Admitted to Practice | Attorney License/ Member Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**B.** Have there been any changes in entities or individuals practicing law on behalf of an association with which the corporation has established a relationship of a continuous nature, or held out by such an association as being available to practice law on behalf of the association as "of counsel" or otherwise?  ☐ Yes  ☒ No

If yes, complete the following:
(NOTE: In addition to naming the law corporation or law firm, you must list the name(s) of all individual attorneys practicing law on behalf of the law corporation and/or the law firm practicing in association with your law corporation.)

**1. Law Corporation**

| Check One Add Omit | Name of Law Corporation | California State Bar Cert. of Reg. Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |

**2. Non-Law Corporation**

| Check One Add Omit | Name of Individual | Jurisdiction in Which Admitted to Practice | Attorney License/ Member Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**12. A.** Total number of shareholders practicing law on behalf of the law corporation: ____ | ____

**B.** Total number of persons practicing law on behalf of the law corporation and all entities and individuals in partnership or association with it (includes shareholders indicated in A. above): ____ 3 ____

*Note: If you checked NO for all items 4–11 and there have been no changes since January 1, 1994, go to Box 14.*

**13. Security for Claims Guarantee**

**A.** Are you requesting a name change? (See Box 4)  ☐ Yes  ☐ No

**B.** Have any shareholders been added or omitted since January 1, 1994? (See Box 7)  ☐ Yes  ☐ No

**C.** Are the amounts on the current security for claims guarantee insufficient to cover the total number of persons practicing law? (See Box 12. B.)  ☐ Yes  ☐ No

If you checked yes for any of the above, you must file a new security for claims guarantee. (A guarantee form is attached for law corporations that need to submit a new guarantee.) To calculate the required amounts for the guarantee, complete the following worktable:

| | |
|---|---|
| **Per Claim:** Multiply the number from Box 12.B. by $50,000 (e.g. 5 X $50,000 = $250,000). If answer exceeds $500,000, insert $500,000. | _____ Per Claim |
| **Per Calendar Year:** Multiply the number from Box 12.B. by $100,000 (e.g. 5 X $100,000 = $500,000). If answer exceeds $5,000,000, insert $5,000,000. | _____ Per Calendar Year |

**D.** A new guarantee is attached.  ☐ Yes  ☐ No

*This form cannot be used for revocation. See "Important Notes."*

SEE OVER

Exhibit 21: 117
22-CV-01616-BAS-DDL

**14.**  **DECLARATION**

I am licensed to practice law in _____CALIFORNIA_____
(Jurisdiction in which licensed to practice)

and the _____PRESIDENT_____ of _____CATANZARITE LAW CORPORATION_____,
(Name of office, e.g., president, secretary, treasurer)          (Name of corporation)

and as such make this declaration for and on behalf of said corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on _____2/07/95_____

Original Signature _____

Name __KENNETH J. CATANZARITE__

**15. Mailing Information**

Mail the 1994 Annual Report and 1995 Renewal Form in the enclosed envelope to the following address:

State Bar Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

*This form cannot be used for revocation. See "Important Notes."*

Exhibit 21: 118
22-CV-01616-BAS-DDL

THE STATE BAR OF CALIFORNIA
Law Corporation
(415) 241-2100

**RECEIVED**

MAR - 8 1996

OFFICE OF CERTIFICATION
STATE BAR OF CALIF.

# 1995 Law Corporation Annual Report and 1996 Renewal Form

FOR OFFICE USE ONLY
☑ $75 _____
☐ $185
☐ Other _____
☐ No check enclosed

**Please refer to enclosed "Important Notes" before completing form.**
*A $75 fee must accompany this annual report. This annual report is due on or before April 1, 1996.*

| | |
|---|---|
| **1.**<br><br>Catanzarite Law Corporation<br>Law Corporation<br>2331 W Lincoln Ave<br>Anaheim          CA 92801<br><br>9009    2 | **2. Law Corporation Address**<br>Printed to the left are the State Bar Law Corporation Name, Address, and Certificate of Registration Number as they currently appear in official State Bar Law Corporation records.<br>(If this information is not pre-printed, please fill it in.)<br><br>Is the law corporation's address different from that printed in Box 1? If yes, enter new address below:  ☐ Yes  ☑ No<br><br>_____<br>_____<br>_____ |

**3. Name and Phone Number of Contact Person**

Kenneth J. Catanzarite

(714) 520-5544

---

**4. Law Corporation Name**
Is the law corporation's name different from that printed in Box 1?   ☐ Yes  ☑ No

If yes, list the requested new name: _____

The State Bar must approve all law corporation names. To request a name change, you MUST attach the following:
■ An **original** certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original blue and white cover page from the Secretary of State's office.
■ A new security for claims guarantee reflecting the new name, with date effective as of the date amended Articles were filed.

**5. Articles of Incorporation**
Has your law corporation amended its Articles of Incorporation (for a name change or otherwise) between January 1, 1995 and the date of the filing of this Report?   ☐ Yes  ☑ No

If yes, attach an **original** certified copy of amended Articles of Incorporation from the Secretary of State. **You MUST include the original blue and white cover page from the Secretary of State's office.**

**6. By-Laws (Insofar as they relate to Rule IV-C)**
Has your law corporation amended its by-laws as they relate to Law Corporation Rule IV-C between January 1, 1995 and the date of the filing of this Report?   ☐ Yes  ☑ No
(See "Important Notes" for Rule IV-C language.)
If yes, attach **only** the appropriate portions of your law corporation's by-laws, certified by the secretary of the law corporation. Signature of the secretary must be **original.**

**7. Shareholders**
Have there been any unreported changes in shareholders between January 1, 1995 and the date of the filing of this Report?   ☐ Yes  ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add | Omit | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |

---

Exhibit 21: 119
22-CV-01616-BAS-DDL

**8. Directors**
Have there been any unreported changes in Directors between January 1, 1995 and the date of
the filing of this Report?

☐ Yes ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: Directors of a law corporation must also be shareholders. See California Corporations Code §13403.)

| Check One Add | Omit | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

*RECEIVED*
*MAR - 8 1996*
*OFFICE OF CERTIFICATION*
*STATE BAR OF CALIFORNIA*

**9. Officers**
Have there been any unreported changes in officers between January 1, 1995 and the date of
the filing of this Report?

☐ Yes ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: In law corporations with more than one shareholder, all officers must be shareholders. See California Corporations
Code §13403.)

| Check One Add | Omit | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**10. Employees**
Have there been any unreported changes in employees practicing law on behalf of
the corporation between January 1, 1995 and the date of the filing of this Report?

☑ Yes ☐ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add | Omit | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ✓ | | Richard Vergel de Dios | CA | 180470 | 12/95 |
| | | | | | |

**11. Law Practice Relationship**
**A.** Have there been any unreported changes in entities or individuals practicing law on behalf of a
**partnership** in which the corporation is a partner, or held out by such partnership as being available
to practice law on behalf of the partnership as "of counsel" or otherwise, between January 1, 1995
and the date of the filing of this Report?

☐ Yes ☑ No

If yes, complete the following:
(NOTE: In addition to naming the law corporation or law firm, you must list the name(s) of all individual attorneys practicing
law on behalf of the law corporation and/or the law firm practicing in partnership with your law corporation.)

**1. Law Corporation**

| Check One Add | Omit | Name of Law Corporation | California State Bar Cert. of Reg. Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

*See Page 3 for 11.A.2 Non-Law Corporation*

LC 200-3/96

**●is form cannot be used for revocatio●**
**See "Important Notes."**

**Page 2**

Exhibit 21: 120
22-CV-01616-BAS-DDL

**11 A. 2. Non-Law Corporation**

| Check One Add | Omit | Name of Individual | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

B. Have there been any unreported changes in entities or individuals practicing law on behalf of an association with which the corporation has established a relationship of a continuous nature, or held out by such an association as being available to practice law on behalf of the association as "of counsel" or otherwise, between January 1, 1995 and the date of the filing of this Report? ☐ Yes ☑ No

If yes, complete the following:
(NOTE: In addition to naming the law corporation or law firm, you must list the name(s) of all individual attorneys practicing law on behalf of the law corporation and/or the law firm practicing in association with your law corporation.)

**1. Law Corporation**

| Check One Add | Omit | Name of Law Corporation | California State Bar Cert. of Reg. Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

RECEIVED
MAR - 8 1996
OFFICE OF CERTIFICATION
STATE BAR OF CALIFORNIA

**2. Non-Law Corporation**

| Check One Add | Omit | Name of Individual | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

---

### YOU MUST COMPLETE BOX 12.

**12. A.** Total number of shareholders practicing law on behalf of the law corporation:     1
**B.** Total number of persons practicing law on behalf of the law corporation and all entities and individuals practicing in partnership, association and/or "of counsel" (includes shareholders indicated in A. above):     4

**13. Security for Claims Guarantee**
**Please answer ALL questions in this box.**

A. Are you requesting a name change? (See Box 4.)
(NOTE: If you are requesting a name change, your shareholders guarantee must reflect the new name, with date effective as of the date amended Articles of Incorporation were filed with the Secretary of State.) ☐ Yes ☑ No

B. Have any shareholders been added or omitted between January 1, 1995 and the date of the filing of this Report? (See Box 7.) ☐ Yes ☑ No

C. Has the total number of persons practicing law on behalf of the corporation (including all entities and individuals practicing in partnership or association with it) increased since your last Report to the State Bar? (See Box 12.B.) ☑ Yes ☐ No

If you checked yes to any of the above you must file a new shareholders guarantee. A guarantee form is attached for law corporations that need to submit a new guarantee.

*See over for worktable to calculate required amounts for the guarantee.*

---

LC 200-95/96

**This form cannot be used for revocation.**
**See "Important Notes."**
Page 3
SEE OVER

*To calculate the required amounts for the guarantee, complete the following worktable:*

| | | |
|---|---|---|
| **Per Claim:** Multiply the number from Box 12.B. by $50,000 (e.g. 5 X $50,000 = $250,000). If answer exceeds $500,000, insert $500,000. | 200,000. | Per Claim |
| **Per Calendar Year:** Multiply the number from Box 12.B. by $100,000 (e.g. 5 X $100,000 = $500,000). If answer exceeds $5,000,000, insert $5,000,000. | 400,000. | Per Calendar Year |

**NOTE:** If the total number of persons practicing law on behalf of the corporation has not increased and if you checked no for all items 13.A.-C., you are not required to file a new shareholders guarantee.

D. Are you filing a new shareholders guarantee with this Annual Report?      ☒ Yes  ☐ No

---

**14.**                                            **DECLARATION**

I am licensed to practice law in _____ California _____
                                        (Jurisdiction(s) in which licensed to practice)

and the ____President____ of ____CATANZARITE LAW CORPORATION____
         (Name of office, e.g., president, secretary, treasurer)              (Name of corporation)

and as such make this declaration for and on behalf of said corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on _____ 3/06/96 _____

Original Signature _____

Name ____Kenneth J. Catanzarite____

---

**15. Mailing Information**

Mail the 1995 Annual Report and 1996 Renewal Form in the enclosed envelope to the following address:

State Bar Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

RECEIVED

MAR - 8 1996

OFFICE OF CERTIFICATION
STATE BAR OF CALIFORNIA

Exhibit 21: 122
22-CV-01616-BAS-DDL

**Submit only if you checked yes to any item in Box 13 on the Annual Report.**

The State Bar of California
Law Corporation
(415) 241-2100

FILE NO. 9009

## STANDARD LAW CORPORATION GUARANTEE

The undersigned, being shareholder(s) of

CATANZARITE LAW CORPORATION
_____ ,
(Set forth complete name of corporation)

hereby guarantee(s) payment by the corporation (and, if our corporation shall have more than one shareholder, this obligation shall be joint and several among the shareholders) of all claims established against it by its clients for errors or omissions arising out of the practice of law by the corporation in an amount not to exceed

$ 200,000. _____ for each claim with an aggregate maximum liability not to exceed

$ 400,000. _____ per calendar year; provided that any payment required to be made hereunder shall be offset by the amount paid by any insurance company providing errors or omissions insurance for the corporation or any of its shareholders.

