**5) SHAREHOLDERS**

Have there been any unreported changes in shareholders between January 1, 2006 and the date of the filing of this report? ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | Name of Shareholder | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**6) DIRECTORS**

Have there been any unreported changes in Directors between January 1, 2006 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403) ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | Name of Director | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS**

Have there been any unreported changes in Officers between January 1, 2006 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders. See California Corporations Code §13403) ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One | | | Office Held (Pres., Treas.,Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | Name of Officer | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES**

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2006 and the date of the filing of this report? ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One | | | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ or Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | Name of Employee | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

MSC-LC2011106REG

Exhibit 21: 168

Page 2 of 4

22-CV-01616-BAS-DDL

**9) Law Practice Business Relationships** ─────────────────────

**A) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2006 and the date of filing of this Report?     ☐ Yes ☑ No
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

**B) Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2006 and the date of filing of this report?     ☐ Yes ☑ No
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ | | | | | | |

**C) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **entities or individuals** other than law corporations or limited liability partnerships between January 1, 2006 and the date of the filing of this report?     ☐ Yes ☑ No
**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | | |

**10) Guarantee for Claims** ─────────────────────

Note: If there have been no changes in your law corporation since your last report to the State Bar, you are not required to submit a new Guarantee.

**a) Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee ONLY if:

1) You are requesting a previously unreported name change; and/or
2) You have any unreported changes in shareholders between January 1, 2006 and the filing of this Report (See section #5); and/or
3) The total number of persons practicing law on behalf of the corporation has increased since your last report to the State Bar. (See section #2).

Are you filing a new Standard Law Corporation Guarantee (Attachment C) with this annual report?     ☐ Yes ☑ No

**b) Partnership Guarantee.** Law Corporations in partnership with other registered Law Corporations have the option to execute a "Standard Law Corporation Guarantee for Law Corporations Practicing in Partnership with Other Law Corporations" Execute a new Partnership Guarantee ONLY if:

1) Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See section #9-A); and/or
2) There have been any changes in the individual corporations of the partnership as described in Section #9-A.

Are you filing a new Partnership Guarantee (Attachment C2) for "Law Corporations Practicing in Partnership With Other Law Corporations" with this Annual Report?     ☐ Yes ☑ No

MSC-LC2011106REG

Page 3 of 4    **OVER** ➡
Exhibit 2 - 166

22-CV-01616-BAS-DDL

**11 ) Guarantee Worksheet**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, insert "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 insert "$5,000,000."

---

**"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:

- The date amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See #3 )
- The date a shareholder was added. (See #5)
- The date a shareholder was omitted. (See #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See #9)

**"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

---

**12) DECLARATION**

I am licensed to practice law in    California                    and the    President

(Jurisdiction(s) in which licensed to practice)            (Name of office, eg. president

of   CATANZARITE LAW CORPORATION              and as such make this declaration for and on behalf of said

(Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the state of California, that the foregoing and any attachments to it are true and correct.

Executed On:    2/22/07

Original Signature:

Type or Print Name:   Kenneth J. Catanzarite

---

**13) SUBMISSION AND PAYMENT INFORMATION**

Mail the 2006 Annual Report/2007 Renewal Form in the enclosed envelope to the following address:

The State Bar of California
Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the law corporation's certification file. Thank you.

**Payment Schedule:** (Payments must accompany completed form.)

**$75 payment and renewal form due on April 2, 2007**
**$185 payment and renewal form received after May 3, 2007**
**Payments are made to "The State Bar of California"**
**All payments are non-refundable.**

MSC-LC2011106REG

STCP

**22-CV-01616-BAS-DDL**

 **THE STATE BAR OF CALIFORNIA**
'180 Howard Street · San Francisco, CA 94105-1639
(415) 538-2140 · lawcorp@calbar.ca.gov

**Attachment C-1 Standard Law Corporation Guarantee**

FOR OFFICIAL USE ONLY

File No._____

---

**1) NOTES**

See the Guarantee Worksheet for instruction on calculating the correct dollar amounts for the guarantee.

This guarantee is not valid without original signatures.

**2) DECLARATION**

The undersigned, being shareholder(s) of

*Robert H. Ludlow Jr., A Profession Corporation*
(Set forth complete name of corporation including corporate designation)

hereby guarantee(s) payment by the corporation (and, if our corporation shall have more than one shareholder, this obligation shall be joint and several among the shareholders) of all claims established against it by its clients for errors or omissions arising out of the practice of law by the corporation in an amount not to exceed

$ *50,000* for each claim with an aggregate maximum liability not to exceed $ *100,000* per calendar year; provided that any payment required to be made hereunder shall be offset by the amount paid by any insurance company providing errors or omissions insurance for the corporation or any of its shareholders.

DATE EXECUTED: *3-7-07*
(This guarantee will be effective as of the date it is received in our office.)

SHAREHOLDER(S) SIGNATURE(S)
(Please type name under each signature.)
Signatures MUST be original

*Robert H. Ludlow, Jr.*
JBN 36440

_____        _____

_____        _____

_____        _____

_____        _____

☐ **Additional Sheets are Attached**

**Attach this form to your Issuance of Certificate of Registration as a Law Corporation (CERT-LC1010902) or to your Annual Renewal if you are executing a new guarantee.**

CERT-LC101A0902

Exhibit 21: 171
22-CV-01616-BAS-DDL



**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1639
(415) 538-2140 · lawcorp@calbar.ca.gov

**Attachment C-2 Standard Law Corporation Guarantee for Law Corporations Practicing in Partnership with Other Law Corporations.**

FOR OFFICIAL USE ONLY

File No._____

**1) NOTES**

See the Guarantee Worksheet for instruction on calculating the correct dollar amounts for the guarantee.

File only one original.  Photocopies may be filed for the other corporations in the partnership.

**2) DECLARATION**

The undersigned, being shareholder(s) of the respective corporation(s) set forth below beside our name(s), hereby guarantee payment by our respective corporation (and, if any one of our corporations shall have more than one shareholder, this obligation shall be joint and several among the shareholders of that corporation) of all claims established against our respective corporation by its clients for errors and omissions arising out of the practice of law by our respective corporation, whether our respective corporation is acting in its individual capacity or acting with any third person or entity, in an amount not to exceed $ 50,000   for each claim with an aggregate maximum liability not to exceed $ 100,000 per calendar year; provided that any payment required to be made hereunder shall be offset by the amount paid by any insurance company providing errors and omissions insurance for our respective corporation or its shareholder(s).

DATE EXECUTED: _____

(This guarantee will be effective as of the date it is received in our office)

| Certification Number | Name of Corporation (Set forth complete name of each corporation) | Shareholder Signatures (Please type name under each signature) |
|---|---|---|
| _____ | Robert H. Ludlow Jr. A Professional Corp. | *(signature)* |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

☐ Additional Sheets are Attached

**Attach this form to your issuance of Certificate of Registration as a Law Corporation (LC1010902) or to your Annual Renewal if you are executing a new guarantee.**

CERT-LC101A0902



**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1639
(415) 538-2140 · lawcorp@calbar.ca.gov

## Law Corporation 2007 Annual Report and 2008 Renewal Form
(Security for Claims)

*Submit with $75 Payment by May 5th to Avoid Penalty - See Page 4.*

| FOR OFFICIAL USE ONLY |
|---|
| ☐ $ 75     **RECEIVED** |
| ☑ $185     MAY 0 8 2008 |
| ☐ No Ck.   Member Services Center (MSC) The State Bar of California |
| ✓ #5839 |

**1) CONTACT INFORMATION**

09009      2
Catanzarite Law Corporation
2331 W Lincoln Ave
Anaheim, CA 92801

> *If there are any changes to the Contact Information, please note below.*
>
> Corporation Address: ___same___
> Corporation Address 2: _____
> City: _____ State: _____ Zip: _____ +
> Contact Name: _____ Phone: ( )   -
> E-mail _____ Fax: ( )   -

**2) NUMBER OF PERSONS COVERED**

> Number of Persons covered by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; 'of counsel'; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:
>
> **Total Number of Attorneys Covered**   [ 4 ]   **THIS BOX MUST BE COMPLETED**

**3) LAW CORPORATION NAME CHANGE**      ☐ Yes   ☑ No

New Corporate Name: _____
**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original cover page from the Secretary of State's Office.

☐ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed. (Law Corporation Names must comply with rule 1-400 of the California Rules of Professional Conduct. See "Important Notes ")

**4) AMENDMENTS**
(Made Between JANUARY 1, 2007 and Date of Renewal Filing)
   a) **Law Corporation Articles of Incorporation**      ☐ Yes   ☑ No
      (For reasons other than a name change)

      ☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. You MUST include the original cover page from the Secretary of State's Office.

   b) **By-laws: (as they relate to Law Corporation Rule IV-C. )**      ☐ Yes   ☑ No
      (See 'Important Notes' for Rule IV-C language)

      ☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule IV-C. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

Page 1 of 4   Exhibit   **OVER** ➤   4

22-CV-01616-BAS-DDL

## 5) SHAREHOLDERS

Have there been any unreported changes in shareholders between January 1, 2007 and the date
of the filing of this report?        ☐ Yes ☒ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 6) DIRECTORS

Have there been any unreported changes in Directors between January 1, 2007 and the date
of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders.
See California Corporations Code §13403)        ☐ Yes ☒ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 7) OFFICERS

☐ Yes ☒ No

Have there been any unreported changes in Officers between January 1, 2007 and the date
of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers
must also be shareholders.  See California Corporations Code §13403)

If Yes, indicate change(s) and effective date(s) below.   OMITTED OFFICERS MUST BE REPLACED

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas.,Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

## 8) ATTORNEY EMPLOYEES

Have there been any unreported changes in employees practicing law on behalf of the
corporation between January 1, 2007 and the date of the filing of this report?        ☐ Yes ☒ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ or Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

Exhibit 2     Page 2 of 4

22-CV-01616-BAS-DDL

**9) Law Practice Business Relationships** ───────────────────

a) **Law Corporations:** Have there been any unreported changes in the law practice business relationship between the law corporation and other law corporations between January 1, 2007 and the date of filing of this Report?    ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

b) **Limited Liability Partnerships:** Have there been any unreported changes in the law practice business relationship between the law corporation and any Limited Liability Partnerships between January 1, 2007 and the date of filing of this report?    ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

c) **Other Entities or Individuals:** Have there been any unreported changes in the law practice business relationship between the law corporation and entities or individuals other than law corporations or limited liability partnerships between January 1, 2007 and the date of the filing of this report?
**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**    ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" to your law corp. | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | | |

**10) Evidence of Sufficient Security for Claims – Certificate of Insurance** ───────

a) Do you fulfill evidence of security for claims by filing a policy of insurance?    ☐ Yes ☑ No

   **If Yes, go to Section #10-B. If No go to Section #11.**

b) Has the law corporation submitted to the State Bar a copy of evidence of the most recent renewal of its certificate of insurance with sufficient amounts to cover the total number of persons practicing law? (see section #2)    ☐ Yes ☐ No

   If Yes, go to Section 11. If No, you must submit a copy of a current insurance certificate with adequate amounts, or a Standard Law Corporation Guarantee in lieu of an insurance certificate.

   ☐ A copy of current insurance certificate is attached. (Go to Section #12.)

