# EXHIBIT 24

NOTICE OF DEPOSITION

Justin S. Beck
justintimesd@gmail.com
3501 Roselle St.
Oceanside, California 92056
760-449-2509

*In Pro Per*

IN THE SUPERIOR COURT OF CALIFORNIA

COUNTY OF ORANGE

| | |
|---|---|
| JUSTIN S. BECK, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA, a public corporation and public entity; ANAND KUMAR, an individual employee acting in an official capacity; ELI DAVID MORGENSTERN, an individual employee acting in an official capacity; JOY NUNLEY, an individual employee acting in an official capacity; THE STATE OF CALIFORNIA, a state and public entity; and DOES 1-30<br><br>Defendants | Case No: 30-2021-01237499-CU-PN-CJC<br><br>Judge Assigned: Honorable John C. Gastelum<br><br>**NOTICE OF DEPOSITION**<br><br>Action Filed: December 21, 2021<br><br>Trial Date: None<br><br>**Unlimited Civil Case** |

TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:

**YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF** defendant THE STATE BAR OF CALIFORNIA, a public corporation and pub licentity ("STATE BAR"), will b etaken on **Friday, September 9, 2022,** at The State Bar of California, 845 S. Figueroa Ave., Los Angeles, California 90017 comm encingat **9:00 AM** and continuing as perm ited by Code of Civil Procedure section 2025.290.

*Document received by the CA Supreme Court.*

-1-

NOTICE OF DEPOSITION

Exhibit #24: 002
22-CV-01616-BAS-DDL

**YOU ARE FURTHER NOTIFIED THAT:**

The deponent is not a natural person. The matters on which the deponent will be examined are as follows:

(1) Government Claims Act Forms, Procedures, and Official Actors Before 10/14/21

(2) 10/14/21, Preservation of Evidence Letter Delivered by Plaintiff to STATE BAR

(3) 10/18/21, Claim Presentation by Plaintiff Under Government Claims Act (GOV § 910)

(4) 11/12/21, Plaintiff Claim Denial by STATE BAR

(5) 12/21/21, Filing of Instant Action by Plaintiff (GOV § 945.6)

(6) Plaintiff's Rejected Supreme Court Accusations Filed by STATE BAR in Declaration [ROA #49]

(7) Disclosures to California State Auditor RE: Gov. Claim/Instant Action

(8) Disclosures to Macias Gini & O'Connell LLP ("MGO") RE: Gov. Claim/Instant Action

(9) Demurrer Filings [ROA #49][ROA #51][ROA #55][ROA #73][ROA #77][ROA #79]

(10) Plaintiff Filing of First Amended Complaint in Instant Action 05/02/22 [ROA #60] ("FAC")

(11) Case Management Statement Filed by Plaintiff on 05/03/2022 [ROA #67]

(12) Case Management Statement Filed by STATE BAR on 05/10/2022 [ROA #69]

(13) Form Interrogatories and Requests for Admissions Set #1 05/13/2022 [Production Date ~08/09/22]

(14) Plaintiff's Noticed RICO § 1962 ("RICO") Allegations Known to STATE BAR

(15) Fourth District, Division Three Court of Appeal Rulings in G059766, G058700, G059457

(16) 07/12/22, Letter to DURAN, ANDRESEN, GRANDT from Plaintiff (w/Attachments)

(17) Separate Statement filed 07/18/2022 ("Material Facts") [ROA #103]

(18) California State Auditor Whistleblower Case #I2022-1019

(19) Published/Un-Published Procedures for All "Licensing, Regulatory, Disciplinary Functions"

(20) Complaint Review Unit, generally (Before October 14, 2021, and After October 18, 2021)

(21) 07/20/22, Response from Office of General Counsel RE: 05/19/22 and 07/12/22 Emails to DURAN

(22) Declaration [#2] of Justin S. Beck [ROA #111] + Catanzarite Cases (EVID § 956)

Document received by the CA Supreme Court.

