# EXHIBIT 25

Exhibit #25: 001
22-CV-01616-BAS-DDL



Justin Beck <justintimesd@gmail.com>

## State Bar Discovery / Statutory Request to Chair of State Bar

**Justin Beck** <justintimesd@gmail.com>                                                Tue, Jul 12, 2022 at 4:58 PM
To: "Andresen, Carissa" <Carissa.Andresen@calbar.ca.gov>, "Randolph, Joan" <Joan.Randolph@calbar.ca.gov>, ruben.duran@bbklaw.com, "Grandt, Suzanne" <Suzanne.Grandt@calbar.ca.gov>
Bcc: Michael Esola <mesola@ficto.tv>

California State Bar
Chair Ruben Duren

RE: 6086.10 Request + Action or Disposition of Cases Pending Complaint Review Unit

[Case No. I2022-1019]

Mr. Duran,

I'm writing about my May 12, 2022 statutory request to you as Chair of The State Bar of California, and about State Bar's failure to act or dispose of my cases.

**1) "Through this [May 12, 2022] letter, I'm formally seeking Mr. Duran as "Chair of the State Bar" pursuant to BPC 6086.10(b)(2) to either exercise authority under that section (to waive confidentiality RE: Catanzarite Cases to protect the public), or to assign someone to act on his behalf to make that decision."**

You, or someone you designate, needs to decide whether you will protect the public or you will protect Catanzarite. It's really that simple.

Re: Catanzarite Law Corporation (CLC), Kenneth J. Catanzarite, Nicole Marie Catanzarite Woodward, Tim James Okeefe, and Jim Travis Tice ("Catanzarite") -- State Bar *actually knows* that Catanzarite has filed, and is maintaining, one or more fraudulent class actions (with "rep" Richard Carlson, who did not believe he had suffered any damages based on his own testimony under oath) affecting 13,800 investors and ~$500M in capital -- notwithstanding the judicial fraud known to State Bar in my outstanding cases, or others commencing in 2005 and after.

CLC is FTB suspended since at least February 1, 2022. They are concurrently imputing materially false statements affecting interstate securities through Aegis Asset Management, Inc (a registered investment advisor) -- where Catanzarite Law Corporation is disclosed to the SEC as an affiliate or related person as of June 27, 2022. On this form with the SEC, there are no mentions of the judicial findings of deliberate misstatements of material facts, false emergencies, "false affidavits," "intentional violation of injunctions" or adverse actions that obviously impact any professional capacity involving Catanzarite Law Corporation or Kenneth J. Catanzarite (much less a lawyer, or a registered investment advisor).

I respectfully demand you make a decision on this, because I've waited two months. It is not reasonable to the public, courts, or legal profession that you (or someone else) aren't making decisions when you *actually know* these facts.

**2) Complaint Review Unit for Kenneth J. Catanzarite, Nicole Marie Catanzarite Woodward, Brandon Woodward, Jim Travis Tice, Tim James O'Keefe, and Catanzarite Law Corporation**

State Bar has no just or lawful basis for its continued inaction, and seemingly seeks to keep me from filing in the Supreme Court (on the disciplinary piece, which is distinct of my tort claims under GOV 815/GOV 815.2/GOV 815.3/GOV 815.6/GOV 835).

Please ask the "Complaint Review Unit" to stop refusing me a hearing. Either act upon or dispose of my complaints without impacting the 2022 case in the Office of Chief Trial Counsel that presumably came through New York Supreme Court notices I made about the abuse of California's pro hac vice privileges.

Respectfully,

Justin Beck
760-449-2509

*Document received by the CA Supreme Court.*

8/1/22, 12:37 PM                                                   Gmail - State Bar Discovery / Statutory Request to Chair of State Bar

[Quoted text hidden]

--

[Quoted text hidden]

**5 attachments**

- **CPRA 6_14_22 re Catanzarite.pdf**
  2763K

- **Disseminators of False Statements with Intent to Defraud.pdf**
  30K

- **Ex 30 Report of Catanzarite June 2020.pdf**
  690K

- **Ex 31 11th Circuit No. 21-12766 (Re- Ex. 30).pdf**
  76K

- **Beck Decl Ex. [X] Form ADV for Aegis.pdf**
  1221K

Document received by the CA Supreme Court.