# EXHIBIT 28

Exhibit #28: 001
22-CV-01616-BAS-DDL

**SUPREME COURT FILED**

SEP 27 2022

Jorge Navarrete Clerk

_____
Deputy

S276517

# IN THE SUPREME COURT OF CALIFORNIA

JUSTIN BECK, Petitioner,

v.

RUBEN DURAN, Respondent;

STATE BAR OF CALIFORNIA, Real Party in Interest.

The petition for review filed on September 21, 2022, is hereby stricken as premature.

CANTIL-SAKAUYE
Chief Justice

Exhibit #28-002
22-CV-01616-BAS-DDL