EXHIBIT 37

Exhibit #37: 001
22-CV-01616-BAS-DDL



The State Bar
*of California*

**OPEN SESSION**
**AGENDA ITEM**
**APRIL 2022**
**AUDIT COMMITTEE III.A**

**DATE:**        **April 27, 2022**

**TO:**          **Members, Audit Committee**

**FROM:**        **Aracely Montoya-Chico, Chief Financial Officer**

**SUBJECT:**     **Annual Financial Statement Audit Pursuant to Business and Professions Code Section 6145(a) Including Legal Services Trust Fund Report under Business and Professions Code Section 6222: (1) Presentation by Independent Auditors Macias Gini & O'Connell, (2) Review of Financial Statements; and (3) Authorization for Submission by Staff to the Legislature and Supreme Court**

### EXECUTIVE SUMMARY

Each fiscal year the State Bar contracts with an independent accounting firm to conduct an audit of the State Bar's financial statements. The Audit Committee has responsibility for reviewing the results of the annual financial statement audit, the report of the auditor, and the agency response. Business and Professions Code section 6145(a) requires the statements to be sent by April 30 of each year to the Board of Trustees, the Chief Justice of the Supreme Court, and the Assembly and Senate Committees on Judiciary. Statute requires the audit report to also include information about the receipt of funds in the Legal Services Trust Fund. This agenda item presents the audit reports to the Audit Committee for review.

### BACKGROUND

Business and Professions Code section 6145 requires the State Bar to employ an independent national or regional public accounting firm with at least five years of experience in governmental auditing for an audit of its financial statement for each fiscal year. The financial statement must be certified under oath by the chief financial officer of the State Bar, and a copy of the audit and financial statement submitted within 120 days of the close of the fiscal year to the Board, to the Chief Justice of the Supreme Court, and to the Assembly and Senate Committees on Judiciary.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

Exhibit #37: 002
22-CV-01616-BAS-DDL

Business and Professions Code section 6222 requires the State Bar to include in the annual report of State Bar receipts and expenditures a report of receipts of funds into the Legal Services Trust Fund, along with expenditures for administrative costs and disbursements of the funds.

The State Bar's annual financial audit was conducted by Macias Gini & O'Connell, an independent accounting firm. Macias Gini & O'Connell was appointed the State Bar's external independent auditors in September 2018. David Bullock, Partner with Macias Gini & O'Connell, met with the Audit Committee in January 2022, to discuss the scope and responsibilities of the audit for fiscal year ended December 31, 2021. Macias Gini & O'Connell presented their final draft reports on the following financial statements:

- Annual Audited Financial Statements;
- Legal Services Trust Fund Program Report; and
- Statement of Expenditures of Mandatory Fees.

The auditor's opinion on each of these financial statements is unmodified.

## DISCUSSION

### A.  Annual Audited Financial Statements & Independent Auditor's Report

Business and Professions Code section 6145(a) require the State Bar to undergo an audit of its financial statements by an independent accounting firm each year. The audit is to be completed and submitted to the Board of Trustees, the Chief Justice of the Supreme Court, and to the Assembly and Senate Committees on Judiciary by April 30 each year.

The Business and Professions Code also requires the Annual Audited Financial Statements to be certified under oath by the chief financial officer of the State Bar. This certification has been completed by Aracely Montoya-Chico, Chief Financial Officer.

This report consists of an independent auditor's report, management's discussion and analysis, the basic financial statements, the notes to the basic financial statements, and the required supplementary information.

This report is based on an audit conducted by Macias Gini & O'Connell for the purpose of forming opinions on the financial statements that collectively comprise the State Bar's Financial statements as a whole. In the auditor's opinion, the State Bar's financial statements present fairly, in all material respects, in conformity with accounting principles generally accepted in the United States of America.

### B.  Legal Services Trust Fund Program Report

To ensure the State Bar's compliance with the provisions of Business and Professions Code sections 6210–6222, grant allocations for the Legal Services Trust Fund Program were reviewed for compliance. Under the code provisions, interest earned on certain client trust accounts held

Exhibit #37: 002
22-CV-01616-BAS-DDL

by California attorneys is forwarded regularly to the State Bar. After the payment of administrative costs, the State Bar distributes 85 percent of the funds to qualified legal service projects and 15 percent of the funds to qualified legal support. The report consists of an operating statement of the Legal Services Trust Fund, notes, and grant disbursements scheduled presented on a county-by-county basis.

## C.  Statement of Expenditures of Mandatory Fees

To comply with the constitutional requirements for collection of mandatory fees under Keller v. State Bar of California, 496 U.S. 1 (1990), the State Bar must prepare each year an audited statement of its major categories of expenses showing that no mandatory fees were used for political or ideological activities not "necessarily or reasonably incurred for the purpose of regulating the legal profession or improving the quality of legal services available to the people of the State." The purpose of the Statement of Expenses of Mandatory Fees is to provide an explanation of the mandatory licensing fees that each State Bar licensee must pay under state law in order to practice law in California. It describes and separates expenses of mandatory licensing fees by program into "chargeable" and "nonchargeable" categories.

Because of the deductions for the full expenses of these programs and the State Bar's policy to fund them solely with voluntary revenues received from licensees electing not to take the deductions, the statement does not present any "nonchargeable" activities that are supported by the mandatory portion of the annual licensing fees. The statement is prepared using the State Bar's most recently completed audited financial statement and shows the major categories of expenses with a brief description of each category so that each State Bar licensee may gauge whether the expense is justified under the Keller standard. An independent auditor must verify the Statement of Expenses of Mandatory Licensing Fees. The Statement of Expenses of Mandatory Licensing Fees is then published by posting on the State Bar website and notice is included in the annual licensee billing statement.

## D.  Report to the Audit Committee and the Board of Trustees

The Audit Committee is charged to assist the Board of Trustees in fulfilling its oversight responsibility as related to the integrity of accounting and financial reporting processes, the system of internal controls, and audit processes. Current audit standards require the independent auditors to meet with the Audit Committee as described under the Statement on Auditing Standards (SAS #115 – Communicating Internal Control Related Matters Identified in an Audit). The auditor shall communicate in a report to those charged with governance any material weakness or reportable conditions found during the audit, as defined by the generally accepted auditing standards. In addition, the following matters shall be reported:

- The auditor's responsibility under generally accepted auditing standards;
- Significant accounting policies;
- Management judgments and accounting estimates;
- Significant audit adjustments;
- Disagreements with management;
- Management consultation with other accountants;

- Major issues discussed with management prior to retention; and
- Difficulties encountered in performing the audit.

Attached is the Report to the Audit Committee and Board of Trustees which addresses the items above in more detail.

## FISCAL/PERSONNEL IMPACT

None

## AMENDMENTS TO RULES OF THE STATE BAR OF CALIFORNIA

None

## AMENDMENTS TO BOARD OF TRUSTEES POLICY MANUAL

None

## STRATEGIC PLAN GOALS & OBJECTIVES

Goal: None – compliance

## RECOMMENDATIONS

**Should the Audit Committee concur in the proposed action, passage of the following resolution is recommended:**

> **RESOLVED**, that the Audit Committee receives, reviews, and authorizes staff to file the State Bar's audited financial statements and related auditor's reports for the year ended December 31, 2021, with the Board of Trustees, the State Legislature and the Supreme Court by April 30, 2022

## ATTACHMENTS LIST

**A.** Audited Financial Statements & Independent Auditor's Report

**B.** Annual A Legal Services Trust Fund Program Report

**C.** Statement of Expenditures of Mandatory Fees

**D.** Report to the Audit Committee and the Board of Trustees



# 2021 Financial Statements and Independent Auditor's Report

### Years Ended December 31, 2021 and 2020 and Supplementary Information Year Ended December 31, 2021

**April 29, 2022**

Exhibit #37: 006
22-CV-01616-BAS-DDL

ATTACHMENT A

## Table of Contents

|  | Page |
|---|---|
| **Independent Auditor's Report** | 1 |
| **Management's Discussion and Analysis (Unaudited)** | 3 |
| **Financial Statements for The Years Ended December 31, 2021 and 2020:** | |
| Statements of Net Position | 11 |
| Statements of Revenues, Expenses, and Changes in Net Position | 12 |
| Statements of Cash Flows | 13 |
| Notes to the Financial Statements | 14 |
| **Required Supplementary Information through December 31, 2021:** | |
| Schedule of Changes in Net Pension Liability and Related Ratios (Unaudited) | 43 |
| Schedule of Plan Contributions – Pension (Unaudited) | 44 |
| Schedule of Changes in Net OPEB Liability (Asset) and Related Ratios (Unaudited) | 45 |
| Schedule of Contributions – OPEB Plan (Unaudited) | 46 |
| **Supplementary Information For The Year Ended December 31, 2021:** | |
| Program Funds Schedule of Net Position | 47 |
| Program Funds Schedule of Revenues, Expenses, and Changes in Net Position | 50 |

Exhibit #37: 006
22-CV-01616-BAS-DDL

### Independent Auditor's Report

To the Board of Trustees
The State Bar of California

We have audited the accompanying financial statements of the State Bar of California ("State Bar") as of and for the years ended December 31, 2021 and 2020, and the related notes to the financial statements, which collectively comprise the State Bar's basic financial statements as listed in the table of contents.

***Management's Responsibility for the Financial Statements***

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

***Auditor's Responsibility***

Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the State Bar's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

***Opinion***

In our opinion, the financial statements referred to above present fairly, in all material respects, the net position of the State Bar as of December 31, 2021 and 2020, and the changes in net position and cash flows thereof for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Other Matters*

*Required Supplementary Information*

Accounting principles generally accepted in the United States of America require that the management's discussion and analysis, the schedule of changes in net pension liability and related ratios, the schedule of plan contributions – pension, the schedule of changes in net OPEB liability (asset) and related ratios, and the schedule of contributions – OPEB Plan, identified in the accompanying table of contents, be presented to supplement the basic financial statements. Such information, although not a part of the basic financial statements, is required by the Governmental Accounting Standards Board, who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. We have applied certain limited procedures to the required supplementary information in accordance with auditing standards generally accepted in the United States of America, which consisted of inquiries of management about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

*Other Information*

Our audit was conducted for the purpose of forming opinions on the financial statements that collectively comprise the State Bar's basic financial statements. The program funds schedule of net position and program funds schedule of revenues, expenses, and changes in net position, presented as supplementary information, are presented for purposes of additional analysis and are not a required part of the basic financial statements.

The program funds schedule of net position and program funds schedule of revenues, expenses, and changes in net position, presented as supplementary information, are the responsibility of management and were derived from and relate directly to the underlying accounting and other records used to prepare the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the basic financial statements or to the basic financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the supplementary information is fairly stated in all material respects in relation to the basic financial statements as a whole.

San Francisco, California
April 29, 2022

ATTACHMENT A

**Introduction**

Management's Discussion and Analysis ("MD&A") is presented as a supplement to the financial statements and is based on currently known facts, decisions, and conditions that existed as of the date of the report of independent auditors. This discussion and analysis presents the highlights of financial activities and financial position for the State Bar of California ("State Bar"). The analysis is designed to provide readers with information that the State Bar's management believes to be necessary to obtain an understanding of its financial condition, changes in financial condition, and results of operations. It is intended to help readers see the State Bar through the eyes of management. It is further designed to provide context for the financial statements and information about the State Bar's operations and cash flows. Certain 2021 and 2020 amounts have been reclassified to conform to the 2021 presentation.

**The State Bar of California**

Created by the state legislature in 1927, the State Bar is a public corporation within the judicial branch of government, serving as an arm of the California Supreme Court. In 1960, California voters approved a ballot measure adding the State Bar as an entity in the State Constitution. The State Bar's programs are financed primarily by fees paid by attorneys and applicants to practice law. At the end of 2021, the State Bar had approximately 282,400 licensees, an increase of 2.2% compared to 276,300 licensees in 2020.

Licensing fees for 2021 and 2020 were allocated to the following funds:

|  | 2021 | | 2020 | |
| --- | --- | --- | --- | --- |
|  | Active Fee | Inactive Fee | Active Fee | Inactive Fee |
| General Fund - Attorney Licensing | $     388 | $     90 | $     398 | $     91 |
| General Fund-Discipline Activity | 25 | 25 | 25 | 25 |
| Legal Services Trust Fund | 45 | 45 | 40 | 40 |
| Legislative Activity Fund | 5 | 5 | 5 | 5 |
| Elimination of Bias Fund | 2 | 2 | 2 | 2 |
| Client Security Fund | 40 | 10 | 80 | 20 |
| Lawyers Assistance Program Fund | 10 | 5 | 1 | - |
| Total | $     515 | $     182 | $     551 | $     183 |

The State Bar's fees are set annually by the State Legislature. The assessment level reflected full support for the State Bar's core discipline functions but not other programs and activities. The 2021 statutorily approved annual fee decreased to $388 from $398 in 2020.

**Financial Statement Overview**

The State Bar's financial report consists of MD&A, the financial statements, the notes to the financial statements, and the required and other supplementary information. The financial statements provide information and understanding of the State Bar's Enterprise. The financial statements and related information are organized in this report as follows:

The Statement of Net Position – presents the financial position of the State Bar at the end of the fiscal year. The statement reports all assets, deferred outflows of resources, liabilities, deferred inflows of resources, and the difference as net position. The net position section is displayed in three components: net investment in capital assets; restricted; and unrestricted. Changes in net position over time are an indicator of whether the financial condition of the organization is improving or declining.

The Statement of Revenues, Expenses, and Changes in Net Position – discloses the sources of revenues, the expenses by programs, and the impact on net position for the State Bar.

The Statement of Cash Flows – reflects the sources and uses of cash for the State Bar using the direct method which includes a reconciliation of operating income or loss to net cash provided by or used in operating activities.

Notes to the Financial Statements – provides integral information needed to explain the basis for the financial statement presentation and numbers used with the basic financial statements.

Required Supplementary Information – presents schedule of changes in net pension liability and related ratios, schedule of plan contributions – pension, schedule of changes in net OPEB liability (asset) and related ratios, and schedule of contributions – OPEB Plan.

Other supplementary Information – presents financial information by programs.

**Financial Highlights**

The following is a summary comparison of the State Bar's Statements of Net Position as of December 31, 2021, 2020, and 2019:

|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| Cash, cash equivalents, and investments | $   144,072,179 | $   117,634,753 | $ 147,292,106 |
| Restricted cash, cash equivalents, and investments | 15,169,503 | 2,501,761 | 7,105,000 |
| Other assets | 5,839,090 | 6,765,605 | 19,587,034 |
| Capital assets, net | 102,290,824 | 106,060,821 | 107,594,614 |
| Deferred outflows of resources | 12,163,713 | 14,705,033 | 9,507,406 |
| Total assets and deferred outflows of resources | 279,535,309 | 247,667,973 | 291,086,160 |
| Current liabilities | 66,523,791 | 41,491,016 | 49,479,126 |
| Noncurrent liabilities | 35,054,209 | 21,709,494 | 22,208,269 |
| Net OPEB liability | 7,617,010 | 11,616,834 | - |
| Net pension liability | 21,343,799 | 77,697,797 | 67,154,845 |
| Deferred inflows of resources | 42,930,022 | 2,676,079 | 7,703,641 |
| Total liabilities and deferred inflows of resources | 173,468,831 | 155,191,220 | 146,545,881 |
| Net position |  |  |  |
| Net investments in capital assets | 68,563,251 | 85,958,927 | 85,292,229 |
| Restricted for: |  |  |  |
| Enabling legislation | 66,032,612 | 60,962,604 | 95,756,919 |
| Other restrictions | 15,762,843 | 3,083,970 | 7,551,299 |
| Unrestricted | (44,292,228) | (57,528,748) | (44,060,168) |
| Total net position | $   106,066,478 | $   92,476,753 | $ 144,540,279 |

**Fiscal Year 2021 Compared to Fiscal Year 2020**

*Assets and Deferred Outflows of Resources* – As of December 31, 2021, the State Bar's total assets and deferred outflows of resources were $279.5 million, up by $31.8 million or 12.9% compared to $247.7 million last year. The increase is primarily due to a $38.3 million increase in cash and cash equivalents associated with the unearned fees and grants received in advance and lower operating expenses in 2021. Other changes include an increase of $12.6 million in Restricted cash, cash equivalents and investments; offset by a decrease of $11.9 million in investments, a decrease of $2.5 million in deferred outflows of resources from pension and other postemployment benefits (OPEB) items, a decrease of $0.5 million in accounts and other receivables, a decrease of $0.4 million in other current assets and a decrease of $3.8 million in capital assets.

The State Bar records deferred outflows of resources in its financial statements for consumption of net pension assets that is applicable to future reporting periods. This balance consisted of actuarially determined deferred outflows of resources as it relates to both pension reporting under Governmental Accounting Standards Board (GASB) Statement 68 (GASB 68) and other postemployment benefits reporting under GASB Statement 75 (GASB 75). As of December 31, 2021, the deferred outflows of resources were $12.2 million, decreased by $2.5 million compared to $14.7 million last year. See accompanying notes 8 and 9 to the financial statements for additional information.

*Liabilities and Deferred Inflows of Resources* – The State Bar's total liabilities and deferred inflows of resources consisted of accounts payable to vendors, unearned fees collected in advance, grants payable, loans payable, net OPEB liability, net pension liability, employee vacation and sick leave accruals and deferred inflows of resources from GASB 68 and GASB 75 items. As of December 31, 2021, State Bar's total liabilities and deferred inflows of resources were $173.5 million, increased by $18.3 million or 11.8% compared to $155.2 million last year. The increase is primarily due to a $40.3 million increase in deferred inflows of resources from pension and OPEB items, a $22.0 million increase in unearned fees collected in advance, a $13.6 million increase in loans payables and a $2.8 million increase in accounts payable and other liabilities; partially offset by a $56.4 million decrease in net pension liability and $4.0 million in net OPEB liability.

The State Bar's total pension liability as of December 31, 2021 was $439.9 million and the plan fiduciary net position was $418.6 million resulting in a net pension liability of $21.3 million, or 4.9% of the total pension liability. Compared to the $77.7 million net pension liability in 2020, the 2021 net pension liability decreased by $56.4 million or 72.5%.

Deferred inflows of resources as of December 31, 2021 were $42.9 million, representing an increase of $40.2 million compared to $2.7 million last year. This balance consisted of actuarially determined deferred inflows of resources as it relates to pension under GASB 68 and other postemployment benefits under GASB 75. See accompanying notes 8 and 9 to the financial statements for additional information.

*Net Position* – The State Bar's total net position as of December 31, 2021 is $106.1 million, up by $13.6 million or 14.7% compared to $92.5 million in 2020. The increase represented the excess of revenues over expenses from various programs. The components of net position are:

> *Restricted Net Position* – The part of net position that is subject to internal constraints and external constraints imposed by grantors, law through constitutional provisions, enabling legislation or capital projects increased by $17.8 million or 27.7% from $64.0 million in 2020 to $81.8 million in 2021. The increase is primary due to a $5.1 million increase in enabling legislation and a $12.7 million increase in other restrictions.

Exhibit #37: 012
22-CV-01616-BAS-DDL

*Net Investments in Capital Assets* – The part of net position that consists of capital assets, net of accumulated depreciation, outstanding balances of borrowings that are attributable to the acquisition, construction, and improvement of those assets decreased by $17.4 million or 20.2% from $86.0 million in 2020 to $68.6 million in 2021. The net decrease is primarily due to loan repayments and depreciation of capital assets.

*Unrestricted Net Position* – The part of net position that are used for day-to-day operations without constraints established by debt covenants, enabling legislation, or other legal requirements. As of December 31, 2021, the unrestricted net position was negative $44.3 million, an increase of $13.2 million or 23.0% compared to $57.5 million negative unrestricted net position in 2020. The change is substantially due to the unallocated pension gain and the decrease in OPEB expenses.

**Fiscal Year 2020 Compared to Fiscal Year 2019**

*Assets and Deferred Outflows of Resources* – As of December 31, 2020, the State Bar's total assets and deferred outflows of resources were $247.7 million, down by $43.4 million or 14.9% compared to $291.1 million last year. The decrease is primarily due to a $29.7 million decrease in investments, which resulted from decreases in trust fund revenues and the planned spend down of investments. Other changes include a $1.5 million decrease in the capital assets, a $12.8 million decrease in other assets due to benefit changes which led to a change in OPEB to a liability balance in 2020 compared to an asset balance in 2019; offset by $5.2 million increase in deferred outflows of resources from pension and other postemployment benefits items.

The State Bar records deferred outflows of resources in its financial statements for consumption of net pension assets that is applicable to future reporting periods. This balance consisted of actuarially determined deferred outflows of resources as it relates to both pension reporting under Governmental Accounting Standards Board (GASB) Statement 68 (GASB 68) and other postemployment benefits reporting under GASB Statement 75 (GASB 75). As of December 31, 2020, the deferred outflows of resources were $14.7 million, increased by $5.2 million compared to $9.5 million last year. See accompanying notes 8 and 9 to the financial statements for additional information.

*Liabilities and Deferred Inflows of Resources* – The State Bar's total liabilities and deferred inflows of resources consisted of accounts payable to vendors, unearned fees collected in advance, grants payable, loans payable, net OPEB liability, net pension liability, employee vacation and sick leave accruals and deferred inflows of resources from GASB 68 and GASB 75 items. As of December 31, 2020, State Bar's total liabilities and deferred inflows of resources were $155.2 million, increased by $8.7 million or 5.9% compared to $146.5 million last year. The increase is due primarily to a $11.6 million increase in net OPEB liability and a $10.5 million increase in net pension liability; partially offset by a $5.0 million decrease in deferred inflows of resources from GASB 68 and GASB 75 items. In current liabilities, the change of $7.9 million is primarily due to a $5.9 million decrease in unearned fees collected in advance and a $1.4 million decrease in account payable and other liabilities.

The State Bar's total pension liability as of December 31, 2020 was $424.8 million and the plan fiduciary net position was $347.1 million resulting in a net pension liability of $77.7 million, or 18.3% of the total pension liability. Compared to the $67.2 million net pension liability in 2019, the 2020 net pension liability increased by $10.5 million or 15.7%.

Deferred inflows of resources as of December 31, 2020 are $2.7 million, representing a decrease of $5.0 million compared to $7.7 million last year. This balance consisted of actuarially determined deferred

Exhibit #37: 012
22-CV-01616-BAS-DDL

inflows of resources as it relates to pension under GASB 68 and other postemployment benefits under GASB 75. See accompanying notes 8 and 9 to the financial statements for additional information.

*Net Position* – The State Bar's total net position as of December 31, 2020 is $92.5 million, down by $52.0 million or 36.0% compared to $144.5 million in 2019. The decrease represents the excess of expenses over revenues from various programs. The components of net position are:

> *Restricted Net Position* – The part of net position that is subject to internal constraints and external constraints imposed by grantors, or law through constitutional provisions or enabling legislation decreased by $39.3 million or 38.0% from $103.3 million in 2019 to $64.0 million in 2020. The decrease is due largely to a $34.8 million decrease in enabling legislation and a $4.5 million decrease in other restrictions.

> *Net Investments in Capital Assets* – The part of net position that consists of capital assets, net of accumulated depreciation, outstanding balances of borrowings that are attributable to the acquisition, construction, and improvement of those assets increased by $0.7 million or 0.8% from $85.3 million in 2019 to $86.0 million in 2020. The net increase is primarily due to capitalization of new software and tenant and leasehold improvements, and loan repayments and partially offset by normal depreciation of capital assets.

> *Unrestricted Net Position* – The part of net position that are used for day-to-day operations without constraints established by debt covenants, enabling legislation, or other legal requirements. As of December 31, 2020, the unrestricted net position was negative $57.5 million, a decrease of $13.5 million or 30.6% compared to $44.1 million negative unrestricted net position in 2019. The change is substantially due to the fiscal impact of the benefit change for OPEB of $23.8 million.

**Statements of Revenues and Expenses**

Following is a summary comparison of the State Bar's statements of revenues and expenses for the years ended December 31, 2021, 2020, and 2019:

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| OPERATING REVENUES | | | |
| Program revenues | $    184,414,210 | $    181,058,075 | $    197,994,963 |
| Other revenue | 1,494,224 | 2,927,488 | 5,200,331 |
| Unallocated Pension gain | 15,379,467 | - | - |
| Total operating revenues | 201,287,901 | 183,985,563 | 203,195,294 |
| OPERATING EXPENSES | | | |
| Program expenses | 177,610,508 | 217,230,472 | 187,165,226 |
| Unallocated Pension expense | - | 3,338,775 | 8,956,392 |
| General and administration | 12,530,864 | 21,452,203 | 3,175,817 |
| Total operating expenses | 190,141,372 | 242,021,450 | 199,297,435 |
| OPERATING INCOME (LOSS) | 11,146,529 | (58,035,887) | 3,897,859 |
| NONOPERATING REVENUES | 2,443,196 | 5,972,361 | 6,891,043 |
| CHANGE IN NET POSITION | 13,589,725 | (52,063,526) | 10,788,902 |
| NET POSITION—beginning of year | 92,476,753 | 144,540,279 | 133,751,377 |
| NET POSITION—end of year | $    106,066,478 | $    92,476,753 | $    144,540,279 |

**Fiscal Year 2021 Compared to Fiscal Year 2020**

*Operating and NonOperating Revenues* – For the year ended December 31, 2021, the State Bar's total operating and non-operating revenues were $203.7 million, up by $13.7 million or 7.3% compared to $190.0 million in 2020. The increase is due largely to a $13.9 million increase in grant revenue; a $15.4 million unallocated pension gain, offset by a $6.3 million decrease in licensing fees due to the temporary fee increase in 2020; $3.8 million decrease in trust account revenue because of falling rates; a 2.9 million decrease in exam application fees due to a drop in applicants; and a $2.6 million decrease in investment income because of falling rates and investment fair value adjustments.

*Operating Expenses* – For fiscal year 2021, the State Bar's total operating expenses were $190.1 million, a decrease of $51.9 million or 21.4% from $242.0 million last year. The decrease is due largely to an $8.9 million decrease in general and administration expense due to the State Bar amending the Retiree Health Benefits Plan for non-executive staff to provide parity and equitable benefits for rank and file employees effective January 1, 2020 (see note 9); a decrease of $3.3 million in unallocated pension expense; a $39.7 million decrease in program expenses attributed to a $30.9 million decrease in grants expense; a $1.9 million decrease in Chief Trial Counsel; and a $7.4 million decrease in Client Security Fund (the "CSF") due to a reduction in payouts in 2021; offset by a total of $0.5 million net increase in other program expenses.

| Operating Expenses by Natural Classification | 2021 | 2020 | Increase (Decrese) |
|---|---|---|---|
| Personnel cost | $ 83,504,579 | $ 101,961,973 | $ (18,457,394) |
| Grant expense | 61,133,150 | 91,412,469 | (30,279,319) |
| Employer pension contribution | 11,554,237 | 9,537,101 | 2,017,136 |
| Unallocated Pension Expense | - | 3,338,775 | (3,338,775) |
| Supplies | 479,933 | 774,915 | (294,982) |
| Professional Services | 7,685,151 | 5,872,112 | 1,813,039 |
| Examination | 3,812,807 | 5,856,101 | (2,043,294) |
| CSF Disbursement | 5,626,406 | 11,746,722 | (6,120,316) |
| Training & travel | 237,439 | 596,362 | (358,923) |
| Building operations | 5,532,153 | 4,905,731 | 626,422 |
| Outside Services | 2,213,207 | 1,997,571 | 215,636 |
| Other | 8,362,310 | 4,021,618 | 4,340,692 |
| Total expenses by natural classification | $ 190,141,372 | $ 242,021,450 | $ (51,880,078) |

**Fiscal Year 2020 Compared to Fiscal Year 2019**

*Operating and NonOperating Revenues* – For the year ended December 31, 2020, the State Bar's total operating and non-operating revenues were $190.0 million, down by $20.1 million or 9.6% compared to $210.1 million in 2019. The decrease is due largely to a $20.2 million decrease in trust account revenue because of falling rates; a $19.1 million decrease in grant revenue; and a $2.3 million decrease in other revenue; offset by a $23.6 million increase in licensee fees.

*Operating Expenses* – For fiscal year 2020, the State Bar's total operating expenses were $242.0 million, an increase of $42.7 million or 21.4% from $199.3 million last year. The increase is due largely to an $18.2 million increase in general and administration expense due to the State Bar amending the Retiree Health Benefits Plan for non-executive staff to provide parity and equitable benefits for rank and file employees effective January 1, 2020 (see note 9); a decrease of $5.6 million in unallocated pension expense; a $30.0 million increase in program expenses attributed to a $19.7 million increase in grants expense; a $7.7 million increase in Chief Trial Counsel; and a $5.2 million increase in Client Security Fund (the "CSF") due to an increase in payouts in 2020; offset by a $2.2 million decrease in admissions.

**Economic Factors Facing the State Bar**

On September 30, 2020, the Governor signed Assembly Bill 3362, the 2021 licensing fee legislation. The bill recognizes the importance of the State Bar's mission of public protection, furthering access to legal services, and increasing diversity and inclusion in the legal profession. For 2021, the licensing fee decreased from 2020. There was a 1 percent decrease in the General Fund fee that supports the discipline system and a 50 percent decrease in Client Security Fee, which is used to pay restitution to victims of attorney theft or other losses due to attorney misconduct. The State Bar also received additional funding to support technology investments and capital maintenance.

On January 22, 2021, the Board of Trustees approved the 2021 Budget. The budget reflects the impact of transformative changes to the State Bar and significant progress towards major goals of the Strategic Plan. The 2021 Final Budget has total revenue of $206.9 million with expenses of $194.7 million. The surplus budget did not require any use of reserves, as in prior year, for planned spend downs in the Bank Settlement Fund, Equal Access Fund, Legal Services Trust Fund, and Lawyers Assistance Program. The 2021 General

Fund budget projects $91.1 million in revenue with total expenses and indirect charges of $92.3 million. General Fund expenses will exceed revenues by approximately $1.0 million, bringing operating reserves to $17.4 million.