DATE EFFECTIVE: _____     DATE EXECUTED: 3/06/96

**SHAREHOLDERS**
(Please type name under each signature.
Attach additional sheets if necessary.)

_____     RECEIVED

Kenneth J. Catanzarite                 MAR - 8 1996

_____     OFFICE OF CERTIFICATION
                                       STATE BAR OF CALIFORNIA

_____     _____

_____     _____

_____     _____

_____     _____

* See Box 13 on the Annual Report for how to calculate the correct amounts for the guarantee.

LAWCORP.96\GUAR.1

Exhibit 21: 123
22-CV-01616-BAS-DDL



# GOLDEN EAGLE INSURANCE COMPANY

P.O. Box 85826 • San Diego, California 92186-5826 • (619) 463-5800
FAX: (619) 463-3724

**RECEIVED**

**JAN 1 7 1996**

**LAWYERS PROFESSIONAL LIABILITY INSURANCE** OFFICE OF CERTIFICATION
STATE BAR OF CALIFORNIA

**THIS IS A CLAIMS MADE AND REPORTED POLICY. PLEASE READ IT CAREFULY. NOTICE: THE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS SHALL BE REDUCED BY AMOUNTS INCURRED FOR INVESTIGATION AND LEGAL COSTS. FURTHER NOTE THAT AMOUNTS INCURRED FOR SUCH COSTS SHALL BE APPLIED AGAINST THE DEDUCTIBLE AMOUNT.**

## DECLARATIONS

POLICY NO.    LPL-329057-00          RENEWAL OF:   LPL-280625-00

ITEM 1.    NAMED INSURED:          CATANZARITE LAW CORPORATION
                                    2331 WEST LINCOLN AVENUE
ITEM 2.    ADDRESS:                ANAHEIM, CA 92801

ITEM 3.    POLICY PERIOD:

           FROM      28 SEP 95     12:01 A.M. Standard Time
           TO        28 SEP 96     12:01 A.M. Standard Time

ITEM 4.    LIMITS OF LIABILITY AND DEDUCTIBLE:

           $ 2,000,000.            each claim, including claims expense
           $ 4,000,000.            annual aggregate, including claims expense
           $    25,000.            deductible per claim

ITEM 5.    PREMIUM:

           $ 18,732.               Total Premium
           $    116.               CIGA* Assessment
           $ 18,848.               Total

           *California Insurance Guarantee Association

ITEM 6:    ENDORSEMENTS ATTACHED AT EFFECTIVE DATE:   PER GE PL 1000

ITEM 7:    PRODUCER:               EGLOFF INSURANCE AGENCY, INC.
           01-05034                20635 VENTURA BOULEVARD
                                    WOODLAND HILLS, CA 91364

**BY ACCEPTANCE OF THIS POLICY, THE INSURED AGREES THAT THE STATEMENTS IN THE APPLICATION ARE PERSONAL REPRESENTATIONS, THAT THEY SHALL BE DEEMED MATERIAL AND THAT THIS POLICY IS ISSUED IN RELIANCE UPON THE TRUTH OF SUCH REPRESENTATIONS.**

Dated:                              _____
                                         Authorized Representative

The Declarations, along with the completed and signed application, Policy and any endorsements, all attached hereto, shall collectively constitute the "Policy".

EM 29 SEP 95

**Exhibit 21: 124**
**22-CV-01616-BAS-DDL**

THE STATE BAR OF CALIFORNIA
Law Corporation
(415) 241-2100



**1996 Law Corporation**
**Annual Report and**
**1997 Renewal Form**

**RECEIVED**
JAN 16 1997
OFFICE OF CERTIFICATION
STATE BAR OF CALIFORNIA

FOR OFFICE USE ONLY
☑ $75    7.7
☐ $185
☐ Other _____
No check enclosed

Please refer to enclosed "Important Notes" before completing form.
*A $75 fee must accompany this annual report. This annual report is due on or before March 31, 1997.*

| | |
|---|---|
| **1.**<br><br>Catanzarite Law Corporation<br>2331 W Lincoln Ave<br>Anaheim        CA 92801<br><br>9009    2 | **2. Law Corporation Address**<br>Printed to the left are the State Bar Law Corporation Name, Address, and Certificate of Registration Number as they appear in official State Bar Law Corporation records.<br>(If this information is not pre-printed, please fill it in.)<br><br>Is the law corporation's address different from that printed in Box 1? If yes, enter new address below:    ☐ Yes  ☑ No |

**3. Name and Phone Number of Contact Person**
KENNETH J. CATANZARITE
( 714) 520-5544

---

**YOU MUST COMPLETE ALL ITEMS IN BOX 4.**

| | |
|---|---|
| **4.A.** Total NUMBER OF SHAREHOLDERS as of the date of the filing of this Report: | 1 |
| **4.B.** Total NUMBER OF NON-SHAREHOLDERS practicing law on behalf of the corporation as of the date of the filing of this Report: | 4 |
| **4.C.** TOTAL NUMBER practicing law on behalf of the corporation, including all shareholders and all entities/individuals practicing in partnership, association and/or "of counsel" (4.A + 4.B): | 5 |

---

**5. Law Corporation Name**
Is the law corporation's name different from that printed in Box 1?    ☐ Yes  ☑ No

If yes, list the requested new name: _____

The State Bar must approve all law corporation names. To request a name change, you MUST attach the following:
■ An **original** certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. **You MUST include the original blue and white cover page from the Secretary of State's Office.**
■ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed.

---

**6. Articles of Incorporation**
Has your law corporation amended its Articles of Incorporation (for a name change or otherwise) between January 1, 1996 and the date of the filing of this Report?    ☐ Yes  ☑ No

If yes, attach an **original** certified copy of amended Articles of Incorporation from the Secretary of State. **You MUST include the original blue and white cover page from the Secretary of State's Office.**
If you have previously submitted certified amended Articles for a name change, DO NOT resend.

---

**7. By-Laws (insofar as they relate to Rule IV-C)**
Has your law corporation amended its by-laws as they relate to Law Corporation Rule IV-C between January 1, 1996 and the date of the filing of this Report? (See "Important Notes" for Rule IV-C language.)    ☐ Yes  ☑ No

If yes, attach **only** the portions of your law corporation's by-laws that contain language from Rule IV-C, certified by the secretary of the law corporation. Signature of the secretary must be **original**.

---

**8. Shareholders**
Have there been any unreported changes in shareholders between January 1, 1996 and the date of the filing of this Report?    ☐ Yes  ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One<br>Add  Omit | Name of<br>Shareholder | Jurisdiction(s) in which<br>Admitted to Practice | Attorney License/<br>Member Number | Effective Date<br>of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

---

LC 200-96/97

**This form cannot be used for revocation.**
**See "Important Notes."**

SEE OVER
Exhibit 24 P. 125
22-CV-01616-BAS-DDL

Page 1

5

**9. Directors**

Have there been any unreported changes in Directors between January 1, 1996 and the
date of the filing of this Report?                                    ☐ Yes   ☒ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: Directors of a law corporation must also be shareholders. See California Corporations Code §13403.)

| Check One Add Omit | Name of Director | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**10. Officers**

Have there been any unreported changes in officers between January 1, 1996 and the
date of the filing of this Report?                                    ☐ Yes   ☒ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: In law corporations with more than one shareholder, all officers must be shareholders. See California Corporations Code §13403.)

| Check One Add Omit | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**11. Employees**

Have there been any unreported changes in employees practicing law on behalf of
the corporation between January 1, 1996 and the date of the filing of this Report?   ☒ Yes   ☐ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add Omit | Name of Employee | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| ✓ | JAMES W. PARKER | | 109801 | 5/96 |
| ✓ | JAMES B. VEUCASOVIC | | UNK. | 5/96 |
| | | | | |

**12. Law Practice Relationship**

A.  Have there been any unreported changes in entities or individuals practicing law on
behalf of a partnership in which the corporation is a partner, or held out by such partnership as
being available to practice law on behalf of the partnership as "of counsel" or otherwise, between
January 1, 1996 and the date of the filing of this Report?                    ☐ Yes   ☒ No

If yes, complete the following:
(NOTE: In addition to naming the law corporation or law firm, you must list the name(s) of all individual attorneys practicing law
on behalf of the law corporation and/or the law firm practicing in partnership with your law corporation.)

**1.  Law Corporation**

| Check One Add Omit | Name of Law Corporation | California State Bar Cert. of Reg. Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

*See Page 3 for 12.A.2 Non-Law Corporation*

**This form cannot be used for revocation.**
**See "Important Notes."**

Exhibit 21: 126
22-CV-01616-BAS-DDL

**12.A.2. Non-Law Corporation.**

| Check One Add Omit | Name of Individual | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

B. Have there been any unreported changes in entities or individuals practicing law on behalf of an association with which the corporation has established a relationship of a continuous nature, or held out by such an association as being available to practice law on behalf of the association as "of counsel" or otherwise, between January 1, 1996 and the date of the filing of this Report?    ☐ Yes  ☒ No

If yes, complete the following:
(NOTE: In addition to naming the law corporation or law firm, you must list the name(s) of all individual attorneys practicing law on behalf of the law corporation and/or the law firm practicing in association with your law corporation.)

**1. Law Corporation**

| Check One Add Omit | Name of Law Corporation | California State Bar Cert. of Reg. Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**2. Non-Law Corporation**

| Check One Add Omit | Name of Individual | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**13. Standard Law Corporation Guarantee**
   **Please answer ALL questions in this box.**

A. Are you requesting a previously unreported name change? (See Box 5.)
(NOTE: If you are requesting a name change, your standard law corporation guarantee must reflect the new name, with date effective as of the date amended Articles of Incorporation were filed with the Secretary of State.)    ☐ Yes  ☒ No

B. Have any unreported shareholders been added or omitted between January 1, 1996 and the date of the filing of this Report? (See Box 8.)    ☐ Yes  ☒ No

C. Has the total number of persons practicing law on behalf of the corporation (including all entities and individuals practicing in partnership, association and/or "of counsel" with it) increased since your last Report to the State Bar? (See Box 4.C.)    ☐ Yes  ☒ No

**If you checked yes to any of the above you must file a new standard law corporation guarantee.**
A guarantee form is attached for law corporations that need to submit a new guarantee.

*See over for worktable to calculate required amounts for the guarantee.*

LC 200-96/97       **This form cannot be used for revocation.**       **Page 3**
                   **See "Important Notes."**       SEE OVER

Exhibit 24. 127
22-CV-01616-BAS-DDL

To calculate the required dollar amounts to be set forth on the attached guarantee, complete the following worktable.

**Per Claim:** Multiply the number from Box 4.C. by $50,000 (e.g.
5 x $50,000 = $250,000). If answer exceeds $500,000, insert
$500,000. _____ Per Claim

**Per Calendar Year:** Multiply the number from Box 4.C. by
$100,000 (e.g. 5 x $100,000 = $500,000). If answer exceeds
$5,000,000, insert $5,000,000. _____ Per Calendar Year

NOTE: If the total number of persons practicing law on behalf of the corporation has not increased
and if you checked no for all items 13.A.–C., you are not required to file a new guarantee.