   ☐ A Standard Law Corporation Guarantee is attached. (Go to Section #11.)
   *To calculate the required amounts for insurance, complete the following worksheet.*

| | |
|---|---|
| **Per Claim:** Multiply the number from Section #2 by $50,000. (e.g. 5 x $50,000 = $250,000). If answer exceeds $500,000 insert $500,000. | _____ Per Claim |
| **Per Calendar Year:** Multiply the number from Section #2 by $100,000. (e.g. 5 x $100,000 = $500,000). If answer exceeds $5,000,000 insert $5,000,000. | _____ Per Calendar Year |
| **Deductible:** Multiply the number from Section #2 by $2,000. (e.g. 5 x $2,000 = $10,000). Deductible amounts cannot exceed this number. | _____ Maximum Deductible |

MSC-LC2010108SEC

OVER ➤

Exhibit

22-CV-01616-BAS-DDL

**11 ) Evidence of Sufficient Security for Claims- Standard Law Corporation Guarantee**

(Note: It is the administrative policy of this office to require corporations that choose to file a Standard Law Corporation Guarantee in place of a certificate of insurance, to continue to file a standard law corporation guarantee with this office. Such law corporations may not revert to filing a certificate of insurance.)

**Complete this section only if you answered No in Section 10-A. Answer ALL the questions in this section.**

a) Are you requesting a previously unreported name change? (See Section #3)
   Note: If you are requesting a name change, your Standard Law Corporation Guarantee must reflect the new name, with a date effective as of the date amended articles of incorporation were filed with the Secretary of State.

b) Have any unreported shareholders been added or omitted between January 1, 2007 and the date of the filing of this report? (See Section #5)

c) Has the total number of persons practicing law on behalf of the corporation (including all entities and individuals practicing in partnership or association with it) increased since your last report to the State Bar? (See Section #2)

If you answered Yes to any of the above and you are not filing a certificate of insurance, you must file a new Standard Law Corporation Guarantee. A guarantee form is attached for law corporations that need to submit a new guarantee.

To calculate the required dollar amounts to be set forth on the attached guarantee, complete the following worksheet.

| | |
|---|---|
| **Per Claim:** Multiply the number from Section #2 by $50,000 (e.g. 5 x $50,000 = $250,000). If answer exceeds $500,000 insert $500,000. | _____ Per Claim |
| **Per Calendar Year:** Multiply the number from Section #2 by $100,000 (e.g. 5 x $100,000 = $500,000) If answer exceeds $5,000,000 insert $5,000,000 | _____ Per Calendar Year |

Note: If the total number of persons practicing law on behalf of the corporation has not increased and if you answered No for all questions in section #11, you are not required to file a new guarantee. Answer No for question 11-D and go to Section 12.

d) Are you filing a new Standard Law Corporation Guarantee with this annual report?   ☐ Yes   ☒ No

**12) DECLARATION**

I am licensed to practice law in _____California_____   and the   _____President_____
                                    (Jurisdiction(s) in which licensed to practice)                    (Name of office, eg  President)

of   _____Catanzarite Law Corporation_____   and as such make this declaration for and on behalf of said
                        (Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the state of California, that the foregoing and any attachments to it are true and correct.

Executed On: _____May 6, 2008_____

Original Signature: [signature]

Type or Print Name: _____Kenneth J Catanzarite_____

**13) SUBMISSION AND PAYMENT INFORMATION**

Mail the 2007 Annual Report/2008 Renewal Form in the enclosed envelope to the following address:

The State Bar of California
Law Corporations
Department 05748                    **Or Overnight to:**
P.O. Box 39000
San Francisco, CA 94139-5748

The State Bar of California
Law Corporations
180 Howard Street
San Francisco, CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the law corporation's certification file. Thank you.

**Payment Schedule:** (Payments must accompany completed form.)

**$75 payment due if renewal form received by May 5,2008**
**$185 payment due if renewal form received after May 5, 2008**
**Payments are made to "The State Bar of California"**
**All payments are non-refundable.**

MSC-LC2010108SEC

Page 4 of 4    STOP

Exhibit

22-CV-01616-BAS-DDL





**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1639
1-888-800-3400 · lawcorp@calbar.ca.gov

## Law Corporation 2008 Annual Report and 2009 Renewal Form

| FOR OFFICIAL USE ONLY |
|---|
| ☑ $ 75   RECEIVED |
| ☐ $185  FEB 2 7 2009 |
| ☐ No Ck.   Membership Records |

**Submit renewal and $75 payment by April 1, 2009 to avoid penalty**

### 1) CONTACT INFORMATION

09009   2
Catanzarite Law Corporation
2331 W Lincoln Ave
Anaheim CA 92801-6132

*If there are any changes to the Contact Information, please note below*

Corporation Address: _____

Corporation Address 2: _____

City: _____  State: _____  Zip: _____ + _____

Contact Name: _____  Phone: ( ____ ) ____ - _____

E-mail _____  Fax: ( ____ ) ____ - _____

### 2) NUMBER OF PERSONS COVERED

Number of Persons covered by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**Total Number of Attorneys Covered**      | 3 |      **THIS BOX MUST BE COMPLETED**

### 3) LAW CORPORATION NAME CHANGE      ☐ Yes   ☑ No

New Corporate Name: _____

**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original cover page from the Secretary of State's Office.

☐ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed. (Law Corporation Names must comply with rule 1-400 of the California Rules of Professional Conduct.)

### 4) AMENDMENTS
(Made Between JANUARY 1, 2008 and Date of Renewal Filing)

a) **Law Corporation Articles of Incorporation**      ☐ Yes   ☑ No
   (For reasons other than a name change)

   ☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. You MUST include the original cover page from the Secretary of State's Office.

b) **By-laws: (as they relate to Law Corporation Rule IV-C.)**      ☐ Yes   ☑ No
   (See "Important Notes" for Rule IV-C language)

   ☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule IV-C. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. Secretary's signature must be original.

MSC-LC2010109REG

Exhibit
22-CV-01616-BAS-DDL

5

## 5) SHAREHOLDERS

Have there been any unreported changes in shareholders between January 1, 2008 and the date of the filing of this report?     ☒ Yes ☐ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☒ | ☐ | Nicole M. Catanzarite | CA 5% | 205746 | 12/01/08 |
| ☐ | ☐ | KENNETH J. CATANZARITE + REDUCED FROM 100% | CA 95? | | 12/01/08 |

## 6) DIRECTORS

Have there been any unreported changes in Directors between January 1, 2008 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)     ☐ Yes ☒ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 7) OFFICERS

Have there been any unreported changes in Officers between January 1, 2008 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders. See California Corporations Code §13403)     ☐ Yes ☒ No

If Yes, indicate change(s) and effective date(s) below.  OMITTED OFFICERS MUST BE REPLACED

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

## 8) ATTORNEY EMPLOYEES

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2008 and the date of the filing of this report?     ☒ Yes ☐ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☒ | Jim Travis Tice | CA,CO | 153867 | 06/08 |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

MSC-LC2010109REG

Page 2 of 4

Exhibit 21: 178
22-CV-01616-BAS-DDL

**9) Law Practice Business Relationships**

**A) Law Corporations:** Have there been any unreported changes in the law practice business relationship between the law corporation and other law corporations between January 1, 2008 and the date of filing of this Report?
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Yes  ☑ No

☐ Additional Sheets are attached

| Check One Add  Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | | | | |

**B) Limited Liability Partnerships:** Have there been any unreported changes in the law practice business relationship between the law corporation and any Limited Liability Partnerships between January 1, 2008 and the date of filing of this report?
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Yes  ☑ No

☐ Additional Sheets are attached

| Check One Add  Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | | | | |

**C) Other Entities or Individuals:** Have there been any unreported changes in the law practice business relationship between the law corporation and entities or individuals (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2008 and the date of the filing of this report?
**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**

☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add  Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐  ☐ | | | | | | | |

**10) Guarantee for Claims**

Note: If there have been no changes in your law corporation since your last report to the State Bar, you are not required to submit a new Guarantee.

**a) Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee ONLY if:

1) You are requesting a previously unreported name change; and/or
2) You have any unreported changes in shareholders between January 1, 2008 and the filing of this Report (See Section #5); and/or
3) The total number of persons practicing law on behalf of the corporation has increased since your last report to the State Bar. (See Section #2).

Are you filing a new Standard Law Corporation Guarantee (Attachment C-1) with this annual report?   ☐ Yes  ☐ No

**b) Partnership Guarantee.** Law Corporations in partnership with other registered Law Corporations have the option to execute a "Standard Law Corporation Guarantee for Law Corporations Practicing in Partnership with Other Law Corporations." Execute a new Partnership Guarantee ONLY if:

1) Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-A); and/or
2) There have been any changes in the individual corporations of the partnership as described in Section #9-A.

Are you filing a new Partnership Guarantee (Attachment C-2) for "Law Corporations Practicing in Partnership With Other Law Corporations" with this Annual Report?   ☐ Yes  ☐ No

MSC-LC2010109REG

Exhibit 21: 179
22-CV-01616-BAS-DDL

**11 ) Guarantee Worksheet**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, insert "$500,000."

`150,000`

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 insert "$5,000,000."

`300,000`

"**Date Effective**" to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

"**Date Executed**" is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) DECLARATION**

I am licensed to practice law in ___California___ and the ___President___

(Jurisdiction(s) in which licensed to practice)     (Title of officer, eg. president, secretary, treasurer)

of ___Catanzarite Law Corporation___ and as such make this declaration for and on behalf of said

(Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on: ___2/19/09___

Original Signature: _____

Type or Print Name: ___Kenneth J. Catanzarite___

**13) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2008 Annual Report and 2009 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California**
**Law Corporations**
**Department 05748**
**P.O. Box 39000**
**San Francisco, CA 94139-5748**

Send overnight submissions to: The State Bar of California, Attn: Law Corporations, 180 Howard Street, San Francisco, CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the law corporation's certification file. Thank you.

✓ $75 payment due if renewal form received by April 1, 2009.

✓ All payments should be made payable to "The State Bar of California and are non-refundable.



**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1639
888-800-3400 · lawcorp@calbar.ca.gov

**Attachment C-1 Standard Law Corporation Guarantee**

RECEIVED
APR 0 8 2009
Member Services Center (MSC)
The State Bar of California

FOR OFFICIAL USE ONLY
RECEIVED
FEB 2 7 2009
Membership Records
File No._____

## 1) NOTES

See Section #11 of the Annual Renewal Form or the new application Guarantee Worksheet for instructions on calculating the correct dollar amounts for the guarantee.

This guarantee is not valid without original signatures.

## 2) DECLARATION

The undersigned, being shareholder(s) of.

_____

(Set forth complete name of corporation including corporate designation)

hereby guarantee(s) payment by the corporation (and, if our corporation shall have more than one shareholder, this obligation shall be joint and several among the shareholders) of all claims established against it by its clients for errors or omissions arising out of the practice of law by the corporation in an amount not to exceed

$150,000.00 for each claim with an aggregate maximum liability not to exceed $300,000.00 per calendar year; provided that any payment required to be made hereunder shall be offset by the amount paid by any insurance company providing errors or omissions insurance for the corporation or any of its shareholders.

DATE EXECUTED: _2/20/09_         EFFECTIVE DATE: _12/01/08_

SHAREHOLDER(S) SIGNATURE(S)
(Please type name under each signature )
Signatures MUST be original

Kenneth J. Catanzarite                    Nicole M. Catanzarite

_____    _____

_____    _____

_____    _____

☐ Additional Sheets are Attached

Attach this form to your Annual Renewal if you are executing a new guarantee.