1  It is the duty of THE STATE BAR OF CALIFORNIA to identify the individual(s) most qualified to testify on
2  these subjects.
3
4  The deponent, who is a party to this action, is required to produce the following at the deposition: All
5  documents, electronically stored information, records, or other materials regarding each item (1)-(22):
6
7  (1) Government Claims Act Forms, Procedures, and Official Actors Before 10/14/21
8  (2) 10/14/21, Preservation of Evidence Letter Delivered by Plaintiff to STATE BAR
9  (3) 10/18/21, Claim Presentation by Plaintiff Under Government Claims Act (GOV § 910)
10 (4) 11/12/21, Plaintiff Claim Denial by STATE BAR
11 (5) 12/21/21, Filing of Instant Action by Plaintiff (GOV § 945.6)
12 (6) Plaintiff's Rejected Supreme Court Accusations Filed by STATE BAR in Declaration [ROA #49]
13 (7) Disclosures to California State Auditor RE: Gov. Claim/Instant Action
14 (8) Disclosures to Macias Gini & O'Connell LLP ("MGO") RE: Gov. Claim/Instant Action
15 (9) Demurrer Filings [ROA #49][ROA #51][ROA #55][ROA #73][ROA #77][ROA #79]
16 (10) Plaintiff Filing of First Amended Complaint in Instant Action 05/02/22 [ROA #60] ("FAC")
17 (11) Case Management Statement Filed by Plaintiff on 05/03/2022 [ROA #67]
18 (12) Case Management Statement Filed by STATE BAR on 05/10/2022 [ROA #69]
19 (13) Form Interrogatories and Requests for Admissions Set #1 05/13/2022 [Production Date ~08/09/22]
20 (14) Plaintiff's Noticed RICO § 1962 ("RICO") Allegations Known to STATE BAR
21 (15) Fourth District, Division Three Court of Appeal Rulings in G059766, G058700, G059457
22 (16) 07/12/22, Letter to DURAN, ANDRESEN, GRANDT from Plaintiff (w/Attachments)
23 (17) Separate Statement filed 07/18/2022 ("Material Facts") [ROA #103]
24 (18) California State Auditor Whistleblower Case #I2022-1019
25 (19) Published/Un-Published Procedures for All "Licensing, Regulatory, Disciplinary Functions"
26 (20) Complaint Review Unit, generally (Before October 14, 2021, and After October 18, 2021)
27 (21) 07/20/22, Response from Office of General Counsel RE: 05/19/22 and 07/12/22 Emails to DURAN
28 (22) Declaration [#2] of Justin S. Beck [ROA #111] + Catanzarite Cases (EVID § 956)

Document received by the CA Supreme Court.

1     Where electronically stored information is requested, the form in which it should be produced is PDF on two physical "thumb" drives (one original and one backup) organized by each item (1)-(22) in folders, and further as (a) "Name of Document" followed by a short description and the persons to whom it was addressed, intended, received, delivered, and the methods of each (e.g., electronic email or other form of wire or postal mail communication, if applicable). If there are more than 26 documents in a given (1)-(22) folder (e.g., (a)-(z),) please re-start (aa), and so on to (zz), then over again (aaa) and so on to (zzz) within each respective folder. In the alternative to physical "thumb" drives as requested by Plaintiff, STATE BAR may judicially notice all documents as being verified internally to avoid undue waste of court and party resources, or as may be otherwise agreed.

    The deposition proceedings will be recorded both stenographically and by audio/video/livestream on social media recordings.

    As per prior notice by Plaintiff to STATE BAR, he will also seek by motion an order appointing referee under California Code of Civil Procedure section 639(a)(5) for good cause on all matters pertaining to discovery. Because such motion for an order appointing referee may not be heard prior to the upcoming October 4, 2022, hearing on his motion for summary judgment, or in the alternative summary adjudication [ROA # 107], Plaintiff seeks a joint stipulation now to appoint a neutral referee for this deposition (inactive State Bar licensee designated by Plaintiff), and that they rule upon any matter related to privileges and exemptions from privilege under the circumstances. Specifically, Plaintiff seeks to eliminate any purported privilege held by STATE BAR or Catanzarite Law Corporation actors under exemptions related to fraud and/or crimes (e.g., EVID § 956) like conduct meeting the definition of racketeering activity under RICO § 1961 that preceded October 14, 2018 (predicate) and continuous (ongoing, plus parallel) acts meeting the federal definitions of wire fraud, mail fraud, securities fraud, bribery or extortion, and [fraudulent concealment]. **A list of all parties or attorneys for parties on whom this Notice of Deposition is being served is shown on the accompanying proof of service.**

DATE: July 26, 2022            By _____

                                                                            Justin S. Beck, plaintiff
                                                                            *In Pro Per*

*Document received by the CA Supreme Court*

[Proof of E-Service]

I, Justin S. Beck, the plaintiff in this action and moving party, served by electronic mail:

Notice of Deposition (defendant The State Bar of California)

Deposition for Personal Appearance and Production of Records (defendant The State Bar of California)

Suzanne.Grandt@statebar.ca.gov

Ruben.Duran@bbklaw.com

Carissa.Andresen@statebar.ca.gov

Upon defendant State of California, who is jointly and severally liable derivatively for State Bar:

[Physical Service Notice Forthcoming Until Office of Attorney General Accepts Electronic Service]

Dated July 26, 2022

Oceanside, California

Respectfully Submitted,

Justin S. Beck, plaintiff and moving party
*In Pro Per*

Document received by the CA Supreme Court.