In March 2020 the World Health Organization declared coronavirus COVID-19 a global pandemic. This contagious disease outbreak, which continued to spread, and any related adverse public health developments, has adversely affected organizations and its workforces, as well as the economy and financial markets globally, potentially leading to an economic downturn. It has also disrupted the normal operations of many governmental organizations, including ours. This outbreak impacted revenues and operations. For the current reporting period, we anticipate both short-term and long-term impacts depending on the duration of the pandemic and the impacts on the economy. The short-term financial impacts will include: 1) reductions of interest earnings for 2021, 2) delay's in some rental income with approximately $120,000 in rent past due of 60 days or more as of December 2021, 3) reduction or delay in admission fees from the June/July bar exams if exams are postponed or delayed, and 4) reduction in trust fund revenue based on the reduction of the federal funds rate to 0% from .25% as of December 31 2021, respectively. Depending on the recovery of the economy, long-term impacts could also include: 1) pension and other post-employment benefits costs increasing based on reduced investment returns, and 2) potential reduction in both mandatory and voluntary license fees based on employment of attorney's licensed in California.

Effective January 1, 2020, the State Bar amended the Retiree Health Benefits Plan for non-executive staff to provide parity and equitable benefits for rank and file employees. Funding for retiree health benefits was included in the approved fee bill for 2020. Prior to the amendment, the State Bar's Plan was 157% funded and had a $10.2 million Net OPEB Asset as of June 30, 2019, which helps support the change in retiree health benefits for rank and file employees. With the change, the net OPEB liability was increased to $11.6 million as of January 1, 2020, which is an increase of $21.8 million. The annual actuarially determined contribution is $3.6 million and will be primarily funded by a $17 increase in the active license fee annually.

ATTACHMENT A

| | | 2021 | | 2020 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 123,458,148 | $ | 85,128,603 |
| Investments | | 20,614,031 | | 32,506,150 |
| Accounts and other receivables, net | | | | |
| of allowance for uncollectible accounts of | | | | |
| $1,867,889 in 2021 and 2020 | | 3,224,497 | | 3,764,139 |
| Other current assets | | 2,614,593 | | 3,001,466 |
| Total current assets | | 149,911,269 | | 124,400,358 |
| | | | | |
| Noncurrent assets | | | | |
| Restricted cash | | 3,172,743 | | 2,501,761 |
| Restricted Investments | | 11,996,760 | | - |
| Capital assets | | | | |
| Nondepreciable | | 19,778,580 | | 19,537,615 |
| Depreciable, net | | 82,512,244 | | 86,523,206 |
| Total noncurrent assets | | 117,460,327 | | 108,562,582 |
| Total assets | | 267,371,596 | | 232,962,940 |
| | | | | |
| **DEFERRED OUTFLOWS OF RESOURCES** | | | | |
| Pension items | | 7,881,618 | | 10,324,431 |
| Other postemployment benefits items | | 4,282,095 | | 4,380,602 |
| Total deferred outflows of resources | | 12,163,713 | | 14,705,033 |
| Total assets and deferred outflows of resources | | 279,535,309 | | 247,667,973 |
| | | | | |
| **LIABILITIES** | | | | |
| Current liabilities | | | | |
| Accounts payable and other liabilities | | 12,831,991 | | 10,553,616 |
| Unearned fees collected in advance | | 50,973,216 | | 28,978,619 |
| Loans payable | | 2,718,584 | | 1,958,781 |
| Total current liabilities | | 66,523,791 | | 41,491,016 |
| | | | | |
| Noncurrent liabilities | | | | |
| Loans payable | | 31,008,989 | | 18,143,113 |
| Compensated absences | | 4,045,220 | | 3,566,381 |
| Net OPEB liability | | 7,617,010 | | 11,616,834 |
| Net pension liability | | 21,343,799 | | 77,697,797 |
| Total noncurrent liabilities | | 64,015,018 | | 111,024,125 |
| Total liabilities | | 130,538,809 | | 152,515,141 |
| | | | | |
| **DEFERRED INFLOWS OF RESOURCES** | | | | |
| Pension items | | 40,217,597 | | 1,685,878 |
| Other postemployment benefits items | | 2,712,425 | | 990,201 |
| Total deferred inflows of resources | | 42,930,022 | | 2,676,079 |
| Total liabilities and deferred inflows of resources | | 173,468,831 | | 155,191,220 |
| | | | | |
| **NET POSITION** | | | | |
| Net investments in capital assets | | 68,563,251 | | 85,958,927 |
| Restricted for: | | | | |
| Enabling legislation | | 66,032,612 | | 60,962,604 |
| Other restrictions | | 15,762,843 | | 3,083,970 |
| Unrestricted | | (44,292,228) | | (57,528,748) |
| | | | | |
| Total net position | | 106,066,478 | $ | 92,476,753 |

ATTACHMENT A

|  | 2021 | 2020 |
|---|---|---|
| **OPERATING REVENUES** | | |
| Licensee fees and donations | $ 104,070,688 | $ 110,370,126 |
| Examination application fees | 17,262,838 | 20,135,282 |
| Trust account revenue | 22,526,029 | 26,276,804 |
| Seminar/workshop revenue | 3,375 | 3,320 |
| Legal specialization fees | 2,264,062 | 2,163,811 |
| Law corporation registration fees | 1,808,170 | 1,843,213 |
| Continuing legal education fees | 681,344 | 736,993 |
| Grant revenue | 30,315,704 | 16,390,081 |
| EAF AB145 filing fee revenue | 5,482,000 | 3,138,445 |
| Other revenue | 1,494,224 | 2,927,488 |
| Unallocated Pension gain | 15,379,467 | - |
| Total operating revenues | 201,287,901 | 183,985,563 |
| | | |
| **OPERATING EXPENSES** | | |
| Chief Trial Counsel | 59,124,212 | 60,998,440 |
| State Bar Court | 13,739,100 | 13,670,988 |
| Attorney Regulation and Consumer Resources | 5,968,145 | 5,411,806 |
| Professional Competence | 3,292,881 | 2,707,582 |
| Probation | 1,762,906 | 1,968,949 |
| Mandatory Fee Arbitration | 44,409 | 12,317 |
| Judicial Evaluation | 250,065 | 380,425 |
| Center on Access to Justice | 1,020,819 | 856,445 |
| Communications | 976,725 | 997,826 |
| Governance | 3,437,857 | 3,608,942 |
| Lawyer Assistance Program | 2,286,347 | 2,199,397 |
| Client Security Fund | 6,407,813 | 13,827,903 |
| Admissions | 18,782,655 | 19,176,983 |
| Grants | 60,516,574 | 91,412,469 |
| Unallocated Pension expense | - | 3,338,775 |
| General and administration | 12,530,864 | 21,452,203 |
| Total operating expenses | 190,141,372 | 242,021,450 |
| | | |
| **OPERATING INCOME (LOSS)** | 11,146,529 | (58,035,887) |
| | | |
| **NONOPERATING REVENUES AND EXPENSES** | | |
| Investment (loss) income | (7,648) | 2,591,296 |
| Rental income | 3,133,009 | 4,220,797 |
| Interest expense on loan | (682,165) | (839,732) |
| Total nonoperating revenues and expenses | 2,443,196 | 5,972,361 |
| | | |
| **CHANGE IN NET POSITION** | 13,589,725 | (52,063,526) |
| NET POSITION—beginning of year | 92,476,753 | 144,540,279 |
| | | |
| NET POSITION—end of year | $ 106,066,478 | $ 92,476,753 |

ATTACHMENT A

| | 2021 | 2020 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Receipts from members, applicants, grants, and other professionals | $ 208,442,674 | $ 180,778,055 |
| Payments to suppliers and service providers | (111,087,754) | (145,974,210) |
| Payments to employees | (71,407,028) | (69,598,975) |
| Net cash provided by operating activities | 25,947,892 | (34,795,130) |
| | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Proceeds from maturity and sale of investments | 111,343,536 | 53,802,091 |
| Purchases of investments | (111,965,296) | (19,865,705) |
| Interest received from investments | 509,471 | 2,373,730 |
| Cash received from rental incomes | 3,133,009 | 4,220,797 |
| Net cash (used in) provided by investing activities | 3,020,720 | 40,530,913 |
| | | |
| **CASH FLOWS FROM CAPITAL AND RELATED FINANCING ACTIVITIES** | | |
| Purchase of capital assets | (2,911,599) | (3,237,332) |
| Payment of obligations under loan agreement | (1,693,321) | (2,200,491) |
| Proceeds from loan agreement | 15,319,000 | - |
| Interest paid on debt | (682,165) | (839,732) |
| Net cash used in capital and related financing activities | 10,031,915 | (6,277,555) |
| | | |
| **CHANGE IN CASH AND CASH EQUIVALENTS** | 39,000,527 | (541,772) |
| | | |
| CASH AND CASH EQUIVALENTS—Beginning of year | 87,630,364 | 88,172,136 |
| CASH AND CASH EQUIVALENTS—End of year | $ 126,630,891 | $ 87,630,364 |
| | | |
| **RECONCILIATION OF OPERATING INCOME (LOSS) TO NET CASH PROVIDED BY OPERATING ACTIVITIES** | | |
| Operating Income (loss) | $ 11,146,529 | $ (58,035,887) |
| Adjustments to reconcile operating income (loss) to net cash provided by operating activities: | | |
| Depreciation and amortization | 6,681,596 | 4,771,125 |
| Changes in assets and liabilities: | | |
| Net pension liability | (56,353,998) | 10,542,952 |
| Deferred outflows and inflows of resources related to pension items | 40,974,532 | (7,204,178) |
| Net OPEB liability | (3,999,824) | 21,832,627 |
| Deferred outflows and inflows of resources related to OPEB items | 1,820,731 | (3,021,011) |
| Accounts and other receivables | 539,642 | 2,732,172 |
| Other current assets | 386,873 | (126,536) |
| Accounts payable and other liabilities | 2,757,214 | (346,714) |
| Unearned fees collected in advance | 21,994,597 | (5,939,680) |
| Net cash provided by operating activities | $ 25,947,892 | $ (34,795,130) |
| | | |
| **RECONCILIATION OF CASH AND CASH EQUIVALENTS TO THE STATEMENTS OF NET POSITION** | | |
| Cash and cash equivalents | 123,458,148 | 85,128,603 |
| Restricted cash | 3,172,743 | 2,501,761 |
| Total cash and cash equivalents | $ 126,630,891 | $ 87,630,364 |

Exhibit #37: 020
22-CV-01616-BAS-DDL

ATTACHMENT A

## 1. DESCRIPTION OF ENTITY

The State Bar of California ("State Bar") is a public corporation established by the California Legislature on July 29, 1927. In 1960, a constitutional amendment was approved, which added the State Bar as a constitutional agency in the judicial branch of government. Licensing by the State Bar is required in order to practice law in the State of California ("State"). The State Bar's activities relate primarily to admission, discipline, and regulation of attorneys, and to other programs that enhance lawyer ethics and competence or improve the quality of legal service and the justice system. The State Bar has engaged in such functions as administering the bar examination, formulating rules of professional conduct, disciplining licensees for misconduct, administering mandated continuing legal education requirements, administering other regulatory provisions affecting the profession or the practice of law, studying and recommending changes in legislation, cooperating with the Judicial Council, and providing various licensee services.

The State Bar is governed by a 13-member Board of Trustees. Five attorneys are appointed by the California Supreme Court and serve four-year terms. Two attorneys are appointed by the Legislature, one by the Senate Committee on Rules and one by the Speaker of the Assembly. Six "public" or nonattorney members also serve. Four appointed by the Governor, and one by the Senate Committee on Rules and one by the Speaker of the Assembly. The Board is charged with the executive functions of the State Bar. Among other things it has the responsibility for fiscal policy, exercising contractual powers and administering the affairs of the State Bar through its chosen Executive Director.

## 2. BASIS OF PRESENTATION

The financial statements, providing information of the State Bar, have been prepared in accordance with accounting principles generally accepted in the United States of America as prescribed by the Governmental Accounting Standards Board ("GASB"). The State Bar reports its financial activities as one consolidated enterprise fund. Revenues are recorded when earned and expenses are recorded when liabilities are incurred, regardless of the timing of the related cash flows.

The accounts of the State Bar are organized on the basis of funds, each of which is considered a separate accounting entity with its own self-balancing set of accounts that comprise its assets, deferred outflows of resources, liabilities, deferred inflows of resources, fund net position, revenues and expenditures or expenses. The State Bar's funds are established for the purpose of carrying out specific activities or certain objectives in accordance with specific regulations, restrictions or limitations. Revenues and expenses are tracked by funding source in 14 sub-funds, as described below:

***General Fund*** – The General Fund accounts for resources that are generally available for State Bar purposes, subject to budget priorities set by the Board.

***S.F. Tenant Improvement Fund*** – The Tenant Improvement Fund was established to support the tenant improvement work at the State Bar's 180 Howard Street location. The State Bar secured a $10 million dollar loan in 2016 to provide funding for tenant improvements.

***Admissions Fund*** – The Admissions Fund accounts for fees and expenses related to administering the bar examination and other requirements for the admission to the practice of law in the State of California.

Exhibit #37: 020
22-CV-01616-BAS-DDL

2. **BASIS OF PRESENTATION (Continued)**

*Grants Fund* – The Grants Fund is used to account for the various grants received and special projects undertaken by the State Bar.

*Client Security Fund* – The Client Security Fund maintains funds from which licensees' clients can be reimbursed for pecuniary losses resulting from dishonest conduct on the part of their attorneys. Such reimbursement is discretionary and, currently, is not to exceed $100,000 per application for reimbursement on any one transaction, as prescribed by the Board of Trustees. Obligations are accrued in the statement of net position based on final approved applications by the Client Security Fund Commission. For 2021 bill year, this fund is replenished through annual assessments of $40 per active member and $10 per inactive member.

*Elimination of Bias Fund* – The Elimination of Bias Fund (formerly Elimination of Bias and Bar Relations) supports certain programs similar to those once undertaken by Access & Inclusion, Program Development, and Bar Relations Offices. In the 2021 and 2020 bill years, the deduction for the remaining Elimination of Bias program remained at $2 by the Board of Trustees.

*Equal Access Fund* – Since 1999, the California Budget Act has included funds to provide free legal services in civil matters for indigent Californians. The funds are in the budget of the State Judicial Council for grants to be administered by the State Bar's Legal Services Trust Fund Commission through the Equal Access fund. The Administrative Office of the Courts contracts with the State Bar for the administration of these funds, which currently consist of grants to approximately 100 nonprofit legal aid organizations, and reimburses the State Bar for its administrative expenses.

In 2005, the Uniform Civil Fees and Standard Fee Schedule Act (AB 145) was approved by the Legislature and the Governor. The Act established a new distribution of $4.80 per filing to the Equal Access Fund. These revenues were collected by the trial courts starting in January 2006 to fund grants to nonprofit legal aid organizations for the grant year.

*Information Technology Special Assessment Fund* – The Information Technology Special Assessment Fund is used to upgrade the information technology system, including purchasing and maintenance costs of both computer hardware and software. This fund is supported by a special assessment fee from active licensees.

*Justice Gap Fund* – The Justice Gap Fund is used to help close the justice gap for needy Californians by voluntary donations to legal aid, pursuant to AB 2301. Licensees may contribute more or less than the recommended donation or elect to make no donation.

*Lawyers Assistance Program Fund* – The Lawyers Assistance Program Fund was established for the protection of the public, the courts and the legal profession by providing education, remedial, and rehabilitative programs to those licensees of the State Bar who are in need of assistance as a result of disability related to substance abuse or mental illness. This fund is replenished through annual assessments of $10 per active licensee and $5 per inactive licensee. There was a fee holiday to spend down reserves.

2.  **BASIS OF PRESENTATION (Continued)**

*Legislative Activities Fund* – The Legislative Activities Fund accounts for the consideration of measures that are deemed outside the parameters established in Keller vs. the State Bar, the purview determination and any litigation in support or defense of that lobbying. Such activities are funded by licensees electing to support these activities.

*Legal Services Trust Fund* – The Legal Services Trust Fund is used to expand the availability and improve the quality of existing free legal services in civil matters to indigent persons and to initiate new programs that would provide such services. Under this program, interest earned on certain client trust accounts held by California attorneys is legally required to be forwarded to the State Bar and, after deduction of the State Bar's administrative costs, the remainder is to be distributed as grants.  In addition, the Trust Fund is supplemented by an increase in the annual fee mandated by Section 6140.03 of the Business and Professions Code. Section 6140.3 allocated $45 of the licensee fee to the Trust Fund. Under the legislation, licensees may elect to reduce their fees by this amount if they choose not to support the activities authorized under this bill.

*Legal Specialization Fund* – The Legal Specialization Fund accounts for the certification of legal specialists in areas of family law; criminal law, taxation law, immigration and nationality law, workers' compensation law, personal and small business bankruptcy law, estate planning, trust and probate law, and appellate law. Resources are provided by application fees, certification fees, recertification fees and annual licensing fees.

*Bank Settlement Fund* – In March 2016, the State Bar's Legal Services Trust Fund (LSTF) Program received a $44.8 million bank settlement grant award as a result of a settlement between the U.S. Department of Justice and Bank of America. A separate program fund is established to track future grant distribution activities.

3.  **SIGNIFICANT ACCOUNTING POLICIES**

The accounting policies of the State Bar conform to accounting principles generally accepted in the United States of America as applicable to government units. The following is a summary of the significant accounting policies:

*Cash and Cash Equivalents* – Cash and cash equivalents includes all cash and liquid investments with initial maturity of three months or less at the date of purchase. Cash equivalents consisted of demand deposit accounts, money market accounts, and deposits in the California Local Agency Investment Fund (LAIF).

*Grant Revenues and Donations* – The Legal Services Trust Fund Program administers three funds: Interest on Lawyers' Trust Accounts, the state Equal Access Fund ("EAF") and the Justice Gap Fund. These funds are granted to nonprofit organizations that provide free civil legal services to low-income Californians. The Legal Services Trust Fund receives interest on attorney-client trust accounts. Revenue is recognized as income when earned, and grant expense is recognized in the period in which the Legal Services Trust Fund Commission awards the grants. EAF receives grants from the State Judicial Council. Grant revenue and corresponding expense are recognized as income and expense in the year to which the grants apply, based on the grant contracts. The Justice Gap Fund receives contributions from licensees. Revenue is recognized as income when received.

3. **SIGNIFICANT ACCOUNTING POLICIES (Continued)**

*Investments* – The State of California's statutes and the State Bar's investment policy authorize the State Bar to invest its cash surplus in U.S. Treasury obligations, obligations of U.S. agencies, bankers' acceptances, collateralized bank deposits, negotiable certificates of deposit, commercial paper, repurchase agreements secured by U.S. Treasury or agency obligations, reverse repurchase agreements, corporate bonds, medium term notes, and mortgage-backed securities. Investment transactions are recorded on the trade date, and all investments are reported at estimated fair value. The fair value represents the amount the State Bar could reasonably expect to receive for an investment in a current sale between a willing buyer and seller. The fair value of investments is obtained by using quotations from independent published sources.

*Restricted Cash, cash equivalents and investments* – The State Bar's loan proceeds from the loan agreement with Sterling Bank are to be used for specified capital projects. The proceeds, which are currently invested in cash equivalents and investments, have been classified as restricted cash and restricted investments.

*Capital Assets* – Capital assets are stated at cost, net of accumulated depreciation, determined using the straight-line method over the estimated useful lives of forty years for buildings, ten years for furniture and fixtures, and four to seven years for equipment and software. Leasehold improvements and equipment acquired under capital leases are amortized over the shorter of the term of the lease or its useful life. The State Bar's policy is to capitalize acquisitions of capital assets with a useful life greater than one year and a cost of $5,000 or more.

*Unearned Fees Collected in Advance* – Unearned fees collected in advance are recognized as income when earned. Accordingly, fees are recorded as revenue in the year to which the fees apply. Fees received but not yet earned are recorded as unearned fees collected in advance in the accompanying statements of net position.

*Operating Revenues and Expenses* – Operating revenues and expenses consist primarily of income earned or expenses incurred related to admission, discipline and regulation of attorneys, and other programs that enhance lawyer ethics and competence or improve the quality of legal services and the justice system. All other amounts are considered nonoperating. Expenses incurred for purposes for which restricted and unrestricted assets are available are first satisfied with restricted assets, to the extent available.

The State Bar allocates indirect costs to its various programs and projects. The indirect costs are comprised of both operating and capital costs. The reimbursement of indirect costs could cause a negative expense at the program level in the circumstance that the capital component of the indirect cost reimbursement exceeds the operating costs incurred by the fund acquiring the capital additions.

*Nonoperating Revenues and Expenses* – Nonoperating revenues and expenses consist of investment income, realized and unrealized gains or losses on investments, rental income, and interest expense on loan.

*Accounts and Other Receivables* – Accounts and other receivables consist of rental income receivable and State Bar Journal display advertising income receivable. Revenue is recognized as income when earned in the period to which the revenue applies.

## 3.  SIGNIFICANT ACCOUNTING POLICIES (Continued)

*Compensated Absences* – Compensated absences reports earned but unused vacation and sick leave benefits. State Bar employees have a vested interest in accrued compensated absences.

*Deferred Outflows/Inflows of Resources* – In addition to assets, the statement of financial position will sometimes report a separate section for deferred outflows of resources. This separate financial statement element represents a consumption of net position that applies to a future period(s) and so will not be recognized as an outflow of resources (expense) until then.

In addition to liabilities, the statement of financial position will sometimes report a separate section for deferred inflows of resources. This separate financial statement element represents an acquisition of net position that applies to a future period(s) and so will not be recognized as an inflow of resources (revenue) until that time.

*Pension and Other Postemployment Benefits (OPEB)* – For purposes of measuring the net pension liability and net OPEB liability (asset), deferred outflows/inflows of resources related to pension and OPEB, and pension and OPEB expenses, information about the fiduciary net position of the State Bar's pension and OPEB plans and additions to/deductions from the plans' fiduciary net positions have been determined on the same basis as they are reported by the California Public Employees' Retirement System (CalPERS) and the California Employer's Retiree Benefit Trust Fund Program (CERBT), respectively. For this purpose, benefit payments (including refunds of employee contributions) are recognized when due and payable in accordance with the benefit terms. CalPERS plan member contributions are recognized in the period in which the contributions are due. Investments are reported at fair value.

*Client Security Fund ("CSF") Application* – CSF application liabilities are determined in accordance with Business and Professions Code section 6140.5. This section authorizes the State Bar to establish the CSF to "relieve or mitigate pecuniary losses caused by the dishonest conduct of those active licensees of the bar." Payment from CSF is completely discretionary. The State Bar is free to prescribe applicable regulations and conditions for payments and no applicant to the program has any right to payment. In 2012, the State Bar conducted a legal analysis of CSF and the governing rules of the program and determined that when a CSF application is finally approved by the Committee, it will be recognized as an outstanding obligation in the State Bar's financial statement. There are 1,327 applications pending for processing as of December 31, 2021, in the amount of $43.3 million, and for December 31, 2020, there were 1,610 pending applications in the amount of $35.7 million. As of December 31, 2021 and 2020, estimated application payout amounts were $5.7 million and $11.7 million, respectively, based on a rolling average of 24 months' historical applications payout ratio of 36.2% in 2021 and 40.8% in 2020. Cash and investments available for application reimbursement in the CSF were approximately $5.9 million and $2.5 million as of December 31, 2021 and 2020, respectively.

Exhibit #37: 025
22-CV-01616-BAS-DDL

### 3.  SIGNIFICANT ACCOUNTING POLICIES (Continued)

*Restricted Net Position* – Restricted net position reflects the net position that is subject to constraints either (1) externally imposed by creditors, grantors, contributors, trust agreements, or laws or regulations of other governments, or (2) imposed by law through constitutional provisions or enabling legislation. A legally enforceable enabling legislation restriction is one that a party external to a government – such as citizens, public interest groups, or the judiciary – can compel a government to honor. Restricted net position was $81.8 million as of December 31, 2021, of which $ 66.0 million was restricted by enabling legislation; and $64.0 million as of December 31, 2020, of which $61.0 million was restricted by enabling legislation.

*Net Investments in Capital Assets* – Net investments in capital assets consists of capital assets, including restricted capital assets, net of accumulated depreciation and reduced by the outstanding balances of borrowings that are attributable to the acquisition, construction, or improvement of those assets.

*Unrestricted Net Position* – Unrestricted net position includes all resources for which management or the Board of Trustees holds discretion over their use in advancement of the State Bar's objectives. Unrestricted Net Position was negative $44.3 million as of December 31, 2021, and negative $57.5 million as of December 31, 2020.

*Reserve Policy* – The State Bar's Reserve Policy requires it to maintain a working capital (current assets less current liabilities) balance that equates to two months or a level of 17 percent of operating expenses for all non-grant funds. Funds subject to the policy are the General Fund, Legislative Activities Fund, Elimination of Bias Fund, Lawyer Assistance Program Fund, Legal Specialization Fund, Client Security Fund, and Admissions Fund. Whenever reserve levels surpass 30 percent, for a consecutive six-month period, a reserve spend-down plan shall occur in accordance with the principles stated in the Reserve Policy. For purposes of the Minimum Reserve Target, operating expenses of the Client Security Fund shall exclude application payouts.

*Use of Estimates* – The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions. These estimates and assumptions affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Effects of New Pronouncements* - During the year ended December 31, 2021, the State Bar implemented the following GASB Statement:

*GASB Statement No. 87* – In June 2017, GASB issued Statement No. 87 – *Leases*. This Statement requires recognition of certain lease assets and liabilities for leases that previously were classified as operating leases and recognized as inflows of resources or outflows of resources based on the payment provisions of the contract. It establishes a single model for lease accounting based on the foundational principle that leases are financings of the right to use an underlying asset. GASB 87 is effective for the State Bar's year ending December 31, 2022.

## 3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

*GASB Statement No. 89* – In June 2018, GASB issued Statement No. 89, *Accounting for Interest Costs Incurred Before the End of a Construction Period*. This statement establishes accounting requirements for interest cost incurred before the end of a construction period. The objectives of this Statement are (1) to enhance the relevance and comparability of information about capital assets and the cost of borrowing for a reporting period and (2) to simplify accounting for interest cost incurred before the end of a construction period. This Statement requires that interest cost incurred before the end of a construction period be recognized as an expenditure/expense in the period in which the cost is incurred. As a result, interest cost incurred before the end of a construction period will not be included in the historical cost of a capital asset. GASB 89 is effective for the State Bar's year ending December 31, 2021, but it does not have significant impact on the State Bar's financial statements

*GASB Statement No. 91* – In May 2019, GASB issued Statement No. 91, *Conduit Debt Obligations*. This statement will provide a single method of reporting conduit debt obligations by issuers and eliminate diversity in practice associated with (1) commitments extended by issuers, (2) arrangements associated with conduit debt obligations, and (3) related note disclosures. GASB 91 is effective for the State Bar's year ending December 31, 2021, but it does not have significant impact on the State Bar's financial statements.

*GASB Statement No. 92* – In January 2020, GASB issued Statement No. 92, *Omnibus 2020*. This statement will enhance comparability in accounting and financial reporting and to improve the consistency of authoritative literature by addressing practice issues that have been identified during implementation and application of certain GASB Statements. GASB 92 is effective for the State Bar's year ending December 31, 2022.

*GASB Statement No. 93* – In March 2020, GASB issued Statement No. 93, *Replacement of Interbank Offered Rates*. This statement will provide guidance to some governments that have entered into agreements in which variable payments made or received depend on an interbank offered rate (IBOR) - most notably, the London Interbank Offered Rate (LIBOR).  As a result of global reference rate reform, LIBOR is expected to cease to exist in its current form at the end of 2021, prompting governments to amend or replace financial instruments for the purpose of replacing LIBOR with other reference rates, by either changing the reference rate or adding or changing fallback provisions related to the reference rate. GASB 93 is effective for the State Bar's year ending December 31, 2022, except for paragraph 11b that is effective for the State Bar's year ending December 31, 2023.

*GASB Statement No. 94* – In March 2020, GASB issued Statement No. 94, *Public-Private and Public-Public Partnerships and Availability Payment Arrangements*. This Statement will improve financial reporting by addressing issues related to public-private and public-public partnership arrangements (PPPs) and also provides guidance for accounting and financial reporting for availability payment arrangements (APAs). GASB 94 is effective for the State Bar's year ending December 31, 2023.

*GASB Statement No. 95* – In May 2020, GASB issued Statement No. 95, *Postponement of the Effective Dates of Certain Authoritative Guidance*. This Statement's objective was to provide temporary relief to governments and other stakeholders in the light of COVID-19 pandemic by postponing the effective date of certain provisions in Statements and Implementation Guides by 12-18 months.  Implementation of this statement did not have a significant impact on the State Bar's financial statements.

Exhibit #37: 026
22-CV-01616-BAS-DDL

3.  **SIGNIFICANT ACCOUNTING POLICIES (Continued)**

*GASB Statement No. 96* - In May 2020, the GASB issued Statement No. 96, *Subscription-Based Information Technology Arrangements*. This Statement establishes standards of accounting and financial reporting for subscription-based information technology arrangements (SBITAs) by a government. GASB 96 is effective for the State Bar's year ending December 31, 2023.

*GASB Statement No. 97* – In June 2020, GASB issued Statement No. 97, *Certain Component Unit Criteria, and Accounting and Financial Reporting for Internal Revenue Code Section 457 Deferred Compensation Plans* – and amended of GASB Statements No. 14 and No. 84, and a supersession of GASB Statement No. 32. This Statement clarifies rules related to reporting of fiduciary activities under Statements No. 14 and No. 84 and enhances the accounting and financial reporting of IRS Code section 457 plans that meet the definition of a pension plan. GASB 97 is effective for the State Bar's year ending December 31, 2022.