D. Are you filing a new standard law corporation guarantee with this Annual Report?   ☐ Yes   ☑ No

---

**14.**                                              **DECLARATION**

I am licensed to practice law in _____ CALIFORNIA _____
                                        (Jurisdiction(s) in which licensed to practice)

and the _____PRESIDENT_____ of __CATANZARITE LAW CORPORATION_____,
        (Name of office, e.g., president, secretary, treasurer)          (Name of corporation)

and as such make this declaration for and on behalf of said corporation. I have read the foregoing report and any attachments
to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the
laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on ___JANUARY_____ , 1997 _____

Original Signature _____

Name _____KENNETH 'S. CATNZARITE_____

---

**15. Mailing Information**

Mail the 1996 Annual Report and 1997 Renewal Form in the enclosed envelope to the following address:

State Bar Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

**This form cannot be used for revocation.**
**See "Important Notes."**

Exhibit 21: 128
22-CV-01616-BAS-DDL

 

**Commercial Underwriters - I**

**RECEIVED**

# LAWYERS PROFESSIONAL LIABILITY INSURANCE
## (Claims Made and Reported Basis)
## POLICY DECLARATIONS

JAN - 2 1997

OFFICE OF CERTIFICATION
STATE BAR OF CALIFORNIA

Renewal of Number:  NEW                    Policy Number:         GLP 001111

| Item 1. NAMED INSURED and PRINCIPAL ADDRESS | Item 2. POLICY PERIOD |
|---|---|
| Catanzarite Law Corporation<br>2331 West Lincoln Avenue<br>Anaheim CA 92801 | From:  September 28, 1996     12:01 AM Standard Time<br>To:   September 28, 1997     12:01 AM Standard Time |

**Item 3. LIMIT of LIABILITY and DEDUCTIBLE**

a. The Liability of the Company for "EACH CLAIM" which is first made
during the POLICY PERIOD shall not exceed            **$2,000,000**

b. and the total of the Company's liability for all CLAIMS first made
during the POLICY PERIOD shall not exceed the "AGGREGATE"       **$4,000,000**

c. The limit of liability afforded under the POLICY shall be subject to the
following deductible amount which shall be applicable to "EACH CLAIM"    **$25,000**

**Item 4. RETROACTIVE DATE:**                                    **Full Prior Acts**

*This insurance does not apply to any act, error or omission which occurs before the Retroactive
Date shown above*

**Item 5. NUMBER OF ATTORNEY**                                         **4**

**Item 6. PREMIUM**                                                **$23,868**

**Item 7. FORM(S) and ENDORSEMENT(S) made a part of this POLICY at time of issuance:**

| LPL002 (4/96)  LPL001 (4/96)<br>LPL007 (4/96)  LPL009 (4/96)<br>LPL008 (4/96)  LPL024 (4/96)<br>LPL010 (4/96) | SPECIAL ENDORSEMENTS |
|---|---|

Date:  __October 02, 1996__                By: _____

Duly Authorized Officer or Representative

THESE DECLARATIONS TOGETHER WITH THE APPLICATION, POLICY JACKET, FORMS AND ENDORSEMENTS, IF
ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBER POLICY.

**LPL002 (4/96)**                                                       Rv 10/2/96

THE STATE BAR OF CALIFORNIA
Law Corporation
(415) 241-2100

**1997 Law Corporation**
**Annual Report and**
**1998 Renewal Form**


RECEIVED
MAR 2 0 1998
OFFICE OF CERTIFICATION
STATE BAR OF CALIFORNIA

FOR OFFICE USE ONLY
☒ $75
☐ $185
☐ Other_____
☐ No check enclosed

**Please refer to enclosed "Important Notes" before completing form.**
*A $75 fee must accompany this annual report. This annual report is due on or before March 31, 1998.*

| 1. | 2. Law Corporation Address |
|---|---|
| Catanzarite Law Corporation<br>2331 W Lincoln Ave<br>Anaheim      CA 92801<br><br>9009     2 | Printed to the left are the State Bar Law Corporation Name, Address, and Certificate of Registration Number as they appear in official State Bar Law Corporation records.<br>(If this information is not pre-printed, please fill it in.)<br><br>Is the law corporation's address different from that printed in Box 1?<br>If yes, enter new address below:     ☐ Yes ☒ No |

**3. Name and Phone Number of Contact Person**
KENNETH J. CATANZARITE
(714 ) 520-5544

## YOU MUST COMPLETE ALL ITEMS IN BOX 4.

| | |
|---|---|
| **4.A. NUMBER OF SHAREHOLDERS** as of the date of the filing of this Report: | 1 |
| **4.B. NUMBER OF NON-SHAREHOLDERS** practicing law on behalf of the corporation, including all entities/individuals practicing in partnership, association and/or "of counsel," as of the date of the filing of this Report: | 3 |
| **4.C. TOTAL NUMBER** practicing law on behalf of the corporation, including all shareholders and all entities/individuals practicing in partnership, association and/or "of counsel" (4.A + 4.B): | 4 |

**5. Law Corporation Name**
Is the law corporation's name different from that printed in Box 1?     ☐ Yes ☒ No

If yes, list the requested new name: _____

The State Bar must approve all law corporation names. To request a name change, you MUST attach the following:
■ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original blue and white cover page from the Secretary of State's Office.
■ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed.

**6. Articles of Incorporation**
Has your law corporation amended its Articles of Incorporation (for a name change or otherwise) between January 1, 1997 and the date of the filing of this Report?     ☐ Yes ☒ No

If yes, attach an original certified copy of amended Articles of Incorporation from the Secretary of State. You MUST include the original blue and white cover page from the Secretary of State's Office.
If you have previously submitted certified amended Articles for a name change, DO NOT resend.

**7. By-Laws (Insofar as they relate to Rule IV-C)**
Has your law corporation amended its by-laws as they relate to Law Corporation Rule IV-C between January 1, 1997 and the date of the filing of this Report?     ☐ Yes ☒ No
(See "Important Notes" for Rule IV-C language.)

If yes, attach only the portions of your law corporation's by-laws that contain language from Rule IV-C, certified by the secretary of the law corporation. Signature of the secretary must be original.

**8. Shareholders**
Have there been any unreported changes in shareholders between January 1, 1997 and the date of the filing of this Report?     ☐ Yes ☒ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One<br>Add   Omit | Name of<br>Shareholder | Jurisdiction(s) in which<br>Admitted to Practice | Attorney License/<br>Member Number | Effective Date<br>of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |

---

LC 200-97/98

**This form cannot be used for revocation.**
**See "Important Notes."**

Page 1

Exhibit 21.130
22-CV-01616-BAS-DDL

**9. Directors**

Have there been any unreported changes in Directors between January 1, 1997 and the date of the filing of this Report?   ☐ Yes  ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: Directors of a law corporation must also be shareholders. See California Corporations Code §13403.)

| Check One Add | Omit | Name of Director | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |

**10. Officers**

Have there been any unreported changes in officers between January 1, 1997 and the date of the filing of this Report?   ☐ Yes  ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: In law corporations with more than one shareholder, all officers must be shareholders. See California Corporations Code §13403.)

| Check One Add | Omit | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| | | _____ | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ | _____ |

**11. Employees**

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 1997 and the date of the filing of this Report?   ☑ Yes  ☐ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add | Omit | Name of Employee | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | ✓ | JAMES W. PARKER | _____ | 109801 | 02/97 |
| | | _____ | _____ | _____ | _____ |

**12. Law Practice Relationship**

A. Have there been any unreported changes in entities or individuals practicing law on behalf of a partnership in which the corporation is a partner, or held out by such partnership as being available to practice law on behalf of the partnership as "of counsel" or otherwise, between January 1, 1997 and the date of the filing of this Report?   ☐ Yes  ☑ No

If yes, complete the following:
(NOTE: In addition to naming the law corporation or law firm, you must list the name(s) of all individual attorneys practicing law on behalf of the law corporation and/or the law firm practicing in partnership with your law corporation.)

**1. Law Corporation**

| Check One Add | Omit | Name of Law Corporation | California State Bar Cert. of Reg. Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|---|
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |

*See Page 3 for 12.A.2 Non-Law Corporation*

LC 200-97/98

**This form cannot be used for revocation.**
**See "Important Notes."**

Page 2

Exhibit 21: 131
22-CV-01616-BAS-DDL

**12.A.2. Non-Law Corporation**

| Check One Add Omit | Name of Individual | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**B.** Have there been any unreported changes in entities or individuals practicing law on behalf of an association with which the corporation has established a relationship of a continuous nature, or held out by such an association as being available to practice law on behalf of the association as "of counsel" or otherwise, between January 1, 1997 and the date of the filing of this Report?     ☐ Yes ☒ No

If yes, complete the following:
(NOTE: In addition to naming the law corporation or law firm, you must list the name(s) of all individual attorneys practicing law on behalf of the law corporation and/or the law firm practicing in association with your law corporation.)

**1. Law Corporation**

| Check One Add Omit | Name of Law Corporation | California State Bar Cert. of Reg. Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |

**2. Non-Law Corporation**

| Check One Add Omit | Name of Individual | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | "Of Counsel" (Yes/No) | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**13. Standard Law Corporation Guarantee**
   **Please answer ALL questions in this box.**

**A.** Are you requesting a previously unreported name change? (See Box 5.)     ☐ Yes ☒ No

(NOTE: If you are requesting a name change, your standard law corporation guarantee must reflect the new name, with date effective as of the date amended Articles of Incorporation were filed with the Secretary of State.)

**B.** Have any unreported shareholders been added or omitted between January 1, 1997 and the date of the filing of this Report? (See Box 8.)     ☐ Yes ☒ No

**C.** Has the total number of persons practicing law on behalf of the corporation (including all entities and individuals practicing in partnership, association and/or "of counsel" with it) increased since your last Report to the State Bar? (See Box 4.C.)     ☐ Yes ☒ No

**NOTE: IF YOU CHECKED YES TO ANY OF THE ABOVE YOU MUST FILE A NEW STANDARD LAW CORPORATION GUARANTEE.** A guarantee form is attached for law corporations that need to submit a new guarantee.

**D.** Is this law corporation practicing in partnership with other registered law corporations?     ☐ Yes ☒ No

If yes, go to 13.E. If no, go to 13.F.

**E.** Have any law corporations been added to or omitted from the partnership since your last Report to the State Bar? (See Box 12.A.1.)     ☐ Yes ☒ No

**NOTE: IF YOU CHECKED YES TO 13.E. ABOVE, THE SHAREHOLDER(S) OF EACH CORPORATION CURRENTLY PRACTICING IN THE PARTNERSHIP MUST SIGN A NEW GUARANTEE AND FILE IT WITH THIS ANNUAL REPORT.**

A guarantee form is attached for law corporations that must file a new guarantee. For law corporations practicing in partnership with other law corporations, see the back side of the guarantee form.

**F.** Are you filing a new standard law corporation guarantee (or partnership guarantee) with this Annual Report?     ☐ Yes ☒ No

*See over for worktables to help you correctly complete the guarantee.*

LC 200-97/98

**This form cannot be used for revocation.**
**See "Important Notes."**

**Page 3**

SEE OVER
Exhibit 21: 132
22-CV-01616-BAS-DDL

*To calculate the required dollar amounts to be set forth on the attached guarantee, complete the following worktable.*

**Per Claim:** Multiply the number from Box 4.C, by $50,000 (e.g. 5 x $50,000 = $250,000). If answer exceeds $500,000, insert $500,000.                                                              _____ Per Claim

**Per Calendar Year:** Multiply the number from Box 4.C. by $100,000 (e.g. 5 x $100,000 = $500,000). If answer exceeds $5,000,000, insert $5,000,000.                                _____ Per Calendar Year

*The "Date Effective" to be inserted on the attached guarantee is the earliest of the following dates:*

■ The date amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Box 5.)
■ The date a shareholder was added. (See Box 8.)
■ The date a shareholder was omitted. (See Box 8.)
■ The date the *total number of persons practicing increased to more than the total reported* on your last Report to the State Bar. (See Box 4.C.)
■ The date a corporation was added to the partnership in which your law corporation practices. (S1ee Box 12.1.)
■ The date a corporation was omitted from the partnership in which your law corporation practices. (See Box 12.1.)

*The "Date Executed" is the date the attached guarantee form is signed by the shareholder(s) of the corporation.*

**14.**                                      **DECLARATION**

I am licensed to practice law in _____CALIFORNIA_____
                                          (Jurisdiction(s) in which licensed to practice)

and the ___PRESIDENT___ of ___CATANZARITE LAW CORPORATION___
         (Name of office, e.g., president, secretary, treasurer)        (Name of corporation)

and as such make this declaration for and on behalf of said corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on ___MARCH 17, 1998___

Original Signature _____

Type or Print Name ___KENNETH J. CATANZARITE___

**15. Mailing Information**

Mail the 1997 Annual Report and 1998 Renewal Form in the enclosed envelope to the following address:

State Bar Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

**This form cannot be used for revocation.**
**See "Important Notes."**

Exhibit 21: 133
22-CV-01616-BAS-DDL

THE STATE BAR OF CALIFORNIA
Law Corporation
(415) 538-2100

● **1998** Law Corporation
Annual Report and
**1999** Renewal Form

RECEIVED

MAR 0 5 1999

OFFICE OF CERTIFICATION
STATE BAR OF CALIFORNIA

FOR OFFICE USE ONLY
☑ $75 .00
☐ $185
☐ Other_____
☐ No check enclosed

**Please refer to enclosed "Important Notes" before completing form.**
A $75 fee must accompany this annual report. This annual report is due on or before March 1, 1999.

| 1. | 2. Law Corporation Address |
|---|---|
| Catanzarite Law Corporation<br>2331 W Lincoln Ave<br>Anaheim    CA 92801<br><br>9009    2 | Is the law corporation's address different from that printed in Box 1?<br>If yes, enter new address below:     ☐ Yes  ☑ No |

**3. Name and Phone Number of Contact Person**

(714 ) 520-5544

---

**4.   NUMBER OF PERSONS PRACTICING LAW** on behalf of the corporation, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature OR who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; employees; "of counsel;" contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions, even if such members are not admitted to practice law in California:

Insert Number Here*   4

*This is the number of persons required to be covered by the Law Corporation Guarantee for Security (see Box 13).