CERT-LC101A0109RENEW

Exhibit 21: 181
22-CV-01616-BAS-DDL



**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1639
1-888-800-3400 · lawcorp@calbar.ca.gov

B1

| FOR OFFICIAL USE ONLY | |
|---|---|
| ☑ $ 75 CK # 7294 | |
| ☐ $185 | |
| ☐ No Ck. | |

## Law Corporation 2009 Annual Report and 2010 Renewal Form

> **Submit renewal and $75 payment by April 1, 2010 to avoid penalty**

### 1) CONTACT INFORMATION

09009  2
Catanzarite Law Corporation
2331 W Lincoln Ave
Anaheim CA 82801-5103
|||||||||||||||||||||||||||||||||||||||||||

**RECEIVED**

**FEB 1 9 2010**

Member Services Center (MSC)
The State Bar of California

> *If there are any changes to the Contact Information, please note below*

Corporation Address: _____
Corporation Address 2: _____ ✓
City: _____ State: _____ Zip: _____ + _____
Contact Name: KEN CATANZARITE Phone: (714) 687-2100
E-mail: KCATANZARITE @ CATANZARITE.COM Fax: 714 899 0577

### 2) NUMBER OF PERSONS COVERED

Number of Persons covered by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel;" contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**Total Number of Attorneys Covered**  `2`  **THIS BOX MUST BE COMPLETED**

### 3) LAW CORPORATION NAME CHANGE — ☐ Yes ☒ No

New Corporate Name: _____
Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original cover page from the Secretary of State's Office.

☐ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed. (Law Corporation Names must comply with rule 1-400 of the California Rules of Professional Conduct.)

### 4) AMENDMENTS
(Made Between JANUARY 1, 2009 and Date of Renewal Filing)
a) **Law Corporation Articles of Incorporation** — ☐ Yes ☒ No
(For reasons other than a name change)

☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. You MUST include the original cover page from the Secretary of State's Office.

b) **By-laws:** (as they relate to Law Corporation Rule IV-C. ) — ☐ Yes ☒ No
(See "Important Notes" for Rule IV-C language)

☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule IV-C. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. Secretary's signature must be original.

Page 1 of 4   **OVER** →

Exhibit 21. 182

22-CV-01616-BAS-DDL

4

## 5) SHAREHOLDERS

Have there been any unreported changes in Shareholders between January 1, 2009 and the date of the filing of this report?  ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 6) DIRECTORS

Have there been any unreported changes in Directors between January 1, 2009 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)  ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 7) OFFICERS

Have there been any unreported changes in Officers between January 1, 2009 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders. See California Corporations Code §13403)  ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  OMITTED OFFICERS MUST BE REPLACED

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

## 8) ATTORNEY EMPLOYEES

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2009 and the date of the filing of this report?  ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

MSC-LC2011209REG

**9) Law Practice Business Relationships**

**A) Law Corporations:** Have there been any unreported changes in the law practice business relationship between the law corporation and other law corporations between January 1, 2009 and the date of filing of this Report?   ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

**B) Limited Liability Partnerships:** Have there been any unreported changes in the law practice business relationship between the law corporation and any Limited Liability Partnerships between January 1, 2009 and the date of filing of this report?   ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

**C) Other Entities or Individuals:** Have there been any unreported changes in the law practice business relationship between the law corporation and entities or individuals (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2009 and the date of the filing of this report?   ☐ Yes ☑ No
Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | | |

**10) Guarantee for Claims**

Note: If there have been no changes in your law corporation since your last report to the State Bar, you are not required to submit a new Guarantee.

**a) Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee ONLY if:

1) You are requesting a previously unreported name change; and/or
2) You have any unreported changes in shareholders between January 1, 2009 and the filing of this Report (See Section #5); and/or
3) The total number of persons practicing law on behalf of the corporation has increased since your last report to the State Bar. (See Section #2).

Are you filing a new Standard Law Corporation Guarantee (Attachment C-1) with this annual report?   ☐ Yes ☐ No

**b) Partnership Guarantee.** Law Corporations in partnership with other registered Law Corporations have the option to execute a "Standard Law Corporation Guarantee for Law Corporations Practicing in Partnership with Other Law Corporations." Execute a new Partnership Guarantee ONLY if:

1) Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-A); and/or
2) There have been any changes in the individual corporations of the partnership as described in Section #9-A.

Are you filing a new Partnership Guarantee (Attachment C-2) for "Law Corporations Practicing in Partnership With Other Law Corporations" with this Annual Report?   ☐ Yes ☐ No

MSC-LC2011209REG

Page 3 of 4    **OVER** →

Exhibit 21, 184

22-CV-01616-BAS-DDL

**11 ) Guarantee Worksheet**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation.  (See section #2) by 50,000.  If the answer exceeds 500,000, insert "$500,000."   `15 3,000`

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000.  If the total exceeds 5,000,000 insert "$5,000,000."   `3 09,000`

> **"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:
>
> - The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
> - The date a shareholder was added. (See Section #5)
> - The date a shareholder was omitted. (See Section #5)
> - The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
> - The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
> - The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)
>
> **"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) DECLARATION**

I am licensed to practice law in _CALIFORNIA_ and the _PRESIDENT_
(jurisdiction(s) in which licensed to practice)                     (Title of officer, eg. president, secretary, treasurer)

of _CATANZARITE LAW CORPORATION_ and as such make this declaration for and on behalf of said
(Name of Corporation)

corporation.  I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge.  I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on: _2/13/10_

Original Signature: _____

Type or Print Name: _KENNETH J. CATANZARITE_

**13) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2009 Annual Report and 2010 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California
Law Corporations
Department 05748
P.O. Box 39000
San Francisco, CA 94139-5748**

Send overnight submissions to: The State Bar of California, Attn: Law Corporations, 180 Howard Street, San Francisco, CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment.  The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the law corporation's certification file.  Thank you.

✓ $75 payment due if renewal form is postmarked by April 1, 2010

✓ All payments should be made payable to "The State Bar of California" and are non-refundable.

MSC-LC2011209REG



**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1639
1-888-800-3400 · lawcorp@calbar.ca.gov

## Law Corporation 2010 Annual Report and 2011 Renewal Form

*Submit renewal and $75 payment by March 30, 2011 to avoid penalty.*

FOR OFFICIAL USE ONLY
**RECEIVED**
☑ $75       FEB 1 5 2011
☐ $185   Member Services Center (MSC)
             The State Bar of California
☐ No Ck.

### 1) CONTACT INFORMATION

09009                    2
Catanzarite Law Corporation
2331 W Lincoln Ave
Anaheim CA 92801-5132

*If there are any changes to the Contact Information, please note below.*

Corporation Address: _____

Corporation Address 2: _____

City: _____ State: _____ Zip _____ + ___ ___ -

Contact Name: _____ Phone: ( ___ ) ___ - ____

E-mail _____ Fax: ( ___ ) ___ - ____

### 2) NUMBER OF PERSONS COVERED

Number of Persons covered by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices, attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**Total Number of Attorneys Covered** [ 2 ]   **THIS BOX MUST BE COMPLETED**

### 3) LAW CORPORATION NAME CHANGE ☐ Yes ☑ No

New Corporate Name: _____

**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original cover page from the Secretary of State's Office.

☐ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed. (Law Corporation Names must comply with rule 1-400 of the California Rules of Professional Conduct.)

### 4) AMENDMENTS
(Made Between JANUARY 1, 2010 and Date of Renewal Filing)
a) Law Corporation Articles of Incorporation ☐ Yes ☑ No
   (For reasons other than a name change)

☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. You MUST include the original cover page from the Secretary of State's Office.

b) By-laws: (as they relate to Law Corporation Rule IV-C. ) ☐ Yes ☑ No
   (See "Important Notes" for Rule IV-C language)

☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule IV-C Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

MSC-LC2011210REG

Exhibit 21. 100

22-CV-01616-BAS-DDL

4

## 5) SHAREHOLDERS

Have there been any unreported changes in Shareholders between January 1, 2010 and the date of the filing of this report?  ☐ Yes ☒ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 6) DIRECTORS

Have there been any unreported changes in Directors between January 1, 2010 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)  ☐ Yes ☒ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 7) OFFICERS

Have there been any unreported changes in Officers between January 1, 2010 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders.  See California Corporations Code §13403)  ☐ Yes ☒ No

If Yes, indicate change(s) and effective date(s) below.  OMITTED OFFICERS MUST BE REPLACED

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

## 8) ATTORNEY EMPLOYEES

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2010 and the date of the filing of this report?  ☒ Yes ☐ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☒ | Richard Vergel de Dios | CA | 180470 | 2/10 |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**9) Law Practice Business Relationships** ─────────────────────────────

**A) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2010 and the date of filing of this Report?   ☐ Yes ☑ No
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

**B) Limited Liability Partnerships:** Have there been any unreported changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2010 and the date of filing of this report?   ☐ Yes ☑ No
If Yes, indicate change(s) and effective date(s) below Attach additional sheets as necessary

☐ Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

**C) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **entities or individuals** (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2010 and the date of the filing of this report?   ☐ Yes ☑ No
**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | | |

**10) Guarantee for Claims** ─────────────────────────────

Note. If there have been no changes in your law corporation since your last report to the State Bar, you are not required to submit a new Guarantee.

**a) Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee ONLY if:

1) You are requesting a previously unreported name change; and/or
2) You have any unreported changes in shareholders between January 1, 2010 and the filing of this Report (See Section #5); and/or
3) The total number of persons practicing law on behalf of the corporation has increased since your last report to the State Bar. (See Section #2).

Are you filing a new Standard Law Corporation Guarantee (Attachment C-1) with this annual report?   ☐ Yes ☑ No

**b) Partnership Guarantee.** Law Corporations in partnership with other registered Law Corporations have the option to execute a "Standard Law Corporation Guarantee for Law Corporations Practicing in Partnership with Other Law Corporations." Execute a new Partnership Guarantee ONLY if:

1) Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-A); and/or
2) There have been any changes in the individual corporations of the partnership as described in Section #9-A.

Are you filing a new Partnership Guarantee (Attachment C-2) for "Law Corporations Practicing in Partnership With Other Law Corporations" with this Annual Report?   ☐ Yes ☑ No

Page 3 of 4   **OVER** →

Exhibit 21: 166

22-CV-01616-BAS-DDL

**11 ) Guarantee Worksheet**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, insert "$500,000 "

**Per Calendar Year.** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 insert "$5,000,000."

---

**"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added  (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

**"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

---

**12) DECLARATION**

I am licensed to practice law in ___CALIFORNIA___ and the ___PRESIDENT___
<br>(Jurisdiction(s) in which licensed to practice)        (Title of officer, eg. president, secretary, treasurer)

of ___CATANZARITE LAW CORPORATION___    and as such make this declaration for and on behalf of said
<br>(Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on: ___2/11/2011___

Original Signature: 

Type or Print Name: ___KENNETH J. CATANZARITE___

**13) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2010 Annual Report and 2011 Renewal Form in the enclosed envelope to the following address.

**The State Bar of California**
**Law Corporations**
**Department 05748**
**P.O. Box 39000**
**San Francisco, CA 94139-5748**

Send overnight submissions to The State Bar of California, Attn Law Corporations, 180 Howard Street, San Francisco, CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the law corporation's certification file   Thank you.

✓ Completed form and $75 payment are due March 30, 2011.
✓ All payments should be made payable to "The State Bar of California" and are non-refundable.