**SUBP-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>JUSTIN S. BECK<br>3501 ROSELLE ST.<br>OCEANSIDE, CALIFORNIA 92056<br>TELEPHONE NO.: 760-449-2509   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* JUSTINTIMESD@GMAIL.COM<br>ATTORNEY FOR *(Name):* IN PRO PER | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 700 W. CIVIC CENTER DR.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SANTA ANA, CALIFORNIA 92701<br>BRANCH NAME: CENTRAL JUSTICE CENTER | |
| PLAINTIFF/PETITIONER: JUSTIN S. BECK<br>DEFENDANT/RESPONDENT: THE STATE BAR OF CALIFORNIA, ET AL. | |
| **DEPOSITION SUBPOENA**<br>**FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS** | CASE NUMBER:<br>30-2021-01237499-CU-PN-CJC |

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*
THE STATE BAR OF CALIFORNIA, 845 S. Figueroa Ave., Los Angeles, California 90017  (213) 765-1000

1. **YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS** in this action at the following date, time, and place:

   Date: 09/09/2022    Time: 09:00 AM    Address: 845 S. FIGUEROA AVE., LOS ANGELES, CA 90017

   a. ☑ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.230.)
   b. ☑ You are ordered to produce the documents and things described in item 3.
   c. ☑ This deposition will be recorded stenographically ☑ through the instant visual display of testimony
      and by ☑ audiotape ☑ videotape.
   d. ☑ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:
   See Notice of Deposition Attachment 3 Items (1) - (22)

   ☑ Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:
   See Notice of Deposition Attachment 4 Items (1) - (22)

   ☑ Continued on Attachment 4.

5. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

6. At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence if the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: 07/26/22

David H. Yamasaki
(TYPE OR PRINT NAME)    (Proof of service on reverse)

▶ *(signature)*
(SIGNATURE OF PERSON ISSUING SUBPOENA)
Clerk of the Court
(TITLE)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-020 [Rev. January 1, 2009]

**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

Code of Civil Procedure §§ 2020.510, 2025.220, 2025.230, 2025.250, 2025.620; Government Code, § 68097.1
www.courtinfo.ca.gov

L-1259 (Rev. December 2, 2016)

*[Sideways text on right margin: "Document received by the CA Supreme Court."]*

Exhibit #24: 007
22-CV-01616-BAS-DDL

| | | SUBP-020 |
|---|---|---|
| PLAINTIFF/PETITIONER: JUSTIN S. BECK | CASE NUMBER: | |
| DEFENDANT/RESPONDENT: THE STATE BAR OF CALIFORNIA, ET AL. | 30-2021-01237499-CU-PN-CJC | |

**PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
AND PRODUCTION OF DOCUMENTS AND THINGS**

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

    a. Person served *(name)*:

    b. Address where served:

    c. Date of delivery:

    d. Time of delivery:

    e. Witness fees and mileage both ways *(check one)*:
        (1) ☐ were paid. Amount: .......... $ _____
        (2) ☐ were not paid.
        (3) ☐ were tendered to the witness's public entity employer as required by Government Code section 68097.2. The amount tendered was *(specify)*: ....... $ _____

    f. Fee for service: ................................. $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
    a. ☐ Not a registered California process server
    b. ☐ California sheriff or marshal
    c. ☐ Registered California process server
    d. ☐ Employee or independent contractor of a registered California process server
    e. ☐ Exempt from registration under Business and Professions Code section 22350(b)
    f. ☐ Registered professional photocopier
    g. ☐ Exempt from registration under Business and Professions Code section 22451
    h. Name, address, telephone number, and, if applicable, county of registration and number:

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

**(For California sheriff or marshal use only)**
**I certify** that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

Document received by the CA Supreme Court.

SUBP-020 [Rev. January 1, 2009]　　PROOF OF SERVICE
DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
AND PRODUCTION OF DOCUMENTS AND THINGS　　Page 2 of 2

Exhibit #24: 008
22-CV-01616-BAS-DDL