4.  **CASH, CASH EQUIVALENTS, AND INVESTMENTS**

Cash, cash equivalents, and investments as of December 31, 2021 and 2020 are classified in the financial statements as follows:

|  | 2021 | 2020 |
|---|---|---|
| Cash and cash equivalents | $ 123,458,148 | $  85,128,603 |
| Investments | 20,614,031 | 32,506,150 |
| Restricted cash | 3,172,743 | 2,501,761 |
| Restricted investments | 11,996,760 | - |
| Totals | $ 159,241,682 | $ 120,136,514 |

*Cash and Cash Equivalents* – Cash and cash equivalents are generally considered short-term, highly liquid investments with maturity of three months or less from the purchase date. As of December 31, 2021, the carrying amount of the State Bar's unrestricted deposits is $123,458,653 and the bank balance is $47,451,679. As of December 31, 2020, the carrying amount of the State Bar's unrestricted deposits is $85,128,603 and the bank balance is $86,753,037. At December 31, 2021 and 2020, the State Bar had restricted deposits held by the bank in the amount of $3,172,743 and $2,501,761, respectively. The difference between the carrying amount and the bank balance represents outstanding checks and deposits in transit. The State Bar's deposits are insured up to $250,000 by the Federal Deposit Insurance Corporation and the balance in excess of $250,000 is fully collateralized per Government Code.

As of December 31, 2021, the PMIA balance is $181.4 billion, of which 98.37% is invested in nonderivative financial products with 1.63% in structured notes and asset-backed securities. The total amount invested by all public agencies in LAIF is $36.3 billion, and the State Bar's investment in LAIF is $74.8 million. The average maturity of PMIA investments is 340 days as of December 31, 2021. As of December 31, 2020, the PMIA balance is $107.4 billion, of which 96.72% is invested in nonderivative financial products with 3.28% in structured notes and asset-backed securities. The total amount invested by all public agencies in LAIF is $34.0 billion, and the State Bar's investment in LAIF is $75.3 million. The average maturity of PMIA investments is 165 days as of December 31, 2020.

## 4.  CASH, CASH EQUIVALENTS, AND INVESTMENTS (continued)

The State Bar's pooled cash and cash equivalents at December 31, 2021 and 2020 is composed of:

|  | 2021 | 2020 |
|---|---|---|
| LAIF | $ 74,845,293 | $ 75,261,861 |
| Other Cash | 48,612,855 | 9,866,742 |
| Restricted cash | 3,172,743 | 2,501,761 |
| Totals | 126,630,891 | 87,630,364 |

*Investments* – It is the investment policy of the State Bar to invest public funds in a manner which will provide the maximum security with best investment return, while meeting the daily cash flow demands of the State Bar, and conforming to all State statutes governing the investment of public funds and all resolutions of the Board of Trustees. The State Bar invests a substantial portion of its funds in fixed income securities, which limits the State Bar's exposure to most types of risk. Investment of funds is governed by the State Bar's investment policy, as discussed under note 3.

There are many factors that can affect the value of investments. Some, such as custodial credit risk, concentration of credit risk, interest rate risk, and credit risk, may affect both equity and fixed income securities. Equity and debt securities respond to such factors as economic conditions, individual company earnings performance, and market liquidity, while fixed income securities are particularly sensitive to credit risks and changes in interest rates.

*Fair Value of Investments* – Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. Assets and liabilities reported at fair value are organized into a hierarchy based on the levels of inputs observable in the marketplace that are used to measure fair value. Inputs are used in applying the various valuation techniques and take into account the assumptions that market participants use to make valuation decisions. Inputs may include price information, credit data, liquidity statistics and other factors specific to the financial instrument. The three levels of this hierarchy are:

**Level 1** – Quoted prices active markets for identical assets or liabilities.

**Level 2** – Observable inputs other than Level 1 prices, such as quoted prices for similar assets or liabilities; quoted prices in active markets that are not active; or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities.

**Level 3** – Unobservable inputs that are supported by little or no market actively and that are significant to the fair value of the assets or liabilities.

Exhibit #37: 029
22-CV-01616-BAS-DDL

## 4. CASH, CASH EQUIVALENTS, AND INVESTMENTS (continued)

The fair value measurements of investments for December 31, 2021 and 2020 are as follows:

| Description | 12/31/2021 | Fair Value Measurements Using | | |
| --- | --- | --- | --- | --- |
| | | Level 1 | Level 2 | Level 3 |
| Investments by fair value level | | | | |
| U.S. Government agencies | $  9,664,215 | $            - | $  9,664,215 | $            - |
| Municipal bond | 4,328,853 | | 4,328,853 | - |
| Corporate bonds | 6,420,754 | - | 6,420,754 | - |
| Commercial paper | 11,999,720 | 11,999,720 | - | - |
| Common stock | 197,249 | 197,249 | - | - |
| Total investments measured at fair value | $  32,610,791 | $  12,196,969 | $  20,413,822 | $            - |

| Description | 12/31/2020 | Fair Value Measurements Using | | |
| --- | --- | --- | --- | --- |
| | | Level 1 | Level 2 | Level 3 |
| Investments by fair value level | | | | |
| U.S. Government agencies | $  11,957,360 | $            - | $  11,957,360 | $            - |
| Municipal bond | 4,407,184 | - | 4,407,184 | - |
| Corporate bonds | 15,994,131 | - | 15,994,131 | - |
| Common stock | 147,475 | 147,475 | - | - |
| Total investments measured at fair value | $  32,506,150 | $  147,475 | $  32,358,675 | $            - |

Common stock and commercial paper are classified in Level 1 and valued using prices quoted in active markets for those securities. Government agencies securities are classified in Level 2 and valued using quoted prices for identical securities in markets that are not active. Corporate bonds and municipal bonds are classified in Level 2 and valued using quoted prices for similar securities in active markets.

*Custodial Credit Risk* – The custodial credit risk for deposits is the risk that, in the event of the failure of a depository financial institution, a government will not be able to recover deposits or will not be able to recover collateral securities that are in the possession of an outside party. The custodial credit risk for investments is the risk that, in the event of the failure of the counterparty to a transaction, a government will not be able to recover the value of investment or collateral securities that are in the possession of an outside party. The California Government Code and the State Bar's investment policy do not contain legal or policy requirements that would limit the exposure to custodial credit risk for deposits or investments; however, the California Government Code requires that a financial institution secure deposits made by state or local government units by pledging securities in an undivided collateral pool held by a depository regulated under state laws (unless so waived by the governmental unit).

The fair value of the pledged securities in the collateral pool must equal at least 110% of the total amount deposited by the public agencies. California law also allows financial institutions to secure government deposits by pledging first trust deed mortgage notes having a value of 150% of the secured public deposits.

**CASH, CASH EQUIVALENTS, AND INVESTMENTS (continued)**

***Concentration of Credit Risk*** – Concentration of credit risk is the risk associated with a lack of diversification, such as having substantial investments in a few individual issuers, thereby exposing the State Bar to greater risks resulting from adverse economic, political, regulatory, geographic, or credit developments. The investment policy of the State Bar contains no limitations on the amount that can be invested in any one issuer beyond that stipulated by the California Government Code.

Investments in any one issuer (other than U.S. Treasury securities, mutual funds, and external investment pools) that represent 5% or more of the total State Bar's investments subject to concentration of credit risk at December 31, 2021 and 2020, are as follows:

| Issuer | Investment Type | 2021 Fair Value | Percentage of Portfolio |
|---|---|---|---|
| Federal Home Loan Bank | U.S government agencies | $ 6,626,295 | 20.3% |
| Federal Home Loan Mortgage Corp | U.S government agencies | 3,037,920 | 9.3% |
| State of California | Municipal Bonds | 3,051,541 | 9.4% |
| Apple Inc | Corporate Bonds | 3,242,456 | 9.9% |
| Toyota Motor Credit Corp | Corporate Bonds | 1,661,498 | 5.1% |
| Toyota Credit de Puerto Rico Corporation | Commercial Paper | 11,999,720 | 36.8% |

| Issuer | Investment Type | 2020 Fair Value | Percentage of Portfolio |
|---|---|---|---|
| Federal Home Loan Bank | U.S government agencies | $ 6,826,950 | 21.0% |
| Federal Home Loan Mortgage Corp | U.S government agencies | 3,108,030 | 9.6% |
| Federal Farm Credit Bank | U.S government agencies | 2,022,380 | 6.2% |
| State of California | Municipal Bonds | 3,111,421 | 9.6% |
| Apple Inc | Corporate Bonds | 6,457,305 | 19.9% |
| Toyota Motor Credit Corp | Corporate Bonds | 3,248,295 | 10.0% |
| Microsoft Corp | Corporate Bonds | 3,146,500 | 9.7% |

Exhibit #37: 030
22-CV-01616-BAS-DDL

ATTACHMENT A

4.  **CASH, CASH EQUIVALENTS, AND INVESTMENTS (Continued)**

*Interest Rate Risk* – Interest rate risk is the risk that changes in interest rates will adversely affect the fair value of an investment. The terms of a debt investment may cause its fair value to be highly sensitive to changes in interest rates. Fixed income security investments subject to interest rate risk at December 31, 2021 and 2020, are as follows:

| | Fair Value | Fair Value as a Percentage of Fixed Income Securities | Weighted Average Maturity (Years) |
|---|---|---|---|
| **December 31, 2021** | | | |
| U.S. Government agencies | $ 9,664,215 | 29.8% | 0.7 |
| Municipal Bonds | 4,328,853 | 13.4% | 0.8 |
| Corporate Bonds | 6,420,754 | 19.8% | 0.6 |
| Commerical Paper | 11,999,720 | 37.0% | 0.0 |
| | $ 32,413,542 | 100.0% | |

| | Fair Value | Fair Value as a Percentage of Fixed Income Securities | Weighted Average Maturity (Years) |
|---|---|---|---|
| **December 31, 2020** | | | |
| U.S. Government agencies | $ 11,957,360 | 37.0% | 1.4 |
| Municipal Bonds | 4,407,184 | 13.6% | 2.2 |
| Corporate Bonds | 15,994,131 | 49.4% | 1.0 |
| | $ 32,358,675 | 100.0% | |

*Credit Risk* – Credit risk is the risk that an issuer of an investment will not fulfill its obligation to the holder of the investment. This is measured by the assignment of a rating by a nationally recognized statistical rating organization. State law and the State Bar's investment policy limit the State Bar's investment in commercial paper to the rating of P-1 or better by Moody's Investors Service, or A-1 or higher by Standard & Poor's; corporate bonds to the rating of A by Moody's Investors Service or Standards & Poor's; and mutual funds to institutions rated within the top two ratings of a nationally recognized rating service. No limits are placed on U.S. government agency securities.

Fixed income securities investments that are subject to credit risk at December 31, 2021 and 2020, are as follows:

| | 2021 | | 2020 | |
|---|---|---|---|---|
| S&P's Rating | Fair Value | Fair Value As of a % of Fixed Income Securities | Fair Value | Fair Value As of a % of Fixed Income Securities |
| AAA | $        - | 0.0% | $  3,146,500 | 9.7% |
| AA+ | 12,906,671 | 39.8% | 18,414,665 | 56.9% |
| AA | - | 0.0% | 3,142,031 | 9.7% |
| AA- | 4,328,853 | 13.4% | 4,407,184 | 13.6% |
| A+ | 3,178,298 | 9.8% | 3,248,295 | 10.0% |
| N/A | 11,999,720 | 37.0% | - | 0.0% |
| **Total fixed income securities** | **$32,413,542** | **100.0%** | **$  32,358,675** | **100.0%** |

5. **CAPITAL ASSETS**

Capital asset activity for the years ended December 31, 2021 and 2020, are as follows:

| | Balance January 1, 2021 | Increases | Decreases | Balance December 31, 2021 |
|---|---|---|---|---|
| Capital assets, not being depreciated: | | | | |
| Land | $ 19,537,615 | $ - | $ - | $ 19,537,615 |
| Work in progress | - | 240,965 | | 240,965 |
| Total capital assets, not being depreciated | 19,537,615 | 240,965 | - | 19,778,580 |
| Capital assets, being depreciated: | | | | |
| Buildings and leasehold improvements | 93,135,751 | 2,670,634 | - | 95,806,385 |
| 180 Howard Tenant Improvements | 15,330,940 | - | - | 15,330,940 |
| Equipment and software | 20,214,658 | - | - | 20,214,658 |
| Furniture and fixtures | 5,512,099 | - | - | 5,512,099 |
| Total capital assets, being depreciated | 134,193,448 | 2,670,634 | - | 136,864,082 |
| Less accumulated depreciation for: | | | | |
| Buildings and leasehold improvements | (28,413,286) | (3,622,928) | - | (32,036,214) |
| 180 Howard Tenant Improvements | (4,215,115) | (12,092) | - | (4,227,207) |
| Equipment and software | (10,680,755) | (2,662,905) | - | (13,343,660) |
| Furniture and fixtures | (4,361,086) | (383,671) | - | (4,744,757) |
| Total accumulated depreciation | (47,670,242) | (6,681,596) | - | (54,351,838) |
| Total capital assets, being depreciated, net | 86,523,206 | (4,010,962) | | 82,512,244 |
| Capital assets, net | $ 106,060,821 | $ (3,769,997) | $ - | $ 102,290,824 |

| | Balance January 1, 2020 | Increases | Decreases | Balance December 31, 2020 |
|---|---|---|---|---|
| Capital assets, not being depreciated: | | | | |
| Land | $ 19,537,615 | $ - | $ - | $ 19,537,615 |
| Capital assets, being depreciated: | | | | |
| Buildings and leasehold improvements | 92,064,703 | 1,071,048 | - | 93,135,751 |
| 180 Howard Tenant Improvements | 15,169,707 | 161,233 | - | 15,330,940 |
| Equipment and software | 18,209,607 | 2,005,051 | - | 20,214,658 |
| Furniture and fixtures | 5,512,099 | - | - | 5,512,099 |
| Total capital assets, being depreciated | 130,956,116 | 3,237,332 | - | 134,193,448 |
| Less accumulated depreciation for: | | | | |
| Buildings and leasehold improvements | (27,191,100) | (1,222,186) | - | (28,413,286) |
| 180 Howard Tenant Improvements | (2,588,432) | (1,626,683) | - | (4,215,115) |
| Equipment and software | (9,142,167) | (1,538,588) | - | (10,680,755) |
| Furniture and fixtures | (3,977,418) | (383,668) | - | (4,361,086) |
| Total accumulated depreciation | (42,899,117) | (4,771,125) | - | (47,670,242) |
| Total capital assets, being depreciated, net | 88,056,999 | (1,533,793) | - | 86,523,206 |
| Capital assets, net | $ 107,594,614 | $ (1,533,793) | $ - | $ 106,060,821 |

Exhibit #37: 032
22-CV-01616-BAS-DDL

## 5.  CAPITAL ASSETS (Continued)

Depreciation expense for the years ended December 31, 2021 and 2020 was $6,681,596 and $4,771,125, respectively.

The State Bar leases certain office space at its facilities in San Francisco and Los Angeles, California, to tenants under various lease agreements. The carrying amounts of the leased portions of the San Francisco and Los Angeles buildings have not been determined. Future minimum lease revenue under these noncancelable operating leases at December 31, 2021, are as follows:

| | Future Minimum Revenue | |
| Year Ending December 31 | San Francisco | Los Angeles |
|---|---|---|
| 2022 | $ 2,851,682 | $ 396,656 |
| 2023 | 2,261,743 | 406,572 |
| 2024 | 1,717,838 | 456,154 |
| 2025 | 1,455,621 | 456,154 |
| 2026 | 1,442,738 | 456,154 |
| Thereafter | 4,723,090 | 2,831,959 |
| | $ 14,452,711 | $ 5,003,650 |

## 6.  ACCOUNTS PAYABLE AND OTHER LIABILITIES

At December 31, 2021 and 2020, accounts payable and other current liabilities consisted of the following:

| | 2021 | 2020 |
|---|---|---|
| Accounts Payable | $ 7,090,416 | $ 5,562,996 |
| Compensated absences, current portion | 2,696,814 | 2,377,586 |
| Other liabilities | 3,044,761 | 2,613,037 |
| Total accounts payable and other liabilities | $ 12,831,991 | $ 10,553,619 |

Obligations that are due within a year are presented as current liabilities in the statements of net position. Compensated absences include noncurrent portions that are due beyond one year. The table below provides additional information for these balances:

| | Balance January 1, 2021 | Additions | Reductions | Balance December 31, 2021 | Amount Due Within One Year |
|---|---|---|---|---|---|
| Compensated absences | $ 5,943,967 | $ 5,652,168 | $ (4,854,101) | $ 6,742,034 | $ 2,696,814 |

| | Balance January 1, 2020 | Additions | Reductions | Balance December 31, 2020 | Amount Due Within One Year |
|---|---|---|---|---|---|
| Compensated absences | $ 4,226,417 | $ 5,064,021 | $ (3,346,471) | $ 5,943,967 | $ 2,377,586 |

Exhibit #37: 038
22-CV-01616-BAS-DDL

## 7. LOANS PAYABLE

On April 22, 2016, the State Bar entered into a Real Estate Loan Agreement in the amount of $10,000,000 with Bank of America, N.A. for the purpose of financing the costs of Tenant Improvement located at 180 Howard Street, San Francisco. On August 12, 2021, the State Bar entered into a new Loan Agreement in the amount of $20,570,573 with Sterling National Bank for the purpose of paying off the Bank of America Loan and financing capital improvement and IT projects costs located at 180 Howard Street, San Francisco. The Loan Agreement consisted of a taxable loan for $7,489,773, which was partially used to pay off the Bank of America Loan, due on September 30, 2031, and a tax-exempt loan for $13,080,000 due on September 30, 2036. The taxable loan bears a rate of 2.3% per year with semi-annual payments of approximately $520,000. The tax-exempt loan bears a rate of 2.76% per year with semi-annual payments of approximately $300,000.

The prior Loan Agreement with Bank of America bore a tax-exempt fixed rate of 4.26% per year and was due on April 1, 2026, with a monthly payment of $104,218. The loan agreement contained certain covenants including the maintenance of a $2.5 million deposit with Bank of America as debt service reserve fund, which was reported as restricted cash on the accompanying Statement of Net Position. The loan balance of $5,251,573 with Bank of America was fully paid off in August 2021 as a result of the financing with Sterling National Bank. As of December 31, 2021 and 2020, the outstanding loan balance of the San Francisco loan was $20,490,573 and $5,904,894, respectively.

On October 1, 2020, the State Bar refinanced its Bank of America Loan Agreement and entered into a new Loan Agreement in the amount of $14,197,000 with Sterling National Bank for the purpose of refinancing the costs of purchasing real property located at 845 South Figueroa Street, Los Angeles. The loan bears a tax-exempt fixed rate of 2.3% per year and is due on December 30, 2035, with a quarterly payment of approximately $277,000. The loan balance of $14,193,280 with Bank of America was fully paid off in October 2020 as a result of the refinancing with Sterling National Bank. As of December 31, 2021 and 2020, the outstanding loan balance was $13,237,000 and $14,197,000, respectively.

|  | San Francisco | Los Angeles | Total |
|---|---|---|---|
| Term loan as of December 31, 2020 | $    5,904,894 | $    14,197,000 | $    20,101,894 |
| Additions | 20,570,573 | - | 20,570,573 |
| Repayments | (5,984,894) | (960,000) | (6,944,894) |
| Balance as of December 31, 2021 | $    20,490,573 | $    13,237,000 | $    33,727,573 |
| Current loan payable | 1,907,584 | 811,000 | 2,718,584 |
| Noncurrent loan payable | 18,582,989 | 12,426,000 | 31,008,989 |
| Balance as of December 31, 2021 | $    20,490,573 | $    13,237,000 | $    33,727,573 |
| Term loan as of December 31, 2019 | $    6,858,666 | $    15,443,719 | $    22,302,385 |
| Additions | - | 14,197,000 | 14,197,000 |
| Repayments | (953,772) | (15,443,719) | (16,397,491) |
| Balance as of December 31, 2020 | $    5,904,894 | $    14,197,000 | $    20,101,894 |
| Current loan payable | 998,781 | 960,000 | 1,958,781 |
| Noncurrent loan payable | 4,906,113 | 13,237,000 | 18,143,113 |
| Balance as of December 31, 2020 | $    5,904,894 | $    14,197,000 | $    20,101,894 |

## 7. LOANS PAYABLE (Continued)

The annual repayment schedule as of December 31, 2021, is as follows:

| Year Ending December 31, | Principal | Interest |
|---|---|---|
| 2022 | $ 2,718,584 | $ 789,699 |
| 2023 | 2,789,746 | 718,712 |
| 2024 | 2,858,884 | 649,328 |
| 2025 | 2,160,057 | 585,288 |
| 2026 | 2,212,246 | 532,940 |
| Thereafter | 20,988,056 | 2,356,426 |
| Total | $ 33,727,573 | $ 5,632,392 |

***Loan Covenant, Events of Default, Termination Events and Acceleration Clauses -***
The State Bar relies on rental revenue and unrestricted revenue to make base rental payments in order to fulfill its debt service obligations. If events of default occurs, the Bank may do one or more of the following without prior notice: declare that an Event of Default has occurred, stop making any additional credit available to the Borrower, and require the Borrower to repay its entire debt immediately. If a Default or Event of Default has occurred and is continuing, the Bank has no obligation to make advances or extend additional credit under the loan agreement. In addition, if any Event of Default occurs, the Bank shall have all rights, powers and remedies available under any instruments and agreements required by or executed in connection with the loan agreement, as well as all rights and remedies available at law or in equity.

## 8. PENSION PLAN

***Plan Description –*** The State Bar's defined benefit plan, the Miscellaneous Plan of the State Bar of California ("Plan"), provides retirement and disability benefits, annual cost of living adjustments, and death benefits to Plan members and beneficiaries. The Plan is part of the Public Agency portion of CalPERS, an agent multiple-employer plan administered by CalPERS, which acts as a common investment and administrative agent for participating entities within the State of California. All fulltime State Bar employees must participate in the Plan. Benefits vest after five years of service. Benefit provisions under the Plan are established by State statute. The State Bar has contracted with CalPERS for employee retirement benefits since the 1950's. Amendments to the Plan are authorized by resolution of the Board of Trustees. CalPERS issues publicly available reports that include a full description of the pension plan regarding benefit provisions, assumptions, and membership information that can be found on the CalPERS website.

Exhibit #37: 036
22-CV-01616-BAS-DDL

8.  **PENSION PLAN (Continued)**

*Benefits Provided* – CalPERS provides service retirement and disability benefits, annual cost of living adjustments, and death benefits to plan members, who must be public employees and beneficiaries. Benefits are based on years of credited service, equal to one year of full-time employment. Members who are hired prior to January 1, 2013, with five years of total service are eligible to retire at age 50 and members who were hired on or after January 1, 2013, with five years of total service are eligible to retire at age 52. As of June 30, 2020, the most recent information available, the State Bar's pension plan included 563 active employees, 455 inactive employees entitled to but not yet receiving benefits, and 569 inactive employees or beneficiaries currently receiving benefits. All members are eligible for non-duty disability benefits after 10 years of service.

The death benefit is one of the following: the Basic Death Benefit, the 1957 Survivor Benefit, or the Optional Settlement 2W Death Benefit. The cost of living adjustments for each plan are applied as specified by the Public Employees' Retirement Law. The State Bar has the right to modify the pension plan provisions prospectively at its discretion.

The Plan's provisions and benefits in effect at December 31, 2021 and 2020, are summarized as follows:

| Hire Date | Prior to January 1, 2013 | On or after January 1, 2013 |
|---|---|---|
| Benefit formula | 2% at 55 | 2% at 62 |
| Benefit vesting schedule | 5 years service | 5 years service |
| Benefit payments | monthly for life | monthly for life |
| Retirement age | 50 | 52 |
| Monthly benefits, as a % of eligible compensation | 1.426% to 2.418% | 1.0% to 2.5% |
| Required employee contribution rates | 7.0% | 7.25% |
| Required employer contribution rates - 7/1/2019 to 6/30/2020 | 17.720% | 17.720% |
| Required employer contribution rates - 7/1/2020 to 6/30/2021 | 19.176% | 19.176% |
| Required employer contribution rates - 7/1/2021 to 12/31/2021 | 20.300% | 20.300% |

*Contributions* – Section 20814(c) of the California Public Employees' Retirement Law requires that the employer contribution rates for all public employers be determined on an annual basis by the actuary and shall be effective on the July 1 following notice of change in the rate. Funding contributions for the Plan are determined annually on an actuarial basis as of June 30 by CalPERS. The actuarially determined rate is the estimated amount necessary to finance the costs of benefits earned by employees during the year, with an additional amount to finance any unfunded accrued liability. The State Bar of California is required to contribute the difference between the actuarially determined rate and the contribution of employees. Employer contribution rates may change if plan contracts are amended. Payments made by the employer to satisfy contribution requirements that are identified by the pension plan member contribution requirements are classified as plan member contributions.

*Net Pension Liability* – The net pension liability for the Plan is measured as the total pension liability, less the pension plan's fiduciary net position. For the year ended December 31, 2021, the total pension liability for the Plan is measured as of June 30, 2021, using an annual actuarial valuation as of June 30, 2020, rolled forward to June 30, 2021 using standard procedures. For the year ended December 31, 2020, the total pension liability for the Plan is measured as of June 30, 2020, using an annual actuarial valuation as of June 30, 2019, rolled forward to June 30, 2020 using standard procedures.

## 8.  PENSION PLAN (Continued)

*Actuarial assumptions* – A summary of the actuarial assumptions and methods used to calculate the total pension liability as of June 30, 2021 and 2020 are as follows:

| | | |
|---|---|---|
| Valuation Date | June 30, 2020 | June 30, 2019 |
| Measurement Date | June 30, 2021 | June 30, 2020 |
| Actuarial Cost Method | Entry-Age Normal Cost | |
| Actuarial Assumptions: | | |
| Discount Rate | 7.15% | |
| Inflation | 2.50% | |
| Payroll Growth | 2.75% | |
| Projected Salary Increase | Varies by entry age and service | |
| Post Retirement Benefit Increase | (1) | |
| Mortality | Derived using CalPERS' membership data for all Funds (2) | |

(1)  The lesser of contract COLA or 2.50% until Purchasing Power Protection Allowance floor on purchasing power applies, 2.50% thereafter.

(2)  The mortality table used was developed based on CalPERS' specific data. The probabilities of mortality are based on the 2017 CalPERS Experience Study for the period from 1997 to 2015. Pre- retirement and Post-retirement mortality rates include 15 years of projected mortality improvement using 90% of Scale MP-2016 published by the Society of Actuaries. For more details on this table, please refer to the CalPERS Experience Study and Review of Actuarial Assumptions report from December 2017 that can be found on the CalPERS website.

All other actuarial assumptions used in the June 30, 2019 valuation was based on the results of the CalPERS 2017 experience study for the period 1997 to 2015, including updates to salary increase, mortality and retirement rates. Further details of the experience study can be found on the CalPERS website.

Discount Rate – The discount rate used to measure the total pension liability as of June 30, 2021 and 2020 was 7.15 percent for the Plan. The projection of cash flows used to determine the discount rate assumed that contributions from plan members will be made at the current member contribution rates and that contributions from employers will be made at statutorily required rates, actuarially determined. Based on those assumptions, the Plan's fiduciary net position was projected to be available to make all projected future benefit payments of current plan members. Therefore, the long-term expected rate of return on plan investments was applied to all periods of projected benefit payments to determine the total pension liability.

The long-term expected rate of return on pension plan investments was determined using a building - block method in which expected future real rates of return (expected returns, net of pension plan investment expense and inflation) are developed for each major asset class.

## 8. PENSION PLAN (Continued)

In determining the long-term expected rate of return, CalPERS took into account both short-term and long- term market return expectations as well as the expected pension fund cash flows. Using historical returns of all the funds' asset classes, expected compound returns were calculated over the short-term (first 10 years) and the long-term (11+ years) using a building-block approach. Using the expected nominal returns for both short-term and long-term, the present value of benefits was calculated for each fund. The expected rate of return was set by calculating the single equivalent expected return that arrived at the same present value of benefits for cash flows as the one calculated using both short-term and long-term returns. The expected rate of return was then set equivalent to the single equivalent rate calculated above and adjusted to account for assumed administrative expenses.

The rate of return was calculated using the capital market assumptions applied to determine the discount rate and asset allocation. The long-term expected real rates of return by asset class and the target allocation adopted by the CalPERS Board for the actuarial valuation of June 30, 2020 are as follows:

| Asset Class (a) | Current Strategic Allocation | Real Return Years 1 - 10 (b) | Real Return Years 11+ (c) |
|---|---|---|---|
| Global Equity | 50.00% | 4.80% | 5.98% |
| Global fixed Income | 28.00% | 1.00% | 2.62% |
| Inflation Assets | 0.00% | 0.77% | 1.81% |
| Private Equity | 8.00% | 6.30% | 7.23% |
| Real Estate | 13.00% | 3.75% | 4.93% |
| Liquidity | 1.00% | 0.00% | -0.92% |
| Total | 100.00% | | |

(a) In the System's CAFR, Fixed Income is included in Global Debt Securities; Liquidity is included in Short-term Investments; Inflation Assets are included in both Global Equity Securities and Global Debt Securities.
(b) An expected inflation of 2.00% used for this period.
(c) An expected inflation of 2.92% used for this period.