---

**5. Law Corporation Name**
Is the law corporation's name different from that printed in Box 1?     ☐ Yes  ☑ No

If yes, insert the proposed new name: _____

· To request a name change, provide the following:
   ■ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State, including the original blue and white cover page from the Secretary of State's Office.
   ■ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed.

**6. Articles of Incorporation**
Has your law corporation amended its Articles of Incorporation between January 1, 1998 and the date of the filing of this Report?     ☐ Yes  ☑ No

If yes, attach an original certified copy of amended Articles of Incorporation from the Secretary of State, including the original blue and white cover page from the Secretary of State's Office.
If you have previously submitted certified amended Articles for a name change, DO NOT resend.

**7. By-Laws (Insofar as they relate to Rule IV-C)**
Has your law corporation amended its by-laws as they relate to Law Corporation Rule IV-C between January 1, 1998 and the date of the filing of this Report?     ☐ Yes  ☑ No
(See "Important Notes" for Rule IV-C language.)

If yes, attach only the portions of your law corporation's by-laws that contain language from Rule IV-C, certified by the secretary of the law corporation. Signature of the secretary must be original.

---

**This form cannot be used for revocation.**
**See "Important Notes."**

LC 200-98/99

SEE OVER

Exhibit 21: 134
22-CV-01616-BAS-DDL

4

**8. Shareholders**
Have there been any unreported changes in shareholders between January 1, 1998 and
the date of the filing of this Report?

☐ Yes ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add Omit | Name of Shareholder | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | ———— | ———— | ———— | ———— |
| | ———— | ———— | ———— | ———— |

**9. Directors**
Have there been any unreported changes in Directors between January 1, 1998 and the
date of the filing of this Report?

☐ Yes ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: Directors of a law corporation must also be shareholders. See California Corporations Code §13403.)

| Check One Add Omit | Name of Director | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | ———— | ———— | ———— | ———— |
| | ———— | ———— | ———— | ———— |

**10. Officers**
Have there been any unreported changes in officers between January 1, 1998 and the
date of the filing of this Report?

☐ Yes ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: In law corporations with more than one shareholder, all officers must be shareholders. See California Corporations Code §13403.)

| Check One Add Omit | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | ———— | ———— | ———— | ———— | ———— |
| | ———— | ———— | ———— | ———— | ———— |

**11. Employees**
Have there been any unreported changes in employees practicing law on behalf of
the corporation between January 1, 1998 and the date of the filing of this Report?

☐ Yes ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add Omit | Name of Employee | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | ———— | ———— | ———— | ———— |
| | ———— | ———— | ———— | ———— |

**This form cannot be used for revocation.**
**See "Important Notes."**

LC 200-98/99

Exhibit 21: 135
22-CV-01616-BAS-DDL

## 12. Law Practice Business Relationship

**A. Law Corporations.** Have there been any unreported changes in the law practice business relationship between the corporation and other law corporations between January 1, 1998 and the date of the filing of this Report?    ☐ Yes   ☒ No

If yes, complete the following:
(NOTE: In addition to naming the law corporation(s), you must list the name(s) of all individual attorneys practicing law on behalf of that law corporation(s).)

| Check One Add  Omit | Name of Law Corporation | State Bar Law Corporation Number | Partnership / Association / Of Counsel | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**B. Non-Law Corporations.** Have there been any unreported changes in the law practice business relationship between the corporation and entities or individuals other than law corporations between January 1, 1998 and the date of the filing of this report?    ☐ Yes   ☒ No

If yes, complete the following:
(NOTE: In addition to naming the law firm(s), you must list the name(s) of all individuals attorneys of the law firm(s) on a separate sheet.)

| Check One Add  Omit | Name of Firm or Individual | Attorney License No. and Jurisdiction in which Admitted to Practice | Partnership / Association / Of Counsel / Contract | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## 13. Guarantee for Claims

**A. Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee if:

1. You are requesting a previously unreported name change; and/or

2. You have any unreported changes in shareholders between January 1, 1998 and the date of the filing of this Report (See Box 8.); and/or

3. The total number of persons practicing law on behalf of the corporation has increased since your last Report to the State Bar (See Box 4).

Are you filing a new Standard Law Corporation Guarantee (Form A) with this Annual Report?    ☐ Yes   ☒ No

**B. Partnership Guarantee.** Law corporations in Partnership with other registered Law Corporations have the option to execute a Standard Law Corporation Guarantee For Law Corporations Practicing in Partnership with Other Law Corporations. Execute a new Partnership Guarantee if:

1. Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See Box 12.A).

2. There have been any changes in the individual corporations of the partnership as described in 13.A.

Are you filing a new Partnership Guarantee (Form B) for Law Corporations Practicing in Partnership with other law corporations with this Annual Report?    ☐ Yes   ☒ No

**This form cannot be used for revocation.
See "Important Notes."**

SEE OVER    **Page 3**
Exhibit 21: 136
22-CV-01616-BAS-DDL

*To calculate the required dollar amounts to be set forth on the attached guarantee, complete the following work sheet.*

# WORK SHEET

**Per Claim:** Multiply the number from Box 4 by $50,000 (e.g.
5 x $50,000 = $250,000). If answer exceeds $500,000, insert
$500,000.                                                    _____  Per Claim

**Per Calendar Year:** Multiply the number from Box 4 by
$100,000 (e.g. 5 x $100,000 = $500,000). If answer exceeds
$5,000,000, insert $5,000,000.                              _____  Per Calendar Year

*The "Date Effective" to be inserted on the attached guarantee is the earliest of the following dates:*

- The date amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Box 5.)
- The date a shareholder was added. (See Box 8.)
- The date a shareholder was omitted. (See Box 8.)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Box 4.)
- The date a corporation was added to the partnership in which your law corporation practices. (See Box 12.A.)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Box 12.A.)

*The "Date Executed" is the date the attached guarantee form is signed by the shareholder(s) of the corporation.*

---

**14.**                                    **DECLARATION**

I am licensed to practice law in          CALIFORNIA
                                    (Jurisdiction(s) in which licensed to practice)

and the    PRESIDENT                  of  CATANZARITE LAW CORPORATION
     (Name of office, e.g., president, secretary, treasurer)              (Name of corporation)

and as such make this declaration for and on behalf of said corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on    March 01, 1999

Original Signature  _____

Type or Print Name   KENNETH J. CATANZARITE

---

**15. Mailing Information**

Mail the 1998 Annual Report and 1999 Renewal Form in the enclosed envelope to the following address:

State Bar Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

---

**This form cannot be used for revocation.**
**See "Important Notes."**

Exhibit 21: 137
22-CV-01616-BAS-DDL

THE STATE BAR OF CALIFORNIA
Law Corporation
(415) 538-2100



# 1999 Law Corporation
# Annual Report and
# 2000 Renewal Form

RECEIVED
MAR 2 4 2000
OFFICE OF CERTIFICATION
THE STATE BAR OF CALIFORNIA

FOR OFFICE USE ONLY
☐ $75
☐ $185
☐ Other _____
☐ No check enclosed

**Please refer to enclosed "Important Notes" before completing form.**
*A $75 fee must accompany this annual report. This annual report is due on or before **March 31, 2000.***

---

**1.**

09009  2
Catanzarite Law Corporation

2331 W Lincoln Ave
Anaheim, CA 92801

**2. Law Corporation Address**
Is the law corporation's address different from that printed in Box 1?
If yes, enter new address below:

☐ Yes  ☑ No

_____
_____
_____
_____

**3. Name and Phone Number of Contact Person**

_____
(714) 520-5544
_____

E-mail: _____

---

**4. NUMBER OF PERSONS COVERED** by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature OR who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; employees; "of counsel;" contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions, even if such members are not admitted to practice law in California:

Insert Number Here ____5____

---

**5. Law Corporation Name**
Is the law corporation's name different from that printed in Box 1?

☐ Yes  ☑ No

If yes, insert the proposed new name: _____

To request a name change, provide the following:
■ An **original** certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State, **including the original blue and white cover page from the Secretary of State's Office.**
■ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed.

---

**6. Articles of Incorporation**
Has your law corporation amended its Articles of Incorporation between January 1, 1999 and the date of the filing of this Report?

☐ Yes  ☑ No

If yes, attach an **original** certified copy of amended Articles of Incorporation from the Secretary of State, **including the original blue and white cover page from the Secretary of State's Office.**

---

**7. By-Laws (insofar as they relate to Rule IV-C)**
Has your law corporation amended its by-laws as they relate to Law Corporation Rule IV-C between January 1, 1999 and the date of the filing of this Report?
(See "Important Notes" for Rule IV-C language.)

☐ Yes  ☑ No

If yes, attach **only** the portions of your law corporation's by-laws that contain language from Rule IV-C, certified by the secretary of the law corporation. Signature of the secretary must be **original.**

---

## This form cannot be used for revocation.
## See "Important Notes."

LC 200-99/00

## SEE OVER

Exhibit 21: 138
22-CV-01616-BAS-DDL

Page 1

5

**8. Shareholders**
Have there been any unreported changes in shareholders between January 1, 1999 and
the date of the filing of this Report?                                           ☐ Yes  ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add | Omit | Name of Shareholder | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |

**9. Directors**
Have there been any unreported changes in Directors between January 1, 1999 and the
date of the filing of this Report?                                               ☐ Yes  ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: Directors of a law corporation must also be shareholders. See California Corporations Code §13403.)

| Check One Add | Omit | Name of Director | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |

**10. Officers**
Have there been any unreported changes in officers between January 1, 1999 and the
date of the filing of this Report?                                               ☐ Yes  ☑ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: In law corporations with more than one shareholder, all officers must be shareholders. See California Corporations Code §13403.)

| Check One Add | Omit | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| | | _____ | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ | _____ |

**11. Employees**
Have there been any unreported changes in employees practicing law on behalf of
the corporation between January 1, 1999 and the date of the filing of this Report?   ☑ Yes  ☐ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add | Omit | Name of Employee | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| X | | NICOLE M CATANZARITE | CA | 205746 | 12/99 |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |

**This form cannot be used for revocation.**
**See "Important Notes."**

Exhibit 21: 139
22-CV-01616-BAS-DDL

## 12. Law Practice Business Relationship

**A. Law Corporations.** Have there been any unreported changes in the law practice business relationship between the corporation and other **law corporations** between January 1, 1999 and the date of the filing of this Report?

☐ Yes  ☑ No

If yes, complete the following:

| Check One Add / Omit | Name of Law Corporation | State Bar Law Corporation Number | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| | | | | | | |

**B. Limited Liability Partnerships.** Have there been any unreported changes in the law practice business relationship between the corporation and **limited liability partnerships** between January 1, 1999 and the date of the filing of this Report?

☐ Yes  ☑ No

If yes, complete the following:

| Check One Add / Omit | Name of LLP | State Bar LLP Cert. Number | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| | | | | | | |

**C. Other Entities or Individuals.** Have there been any unreported changes in the law practice business relationship between the corporation and **entities or individuals** other than law corporations or limited liability partnerships between January 1, 1999 and the date of the filing of this Report?

☐ Yes  ☑ No

If yes, complete the following:
(NOTE: In addition to naming the law firm(s), you must list the name(s) of all individual attorneys of the law firm(s) on a separate sheet.)

| Check One Add / Omit | Name of Firm or Individual | Attorney License No. and Jurisdiction in which Admitted to Practice | Partnership | Association | "Of Counsel" | Contract | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## 13. Guarantee for Claims

**A. Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee if:

1. You are requesting a previously unreported name change; and/or

2. You have any unreported changes in shareholders between January 1, 1999 and the date of the filing of this Report (See Box 8.); and/or

3. The total number of persons practicing law on behalf of the corporation has increased since your last Report to the State Bar (See Box 4).