MSC-LC2011210REG

**STOP**

Exhibit 21. 169

22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1617
1-888-800-3400 · lawcorp@calbar.ca.gov

**Law Corporation 2012 Annual Report and 2013 Renewal Form**

*Submit renewal and $75 payment by March 29, 2013 to avoid penalty.*

<table>
<tr><td colspan="2">FOR OFFICIAL USE ONLY</td></tr>
<tr><td>☐</td><td>$ 75</td><td rowspan="3">RECEIVED MBS<br>AUG 1 3 2013<br>ck #9401<br>Kat</td></tr>
<tr><td>☑</td><td>$185</td></tr>
<tr><td>☐</td><td>No Ck.</td></tr>
</table>

**1) CONTACT INFORMATION**

9009    2
Catanzarite Law Corporation
2331 W Lincoln Ave
Anaheim, CA 92801

*If there are any changes to the Contact Information, please note below.*

Corporation Address: _____
Corporation Address 2: _____
City: _____  State: ____  Zip: _____
Contact Name: _____  Phone: ( )
E-mail _____  Fax: ( )

**2) NUMBER OF PERSONS COVERED**

Number of Persons covered by the Law Corporation Guarantee for security, which means all persons with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**Total Number of Attorneys Covered**  [ 4 ]   **THIS BOX MUST BE COMPLETED**

**3) LAW CORPORATION NAME CHANGE**   ☐ Yes  ☑ No

New Corporate Name: _____
Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original cover page from the Secretary of State's Office.

☐ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed. (Law Corporation Names must comply with rule 1-400 of the California Rules of Professional Conduct.)

**4) AMENDMENTS**
(Made Between JANUARY 1, 2012 and Date of Renewal Filing)
a) Law Corporation Articles of Incorporation   ☐ Yes  ☑ No
(For reasons other than a name change)

☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. You MUST include the original cover page from the Secretary of State's Office.

b) By-laws: (as they relate to Law Corporation Rule 3.157.)   ☐ Yes  ☑ No

☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

MSC-LC2013REG

Page 1 of 4  **OVER ➤**

Exhibit 21: 190
22-CV-01616-BAS-DDL

## 5) SHAREHOLDERS

Have there been any unreported changes in Shareholders between January 1, 2012 and the date
of the filing of this report?                                             ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐  Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
| Add | Omit | | | | |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 6) DIRECTORS

Have there been any unreported changes in Directors between January 1, 2012 and the date
of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders.      ☐ Yes  ☑ No
See California Corporations Code §13403)

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐  Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
| Add | Omit | | | | |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 7) OFFICERS

Have there been any unreported changes in Officers between January 1, 2012 and the date        ☐ Yes  ☑ No
of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers
must also be shareholders.  See California Corporations Code §13403)

If Yes, indicate change(s) and effective date(s) below.  OMITTED OFFICERS MUST BE REPLACED

☐  Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
| Add | Omit | | | | | |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

## 8) ATTORNEY EMPLOYEES

Have there been any unreported changes in employees practicing law on behalf of the
corporation between January 1, 2012 and the date of the filing of this report?             ☑ Yes  ☐ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐  Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
| Add | Omit | | | | |
|---|---|---|---|---|---|
| ☑ | ☐ | Brandon  G.  Woodward | CA | 284621 | 11-2012 |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

MSC-LC2013REG

Page 2 of 4

Exhibit 21: 191
22-CV-01616-BAS-DDL

**9) LAW PRACTICE BUSINESS RELATIONSHIPS** ——————————————

**A) Law Corporations:** Have there been any unreported changes in the law practice business relationship between the law corporation and other law corporations between January 1, 2012 and the date of filing of this Report?   ☐ Yes  ☒ No
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐   Additional Sheets are attached

| Check One<br>Add Omit | Name of other<br>Law Corporation | State Bar<br>Registration No. | Partnership | Association | "Of Counsel" | Effective Date of<br>Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | | | | |

**B) Limited Liability Partnerships:** Have there been any unreported changes in the law practice business relationship between the law corporation and any Limited Liability Partnerships between January 1, 2012 and the date of filing of this report?   ☐ Yes  ☒ No
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐   Additional Sheets are attached

| Check One<br>Add Omit | Name of LLP | State Bar LLP<br>Certification No. | Partnership | Association | "Of Counsel" | Effective Date of<br>Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | | | | |

**C) Other Entities or Individuals:** Have there been any unreported changes in the law practice business relationship between the law corporation and entities or individuals (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2012 and the date of the filing of this report?
**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**   ☐ Yes  ☒ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐   Additional Sheets are attached

| Check One<br>Add Omit | Name of other Entity or<br>Individual | State Bar<br>Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of<br>Change |
|---|---|---|---|---|---|---|---|
| ☐  ☐ | | | | | | | |

**10) GUARANTEE FOR CLAIMS** ——————————————

Note: If there have been no changes in your law corporation since your last report to the State Bar, you are not required to submit a new Guarantee.

**a) Standard Law Corporation Guarantee.** Execute a new Standard Law Corporation Guarantee ONLY if:

1) You are requesting a previously unreported name change; and/or
2) You have any unreported changes in shareholders between January 1, 2012 and the filing of this Report (See Section #5); and/or
3) The total number of persons practicing law on behalf of the corporation has increased since your last report to the State Bar. (See Section #2).

Are you filing a new Standard Law Corporation Guarantee (Attachment C-1) with this annual report?   ☒ Yes  ☐ No

**b) Partnership Guarantee.** Law Corporations in partnership with other registered Law Corporations have the option to execute a "Standard Law Corporation Guarantee for Law Corporations Practicing in Partnership with Other Law Corporations." Execute a new Partnership Guarantee ONLY if:

1) Law Corporations have been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a); and/or
2) There have been any changes in the individual corporations of the partnership as described in Section #9-a.

Are you filing a new Partnership Guarantee (Attachment C-2) for "Law Corporations Practicing in Partnership With Other Law Corporations" with this Annual Report?   ☐ Yes  ☒ No

MSC-LC2013REG                    Page 3 of 4    **OVER** ➤

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

> **"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:
>
> - The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
> - The date a shareholder was added. (See Section #5)
> - The date a shareholder was omitted. (See Section #5)
> - The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
> - The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
> - The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)
>
> **"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) DECLARATION**

I am licensed to practice law in _CALIFORNIA_ and I am a Shareholder and _PRESIDENT_
(Jurisdiction(s) in which licensed to practice)                        (Title of corporate officer)

of _CATANZARITE  LAW  CORPORATION_ and as such make this declaration for and on behalf of said
(Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Executed on: _Aug. 12, 2013_

Original Signature: _____

Type or Print Name: _KENNETH  J. CATANZARITE_

**13) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2012 Annual Report and 2013 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California**
**Law Corporations**
**Department 05748**
**P.O. Box 39000**
**San Francisco, CA 94139-5748**

Send overnight submissions to: The State Bar of California, Attn: Law Corporations, 180 Howard Street, San Francisco, CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the law corporation's certification file. Thank you.

✓ **$75 payment due if Report is postmarked by May 1, 2013. Submit $185 if the Report is postmarked after May 1, 2013.**
✓ **All payments should be made payable to "The State Bar of California" and are non-refundable.**

MSC-LC2013REG                                     Page 4 of 4   **STOP**

Exhibit 21: 193
22-CV-01616-BAS-DDL



**THE STATE BAR OF CALIFORNIA**
**LAW CORPORATION**
**180 Howard Street · San Francisco, CA 94105-1617**
**(888) 800-3400 · lawcorp@calbar.ca.gov**

FOR OFFICIAL USE ONLY

**RECEIVED**

**AUG 1 3 2013**

Member Services Center (MSC)
The State Bar of California
File No._____

## Attachment C-1 Standard Law Corporation Guarantee

**1) NOTES**

See the Law Corporation Guarantee Worksheet, or Section #11 of the Annual Renewal Form for Instructions on calculating the correct dollar amount for the guarantee.

This guarantee is not valid without original signatures.

**2) DECLARATION**

The undersigned, being shareholder(s) of

CATANZARITE   LAW   CORPORATION

(Set forth complete name of corporation including corporate designation)

hereby guarantee(s) payment by the corporation (and, if our corporation shall have more than one shareholder, this obligation shall be joint and several among the shareholder(s) of all claims established against it by its clients for errors or omissions arising out of the practice of law by the corporation in an amount not to exceed $ 200,000. — for each claim with an aggregate maximum liability not to exceed $ 400,000. — per calendar year, provided that any payment required to be made hereunder shall be offset by the amount paid by any insurance company providing errors or omissions insurance for the corporation or any of its shareholders.

DATE EXECUTED: Aug. 12, 2013     EFFECTIVE DATE: November   2012

SHAREHOLDER(S) SIGNATURE(S)
(Please type name under each signature.
Signatures MUST be original)

_____
Kenneth J. Catanzarite

_____
Nicole M. Catanzarite-Woodward

☐ **Additional Sheets are Attached**

| Attach this form to your Annual Renewal if you are executing a new guarantee |
|---|

RT-LC101A0211RENEW



THE STATE BAR OF CALIFORNIA
180 Howard Street · San Francisco, CA 94105-1617
1-888-800-3400 · lawcorp@calbar.ca.gov

FOR OFFICIAL USE ONLY

**RECEIVED**

APR 0 7 2014

Member Services Center (MSC)
The State Bar of California

$75
$185
No Ck.

**Law Corporation 2013 Annual Report and 2014 Renewal Form**

*Submit completed renewal and $75 payment by April 1, 2014 to avoid penalty.*

**1) CONTACT INFORMATION**

09009 2
Catanzarite Law Corporation
2331 W Lincoln Ave
Anaheim, CA 92801

**1) CONTACT INFORMATION**

*Make Changes Here*

Contact Name: _____
Corp. Address: _____
Corp. Address 2: _____
City: _____
State: _____  Zip: _____ + _____

*Please provide the additional contact information below.*

E-mail  *mvillanueva @ catanzarite.com*    Phone:  (714) 520-5544

**2) NUMBER OF ATTORNEYS COVERED**

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

TOTAL NUMBER OF ATTORNEYS COVERED   [ 5 ]   **THIS BOX MUST BE COMPLETED**

**3) LAW CORPORATION NAME CHANGE**   ☐ Yes   ☑ No

New Corporate Name: _____
Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original endorsed articles from the Secretary of State's Office.

☐ A new standard law corporation guarantee reflecting the new name, with date effective as of the date amended Articles were filed. (Law Corporation Names must comply with rule 1-400 of the California Rules of Professional Conduct.)

**4) AMENDMENTS**

(Made between January 1, 2013 and the date of the filing of this report)
a) Law Corporation Articles of Incorporation   ☐ Yes   ☑ No
   (For reasons other than a name change)

☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. You MUST include the original endorsed articles from the Secretary of State's Office.

b) By-laws: (as they relate to Law Corporation Rule 3.157.)   ☐ Yes   ☑ No

☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. Secretary's signature must be original.

MSC-LC2014REG

Page ____ of ____

Exhibit 3 Exhibit

22-CV-01616-BAS-DDL

5

**5) SHAREHOLDERS** ────────────────

Have there been any unreported changes in Shareholders between January 1, 2013 and the date of the filing of this report?   ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |

Note:  If Shareholders are added or omitted, a new law corporation guarantee must be submitted.