ATTACHMENT A

8.  **PENSION PLAN (Continued)**

Changes in the Net Pension Liability – The changes in the Net Pension Liability for the Plan for the year ended December 31, 2021 and 2020 are as follows:

| | Total Pension Liability | Increase (Decrease) Plan Fiduciary Net Position | Net Pension Liability/(Asset) |
|---|---|---|---|
| **Balance at June 30, 2020** | $ 424,776,808 | $ 347,079,011 | $ 77,697,797 |
| **Changes in the year:** | | | |
| Service cost | 9,507,566 | - | 9,507,566 |
| Interest on the total pension liability | 29,737,918 | - | 29,737,918 |
| Differences between actual and | | | |
| expected experience | (3,175,437) | - | (3,175,437) |
| Contribution - employer | - | 10,953,471 | (10,953,471) |
| Contribution - employee | - | 4,372,707 | (4,372,707) |
| Net investment income | - | 77,444,578 | (77,444,578) |
| Administrative expenses | - | (346,711) | 346,711 |
| Benefit payments, including | | | |
| refunds of employee contributions | (20,880,413) | (20,880,413) | - |
| **Net changes** | 15,189,634 | 71,543,632 | (56,353,998) |
| **Balance at June 30, 2021** | $ 439,966,442 | $ 418,622,643 | $ 21,343,799 |

| | Total Pension Liability | Increase (Decrease) Plan Fiduciary Net Position | Net Pension Liability/(Asset) |
|---|---|---|---|
| **Balance at June 30, 2019** | $ 402,882,958 | $ 335,728,113 | $ 67,154,845 |
| **Changes in the year:** | | | |
| Service cost | 8,917,807 | - | 8,917,807 |
| Interest on the total pension liability | 28,675,153 | - | 28,675,153 |
| Differences between actual and | | | |
| expected experience | 3,117,562 | - | 3,117,562 |
| Contribution - employer | - | 9,733,180 | (9,733,180) |
| Contribution - employee | - | 4,418,214 | (4,418,214) |
| Net investment income | - | 16,489,470 | (16,489,470) |
| Administrative expenses | - | (473,294) | 473,294 |
| Benefit payments, including | | | |
| refunds of employee contributions | (18,816,672) | (18,816,672) | - |
| **Net changes** | 21,893,850 | 11,350,898 | 10,542,952 |
| **Balance at June 30, 2020** | $ 424,776,808 | $ 347,079,011 | $ 77,697,797 |

ATTACHMENT A

8.  **PENSION PLAN (Continued)**

*Pension Expenses and Deferred Outflows/Inflows of Resources Related to Pensions* – The State Bar recognized pension income of $1,506,111 for the year ended December 31, 2021 and pension expenses of $13,434,787 for the year ended December 31, 2020. Deferred outflows of resources and deferred inflows of resources related to pensions were from the following sources:

| | 2021 | |
| --- | --- | --- |
| | **Deferred Outflows of Resources** | **Deferred Inflows of Resources** |
| Differences between actual and expected experience | $          1,945,464 | $          (2,268,169) |
| Contributions made after the measurement date: June 30, 2021 | 5,936,154 | - |
| Net differences between projected and actual earning on plan investments | - | (37,949,428) |
| Total | $          7,881,618 | $          (40,217,597) |

| | 2020 | |
| --- | --- | --- |
| | **Deferred Outflows of Resources** | **Deferred Inflows of Resources** |
| Changes in assumptions | $          - | $          (1,295,638) |
| Differences between actual and expected experience | 4,185,917 | (390,240) |
| Contributions made after the measurement date: June 30, 2020 | 3,016,270 | - |
| Net differences between projected and actual earning on plan investments | 3,122,244 | - |
| Total | $          10,324,431 | $          (1,685,878) |

Deferred outflows of resources and deferred inflows of resources above represent the unamortized portion of changes to net pension liability to be recognized in future periods in a systematic manner. As of December 31, 2021 and 2020, the State Bar reported $5,936,154 and $3,016,270, respectively, as deferred outflows of resources related to contributions subsequent to the measurement date, which will be recognized as a reduction related to net pension liability in the year ending December 31, 2022 and 2021, respectively.

Exhibit #37: 040
22-CV-01616-BAS-DDL

8. **PENSION PLAN (Continued)**

Other amounts reported as deferred outflows of resources and deferred inflows of resources related to pension as of December 31, 2021 will be recognized as pension expense as follows:

| Year Ending December 31 | |
|---|---|
| 2022 | $ (8,853,311) |
| 2023 | (9,272,657) |
| 2024 | (9,570,649) |
| 2025 | (10,575,516) |
| | $ (38,272,133) |

*Sensitivity of the Net Pension Liability* – The following present the net pension liability of the State Bar, calculated using the discount rate for each Plan, as well as what the Local Government's net pension would be if it were calculated using a discount rate that is 1 – percentage point lower or 1 – percentage higher than the measurement date discount rate:

| 1% Decrease 6.15% | Current Discount Rate 7.15% | 1% Increase 8.15% |
|---|---|---|
| $ 77,112,979 | $ 21,343,799 | $ (25,076,884) |

| 1% Decrease 6.15% | Current Discount Rate 7.15% | 1% Increase 8.15% |
|---|---|---|
| $ 131,832,413 | $ 77,697,797 | $ 32,622,469 |

9. **OTHER POSTEMPLOYMENT BENEFITS ("OPEB")**

*Plan Description* – The State Bar administers an agent multiple-employer defined benefit Post-Retirement Welfare Benefits Plan for Employees ("OPEB Plan"). The OPEB Plan provides postretirement health care benefits for its eligible employees. Under the provisions of the OPEB Plan, a committee ("Committee") was established to operate and administer the OPEB Plan in accordance with the terms of the OPEB Plan. The Committee is composed of the Chair of the Board of Trustees and the Executive Director, or their designees.

For executive staff employed as of August 19, 2006, eligibility requires 15 years of services to the State Bar as a regular employee. For employees who become executive staff after August 19, 2006, eligibility requires 15 years of service to the State Bar as a regular employee, with at least the last ten years of service preceding retirement as an executive staff employee. The employee must also elect to receive retirement benefits effective within 120 days of retirement from State Bar employment under CalPERS. Active executive employees who are not eligible for retirement benefits are assumed to have an equal portion of the present value of the benefits attributed to each year of service from date of hire to expected retirement age.

Exhibit #37: 042
22-CV-01616-BAS-DDL

## 9. OTHER POSTEMPLOYMENT BENEFITS ("OPEB") (Continued)

Additional funding for retiree health benefits was included in Senate Bill 176 (SB176), which was requested by the State Bar and signed by the Governor on October 9, 2019. The approval for providing equitable health benefits was based on the recommendation of the State Auditor and the Assembly Judiciary Committee. On July 9, 2019, the Committee passed an amended version of Senate Bill 176 that included an increase to the annual licensing fee for 2020. In the analysis, the Committee recommended that the active fee should be increased by $17 to support retiree health benefits for the State Bar. The State Bar has the right to modify plan provisions prospectively at its discretion.

On an ongoing basis, the State Bar makes annual transfers to the CERBT to pay its Actuarially Determined Contribution as determined by the State Bar's actuary. CalPERS issues a publicly available financial report consisting of financial statements and required supplementary information for CERBT in aggregate. Detailed information about the OPEB plan's fiduciary net position is available in the separately issued CERBT financial report, which may be obtained from CalPERS, Lincoln Plaza North, 400 Q Street, Sacramento, CA 95811.

On January 27, 2018 the State Bar Board of Trustees approved the extension of postemployment benefits to non-executive staff. The statutory Public Employees' Medical & Hospital Care Act ("PEMHCA") retiree minimum is currently set at $139 per month for 2021, but is adjusted by CalPERS on an annual basis. As of 2021, the State Bar contributes $139 per month toward eligible retirees' purchase of medical insurance coverage. The State Bar may, however, at its sole discretion and as part of its annual budgeting process, adjust upward the amount it contributes towards eligible retirees' purchase of medical insurance coverage beyond the statutory PEMHCA minimum. As of December 31, 2021, the OPEB Plan included 537 active participants and 118 retirees receiving benefits.

Effective January 1, 2020, the State Bar amended the Retiree Health Benefits Plan for non-executive staff to provide parity and equitable benefits for rank and file employees. The fiscal impact of the plan change was $23,750,838 and is reported within General and Administration in the accompanying Statement of Revenues, Expenses, and Changes in Net Position. On April 16, 2020, an Amended and Restated Plan was adopted by the Board of Trustees.

The State Bar contracts with CalPERS for health coverage and provides lifetime health coverage for eligible retirees. The portion of medical premiums paid by the State Bar depends on when an employee was hired, whether they were classified as executives, and the number of years of service at retirement.

The State Bar pays the full cost of retiree health coverage for Executive employees hired before January 1, 2018. The State Bar pays 80% of the cost of the premium for the plan and tier in which the retiree enrolls when the Executive employee is hired or promoted on or after January 1, 2018.

Non-executive employees retiring with a CalPERS pension would be eligible to enroll in the CalPERS Health Plan. The State Bar would be required to pay the statutory minimum and the retiree would be required to pay the difference in plan premium.

The State Bar pays monthly vision plan premiums for Executives who are eligible for the Vision coverage in the amount of $15.40, $22.34, and $40.06 for retiree, couple, and family, respectively.

Exhibit #37: 043
22-CV-01616-BAS-DDL

### 9. OTHER POSTEMPLOYMENT BENEFITS ("OPEB") (Continued)

***Net OPEB Liability (Asset) and assumptions:*** The net OPEB liability (asset) for the OPEB Plan is measured as the total OPEB liability, less the OPEB plan's fiduciary net position. For the year ended December 31, 2021 and 2020, the total OPEB liability for the OPEB Plan is measured as of June 30, 2021 and 2020, respectively, using an annual actuarial valuation as of January 1, 2020 rolled forward to June 30, 2021 and to June 30, 2020 using standard procedures.

The total OPEB liability in the January 1, 2020 actuarial valuations was determined using the following actuarial assumptions, applied to all periods included in the measurement, unless otherwise specified:

| | |
|---|---|
| Actuarial Cost Method | Entry Age Normal, Level Percentage of Payroll |
| Asset Valuation Method | Investment gains and losses spread over 5-year rolling period |
| Actuarial Assumptions: | |
| Discount Rate | 6.00% |
| Inflation | 2.50% |
| Healthcare Trend Rate | Trend assumption based on the "Getsen" model developed by the Society of Actuaries. Assumed the vision cost would increase at an annual rate of 3.00% and 3.25%, respectively, for January 1, 2020 and 2018 valuations. Assumed the PEMCHA minimum contribution would grow with general medical inflation, and assumed the medical CPI increase at an annual rate of 3.00% and 3.25%, respectively, for January 1, 2020 and 2018 valuations. |
| Mortality | CalPERS Mortality rates which include 15 years of projected on-going improvement using 90 percent of scale MP-16. |

For the actuarial valuation as of January 1, 2020, the healthcare trend rate for vision and PEMCHA minimum contribution decreased from 3.25% to 3.00%.

The long-term expected rate of return on OPEB plan investments was determined using a building-block method in which expected future real rates of return (expected returns, net of OPEB plan investment expense and inflation) are developed for each major asset class. These ranges are combined to produce the long-term expected rate of return by weighting the expected future real rates of return by the target asset allocation percentage and by adding expected inflation. The target allocation and best estimates of geometric real rates of return for each major asset class are summarized in the following table:

| Asset Class | Target Allocation | Long-Term Expected Rate of Return - 2020 |
|---|---|---|
| Global Equity | 22% | 7.86% |
| U.S. Fixed Income | 49% | 6.24% |
| Treasury Inflation-Protected Securities | 16% | 3.51% |
| Real Estate Investment Trusts | 8% | 7.55% |
| Commodities | 5% | 5.26% |
| Total | 100% | |

Expected Geometric Return (5.0 yrs) - 5.98% for 2020

## 9.  OTHER POSTEMPLOYMENT BENEFITS ("OPEB") (Continued)

The discount rate used to measure the total OPEB liability was 6.00 percent. The projection of cash flows used to determine the discount rate assumed that the State Bar's contributions will be made at rates equal to the actuarially determined contribution rates. Based on those assumptions, the OPEB plan's fiduciary net position was projected to be available to make all projected OPEB payments for current active and inactive employees and beneficiaries. Therefore, the long-term expected rate of return on OPEB plan investments was applied to all periods of projected benefit payments to determine the total OPEB liability.

Changes in the Net OPEB Liability (Asset): The changes in the net OPEB liability (asset) of the OPEB Plan, measured as of June 30, 2021 and 2020 are as follows:

| | Increase (Decrease) | | |
| | Total OPEB Liability | Plan Fiduciary Net Position | Net OPEB Liability (Asset) |
| --- | --- | --- | --- |
| **Balance at June 30, 2020** | $   41,436,040 | $   29,819,206 | $   11,616,834 |
| **Changes in the year:** | | | |
| Service cost | 2,534,285 | - | 2,534,285 |
| Interest on the total OPEB liability | 2,600,287 | - | 2,600,287 |
| Benefit payments | (1,281,476) | (1,281,476) | - |
| Contributions from employer | - | 4,941,476 | (4,941,476) |
| Net investment income | - | 4,209,476 | (4,209,476) |
| Administrative expenses | - | (16,556) | 16,556 |
| **Net changes** | 3,853,096 | 7,852,920 | (3,999,824) |
| **Balance at June 30, 2021** | $   45,289,136 | $   37,672,126 | $   7,617,010 |

| | Increase (Decrease) | | |
| | Total OPEB Liability | Plan Fiduciary Net Position | Net OPEB Liability (Asset) |
| --- | --- | --- | --- |
| **Balance at June 30, 2019** | $   17,841,028 | $   28,056,821 | $   (10,215,793) |
| **Changes in the year:** | | | |
| Service cost | 580,569 | - | 580,569 |
| Interest on the total OPEB liability | 1,071,758 | - | 1,071,758 |
| Changes in benefit terms or plan changes | 23,750,838 | - | 23,750,838 |
| Differences between actual and expected experience | 267,916 | - | 267,916 |
| | | | - |
| Changes in assumptions | (943,036) | - | (943,036) |
| Benefit payments | (1,133,033) | (1,133,033) | - |
| Contributions from employer | - | 1,133,033 | (1,133,033) |
| Net investment income | - | 1,776,547 | (1,776,547) |
| Administrative expenses | - | (14,162) | 14,162 |
| **Net changes** | 23,595,012 | 1,762,385 | 21,832,627 |
| **Balance at June 30, 2020** | $   41,436,040 | $   29,819,206 | $   11,616,834 |

Exhibit #37: 045
22-CV-01616-BAS-DDL

9.   **OTHER POSTEMPLOYMENT BENEFITS ("OPEB") (Continued)**

*Sensitivity of the Net OPEB Liability to Changes in the Discount Rate:* The following presents the net OPEB liability of the State Bar, as well as what the net OPEB liability would be if it were calculated using a discount rate that is 1-percentage-point lower (5.00 percent) or 1-percentage-point higher (7.00 percent) than the current discount rate:

| | 1% Decrease in Discount Rate 5.00% | | Current Discount Rate 6.00% | | 1% Increase in Discount Rate 7.00% | |
|---|---|---|---|---|---|---|
| Net OPEB Liability (NOL) for December 31, 2021 | $ | 13,886,948 | $ | 7,617,010 | $ | 2,408,547 |
| Net OPEB Liability (NOL) for December 31, 2020 | $ | 17,424,747 | $ | 11,616,834 | $ | 6,796,298 |

*Sensitivity of the Net OPEB Liability to Changes in the Healthcare Trend Rate:* The following presents the net OPEB liability of the State Bar, as well as what the net OPEB liability would be if it were calculated using a healthcare cost trend rates that is 1-percentage-point lower or 1- percentage point higher than the current healthcare cost trend rates:

| | 1% Decrease in Healthcare Cost Trend Rate 5.00% | | Current in Healthcare Cost Trend Rate 6.00% | | 1% Increase in Healthcare Cost Trend Rate 7.00% | |
|---|---|---|---|---|---|---|
| Net OPEB Liability (NOL) for December 31, 2021 | $ | 948,385 | $ | 7,617,010 | $ | 15,952,041 |
| Net OPEB Liability (NOL) for December 31, 2020 | $ | 5,777,068 | $ | 11,616,834 | $ | 18,886,135 |

*OPEB Expense and Deferred Outflows of Resources and Deferred Inflows of Resources Related to OPEB -* Most changes in the net OPEB liability are included in OPEB expense in the year of change, including changes resulting from current-period service cost, interest on the total OPEB liability, changes in benefit terms, and projected earnings on the OPEB plan's investments. Gains and losses related to changes in total OPEB liability and fiduciary net position are recognized in OPEB expense systematically over time. Amounts are first recognized in OPEB expense for the year the gain or loss occurs. The remaining amounts are categorized as deferred outflows and deferred inflows of resources related to OPEB and are to be recognized in the future as OPEB expense. OPEB expense for the years ended December 31, 2021 and 2010 was $2,693,711 and $23,636,305, respectively.

## 9.  OTHER POSTEMPLOYMENT BENEFITS ("OPEB") (Continued)

As of fiscal year ended December 31, 2021, the State Bar reported deferred outflows of resources and deferred inflows of resources related to OPEB from the following sources:

| | Deferred Outflows of Resources | | Deferred (Inflows) of Resources | |
|---|---|---|---|---|
| Difference between expected and actual experience | $ | 208,426 | $ | - |
| Changes of assumptions | | - | | (733,006) |
| Net difference between projected and actual earnings | | - | | (1,979,419) |
| Contributions made subsequent to measurement date | | 4,073,849 | | - |
| Total | $ | 4,282,275 | $ | (2,712,425) |

As of fiscal year ended December 31, 2020, the State Bar reported deferred outflows of resources and deferred inflows of resources related to OPEB from the following sources:

| | Deferred Outflows of Resources | | Deferred (Inflows) of Resources | |
|---|---|---|---|---|
| Difference between expected and actual experience | $ | 238,081 | $ | - |
| Changes of assumptions | | - | | (838,021) |
| Net difference between projected and actual earnings | | - | | (152,180) |
| Contributions made subsequent to measurement date | | 4,142,521 | | - |
| Total | $ | 4,380,602 | $ | (990,201) |

At December 31, 2021 and 2020, the State Bar reported $4,073,849 and $4,142,521, respectively, as deferred outflows of resources related to contributions subsequent to the measurement date, which will be recognized as a reduction to the net OPEB liability (during the fiscal year ending December 31, 2022 and 2021, respectively. Other amounts reported as deferred inflows of resources related to OPEB as of December 31, 2021 will be recognized as OPEB expense as follows:

| Year Ending December 31, | Deferred (Inflows) and Outflows of Resources | |
|---|---|---|
| 2022 | $ | (560,553) |
| 2023 | | (625,468) |
| 2024 | | (556,414) |
| 2024 | | (537,704) |
| 2025 | | (75,180) |
| Thereafter | | (148,860) |
| | $ | (2,504,179) |

## 10.  RISK MANAGEMENT

The State Bar is exposed to various risks of loss, including those related to property loss or damage, torts, errors and omissions, employee theft, and workers' compensation. The State Bar has purchased commercial insurance for these risks. Settled claims relating to the commercial insurance have not exceeded the amount of insurance coverage in any of the past three fiscal years.

## 11. COMMITMENTS AND CONTINGENCIES

*Litigation* – The State Bar is a defendant in various lawsuits. It is management's opinion, based on the advice of legal counsel, that the outcome of these matters will not have a material adverse effect on the financial position and results of operations of the State Bar. The outcome of certain lawsuits and tort claims related to disciplinary actions against licensees, attorney malpractice, and employee wrongful termination and discrimination is considered indeterminable and the range of possible loss is uncertain. As such, no provision has been recorded in the financial statements as of December 31, 2021 and 2010.

*Major Projects* – As of December 31, 2021, the State Bar had contracts and purchase order commitments for major projects of approximately $6.5 million. Those commitments consist of $3.1 million for the Elevator Modernization project, $0.5 million for the Emergency Generator project, $0.3 million for the Chiller project, $1.2 million for ongoing ERP system support, and $1.4 million for several maintenance/support projects for Information Technology, Case Management and Admissions.

## 12. SUBSEQUENT EVENT

After December 31, 2021, and before the issuance of financial statements dated April 29, 2022, the State Bar has evaluated subsequent events and determined that there have been no events that have occurred that would require adjustments to our disclosures in the financial statements.

# REQUIRED SUPPLEMENTARY INFORMATION

*This page is intentionally left blank*

ATTACHMENT A

# THE STATE BAR OF CALIFORNIA
### Schedules of Changes in Net Pension Liability and Related Ratios (Unaudited)
### As of December 31, 2021
### Last 10 Years*

| Measurement Period Ended June 30 | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|
| TOTAL PENSION LIABILITY | | | | | | | | |
| Service Cost | $ 9,507,566 | $ 8,917,807 | $ 8,457,483 | $ 8,413,051 | $ 8,895,961 | $ 7,565,782 | $ 7,286,606 | $ 7,138,657 |
| Interest on total pension liability | 29,737,918 | 28,675,153 | 27,203,790 | 25,675,376 | 25,355,446 | 24,173,396 | 22,279,424 | 20,821,887 |
| Differences between expected and actual experience | (3,175,437) | 3,117,562 | 4,632,331 | (3,317,028) | (1,780,377) | 6,742,939 | 1,619,738 | - |
| Changes in assumptions | - | - | - | (11,012,926) | 21,023,063 | - | (5,466,470) | - |
| Changes in benefits | - | - | - | - | - | - | - | - |
| Benefit payments, including refunds of employee contributions | (20,880,413) | (18,816,672) | (18,044,328) | (16,688,769) | (13,722,132) | (12,312,756) | (11,068,730) | (10,088,607) |
| Net change in total pension liability | 15,189,634 | 21,893,850 | 22,249,276 | 3,069,704 | 39,771,961 | 26,169,361 | 14,650,568 | 17,871,937 |
| Total pension liability - beginning | 424,776,808 | 402,882,958 | 380,633,682 | 377,563,978 | 337,792,017 | 311,622,656 | 296,972,088 | 279,100,151 |
| Total pension liability - ending | $ 439,966,442 | $ 424,776,808 | $ 402,882,958 | $ 380,633,682 | $ 377,563,978 | $ 337,792,017 | $ 311,622,656 | $ 296,972,088 |
| PLAN FIDUCIARY NET POSITION | | | | | | | | |
| Contributions - employer | $ 10,953,471 | $ 9,733,180 | $ 8,155,168 | $ 6,191,049 | $ 5,519,957 | $ 4,864,102 | $ 4,167,567 | $ 4,166,043 |
| Contributions - employee | 4,372,707 | 4,418,214 | 3,793,577 | 3,726,557 | 3,697,300 | 3,437,015 | 3,387,652 | 3,262,781 |
| Net investment income | 77,444,578 | 16,489,470 | 20,781,606 | 25,383,692 | 31,072,914 | 1,591,381 | 6,203,991 | 41,450,031 |
| Benefit payments, including refunds of employee contributions | (20,880,413) | (18,816,672) | (18,044,328) | (16,688,769) | (13,722,132) | (12,312,756) | (11,068,730) | (10,088,607) |
| Net Plan to Plan Resource Movement | - | - | 745 | (745) | - | - | - | - |
| Administrative expenses | (346,711) | (473,294) | (229,266) | (473,766) | (410,263) | (170,929) | (316,734) | - |
| Other Miscellaneous Income/(Expense) | - | - | - | (899,690) | - | - | - | - |
| Net change in plan fiduciary net position | 71,543,632 | 11,350,898 | 14,457,502 | 17,238,328 | 26,157,776 | (2,591,187) | 2,373,746 | 38,790,248 |
| Plan fiduciary net position - beginning | 347,079,011 | 335,728,113 | 321,270,611 | 304,032,283 | 277,874,507 | 280,465,694 | 278,091,948 | 239,301,700 |
| Plan fiduciary net position - ending | $ 418,622,643 | $ 347,079,011 | $ 335,728,113 | $ 321,270,611 | $ 304,032,283 | $ 277,874,507 | $ 280,465,694 | $ 278,091,948 |
| Net pension liability - ending | $ 21,343,799 | $ 77,697,797 | $ 67,154,845 | $ 59,363,071 | $ 73,531,695 | $ 59,917,510 | $ 31,156,962 | $ 18,880,140 |
| Plan fiduciary net position as a percentage of the total pension liability | 95.15% | 81.71% | 83.33% | 84.40% | 80.52% | 82.26% | 90.00% | 93.64% |
| Covered - employee payroll | $ 58,652,475 | $ 54,145,762 | $ 50,333,174 | $ 49,538,071 | $ 50,889,313 | $ 48,452,015 | $ 47,369,513 | $ 43,282,954 |

Notes to Schedule:

Benefit Changes: The figures above do not include any liability impact that may have resulted from plan changes which occurred after the June 30, 2019 valuation date. This applies for voluntary benefit changes as well as any offers of two Years Additional Service Credit (a.k.a. Golden Handshakes).

Changes of Assumptions: During measurement period 2014, the discount rate was 7.50%. During measurement period 2015, the discount rate was increased from 7.50% to 7.65%. There was no change in discount rate during measurement period 2016. During measurement period 2017, the discount rate was reduced from 7.65% to 7.15%. During measurement period 2018, the demographic assumptions and inflation rate were changed in accordance to the CalPERS Experience Study and Review of Actuarial Assumptions December 2017. There were no change in assumptions during measurement period 2019 and 2020.

Other Miscellaneous Expenses: During Fiscal Year 2017-18, as a result of GASB Statement No. 75, *Accounting and Financial reporting for Postemployment Benefit Plans Other than Pension* (GASB 75), CalPERS reported its proportionate share of activity relate to postemployment benefits for participation in the State of California's agent OPEB plan. Accordingly, CalPERS recorded a one-time expense as a result of the adoption of GASB 75.

*Year 2014 was the first year of implementation of GASB Statement No. 68, therefore only eight years of information is shown.

ATTACHMENT A

**THE STATE BAR OF CALIFORNIA**
Schedule of Plan Contributions - Pension (Unaudited)
As of December 31, 2021
Last 10 Years *

| For the Year Ended June 30 | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Actuarially Determined Contribution | $10,953,471 | $ 9,733,180 | $ 8,155,168 | $ 6,191,049 | $ 5,519,957 | $ 4,864,102 | $ 4,167,567 | $ 4,166,043 |
| Contributions in relation to the actuarially determined contributions | (10,953,471) | (9,733,180) | (8,155,168) | (6,191,049) | (5,519,957) | (4,864,102) | (4,167,567) | (4,166,043) |
| Contribution deficiency (excess) | $      - | $      - | $      - | $      - | $      - | $      - | $      - | $      - |
| Covered-employee payroll | $58,652,475 | $54,145,762 | $50,333,174 | $49,538,071 | $50,889,313 | $48,452,015 | $46,082,759 | $43,282,954 |
| Contributions as a percentage of covered-employee payroll | 18.68% | 17.98% | 16.20% | 12.50% | 10.85% | 10.04% | 9.04% | 9.63% |

**Notes to Schedule**

The actuarial methods and assumptions used to set the actuarially determined contributions for the year ended June 30, 2021 was derived from the June 30, 2017 funding valuation report.

| | |
|---|---|
| Actuarial Cost Method | Entry Age Normal |
| Amortization Method | Level percent of payroll |
| Asset Valuation Method | 15 year smooth market |
| Inflation | 2.625% |
| Payroll Growth | 2.875% |
| Projected Salary Increase | Varies by Entry Age and Service |
| Investment Rate of Return | 7.25% net of pension plan investment and administrative expenses, includes inflation |
| Retirement Age | The probabilities of retirement are based on the 20174 CalPERS Experience Study for the period 1997 to |
| Mortality | Pre-retirement and Post-retirement mortality rates include 15 years of projected mortality improvement using 90% of Scale MP-2016 published by the Society of Actuaries. |

*Year 2014 was the first year of implementation of GASB Statement No. 68, therefore only eight years of information is shown.

Exhibit #37: 052
22-CV-01616-BAS-DDL

## THE STATE BAR OF CALIFORNIA
### Schedules of Changes in Net OPEB Liability (Asset) and Related Ratios (Unaudited)
### As of December 31, 2021
### Last 10 Years*

| Measurement Period Ended June 30 | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|
| **Total OPEB Liability** | | | | |
| Service cost | $ 2,534,285 | $ 580,569 | $ 547,707 | $ 489,826 |
| Interest on total OPEB liability | 2,600,287 | 1,071,758 | 1,043,546 | 1,611,348 |
| Differences between actual and expected experience | | 267,916 | - | - |
| Changes of assumptions | | (943,036) | - | - |
| Changes of benefit terms | | 23,750,838 | - | (10,325,826) |
| Benefits payments, including refunds of employee contributions | (1,281,476) | (1,133,033) | (1,172,820) | (1,418,516) |
| | | | | |
| **Net change in total OPEB liability** | 3,853,096 | 23,595,012 | 418,433 | (9,643,168) |
| **Total OPEB liability - beginning** | 41,436,040 | 17,841,028 | 17,422,595 | 27,065,763 |
| **Total OPEB liability - ending** | 45,289,136 | 41,436,040 | 17,841,028 | 17,422,595 |
| | | | | |
| **Plan fiduciary net position** | | | | |
| Contributions - Employer | 4,941,476 | 1,133,033 | 1,922,820 | 2,168,516 |
| Net investment income | 4,209,476 | 1,776,547 | 1,892,678 | 1,111,880 |
| Benefits payments, including refunds of employee contributions | (1,281,476) | (1,133,033) | (1,172,820) | (1,418,516) |
| Administrative expense | (16,556) | (14,162) | (12,821) | (12,109) |
| | | | | |
| **Net change in plan fiduciary net position** | 7,852,920 | 1,762,385 | 2,629,857 | 1,849,771 |
| **Plan fiduciary net position - beginning** | 29,819,206 | 28,056,821 | 25,426,964 | 23,577,193 |
| **Plan fiduciary net position - ending** | 37,672,126 | 29,819,206 | 28,056,821 | 25,426,964 |
| | | | | |
| **Plan net OPEB liability (asset) - ending** | $ 7,617,010 | $ 11,616,834 | $(10,215,793) | $ (8,004,369) |
| | | | | |
| Plan fiduciary net position as a percentage of the total OPEB liability | 83.2% | 72.0% | 157.3% | 145.9% |
| | | | | |
| Covered-employee payroll | $58,652,475 | $ 54,145,762 | $ 50,333,174 | $49,538,071 |
| | | | | |
| Plan net OPEB (Asset) as a percentage of covered-employee payroll | 12.99% | 21.45% | -20.30% | -16.16% |

**Notes to Schedule:**

**Changes in assumptions** – During Measurement Period 2020, the healthcare trend rate for vision and PEMCHA minimum contribution decreased from 3.25% to 3.00%.

**Changes in benefit terms** - During Measurement Period 2018, the State Bar transitioned its health coverage to CalPERS health. Effective January 1, 2020, the State Bar updated the post-employment retiree health benefits for confidential, non-executive represented, judges and executive employees resulting in a $23.7 million change.

*Year 2018 was the first year implementation of GASB Statement No. 75, therefore only four years of information is shown.