Are you filing a new Standard Law Corporation Guarantee (Form A) with this Annual Report?

☑ Yes  ☐ No

**B. Partnership Guarantee.** Law Corporations in Partnership with other registered Law Corporations have the option to execute a Standard Law Corporation Guarantee For Law Corporations Practicing in Partnership with Other Law Corporations. Execute a new Partnership Guarantee if:

1. Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See Box 12.A).

2. There have been any changes in the individual corporations of the partnership as described in 13.A.

Are you filing a new Partnership Guarantee (Form B) for Law Corporations Practicing in Partnership with other Law Corporations with this Annual Report?

☐ Yes  ☑ No

**This form cannot be used for revocation.**
**See "Important Notes."**

LC 200-99/00

SEE OVER        Page 3

Exhibit 21: 140
22-CV-01616-BAS-DDL

*To calculate the required dollar amounts to be set forth on the attached guarantee, complete the following work sheet.*

## WORK SHEET

**Per Claim:** Multiply the number from Box 4 by $50,000 (e.g., 5 x $50,000 = $250,000). If answer exceeds $500,000, insert $500,000.

*250,000* Per Claim

**Per Calendar Year:** Multiply the number from Box 4 by $100,000 (e.g., 5 x $100,000 = $500,000). If answer exceeds $5,000,000, insert $5,000,000.

*5,000,000* Per Calendar Year

*The "Date Effective" to be inserted on the attached guarantee is the earliest of the following dates:*

- ■ The date amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Box 5.)
- ■ The date a shareholder was added. (See Box 8.)
- ■ The date a shareholder was omitted. (See Box 8.)
- ■ The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Box 4.)
- ■ The date a corporation was added to the partnership in which your law corporation practices. (See Box 12.A.)
- ■ The date a corporation was omitted from the partnership in which your law corporation practices. (See Box 12.A.)

*The "Date Executed" is the date the attached guarantee form is signed by the shareholder(s) of the corporation.*

**14.**                          **DECLARATION**

I am licensed to practice law in ___CALIFORNIA___

(Jurisdiction(s) in which licensed to practice)

and the ___PRESIDENT___ of ___CATANZARITE LAW CORPORATION___

(Name of office, e.g., president, secretary, treasurer)          (Name of corporation)

and as such make this declaration for and on behalf of said corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on _____          ___3/17/00___

Original Signature _____

Type or Print Name ___KENNETH J. CATANZARITE___

**15. Mailing Information**

Mail the 1999 Annual Report and 2000 Renewal Form in the enclosed envelope to the following address:

State Bar Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

**This form cannot be used for revocation.**
**See "Important Notes."**

LC 200-99/00

*Complete only one side of this page.   This guarantee is not valid without original signatures.*

State Bar of California
Law Corporation
180 Howard Street
San Francisco, .CA  94105-1639
(415) 538-2100

CERT NO. 9009

## STANDARD LAW CORPORATION GUARANTEE
## FOR LAW CORPORATIONS PRACTICING IN PARTNERSHIP
## WITH OTHER LAW CORPORATIONS

The undersigned, being shareholder(s) of the respective corporation(s) set forth below beside our name(s), hereby guarantee payment by our respective corporation (and, if any one of our corporations shall have more than one shareholder, this obligation shall be joint and several among the shareholders of that corporation) of all claims established against our respective corporation by its clients for errors and omissions arising out of the practice of law by our respective corporation, whether our respective corporation is acting in its individual capacity or acting with any third person or entity, in an amount not to exceed $   250,000   for each claim with an aggregate maximum liability not to exceed $ 5,000,000   per calendar year; provided that any payment required to be made hereunder shall be offset by the amount paid by any insurance company providing errors and omissions insurance for our respective corporation or its shareholder(s).

DATE EFFECTIVE:   12/01/99                     DATE EXECUTED:   3/17/00

| **NAME OF CORPORATION**<br>(Set forth complete name of each corporation.) | **SHAREHOLDER SIGNATURES**<br>(Please type name under each signature.<br>Signatures must be original.) |
|---|---|
| CATANZARITE LAW CORPORATION | |
| | KENNETH J CATANZARITE |
| | |
| | |
| | |
| | |
| | |

ATTACH ADDITIONAL SHEETS IF NECESSARY.
FILE ONLY ONE ORIGINAL.  PHOTOCOPIES MAY BE FILED FOR THE OTHER CORPORATIONS IN THE PARTNERSHIP.

**\* See the top of Page 4 on the Annual Report to calculate the correct dollar amounts for the guarantee, and how to determine the "Date Effective" and Date Executed".**

**FORM B**

Exhibit 21: 142
22-CV-01616-BAS-DDL

THE STATE BAR OF CALIFORNIA
Law Corporation
(415) 538-2100
www.calbar.org/2cer/lawcorp/index.htm



**Law Corporation**
**2000 Annual Report and**
**2001 Renewal Form**

RECEIVED
FEB 0 8 2001

OFFICE OF CERTIFICATION
THE STATE BAR OF CALIFORNIA

FOR OFFICE USE ONLY
☐ $75  *NH*
☐ $185
☐ Other_____
☐ No check enclosed

Please refer to enclosed "Important Notes" before completing form.
*A $75 non-refundable fee made payable to the State Bar of California must accompany this annual report.*
*This annual report is due on or before March 30, 2001.*

**1.**

09009  2
Catanzarite Law Corporation
2331 W Lincoln Ave
Anaheim, CA 92801

**2. Law Corporation Address**
Is the law corporation's address different from that printed in Box 1?
If yes, enter new address below:

☐ Yes  ☑ No

_____
_____
_____

**3. Name and Phone Number of Contact Person**

KENNETH J. CATANZARITE

(714 ) 520-5544

E-mail: kcatanzarite@catanzarite.com

**4. NUMBER OF PERSONS COVERED** by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature OR who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; employees; "of counsel;" contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions, even if such members are not admitted to practice law in California:

**THIS BOX MUST BE COMPLETED**          Insert Number Here ___5___

**5. Law Corporation Name**
Is the Law Corporation requesting a new name?                                       ☐ Yes  ☑ No
If yes, insert the proposed new name: _____

To request a name change, provide the following:
■ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State, **including the original blue and white cover page from the Secretary of State's Office.**
■ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed.

**6. Articles of Incorporation**
Has your law corporation amended its Articles of Incorporation between January 1, 2000 and       ☐ Yes  ☑ No
the date of the filing of this Report?
If yes, attach an **original** certified copy of amended Articles of Incorporation from the Secretary of State, **including the original blue and white cover page from the Secretary of State's Office.** Do not submit if previously provided to the State Bar.

**7. By-Laws (insofar as they relate to Rule IV-C)**
Has your law corporation amended its by-laws as they relate to Law Corporation Rule IV-C
between January 1, 2000 and the date of the filing of this Report?                  ☐ Yes  ☑ No
(See "Important Notes" for Rule IV-C language.)
If yes, attach **only** the portions of your law corporation's by-laws that contain language from Rule IV-C, certified by the secretary of the law corporation. Signature of the secretary must be **original.**

**This form cannot be used for revocation.**

LC 2001 GUAR

Exhibit 21: 143
22-CV-01616-BAS-DDL

4

**8. Shareholders**
Have there been any unreported changes in shareholders between January 1, 2000 and the date of the filing of this Report?  ☐ Yes  ☒ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add Omit | Name of Shareholder | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**9. Directors**
Have there been any unreported changes in Directors between January 1, 2000 and the date of the filing of this Report?  ☐ Yes  ☒ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: Directors of a law corporation must also be shareholders. See California Corporations Code §13403.)

| Check One Add Omit | Name of Director | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**10. Officers**
Have there been any unreported changes in officers between January 1, 2000 and the date of the filing of this Report?  ☐ Yes  ☒ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: In law corporations with more than one shareholder, all officers must be shareholders. See California Corporations Code §13403.)

| Check One Add Omit | Name of Officer | Office Held* (Pres., Treas., Sec.) | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

*OMITTED OFFICERS MUST BE REPLACED

**11. Employees**
Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2000 and the date of the filing of this Report?  ☒ Yes  ☐ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add Omit | Name of Employee | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| Omit X | RALPH ASCHER | CA & NY | 132745 | 08/00 |
| Add X | DU QUANG VO | CA | 203222 | 09/00 |

**This form cannot be used for revocation.**

LC 2001 GUAR

Exhibit 21: 144
22-CV-01616-BAS-DDL

**12. Law Practice Business Relationship**

A. **Law Corporations.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and other law corporations between January 1, 2000 and the date of the filing of this Report?    ☐ Yes    ☒ No

If yes, complete the following:

| Check One Add  Omit | Name of other Law Corporation | State Bar Registration Number | Partnership | Association | "Of Counsel" | to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

B. **Limited Liability Partnerships.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and limited liability partnerships between January 1, 2000 and the date of the filing of this Report?    ☐ Yes    ☒ No

If yes, complete the following:

| Check One Add  Omit | Name of LLP | State Bar LLP Cert. Number | Partnership | Association | "Of Counsel" | to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

C. **Other Entities or Individuals.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and entities or individuals other than law corporations or limited liability partnerships between January 1, 2000 and the date of the filing of this Report?    ☐ Yes    ☒ No

If yes, complete the following:
(NOTE: In addition to naming the law firm(s), you must list the name(s) of all individual attorneys of the law firm(s) on a separate sheet.)

| Check One Add  Omit | Name of Firm or Individual | Attorney License No. and Jurisdiction in which Admitted to Practice | Partnership | Association | "Of Counsel" | to your law corp. | Contract | Effective Date of Change |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

**13. Guarantee for Claims**

A. **Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee ONLY if:

1. You are requesting a previously unreported name change; and/or

2. You have any unreported changes in shareholders between January 1, 2000 and the date of the filing of this Report (See Box 8.); and/or

3. The total number of persons practicing law on behalf of the corporation has increased since your last Report to the State Bar (See Box 4).

Are you filing a new Standard Law Corporation Guarantee (Form A) with this Annual Report?    ☐ Yes    ☒ No

B. **Partnership Guarantee.** Law Corporations in Partnership with other registered Law Corporations have the option to execute a Standard Law Corporation Guarantee For Law Corporations Practicing in Partnership with Other Law Corporations. Execute a new Partnership Guarantee ONLY if:

1. Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See Box 12.A).

2. There have been any changes in the individual corporations of the partnership as described in 13.A.

Are you filing a new Partnership Guarantee (Form B) for Law Corporations Practicing in Partnership with other Law Corporations with this Annual Report?    ☐ Yes    ☒ No

**This form cannot be used for revocation.**

Exhibit 21: 145
22-CV-01616-BAS-DDL

*To calculate the required dollar amounts to be set forth on the attached guarantee, complete the following work sheet.*

## WORK SHEET

| | |
|---|---|
| **Per Claim:** Multiply the number from Box 4 by $50,000 (e.g., 5 x $50,000 = $250,000). If answer exceeds $500,000, insert $500,000. = | 250,000  Per Claim |
| **Per Calendar Year:** Multiply the number from Box 4 by $100,000 (e.g., 5 x $100,000 = $500,000). If answer exceeds $5,000,000, insert $5,000,000. | 500,000  Per Calendar Year |

*"Date Effective"* **to be inserted on the attached guarantee is the earliest of the following dates:**

■ The date amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Box 5.)
■ The date a shareholder was added. (See Box 8.)
■ The date a shareholder was omitted. (See Box 8.)
■ The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Box 4.)
■ The date a corporation was added to the partnership in which your law corporation practices. (See Box 12.A.)
■ The date a corporation was omitted from the partnership in which your law corporation practices. (See Box 12.A.)