**6) DIRECTORS** ────────────────

Have there been any unreported changes in Directors between January 1, 2013 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)   ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS** ────────────────

Have there been any unreported changes in Officers between January 1, 2013 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders.  See California Corporations Code §13403)   ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES** ────────────────

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2013 and the date of the filing of this report?   ☑ Yes ☐ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☑ | ☐ | Kristina Marie Jones | CA | 273452 | 9·6·2013 |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

Note:  If the number of employees has changed, a new law corporation guarantee may need to  be submitted.

MSC-LC2014REG

Page 2 of 4

Exhibit 21: 196

22-CV-01616-BAS-DDL

**9) LAW PRACTICE BUSINESS RELATIONSHIPS** ────────────────

a) **Law Corporations:** Have there been any unreported changes in the law practice business relationship between the law corporation and other law corporations between January 1, 2013 and the date of filing of this report?                     ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

b) **Limited Liability Partnerships:** Have there been any unreported changes in the law practice business relationship between the law corporation and any Limited Liability Partnerships between January 1, 2013 and the date of filing of this report?                     ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

c) **Other Entities or Individuals:** Have there been any unreported changes in the law practice business relationship between the law corporation and entities or individuals (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2013 and the date of the filing of this report?                     ☐ Yes ☑ No

**Note:** In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | | |

**Note: Changes to this section generally will require submission of a new law corporation guarantee.**

**10) GUARANTEE FOR CLAIMS** ────────────────

Please complete the following checklist:

a) **Standard Law Corporation Guarantee.**
1) Has a previously unreported name change been submitted?                     ☐ Yes ☑ No
2) Are there any unreported changes in shareholders between January 1, 2013 and the filing of this report (See Section #5)?                     ☐ Yes ☑ No
3) Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar (See Section #2)?                     ☑ Yes ☐ No

If you answered yes to any of questions 1-3 and you are a sole shareholder corporation you must execute a new "Standard Law Corporation Guarantee C-1"

b) **Partnership Guarantee.** Law Corporations in partnership with other registered Law Corporations execute a "Standard Law Corporation Guarantee for Law Corporations Practicing in Partnership with Other Law Corporations."

4) Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?                     ☐ Yes ☑ No
5) Have there been any changes in the individual corporations of the partnership as described in Section #9-a?                     ☐ Yes ☑ No

**If you are a law corporation practicing in partnership with other registered law corporations and you answered yes to any of questions 1-5, you must execute a new "Standard Law Corporation for Law Corporations Practicing in Partnership with other law Corporations C-2"**

MSC-LC2013REG

Exhibit 21: 197

22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

**"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

**"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2013 Annual Report and 2014 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California**
**Law Corporations**
**Department 05748**
**P.O. Box 39000**
**San Francisco, CA 94139-5748**

Send overnight submissions to  The State Bar of California  Attn  Law Corporations. 180 Howard Street, San Francisco. CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. Thank you.

✓ Completed form and $75 payment are due April 1, 2014.
✓ All payments should be made payable to "The State Bar of California" and are non-refundable.

**13) DECLARATION**

I am licensed to practice law in _CALIFORNIA_ and I am a Shareholder and _PRESIDENT_
<br>                                        (Jurisdiction(s) in which licensed to practice)                                        (Title of corporate officer)

of _CATANZARITE   LAW   CORPORATION_ and as such make this declaration for and on behalf of said
<br>                        (Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed: _March 31, 2014_

Original Signature: _[signature]_

Type or Print Name: _KENNETH  J.  CATANZARITE_

MSC-LC2014REG

Page _Exhib_  STOP

22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
**LAW CORPORATION**
180 Howard Street · San Francisco, CA 94105-1617
(888) 800-3400 · lawcorp@calbar.ca.gov

## Attachment C-1 Standard Law Corporation Guarantee

### 1) NOTES

See the Law Corporation Guarantee Worksheet, or Section #11 of the Annual Renewal Form for instructions on calculating the correct dollar amount for the guarantee.

This guarantee is not valid without original signatures.

### 2) DECLARATION

The undersigned, being shareholder(s) of

CATANZARITE  LAW  CORPORATION

(Set forth complete name of corporation including corporate designation)

hereby guarantee(s) payment by the corporation (and, if our corporation shall have more than one shareholder, this obligation shall be joint and several among the shareholder(s) of all claims established against it by its clients for errors or omissions arising out of the practice of law by the corporation in an amount not to exceed $ 250,000. —  for each claim with an aggregate maximum liability not to exceed $ 500,000. —  per calendar year; provided that any payment required to be made hereunder shall be offset by the amount paid by any insurance company providing errors or omissions insurance for the corporation or any of its shareholders.

DATE EXECUTED: _____     EFFECTIVE DATE: September 6, 2013

SHAREHOLDER(S) SIGNATURE(S)
(ALL Shareholders must sign.
Signatures MUST be original.)

| Print Name | Signature |
|---|---|
| Kenneth J. Catanzarite | |
| Nicole M. Catanzarite-Woodward | Nicole Catanzarite-Woodward |

☐ Additional Sheets are Attached

Attach this form to your Annual Renewal if you are executing a new guarantee

Exhibit 21: 199
22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1617
1-888-800-3400 · lawcorp@calbar.ca.gov

## Law Corporation 2015 Annual Report and 2016 Renewal Form

*Submit completed renewal and $75 payment by March 30, 2016.*

#1534

FOR OFFICIAL USE ONLY
**RECEIVED**
MAY 05 2016
Member Services Center (MSC)
The State Bar of California

| | |
|---|---|
| ☑ | $ 75 |
| ☐ | $185 |
| ☐ | No Ck. |

B-20

### 1) CONTACT INFORMATION

09009 2

Catanzarite Law Corporation
2331 W Lincoln Ave
Anaheim, CA 92801

RECEIVED MBS
MAY 11 2016
LC#11534, $75
JL

### 1) CONTACT INFORMATION

*Make Changes Here*

Contact Name: _____
Corp. Address: _____
Corp. Address 2: _____
City: _____
State: _____ Zip: _____ + ___

*Please provide the additional contact information below.*

E-mail  mvillanueva @ catanzarite.com  Phone: (714) 500-____

### 2) NUMBER OF ATTORNEYS COVERED

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**TOTAL NUMBER OF ATTORNEYS COVERED**  5  **THIS BOX MUST BE COMPLETED**

### 3) LAW CORPORATION NAME CHANGE        ☐ Yes  ☑ No

New Corporate Name: _____

Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original endorsed articles from the Secretary of State's Office.

☐ A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐ A newly executed Declaration of Compliance with Rule 1-400, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

### 4) AMENDMENTS

(Made between January 1, 2015 and the date of the filing of this report)
a)  Law Corporation Articles of Incorporation        ☐ Yes  ☑ No
   (For reasons other than a name change)

   ☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. You MUST include the original endorsed articles from the Secretary of State's Office.

b)  By-laws: (as they relate to Law Corporation Rule 3.157. )        ☐ Yes  ☑ No

   ☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. Secretary's signature must be original.

MSC-LC2016REG

Page 1 of 4    **OVER** ➤

Exhibit 21: 200
22-CV-01616-BAS-DDL

4

## 5) SHAREHOLDERS

Have there been any unreported changes in Shareholders between January 1, 2015 and the date of the filing of this report?   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |

**Note: If Shareholders are added or omitted, a new law corporation guarantee must be submitted.**

## 6) DIRECTORS

Have there been any unreported changes in Directors between January 1, 2015 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 7) OFFICERS

Have there been any unreported changes in Officers between January 1, 2015 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders. See California Corporations Code §13403)   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

## 8) ATTORNEY EMPLOYEES

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2015 and the date of the filing of this report?   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**Note: If the number of employees has changed, a new law corporation guarantee may need to be submitted.**

MSC-LC2016REG

Page 2 of 4

Exhibit 21: 201
22-CV-01616-BAS-DDL

**9)  LAW PRACTICE BUSINESS RELATIONSHIPS** ━━━━━━━━━━━━━━━━━━━━━━━

**a) Law Corporations:** Have there been any unreported changes in the law practice business relationship between the law corporation and other law corporations between January 1, 2015 and the date of filing of this report?    ☐ Yes   ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add  Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐   ☐ |  |  |  |  |  |  |

**b) Limited Liability Partnerships:** Have there been any unreported changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2015 and the date of filing of this report?    ☐ Yes   ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add  Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐   ☐ |  |  |  |  |  |  |

**c) Other Entities or Individuals:** Have there been any unreported changes in the law practice business relationship between the law corporation and entities or individuals (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2015 and the date of the filing of this report?

**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**    ☐ Yes   ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add  Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐   ☐ |  |  |  |  |  |  |  |

**Note:  Changes to this section generally will require submission of a new law corporation guarantee.**

**10) GUARANTEE FOR CLAIMS** ━━━━━━━━━━━━━━━━━━━━━━━

Please complete the following checklist:

**a) Standard Law Corporation Guarantee.**
1)  Has a previously unreported name change been submitted?    ☐ Yes   ☑ No
2)  Are there any unreported changes in shareholders between January 1, 2015 and the filing of this report (See Section #5)?    ☐ Yes   ☑ No
3)  Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?    ☐ Yes   ☑ No

**If you answered yes to any of questions 1-3 and you are a sole shareholder corporation you must execute a new "Standard Law Corporation Guarantee C-1"**

**b) Partnership Guarantee.** Law Corporations in partnership with other registered Law Corporations execute a "Standard Law Corporation Guarantee for Law Corporations Practicing in Partnership with Other Law Corporations."

4)  Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?    ☐ Yes   ☑ No
5)  Have there been any changes in the individual corporations of the partnership as described in Section #9-a?    ☐ Yes   ☑ No

**If you are a law corporation practicing in partnership with other registered law corporations and you answered yes to any of questions 1-5, you must execute a new "Standard Law Corporation for Law Corporations Practicing in Partnership with other Law Corporations C-2"**

MSC-LC2016REG

Page 3 of 4   **OVER** ➤

Exhibit 21, 202

22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

---

"Date Effective" to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

"Date Executed" is the date the attached guarantee is signed by the shareholder(s) of the corporation.

---

**12) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2015 Annual Report and 2016 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California**
**Law Corporations**
**Department 05610**
**P.O. Box 39000**
**San Francisco, CA 94139-5610**

Send non-USPS overnight submissions to: The State Bar of California, Attn: Law Corporations, 180 Howard Street, San Francisco, CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. Thank you.

✓ Completed form and $75 payment are due by March 30, 2016.
✓ All payments should be made payable to "The State Bar of California" and are non-refundable.

**13) DECLARATION**

I am licensed to practice law in _CALIFORNIA_ and I am a Shareholder and _PRESIDENT_
(Jurisdiction(s))                                                                          (Title of corporate officer ie Pres., Treas., Sec.)

of _CATANZARITE LAW CORPORATION_ and as such make this declaration for and on behalf of said
(Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed: _3/2/16_

Original Signature:

Type or Print Name: _KENNETH J. CATANZARITE_

MSC-LC2016REG

*TIMELY* B 44   V# 12415 AC

**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1617
1-888-800-3400 · lawcorp@calbar.ca.gov

**Law Corporation 2016 Annual Report and 2017 Renewal Form**

| | FOR OFFICIAL USE ONLY |
|---|---|
| | **RECEIVED** |

NB
☒ $ 75            **MAY 0 8 2017**
☐ $185          Member Services Center (MSC)
☐ No Ck.       The State Bar of California

*Submit completed form and $75 payment by March 30, 2017.*
*Renewals postmarked after May 3, 2017 must include $185 payment*

## 1) CONTACT INFORMATION

09009 2
Catanzarite Law Corporation
2331 W Lincoln Ave
Anaheim CA 92801

RECEIVED MSC
MAY 1 0 2017

### 1) CONTACT INFORMATION

Make Changes Here

Contact Name: _____
Corp. Address: _____
Corp. Address 2: _____
City: _____
State: _____   Zip: _____ + _____

---

*Please provide the additional contact information below.*

E-mail  *mvillanueva @catanzarite.com*          Phone: (714) 520-5544

## 2) NUMBER OF ATTORNEYS COVERED

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California.