ATTACHMENT A

## THE STATE BAR OF CALIFORNIA
### Schedules of Contribution - OPEB Plan (Unaudited)
### As of December 31, 2021
### Last 10 Years *

| | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|
| Actuarially determined contribution | $ 3,503,000 | $ 3,660,000 | $ - | $ - |
| Contributions | 4,623,159 | 4,603,702 | 1,150,166 | 2,179,258 |
| Contribution deficiency (excess) | $ (1,120,159) | $ (943,702) | $ (1,150,166) | $ (2,179,258) |
| Covered payroll (measurement period ended June 30) | $ 58,652,475 | $ 54,145,762 | $ 50,333,174 | $ 49,538,071 |
| Contribution as a percentage of covered-employee payroll | 7.9% | 8.5% | 2.3% | 4.4% |

**Notes to Schedule**
The actuarial methods and assumptions used to set the actuarially determined contribution for the year ended December 31, 2021 was derived from the January 1, 2020 actuarial valuation as follows:

| | |
|---|---|
| Actuarial Cost Method | Entry Age Normal, Level Percentage of Payroll |
| Asset Valuation Method | Investment gains and losses spread over 5-year rolling period |
| Actuarial Assumptions: | |
| Discount Rate | 6.00% |
| Inflation | 2.50% |
| Healthcare Trend Rate | Trend assumption based on the "Getsen" model developed by the Society of Actuaries. Assumed the vision cost would increase at an annual rate of 3.00% and 3.25%, respectively, for January 1, 2020 and 2018 valuations. Assumed the PEMCHA minimum contribution would grow with general medical inflation, and assumed the medical CPI increase at an annual rate of 3.00% and 3.25%, respectively, for January 1, 2020 and 2018 valuations. |
| Mortality | CalPERS Mortality rates which include 15 years of projected on-going improvement using 90 percent of scale MP-16. |

* Year 2018 was the first year implementation of GASB Statement No. 75, therefore only four years of information is shown.

Exhibit #37: 053
22-CV-01616-BAS-DDL



**SUPPLEMENTARY INFORMATION**

*This page is intentionally left blank*

ATTACHMENT A

**THE STATE BAR OF CALIFORNIA**
Supplementary Information
Program Funds Schedule of Net Position
December 31, 2021

| | General Fund | SF Tenant Improvement | Admissions | Grants | Client Security |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets | | | | | |
| Cash and cash equivalents | $ 7,824,881 | $ 19,488,070 | $ 16,581,143 | $ 19,916,227 | $ 6,044,148 |
| Investments | 20,614,031 | - | - | - | - |
| Accounts and other receivables, net | | | | | |
| of allowance for uncollectible accounts of | | | | | |
| $1,867,889 in 2021 and 2020 | 1,219,199 | - | - | - | - |
| Other current assets | 2,596,624 | - | 3,002 | - | - |
| Total current assets | 32,254,735 | 19,488,070 | 16,584,145 | 19,916,227 | 6,044,148 |
| Noncurrent assets | | | | | |
| Restricted cash | 3,172,743 | - | - | - | - |
| Restricted Investments | 11,996,760 | - | - | - | - |
| Capital assets | | | | | |
| Nondepreciable | 19,778,580 | - | - | - | - |
| Depreciable, net | 82,512,244 | - | - | - | - |
| Total noncurrent assets | 117,460,327 | - | - | - | - |
| Total assets | 149,715,062 | 19,488,070 | 16,584,145 | 19,916,227 | 6,044,148 |
| **DEFERRED OUTFLOWS OF RESOURCES** | | | | | |
| Pension items | 7,881,618 | - | - | - | - |
| Other postemployment benefits items | 4,282,095 | - | - | - | - |
| Total deferred outflows of resources | 12,163,713 | - | - | - | - |
| Total assets and deferred outflows of resources | 161,878,775 | 19,488,070 | 16,584,145 | 19,916,227 | 6,044,148 |
| **LIABILITIES** | | | | | |
| Current liabilities | | | | | |
| Accounts payable and other liabilities | 12,324,736 | 126,342 | 231,615 | - | 69,296 |
| Unearned fees collected in advance | 20,377,312 | - | 5,356,585 | 19,633,333 | 1,960,633 |
| Loans payable | 811,000 | 1,907,584 | - | - | - |
| Total current liabilities | 33,513,048 | 2,033,926 | 5,588,200 | 19,633,333 | 2,029,929 |
| Noncurrent liabilities | | | | | |
| Loans payable | 12,426,000 | 18,582,989 | - | - | - |
| Compensated absences | 3,479,525 | - | 347,420 | - | 103,944 |
| Net OPEB liability | 7,617,010 | - | - | - | - |
| Net pension liability | 21,343,799 | - | - | - | - |
| Total noncurrent liabilities | 44,866,334 | 18,582,989 | 347,420 | - | 103,944 |
| Total liabilities | 78,379,382 | 20,616,915 | 5,935,620 | 19,633,333 | 2,133,873 |
| **DEFERRED INFLOWS OF RESOURCES** | | | | | |
| Pension items | 40,217,597 | - | - | - | - |
| Other postemployment benefits items | 2,712,425 | - | - | - | - |
| Total deferred inflows of resources | 42,930,022 | - | - | - | - |
| Total liabilities and deferred inflows of resources | 121,309,404 | 20,616,915 | 5,935,620 | 19,633,333 | 2,133,873 |
| **NET POSITION** | | | | | |
| Net investments in capital assets | 89,053,824 | (20,490,573) | - | - | - |
| Restricted for: | | | | | |
| Enabling legislation | - | - | 10,648,525 | - | 3,910,275 |
| Other restrictions | 15,169,503 | - | - | 282,894 | - |
| Unrestricted | (63,653,956) | 19,361,728 | - | - | - |
| Total net position | $ 40,569,371 | $ (1,128,845) | $ 10,648,525 | $ 282,894 | $ 3,910,275 |

THE STATE BAR OF CALIFORNIA
Supplementary Information
Program Funds Schedule of Net Position
December 31, 2021

| | Elimination of Bias | Equal Access | Information Technology Special Assessment | Justice Gap Fund | Lawyers Assistance Program |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets | | | | | |
| Cash and cash equivalents | $ 397,466 | $ 3,536,837 | $ 6,224 | $ 3,829,861 | $ 2,111,491 |
| Investments | - | - | - | - | - |
| Accounts and other receivables, net of allowance for uncollectible accounts of $1,867,889 in 2021 and 2020 | - | - | - | - | - |
| Other current assets | - | - | - | - | 14,967 |
| Total current assets | 397,466 | 3,536,837 | 6,224 | 3,829,861 | 2,126,458 |
| | | | | | |
| Noncurrent assets | | | | | |
| Restricted cash | - | - | - | - | - |
| Restricted Investments | - | - | - | - | - |
| Capital assets | | | | | |
| Nondepreciable | - | - | - | - | - |
| Depreciable, net | - | - | - | - | - |
| Total noncurrent assets | - | - | - | - | - |
| Total assets | 397,466 | 3,536,837 | 6,224 | 3,829,861 | 2,126,458 |
| | | | | | |
| **DEFERRED OUTFLOWS OF RESOURCES** | | | | | |
| Pension items | - | - | - | - | - |
| Other postemployment benefits items | - | - | - | - | - |
| Total deferred outflows of resources | - | - | - | - | - |
| Total assets and deferred outflows of resources | 397,466 | 3,536,837 | 6,224 | 3,829,861 | 2,126,458 |
| | | | | | |
| **LIABILITIES** | | | | | |
| Current liabilities | | | | | |
| Accounts payable and other liabilities | - | 3,782 | - | - | 28,509 |
| Unearned fees collected in advance | 87,020 | - | - | 331,620 | 515,783 |
| Loans payable | - | - | - | - | - |
| Total current liabilities | 87,020 | 3,782 | - | 331,620 | 544,292 |
| | | | | | |
| Noncurrent liabilities | | | | | |
| Loans payable | - | - | - | - | - |
| Compensated absences | - | - | - | - | 42,764 |
| Net OPEB liability | - | - | - | - | - |
| Net pension liability | - | - | - | - | - |
| Total noncurrent liabilities | - | - | - | - | 42,764 |
| Total liabilities | 87,020 | 3,782 | - | 331,620 | 587,056 |
| | | | | | |
| **DEFERRED INFLOWS OF RESOURCES** | | | | | |
| Pension items | - | - | - | - | - |
| Other postemployment benefits items | - | - | - | - | - |
| Total deferred inflows of resources | - | - | - | - | - |
| Total liabilities and deferred inflows of resources | 87,020 | 3,782 | - | 331,620 | 587,056 |
| | | | | | |
| **NET POSITION** | | | | | |
| Net investments in capital assets | - | - | - | - | - |
| Restricted for: | | | | | |
| Enabling legislation | - | 3,533,055 | 6,224 | 3,498,241 | 1,539,402 |
| Other restrictions | 310,446 | - | - | - | - |
| Unrestricted | - | - | - | - | - |
| Total net position | $ 310,446 | $ 3,533,055 | $ 6,224 | $ 3,498,241 | $ 1,539,402 |

ATTACHMENT A

**THE STATE BAR OF CALIFORNIA**
**Supplementary Information**
**Program Funds Schedule of Net Position**
**December 31, 2021**

| | Legislative Activities | Legal Services Trust | Legal Specialization | Bank Settlement | Grand Total |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets | | | | | |
| Cash and cash equivalents | $ 528,731 | $ 29,044,676 | $ 7,008,519 | $ 7,139,874 | $ 123,458,148 |
| Investments | - | - | - | - | 20,614,031 |
| Accounts and other receivables, net | | | | | |
| of allowance for uncollectible accounts of | | | | | |
| $1,867,889 in 2021 and 2020 | - | 2,005,298 | - | - | 3,224,497 |
| Other current assets | - | - | - | - | 2,614,593 |
| Total current assets | 528,731 | 31,049,974 | 7,008,519 | 7,139,874 | 149,911,269 |
| | | | | | |
| Noncurrent assets | | | | | |
| Restricted cash | - | - | - | - | 3,172,743 |
| Restricted Investments | - | - | - | - | 11,996,760 |
| Capital assets | | | | | |
| Nondepreciable | - | - | - | - | 19,778,580 |
| Depreciable, net | - | - | - | - | 82,512,244 |
| Total noncurrent assets | - | - | - | - | 117,460,327 |
| Total assets | 528,731 | 31,049,974 | 7,008,519 | 7,139,874 | 267,371,596 |
| | | | | | |
| **DEFERRED OUTFLOWS OF RESOURCES** | | | | | |
| Pension items | - | - | - | - | 7,881,618 |
| Other postemployment benefits items | - | - | - | - | 4,282,095 |
| Total deferred outflows of resources | - | - | - | - | 12,163,713 |
| Total assets and deferred outflows of resources | 528,731 | 31,049,974 | 7,008,519 | 7,139,874 | 279,535,309 |
| | | | | | |
| **LIABILITIES** | | | | | |
| Current liabilities | | | | | |
| Accounts payable and other liabilities | 10,850 | 28,494 | 8,367 | - | 12,831,991 |
| Unearned fees collected in advance | 205,050 | 1,882,075 | 623,805 | - | 50,973,216 |
| Loans payable | - | - | - | - | 2,718,584 |
| Total current liabilities | 215,900 | 1,910,569 | 632,172 | - | 66,523,791 |
| | | | | | |
| Noncurrent liabilities | | | | | |
| Loans payable | - | - | - | - | 31,008,989 |
| Compensated absences | 16,275 | 42,741 | 12,551 | - | 4,045,220 |
| Net OPEB liability | - | - | - | - | 7,617,010 |
| Net pension liability | - | - | - | - | 21,343,799 |
| Total noncurrent liabilities | 16,275 | 42,741 | 12,551 | - | 64,015,018 |
| Total liabilities | 232,175 | 1,953,310 | 644,723 | - | 130,538,809 |
| | | | | | |
| **DEFERRED INFLOWS OF RESOURCES** | | | | | |
| Pension items | - | - | - | - | 40,217,597 |
| Other postemployment benefits items | - | - | - | - | 2,712,425 |
| Total deferred inflows of resources | - | - | - | - | 42,930,022 |
| Total liabilities and deferred inflows of resources | 232,175 | 1,953,310 | 644,723 | - | 173,468,831 |
| | | | | | |
| **NET POSITION** | | | | | |
| Net investments in capital assets | - | - | - | - | 68,563,251 |
| Restricted for: | | | | | |
| Enabling legislation | 296,556 | 29,096,664 | 6,363,796 | 7,139,874 | 66,032,612 |
| Other restrictions | - | - | - | - | 15,762,843 |
| Unrestricted | - | - | - | - | (44,292,228) |
| | | | | | |
| Total net position | $ 296,556 | $ 29,096,664 | $ 6,363,796 | $ 7,139,874 | $ 106,066,478 |

Exhibit #37: 059
22-CV-01616-BAS-DDL

ATTACHMENT A

**THE STATE BAR OF CALIFORNIA**
Supplementary Information
Program Funds Schedule of Revenues, Expenses, and Changes in Net Position
Years Ended December 31, 2021

| | General Fund | SF Tenant Improvement | Admissions | Grants | Client Security |
|---|---|---|---|---|---|
| **OPERATING REVENUES** | | | | | |
| Licensee fees and donations | $   83,882,829 | $          - | $   879,905 | $          - | $   8,061,178 |
| Examination application fees | - | - | 17,262,838 | - | - |
| Trust account revenue | - | - | - | - | - |
| Seminar/workshop revenue | 3,375 | - | - | - | - |
| Legal specialization fees | - | - | - | - | - |
| Law corporation registration fees | 1,808,170 | - | - | - | - |
| Continuing legal education fees | 664,984 | - | - | - | - |
| Grant revenue | - | - | - | 9,923,704 | - |
| EAF AB145 filing fee revenue | - | - | - | - | - |
| Other revenue | 62,438 | - | 830,965 | - | 24,075 |
| Unallocated Pension gain | 15,379,467 | - | - | - | - |
| Total operating revenues | 101,801,263 | - | 18,973,708 | 9,923,704 | 8,085,253 |
| | | | | | |
| **OPERATING EXPENSES** | | | | | |
| Chief Trial Counsel | 59,124,212 | - | - | - | - |
| State Bar Court | 13,739,100 | - | - | - | - |
| Attorney Regulation and Consumer Resources | 5,968,145 | - | - | - | - |
| Professional Competence | 3,292,881 | - | - | - | - |
| Probation | 1,762,906 | - | - | - | - |
| Mandatory Fee Arbitration | 44,409 | - | - | - | - |
| Judicial Evaluation | 250,065 | - | - | - | - |
| Center on Access to Justice | 1,020,819 | - | - | - | - |
| Communications | 976,725 | - | - | - | - |
| Governance | 3,437,857 | - | - | - | - |
| Lawyer Assistance Program | - | - | - | - | - |
| Client Security Fund | - | - | - | - | 6,407,813 |
| Admissions | - | - | 18,782,655 | - | - |
| Grants | - | - | - | 9,896,097 | - |
| General and administration | 6,025,427 | 143,312 | - | (6,852) | - |
| Total operating expenses | 95,642,546 | 143,312 | 18,782,655 | 9,889,245 | 6,407,813 |
| | | | | | |
| OPERATING INCOME (LOSS) | 6,158,717 | (143,312) | 191,053 | 34,459 | 1,677,440 |
| | | | | | |
| **NONOPERATING REVENUES AND EXPENSES** | | | | | |
| Investment (loss) income | 46,055 | (502) | (6,738) | - | (1,662) |
| Rental income | 3,133,009 | - | - | - | - |
| Interest expense on loan | (307,724) | (374,441) | - | - | - |
| Total nonoperating revenues and expenses | 2,871,340 | (374,943) | (6,738) | - | (1,662) |
| | | | | | |
| INCOME/(LOSS) BEFORE TRANSFERS | 9,030,057 | (518,255) | 184,315 | 34,459 | 1,675,778 |
| | | | | | |
| Transfer in | 57,091 | - | - | - | 5,520 |
| Transfer out | (60,307) | - | (101,389) | - | (2,315) |
| CHANGE IN NET POSITION | 9,026,841 | (518,255) | 82,926 | 34,459 | 1,678,983 |
| NET POSITION—beginning of year | 31,542,530 | (610,590) | 10,565,599 | 248,435 | 2,231,292 |
| NET POSITION—end of year | $   40,569,371 | $  (1,128,845) | $   10,648,525 | $   282,894 | $   3,910,275 |

Exhibit #37: 069
22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
Supplementary Information
Program Funds Schedule of Revenues, Expenses, and Changes in Net Position
Years Ended December 31, 2021

| | Elimination of Bias | Equal Access | Information Technology Special Assessment | Justice Gap Fund | Lawyers Assistance Program |
|---|---|---|---|---|---|
| **OPERATING REVENUES** | | | | | |
| Licensee fees and donations | $ 314,893 | $ - | $ - | $ 1,175,151 | $ 2,104,211 |
| Examination application fees | - | - | - | - | - |
| Trust account revenue | - | - | - | - | - |
| Seminar/workshop revenue | - | - | - | - | - |
| Legal specialization fees | - | - | - | - | - |
| Law corporation registration fees | - | - | - | - | - |
| Continuing legal education fees | - | - | - | - | 112 |
| Grant revenue | - | 20,392,000 | - | - | - |
| EAF AB145 filing fee revenue | - | 5,482,000 | - | - | - |
| Other revenue | - | 486,000 | - | - | - |
| Unallocated Pension gain | - | - | - | - | - |
| Total operating revenues | 314,893 | 26,360,000 | - | 1,175,151 | 2,104,323 |
| | | | | | |
| **OPERATING EXPENSES** | | | | | |
| Chief Trial Counsel | - | - | - | - | - |
| State Bar Court | - | - | - | - | - |
| Attorney Regulation and Consumer Resources | - | - | - | - | - |
| Professional Competence | - | - | - | - | - |
| Probation | - | - | - | - | - |
| Mandatory Fee Arbitration | - | - | - | - | - |
| Judicial Evaluation | - | - | - | - | - |
| Center on Access to Justice | - | - | - | - | - |
| Communications | - | - | - | - | - |
| Governance | - | - | - | - | - |
| Lawyer Assistance Program | - | - | - | - | 2,286,347 |
| Client Security Fund | - | - | - | - | - |
| Admissions | - | - | - | - | - |
| Grants | - | 24,396,022 | - | - | - |
| General and administration | 338,044 | 900,498 | - | 13,719 | - |
| Total operating expenses | 338,044 | 25,296,520 | - | 13,719 | 2,286,347 |
| | | | | | |
| **OPERATING INCOME (LOSS)** | (23,151) | 1,063,480 | - | 1,161,432 | (182,024) |
| | | | | | |
| **NONOPERATING REVENUES AND EXPENSES** | | | | | |
| Investment (loss) income | (177) | (7,018) | - | (1,552) | (1,809) |
| Rental income | - | - | - | - | - |
| Interest expense on loan | - | - | - | - | - |
| Total nonoperating revenues and expenses | (177) | (7,018) | - | (1,552) | (1,809) |
| | | | | | |
| **INCOME/(LOSS) BEFORE TRANSFERS** | (23,328) | 1,056,462 | - | 1,159,880 | (183,833) |
| | | | | | |
| Transfer in | - | - | - | - | 1,400 |
| Transfer out | - | - | - | (1,500,000) | - |
| CHANGE IN NET POSITION | (23,328) | 1,056,462 | - | (340,120) | (182,433) |
| NET POSITION—beginning of year | 333,774 | 2,476,593 | 6,224 | 3,838,361 | 1,721,835 |
| NET POSITION - end of year | $ 310,446 | $ 3,533,055 | $ 6,224 | $ 3,498,241 | $ 1,539,402 |

Exhibit #37: 060
22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
Supplementary Information
Program Funds Schedule of Revenues, Expenses, and Changes in Net Position
Years Ended December 31, 2021

| | Legislative Activities | Legal Services Trust | Legal Specialization | Bank Settlement | Interfunds Eliminations | Grand Total |
|---|---|---|---|---|---|---|
| **OPERATING REVENUES** | | | | | | |
| Licensee fees and donations | $726,163 | $ 6,926,358 | $ - | $ - | $ - | $ 104,070,688 |
| Examination application fees | - | - | - | - | - | 17,262,838 |
| Trust account revenue | - | 22,526,029 | - | - | - | 22,526,029 |
| Seminar/workshop revenue | - | - | - | - | - | 3,375 |
| Legal specialization fees | - | - | 2,264,062 | - | - | 2,264,062 |
| Law corporation registration fees | - | - | - | - | - | 1,808,170 |
| Continuing legal education fees | - | - | 16,248 | - | - | 681,344 |
| Grant revenue | - | - | - | - | - | 30,315,704 |
| EAF AB145 filing fee revenue | - | - | - | - | - | 5,482,000 |
| Other revenue | - | - | 90,746 | - | - | 1,494,224 |
| Unallocated Pension gain | - | - | - | - | - | 15,379,467 |
| Total operating revenues | 726,163 | 29,452,387 | 2,371,056 | - | - | 201,287,901 |
| | | | | | | |
| **OPERATING EXPENSES** | | | | | | |
| Chief Trial Counsel | - | - | - | - | - | 59,124,212 |
| State Bar Court | - | - | - | - | - | 13,739,100 |
| Attorney Regulation and Consumer Resources | - | - | - | - | - | 5,968,145 |
| Professional Competence | - | - | - | - | - | 3,292,881 |
| Probation | - | - | - | - | - | 1,762,906 |
| Mandatory Fee Arbitration | - | - | - | - | - | 44,409 |
| Judicial Evaluation | - | - | - | - | - | 250,065 |
| Center on Access to Justice | - | - | - | - | - | 1,020,819 |
| Communications | - | - | - | - | - | 976,725 |
| Governance | - | - | - | - | - | 3,437,857 |
| Lawyer Assistance Program | - | - | - | - | - | 2,286,347 |
| Client Security Fund | - | - | - | - | - | 6,407,813 |
| Admissions | - | - | - | - | - | 18,782,655 |
| Grants | - | 23,951,697 | - | 2,272,758 | - | 60,516,574 |
| General and administration | 779,777 | 2,441,111 | 1,746,876 | 148,952 | - | 12,530,864 |
| Total operating expenses | 779,777 | 26,392,808 | 1,746,876 | 2,421,710 | - | 190,141,372 |
| | | | | | | |
| OPERATING INCOME (LOSS) | (53,614) | 3,059,579 | 624,180 | (2,421,710) | - | 11,146,529 |
| | | | | | | |
| **NONOPERATING REVENUES AND EXPENSES** | | | | | | |
| Investment (loss) income | (323) | (21,590) | (2,377) | (9,955) | - | (7,648) |
| Rental income | - | - | - | - | - | 3,133,009 |
| Interest expense on loan | - | - | - | - | - | (682,165) |
| Total nonoperating revenues and expenses | (323) | (21,590) | (2,377) | (9,955) | - | 2,443,196 |
| | | | | | | |
| INCOME/(LOSS) BEFORE TRANSFERS | (53,937) | 3,037,989 | 621,803 | (2,431,665) | - | 13,589,725 |
| | | | | | | |
| Transfer in | - | 1,500,000 | 100,000 | - | (1,664,011) | - |
| Transfer out | - | - | - | - | 1,664,011 | - |
| CHANGE IN NET POSITION | (53,937) | 4,537,989 | 721,803 | (2,431,665) | - | 13,589,725 |
| NET POSITION—beginning of year | 350,493 | 24,558,675 | 5,641,993 | 9,571,539 | - | 92,476,753 |
| NET POSITION - end of year | $ 296,556 | $ 29,096,664 | $ 6,363,796 | $ 7,139,874 | $ - | $ 106,066,478 |

Exhibit #37: 062
22-CV-01616-BAS-DDL



## The State Bar *of California*

# 2021 Annual Legal Services Trust Fund
# Program Report

### Pursuant to Business and Professions Code sections 6145 and 6222

**April 29, 2022**

Exhibit #37: 0632
22-CV-01616-BAS-DDL

ATTACHMENT B

Draft 4/20/2022

**Independent Accountant's Report**

To the Boards of Trustees
State Bar of California

We have examined the State Bar of California's ("State Bar") compliance with the requirements described in the California Business and Professions Code, Article 14 Funds for the Provision of Legal Services to Indigent Persons, sections 6210-6228 (the Code) for the year ended December 31, 2021, whereby interest earned on certain client trust accounts held by California attorneys is forwarded regularly to the State Bar. After the payment of administrative costs, the State Bar distributes eighty-five percent of the funds to qualified legal service projects and fifteen percent of the funds to qualified support centers. The financial activity of the Legal Services Trust Fund is included in the accompanying Operating Statement (the Operating Statement) and related notes. Management of the State Bar is responsible for the State Bar's compliance with those requirements. Our responsibility is to express an opinion on the State Bar's compliance based on our examination.

Our examination was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. Those standards require that we plan and perform the examination to obtain reasonable assurance about whether the State Bar complied, in all material respects, with the requirements of the Code. An examination involves performing procedures to obtain evidence about whether the State Bar complied with the requirements of the Code. The nature, timing, and extent of the procedures selected depend on our judgment, including an assessment of the risks of material misstatement of the State Bar's compliance with the requirements of the Code, whether due to fraud or error. We believe that the evidence we obtained is sufficient and appropriate to provide a reasonable basis for our opinion. Our examination does not provide a legal determination on the State Bar's compliance with specified requirements.

In our opinion, the State Bar complied, in all material respects, with the aforementioned requirements of the Code for the year ended December 31, 2021.

Our examination was conducted for the purpose of assessing compliance with the requirements of the Code, as reported in the Operating Statement. The supplementary information in Schedule 1, Schedule 1a and Schedule 2 are presented for the purposes of additional analysis and are not a required part of the Operating Statement. The supplementary information has not been subjected to the compliance procedures of the Code and, accordingly, we express no opinion on them.

This report is intended solely for the information and use of the Boards of Trustees and Management of the State Bar, and it is not intended to be, and should not be, used by anyone other than these specified parties.

San Francisco, California
April 29, 2022

ATTACHMENT B

Draft 4/20/2022

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Trust Fund Operating Statement**

|  | 2021 | |
|---|---:|---:|
| **Revenues:** | | |
| Trust Account Revenue | $ 22,526,029 | |
| Fee Statement Donations | 6,158,012 | |
| Transfers from Justice Gap Fund | 1,500,000 | |
| Voluntary Fees/Donation - PLL | 768,346 | |
| **Total Revenues (Note 2)** | | 30,952,387 |
| | | |
| **Expenses:** | | |
| Grants to Legal Services Projects (Schedule1A) | 18,872,951 | |
| Additional Grants to Pro Bono Programs (Schedule 1A) | 1,546,800 | |
| Grants to Support Centers (Schedule 2) | 3,531,946 | |
| **Total Grant Allocation (Note 3)** | | 23,951,697 |
| | | |
| **Add:** | | |
| Grant Expense - PPL (Schedule - 3) | 647,000 | |
| Investment Loss | 21,590 | |
| Administrative Costs (Note 4) | 1,794,111 | |
| **Total Additional Expenses** | | 2,462,701 |
| | | |
| **Total Expenses** | | 26,414,398 |
| | | |
| Net Operating Surplus/(Deficit) (Note 5) | | 4,537,989 |
| | | |
| Beginning Fund Balance | | 24,558,675 |
| | | |
| **Ending Fund Balance (Note 6)** | | $ 29,096,664 |

ATTACHMENT B

Draft 4/20/2022

**The State Bar of California**
**Office of Access & Inclusion**
**Notes to the Legal Services Trust Fund Operating Statement**
**For the Year Ended December 31, 2021**

(1) <u>Legal Services Trust Fund</u>

In 1981, legislation was enacted by the State of California to expand the availability and improve the quality of existing free legal services in civil matters to indigent persons, and to initiate new programs that would provide such services. Under the provisions of Business and Professions Code sections 6210-6228, interest earned on certain client trust accounts held by California attorneys is forwarded regularly to the State Bar of California (State Bar). After the payment of administrative costs, the State Bar distributes eighty-five percent of the funds to qualified legal services projects and fifteen percent of the funds to qualified legal support centers.

(2) <u>Total Revenues</u>

The State Bar's policy is to recognize revenue for the calendar year in which interest is earned on Interest on Lawyers Trust Accounts (IOLTA). This report also includes other revenue sources that are distributed with IOLTA funds.

(3) <u>Grant Allocation</u>

IOLTA grants are allocated on a calendar year basis beginning January 1 and ending December 31. The total amount allocated for grants each year is determined by considering the projected fund balance as of January 1 and the projected income and expenses for the grant year. The 2021 grant allocation was calculated as follows:

| | |
|---|---:|
| Projected Net Assets as of January 1, 2021 | 19,684,821 |
| Projected IOLTA Interest Revenue | 8,200,000 |
| Legal Services Contributions from Fee Statement | 4,932,382 |
| Projected Justice Gap Revenue | 800,000 |
| Investment Income | 200,000 |
| Net Administrative Expenses | (2,100,000) |
| Fund Balance Reserved for Future Periods | (8,170,928) |
| Adjustments to Grants | 405,422 |
| **2021 Calendar Year Grant Allocation** | **$ 23,951,697** |

(4) <u>Administrative Costs</u>

Operating expenses of $1,794,111 incurred to administer the program are deducted from the Trust Fund revenue. Administrative costs include direct $1,090,295 and indirect $703,816 costs. For indirect cost allocation, the State Bar adopted a standardized cost allocation methodology (CAM), which distributes to individual functional programs the central administrative costs captured in the State Bar's support and administrative cost centers including, Human

Draft 4/20/2022

**The State Bar of California**
**Office of Access & Inclusion**
**Notes to the Legal Services Trust Fund Operating Statement**
**For the Year Ended December 31, 2021**

Resources, Finance, Information Technology, Board of Trustees, General Services and General Counsel.

(5) <u>Net Operating Surplus</u>

Grants are recognized as an expense in the year in which they are allocated rather than when they are actually paid out and revenues are recognized as earned. "Net Operating Surplus" represents the excess of total revenues over expenses in a calendar-year.