*"Date Executed"* **is the date the attached guarantee form is signed by the shareholder(s) of the corporation.**

---

**14.**                              **DECLARATION**

I am licensed to practice law in _____CALIFORNIA_____
                                        (Jurisdiction(s) in which licensed to practice)

and the _____PRESIDENT_____ of _____CATANZARITE LAW CORPORATION_____
        (Name of office, e.g., president, secretary, treasurer)        (Name of corporation)

and as such make this declaration for and on behalf of said corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on _____February 6, 2001_____

Original Signature **X** _____

Print Name _____KENNETH L. CATANZARITE_____

---

**15. Mailing Information**

Mail the 2000 Annual Report and 2001 Renewal Form in the enclosed envelope to the following address:

State Bar Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

---

## This form cannot be used for revocation.

THE STATE BAR OF CALIFORNIA
Law Corporation
(415) 538-2100
www.calbar.org/2cer/lawcorp/index.htm



**Law Corporation**
**2001 Annual Report and**
**2002 Renewal Form** RECEIVED



FOR OFFICE USE ONLY
☐ $75
☐ $185
☐ No check enclosed

JAN 2 5 2002

OFFICE OF CERTIFICATION
THE STATE BAR OF CALIFORNIA

**Please refer to enclosed "Important Notes" before completing form.**
*A $75 non-refundable fee must accompany this form.*
**This annual report must be received on or before April 1, 2002.**

| 1. | 2. **Law Corporation Address** |
|---|---|

1.

```
09009  2
Catanzarite Law Corporation

2331 W Lincoln Ave
Anaheim, CA 92801
```

2. **Law Corporation Address**
Is the law corporation's address different from that printed In Box 1? If yes, enter new address below:

☐ Yes   ☑ No

_____

_____

_____

3. **Name and Phone Number of Contact Person**
KENNETH J CATANZARITE

( 714) 520-5544

E-mail: kcatanzarite@catanzarite.com

4. **NUMBER OF PERSONS COVERED** by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature OR who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; employees; "of counsel;" contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions, even if such members are not admitted to practice law in California:

**THIS BOX MUST BE COMPLETED**          Insert Number Here  4

5. **Law Corporation Name**
Is the Law Corporation requesting a new name?                    ☐ Yes  ☑ No

If yes, insert the proposed new name: _____

To request a name change, provide the following:
■ An **original** certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State, **including the original blue and white cover page from the Secretary of State's Office.**
■ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed.

6. **Articles of Incorporation**
Has your law corporation amended its Articles of Incorporation between January 1, 2001 and the date of the filing of this Report?                    ☐ Yes  ☑ No

If yes, attach an **original** certified copy of amended Articles of Incorporation from the Secretary of State, **including the original blue and white cover page from the Secretary of State's Office.** Do not submit if previously provided to the State Bar.

7. **By-Laws (insofar as they relate to Rule IV-C)**
Has your law corporation amended its by-laws as they relate to Law Corporation Rule IV-C between January 1, 2001 and the date of the filing of this Report?                    ☐ Yes  ☑ No
(See "Important Notes" for Rule IV-C language.)

If yes, attach only the portions of your law corporation's by-laws that contain language from Rule IV-C, certified by the secretary of the law corporation. Signature of the secretary must be **original.**

**This form cannot be used for revocation.**

LC 2002 GUAR

**8. Shareholders**

Have there been any unreported changes in shareholders between January 1, 2001 and the date of the filing of this report?          ☐ Yes  ☒ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add / Omit | Name of Shareholder | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |

**9. Directors**

Have there been any unreported changes in Directors between January 1, 2001 and the date of the filing of this report?          ☐ Yes  ☒ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: Directors of a law corporation must also be shareholders. See California Corporations Code §13403.)

| Check One Add / Omit | Name of Director | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |

**10. Officers**

Have there been any unreported changes in officers between January 1, 2001 and the date of the filing of this report?          ☐ Yes  ☒ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(NOTE: In law corporations with more than one shareholder, all officers must be shareholders. See California Corporations Code §13403.)

| Check One Add / Omit | Name of Officer | Office Held* (Pres., Treas., Sec.) | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

*OMITTED OFFICERS MUST BE REPLACED

**11. Employees**

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2001 and the date of the filing of this report?          ☒ Yes  ☐ No

If yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add / Omit | Name of Employee | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| X | Du Quang Vo | CA | 203222 | 9/01 |
| | | | | |

**This form cannot be used for revocation.**

LC 2002 GUAR

Exhibit 21: 148
22-CV-01616-BAS-DDL

**12. Law Practice Business Relationship**

**A. Law Corporations.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and other **law corporations** between January 1, 2001 and the date of the filing of this Report?

☐ Yes ☑ No

If yes, complete the following:

| Check One Add / Omit | Name of other Law Corporation | State Bar Registration Number | Partnership | Association | "Of Counsel" | to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**B. Limited Liability Partnerships.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and **limited liability partnerships** between January 1, 2001 and the date of the filing of this Report?

☐ Yes ☑ No

If yes, complete the following:

| Check One Add / Omit | Name of LLP | State Bar LLP Cert. Number | Partnership | Association | "Of Counsel" | to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**C. Other Entities or Individuals.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and entities or individuals other than law corporations or limited liability partnerships between January 1, 2001 and the date of the filing of this Report?

☐ Yes ☑ No

If yes, complete the following:
(NOTE: In addition to naming the law firm(s), you must list the name(s) of all individual attorneys of the law firm(s) on a separate sheet.)

| Check One Add / Omit | Name of Firm or Individual | Attorney License No. and Jurisdiction in which Admitted to Practice | Partnership | Association | "Of Counsel" | to your law corp. | Contact | Effective Date of Change |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

---

**13. Guarantee for Claims**

**A. Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee **ONLY** if:

1. You are requesting a previously unreported name change; and/or

2. You have any unreported changes in shareholders between January 1, 2001 and the date of the filing of this Report (See Box 8.); and/or

3. The total number of persons practicing law on behalf of the corporation has increased since your last Report to the State Bar (See Box 4).

Are you filing a new Standard Law Corporation Guarantee (Form A) with this Annual Report?

☐ Yes ☑ No

**B. Partnership Guarantee.** Law Corporations in Partnership with other registered Law Corporations have the option to execute a Standard Law Corporation Guarantee For Law Corporations Practicing in Partnership with Other Law Corporations. Execute a new Partnership Guarantee **ONLY** if:

1. Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See Box 12.A).

2. There have been any changes in the individual corporations of the partnership as described in 13.A.

Are you filing a new Partnership Guarantee (Form B) for Law Corporations Practicing in Partnership with other Law Corporations with this Annual Report?

☐ Yes ☑ No

**This form cannot be used for revocation.**

Exhibit 21: 149
22-CV-01616-BAS-DDL

*To calculate the required dollar amounts to be set forth on the attached guarantee, complete the following work sheet.*

## WORK SHEET

**Per Claim:** Multiply the number from Box 4 by $50,000 (e.g., 5 x $50,000 = $250,000). If answer exceeds $500,000, insert $500,000.

$200,000.  Per Claim

**Per Calendar Year:** Multiply the number from Box 4 by $100,000 (e.g., 5 x $100,000 = $500,000). If answer exceeds $5,000,000, insert $5,000,000.

$400,000.  Per Calendar Year

**"Date Effective"** to be inserted on the attached guarantee is the **earliest** of the following dates:
- The date amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Box 5.)
- The date a shareholder was added. (See Box 8.)
- The date a shareholder was omitted. (See Box 8.)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Box 4.)
- The date a corporation was added to the partnership in which your law corporation practices. (See Box 12.A.)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Box 12.A.)

**"Date Executed"** is the date the attached guarantee form is signed by the shareholder(s) of the corporation.

**14.**                          **DECLARATION**

I am licensed to practice law in ___CALIFORNIA___
(Jurisdiction(s) in which licensed to practice)

and the __PRESIDENT__ of __CATANZARITE LAW CORPORATION__
(Name of office, e.g., president, secretary, treasurer)          (Name of corporation)

and as such make this declaration for and on behalf of said corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on ___January 23, 2002___

Original Signature X _____

Print Name ___KENNETH J. CATANZARITE___

**15. Mailing Information**

Mail the 2001 Annual Report and 2002 Renewal Form in the enclosed envelope to the following address:

State Bar Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

## This form cannot be used for revocation.

THE STATE BAR OF CALIFORNIA
Law Corporation
(415) 538-2140
www.calbar.ca.gov

**Law Corporation**
**2002 Annual Report** and
**2003 Renewal Form**

RECEIVED
JAN 23 2003
OFFICE OF CERTIFICATION
THE STATE BAR OF CALIFORNIA


FOR OFFICE USE ONLY
☐ $575
☐ $185
☐ No check enclosed

**Please refer to enclosed "Important Notes" before completing form.**
*A $75 non-refundable fee must accompany this form*
**This annual report must be received on or before March 28, 2003.**

---

**1.**

09009  2
Catanzarite Law Corporation

2331 W Lincoln Ave
Anaheim, CA 92801

**2. Law Corporation Address**
Is the law corporation's address different from that printed in Box 1? If Yes, enter new address below:   ☐ Yes  ☑ No

_____

_____

_____

**3. Name and Phone Number of Contact Person**

KENNETH J. CATANZARITE

( 714 ) 520-5544

**E-Mail:** kcatanzarite@catanzarite.com

---

**4. NUMBER OF PERSONS COVERED** by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions, even if such members are not admitted to practice law in California:

**THIS BOX MUST BE COMPLETED**   Insert Number Here: ____4____

---

**5. Law Corporation Name**
Is the Law Corporation requesting a new name?   ☐ Yes  ☑ No

If yes, insert the proposed new name: _____

To request a name change, provide the following:
- ■ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State, **including the original blue and white cover page from the Secretary of State's office.**
- ■ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed.

---

**6. Articles of Incorporation**
Has your law corporation amended its Articles of Incorporation between January 1, 2002 and the date of the filing of this Report?   ☐ Yes  ☑ No

If yes, attach an original certified copy of amended Articles of Incorporation from the Secretary of State, **including the original blue and white cover page from the Secretary of State's Office.** Do not submit if previously provided to the State Bar.

---

**7. By-Laws (Insofar as they relate to Rule IV-C)**
Has your law corporation amended its by-laws **as they relate to Law Corporation Rule IV-C** between January 1, 2002 and the date of the filing of this Report? (See "Important Notes" for Rule IV-C language.)   ☐ Yes  ☑ No

If Yes, attach **only** the portions of your law corporation's by-laws that contain language from Rule IV-C, certified by the secretary of the law corporation. Signature of the secretary must be original.

---

**This form cannot be used for revocation**

LC 2003 GUAR

Exhibit 21: 151
22-CV-01616-BAS-DDL

4

**8. Shareholders**

Have there been any unreported changes in shareholders between January 1, 2002 and the date of the filing of this report?  ☐ Yes ☒ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One | | Name of Shareholder | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**9. Directors**

Have there been any unreported changes in Directors between January 1, 2002 and the date of the filing of this report?  ☐ Yes ☒ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(Note: Directors of a law corporation must also be shareholders. See California Corporations Code §13403.)

| Check One | | Name of Director | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**10. Officers**

Have there been any unreported changes in officers between January 1, 2002 and the date of the filing of this report?  ☐ Yes ☒ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(Note: In law corporations with more than one shareholder, all officers must also be shareholders. See California Corporations Code §13403.)

| Check One | | Name of Officer | Office Held * (Pres., Treas., Sec.) | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| | | | | | | |
| | | | | | | |

*OMITTED OFFICERS MUST BE REPLACED

**11. Employees**

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2002 and the date of the filing of this report?  ☐ Yes ☒ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One | | Name of Employee | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**This form cannot be used for revocation**

LC 2003 GUAR

Exhibit 21: 152
22-CV-01616-BAS-DDL

**12. Law Practice Business Relationship**

**A. Law Corporations.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and other law corporations between January 1, 2002 and the date of the filing of this Report?    ☐ Yes  ☒ No

If Yes, complete the following:

| Check One | | Name of other | State Bar | Partnership | Association | "Of Counsel" to your law corp. | Effective Date |
|---|---|---|---|---|---|---|---|
| Add | Omit | Law Corporation | Registration Number | | | | of Change |
| | | | | | | | |
| | | | | | | | |

**B. Limited Liability Partnerships.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and limited liability partnerships between January 1, 2002 and the date of the filing of this Report?    ☐ Yes  ☒ No

If Yes, complete the following:

| Check One | | Name of LLP | State Bar LLP | Partnership | Association | "Of Counsel" to your law corp. | Effective Date |
|---|---|---|---|---|---|---|---|
| Add | Omit | | Cert. Number | | | | of Change |
| | | | | | | | |
| | | | | | | | |

**C. Other Entities or Individuals.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and entities or individuals other than law corporations or limited liability partnerships between January 1, 2002 and the date of the filing of this Report?    ☐ Yes  ☒ No

If Yes, complete the following:
(Note: In addition to naming the law firm(s), you must list the name(s) of all individual attorneys of the law firm(s) on a separate sheet)

| Check One | | Name of Firm | Attorney License No. and Jurisdiction | Partnership | Association | "Of Counsel" to your law corp. | Contract | Effective Date |
|---|---|---|---|---|---|---|---|---|
| Add | Omit | or Individual | In which Admitted to Practice | | | | | of Change |
| | | | | | | | | |
| | | | | | | | | |

**13. Guarantee for Claims**

Note: If there have been no changes in your law corporation since you last reported to the State Bar, you are not required to submit a new guarantee.