**TOTAL NUMBER OF ATTORNEYS COVERED**   [5]   **THIS BOX MUST BE COMPLETED**

## 3) LAW CORPORATION NAME CHANGE            ☐ Yes   ☒ No

New Corporate Name: _____
Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original endorsed articles from the Secretary of State's Office.

☐ A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐ A newly executed Declaration of Compliance with Rule 1-400, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

## 4) AMENDMENTS

(Made between January 1, 2016 and the date of the filing of this report)
a)  **Law Corporation Articles of Incorporation**            ☐ Yes   ☒ No
    (For reasons other than a name change)

   ☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State.
      You MUST include the original endorsed articles from the Secretary of State's Office.

b)  **By-laws: (as they relate to Law Corporation Rule 3.157. )**       ☐ Yes   ☒ No

   ☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

Page 1 of 4   **OVER** →
Exhibit

22-CV-01616-BAS-DDL   4

**5) SHAREHOLDERS** —————————————————————————————————————————

Have there been any unreported changes in Shareholders between January 1, 2016 and the date of the filing of this report?                                         ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |

Note:  If Shareholders are added or omitted, a new law corporation guarantee must be submitted.

**6) DIRECTORS** —————————————————————————————————————————

Have there been any unreported changes in Directors between January 1, 2016 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders.    ☐ Yes ☑ No
See California Corporations Code §13403)

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS** —————————————————————————————————————————

Have there been any unreported changes in Officers between January 1, 2016 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers    ☐ Yes ☑ No
must also be shareholders.  See California Corporations Code §13403)

If Yes, indicate change(s) and effective date(s) below.  **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES** —————————————————————————————————

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2016 and the date of the filing of this report?        ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

Note:  If the number of employees has changed, a new law corporation guarantee may need to be submitted.

MSC-LC2017REG

Page 2 of 4

Exhibit 21: 205
22-CV-01616-BAS-DDL

**9)  LAW PRACTICE BUSINESS RELATIONSHIPS**

**a) Law Corporations:** Have there been any unreported changes in the law practice business relationship between the law corporation and other law corporations between January 1, 2016 and the date of filing of this report?    ☐ Yes   ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add | Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | | |

**b) Limited Liability Partnerships:** Have there been any unreported changes in the law practice business relationship between the law corporation and any Limited Liability Partnerships between January 1, 2016 and the date of filing of this report?    ☐ Yes   ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add | Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | | |

**c) Other Entities or Individuals:** Have there been any unreported changes in the law practice business relationship between the law corporation and entities or individuals (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2016 and the date of the filing of this report?
**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**    ☐ Yes   ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add | Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | | | |

Note:  Changes to this section generally will require submission of a new law corporation guarantee.

**10) GUARANTEE FOR CLAIMS**

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3. If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

**a) Standard Law Corporation Guarantee.**
1) Has a previously unreported name change been submitted?    ☐ Yes   ☑ No
2) Are there any unreported changes in shareholders between January 1, 2016 and the filing of this report? (See Section #5)?    ☐ Yes   ☑ No
3) Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?    ☐ Yes   ☑ No

**b) Partnership Guarantee.**
4) Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?    ☐ Yes   ☑ No
5) Have there been any changes in the individual corporations of the partnership as described in Section #9-a?    ☐ Yes   ☑ No

If you answered yes to any of the questions above, you should submit a new guarantee. If you answered no to all these questions, do not submit a new guarantee. Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2. All others should submit Attachment C-1

MSC-LC2017REG



Exhibit 21, 266

22-CV-01616-BAS-DDL

## 11 ) CALCULATING YOUR GUARANTEE AMOUNTS

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation.  (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:**  Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

> **"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:
>
> - The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
> - The date a shareholder was added. (See Section #5)
> - The date a shareholder was omitted. (See Section #5)
> - The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
> - The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
> - The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)
>
> **"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

## 12) SUBMISSION AND PAYMENT INFORMATION

Mail the Law Corporation 2016 Annual Report and 2017 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California**
**Law Corporations**
**Department 05610**
**P.O. Box 39000**
**San Francisco, CA 94139-5610**
Send non-USPS overnight submissions to: The State Bar of California, Attn: Law Corporations, 180 Howard Street, San Francisco, CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment.  The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file.  Thank you.

- ✓ Completed form and $75 payment must be postmarked by May 3, 2017.  Renewals postmarked after May 3, 2017 must include a $186 payment.
- ✓ To avoid suspension, submissions must be postmarked by July 17, 2017.
- ✓ All payments should be made payable to "The State Bar of California" and are non-refundable.

## 13) DECLARATION

I am licensed to practice law in _CALIFORNIA_
(Jurisdiction(s))

and I am a Shareholder and _PRESIDENT_
(Title of corporate officer ie Pres., Treas., Sec.)

of _CATANZARITE LAW CORPORATION_
(Name of Corporation)

and as such make this declaration for and on behalf of said

corporation.  I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge.  I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed: _____

Original Signature: _____

Type or Print Name: _KENNETH  J.  CATANZARITE_

MSC-LC2017REG

| Page 4 of 4 | **STOP** |

Exhibit 21: 207

22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
**Law Corporations - Dept 05610**
P.O. Box 39000
San Francisco, CA 94139-5610
1-888-800-3400 · lawcorp@calbar.ca.gov

*LATE*

✓ # 13148

FOR OFFICIAL USE ONLY

**RECEIVED**

☐  $ 75       JUL 3 0 2018
☑  $185   Member Services Center (MSC)
                  The State Bar of California
☐  No Ck.

**Law Corporation 2017 Annual Report and 2018 Renewal Form**

*Submit completed form and $75 payment by April 2, 2018.*
*Renewals postmarked after May 4, 2018 must include $185 payment*

**1) CONTACT INFORMATION**

Catanzarite Law Corporation
2331 W Lincoln Ave

Anaheim, CA 92801

RECEIVED MBS
AUG 09 2018

CA
CLA # 13148
8/85

09009      2

**1) CONTACT INFORMATION**

Contact Name: _____

Corp. Address: _____

Corp. Address 2: _____

City: _____

State: _____   Zip: _____

*(Make Changes Here)*

*Please update or provide the additional contact information below.*

E-mail  mvillanueva@catanzarite.com                    Phone:    (714) 520-5544

**2) NUMBER OF ATTORNEYS COVERED**

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**TOTAL NUMBER OF ATTORNEYS COVERED**      **5**      <u>**THIS BOX MUST BE COMPLETED**</u>

**3) LAW CORPORATION NAME CHANGE**        ☐ Yes   ☑ No

New Corporate Name: _____

**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original endorsed articles from the Secretary of State's Office.

☐ A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐ A newly executed Declaration of Compliance with Rule 1-400, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

**4) AMENDMENTS**

(Made between January 1, 2017 and the date of the filing of this report)
**a) Law Corporation Articles of Incorporation**        ☐ Yes   ☑ No
(For reasons other than a name change)

☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. You MUST include the original endorsed articles from the Secretary of State's Office.

**b) By-laws: (as they relate to Law Corporation Rule 3.157. )**    ☐ Yes   ☑ No

☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

MSC-LC2018REG

Page 1 of 4   Exhibit   **OVER** →

22-CV-01616-BAS-DDL

4

## 5) SHAREHOLDERS

Have there been any unreported changes in Shareholders between January 1, 2017 and the date of the filing of this report?   ☐ Yes   ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |

**Note:  If Shareholders are added or omitted, a new law corporation guarantee must be submitted.**

## 6) DIRECTORS

Have there been any unreported changes in Directors between January 1, 2017 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)   ☐ Yes   ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 7) OFFICERS

Have there been any unreported changes in Officers between January 1, 2017 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders.  See California Corporations Code §13403)   ☐ Yes   ☑ No

If Yes, indicate change(s) and effective date(s) below.  **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

## 8) ATTORNEY EMPLOYEES

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2017 and the date of the filing of this report?   ☐ Yes   ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**Note:  If the number of employees has changed, a new law corporation guarantee may need to  be submitted.**

MSC-LC2018REG

Page 2 of 4

Exhibit 21: 209

22-CV-01616-BAS-DDL

**9)  LAW PRACTICE BUSINESS RELATIONSHIPS** ━━━━━━━━━━━━━━━━━━━━━━

a) **Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other** law corporations between January 1, 2017 and the date of filing of this report?    ☐ Yes  ☑ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add | Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | ☐ | ☐ | ☐ | |

b) **Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any Limited Liability Partnerships between January 1, 2017 and the date of filing of this report?    ☐ Yes  ☑ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add | Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | ☐ | ☐ | ☐ | |

c) **Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and entities and individuals (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2017 and the date of the filing of this report?
**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**    ☐ Yes  ☑ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add | Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ | ☐ | |

**Note:  Changes to this section generally will require submission of a new law corporation guarantee.**

**10) GUARANTEE FOR CLAIMS** ━━━━━━━━━━━━━━━━━━━━━━

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3.  If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

a) **Standard Law Corporation Guarantee.**
1)  Has a previously unreported name change been submitted?    ☐ Yes  ☑ No
2)  Are there any unreported changes in shareholders between January 1, 2017 and the filing of this report (See Section #5)?    ☐ Yes  ☑ No
3)  Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?    ☐ Yes  ☑ No

b) **Partnership Guarantee.**
4)  Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?    ☐ Yes  ☐ No
5)  Have there been any changes in the individual corporations of the partnership as described in Section #9-a?    ☐ Yes  ☐ No

If you answered yes to any of the questions above, you should submit a new guarantee.  If you answered no to all these questions, do not submit a new guarantee.  Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2.  All others should submit Attachment C-1

MSC-LC2018REG

Page 3 of 4   **OVER** ➤



Exhibit 21. 210

22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

"Date Effective" to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

"Date Executed" is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2017 Annual Report and 2018 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California
Law Corporations
Department 05610
P.O. Box 39000
San Francisco, CA 94139-5610**
Send non-USPS overnight submissions to: The State Bar of California, Attn: Law Corporations, 180 Howard Street, San Francisco, CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. Thank you.

- ✓ Completed form and $75 payment must be postmarked by May 4, 2018. Renewals postmarked after May 4, 2018 must include a $185 payment.
- ✓ To avoid suspension, submissions must be postmarked by July 19, 2018.
- ✓ All payments should be made payable to "The State Bar of California" and are non-refundable.