(6) <u>Ending Fund Balance</u>

The Ending Fund Balance is reserved for future grant allocations and administration expenses. Grant payments are to be made from funds received pursuant to Business and Professions Code section 6212, voluntary contributions, and the income earned from investment of such funds. All grant agreements provide that payment of grants is contingent upon the State Bar having sufficient funds on hand from such sources to make the scheduled payments.

(7) <u>Grant Distribution</u>

Section 6216 sets forth the system for distributing grants as follows: "The State Bar shall distribute all moneys received under the program established by this article for the provision of civil legal services to indigent persons. The funds first shall be distributed 18 months from the effective date of this article, or upon such a date, as shall be determined by the State Bar, that adequate funds are available to initiate the program. Thereafter, the funds shall be distributed on an annual basis. All distributions of funds shall be made in the following order and in the following manner:

<u>Administrative Costs</u> Section 6216(a). To pay the actual administrative costs of the program, including any costs incurred after the adoption of this article and a reasonable reserve therefore.

ATTACHMENT B

Draft 4/20/2022

**The State Bar of California**
**Office of Access & Inclusion**
**Notes to the Legal Services Trust Fund Operating Statement**
**For the Year Ended December 31, 2021**

<u>Legal Services Project Grants</u> Section 6216(b). Eighty-five percent of the funds remaining after payment of administrative costs allocated pursuant to this article shall be distributed to qualified legal services projects. Distribution shall be by a pro rata county-by-county formula based upon the number of persons whose income is 125 percent or less of the current poverty threshold per county. For the purposes of this section, the source of data identifying the number of persons per county shall be the latest available figures from the United States Department of Commerce, Bureau of the Census. Projects from more than one county may pool their funds to operate a joint, multicounty legal services project serving each of their respective counties.

Section 6216(b)(1)(A). In any county which is served by more than one qualified legal services project, the State Bar shall distribute funds for the county to those projects which apply on a pro rata basis, based upon the amount of their total budget expended in the prior year for legal services in that county as compared to the total expended in the prior year for legal services by all qualified legal services projects applying therefore in the county. In determining the amount of funds to be allocated to a qualified legal services project specified in paragraph (2) of subdivision (a) Section 6213, the State Bar shall recognize only expenditures attributable to the representation of indigent persons as constituting the budget of the program.

<u>Pro Bono Grants</u> Section 6216(b)(1)(B). The State Bar shall reserve 10 percent of the funds allocated to the county for distribution to programs meeting the standards of subparagraph (A) of paragraph (3) and paragraphs (1) and (2) of subdivision (b) of Section 6214 and which perform the services described in subparagraph (A) of paragraph (3) of Section 6214 as their principal means of delivering legal services. The State Bar shall distribute the funds for that county to those programs which apply on a pro rata basis, based upon the amount of their total budget expended for free legal services in that county as compared to the total expended for free legal services by all programs to meeting the standards of subparagraph (A) of paragraph (3) and paragraphs (1) and (2) of subdivision (b) of Section 6214 in that county. The State Bar shall distribute any funds for which no program has qualified pursuant hereto, in accordance with the provisions of subparagraph (A) of paragraph (1) of this subdivision.

ATTACHMENT B

Draft 4/20/2022

**The State Bar of California**
**Office of Access & Inclusion**
**Notes to the Legal Services Trust Fund Operating Statement**
**For the Year Ended December 31, 2021**

<u>Support Center Grants</u> Section 6216(c). Fifteen percent of the funds remaining after payment of administrative costs allocated for the purposes of this article shall be distributed equally by the State Bar to qualified support centers which apply for the funds. The funds provided to support centers shall be used only for the provision of legal services within California. Qualified support centers that receive funds to provide services to qualified legal services projects from sources other than this article, shall submit and shall have approved by the State Bar a plan assuring that the services funded under this article are in addition to those already funded for qualified legal services projects by other sources."

The detailed breakdown of grants by county is set forth in Schedule 1 (2021 Grants by County). The detailed breakdown of grants to qualified legal services projects can be found in Schedule 1A (2021 Grants to Legal Services Projects by County). Grants to qualified Support Centers are described in Schedule 2 (2021 Grants to Support Centers).

<u>Provisionally Licensed Lawyers Grant</u> Section 6140.03(b)(1). Five dollars ($5) of the annual license fee shall be allocated to qualified legal services projects or qualified support centers as defined in Section 6213 to hire law school graduates with a temporary provisional license issued by the State Bar.

Exhibit #37: 069
22-CV-01616-BAS-DDL

ATTACHMENT B

Draft 4/20/2022

SCHEDULE 1

### The State Bar of California
### Office of Access & Inclusion
### 2021 Grants by County

| COUNTY | GRANTS | COUNTY | GRANTS |
|---|---|---|---|
| Alameda Total | $ 601,970 | Orange Total | $ 1,314,710 |
| Alpine Total | 750 | Placer Total | 106,560 |
| Amador Total | 12,880 | Plumas Total | 7,890 |
| Butte Total | 157,130 | Riverside Total | 1,310,243 |
| Calaveras Total | 18,680 | Sacramento Total | 840,070 |
| Colusa Total | 11,010 | San Benito Total | 20,930 |
| Contra Costa Total | 374,860 | San Bernardino Total | 1,668,318 |
| Del Norte Total | 19,230 | San Diego Total | 1,477,190 |
| El Dorado Total | 59,160 | San Francisco Total | 328,160 |
| Fresno Total | 811,680 | San Joaquin Total | 427,700 |
| Glenn Total | 17,360 | San Luis Obispo Total | 123,580 |
| Humboldt Total | 97,240 | San Mateo Total | 197,010 |
| Imperial Total | 142,360 | Santa Barbara Total | 226,950 |
| Inyo Total | 6,730 | Santa Clara Total | 555,080 |
| Kern Total | 676,680 | Santa Cruz Total | 133,660 |
| Kings Total | 100,510 | Shasta Total | 106,780 |
| Lake Total | 45,260 | Sierra Total | 1,190 |
| Lassen Total | 10,370 | Siskiyou Total | 29,490 |
| Los Angeles Total | 5,843,240 | Solano Total | 167,170 |
| Madera Total | 109,810 | Sonoma Total | 189,380 |
| Marin Total | 70,770 | Stanislaus Total | 326,720 |
| Mariposa Total | 8,840 | Sutter Total | 56,510 |
| Mendocino Total | 57,180 | Tehama Total | 48,870 |
| Merced Total | 221,860 | Trinity Total | 9,230 |
| Modoc Total | 5,200 | Tulare Total | 414,290 |
| Mono Total | 4,990 | Tuolumne Total | 24,160 |
| Monterey Total | 234,830 | Ventura Total | 318,440 |
| Napa Total | 43,810 | Yolo Total | 135,230 |
| Nevada Total | 40,880 | Yuba Total | 48,970 |

| | |
|---|---|
| Total Distributed to Legal Services Organizations | 20,419,751 |
| Total Distributed to Support Centers (Statewide) | 3,531,946 |
| **GRAND TOTAL 2021 IOLTA GRANT EXPENSES** | **$ 23,951,697** |

Exhibit #37: 070
22-CV-01616-BAS-DDL

ATTACHMENT B

Draft 4/20/2022

SCHEDULE 1A

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Organizations by County**

| COUNTY | ORGANIZATION | BASIC | PRO BONO | TOTAL |
|---|---|---|---|---|
| Alameda | Advancing Justice - Asian Law Caucus | $8,420 | $0 | $8,420 |
| Alameda | Aids Legal Referral Panel | $1,900 | $0 | $1,900 |
| Alameda | Alameda County Homeless Action Center | $102,150 | $0 | $102,150 |
| Alameda | Asian Pacific Islander Legal Outreach | $23,520 | $0 | $23,520 |
| Alameda | Bay Area Legal Aid | $107,350 | $0 | $107,350 |
| Alameda | California Indian Legal Services | $280 | $0 | $280 |
| Alameda | Centro Legal de la Raza | $75,380 | $0 | $75,380 |
| Alameda | Disability Rights California | $18,890 | $0 | $18,890 |
| Alameda | East Bay Community Law Center | $118,710 | $0 | $118,710 |
| Alameda | Family Violence Law Center | $17,130 | $0 | $17,130 |
| Alameda | Housing and Economic Rights Advocates | $2,770 | $0 | $2,770 |
| Alameda | La Raza Centro Legal | $280 | $0 | $280 |
| Alameda | Lawyers' Committee for Civil Rights | $9,340 | $29,260 | $38,600 |
| Alameda | Legal Access Alameda | $9,880 | $30,940 | $40,820 |
| Alameda | Legal Aid at Work | $5,560 | $0 | $5,560 |
| Alameda | Legal Assistance for Seniors | $20,260 | $0 | $20,260 |
| Alameda | Legal Services for Children | $6,650 | $0 | $6,650 |
| Alameda | Prison Law Office | $1,680 | $0 | $1,680 |
| Alameda | Public Advocates Inc. | $3,710 | $0 | $3,710 |
| Alameda | Social Justice Collaborative | $7,910 | $0 | $7,910 |
| **Alameda Total** | | **$541,770** | **$60,200** | **$601,970** |
| Alpine | California Indian Legal Services | $380 | $0 | $380 |
| Alpine | Disability Rights California | $210 | $0 | $210 |
| Alpine | Prison Law Office | $30 | $0 | $30 |
| Alpine | Public Advocates Inc. | $130 | $0 | $130 |
| **Alpine Total** | | **$750** | **$0** | **$750** |
| Amador | California Indian Legal Services | $40 | $0 | $40 |
| Amador | Disability Rights California | $5,450 | $0 | $5,450 |
| Amador | Legal Services of Northern California | $5,030 | $0 | $5,030 |
| Amador | Prison Law Office | $360 | $0 | $360 |
| Amador | Public Advocates Inc. | $120 | $0 | $120 |
| Amador | UnCommon Law | $1,880 | $0 | $1,880 |
| **Amador Total** | | **$12,880** | **$0** | **$12,880** |
| Butte | California Indian Legal Services | $6,880 | $0 | $6,880 |
| Butte | Disability Rights California | $35,560 | $0 | $35,560 |
| Butte | Legal Aid at Work | $1,170 | $0 | $1,170 |
| Butte | Legal Services of Northern California | $107,070 | $0 | $107,070 |
| Butte | Prison Law Office | $3,880 | $0 | $3,880 |
| Butte | Public Advocates Inc. | $2,570 | $0 | $2,570 |
| **Butte Total** | | **$157,130** | **$0** | **$157,130** |
| Calaveras | California Indian Legal Services | $3,830 | $0 | $3,830 |
| Calaveras | Disability Rights California | $8,000 | $0 | $8,000 |
| Calaveras | Legal Services of Northern California | $6,380 | $0 | $6,380 |
| Calaveras | Prison Law Office | $210 | $0 | $210 |
| Calaveras | Public Advocates Inc. | $260 | $0 | $260 |
| **Calaveras Total** | | **$18,680** | **$0** | **$18,680** |
| Colusa | California Indian Legal Services | $10 | $0 | $10 |
| Colusa | California Rural Legal Assistance, Inc. | $7,470 | $0 | $7,470 |
| Colusa | Disability Rights California | $1,870 | $0 | $1,870 |
| Colusa | Legal Services of Northern California | $1,390 | $0 | $1,390 |
| Colusa | Prison Law Office | $30 | $0 | $30 |
| Colusa | Public Advocates Inc. | $240 | $0 | $240 |
| **Colusa Total** | | **$11,010** | **$0** | **$11,010** |

ATTACHMENT B
Draft 4/20/2022

SCHEDULE 1A

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Organizations by County**

| COUNTY | ORGANIZATION | BASIC | PRO BONO | TOTAL |
|---|---|---|---|---|
| Contra Costa | Advancing Justice - Asian Law Caucus | $69,020 | $0 | $69,020 |
| Contra Costa | Alds Legal Referral Panel | $1,290 | $0 | $1,290 |
| Contra Costa | Asian Pacific Islander Legal Outreach | $18,050 | $0 | $18,050 |
| Contra Costa | Bay Area Legal Aid | $94,160 | $0 | $94,160 |
| Contra Costa | California Indian Legal Services | $1,010 | $0 | $1,010 |
| Contra Costa | Centro Legal de la Raza | $25,270 | $0 | $25,270 |
| Contra Costa | Contra Costa Senior Legal Services | $23,080 | $0 | $23,080 |
| Contra Costa | Disability Rights California | $29,660 | $0 | $29,660 |
| Contra Costa | Housing and Economic Rights Advocates | $3,410 | $0 | $3,410 |
| Contra Costa | La Raza Centro Legal | $25,110 | $0 | $25,110 |
| Contra Costa | Lawyers' Committee for Civil Rights | $5,640 | $37,490 | $43,130 |
| Contra Costa | Legal Aid at Work | $24,900 | $0 | $24,900 |
| Contra Costa | Legal Services for Children | $4,700 | $0 | $4,700 |
| Contra Costa | Prison Law Office | $2,590 | $0 | $2,590 |
| Contra Costa | Public Advocates Inc. | $6,260 | $0 | $6,260 |
| Contra Costa | Social Justice Collaborative | $3,220 | $0 | $3,220 |
| **Contra Costa Total** | | **$337,370** | **$37,490** | **$374,860** |
| Del Norte | California Indian Legal Services | $2,700 | $0 | $2,700 |
| Del Norte | Disability Rights California | $5,300 | $0 | $5,300 |
| Del Norte | Legal Services of Northern California | $8,950 | $0 | $8,950 |
| Del Norte | Prison Law Office | $550 | $0 | $550 |
| Del Norte | Public Advocates Inc. | $260 | $0 | $260 |
| Del Norte | UnCommon Law | $1,470 | $0 | $1,470 |
| **Del Norte Total** | | **$19,230** | **$0** | **$19,230** |
| El Dorado | California Indian Legal Services | $1,410 | $0 | $1,410 |
| El Dorado | Disability Rights California | $16,290 | $0 | $16,290 |
| El Dorado | Legal Aid at Work | $480 | $0 | $480 |
| El Dorado | Legal Services of Northern California | $38,940 | $0 | $38,940 |
| El Dorado | Prison Law Office | $1,270 | $0 | $1,270 |
| El Dorado | Public Advocates Inc. | $770 | $0 | $770 |
| **El Dorado Total** | | **$59,160** | **$0** | **$59,160** |
| Fresno | California Indian Legal Services | $11,530 | $0 | $11,530 |
| Fresno | California Rural Legal Assistance, Inc. | $89,990 | $0 | $89,990 |
| Fresno | Central California Legal Services | $566,550 | $0 | $566,550 |
| Fresno | Disability Rights California | $71,930 | $0 | $71,930 |
| Fresno | Disability Rights Legal Center | $10,360 | $0 | $10,360 |
| Fresno | Housing and Economic Rights Advocates | $1,850 | $0 | $1,850 |
| Fresno | Legal Aid at Work | $3,530 | $0 | $3,530 |
| Fresno | Prison Law Office | $16,330 | $0 | $16,330 |
| Fresno | Public Advocates Inc. | $12,940 | $0 | $12,940 |
| Fresno | San Joaquin College of Law | $24,650 | $0 | $24,650 |
| Fresno | UnCommon Law | $2,020 | $0 | $2,020 |
| **Fresno Total** | | **$811,680** | **$0** | **$811,680** |
| Glenn | California Indian Legal Services | $130 | $0 | $130 |
| Glenn | Disability Rights California | $5,920 | $0 | $5,920 |
| Glenn | Legal Services of Northern California | $10,510 | $0 | $10,510 |
| Glenn | Prison Law Office | $400 | $0 | $400 |
| Glenn | Public Advocates Inc. | $400 | $0 | $400 |
| **Glenn Total** | | **$17,360** | **$0** | **$17,360** |

Exhibit #37: 072
22-CV-01616-BAS-DDL

Draft 4/20/2022

SCHEDULE 1A

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Organizations by County**

| COUNTY | ORGANIZATION | BASIC | PRO BONO | TOTAL |
|---|---|---|---|---|
| Humboldt | California Indian Legal Services | $10,050 | $0 | $10,050 |
| Humboldt | Disability Rights California | $20,370 | $0 | $20,370 |
| Humboldt | Legal Aid at Work | $660 | $0 | $660 |
| Humboldt | Legal Services of Northern California | $62,920 | $0 | $62,920 |
| Humboldt | Prison Law Office | $1,720 | $0 | $1,720 |
| Humboldt | Public Advocates Inc. | $1,520 | $0 | $1,520 |
| **Humboldt Total** | | **$97,240** | **$0** | **$97,240** |
| Imperial | California Indian Legal Services | $1,140 | $0 | $1,140 |
| Imperial | California Rural Legal Assistance, Inc. | $102,870 | $0 | $102,870 |
| Imperial | Disability Rights California | $5,250 | $0 | $5,250 |
| Imperial | Elder Law & Advocacy | $28,360 | $0 | $28,360 |
| Imperial | Legal Aid at Work | $790 | $0 | $790 |
| Imperial | Prison Law Office | $1,160 | $0 | $1,160 |
| Imperial | Public Advocates Inc. | $1,730 | $0 | $1,730 |
| Imperial | UnCommon Law | $1,060 | $0 | $1,060 |
| **Imperial Total** | | **$142,360** | **$0** | **$142,360** |
| Inyo | California Indian Legal Services | $6,210 | $0 | $6,210 |
| Inyo | Disability Rights California | $450 | $0 | $450 |
| Inyo | Prison Law Office | $40 | $0 | $40 |
| Inyo | Public Advocates Inc. | $30 | $0 | $30 |
| **Inyo Total** | | **$6,730** | **$0** | **$6,730** |
| Kern | California Indian Legal Services | $4,400 | $0 | $4,400 |
| Kern | California Rural Legal Assistance, Inc. | $21,450 | $0 | $21,450 |
| Kern | Centro Legal de la Raza | $95,150 | $0 | $95,150 |
| Kern | Disability Rights California | $55,600 | $0 | $55,600 |
| Kern | Disability Rights Legal Center | $6,580 | $0 | $6,580 |
| Kern | Greater Bakersfield Legal Assistance | $384,630 | $0 | $384,630 |
| Kern | Housing and Economic Rights Advocates | $1,920 | $0 | $1,920 |
| Kern | Lawyers' Committee for Civil Rights | $3,510 | $67,670 | $71,180 |
| Kern | Legal Aid at Work | $5,670 | $0 | $5,670 |
| Kern | Prison Law Office | $14,510 | $0 | $14,510 |
| Kern | Public Advocates Inc. | $9,410 | $0 | $9,410 |
| Kern | UnCommon Law | $6,180 | $0 | $6,180 |
| **Kern Total** | | **$609,010** | **$67,670** | **$676,680** |
| Kings | California Indian Legal Services | $4,720 | $0 | $4,720 |
| Kings | California Rural Legal Assistance, Inc. | $22,230 | $0 | $22,230 |
| Kings | Central California Legal Services | $22,520 | $0 | $22,520 |
| Kings | Disability Rights California | $21,510 | $0 | $21,510 |
| Kings | Legal Aid at Work | $1,160 | $0 | $1,160 |
| Kings | Prison Law Office | $5,890 | $0 | $5,890 |
| Kings | Public Advocates Inc. | $2,520 | $0 | $2,520 |
| Kings | San Joaquin College of Law | $2,420 | $0 | $2,420 |
| Kings | UnCommon Law | $17,540 | $0 | $17,540 |
| **Kings Total** | | **$100,510** | **$0** | **$100,510** |
| Lake | California Indian Legal Services | $690 | $0 | $690 |
| Lake | Disability Rights California | $10,870 | $0 | $10,870 |
| Lake | Legal Aid at Work | $330 | $0 | $330 |
| Lake | Legal Services of Northern California | $31,450 | $0 | $31,450 |
| Lake | Prison Law Office | $1,220 | $0 | $1,220 |
| Lake | Public Advocates Inc. | $700 | $0 | $700 |
| **Lake Total** | | **$45,260** | **$0** | **$45,260** |

ATTACHMENT B

Draft 4/20/2022

SCHEDULE 1A

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Organizations by County**

| COUNTY | ORGANIZATION | BASIC | PRO BONO | TOTAL |
|--------|-------------|------:|---------:|------:|
| Lassen | California Indian Legal Services | $1,160 | $0 | $1,160 |
| Lassen | Disability Rights California | $2,110 | $0 | $2,110 |
| Lassen | Legal Services of Northern California | $3,270 | $0 | $3,270 |
| Lassen | Prison Law Office | $530 | $0 | $530 |
| Lassen | Public Advocates Inc. | $120 | $0 | $120 |
| Lassen | UnCommon Law | $3,180 | $0 | $3,180 |
| **Lassen Total** | | **$10,370** | **$0** | **$10,370** |
| Los Angeles | Alliance for Children's Rights | $261,420 | $90,780 | $352,200 |
| Los Angeles | Asian Americans Advancing Justice - Los Angeles | $509,860 | $0 | $509,860 |
| Los Angeles | Bet Tzedek Legal Services | $515,790 | $179,120 | $694,910 |
| Los Angeles | California Indian Legal Services | $12,400 | $0 | $12,400 |
| Los Angeles | Community Legal Aid SoCal | $110,910 | $0 | $110,910 |
| Los Angeles | Disability Rights California | $390,560 | $0 | $390,560 |
| Los Angeles | Disability Rights Legal Center | $39,870 | $13,850 | $53,720 |
| Los Angeles | Family Legal Assistance at CHOC Children's | $370 | $0 | $370 |
| Los Angeles | Harriett Buhai Center for Family Law | $108,380 | $37,640 | $146,020 |
| Los Angeles | Housing and Economic Rights Advocates | $1,520 | $0 | $1,520 |
| Los Angeles | Inner City Law Center | $476,130 | $0 | $476,130 |
| Los Angeles | LACBA Counsel for Justice | $47,700 | $16,570 | $64,270 |
| Los Angeles | Learning Rights Law Center | $94,310 | $0 | $94,310 |
| Los Angeles | Legal Aid at Work | $53,490 | $0 | $53,490 |
| Los Angeles | Legal Aid Foundation of Los Angeles | $901,630 | $0 | $901,630 |
| Los Angeles | Los Angeles Center for Law and Justice | $95,390 | $0 | $95,390 |
| Los Angeles | Mental Health Advocacy Services | $53,240 | $0 | $53,240 |
| Los Angeles | Neighborhood Legal Services | $728,090 | $0 | $728,090 |
| Los Angeles | Prison Law Office | $72,760 | $0 | $72,760 |
| Los Angeles | Public Advocates Inc. | $44,180 | $0 | $44,180 |
| Los Angeles | Public Counsel | $700,960 | $243,430 | $944,390 |
| Los Angeles | UnCommon Law | $610 | $0 | $610 |
| Los Angeles | Veterans Legal Institute | $10,230 | $3,550 | $13,780 |
| Los Angeles | Wage Justice Center | $28,500 | $0 | $28,500 |
| **Los Angeles Total** | | **$5,258,300** | **$584,940** | **$5,843,240** |
| Madera | California Indian Legal Services | $5,900 | $0 | $5,900 |
| Madera | California Rural Legal Assistance, Inc. | $71,290 | $0 | $71,290 |
| Madera | Disability Rights California | $13,520 | $0 | $13,520 |
| Madera | Housing and Economic Rights Advocates | $1,300 | $0 | $1,300 |
| Madera | Legal Aid at Work | $690 | $0 | $690 |
| Madera | Prison Law Office | $2,530 | $0 | 2530 |
| Madera | Public Advocates Inc. | $1,480 | $0 | $1,480 |
| Madera | San Joaquin College of Law | $1,330 | $0 | $1,330 |
| Madera | UnCommon Law | $11,770 | $0 | $11,770 |
| **Madera Total** | | **$109,810** | **$0** | **$109,810** |
| Marin | Aids Legal Referral Panel | $1,510 | $0 | $1,510 |
| Marin | Bay Area Legal Aid | $0 | $0 | $0 |
| Marin | California Indian Legal Services | $120 | $0 | $120 |
| Marin | Disability Rights California | $8,640 | $0 | $8,640 |
| Marin | Housing and Economic Rights Advocates | $100 | $0 | $100 |
| Marin | La Raza Centro Legal | $560 | $0 | $560 |
| Marin | Lawyers' Committee for Civil Rights | $2,670 | $7,080 | $9,750 |
| Marin | Legal Aid at Work | $1,010 | $0 | $1,010 |
| Marin | Legal Aid of Marin | $42,320 | $0 | $42,320 |
| Marin | Prison Law Office | $380 | $0 | $380 |
| Marin | Public Advocates Inc. | $1,250 | $0 | $1,250 |
| Marin | Social Justice Collaborative | $2,250 | $0 | $2,250 |

Draft 4/20/2022

SCHEDULE 1A

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Organizations by County**

| COUNTY | ORGANIZATION | BASIC | PRO BONO | TOTAL |
|---|---|---|---|---|
| Marin | UnCommon Law | $2,880 | $0 | $2,880 |
| **Marin Total** | | $63,690 | $7,080 | $70,770 |
| Mariposa | California Indian Legal Services | $420 | $0 | $420 |
| Mariposa | Central California Legal Services | $2,650 | $0 | $2,650 |
| Mariposa | Disability Rights California | $5,010 | $0 | $5,010 |
| Mariposa | Prison Law Office | $510 | $0 | $510 |
| Mariposa | Public Advocates Inc. | $250 | $0 | $250 |
| **Mariposa Total** | | $8,840 | $0 | $8,840 |
| Mendocino | California Indian Legal Services | $2,830 | $0 | $2,830 |
| Mendocino | Disability Rights California | $8,060 | $0 | $8,060 |
| Mendocino | Legal Aid at Work | $710 | $0 | $710 |
| Mendocino | Legal Services of Northern California | $43,660 | $0 | $43,660 |
| Mendocino | Prison Law Office | $1,180 | $0 | $1,180 |
| Mendocino | Public Advocates Inc. | $740 | $0 | $740 |
| **Mendocino Total** | | $57,180 | $0 | $57,180 |
| Merced | California Indian Legal Services | $3,620 | $0 | $3,620 |
| Merced | California Rural Legal Assistance, Inc. | $34,440 | $0 | $34,440 |
| Merced | Central California Legal Services | $140,330 | $0 | $140,330 |
| Merced | Disability Rights California | $27,280 | $0 | $27,280 |
| Merced | Housing and Economic Rights Advocates | $910 | $0 | $910 |
| Merced | Legal Aid at Work | $550 | $0 | $550 |
| Merced | Prison Law Office | $6,690 | $0 | $6,690 |
| Merced | Public Advocates Inc. | $5,510 | $0 | $5,510 |
| Merced | San Joaquin College of Law | $2,530 | $0 | $2,530 |
| **Merced Total** | | $221,860 | $0 | $221,860 |
| Modoc | California Indian Legal Services | $0 | $0 | $0 |
| Modoc | Disability Rights California | $1,910 | $0 | $1,910 |
| Modoc | Legal Services of Northern California | $2,890 | $0 | $2,890 |
| Modoc | Prison Law Office | $220 | $0 | $220 |
| Modoc | Public Advocates Inc. | $180 | $0 | $180 |
| **Modoc Total** | | $5,200 | $0 | $5,200 |
| Mono | California Indian Legal Services | $4,480 | $0 | $4,480 |
| Mono | Disability Rights California | $400 | $0 | $400 |
| Mono | Prison Law Office | $50 | $0 | $50 |
| Mono | Public Advocates Inc. | $60 | $0 | $60 |
| **Mono Total** | | $4,990 | $0 | $4,990 |
| Monterey | California Indian Legal Services | $870 | $0 | $870 |
| Monterey | California Rural Legal Assistance, Inc. | $84,700 | $0 | $84,700 |
| Monterey | Disability Rights California | $19,210 | $0 | $19,210 |
| Monterey | Legal Aid at Work | $5,500 | $0 | $5,500 |
| Monterey | Legal Services for Seniors | $83,630 | $0 | $83,630 |
| Monterey | Prison Law Office | $5,440 | $0 | $5,440 |
| Monterey | Public Advocates Inc. | $3,220 | $0 | $3,220 |
| Monterey | UnCommon Law | $4,120 | $0 | $4,120 |
| Monterey | Watsonville Law Center | $28,140 | $0 | $28,140 |
| **Monterey Total** | | $234,830 | $0 | $234,830 |
| Napa | Bay Area Legal Aid | $25,550 | $0 | $25,550 |
| Napa | California Indian Legal Services | $60 | $0 | $60 |
| Napa | California Rural Legal Assistance, Inc. | $1,650 | $0 | $1,650 |
| Napa | Disability Rights California | $12,780 | $0 | $12,780 |
| Napa | Housing and Economic Rights Advocates | $90 | $0 | $90 |
| Napa | Legal Aid at Work | $2,370 | $0 | $2,370 |
| Napa | Prison Law Office | $530 | $0 | $530 |
| Napa | Public Advocates Inc. | $780 | $0 | $780 |
| **Napa Total** | | $43,810 | $0 | $43,810 |