**A. Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee ONLY if:

1.  You are requesting a previously unreported name change; and/or

2.  You have any unreported changes in shareholders between January 1, 2002 and the date of the filing of this Report (See Box 8); and/or

3.  The total number of persons practicing law on behalf of the corporation has increased since your last Report to the State Bar (see Box 4).

Are you filing a new Standard Law Corporation Guarantee (Form A) with this Annual Report?    ☐ Yes  ☒ No

**B. Partnership Guarantee.** Law Corporations in Partnership with other registered Law Corporations have the option to execute a "Standard Law Corporation Guarantee For Law Corporations Practicing In Partnership With Other Law Corporations". Execute a new Partnership Guarantee ONLY if:

1.  Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See Box 12,A).

2.  There have been any changes in the individual corporations of the partnership as described in 13.A.

Are you filing a new Partnership Guarantee (Form B) for "Law Corporations Practicing In Partnership With Other Law Corporations" with this Annual Report?    ☐ Yes  ☒ No

**This form cannot be used for revocation**

LC 2003 GUAR

Page 3 of 4

*To calculate the required dollar amounts to be set forth on the attached guarantee, complete the following work sheet.*

## GUARANTEE WORK SHEET

| | |
|---|---|
| **Per Claim:** Multiply the number from Box 4 by $50,000 (e.g., 5 x $50,000 = $250,000). If answer exceeds $500,000, insert $500,000 | _____ Per Claim |
| **Per Calendar Year:** Multiply the number from Box 4 by $100,000 (e.g., 5 x $100,000 = $500,000). If answer exceeds $5,000,000. Insert $5,000,000. | _____ Per Calendar Year |

*"Date Effective"* to be inserted on the attached guarantee is the *earliest of the following dates:*

- ■ The date amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Box 5.)
- ■ The date a shareholder was added. (See Box 8.)
- ■ The date a shareholder was omitted. (See Box 8.)
- ■ The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Box 4.)
- ■ The date a corporation was added to the partnership in which your law corporation practices. (See Box 12.A.)
- ■ The date a corporation was omitted from the partnership in which your law corporation practices. (See Box 12.A.)

*"Date Executed"* is the date the attached guarantee form is signed by the shareholder(s) of the corporation.

---

**14.**                             **DECLARATION**

I am licensed to practice law in    CALIFORNIA
                                             (Jurisdiction(s) in which licensed to practice)

and the    PRESIDENT    of    CATANZARITE LAW CORPORATION
           (Name of office, e.g., president, secretary, treasurer)                  (Name of corporation)

and as such make this declaration for and on behalf of said corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under of penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on   January 21, 2003

Original Signature X

Print Name   KENNETH J. CATANZARITE

---

**15. Mailing Information**

Mail the 2002 Annual Report and 2003 Renewal Form in the enclosed envelope to the following address:

State Bar Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

If you would like to receive a *confirmation* of receipt of your Report, please include a self-addressed envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report, we will contact you *only* if there are any deficiencies in the law corporation's certification file. Thank you.

**This form cannot be used for revocation.**

---

LC 2003 GUAR

THE STATE BAR OF CALIFORNIA
Law Corporation
(415) 538-2140
www.calbar.ca.gov

**Law Corporation**
**2003 Annual Report and**
**2004 Renewal Form**

RECEIVED JAN 2 9 REC'D
OFFICE OF CERTIFICATION
THE STATE BAR OF CALIFORNIA

FOR OFFICE USE ONLY
☐ $75
☐ $185
☐ No check enclosed

_Payment Schedule:_ (Payments must accompany completed form.)
**$75:** Renewal and payment due on March 26, 2004      Payments are to be made to the State Bar of California
**$185:** Renewal received after April 29, 2004      All payments are non-refundable
_Please refer to the enclosed "Important Notes" before completing this form_

---

**1.**

```
09009  2
Catanzarite Law Corporation

2331 W Lincoln Ave
Anaheim, CA 92801
```

**2. Law Corporation Address**
Is the law corporation's address
different from that printed in Box 1?
If Yes, enter new address below:

☐ Yes   ☒ No

**3. Name and Phone Number of Contact Person**

KENNETH J. CATANZARITE

( 714  ) 520-5544

**E-Mail:** kcatanzarite@catanzarite.com

---

**4. NUMBER OF PERSONS COVERED** by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions, even if such members are not admitted to practice law in California:

**THIS BOX MUST BE COMPLETED**      Insert Number Here: ___5___

---

**5. Law Corporation Name**
Is the Law Corporation requesting a new name?      ☐ Yes  ☒ No

If yes, insert the proposed new name: _____

To request a name change, provide the following:
■ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State, **including the original blue and white cover page from the Secretary of State's office.**
■ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed.

---

**6. Articles of Incorporation**
Has your law corporation amended its Articles of Incorporation between January 1, 2003 and the date of the filing of this Report?      ☐ Yes  ☒ No

If yes, attach an original certified copy of amended Articles of Incorporation from the Secretary of State, **including the original blue and white cover page from the Secretary of State's Office.** Do not submit if previously provided to the State Bar.

---

**7. By-Laws (Insofar as they relate to Rule IV-C)**
Has your law corporation amended its by-laws as they relate to Law Corporation Rule IV-C between January 1, 2003 and the date of the filing of this Report?      ☐ Yes  ☒ No
(See "Important Notes" for Rule IV-C language.)

If Yes, attach only the portions of your law corporation's by-laws that contain language from Rule IV-C, certified by the secretary of the law corporation. Signature of the secretary must be original.

---

**This form cannot be used for revocation**

LC 2004 GUAR

**8. Shareholders**
Have there been any unreported changes in shareholders between January 1, 2003 and the date of the filing of this report?

☐ Yes  ☒ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add Omit | Name of Shareholder | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**9. Directors**
Have there been any unreported changes in Directors between January 1, 2003 and the date of the filing of this report?

☐ Yes  ☒ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(Note: Directors of a law corporation must also be shareholders. See California Corporations Code §13403.)

| Check One Add Omit | Name of Director | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**10. Officers**
Have there been any unreported changes in officers between January 1, 2003 and the date of the filing of this report?

☐ Yes  ☒ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.
(Note: In law corporations with more than one shareholder, all officers must also be shareholders. See California Corporations Code §13403.)

| Check One Add Omit | Name of Officer | Office Held * (Pres., Treas., Sec.) | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

*OMITTED OFFICERS MUST BE REPLACED

**11. Employees**
Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2003 and the date of the filing of this report?

☒ Yes  ☐ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

| Check One Add Omit | Name of Employee | Jurisdiction(s) in which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|
| 1 | NAVEEN MADALA | CALIFORNIA | 219817 | 07/31/03 |
| | | | | |

**This form cannot be used for revocation**

LC 2004 GUAR

Page 2 of 4

Exhibit 21: 156

22-CV-01616-BAS-DDL

**12. Law Practice Business Relationship**

**A. Law Corporations.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and other **law corporations** between January 1, 2003 and the date of the filing of this Report?

☐ Yes  ☒ No

If Yes, complete the following:

| Check One Add Omit | Name of other Law Corporation | State Bar Registration Number | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**B. Limited Liability Partnerships.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and **limited liability partnerships** between January 1, 2003 and the date of the filing of this Report?

☐ Yes  ☒ No

If Yes, complete the following:

| Check One Add Omit | Name of LLP | State Bar LLP Cert. Number | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**C. Other Entities or Individuals.** Have there been any <u>unreported</u> changes in the law practice business relationship between the corporation and **entities or individuals** other than law corporations or limited liability partnerships between January 1, 2003 and the date of the filing of this Report?

☐ Yes  ☒ No

If Yes, complete the following:
(Note: In addition to naming the law firm(s), you must list the name(s) of all individual attorneys of the law firm(s) on a separate sheet)

| Check One Add Omit | Name of Firm or Individual | Attorney License No. and Jurisdiction in which Admitted to Practice | Partnership | Association | "Of Counsel" to your law corp. | Contract | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

**13. Guarantee for Claims**

Note: If there have been no changes in your law corporation since you last reported to the State Bar, you are not required to submit a new guarantee.

**A. Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee ONLY if:

1. You are requesting a previously unreported name change; and/or

2. You have any unreported changes in shareholders between January 1, 2003 and the date of the filing of this Report (See Box 8); and/or

3. The total number of persons practicing law on behalf of the corporation has increased since your last Report to the State Bar (see Box 4).

Are you filing a new Standard Law Corporation Guarantee (Form A) with this Annual Report?

☐ Yes  ☒ No

**B. Partnership Guarantee.** Law Corporations in Partnership with other registered Law Corporations have the option to execute a "Standard Law Corporation Guarantee For Law Corporations Practicing In Partnership With Other Law Corporations". Execute a new Partnership Guarantee ONLY if:

1. Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See Box 12.A.)

2. There have been any changes in the individual corporations of the partnership as described in 13.A.

Are you filing a new Partnership Guarantee (Form B) for "Law Corporations Practicing In Partnership With Other Law Corporations" with this Annual Report?

☐ Yes  ☒ No

**This form cannot be used for revocation**

LC 2004 GUAR

Exhibit 21: 157
22-CV-01616-BAS-DDL

*To calculate the required dollar amounts to be set forth on the attached guarantee, complete the following work sheet.*

## GUARANTEE WORK SHEET

**Per Claim:** Multiply the number from Box 4 by $50,000 (e.g., 5 x $50,000 = $250,000). If answer exceeds $500,000, insert $500,000

_____ Per Claim

**Per Calendar Year:** Multiply the number from Box 4 by $100,000 (e.g., 5 x $100,000 = $500,000). If answer exceeds $5,000,000. Insert $5,000,000.

_____ Per Calendar Year

*"Date Effective"* to be inserted on the attached guarantee is the *earliest* of the following dates:

- The date amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Box 5.)
- The date a shareholder was added. (See Box 8.)
- The date a shareholder was omitted. (See Box 8.)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Box 4.)
- The date a corporation was added to the partnership in which your law corporation practices. (See Box 12.A.)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Box 12.A.)

*"Date Executed"* is the date the attached guarantee form is signed by the shareholder(s) of the corporation.

---

**14.** **DECLARATION**

I am licensed to practice law in   CALIFORNIA
<span style="font-size:smaller">(Jurisdiction(s) in which licensed to practice)</span>

and the   PRESIDENT   of   CATANZARITE LAW CORPORATION
<span style="font-size:smaller">(Name of office, e.g., president, secretary, treasurer)         (Name of corporation)</span>

and as such make this declaration for and on behalf of said corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under of penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on   JANUARY 27, 2004

Original Signature **X**

Print Name   KENNETH J. CATANZARITE

---

**15. Mailing Information**

Mail the 2003 Annual Report and 2004 Renewal Form in the enclosed envelope to the following address:

State Bar Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report, we will contact you <u>only</u> if there are any deficiencies in the law corporation's certification file. Thank you.

**This form cannot be used for revocation.**



**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1639
(415) 538-2140 · lawcorp@calbar.ca.gov

### Law Corporation 2004 Annual Report
### and 2005 Renewal Form



FOR OFFICIAL USE ONLY

☐ $75   RECEIVED
☐ $185   JAN 2 6 2005
☐ No Ck.   OFFICE OF CERTIFICATION
THE STATE BAR OF CALIFORNIA

**1) CONTACT INFORMATION**

```
09009  2
Catanzarite Law Corporation

2331 W Lincoln Ave
Anaheim, CA 92801
```

*If there are any changes to the Contact Information, please note below*

Corporation Address: _same_

Corporation Address 2: _____

City: _____ State: _____ Zip: _____ + _____

Contact Name: _____ Phone: ( ) -

E-mail _____ Fax: ( ) -

**2) NUMBER OF PERSONS COVERED**

Number of Persons covered by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**Total Number of Attorneys Covered** [ 4 ]   **THIS BOX MUST BE COMPLETED**

**3) LAW CORPORATION NAME CHANGE**   ☐ Yes   ☑ No  _____

New Corporate Name: _____
**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original blue and white cover page from the Secretary of State's Office.