**13) DECLARATION**

I am licensed to practice law in  CA                                    and I am a Shareholder and  President
                                    (Jurisdiction(s))                                                      (Title of corporate officer ie Pres., Treas., Sec.)

of   Catanzarite Law Corporation                              and as such make this declaration for and on behalf of said
     (Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed:  07/26/2018

Original Signature:

Type or Print Name:  Kenneth J. Catanzarite

MSC-LC2018REG

Page 4 of 4     **STOP**

Exhibit 21: 211

22-CV-01616-BAS-DDL



**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1617
1-888-800-3400 · lawcorp@calbar.ca.gov

**Law Corporation 2018 Annual Report and 2019 Renewal Form**

> *Submit completed form and $75 payment by April 2, 2019.*
> *Renewals postmarked after May 3, 2019 must include $185 payment*

| FOR OFFICIAL USE ONLY | |
| --- | --- |
| **RECEIVED** | |
| ☑ $ 75 | **APR 0 9 2019** |
| ☐ $185 | Member Services Center (MSC) |
| ☐ No Ck. | The State Bar of California |

**1) CONTACT INFORMATION** ─────────

Catanzarite Law Corporation
2331 W Lincoln Ave

Anaheim, CA 92801

09009      2

*Make Changes Here*

**1) CONTACT INFORMATION** ─────────

Contact Name: Kenneth J. Catanzarite
Corp. Address: _____
Corp. Address 2: _____
City: _____
State: _____  Zip: _____ - ____

> *Please provide additional contact information below.*

E-mail  mvillanueva@catanzarite.com _____  Phone: (714) 520-5544

**2) NUMBER OF ATTORNEYS COVERED** ─────────

> Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

TOTAL NUMBER OF ATTORNEYS COVERED    | 5 |    **THIS BOX MUST BE COMPLETED**

**3) LAW CORPORATION NAME CHANGE** ─────────    ☐ Yes   ☑ No ─────────

New Corporate Name: _____
**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. **You MUST include the original endorsed articles from the Secretary of State's Office.**

☐ A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐ A newly executed Declaration of Compliance with Rule 7.5, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

**4) AMENDMENTS** ─────────

(Made between January 1, 2018 and the date of the filing of this report)
a) **Law Corporation Articles of Incorporation**       ☐ Yes   ☑ No
   (For reasons other than a name change)

   ☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State.
   **You MUST include the original endorsed articles from the Secretary of State's Office.**

b) **By-laws: (as they relate to Law Corporation Rule 3.157. )**       ☐ Yes   ☑ No

   ☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

MSC-LC2019REG

| Page 1 of 4 | **OVER** ➤ |

Exhibit 21: 212
22-CV-01616-BAS-DDL

**5) SHAREHOLDERS**

Have there been any unreported changes in Shareholders between January 1, 2018 and the date of the filing of this report?          ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |

Note:  If Shareholders are added or omitted, a new law corporation guarantee must be submitted.

**6) DIRECTORS**

Have there been any unreported changes in Directors between January 1, 2018 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders.  See California Corporations Code §13403)          ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS**

Have there been any unreported changes in Officers between January 1, 2018 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders.  See California Corporations Code §13403)          ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES**

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2018 and the date of the filing of this report?          ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

Note:  if the number of employees has changed, a new law corporation guarantee may need to be submitted.

MSC-LC2019REG

Exhibit 21: 213
22-CV-01616-BAS-DDL

## 9) LAW PRACTICE BUSINESS RELATIONSHIPS

**a) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2018 and the date of filing of this report?                                                                    ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add | Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | ☐ | ☐ | ☐ | |

**b) Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2018 and the date of filing of this report?                                                          ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add | Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | ☐ | ☐ | ☐ | |

**c) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **entities** or **individuals** (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2018 and the date of the filing of this report?

**Note: in addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**                                                                                                        ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add | Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ | ☐ | |

**Note: Changes to this section generally will require submission of a new law corporation guarantee.**

## 10) GUARANTEE FOR CLAIMS

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3. If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

**a) Standard Law Corporation Guarantee.**
1)  Has a previously unreported name change been submitted?                                      ☐ Yes ☑ No
2)  Are there any unreported changes in shareholders between January 1, 2018 and the filing of this report (See Section #5)?                                                              ☐ Yes ☑ No
3)  Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?                     ☐ Yes ☑ No

**b) Partnership Guarantee.**
4)  Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?                                        ☐ Yes ☐ No
5)  Have there been any changes in the individual corporations of the partnership as described in Section #9-a?                                                                  ☐ Yes ☐ No

If you answered yes to any of the questions above, you should submit a new guarantee. If you answered no to all these questions, do not submit a new guarantee. Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2. All others should submit Attachment C-1.

Exhibit 21: 214

22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

    **Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

    **Per Calendar Year**: Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

> **"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:
>
> - The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
> - The date a shareholder was added. (See Section #5)
> - The date a shareholder was omitted. (See Section #5)
> - The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
> - The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
> - The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)
>
> **"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION** ━━━━━━━━━━━━━━━━━━━━━━━━━━━
    Mail the Law Corporation 2018 Annual Report and 2019 Renewal Form in the enclosed envelope to the following address:

    **The State Bar of California**
    **Law Corporations**
    **Department 05610**
    **P.O. Box 39000**
    **San Francisco, CA 94139-5610**
    <small>Send non-USPS overnight submissions to: The State Bar of California, Attn: Law Corporations, 180 Howard Street, San Francisco, CA 94105</small>

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. Thank you.

- ✓ **Completed form and $75 payment must be postmarked by May 3, 2019. Renewals postmarked after May 3, 2019 must include a $185 payment.**
- ✓ **To avoid suspension, submissions must be postmarked by July 19, 2019.**
- ✓ **All payments should be made payable to "The State Bar of California" and are non-refundable.**

**13) DECLARATION** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

I am licensed to practice law in <u>California</u> and I am a Shareholder and <u>President</u>
                               *(Jurisdiction(s))*                                                   *(Title of corporate officer ie Pres., Treas., Sec.)*

of <u>Catanzarite Law Corporation</u> and as such make this declaration for and on behalf of said
              *(Name of Corporation)*

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed: <u>02/27/2019</u>

Original Signature:

Type or Print Name: **Kenneth J. Catanzarite**

MSC-LC2019REG

Exhibit 21: 215
22-CV-01616-BAS-DDL



**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1617
1-888-800-3400 · lawcorp@calbar.ca.gov

**Law Corporation 2019 Annual Report and 2020 Renewal Form**

| FOR OFFICIAL USE ONLY |
|---|
| **RECEIVED** |
| ☐ $ 75 |
| ☐ $185   OCT 0 2 2020 |
| ☐ No Ck.   Member Services Center (MSC) The State Bar of California |

*Submit completed form and $75 payment by April 1, 2020.
Renewals postmarked after May 4, 2020 must include $185 payment*

**1) CONTACT INFORMATION**

Catanzarite Law Corporation
2331 W Lincoln Ave

Anaheim, CA 92801

                                    09009        2

**1) CONTACT INFORMATION**

*Make Changes Here*

Contact Name: _____
Corp. Address: _____
Corp. Address 2: _____
City: _____
State: _____   Zip: _____ - _____

---

*Please provide additional contact information below.*

E-mail  mvillanueva@catanzarite.com                Phone:   (714) 520-5544

**2) NUMBER OF ATTORNEYS COVERED**

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**TOTAL NUMBER OF ATTORNEYS COVERED**   | 5 |   **THIS BOX MUST BE COMPLETED**

**3) LAW CORPORATION NAME CHANGE** ——————— ☐ Yes  ☑ No ———————

New Corporate Name: _____
**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. **You MUST include the original endorsed articles from the Secretary of State's Office.**

☐ A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐ A newly executed Declaration of Compliance with Rule 7.5, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

**4) AMENDMENTS**

(Made between January 1, 2019 and the date of the filing of this report)
**a) Law Corporation Articles of Incorporation**                  ☐ Yes  ☑ No
   (For reasons other than a name change)

   ☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. **You MUST include the original endorsed articles from the Secretary of State's Office.**

**b) By-laws: (as they relate to Law Corporation Rule 3.157. )**       ☐ Yes  ☑ No

   ☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

MSC-LC2020REG

| Page 1 of 4 | **OVER** ➔ |

Exhibit 21: 216
22-CV-01616-BAS-DDL

4

## 5) SHAREHOLDERS

Have there been any unreported changes in Shareholders between January 1, 2019 and the date of the filing of this report?   ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |

**Note: If Shareholders are added or omitted, a new law corporation guarantee must be submitted.**

## 6) DIRECTORS

Have there been any unreported changes in Directors between January 1, 2019 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders.  See California Corporations Code §13403)   ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 7) OFFICERS

Have there been any unreported changes in Officers between January 1, 2019 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders.  See California Corporations Code §13403)   ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

## 8) ATTORNEY EMPLOYEES

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2019 and the date of the filing of this report?   ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**Note:  if the number of employees has changed, a new law corporation guarantee may need to  be submitted.**

MSC-LC2020REG

Page 2 of 4

Exhibit 21: 217
22-CV-01616-BAS-DDL

**9) LAW PRACTICE BUSINESS RELATIONSHIPS**

**a) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2019 and the date of filing of this report?          ☐ Yes  ☑ No
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | ☐ | ☐ | ☐ | |

**b) Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2019 and the date of filing of this report?          ☐ Yes  ☑ No
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | ☐ | ☐ | ☐ | |

**c) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **entities** or **individuals** (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2019 and the date of the filing of this report?
**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**          ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ ☐ | | | | ☐ | ☐ | ☐ | |

**Note: Changes to this section generally will require submission of a new law corporation guarantee.**

**10) GUARANTEE FOR CLAIMS**

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3. If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

**a) Standard Law Corporation Guarantee.**
1) Has a previously unreported name change been submitted?          ☐ Yes  ☑ No
2) Are there any unreported changes in shareholders between January 1, 2019 and the filing of this report (See Section #5)?          ☐ Yes  ☑ No
3) Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?          ☐ Yes  ☑ No

**b) Partnership Guarantee.**

4) Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?          ☐ Yes  ☐ No
5) Have there been any changes in the individual corporations of the partnership as described in Section #9-a?          ☐ Yes  ☐ No

If you answered yes to any of the questions above, you should submit a new guarantee. If you answered no to all these questions, do not submit a new guarantee. Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2. All others should submit Attachment C-1.

MSC-LC2020REG

Exhibit 21: 218
22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

**"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

**"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2019 Annual Report and 2020 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California**
**Law Corporations**
**Department 05610**
**P.O. Box 39000**
**San Francisco, CA 94139-5610**
Send non-USPS overnight submissions to: Lockbox Services Box 05610, State Bar of California, 3440 Walnut Avenue, Bldg A, Window H, Fremont CA 94538

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. Thank you.

- ✓ Completed form and $75 payment must be postmarked by May 4, 2020. Renewals postmarked after May 4, 2020 must include a $185 payment.
- ✓ To avoid suspension, submissions must be postmarked by July 20, 2020.
- ✓ All payments should be made payable to "The State Bar of California" and are non-refundable.