Exhibit #37: 075
22-CV-01616-BAS-DDL

ATTACHMENT 4

Draft 4/20/2022

**SCHEDULE 1A**

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Organizations by County**

| COUNTY | ORGANIZATION | BASIC | PRO BONO | TOTAL |
|---|---|---|---|---|
| Nevada | California Indian Legal Services | $2,320 | $0 | $2,320 |
| Nevada | Disability Rights California | $9,610 | $0 | $9,610 |
| Nevada | Legal Aid at Work | $410 | $0 | $410 |
| Nevada | Legal Services of Northern California | $27,130 | $0 | $27,130 |
| Nevada | Prison Law Office | $580 | $0 | $580 |
| Nevada | Public Advocates Inc. | $830 | $0 | $830 |
| **Nevada Total** | | **$40,880** | **$0** | **$40,880** |
| Orange | Asian Americans Advancing Justice - Los Angeles | $21,000 | $0 | $21,000 |
| Orange | California Indian Legal Services | $7,260 | $0 | $7,260 |
| Orange | Chapman University | $21,880 | $0 | $21,880 |
| Orange | Community Legal Aid SoCal | $479,050 | $0 | $479,050 |
| Orange | Disability Rights California | $148,940 | $0 | $148,940 |
| Orange | Disability Rights Legal Center | $6,720 | $0 | $6,720 |
| Orange | Family Legal Assistance at CHOC Children’s | $10,620 | $0 | $10,620 |
| Orange | Housing and Economic Rights Advocates | $950 | $0 | $950 |
| Orange | Legal Aid at Work | $13,810 | $0 | $13,810 |
| Orange | Prison Law Office | $21,440 | $0 | $21,440 |
| Orange | Public Advocates Inc. | $18,060 | $0 | $18,060 |
| Orange | Public Law Center | $395,400 | $119,920 | $515,320 |
| Orange | Veterans Legal Institute | $38,100 | $11,560 | $49,660 |
| **Orange Total** | | **$1,183,230** | **$131,480** | **$1,314,710** |
| Placer | California Indian Legal Services | $750 | $0 | $750 |
| Placer | Disability Rights California | $20,090 | $0 | $20,090 |
| Placer | Legal Aid at Work | $3,590 | $0 | $3,590 |
| Placer | Legal Services of Northern California | $78,500 | $0 | $78,500 |
| Placer | Prison Law Office | $2,270 | $0 | $2,270 |
| Placer | Public Advocates Inc. | $1,360 | $0 | $1,360 |
| **Placer Total** | | **$106,560** | **$0** | **$106,560** |
| Plumas | California Indian Legal Services | $610 | $0 | $610 |
| Plumas | Disability Rights California | $930 | $0 | $930 |
| Plumas | Legal Services of Northern California | $6,100 | $0 | $6,100 |
| Plumas | Prison Law Office | $150 | $0 | $150 |
| Plumas | Public Advocates Inc. | $100 | $0 | $100 |
| **Plumas Total** | | **$7,890** | **$0** | **$7,890** |
| Riverside | California Indian Legal Services | $18,388 | $0 | $18,388 |
| Riverside | California Rural Legal Assistance, Inc. | $153,693 | $0 | $153,693 |
| Riverside | Disability Rights California | $189,123 | $0 | $189,123 |
| Riverside | Disability Rights Legal Center | $32,942 | $0 | $32,942 |
| Riverside | Family Legal Assistance at CHOC Children’s | $1,865 | $0 | 1865 |
| Riverside | Housing and Economic Rights Advocates | $1,339 | $0 | 1339 |
| Riverside | Inland Counties Legal Services | $589,404 | $0 | $589,404 |
| Riverside | Inland Empire Latino Lawyers Association, Inc. | $18,625 | $43,779 | $62,404 |
| Riverside | Legal Aid at Work | $10,243 | $0 | $10,243 |
| Riverside | Legal Aid Society of San Bernardino | $11,850 | $0 | $11,850 |
| Riverside | Prison Law Office | $39,911 | $0 | $39,911 |
| Riverside | Public Advocates Inc. | $22,581 | $0 | $22,581 |
| Riverside | Riverside Legal Aid | $47,949 | $120,531 | $168,480 |
| Riverside | UnCommon Law | $8,020 | $0 | $8,020 |
| **Riverside Total** | | **$1,145,933** | **$164,310** | **$1,310,243** |

**SCHEDULE 1A**

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Organizations by County**

| COUNTY | ORGANIZATION | BASIC | PRO BONO | TOTAL |
|--------|--------------|-------|----------|-------|
| Sacramento | Advancing Justice - Asian Law Caucus | $129,520 | $0 | $129,520 |
| Sacramento | California Indian Legal Services | $8,810 | $0 | $8,810 |
| Sacramento | Capital Pro Bono Inc. | $25,820 | $84,010 | $109,830 |
| Sacramento | Disability Rights California | $175,420 | $0 | $175,420 |
| Sacramento | Housing and Economic Rights Advocates | $310 | $0 | $310 |
| Sacramento | Legal Aid at Work | $18,140 | $0 | $18,140 |
| Sacramento | Legal Services of Northern California | $225,700 | $0 | $225,700 |
| Sacramento | McGeorge Community Legal Services | $93,250 | $0 | $93,250 |
| Sacramento | Prison Law Office | $19,190 | $0 | $19,190 |
| Sacramento | Public Advocates Inc. | $9,760 | $0 | $9,760 |
| Sacramento | UC Davis School of Law Legal Clinics | $47,310 | $0 | $47,310 |
| Sacramento | UnCommon Law | $2,830 | $0 | $2,830 |
| **Sacramento Total** | | **$756,060** | **$84,010** | **$840,070** |
| San Benito | California Indian Legal Services | $260 | $0 | $260 |
| San Benito | California Rural Legal Assistance, Inc. | $10,970 | $0 | $10,970 |
| San Benito | Disability Rights California | $5,830 | $0 | $5,830 |
| San Benito | Legal Aid at Work | $170 | $0 | $170 |
| San Benito | Prison Law Office | $220 | $0 | $220 |
| San Benito | Public Advocates Inc. | $160 | $0 | $160 |
| San Benito | Senior Citizens Legal Services | $3,320 | $0 | $3,320 |
| **San Benito Total** | | **$20,930** | **$0** | **$20,930** |
| San Bernardino | California Indian Legal Services | $15,837 | $0 | $15,837 |
| San Bernardino | Disability Rights California | $248,813 | $0 | $248,813 |
| San Bernardino | Disability Rights Legal Center | $72,651 | $0 | $72,651 |
| San Bernardino | Family Legal Assistance at CHOC Children's | $2,934 | $0 | $2,934 |
| San Bernardino | Housing and Economic Rights Advocates | $5,704 | $0 | $5,704 |
| San Bernardino | Inland Counties Legal Services | $828,797 | $0 | $828,797 |
| San Bernardino | Inland Empire Latino Lawyers Association, Inc. | $18,076 | $130,040 | $148,116 |
| San Bernardino | Learning Rights Law Center | $6,945 | $0 | $6,945 |
| San Bernardino | Legal Aid at Work | $106,810 | $0 | $106,810 |
| San Bernardino | Legal Aid Society of San Bernardino | $158,320 | $0 | $158,320 |
| San Bernardino | Prison Law Office | $39,476 | $0 | $39,476 |
| San Bernardino | Public Advocates Inc. | $32,065 | $0 | $32,065 |
| San Bernardino | UnCommon Law | $1,850 | $0 | $1,850 |
| **San Bernardino Total** | | **$1,538,278** | **$130,040** | **$1,668,318** |
| San Diego | Affordable Housing Advocates | $8,830 | $0 | $8,830 |
| San Diego | California Indian Legal Services | $13,300 | $0 | $13,300 |
| San Diego | California Rural Legal Assistance, Inc. | $48,810 | $0 | $48,810 |
| San Diego | Casa Cornelia Law Center | $150,280 | $79,920 | $230,200 |
| San Diego | Disability Rights California | $116,390 | $0 | $116,390 |
| San Diego | Disability Rights Legal Center | $2,550 | $0 | $2,550 |
| San Diego | Elder Law & Advocacy | $89,720 | $0 | $89,720 |
| San Diego | Housing and Economic Rights Advocates | $330 | 0 | 330 |
| San Diego | Legal Aid at Work | $14,750 | 0 | 14750 |
| San Diego | Legal Aid Society of San Diego | $627,500 | $0 | $627,500 |
| San Diego | Prison Law Office | $18,170 | $0 | $18,170 |
| San Diego | Public Advocates Inc. | $12,670 | $0 | $12,670 |
| San Diego | San Diego Volunteer Lawyer Program | $127,490 | $67,800 | $195,290 |
| San Diego | UnCommon Law | $1,090 | $0 | $1,090 |
| San Diego | USD School of Law Legal Clinics | $97,590 | $0 | $97,590 |
| **San Diego Total** | | **$1,329,470** | **$147,720** | **$1,477,190** |

Draft 4/20/2022

SCHEDULE 1A

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Organizations by County**

| COUNTY | ORGANIZATION | BASIC | PRO BONO | TOTAL |
|--------|--------------|------:|---------:|------:|
| San Francisco | Advancing Justice - Asian Law Caucus | $10,520 | $0 | $10,520 |
| San Francisco | Aids Legal Referral Panel | $14,970 | $0 | $14,970 |
| San Francisco | Asian Pacific Islander Legal Outreach | $21,600 | $0 | $21,600 |
| San Francisco | Bay Area Legal Aid | $64,220 | $0 | $64,220 |
| San Francisco | California Indian Legal Services | $430 | $0 | $430 |
| San Francisco | Disability Rights California | $5,930 | $0 | $5,930 |
| San Francisco | Eviction Defense Collaborative | $25,650 | $0 | $25,650 |
| San Francisco | Housing and Economic Rights Advocates | $1,420 | $0 | $1,420 |
| San Francisco | Justice & Diversity Center of the Bar Association of San Francisco | $77,060 | $26,570 | $103,630 |
| San Francisco | La Raza Centro Legal | $1,890 | $0 | $1,890 |
| San Francisco | Lawyers' Committee for Civil Rights | $18,110 | $6,240 | $24,350 |
| San Francisco | Legal Aid at Work | $11,090 | $0 | $11,090 |
| San Francisco | Legal Assistance to the Elderly | $15,300 | $0 | $15,300 |
| San Francisco | Legal Services for Children | $25,420 | $0 | $25,420 |
| San Francisco | Prison Law Office | $300 | $0 | $300 |
| San Francisco | Public Advocates Inc. | $1,440 | $0 | $1,440 |
| **San Francisco Total** | | **$295,350** | **$32,810** | **$328,160** |
| San Joaquin | Asian Pacific Islander Legal Outreach | $0 | $0 | $0 |
| San Joaquin | California Indian Legal Services | $8,510 | $0 | $8,510 |
| San Joaquin | California Rural Legal Assistance, Inc. | $177,250 | $0 | $177,250 |
| San Joaquin | Disability Rights California | $148,630 | $0 | $148,630 |
| San Joaquin | Housing and Economic Rights Advocates | $13,350 | $0 | $13,350 |
| San Joaquin | Legal Aid at Work | $26,530 | $0 | $26,530 |
| San Joaquin | Prison Law Office | $15,890 | $0 | $15,890 |
| San Joaquin | Public Advocates Inc. | $10,460 | $0 | $10,460 |
| San Joaquin | Social Justice Collaborative | $15,760 | $0 | $15,760 |
| San Joaquin | UnCommon Law | $11,320 | $0 | $11,320 |
| **San Joaquin Total** | | **$427,700** | **$0** | **$427,700** |
| San Luis Obispo | California Indian Legal Services | $390 | $0 | $390 |
| San Luis Obispo | California Rural Legal Assistance, Inc. | $71,900 | $0 | $71,900 |
| San Luis Obispo | Disability Rights California | $21,460 | $0 | $21,460 |
| San Luis Obispo | Legal Aid at Work | $590 | $0 | $590 |
| San Luis Obispo | Prison Law Office | $1,700 | $0 | $1,700 |
| San Luis Obispo | Public Advocates Inc. | $1,200 | $0 | $1,200 |
| San Luis Obispo | San Luis Obispo Legal Assistance Foundation | $24,740 | $0 | $24,740 |
| San Luis Obispo | UnCommon Law | $1,600 | $0 | $1,600 |
| **San Luis Obispo Total** | | **$123,580** | **$0** | **$123,580** |
| San Mateo | Advancing Justice - Asian Law Caucus | $4,280 | $0 | $4,280 |
| San Mateo | Aids Legal Referral Panel | $1,130 | $0 | $1,130 |
| San Mateo | Asian Pacific Islander Legal Outreach | $4,400 | $0 | $4,400 |
| San Mateo | Bay Area Legal Aid | $17,030 | $0 | $17,030 |
| San Mateo | California Indian Legal Services | $150 | $0 | $150 |
| San Mateo | Community Legal Services in East Palo Alto | $63,960 | $18,900 | $82,860 |
| San Mateo | Disability Rights California | $5,410 | $0 | $5,410 |
| San Mateo | Housing and Economic Rights Advocates | $5,460 | $0 | $5,460 |
| San Mateo | La Raza Centro Legal | $1,390 | $0 | $1,390 |
| San Mateo | Lawyers' Committee for Civil Rights | $2,700 | $800 | $3,500 |
| San Mateo | Legal Aid at Work | $2,630 | $0 | $2,630 |
| San Mateo | Legal Aid Society of San Mateo County | $63,040 | $0 | $63,040 |
| San Mateo | Legal Services for Children | $3,510 | $0 | $3,510 |
| San Mateo | Prison Law Office | $710 | $0 | $710 |
| San Mateo | Public Advocates Inc. | $1,310 | $0 | $1,310 |
| San Mateo | UnCommon Law | $200 | $0 | $200 |
| **San Mateo Total** | | **$177,310** | **$19,700** | **$197,010** |

Exhibit #37: 078

22-CV-01616-BAS-DDL

SCHEDULE 1A

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Organizations by County**

| COUNTY | ORGANIZATION | BASIC | PRO BONO | TOTAL |
|---|---|---|---|---|
| Santa Barbara | California Indian Legal Services | $1,260 | $0 | $1,260 |
| Santa Barbara | California Rural Legal Assistance, Inc. | $120,850 | $0 | $120,850 |
| Santa Barbara | Disability Rights California | $19,120 | $0 | $19,120 |
| Santa Barbara | Disability Rights Legal Center | $2,570 | $0 | $2,570 |
| Santa Barbara | Legal Aid at Work | $1,410 | $0 | $1,410 |
| Santa Barbara | Legal Aid Foundation of Santa Barbara County | $76,080 | $0 | $76,080 |
| Santa Barbara | Prison Law Office | $3,240 | $0 | $3,240 |
| Santa Barbara | Public Advocates Inc. | $2,420 | $0 | $2,420 |
| **Santa Barbara Total** | | **$226,950** | **$0** | **$226,950** |
| Santa Clara | Advancing Justice - Asian Law Caucus | $5,920 | $0 | $5,920 |
| Santa Clara | Bay Area Legal Aid | $53,110 | $0 | $53,110 |
| Santa Clara | California Indian Legal Services | $590 | $0 | $590 |
| Santa Clara | California Rural Legal Assistance, Inc. | $2,030 | $0 | $2,030 |
| Santa Clara | Community Legal Services in East Palo Alto | $19,380 | $48,680 | $68,060 |
| Santa Clara | Dependency Advocacy Center | $65,890 | $0 | $65,890 |
| Santa Clara | Disability Rights California | $19,330 | $0 | $19,330 |
| Santa Clara | Housing and Economic Rights Advocates | $440 | $0 | $440 |
| Santa Clara | La Raza Centro Legal | $3,490 | $0 | $3,490 |
| Santa Clara | Law Foundation of Silicon Valley | $217,200 | $0 | $217,200 |
| Santa Clara | Lawyers' Committee for Civil Rights | $2,720 | $6,830 | $9,550 |
| Santa Clara | Legal Aid at Work | $2,780 | $0 | $2,780 |
| Santa Clara | Prison Law Office | $3,140 | $0 | $3,140 |
| Santa Clara | Public Advocates Inc. | $4,900 | $0 | $4,900 |
| Santa Clara | Santa Clara County Asian Law Alliance | $56,770 | $0 | $56,770 |
| Santa Clara | Santa Clara University Alexander Law Center | $23,530 | $0 | $23,530 |
| Santa Clara | Senior Adults Legal Assistance | $18,350 | $0 | $18,350 |
| **Santa Clara Total** | | **$499,570** | **$55,510** | **$555,080** |
| Santa Cruz | California Indian Legal Services | $1,050 | $0 | $1,050 |
| Santa Cruz | California Rural Legal Assistance, Inc. | $79,830 | $0 | $79,830 |
| Santa Cruz | Disability Rights California | $12,540 | $0 | $12,540 |
| Santa Cruz | Housing and Economic Rights Advocates | $250 | $0 | $250 |
| Santa Cruz | Legal Aid at Work | $2,590 | $0 | $2,590 |
| Santa Cruz | Prison Law Office | $1,410 | $0 | $1,410 |
| Santa Cruz | Public Advocates Inc. | $1,320 | $0 | $1,320 |
| Santa Cruz | Senior Citizens Legal Services | $13,710 | $0 | $13,710 |
| Santa Cruz | Watsonville Law Center | $20,960 | $0 | $20,960 |
| **Santa Cruz Total** | | **$133,660** | **$0** | **$133,660** |
| Shasta | California Indian Legal Services | $3,360 | $0 | $3,360 |
| Shasta | Disability Rights California | $19,140 | $0 | $19,140 |
| Shasta | Disability Rights Legal Center | $1,670 | $0 | $1,670 |
| Shasta | Legal Aid at Work | $420 | $0 | $420 |
| Shasta | Legal Services of Northern California | $77,160 | $0 | $77,160 |
| Shasta | Prison Law Office | $3,760 | $0 | $3,760 |
| Shasta | Public Advocates Inc. | $1,270 | $0 | $1,270 |
| **Shasta Total** | | **$106,780** | **$0** | **$106,780** |
| Sierra | California Indian Legal Services | $30 | $0 | $30 |
| Sierra | Disability Rights California | $0 | $0 | $0 |
| Sierra | Legal Services of Northern California | $1,120 | $0 | $1,120 |
| Sierra | Prison Law Office | $20 | $0 | $20 |
| Sierra | Public Advocates Inc. | $20 | $0 | $20 |
| **Sierra Total** | | **$1,190** | **$0** | **$1,190** |

Exhibit #37: 079
22-CV-01616-BAS-DDL

ATTACHMENTS

Draft 4/20/2022

SCHEDULE 1A

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Organizations by County**

| COUNTY | ORGANIZATION | BASIC | PRO BONO | TOTAL |
|---|---|---|---|---|
| Siskiyou | California Indian Legal Services | $0 | $0 | $0 |
| Siskiyou | Disability Rights California | $11,620 | $0 | $11,620 |
| Siskiyou | Legal Aid at Work | $190 | $0 | $190 |
| Siskiyou | Legal Services of Northern California | $15,650 | $0 | $15,650 |
| Siskiyou | Prison Law Office | $1,430 | $0 | $1,430 |
| Siskiyou | Public Advocates Inc. | $600 | $0 | $600 |
| **Siskiyou Total** | | **$29,490** | **$0** | **$29,490** |
| Solano | Aids Legal Referral Panel | $1,550 | $0 | $1,550 |
| Solano | California Indian Legal Services | $2,320 | $0 | $2,320 |
| Solano | Disability Rights California | $41,140 | $0 | $41,140 |
| Solano | Housing and Economic Rights Advocates | $1,160 | $0 | $1,160 |
| Solano | Legal Aid at Work | $3,610 | 0 | 3610 |
| Solano | Legal Services of Northern California | $81,170 | $0 | $81,170 |
| Solano | Prison Law Office | $2,790 | $0 | $2,790 |
| Solano | Public Advocates Inc. | $5,800 | $0 | $5,800 |
| Solano | UC Davis School of Law Legal Clinics | $23,790 | $0 | $23,790 |
| Solano | UnCommon Law | $3,840 | $0 | $3,840 |
| **Solano Total** | | **$167,170** | **$0** | **$167,170** |
| Sonoma | Aids Legal Referral Panel | $1,650 | $0 | $1,650 |
| Sonoma | California Indian Legal Services | $1,100 | $0 | $1,100 |
| Sonoma | California Rural Legal Assistance, Inc. | $55,110 | $0 | $55,110 |
| Sonoma | Disability Rights California | $16,170 | $0 | $16,170 |
| Sonoma | Housing and Economic Rights Advocates | $160 | $0 | $160 |
| Sonoma | Legal Aid at Work | $780 | $0 | $780 |
| Sonoma | Legal Aid of Sonoma County | $90,520 | $18,940 | $109,460 |
| Sonoma | Prison Law Office | $1,350 | $0 | $1,350 |
| Sonoma | Public Advocates Inc. | $3,600 | $0 | $3,600 |
| **Sonoma Total** | | **$170,440** | **$18,940** | **$189,380** |
| Stanislaus | Asian Pacific Islander Legal Outreach | $1,100 | $0 | $1,100 |
| Stanislaus | California Indian Legal Services | $3,880 | $0 | $3,880 |
| Stanislaus | California Rural Legal Assistance, Inc. | $170,970 | $0 | $170,970 |
| Stanislaus | Disability Rights California | $80,860 | $0 | $80,860 |
| Stanislaus | Housing and Economic Rights Advocates | $90 | $0 | $90 |
| Stanislaus | Legal Aid at Work | $3,600 | $0 | $3,600 |
| Stanislaus | Prison Law Office | $7,300 | $0 | $7,300 |
| Stanislaus | Public Advocates Inc. | $6,430 | $0 | $6,430 |
| Stanislaus | Senior Advocacy Network | $38,560 | $0 | $38,560 |
| Stanislaus | Social Justice Collaborative | $13,930 | $0 | $13,930 |
| **Stanislaus Total** | | **$326,720** | **$0** | **$326,720** |
| Sutter | California Indian Legal Services | $0 | $0 | $0 |
| Sutter | California Rural Legal Assistance, Inc. | $38,090 | $0 | $38,090 |
| Sutter | Disability Rights California | $9,200 | $0 | $9,200 |
| Sutter | Legal Aid at Work | $560 | $0 | $560 |
| Sutter | Prison Law Office | $1,320 | $0 | $1,320 |
| Sutter | Public Advocates Inc. | $830 | $0 | $830 |
| Sutter | Yuba-Sutter Legal Center for Seniors | $6,510 | $0 | $6,510 |
| **Sutter Total** | | **$56,510** | **$0** | **$56,510** |
| Tehama | California Indian Legal Services | $110 | $0 | $110 |
| Tehama | Disability Rights California | $17,640 | $0 | $17,640 |
| Tehama | Legal Services of Northern California | $25,660 | $0 | $25,660 |
| Tehama | Prison Law Office | $3,750 | $0 | $3,750 |
| Tehama | Public Advocates Inc. | $1,710 | $0 | $1,710 |
| **Tehama Total** | | **$48,870** | **$0** | **$48,870** |

Draft 4/20/2022

**SCHEDULE 1A**

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Legal Services Organizations by County**

| COUNTY | ORGANIZATION | BASIC | PRO BONO | TOTAL |
|---|---|---|---|---|
| Trinity | California Indian Legal Services | $1,340 | $0 | $1,340 |
| Trinity | Disability Rights California | $1,890 | $0 | $1,890 |
| Trinity | Legal Services of Northern California | $5,220 | $0 | $5,220 |
| Trinity | Prison Law Office | $550 | $0 | $550 |
| Trinity | Public Advocates Inc. | $230 | $0 | $230 |
| **Trinity Total** | | **$9,230** | **$0** | **$9,230** |
| Tulare | California Indian Legal Services | $1,660 | $0 | $1,660 |
| Tulare | California Rural Legal Assistance, Inc. | $75,230 | $0 | $75,230 |
| Tulare | Central California Legal Services | $212,980 | $0 | $212,980 |
| Tulare | Disability Rights California | $59,520 | $0 | $59,520 |
| Tulare | Housing and Economic Rights Advocates | $1,960 | $0 | $1,960 |
| Tulare | Legal Aid at Work | $23,320 | $0 | $23,320 |
| Tulare | Prison Law Office | $12,510 | $0 | $12,510 |
| Tulare | Public Advocates Inc. | $12,220 | $0 | $12,220 |
| Tulare | San Joaquin College of Law | $14,890 | $0 | $14,890 |
| **Tulare Total** | | **$414,290** | **$0** | **$414,290** |
| Tuolumne | California Indian Legal Services | $0 | $0 | $0 |
| Tuolumne | Central California Legal Services | $4,240 | $0 | $4,240 |
| Tuolumne | Disability Rights California | $14,180 | $0 | $14,180 |
| Tuolumne | Prison Law Office | $2,200 | $0 | $2,200 |
| Tuolumne | Public Advocates Inc. | $230 | $0 | $230 |
| Tuolumne | UnCommon Law | $3,310 | $0 | $3,310 |
| **Tuolumne Total** | | **$24,160** | **$0** | **$24,160** |
| Ventura | California Indian Legal Services | $3,090 | $0 | $3,090 |
| Ventura | California Rural Legal Assistance, Inc. | $178,950 | $0 | $178,950 |
| Ventura | Disability Rights California | $86,010 | $0 | $86,010 |
| Ventura | Disability Rights Legal Center | $15,330 | $0 | $15,330 |
| Ventura | Learning Rights Law Center | $16,090 | $0 | $16,090 |
| Ventura | Legal Aid at Work | $3,510 | $0 | $3,510 |
| Ventura | Prison Law Office | $8,650 | $0 | $8,650 |
| Ventura | Public Advocates Inc. | $6,810 | $0 | $6,810 |
| **Ventura Total** | | **$318,440** | **$0** | **$318,440** |
| Yolo | California Indian Legal Services | $1,010 | $0 | $1,010 |
| Yolo | Disability Rights California | $11,770 | $0 | $11,770 |
| Yolo | Legal Aid at Work | $620 | $0 | $620 |
| Yolo | Legal Services of Northern California | $82,900 | $0 | $82,900 |
| Yolo | Prison Law Office | $1,330 | $0 | $1,330 |
| Yolo | Public Advocates Inc. | $1,170 | $0 | $1,170 |
| Yolo | UC Davis School of Law Legal Clinics | $36,430 | $0 | $36,430 |
| **Yolo Total** | | **$135,230** | **$0** | **$135,230** |
| Yuba | California Indian Legal Services | $900 | $0 | $900 |
| Yuba | California Rural Legal Assistance, Inc. | $30,780 | $0 | $30,780 |
| Yuba | Disability Rights California | $4,610 | $0 | $4,610 |
| Yuba | Lawyers' Committee for Civil Rights | $1,780 | $4,900 | $6,680 |
| Yuba | Prison Law Office | $700 | $0 | $700 |
| Yuba | Public Advocates Inc. | $360 | $0 | $360 |
| Yuba | Yuba-Sutter Legal Center for Seniors | $4,940 | $0 | $4,940 |
| **Yuba Total** | | **$44,070** | **$4,900** | **$48,970** |
| **Grand Total** | | **18,872,951** | **1,546,800** | **20,419,751** |

Exhibit #37: 080
22-CV-01616-BAS-DDL

ATTACHMENT 3
Draft 4/20/2022

**SCHEDULE 2**

**The State Bar of California**
**Office of Access & Inclusion**
**2021 Grants to Support Centers**

| ORGANIZATION | IOLTA Grant Allocation |
|---|---|
| California Advocates for Nursing Home Reform | $ 160,543 |
| California Rural Legal Assistance Foundation | 160,543 |
| California Women's Law Center | 160,543 |
| Center for Gender and Refugee Studies - California | 160,543 |
| Center for Human Rights and Constitutional Law | 160,543 |
| Child Care Law Center | 160,543 |
| Coalition of California Welfare Rights Organizations | 160,543 |
| Disability Rights Education and Defense Fund | 160,543 |
| Family Violence Appellate Project | 160,543 |
| Immigrant Legal Resource Center | 160,543 |
| Impact Fund | 160,543 |
| Justice in Aging | 160,543 |
| Legal Services for Prisoners with Children | 160,543 |
| National Center for Youth Law | 160,543 |
| National Health Law Program | 160,543 |
| National Housing Law Project | 160,543 |
| National Immigration Law Center | 160,543 |
| OneJustice | 160,543 |
| Public Interest Law Project | 160,543 |
| Western Center on Law and Poverty | 160,543 |
| Worksafe, Inc. | 160,543 |
| Youth Law Center | 160,543 |
| **TOTAL** | **$ 3,531,946** |



# The State Bar *of California*

# Statement of Expenditures of Mandatory Fees and Independent Accountant's Report
### Year Ended December 31, 2021

**April 29, 2022**

Exhibit #37: 082
22-CV-01616-BAS-DDL

ATTACHMENT C

Draft 4/20/2022

**Independent Accountant's Report**

To the Boards of Trustees
State Bar of California

We have examined the State Bar of California's ("State Bar") compliance with the United States Supreme Court's decision in Keller v. State Bar of California (1990) 496 U.S. 1, which held that the State Bar of California cannot use mandatory fees paid by its licensees for political or ideological activities not related to regulation of the legal profession or improvement of quality of legal services in California, for the year ended December 31, 2021. The expenditures of mandatory fees for the year ended December 31, 2021 is included in the accompanying Statement of Expenditures of Mandatory Fees ("Statement") and related notes. Management of the State Bar is responsible for the State Bar's compliance with those requirements. Our responsibility is to express an opinion on the State Bar's compliance based on our examination.

Our examination was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. Those standards require that we plan and perform the examination to obtain reasonable assurance about whether the State Bar complied, in all material respects, with the specified requirements.  An examination involves performing procedures to obtain evidence about whether the State Bar complied with the specified requirements. The nature, timing, and extent of the procedures selected depend on our judgment, including an assessment of the risks of material misstatement of the State Bar's compliance with the requirements of the Code, whether due to fraud or error. We believe that the evidence we obtained is sufficient and appropriate to provide a reasonable basis for our opinion. Our examination does not provide a legal determination on the State Bar's compliance with specified requirements.

In our opinion, the State Bar complied, in all material respects, with the United States Supreme Court's decision in Keller v. State Bar of California (1990) 496 U.S. 1, which held that the State Bar of California cannot use mandatory fees paid by its licensees for political or ideological activities not related to regulation of the legal profession or improvement of quality of legal services in California, based on the criteria set forth in the note to the Statement, for the year ended December 31, 2021.

This report is intended solely for the information and use of the Boards of Trustees and Management of the State Bar, and it is not intended to be, and should not be, used by anyone other than these specified parties.

San Francisco, California
April 29, 2022

Exhibit #37: 083
22-CV-01616-BAS-DDL

ATTACHMENT C

Draft 4/20/2022

**THE STATE BAR OF CALIFORNIA**
Statement of Expenditures of Mandatory Fees
Year Ended December 31, 2021

|  | Dollar Amount | Percentage of Total Program Expenses |
|---|---|---|
| CHARGEABLE EXPENSES AND RELATED PROGRAM REVENUES: |  |  |
| Chief Trial Counsel | $ 59,124,212 | 64.5% |
| Client Security Fund | 6,407,813 | 7.0% |
| State Bar Court | 13,739,100 | 15.0% |
| Attorney Regulation and Consumer Resources | 5,968,145 | 6.5% |
| Professional Competence | 3,292,881 | 3.6% |
| Lawyer Assistance Program | 2,286,347 | 2.5% |
| Probation | 1,762,906 | 1.9% |
| Communications | 976,725 | 1.1% |
| Center on Access to Justice | 1,020,819 | 1.1% |
| Judicial Evaluation | 250,065 | 0.3% |
| Mandatory Fee Arbitration | 44,409 | 0.1% |
| Program Revenues | (3,131,418) | -3.4% |
| Total chargeable program expenses | $ 91,742,004 | 100.0% |

See accompanying notes to the statement of expenditures of mandatory fees.