☐ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed. (Law Corporation Names must comply with rule 1-400 of the California Rules of Professional Conduct. See "Important Notes.")

**4) AMENDMENTS**
(Made Between JANUARY 1, 2004 and Date of Renewal Filing)
  a) **Law Corporation Articles of Incorporation**   ☐ Yes   ☑ No
     (For reasons other than a name change)

☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. You MUST include the original blue and white cover page from the Secretary of State's Office.

  b) **By-laws: (as they relate to Law Corporation Rule IV-C. )**   ☐ Yes   ☑ No
     (See 'Important Notes' for Rule IV-C language)

☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule IV-C. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

Page 1 of 4   **OVER**

Exhibit 21: 159

22-CV-01616-BAS-DDL

**5) SHAREHOLDERS**

Have there been any unreported changes in shareholders between January 1, 2004 and the date
of the filing of this report?                                                                    ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**6) DIRECTORS**

Have there been any unreported changes in Directors between January 1, 2004 and the date
of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders.       ☐ Yes ☑ No
See California Corporations Code §13403)

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS**

Have there been any unreported changes in Officers between January 1, 2004 and the date         ☐ Yes ☑ No
of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers
must also be shareholders. See California Corporations Code §13403)

If Yes, indicate change(s) and effective date(s) below. **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas.,Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES**

Have there been any unreported changes in employees practicing law on behalf of the corporation
between January 1, 2004 and the date of the filing of this report?                                ☑ Yes ☐ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ or Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☑ | Naveen Madala | | | 01/11/05 |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

LC2011104

Page 2 of 4

**9) Law Practice Business Relationships**

**A) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2004 and the date of filing of this Report?     ☐ Yes ☑ No
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

**B) Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2004 and the date of filing of this report?     ☐ Yes ☑ No
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

**C) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and entities or individuals other than law corporations or limited liability partnerships between January 1, 2004 and the date of the filing of this report?     ☐ Yes ☑ No
**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | | |

**10) Guarantee for Claims**

Note: If there have been no changes in your law corporation since your last report to the State Bar, you are not required to submit a new Guarantee.

**A. Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee ONLY if:
1. You are requesting a previously unreported name change; and/or
2. You have any unreported changes in shareholders between January 1, 2004 and the filing of this Report (See section #5); and/or
3. The total number of persons practicing law on behalf of the corporation has increased since your last report to the State Bar. (See section #2).

Are you filing a new Standard Law Corporation Guarantee (Form A) with this annual report?     ☐ Yes ☑ No

**B. Partnership Guarantee.** Law Corporations in partnership with other registered Law Corporations have the option to execute a "Standard Law Corporation Guarantee for Law Corporations Practicing in Partnership with Other Law Corporations" Execute a new Partnership Guarantee ONLY if:

1. Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See section #9-A); and/or
2) There have been any changes in the individual corporations of the partnership as described in Section #9-A.

Are you filing a new Partnership Guarantee (Form B) for "Law Corporations Practicing in Partnership With Other Law Corporations" with this Annual Report?     ☐ Yes ☐ No

LC2011104

Page 3 of 4     **OVER** ➤

Exhibit 21. 161

22-CV-01616-BAS-DDL

**11 ) Guarantee Worksheet** ●━━━━━━━━━━━━● ━━━━

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, insert "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 insert "$5,000,000."

---

**"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:

- The date amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See #3 )
- The date a shareholder was added. (See #5)
- The date a shareholder was omitted. (See #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See #9)

**"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

---

**12) DECLARATION** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

I am licensed to practice law in ___CALIFORNIA___ and the ___PRESIDENT___
 (Jurisdiction(s) in which licensed to practice)                              (Name of office, eg. president

of ___CATANZARITE LAW CORPORATION___ and as such make this declaration for and on behalf of said
   (Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the state of California, that the foregoing and any attachments to it are true and correct.

Executed On: ─January 20, 2005

Original Signature: _____

Type or Print Name: ___KENNETH J. CATANZARITE___

---

**13) SUBMISSION AND PAYMENT INFORMATION** ━━━━━━━━━━━━━

Mail the 2004 Annual Report/2005 Renewal Form in the enclosed envelope to the following address:

The State Bar of California
Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the law corporation's certification file. Thank you.

**Payment Schedule:** (Payments must accompany completed form.)

$75 Renewal and payment due on March 25, 2005
$185 Renewal and payment received after April 29, 2005

**Payments are Made to "The State Bar of California"**
**All payments are non-refundable.**

LC2011104

| Page 4 of 4 | **STOP** |

Exhibit 21: 162
22-CV-01616-BAS-DDL



**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1639
(415) 538-2140 · lawcorp@calbar.ca.gov

## Law Corporation 2005 Annual Report and 2006 Renewal Form

| FOR OFFICIAL USE ONLY | |
|---|---|
| ☑ $ 75 | **RECEIVED IN CERTIFICATION** |
| ☐ $185 | FEB 0 2 2006 |
| ☐ No Ck. | THE STATE BAR OF CALIFORNIA |

### 1) CONTACT INFORMATION

```
09009   2
Catanzarite Law Corporation

2331 W Lincoln Ave
Anaheim, CA 92801
```

**If there are any changes to the Contact Information, please note below**

Corporation Address: _____ same _____

Corporation Address 2: _____

City: _____ State: _____ Zip: _____ + ____

Contact Name: _____ Phone: ( ) - 

E-mail _____ Fax: ( ) -

### 2) NUMBER OF PERSONS COVERED

Number of Persons covered by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders; attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California·

**Total Number of Attorneys Covered** [ 4 ]     **THIS BOX MUST BE COMPLETED**

### 3) LAW CORPORATION NAME CHANGE            ☐ Yes   ☑ No _____

New Corporate Name: _____

**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. **You MUST include the original blue and white cover page from the Secretary of State's Office.**

☐ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed. (Law Corporation Names must comply with rule 1-400 of the California Rules of Professional Conduct. See "Important Notes.")

### 4) AMENDMENTS
(Made Between JANUARY 1, 2005 and Date of Renewal Filing)

**a) Law Corporation Articles of Incorporation**            ☐ Yes   ☑ No
(For reasons other than a name change)

☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. **You MUST include the original blue and white cover page from the Secretary of State's Office.**

**b) By-laws: (as they relate to Law Corporation Rule IV-C. )**   ☐ Yes   ☑ No
(See 'Important Notes' for Rule IV-C language)

☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule IV-C. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

22-CV-01616-BAS-DDL

**5) SHAREHOLDERS**

Have there been any unreported changes in shareholders between January 1, 2005 and the date of the filing of this report?                                                                  ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**6) DIRECTORS**

Have there been any unreported changes in Directors between January 1, 2005 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)                                                    ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS**

Have there been any unreported changes in Officers between January 1, 2005 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders.  See California Corporations Code §13403)          ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas.,Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES**

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2005 and the date of the filing of this report?        ☐ Yes ☑ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ or Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

Exhibit 21: 164

22-CV-01616-BAS-DDL

**9)  Law Practice Business Relationships**

**A) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2005 and the date of filing of this Report?   ☐ Yes  ☑ No
If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary

☐  Additional Sheets are attached

| Check One Add  Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐    ☐ | | | | | | |

**B) Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2005 and the date of filing of this report?   ☐ Yes  ☑ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add  Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐    ☐ | | | | | | |

**C) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **entities or individuals** other than law corporations or limited liability partnerships between January 1, 2005 and the date of the filing of this report?   ☐ Yes  ☑ No
**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add  Omit | Name of other Law Corporation | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐    ☐ | | | | | | | |

**10) Guarantee for Claims**

Note: If there have been no changes in your law corporation since your last report to the State Bar, you are not required to submit a new Guarantee.

**A.  Standard Law Corporation Guarantee.**  Execute a new Standard Law Corporation Guarantee ONLY if:
1.  You are requesting a previously unreported name change; and/or
2.  You have any unreported changes in shareholders between January 1, 2005 and the filing of this Report (See section #5); and/or
3.  The total number of persons practicing law on behalf of the corporation has increased since your last report to the State Bar. (See section #2).

Are you filing a new Standard Law Corporation Guarantee (Form A) with this annual report?   ☐ Yes  ☑ No

**B. Partnership Guarantee.**  Law Corporations in partnership with other registered Law Corporations have the option to execute a "Standard Law Corporation Guarantee for Law Corporations Practicing in Partnership with Other Law Corporations"  Execute a new Partnership Guarantee ONLY if:

1.  Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See section #9-A); and/or
2) There have been any changes in the individual corporations of the partnership as described in Section #9-A.

Are you filing a new Partnership Guarantee (Form B) for "Law Corporations Practicing in Partnership With Other Law Corporations" with this Annual Report?   ☐ Yes  ☑ No

LC2011105

Page 3 of 4.

Exhibit 2

OVER

22-CV-01616-BAS-DDL

**11 ) Guarantee Worksheet**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, insert "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 insert "$5,000,000."

**"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:

- The date amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See #3 )
- The date a shareholder was added. (See #5)
- The date a shareholder was omitted. (See #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See #9)

**"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) DECLARATION**

I am licensed to practice law in    CALIFORNIA    and the    PRESIDENT

(Jurisdiction(s) in which licensed to practice)     (Name of office, eg. president)

of    CATANZARITE LAW CORPORATION    and as such make this declaration for and on behalf of said

(Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the state of California, that the foregoing and any attachments to it are true and correct.

Executed On:    1/30/2006

Original Signature:

Type or Print Name:    KENNETH J. CATANZARITE

**13) SUBMISSION AND PAYMENT INFORMATION**

Mail the 2005 Annual Report/2006 Renewal Form in the enclosed envelope to the following address:

The State Bar of California
Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

OR to our physical address →

The State Bar of California
Office of Certification
180 Howard Street
San Francisco, CA 94105-1639

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the law corporation's certification file. Thank you.

**Payment Schedule:** (Payments must accompany completed form.)

**$75 Renewal and payment due on March 3, 2006**
**$185 Renewal and payment received after April 7, 2006**
**Payments are Made to "The State Bar of California"**
**All payments are non-refundable.**

**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1639
(415) 538-2140 · lawcorp@calbar.ca.gov

**FOR OFFICIAL USE ONLY**

RECEIVED IN
CERTIFICATION

$ 75

$185        MAR 1 2 2007

No Ck.     THE STATE BAR OF
CALIFORNIA

## Law Corporation 2006 Annual Report and 2007 Renewal Form

### 1) CONTACT INFORMATION

```
9009      ***********AUTO**3-DIGIT 928
Catanzarite Law Corp
2331 W Lincoln Ave
Anaheim CA 92801-5132
```

RECEIVED
879
MAR 1 4 2007
By TG

| *If there are any changes to the Contact Information, please note below* |
| --- |

Corporation Address: _same_

Corporation Address 2: _____

City: _____  State: _____  Zip: _____ + ____

Contact Name: _____  Phone: ( ) ___ - ___

E-mail: _____  Fax: ( ) ___ - ___

### 2) NUMBER OF PERSONS COVERED

Number of Persons covered by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel'; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**Total Number of Attorneys Covered**    **4**    **THIS BOX MUST BE COMPLETED**

### 3) LAW CORPORATION NAME CHANGE    ☐ Yes    ☑ No

New Corporate Name: _____

**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. **You MUST include the original blue and white cover page from the Secretary of State's Office.**

☐ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed. (Law Corporation Names must comply with rule 1-400 of the California Rules of Professional Conduct. See "Important Notes.")

### 4) AMENDMENTS
(Made Between JANUARY 1, 2006 and Date of Renewal Filing)

**a) Law Corporation Articles of Incorporation**    ☐ Yes    ☑ No
(For reasons other than a name change)

☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. **You MUST include the original blue and white cover page from the Secretary of State's Office.**

**b) By-laws: (as they relate to Law Corporation Rule IV-C. )**    ☐ Yes    ☑ No
(See 'Important Notes' for Rule IV-C language)

☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule IV-C. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

MSC-LC2011106REG

Page     **OVER**

Exhibit 6

22-CV-01616-BAS-DDL