**13) DECLARATION**

I am licensed to practice law in  California                          and I am a Shareholder and   President
                                  (Jurisdiction(s))                                    (Title of corporate officer ie Pres., Treas., Sec.)

of   Catanzarite Law Corporation                          and as such make this declaration for and on behalf of said
                         (Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed:  05/05/2020

Original Signature:

Type or Print Name:  Kenneth J. Catanzarite

MSC-LC2020REG

**STOP**

Exhibit 21: 219
22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
888-800-3400 · lawcorp@calbar.ca.gov

## Law Corporation 2020 Annual Report and 2021 Renewal Form

*Submit completed form and $75 payment by March 30, 2021.*
*Renewals postmarked after May 3, 2021 must include $185 payment*

| FOR OFFICIAL USE ONLY |
|---|
| **RECEIVED** |
| □ $ 75 |
| ☑ $185    **JUL 2 6 2021** |
| □ No Ck.    Member Services Center (MSC) |
| The State Bar of California |

**1) CONTACT INFORMATION**

Catanzarite Law Corporation
2331 W Lincoln Ave

Anaheim CA 92801

09009    2

**1) CONTACT INFORMATION**

*Make Changes Here*

Contact Name: _____
Corp. Address: _____
Corp. Address 2: _____
City: _____
State: _____    Zip: _____

> *Please provide additional contact information below.*

Email   mvillanueva@catanzarite.com           Phone:        (714) 520-5544

**2) NUMBER OF ATTORNEYS COVERED**

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**TOTAL NUMBER OF ATTORNEYS COVERED**    **5**    **THIS BOX MUST BE COMPLETED**

**3)  LAW CORPORATION NAME CHANGE** ———————— □ Yes    ☑ No

New Corporate Name: _____
**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

- □ An endorsed copy of the amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. **You MUST include the endorsed articles from the Secretary of State's Office.**

- □ A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

- □ A newly executed Declaration of Compliance with Rule 7.5, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

**4)  AMENDMENTS**

(Made between January 1, 2020 and the date of the filing of this report)
a)  **Law Corporation Articles of Incorporation**    □ Yes    ☑ No
(For reasons other than a name change)

- □ An endorsed copy of amended Articles of Incorporation as certified by the Secretary of State. **You MUST include the endorsed articles from the Secretary of State's Office.**

b)  **By-laws: (as they relate to Law Corporation Rule 3.157.)**    □ Yes    ☑ No

- □ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

MSC-LC2021REG

Page Exhibit    **OVER** ➔    4

22-CV-01616-BAS-DDL

**5) SHAREHOLDERS** ───────────────────

Have there been any unreported changes in Shareholders between January 1, 2020 and
the date of the filing of this report?  ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐  Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |

**Note:  If Shareholders are added or omitted, a new law corporation guarantee must be submitted.**

**6) DIRECTORS** ───────────────────

Have there been any unreported changes in Directors between January 1, 2020 and
the date of the filing of this report? (Note: All Directors of the Law Corporation must be
shareholders.  See California Corporations Code §13403)  ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐  Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS** ───────────────────

Have there been any unreported changes in Officers between January 1, 2020 and the date
of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers
must also be shareholders.  See California Corporations Code §13403)  ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below.  **OMITTED OFFICERS MUST BE REPLACED**

☐  Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES** ───────────────────

Have there been any unreported changes in employees practicing law on behalf
of the corporation between January 1, 2020 and the date of the filing of this report?
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.  ☐ Yes ☑ No

☐  Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**Note:  If the number of employees has changed, a new law corporation guarantee may need to be submitted.**

MSC-LC2021REG

Exhibit 21-22
22-CV-01616-BAS-DDL

**9)  LAW PRACTICE BUSINESS RELATIONSHIPS**

**a) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2020 and the date of filing of this report?    ☐ Yes  ☑ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | ☐ | ☐ | ☐ | |

**b) Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2020 and the date of filing of this report?    ☐ Yes  ☑ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | ☐ | ☐ | ☐ | |

**c) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **entities** or **individuals** (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2020 and the date of the filing of this report?

**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**    ☐ Yes  ☑ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐  ☐ | | | | ☐ | ☐ | ☐ | |

**Note:  Changes to this section generally will require submission of a new law corporation guarantee.**

## 10) GUARANTEE FOR CLAIMS

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3.  If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

**a)  Standard Law Corporation Guarantee.**
1)  Has a previously unreported name change been submitted?    ☐ Yes  ☑ No
2)  Are there any unreported changes in shareholders between January 1, 2020 and the filing of this report (See Section #5)?    ☐ Yes  ☑ No
3)  Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?    ☐ Yes  ☑ No

**b)  Partnership Guarantee.**
4)  Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?    ☐ Yes  ☐ No
5)  Have there been any changes in the individual corporations of the partnership as described in Section #9-a?    ☐ Yes  ☐ No

If you answered yes to any of the questions above, you should submit a new guarantee.  If you answered no to all these questions, do not submit a new guarantee. Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2. All others should submit Attachment C-1.



**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year**: Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

**"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

**"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2020 Annual Report and 2021 Renewal Form in the enclosed envelope to the following address:

| | | |
|---|---|---|
| **(For standard mail)** | | **(For overnight payments)** |
| **The State Bar of California** | | **Lockbox Services Box 05610** |
| **Law Corporations** | | **State Bar of California** |
| **Department 05610** | or | **3440 Walnut Avenue, Bldg A,** |
| **P.O. Box 39000** | | **Window H Fremont CA 94538** |
| **San Francisco, CA 94139-5610** | | |

**Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment.**

✓ **Completed form and $75 payment are due March 30, 2021, but we will accept forms and payments as timely until May 3, 2021. Forms postmarked after May 3, 2021 must include a $185 payment.**
✓ **To avoid suspension, submissions must be postmarked by July 23, 2021.**
✓ **All payments should be made payable to "The State Bar of California" and are non-refundable.**

**13) DECLARATION**

I am licensed to practice law in <u>California</u>     and I am a Shareholder and  <u>President</u>
                     (Jurisdiction(s))                              (Title of corporate officer ie Pres., Treas., Sec.)

of  <u>Catanzarite Law Corporation</u>     and as such make this declaration for and on behalf of said
         (Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed: <u>07/20/2021</u>

Original Signature:

Type or Print Name:  Kenneth J. Catanzarite

MSC-LC2021REG

Page 4 of 4     **STOP**
Exhibit
**22-CV-01616-BAS-DDL**



**THE STATE BAR OF CALIFORNIA**
888-800-3400 · lawcorp@calbar.ca.gov

**Law Corporation 2021 Annual Report and 2022 Renewal Form**

*Submit completed form and $75 payment by March 30, 2022.*
*Renewals postmarked after May 3, 2022 must include $185 payment*

FOR OFFICIAL USE ONLY
**RECEIVED**

☑ $ 75       FEB 2 8 2022
☐ $185      Member Services Center (MSC)
☐ No Ck.     The State Bar of California

**1)  CONTACT INFORMATION**

Catanzarite Law Corporation
2331 W Lincoln Ave

Anaheim, CA 92801

09009    2

**1) CONTACT INFORMATION**

*Make Changes Here*

Contact Name:  Kenneth J. Catanzarite
Corp. Address: _____
Corp. Address 2: _____
City: _____
State: _____   Zip: _____ - ____

*Please provide additional contact information below.*

Email  mvillanueva@catanzarite.com          Phone:   (714) 520-5544

**2)  NUMBER OF ATTORNEYS COVERED**

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**TOTAL NUMBER OF ATTORNEYS COVERED**          5          **THIS BOX MUST BE COMPLETED**

**3)  LAW CORPORATION NAME CHANGE** ———————   ☐ Yes   ☑ No

New Corporate Name: _____

**Please note that the State Bar must approve all law corporation names.  To request a name change, you must attach the following:**

☐  An endorsed copy of the amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. **You MUST include the endorsed articles from the Secretary of State's Office.**

☐  A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐  A newly executed Declaration of Compliance with Rule 7.5, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

**4)  AMENDMENTS**

(Made between January 1, 2021 and the date of the filing of this report)
**a)  Law Corporation Articles of Incorporation**          ☐ Yes   ☑ No
    (For reasons other than a name change)

    ☐  An endorsed copy of amended Articles of Incorporation as certified by the Secretary of State.
       **You MUST include the endorsed articles from the Secretary of State's Office.**

**b)  By-laws:  (as they relate to Law Corporation Rule 3.157.)**          ☐ Yes   ☑ No

    ☐  Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

MSC-LC2022REG

Page 1 of 4    **OVER** ➡

**Exhibit 21: 224**
**22-CV-01616-BAS-DDL**

**5) SHAREHOLDERS**

Have there been any unreported changes in Shareholders between January 1, 2021 and the date of the filing of this report?    ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |

Note: If Shareholders are added or omitted, a new law corporation guarantee must be submitted.

**6) DIRECTORS**

Have there been any unreported changes in Directors between January 1, 2021 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)    ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS**

Have there been any unreported changes in Officers between January 1, 2021 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders. See California Corporations Code §13403)    ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES**

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2021 and the date of the filing of this report? If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.    ☐ Yes  ☑ No

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

Note: If the number of employees has changed, a new law corporation guarantee may need to be submitted.

MSC-LC2022REG

Page 2 of 4

## 9) LAW PRACTICE BUSINESS RELATIONSHIPS

**a) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2021 and the date of filing of this report?

☐ Yes  ☑ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | ☐ | ☐ | ☐ | |

**b) Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2021 and the date of filing of this report?

☐ Yes  ☑ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | ☐ | ☐ | ☐ | |

**c) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **entities** or **individuals** (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2021 and the date of the filing of this report?

**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**

☐ Yes  ☑ No

If Yes,  indicate change(s) and effective date(s) below.  Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ ☐ | | | | ☐ | ☐ | ☐ | |

**Note:  Changes to this section generally will require submission of a new law corporation guarantee.**

## 10) GUARANTEE FOR CLAIMS

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3.  If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

**a) Standard Law Corporation Guarantee.**
1)  Has a previously unreported name change been submitted?  ☐ Yes  ☑ No
2)  Are there any unreported changes in shareholders between January 1, 2021 and the filing of this report (See Section #5)?  ☐ Yes  ☑ No
3)  Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?  ☐ Yes  ☑ No

**b) Partnership Guarantee.**
4)  Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?  ☐ Yes  ☐ No
5)  Have there been any changes in the individual corporations of the partnership as described in Section #9-a?  ☐ Yes  ☐ No

If you answered yes to any of the questions above, you should submit a new guarantee.  If you answered no to all these questions, do not submit a new guarantee.  Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2.  All others should submit Attachment C-1.

MSC-LC2022REG

Exhibit 21: 226
22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

> **"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:
>
> - The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
> - The date a shareholder was added. (See Section #5)
> - The date a shareholder was omitted. (See Section #5)
> - The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
> - The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
> - The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)
>
> **"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2021 Annual Report and 2022 Renewal Form to one of the following new mailing addresses:

**(For Standard Mail)**
**The State Bar of California**
**Law Corporation Renewals**
P.O. Box 885610
Los Angeles, CA 90088-5610

or

**(For Overnight Mail)**
**Lockbox Services #**
**0175610 The State Bar of**
**California Law Corporation**
**Renewals 3440 Flair Drive**
**El Monte, CA 91731**

Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment.

- ✓ Completed form and $75 payment are due March 30, 2022, but we will accept forms and payments as timely until May 3, 2022. Forms postmarked after May 3, 2022 must include a $185 payment.
- ✓ To avoid suspension, submissions must be postmarked by July 20, 2022.
- ✓ All payments should be made payable to "The State Bar of California" and are non-refundable.

**13) DECLARATION**

I am licensed to practice law in <u>California</u> and I am a Shareholder and <u>President</u>
<span style="padding-left:2em"></span>*(Jurisdiction(s))* <span style="padding-left:6em"></span> *(Title of corporate officer ie Pres., Treas., Sec.)*

of <u>Catanzarite Law Corporation</u> and as such make this declaration for and on behalf of said
<span style="padding-left:2em"></span>*(Name of Corporation)*

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed: <u>02/16/2022</u>

Original Signature:

Type or Print Name: **Kenneth J. Catanzarite**

MSC-LC2022REG

Page 4 of 4    **STOP**

**Exhibit 21: 227**
**22-CV-01616-BAS-DDL**