Exhibit #37: 085
22-CV-01616-BAS-DDL

ATTACHMENT

Draft 4/20/2022

**THE STATE BAR OF CALIFORNIA**
Statement of Expenditures of Mandatory Fees
Year Ended December 31, 2021

1. **SIGNIFICANT ACCOUNTING POLICIES**

   *Description of Entity* – The State Bar of California ("State Bar") was first formed as a public corporation by the California State Legislature's passage of the State Bar Act on July 29, 1927. On November 8, 1960, voters amended the California Constitution to add the State Bar as a constitutional agency in the judicial branch of government. A license from the State Bar and payment of an annual fees are required as a condition of the practice of law in the State of California.

   *Basis of Accounting* – To ensure observance of limitations and restrictions placed on the use of resources available to the State Bar, the accounts of the State Bar are maintained in accordance with the accrual basis of accounting using principles of fund accounting. This is the procedure by which resources for various purposes are classified for accounting and reporting purposes into funds established according to their nature and purpose.

   Accounting principles generally accepted in the United States of America are applied by the State Bar in conformance with pronouncements of the Governmental Accounting Standards Board. Amounts in the Statement of Expenditures of Mandatory Fees ("Statement") were derived from the State Bar's audited 2021 financial statements.

   *Use of Estimates* – The preparation of the Statement requires management to make estimates and assumptions related to the amounts of chargeable expenditures during year. Actual results could differ from those estimates.

2. **BASIS OF PRESENTATION**

   The accompanying Statement was prepared for the purpose of showing the allocation of certain expenditures into chargeable and non-chargeable categories. Although derived from the State Bar's audited 2021 financial statements, the Statement is not a substitute for the financial statements, nor is it intended to be a complete presentation of the State Bar's revenues and expenses in conformity with accounting principles generally accepted in the United States of America. Amounts reported in the Statement can be agreed to amounts reported in the State Bar's financial statements.

   The State Bar Act sets the amount of the annual fees that the State Bar may charge lawyers for the license to practice law in California. The amount of the annual fee, however, is subject to certain adjustments. The United States Supreme Court in *Keller v. State Bar of California*, 496 U.S. 1 (1990) ("*Keller*") held that the State Bar could not require California lawyers to pay, as mandatory fees, the expense of the State Bar's political or ideological activity that was not necessarily or reasonably related to the State Bar's purpose of regulating the legal profession or improving the quality of legal services. The Statement provides a basis of determination for the mandatory fees that each licensee must pay in order to practice law in California. It describes and separates programs and activities that are "chargeable" and "non-chargeable" to licensees under the *Keller* standard. In calculating the chargeable and non-chargeable expenditures, absolute precision is not expected nor required pursuant to *Keller*, at 16, citing to procedural requirements outlined in *Chicago Teachers v. Hudson*, 475 U.S. 292, 310 (1986). Expenses included in the Statement are derived from expenses included in the General Fund (except program costs funded by filing fees or other fees), Client Security Fund, the Lawyers Assistance Program Fund, and the Support and Administration Fund of the State Bar.

Exhibit #37: 086
22-CV-01616-BAS-DDL

ATTACHMENT 9

Draft 4/20/2022

**THE STATE BAR OF CALIFORNIA**
Statement of Expenditures of Mandatory Fees (Continued)
Year Ended December 31, 2021

2.  **BASIS OF PRESENTATION (Continued)**

Since January 1, 2000, amendments to the State Bar Act have provided each licensee with the option of deducting $5 from the annual licensing fee for lobbying and related activities outside of the parameters established in *Keller* (Cal. Bus. & Prof. Code §6140.05). In addition to these changes, in 2001, the Board of Trustees provided licensees the option of an additional $2 deduction from annual fees for the Elimination of Bias program. Although some or all of these programs and activities may be chargeable under the criteria in *Keller*, the Board of Trustees has elected to make them optional in their entirety.

Since January 1, 2000, the amount of expenses that the State Bar may incur for legislative activity outside of the parameters of *Keller* was restricted by statute to the total revenue collected from those licensees electing to pay the $5 and not take the deduction from the annual fee under Cal. Bus. & Prof. Code §6140.05. Instead of categorizing its programs as within or outside of *Keller*, the State Bar has elected to restrict the expenses of all of its legislative activity to voluntary funds. Similarly, the State Bar has a $2 deduction for activities under the Elimination of Bias program and limited its funding to voluntary fees paid by licensees not taking this deduction. Licensees who do not wish to support either the State Bar's Legislative Activities or its Elimination of Bias program can deduct the amounts from their annual fees. As a result, no part of the mandatory annual fees that a lawyer must pay as a condition of practicing law are used to fund non-chargeable expenses. Therefore, for purposes of the Statement, there are no non-chargeable expenses for mandatory licensing fees for the year ended December 31, 2021.

3.  **DESCRIPTION OF CHARGEABLE PROGRAMS**

The following is a listing of the major expenses that the State Bar has categorized as chargeable, including a description of the programs or activities performed by category. The classification of a program expense as chargeable was based on the standards in *Keller* that have been applied to determine whether an expense was necessarily or reasonably incurred for the purpose of regulating the legal profession or improving the quality of legal services available to the people of the State of California. Non-chargeable expenses, as stated above, were funded by voluntary fees paid at the option of licensees. Determining which State Bar programs and activities are chargeable and non-chargeable requires that judgments be made by the State Bar.

a.  *Chief Trial Counsel*

The Office of the Chief Trial Counsel receives, reviews, and analyzes incoming communications which relate to disciplinary inquiries and complaints against attorneys. It investigates allegations of unethical and unprofessional conduct against attorneys who may have violated provisions of the State Bar Act, Rules of Professional Conduct, or other standards of professional conduct. It prosecutes attorneys in formal disciplinary hearings in the State Bar Court for violations of the State Bar Act or Rules of Professional Conduct. Activities include, as appropriate, the preparation of formal disciplinary pleadings, conduct of formal and informal discovery, and representation of the State Bar as Trial Examiners in the actual hearings and subsequent review proceedings. (Bus. & Prof. Code §6043, 6044, 6049, 6077, 6078, 6092.5 et seq.)

Exhibit #37: 086
22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
Statement of Expenditures of Mandatory Fees (Continued)
Year Ended December 31, 2021

3. **DESCRIPTION OF CHARGEABLE PROGRAMS (Continued)**

   b. *Client Security Fund*

      The Client Security Fund receives, evaluates, and processes applications made by persons who have suffered monetary losses due to dishonest conduct of lawyers, and authorizes recovery to eligible clients out of funds collected for this purpose. (Bus. & Prof. Code §6140.5.)

   c. *State Bar Court*

      The State Bar Court adjudicates formal disciplinary matters resulting in the final imposition of discipline or, in certain instances involving suspension or disbarment, the recommendation of discipline to the California Supreme Court. (Bus. & Prof. Code §6086.5, 6086.65; Cal. Rules of Court, rules 9.13, 9.16, 9.18)

   d. *Attorney Regulations and Consumer Resources*

      The Office of Attorney Regulations and Consumer Resources maintains the Court's roll of attorneys admitted to the practice of law by the court. It also bills and collects fees, costs, and penalties imposed on licensed attorneys, including reimbursements to the Client Security Fund and disciplinary costs. It also keeps track of all licensees of the Bar, including any record of discipline, and answers inquiries from courts, other governmental agencies, other states, and the public.

   e. *Professional Competence*

      The Office of Professional Competence maintains and improves the standards of the legal profession to enhance attorney competence through: (1) promulgating and strengthening professional standards to protect the public; (2) assisting licensees to comply voluntarily with such standards (e.g., Ethics Hotline, California Compendium on Professional Responsibility, Lawyers Personal Assistance Program); and (3) planning and development of programs to enhance attorney competence. (Bus. & Prof. Code §6076, 6077.)

   f. *Lawyer Assistance Program*

      The Lawyer Assistance Program provides an alternative to the traditional State Bar disciplinary mechanism, with the goal of identifying and rehabilitating attorneys with impairment due to abuse of drugs or alcohol, or due to mental illness. The Office of the Lawyer Assistance Program adopts reasonable rules and regulations as may be necessary or advisable for the purpose of implementing and operating the Lawyer Assistance program. (Bus. & Prof. Code §6231.)

   g. *Probation*

      The Office of Probation ("OP") monitors disciplined attorneys who have been ordered to comply with probation or reproval conditions pursuant to orders issued by the California Supreme Court and/or the State Bar Court. The OP also monitors cases where conditions have been imposed pursuant to Business and Professions Code, section 6007(h). Once these orders or agreements become effective, the OP establishes its own case files to maintain a record of compliance or non-compliance for each attorney.

Exhibit #37: 083
22-CV-01616-BAS-DDL

Draft 4/20/2022

**THE STATE BAR OF CALIFORNIA**
Statement of Expenditures of Mandatory Fees (Continued)
Year Ended December 31, 2021

3.  **DESCRIPTION OF CHARGEABLE PROGRAMS (Continued)**

OP staff monitor participating attorneys' compliance. The monitoring requires OP staff to contact the attorney being monitored and third parties such as former clients, service providers, and other departments of the State Bar. OP staff provides timely information to the attorney, Office of Chief Trial Counsel, and State Bar Court regarding non-compliance and are available to testify regarding such under oath in court.

h.  *Communications*

The State Bar's Office of Communications and Stakeholder Engagement is responsible for ensuring that the general public and the legal community are informed about the State Bar's public protection role and know how to access the Bar's services and resources. The Office is tasked with conveying critical information to Californians about how to protect themselves from attorney misconduct and what to do if that happens, including by filing complaints against attorneys or seeking compensation for harm through the Client Security Fund. A major emphasis is on activities that reach the public in California to ensure they know how to access the resources of the State Bar's attorney discipline system, as well as to help attorneys understand their ethical obligations.

The Office of Communications and Stakeholder Engagement provides important updates for attorneys licensed in California regarding rules and ethics guiding the profession, as well as ongoing education to improve competence. This office provides information about how to find a lawyer and information about access to legal services for low-income Californians.

i.  *Center on Access to Justice*

This program addresses the development of policy and initiatives in collaboration with other institutions working to expand access to justice for low-income Californians (e.g. Judicial Council; legal services entities; local, state and national organizations such as the American Bar Association and National Legal Aid and Defender Association).

Programs that affect the public's access to justice fall within the exclusive preserve of the judicial branch. (See Superior Court v. Mendocino, supra (1996) 13 Cal.4th at 66.)

j.  *Judicial Evaluation*

The Commission on Judicial Nominees Evaluation, established pursuant to Government Code section 12011.5, is the State Bar agency which evaluates all candidates who are under consideration for a judicial appointment by the Governor. The mission of the Commission is to assist the Governor in the judicial selection process and thereby to promote a California judiciary of quality and integrity by providing independent, comprehensive, accurate, and fair evaluations of candidates for judicial appointment and nomination.

Exhibit #37: 088
22-CV-01616-BAS-DDL

ATTACHMENT C

Draft 4/20/2022

**THE STATE BAR OF CALIFORNIA**
Statement of Expenditures of Mandatory Fees (Continued)
Year Ended December 31, 2021

3.  **DESCRIPTION OF CHARGEABLE PROGRAMS (Continued)**

As stated in Hoffman v. State Bar of California (2003) 113 Cal.App.4th 630, 635 (2003), the State Bar has the "constitutional responsibility, along with the Chief Justice of the Supreme Court and the houses of the Legislature, to appoint a specified number of licensees to the Judicial Council. (Cal. Const., art. VI, § 6.) Through the appropriate committee, the association is also required by statute to evaluate potential appointees for judicial office and report its recommendation to the Governor. (Gov.Code, § 12011.5, subds.(a), (c).) No candidate may be appointed until the State Bar has so reported, or the time for reporting has elapsed. (Id. at subd. (k).)" Having a strong judiciary evaluation system promotes public protection by helping ensure a fair legal system.

k.  *Mandatory Fee Arbitration*

The Fee Arbitration Program (Business and Prof. Code § 6200 et seq.) provides for resolution of fee disputes between attorneys and clients. It is mandatory for the lawyer if the client requests arbitration. Most complaints come to the program independently of the Office of Trial Counsel's Intake Unit, and the availability of this service almost certainly prevents the filing of additional disciplinary complaints. Maintaining a program that decreases the number of additional complaints assists the disciplinary system in processing those cases that cannot otherwise be handled. Although it may be argued that the arbitration program is not necessarily an indispensable part of an attorney disciplinary process, the California Supreme Court has held it is a valuable and justifiable component of a comprehensive disciplinary system. (In re Attorney Discipline System, 19 Cal. 4th 582, 622 (199).)

l.  *General Fund Allocated Support Service* – General and administrative expenses are incurred to provide staff and operational support to all programs and activities of the State Bar including, but not limited to: human resources; finance; licensee billing; information technology; procurement; building maintenance; general services; legal counsel; the formulation, implementation, and administration of policies through the Board of Trustees and the Office of the Executive Director. The "Indirect Costs/Overhead Allocation" is the share of the administrative costs that are charged to the restricted fund programs for the support provided, using the methodology of the State of California for apportioning and recouping administrative support cost provided by the State's general fund to its special fund programs.

Exhibit #37: 090
22-CV-01616-BAS-DDL

ATTACHMENT C

Draft 4/20/2022

**THE STATE BAR OF CALIFORNIA**
Statement of Expenditures of Mandatory Fees (Continued)
Year Ended December 31, 2021

3. **DESCRIPTION OF CHARGEABLE PROGRAMS (Continued)**

The 2021 State Bar indirect cost allocation to chargeable programs is summarized below:

| | |
|---|---:|
| General Counsel | $ 4,588,817 |
| Finance | 2,836,900 |
| Member Billing | 951,600 |
| Human Resources | 1,732,400 |
| General Services - Los Angeles | 4,316,507 |
| General Services - San Francisco | 6,349,261 |
| Information Technology | 11,740,071 |
| Goverenance | 2,849,152 |
| Recruitment & Retention | 1,227,700 |
| OPEB | 3,660,000 |
| Indirect Cost Pool | 40,252,408 |
| Less: Overhead Allocation to Other Programs | (9,052,711) |
| Overhead Allocation to Chargeable Program | $ 31,199,697 |

The amount of the Overhead Allocation to Chargeable Programs is included in the various Chargeable Program expenses on the Statement of Expenditures of Mandatory Fees.

m. *Program Revenues* – Program revenues related to chargeable expenses from the General Fund, Building Fund, Client Security Fund, Lawyers Assistance Fund, and the Support and Administration Fund of the State Bar are held to fund the related program expenses. Other revenues include charges by the State Bar to the California Lawyers Association (CLA) for administrative and support services in the annual collect of member dues. Program revenues for 2021 are comprised of:

| | |
|---|---:|
| Law Corporation Registration Fees | $ 1,808,170 |
| Continuing Legal Education Fees | 664,984 |
| Seminar/Workshop Revenue | 3,375 |
| Other | 654,889 |
| Total | $ 3,131,418 |

Exhibit #37: 090
22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
Statement of Expenditures of Mandatory Fees (Concluded)
Year Ended December 31, 2021

## 4. OPTIONAL DEDUCTIONS

The State Bar sets an amount that attorneys are not required to pay and may deduct from the annual licensing fees. These deductions were $52 for active and inactive attorneys. This amount included $5 fixed by the court for legislative, $2 for elimination of bias and $45 set by the court for the Legal Services Voluntary Assistance Option for both active and inactive attorneys.

These deductions are allowed for the following activities:

    a. *Lobbying*
    Attorneys who do not want to fund lobbying and other legislative activity may deduct $5. (Bus. & Prof. Code §6140.05.)

    b. *Elimination of Bias*
    Attorneys who do not want to fund programs that address concerns of access and bias in the legal profession and the justice system may deduct $2. (*Keller v. State Bar of California* (1990) 496 U.S. 1.)

    c. *Legal Services Voluntary Assistance Option*
    Attorneys who do not want to support nonprofit organizations that provide free legal services to persons of limited means may deduct $45. (Bus. & Prof. Code §6140.03.)

Exhibit #37: 092
22-CV-01616-BAS-DDL



The State Bar *of California*

# Report to the Audit Committee and the Board of Trustees
# Year Ended December 31, 2021

**April xx, 2022**

Exhibit #37: 092
22-CV-01616-BAS-DDL

Draft 4/20/2022

**STATE BAR OF CALIFORNIA**
Report to the Audit Committee and the Board of Trustees
For the Year Ended December 31, 2021

*Table of Contents*

*Page*

**Transmittal Letter** ................................................................................................................... i

**Required Communications** ....................................................................................................... 1

**Schedule of Comment and Response** ........................................................................................ 5

**Status of Prior Year's Finding** ................................................................................................ 7

Exhibit #37: 093
22-CV-01616-BAS-DDL

**Draft 4/20/2022**

To the Audit Committee and the
  Board of Trustees of the State Bar of California
San Francisco, California

In planning and performing our audit of the basic financial statements of the State Bar of California (State Bar), as of and for the year ended December 31, 2021, in accordance with auditing standards generally accepted in the United States of America, we considered the State Bar's internal control over financial reporting (internal control) as a basis for designing audit procedures that are appropriate in the circumstances for the purpose of expressing our opinion on the basic financial statements, but not for the purpose of expressing an opinion on the effectiveness of the State Bar's internal control. Accordingly, we do not express an opinion on the effectiveness of the State Bar's internal control over financial reporting.

Our consideration of internal control was for the limited purpose described in the preceding paragraph and was not designed to identify all deficiencies in internal control that might be significant deficiencies or material weaknesses and therefore, significant deficiencies or material weaknesses may exist that have not been identified. However, as discussed below, we identified a deficiency in internal control that we consider to be significant deficiency.

A *deficiency in internal control* exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent, or detect and correct, misstatements on a timely basis. A *material weakness* is a deficiency, or a combination of deficiencies, in internal control, such that there is a reasonable possibility that a material misstatement of the entity's financial statements will not be prevented, or detected and corrected, on a timely basis. A reasonable possibility exists when the likelihood of an event occurring is either reasonably possible or probable as defined as follows:

- *Reasonably possible*. The change of the future event or events occurring is more than remote but less than likely.
- *Probable*. The future event or events are likely to occur.

A significant deficiency is a deficiency, or a combination of deficiencies, in internal control over financial reporting that is less severe than a material weakness, yet important enough to merit attention by those charged with governance. We consider item number 2021-001 to be significant deficiency. The identified significant deficiency is not considered to be a material weakness.

The State Bar's written responses to the comment and recommendation identified are described in the Schedule of Comment and Response section. The State Bar's response was not subjected to the auditing procedures applied in our audit of the financial statements. We did not audit the State Bar's response and, accordingly, we express no opinion on it. In addition, we would be pleased to discuss the recommendation in further detail at your convenience, to perform any additional study of these matters, or to assist you in implementing this recommendation.

We would like to thank State Bar management and staff for the courtesy and cooperation extended to us during the course of our engagement.

i

Draft 4/20/2022

This communication is intended solely for the information and use of the Audit Committee, Board of
Trustees, State Bar management, and others within the organization, and is not intended to be, and should
not be, used by anyone other than these specified parties.

Very truly yours,


San Francisco, California
April 29, 2022

Exhibit #37: 096
22-CV-01616-BAS-DDL

Draft 4/20/2022

**STATE BAR OF CALIFORNIA**
Report to the Audit Committee and the Board of Trustees
For the Year Ended December 31, 2021

1. **Our Responsibility in Relation to the Financial Statement Audit**

As communicated in our engagement letter dated January 12, 2022, our responsibility, as described by professional standards, is to form and express an opinion about whether the financial statements that have been prepared by management with your oversight are presented fairly, in all material respects, in accordance with accounting principles generally accepted in the United States of America. Our audit of the financial statements does not relieve you or management of your respective responsibilities.

Our responsibility, as prescribed by professional standards, is to plan and perform our audit to obtain reasonable, rather than absolute, assurance about whether the financial statements are free of material misstatement. An audit of financial statements includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control over financial reporting. Accordingly, as part of our audit, we considered the internal control of the State Bar solely for the purpose of determining our audit procedures and not to provide any assurance concerning such internal control.

We are also responsible for communicating significant matters related to the audit that are, in our professional judgment, relevant to your responsibilities in overseeing the financial reporting process. However, we are not required to design procedures for the purpose of identifying other matters to communicate to you.

2. **Planned Scope and Timing of the Audit**

We conducted our audit consistent with the planned scope and timing we previously communicated to you.

3. **Compliance with All Ethics Requirements Regarding Independence**

The engagement team, others in our firm, as appropriate, our firm, and our network firms have complied with all relevant ethical requirements regarding independence.

4. **Qualitative Aspects of the State Bar's Significant Accounting Practices**

*Significant Accounting Policies*

Management has the responsibility to select and use appropriate accounting policies. A summary of the significant accounting policies adopted by the State Bar is included in Note 3 to the financial statements. As described in Note 3 to the State Bar's basic financial statements, the State Bar implemented two new Governmental Accounting Standards Board (GASB) pronouncements in 2021: Statement No. 89, *Accounting for Interest costs Incurred Before the End of a Construction Period* and Statement No. 91, *Conduit Debt Obligations*. Implementation of these statements did not have a significant impact on the State Bar's financial statements.

No matters have come to our attention that would require us, under professional standards, to inform you about (1) the methods used to account for significant unusual transactions and (2) the effect of significant accounting policies in controversial or emerging areas for which there is a lack of authoritative guidance or consensus.

Exhibit #37: 096
22-CV-01616-BAS-DDL

Draft 4/20/2022

**STATE BAR OF CALIFORNIA**
Report to the Audit Committee and the Board of Trustees (Continued)
For the Year Ended December 31, 2021

*Significant Accounting Estimates*

Accounting estimates are an integral part of the financial statements prepared by management and are based on management's current judgments. Those judgments are normally based on knowledge and experience about past and current events and assumptions about future events. Certain accounting estimates are particularly sensitive because of their significance to the financial statements and because of the possibility that future events affecting them may differ markedly from management's current judgments.

The most sensitive estimates affecting the State Bar's financial statements were:

***Fair value of investments.*** Management's investments are generally carried at fair value, which is defined as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. The State Bar's investments are classified as level 1 and level 2 of the fair value hierarchy established by GASB Statement No. 72. Investments classified in level 1 are valued using prices quoted in active markets for those securities. Government agencies securities are classified in Level 2 and valued using quoted prices for identical securities in markets that are not active. Corporate bonds and municipal bond are classified in level 2 and valued using quoted prices for similar securities in active markets.

***Estimated allowance for doubtful accounts on accounts receivable.*** The allowance for losses on accounts receivable was based on management's estimate regarding the likelihood of collectability.

***Valuation of net pension liability, pension expense and pension related deferred inflows and outflows of resources.*** The net pension liability, pension expense and pension related deferred inflows and outflows of resources are based on an actuarial valuation as of June 30, 2020 and rolled forward to June 30, 2021, performed by the California Public Employees' Retirement System's (CalPERS) actuaries. The pension plan is an agent multiple-employer plan administered by CalPERS, which acts as a common investment and administrative agent for participating entities with the State of California.

***Valuation of net OPEB liability, OPEB expense and OPEB related deferred outflows of resources.*** The net OPEB liability, OPEB expense and OPEB related deferred outflows of resources are based on an actuarial valuation as of January 1, 2020 rolled forward to June 30, 2021 performed by the State Bar's independent actuaries for the OPEB plan. The OPEB plan is an agent multiple-employer plan administered by CalPERS, which acts as a common investment and administrative agent for participating entities with the State of California.

***Estimated useful lives and depreciation methods assigned to depreciable capital assets.*** The estimated useful lives of capital assets were determined by management based on the nature of the capital assets. The State Bar uses the straight-line method of depreciation.

We evaluated the key factors and assumptions used to develop these accounting estimates described above and determined that it is reasonable in relation to the financial statements taken as a whole.

*Financial Statement Disclosures*

Certain financial statements disclosures are particularly sensitive because of their significance to financial statement users. The most sensitive disclosures affecting the financial statements and the related notes to the financial statements were the disclosure of the Pension Plan (Note 8) and the Other Postemployment Benefits (Note 9).

2

Exhibit #37: 098
22-CV-01616-BAS-DDL

Draft 4/20/2022

**STATE BAR OF CALIFORNIA**
Report to the Audit Committee and the Board of Trustees (Continued)
For the Year Ended December 31, 2021

5.  *Significant Difficulties Encountered during the Audit*

We encountered no significant difficulties in dealing with management relating to the performance of the audit.

6.  *Corrected and Uncorrected Misstatements*

For purposes of this communication, professional standards require us to accumulate all known and likely misstatements identified during the audit, other than those that we believe are trivial, and communicate them to the appropriate level of management. Further, professional standards require us to also communicate the effect of uncorrected misstatements related to prior periods on the relevant classes of transactions, account balances or disclosures, and the financial statements as a whole. Management has corrected all identified misstatements. In addition, professional standards require us to communicate to you all material, corrected misstatements that were brought to the attention of management as a result of our audit procedures. None of the misstatements identified by us as a result of our audit procedures and corrected by management were material, either individually or in the aggregate, to the financial statements taken as a whole.

7.  *Disagreements with Management*

For purposes of this letter, professional standards define a disagreement with management as a matter, whether or not resolved to our satisfaction, concerning a financial accounting, reporting, or auditing matter, which could be significant to the State Bar's financial statements or the auditor's report. No such disagreements arose during the course of our audit.

8.  *Representations Requested from Management*

We have requested certain written representations from management, which are included in the management representation letter dated April 29, 2022.

9.  *Management Consultations with Other Accountants*

In some cases, management may decide to consult with other accountants about auditing and accounting matters. Management informed us that, and to our knowledge, there were no consultations with other accountants regarding auditing and accounting matters.

10. *Other Significant Matters, Findings, or Issues*

In the normal course of our professional association with the State Bar, we generally discuss a variety of matters, including the application of accounting principles and auditing standards, operating and regulatory conditions affecting the entity, and operational plans and strategies that may affect the risks of material misstatement. None of the matters discussed resulted in a condition to our retention as the State Bar's auditors.

Exhibit #37: 099
22-CV-01616-BAS-DDL

ATTACHMENT D

Draft 4/20/2022

**STATE BAR OF CALIFORNIA**
Report to the Audit Committee and the Board of Trustees (Continued)
For the Year Ended December 31, 2021

### 11. Other Information in Documents Containing Audited Financial Statements

Pursuant to professional standards, our responsibility as auditors for other information in documents containing the State Bar's audited financial statements does not extend beyond the financial information identified in the audit report, and we are not required to perform any procedures to corroborate such other information. However, in accordance with such standards, we applied certain limited procedures to the Management's Discussion and Analysis, the Schedule of Changes in Net Pension Liability and Related Ratios, the Schedule of Plan Contributions – Pension, the Schedule of Changes in Net OPEB Liability (Asset) and Related Ratios, and the Schedule of Contributions – OPEB Plan, which are required supplementary information (RSI) that supplements the basic financial statements. Our procedures consisted of inquiries of management regarding the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We did not audit the RSI and do not express an opinion or provide any assurance on the RSI.

We were engaged to report on combining financial statements and other supplementary information, which accompany the financial statements but are not RSI. With respect to this supplementary information, we made certain inquiries of management and evaluated the form, content, and methods of preparing the information to determine that the information complies with accounting principles generally accepted in the United States of America, the method of preparing it has not changed from the prior period, and the information is appropriate and complete in relation to our audit of the financial statements. We compared and reconciled the supplementary information to the underlying accounting records used to prepare the financial statements or to the financial statements themselves.

Our responsibility also includes communicating to you any information which we believe is a material misstatement of fact. Nothing came to our attention that caused us to believe that such information, or its manner of presentation, is materially inconsistent with the information, or manner of its presentation, appearing in the financial statements.

Exhibit #37: 099
22-CV-01616-BAS-DDL

ATTACHMENT D

**Draft 4/20/2022**

**STATE BAR OF CALIFORNIA**
Report to the Audit Committee and the Board of Trustees (Continued)
For the Year Ended December 31, 2021

**SCHEDULE OF COMMENT AND RESPONSE**

**Finding 2021-001 – Significant Deficiency**
**Improve Internal Controls Over the Financial Reporting**


Written finding in progress

Exhibit #37: 100
22-CV-01616-BAS-DDL

Draft 4/20/2022

**STATE BAR OF CALIFORNIA**
Report to the Audit Committee and the Board of Trustees (Continued)
For the Year Ended December 31, 2021

*Management Response*

Exhibit #37: 102
22-CV-01616-BAS-DDL

**Draft 4/20/2022**

**STATE BAR OF CALIFORNIA**
Status of Prior Year's Finding
For the Year Ended December 31, 2021

**Finding 2020-001 – Significant Deficiency**
**Improve Internal Controls Over the Financial Reporting**

Internal control is a dynamic integral process that should be continuously adapting to the changes faced by State Bar.  As part of our audit procedures, we assess an organization's environment, risk assessment and monitoring of controls to determine whether internal controls have been effective over financial reporting. If controls do not exist, are poorly designed or not operating effectively, we must evaluate the control deficiencies and report the deficiencies to management and, when applicable, report deficiencies to those charged with governance.

The State Bar has been successful in recruiting professionals to fill vacant positions over the past three years, it has been challenged with retaining these professionals.  As such, the State Bar has been continuously training and integrating new personnel into the State Bar's complex accounting and financial reporting process.  This rebuilding of staff has increased the workload of the remaining seasoned professionals.

Status: In progress. The State Bar continued to struggle with closing the books timely in the current year due to turnover. See current year finding 2021-001.

Exhibit #37: 103
22-CV-01616-BAS-DDL