EXHIBIT 38

# APPENDIX A

Report of Expert Sean Fulop regarding the tampering of CDs and cut and paste of swear-in of witnesses Paul W Thorndal and Tejinder Cooner. These were defendants in Ninth Circuit case 13-17498.

# DECLARATION OF SEAN A. FULOP

I, Sean A. Fulop, declare as follows:

## INTRODUCTION

I hold the position of Professor with the Department of Linguistics at California State University Fresno, a position I have held since 2013. I have been employed at CSU Fresno continuously since 2004. My academic and professional areas of specialization include *Phonetics* and *Speech Signal Processing,* which will be applied to the questions in the matter at hand. I am a Full Member of the Acoustical Society of America, where I serve as an associate editor for the society Journal. I published a book *Speech Spectrum Analysis* (Springer, 2011) in which a number of advanced techniques for the analysis of speech sounds were detailed. My complete Curriculum Vitae is attached to this declaration.

## RETENTION

I was retained in the present matter by Sanjay Bhardwaj on May 23, 2019. I was paid a $2,000 retainer, and a further $2,000 for completion of my analysis and this document. My compensation is not dependent on my opinions or the outcome of any legal proceedings.

## QUESTIONS

Mr. Bhardwaj presented me with recordings of a court proceeding dated 1-18-2017 which he suspects have been tampered with, since they contain dialogue not in accord with his recollection of the proceeding. In particular, the recorded portions containing the swearing-in of two witnesses are suspected to have been inserted into the recording at some point, since it is alleged that neither witness was in fact sworn in.

This matter therefore presents the following questions:

(1) What is the objective evidence, if any, that the swearing-in of the witness Paul Thorndal heard in the recording was inserted in an act of tampering? This pertains to the spoken oath from the court officer, as well as the witness response "I do."

(2) What is the objective evidence, if any, that the swearing-in of the witness Tejinder Cooner heard in the recording was inserted in an act of tampering? This pertains to the spoken oath from the court officer, as well as the witness response "I do."

## OPINIONS

I have formed the following opinions based on my analysis of the recordings, the methods of which are detailed below.

(1) During the swearing-in of witness Paul Thorndal, the court clerk utterance which presumably concludes "...truth and nothing but the truth" is obscured by two loud sounds. The second of these is similar to the sound of a button being depressed as on a recording device. This sound clearly cuts off the clerk's speech, so that after the first syllable of the word "nothing," there is no more speech of the clerk in the recording whatsoever. The (presumed) button press is the only recorded sound there.

(2) The witness Thorndal then apparently says "I do" just 0.75 second following the last syllable from the clerk. If the clerk had actually finished saying "nothing but the truth" it would have taken considerably longer than 0.75 seconds to get to the witness response. By imitating the speaking rate of the court clerk in the recording, I determined that it would take about 1.5 seconds to say "nothing but the truth", and then there would normally be a further pause before a witness response.

(3) Immediately at the conclusion of Thorndal's statement there is another (presumed) button-press sound, which is followed by the court clerk statement "Please be seated" just 0.15 second later.

(4) The segment of the recording containing this swearing-in is at a low audio volume in comparison to the rest of the recording; moreover, it is cluttered and obscured by a series of relatively loud sounds which mostly sound like shuffling of paperwork. This is the only portion of the court proceedings which was observed to contain these sounds at such volume and over such a time frame.

(5) During the swearing-in of witness Tejinder Cooner, the court clerk utterance which concludes "...truth and nothing but the truth" is obscured by the same type of sound that cuts off the court clerk in the Thorndal swearing-in; apparently the sound of a button press occurs over top of the final word "truth". The (presumed) button press takes up the entire duration of the word "truth", culminating in a loud click which coincides with the final consonant, making it impossible to observe the final consonant.

(6) The witness Cooner then states "I do" 8 hundredths of a second later. Such an extremely short response time does not sound natural in the context of the proceeding.

(7) This is followed by the court clerk statement "Please be seated", after which there appear to be two more (presumed) button-press sounds in close succession.

(8) The segment of the recording containing this swearing-in is at an exceedingly low audio volume in comparison to the rest of the recording, and is nearly inaudible without high audio gain.

## METHOD OF ANALYSIS

The analysis was conducted on two audio recordings from the court proceeding of 1-18-2017 that were furnished to me by Mr. Bhardwaj.  One file contained the swearing-in and some testimony from Paul Thorndal, and the other contained the swearing-in and some testimony from Tejinder Cooner. Mr. Bhardwaj showed me a retainer agreement and report from JSM Studios, independent experts who had converted the proprietary *For The Record* software sound files into the '.wav' sound file format so that they would be able to be analyzed.  After verifying that the converted files sounded identical to the original files in *For The Record* format, I then analyzed the sound files using the free open-source software *Praat,* which has been widely used in the speech science community for the past 19 years or so.  The files were analyzed at different time scales using a combination of close listening and visual waveform and spectrographic analysis.

## FINDINGS

By the methods disclosed above I made the following findings:

(1) The statement of the oath from the court clerk for the swearing in of Paul Thorndal shows strong evidence of tampering; in particular the presumed conclusion of the statement is cut off midway through a word by a sound which is likely a button-press on a recording/playback device.

(2) The statement "I do" from Thorndal shows evidence of tampering; in particular it occurs too quickly after the court clerk statement, and it is followed immediately by a sound which is likely a button-press on a recording/playback device.

(3) The segment of the recording comprising the swearing-in of Mr. Thorndal is at a much lower audio volume than the rest of the recording, and moreover it is obscured by a series of loud sounds not found throughout the rest of the recording. This adds to the body of evidence that it has been tampered with.

(4) The statement of the oath from the court clerk for the swearing in of Tejinder Cooner shows evidence of tampering; in particular the statement ends with another likely button-press sound.

(5) The statement "I do" from Cooner shows evidence of tampering; in particular it occurs too quickly after the statement from the court clerk.

(6) The statement "Please be seated" from the court clerk to Cooner shows evidence of tampering; in particular it is closely followed by two more likely button-press sounds.

(7) The segment of the recording comprising the swearing-in of Mr. Cooner is at an exceedingly low audio volume compared to the rest of the recording, adding to the body of evidence that it has been tampered with.

(8) While there is no way to definitely prove that the sounds I have identified as "button-press" in fact are due to a button being depressed on a recording or playback device, the probability of so many similar sounds occurring due to chance during a court proceeding at the precise boundaries of various statements and nowhere else is incalculably small.

## CONCLUSIONS

(1) The proposition that the segment of the recorded court proceeding involving witness Paul Thorndal has been tampered with has been established with 100% certainty, with finding (1) above serving as the proverbial "smoking gun." Usually, evidence of tampering with a voice recording is more subtle, but here we have a situation where a part of someone's sentence was literally cut off during some clumsy editing. I leave it to others to determine exactly what happened, since it is impossible to know if pieces have been pasted in or deleted somehow, but some amount of cutting, pasting and/or re-recording from a separate playback has certainly been done to the segment of the recording which contains the swearing in of the witness.

(2) The proposition that the segment of the recorded court proceeding involving witness Tejinder Cooner has been tampered with has been established to a high degree of likelihood. Once again I dare not speculate about exactly what has been done to the recording, but it is extremely likely that cutting, pasting and/or re-recording from a separate playback has been done to the segment of the recording which contains the swearing in of the witness.

I declare under penalty of perjury that the foregoing is a true and correct representation of my research, observations and analysis in the matter at hand.

Date: _June 10, 2019_            _Sean Fulop_

Sean A. Fulop

# Curriculum Vitae
## Sean A. Fulop

Business Address:
Department of Linguistics
California State University, Fresno
5245 N. Backer Ave. M/S PB92
Fresno, CA 93740-8001
sfulop@csufresno.edu
559 278-4896

### Degrees

Ph.D. Linguistics 1999
University of California Los Angeles.

M.A. Linguistics 1997
University of California Los Angeles.

M.A. Linguistics, specialization in Phonetics, 1994
University of Calgary, Calgary, Canada.

B.Sc. Physics, minor in Linguistics, 1991
University of Calgary, Calgary, Canada.

### Experience

Professor of Linguistics, California State University Fresno
and Director of the Cognitive Science Program.

Consulting in forensic and acoustic phonetics.

2009–2013 Associate Professor of Linguistics, California State University Fresno.

2005–2009 Assistant Professor of Linguistics, California State University Fresno.

2004–2005: Full-time Lecturer with the Dept. of Linguistics, California State University Fresno.

2000–2004: Visiting Assistant Professor with the Dept. of Linguistics (and Computer Science by courtesy) at the University of Chicago.

1999–2000: Full-time (Temporary) Lecturer with the Dept. of Linguistics and Language Development, San José State University.

### Publications

#### Books

Barbara Birch and S. A. Fulop (To appear in 2020) *English L2 Reading: Getting to the Bottom.* New York: Routledge Education.

(2011) *Speech Spectrum Analysis.* Berlin: Springer.

(2004) *On the Logic and Learning of Language.* Victoria, British Columbia: Trafford.

#### Papers in Refereed Journals

Fulop and Lloyd Rice (monthly since 2008) "Reviews of Acoustical Patents." *Journal of the Acoustical Society of America.*

Fulop and Hannah Scott (2019) "Vowel System Sandbox: Complex system modelling of language change." *Journal of Open Research Software,* **7**(1).

Flynn, D. and S. A. Fulop (2014) "Acoustic phonetic features in Athabaskan sound change." *Diachronica* **31**(2):192–222.

Fulop and Nick Chater (2013) "Why formal learning theory matters for cognitive science." *Topics in Cognitive Science* **5**:3–12.

Fulop and Nick Chater (2013) "Learnability theory." *Wiley Interdisciplinary Reviews: Cognitive Science* **4**:299–306.

Flynn, D. and S. A. Fulop (2012) "Dentals are grave." *Canadian Acoustics* **40**(3):20–21.

(2010) "Grammar induction by unification of type-logical lexicons." *Journal of Logic, Language and Information* **19**:353–381.

(2010) "Accuracy of formant measurement for synthesized vowels using the reassigned spectrogram and comparison with linear prediction." *Journal of the Acoustical Society of America* **127**(4):2114–2117.

(2007) "Phonetic applications of the time-corrected instantaneous frequency spectrogram." *Phonetica* **64**:237–262.

Exhibit #38: 007
22-CV-01616-BAS-DDL

(2007) "Learnability of type-logical grammars." *Research on Language and Computation* **5**(2):159–179.

Fulop and Kelly Fitz (2007) "Separation of components from impulses in reassigned spectrograms." *Journal of the Acoustical Society of America* **121**(3):1510–1518.

Fulop and Kelly Fitz. (2006) "Algorithms for computing the time-corrected instantaneous frequency (reassigned) spectrogram, with applications." *Journal of the Acoustical Society of America* **119**(1):360–371.

(2005) "Semantic bootstrapping of type-logical grammar." *Journal of Logic, Language, and Information* **14**(1):49–86.

Fulop, P. Ladefoged, F. Liu and R. Vossen. (2003) "Yeyi clicks: Acoustic description and analysis." *Phonetica* **60**(4):231–260.

Fulop and Michael Dobrovolsky. (1999) "An instrumental analysis of Sharchhop obstruents." *Linguistics of the Tibeto-Burman Area* **22.1**:59–70.

Fulop, Ethelbert Kari, and Peter Ladefoged. (1998) "An acoustic study of the tongue root contrast in Degema vowels." *Phonetica* **55**(1–2):80–98.

**Papers in Unrefereed Journals**

Fulop, Kelly Fitz and Douglas O'Shaughnessy (2011) "Signal Processing in Speech and Hearing Technology." *Acoustics Today,* July.

Fitz, Kelly and S. Fulop (2009) "A unified theory of time-frequency reassignment." *arXiv* preprint.

Fulop and Kelly Fitz (2006) "A Spectrogram for the 21st Century." *Acoustics Today* **2**(3):26–33.

Fulop, Ethelbert Kari, and Peter Ladefoged. (1997) "Further analysis of Degema vowel harmony." UCLA Working Papers in Phonetics 95:1–17.

(1996) "An acoustic investigation of the tongue-root contrast in Degema vowels." UCLA Working Papers in Phonetics 93:13–46.

(1996) "Thematic proto-roles and the semantics of control." UCLA Working Papers in Syntax and Semantics 1:77–88.

(1994) "Acoustic correlates of the fortis/lenis contrast in Swiss German plosives." Calgary Working Papers in Linguistics 16:55–63.

**Papers in Refereed Volumes or Proceedings**

Fulop and R. A. Wright (Forthcoming) "Acoustic analysis of clicks." In B. Sands (ed.) *The Handbook of Clicks.* Brill.

(2018) "A survey of proof nets for substructural logics." In B. Gyuris et al. (eds.) *K + K = 120,* http://clara.nytud.hu/~kk120/.

Fulop and D. Kephart (2015) "Topology of language classes." *Proceedings of the 14th Meeting on the Mathematics of Language,* pp. 26–38.

(2012) "Phonetics and Speech Processing," *Encyclopedia of the Sciences of Learning,* Springer.

(2012) "Mathematical Linguistics and Learning Theory," *Encyclopedia of the Sciences of Learning,* Springer.

Taniguchi, M., J. Setter, S. Fulop and C. Golston (2011) "Assessing intonation in the spontaneous and scripted speech of native and non-native speakers of English." *Proceedings of International Congress of Phonetic Sciences XVII.*

Fulop and Sandra Ferrari Disner (2007) "The reassigned spectrogram as a tool for voice identification." *Proceedings of International Congress of Phonetic Sciences XVI* pp. 1853–1856.

(2003) "Discovering a new class of languages." In R. T. Oehrle and J. Rogers (eds.) *Proceedings of Mathematics of Language 8.* Available on the MOL website.

Neuvel, Sylvain and S. A. Fulop (2002) "Unsupervised Learning of Morphology Without Morphemes." In *Proceedings of the Workshop on Morphological and Phonological Learning 2002,* Association for Computational Linguistics.

Fulop and Edward L. Keenan. (2002) "Compositionality: A Global Perspective." In Fritz Hamm and Ede Zimmermann (eds.) *Semantics.* Linguistische Berichte, Sonderheft 10, Helmut Buske Verlag.

(2001) "Learnability of type-logical grammars." In L. Moss and R. T. Oehrle (eds.) *Proceedings of the joint meeting of the 6th Conference on Formal Grammar and the 7th Conference on Mathematics of Language,* Electronic Notes in Theoretical Computer Science **53**, Elsevier.

### Papers in Unrefereed Proceedings

(2017) Helffrich, J. and S. A. Fulop. "The phase-locked loop as a tool for signal analysis." *Proceedings of Meetings on Acoustics* vol. 30.

(2016) Deng, Jie and S. A. Fulop. "Interactions between stop aspiration and tonal pitch in Weihai Chinese." *Proceedings of Meetings on Acoustics* vol. 26.

(2014) Fulop and Ron Warren. "An acoustic analysis of advanced tongue root harmony in Karajá." *Proceedings of Meetings on Acoustics* vol. 21.

(2014) Fulop and Sylvain Neuvel. "Networks of morphological relations." *International Symposium on Artificial Intelligence and Mathematics 2014.*

(2013) Fulop and Youngwook Kim. "Speaker identification made easy with pruned reassigned spectrograms." *Proceedings of Meetings on Acoustics* vol. 19.

(2011) Fulop and Sandra Ferrari Disner. "Examining the voice bar." *Proceedings of Meetings on Acoustics* vol. 14.

(2009) Fulop and Sandra Ferrari Disner. "Advanced time-frequency displays applied to forensic speaker identification." *Proceedings of Meetings on Acoustics* vol. 6.

(2008) Fulop and Chris Golston. "Breathy and whispery voicing in White Hmong." *Proceedings of Meetings on Acoustics* vol. 4.

(2007) "Mathematical results on syntactic learnability." In J. Cihlar, A. Franklin, D. Kaiser, and I. Kimbara (eds.) *Proceedings of the 39th Conference of the Chicago Linguistic Society,* Chicago Linguistic Society.

### Patents

**U.S. Patent No. 8,036,891 METHODS OF IDENTIFICATION USING VOICE SOUND ANALYSIS,** filed with the U.S. Patent Office on June 25, 2008; issued Oct. 11, 2011. Inventor: Sean Fulop, assignor to California State University Fresno.

### Theses

(1999) On the Logic and Learning of Language. PhD dissertation, University of California Los Angeles.

(1997) An Acoustic Investigation of the Tongue Root Contrast in Degema Vowels. MA Thesis, University of California Los Angeles.

(1994) Acoustic Manifestations of Tension in Plosives. MA Thesis, University of Calgary.

### Book Reviews

(2008) Book notice for *Mathematics of Language,* by Marcus Kracht. *e-Language.*

(1994) Review of *Papers in Laboratory Phonology II: Gesture, Segment, Prosody,* Gerard J. Docherty and D. Robert Ladd (eds.). *Language Quarterly* **32**(1–2):119–122.

### Conference presentations (no proceedings)

**Invited papers**

Invited to teach a one-week course ***Linguistics for Scientists*** at the 19th European Summer School for Logic, Language and Information at Trinity College, Dublin, Ireland, August 2007.

"Mathematical results on syntactic learnability." Invited paper presented at the 39th Annual Conference of the Chicago Linguistic Society, The University of Chicago, April 2003.

Fulop and Edward L. Keenan. "Compositionality: A Global Perspective." Presented at the Symposium on Compositionality, Ninth European Summer School in Logic, Language, and Information, Université de Provence, Aix-en-Provence, France, August 11–22 1997.

**Papers at Refereed Conferences**

Fulop and C. Golston "If segments are real, what are they?" Paper presented at the CUNY Conference on the Segment, January 2012.

Disner, S. and S. Fulop "Individuating vocal characteristics with the reassigned spectrogram." Paper presented at the 10th Biennial Conference, International Association of Forensic Linguists 2011.

Fulop, C. Golston and P. Yang "White Hmong whispery voiced plosives and the features [voice] and [aspirated]." Paper presented at the Linguistic Society of America meeting, Albuquerque, NM, January 2006.

Howe, Darin and S. A. Fulop. "Acoustic features in Northern Athabaskan." Paper presented at the Linguistic Society of America meeting, San Francisco, CA, January 2005.

"Speech spectrography beyond the Fourier transform." Paper presented at From Sound to Sense: 50+ Years of Discoveries in Speech Communication, MIT, Cambridge, MA, June 2004.

**Papers at Unrefereed Conferences**

Fulop and Christine Shadle "Automated formant tracking using reassigned spectrograms." Presented at the 175th meeting of the Acoustical Society of America, Minneapolis, MN, May 2018.

Fulop and Hannah Scott "Modeling the changes of natural vowel systems." Presented at the 2015 meeting of the American Association for the Advancement of Science, San José, CA, Feb. 2015.

Ron Warren and S. A. Fulop "The merged vowel of PIN and PEN in Bakersfield, CA." Presented at the 167th meeting of the Acoustical Society of America, Providence, RI, May 2014.

Disner, S., S. A. Fulop and F.-Y. Hsieh "The fine structure of phonation as a biometric." *Journal of the Acoustical Society of America* **128**(4 pt. 2):2394 (abstract). Presented at the 2nd Pan-American/Iberian Meeting on Acoustics, Cancun, Mexico, Nov. 2010.

"What's wrong with these formants?" *Journal of the Acoustical Society of America* **121**(5 pt. 2) (abstract only). Paper presented at the 153rd meeting of the Acoustical Society of America, Salt Lake City, UT, June 2007.

Fulop and Kelly Fitz "Using the reassigned spectrogram to obtain a voiceprint." *Journal of the Acoustical Society of America* **119**(5 pt. 2):3337 (abstract only). Paper presented at the 151st meeting of the Acoustical Society of America, Providence, RI, June 2006.

"Separation of formants from glottal impulses in high-resolution spectrograms using higher-order short-time Fourier transform phase derivatives." *Journal of the Acoustical Society of America* **116**(4 pt. 2):2482 (abstract only). Paper presented

Exhibit #38: 010
22-CV-01616-BAS-DDL

at the 148th meeting of the Acoustical Society of America, San Diego, CA, November 2004.

Fulop and Kelly Fitz. "Digital algorithms for computing the time-corrected instantaneous frequency (reassigned) spectrogram, with applications." *Journal of the Acoustical Society of America* **116**(4 pt. 2):2582 (abstract). Paper presented at the 148th meeting of the Acoustical Society of America, San Diego, CA, November 2004.

"Substructural logic as Universal Grammar." *Bulletin of Symbolic Logic* **10**(3):441–2 (abstract only). Paper presented at the Association for Symbolic Logic Spring Meeting, April 22–25 2004, Chicago.

"Cheating Heisenberg: Achieving certainty in wideband spectrography." *Journal of the Acoustical Society of America* **114**(4 pt. 2):2396–7 (abstract). Paper presented at the 146th meeting of the Acoustical Society of America, Austin, Texas, November 2003.

"Semantic bootstrapping of type-logical grammar." Presented at the Computational Linguists of Chicago workshop, University of Illinois at Chicago, April 20, 2002. An early version was presented at the GRACQ learning workshop, University of Nantes, June 30–July 02 2001.

"On the logic and learning of language." Paper presented at the Van Gogh Meeting, Utrecht Institute of Linguistics, April 21–22 1999.

"Algebraic models for substructural sequent systems." Paper presented at the Twenty Third Holiday Symposium: Algebraic Structures for Logic; January 8–12, 1999 New Mexico State University, Las Cruces.

"Semantics of aspect and tense in Navajo." Paper presented at the UCLA Workshop on Tense and Aspect, Lake Arrowhead Conference Center, California, May 16–19 1998.

Fulop and Michael Dobrovolsky. "An instrumental analysis of Sharchhop obstruents." Presented at the 3rd Himalayan Languages Symposium, University of California Santa Barbara, July 18–20 1997.

Fulop and Patricia A. Keating. "Pronunciation variability in the Switchboard corpus." Poster presented at the Third Joint Meeting of the Acoustical Society of America and the Acoustical Society of Japan, Honolulu, Hawaii, December 2–6 1996.

Fulop, Ethelbert Kari, and Peter Ladefoged. "Articulatory modeling of so-called advanced tongue root vowels." Poster presented at the 129th Meeting of the Acoustical Society of America, Washington, DC, May 30–June 3 1995.

Fulop, Ethelbert Kari, and Peter Ladefoged. "Articulatory modeling of so-called Advanced Tongue-Root vowels." Paper presented at the 26th Annual Conference on African Languages, UCLA, March 24–26 1995.

"Acoustic correlates of the fortis/lenis contrast in Swiss German plosives." Versions of this paper were presented at the Alberta Conference on Language, Banff, Canada, November 1993, and at the 126th Meeting of the Acoustical Society of America, Denver, Colorado, October 4–8 1993.

## Professional activities

Session chair at Acoustics '17 Boston, June 2017.

Appointed liaison from the Association for Symbolic Logic to the Linguistics section of AAAS, as of 2014.

Guest Editor for *Annals of Mathematics and Artificial Intelligence,* 2014.

Guest Editor for *Topics in Cognitive Science* and member of the Editorial Board; topic on Formal Learning Theory Relevant to Cognitive Science Jan. 2013.

*Sean A. Fulop*                                                                                 6

Associate Editor (2011–2014) for the *Journal of the Acoustical Society of America* Acoustic Signal Processing section.

Associate Editor (since July 2007) for the *Journal of the Acoustical Society of America* Patent Reviews section.

Patent reviewer (as of Nov. 2004) for the *Journal of the Acoustical Society of America.*

Special session organizer for "Frontiers of spectrum analysis," at the 153rd Acoustical Society of America meeting (2007) in Salt Lake City.

Referee for numerous journals including: Language; Journal of the Acoustical Society of America; Journal of the International Phonetics Association; Journal of Phonetics; Signal Processing; Studia Logica.

**Memberships**

American Association for the Advancement of Science.

Acoustical Society of America.

FoLLI (European Association for Logic, Language, and Information).

International Phonetic Association.

Cognitive Science Society.

Association for Symbolic Logic.

Linguistic Society of America.

**Courses taught**

**Spring 2019**

*General Phonetics*

*Linguistics and Reading*

**Fall 2018**

*General Phonetics*

*Advanced Phonetics*

*History of English*

**Fall 2017**

*General Phonetics*

*Advanced Phonetics*

*Linguistics and Reading*

**Spring 2017**

*Historical Linguistics*

*Foundations of Cognitive Science*

*Linguistics for Teachers*

**Fall 2016**

*General Phonetics*

*Advanced Phonetics*

*Linguistics for Teachers*

**Spring 2016**

*General Phonetics*

*Intro to Cognitive Science*

*Historical Linguistics*

**Fall 2015**

*Linguistics for Teachers*

*Advanced Phonetics*

*General Phonetics*

**Spring 2015**

*Historical Linguistics*

*Intro to Cognitive Science*

May,  2019

Exhibit #38: 012
22-CV-01616-BAS-DDL

# APPENDIX B

Report of second forensic expert  Kent Gibson. Second expert corroborates that the swear in is cut and pasted.

Exhibit #38: 013
22-CV-01616-BAS-DDL

| Regarding a "**ForTheRecord**"court recording in the case of Sanjay Bhardwaj | **FORENSIC AUDIO DECLARATION** |
|---|---|
| | |

| | **DECLARATION OF KENT GIBSON** |
|---|---|
| Analysis requested by: **Sanjay Bhardwaj** | A FORENSIC AUDIO EXAMINER forensicaudio.org<br><br>511 N Orange DR , LA CA 90068<br>323-851-9900 |

I, Kent Gibson, state the following, of which I have personal knowledge:

I am the founder of Forensicaudio.org which is a 28 year old company based in Los Angeles, California. Regular clients include the US Secret Service, the FBI, DOJ, USPS, IRS, LA Superior Court, LA County Sheriff, LA Public Defender's Office, Pasadena PD Homicide Assaults, Santa Clara Sheriff's Dept., Santa Rosa County, San Bernardino County Sheriff's Department and many private law offices and various other courtroom representatives. I am a Certified Audio/Video Forensic Examiner for LA Superior Court, on the approved expert witness list, and chosen by the LA County Sheriff as a contract examiner for the county.

Forensicaudio.org specializes in examining and preparing audio and visual evidence for use during litigation. Additionally, Forensic Audio enhances recordings,

- Declaration of Kent Gibson – ForensicAV.com                                     1

does facial recognition, authenticates recordings, performs voice identification and prepares certified transcripts and sworn declarations.

IN THIS CASE I examined a "ForTheRecord" (FTR) recording made in court on January 18, 2017 in a case involving Mr. Sanjay Bhardwaj. A FTR recording has up to 8 channels of audio presented in a mix matrix where any channel can be individually controlled. Typically one channel is reserved for the judge, one for the witness, one for each attorney, etc. In this analysis, ALL of the channels were left at the median a.k.a. normal or zero position, not causing an increase or decrease of the volume on any channel.

I then proceeded to take measurements. mostly of time and/or volume as events proceed during the trial. In particular, there are two "swearing in" sections in this file that I focused on. The first is the swearing in of Paul Thorndal: Below is a screenshot of the markers for four sections of interest:

| Name | Start | End | Length |  |
|------|-------|-----|--------|--|
| Region 1 | 00:02:03.294 | 00:02:07.084 | 00:00:03.790 | Bard "is is alrig... |
| Region 2 | 00:02:17.625 | 00:02:26.551 | 00:00:08.926 | Do your swear |
| Region 3 | 00:02:24.000 | 00:02:25.412 | 00:00:01.412 | I do |
| Region 5 | 00:02:24.791 | 00:02:25.000 | 00:00:00.209 | space please be |

Region one is 3.790 sec. of Thorndal from his original position asking permission to leave something at his seat. The screenshot below shows the spectrogram of that section and a grid of loudness exhibited an integrated loudness of -39.9 LUFS (loudness units full scale). Numbers closer to zero are louder.

Exhibit #38: 015
22-CV-01616-BAS-DDL



Region 2, the Court Clerk reads the "do you swear, etc." text to the witness. The duration is 8.926 sec and shows an integrated loudness of -39 LUFS, approximately the same as the previous section.



Exhibit #38: 016
22-CV-01616-BAS-DDL

Region 3, the witness says "I do".  The duration is very short - 1.412 sec and shows an integrated loudness of -41.6 LUFS, lower volume than the previous section.



The next is Region 5, the Court Clerk says "please be seated." Only 0.209 seconds after the witness says "I do".

Exhibit #38: 017
22-CV-01616-BAS-DDL



The second section of the court recording is the swearing in of Tajinder Kooner:

Below is a screenshot of the markers for four sections of interest:



Region 1B is 11.1640 sec. of the Court Clerk reading the swearing in text.. The

screenshot below shows that section and a grid of loudness which is **significantly**

**softer** than the previous swearing in at an Integrated Loudness of -64 LUFS.

Exhibit #38: 018
22-CV-01616-BAS-DDL



**Unlike the previous witness,** we do not hear Kooner say "I do" at all, and in its place is a loud mic sound.  Then the Court Clerk says "State and spell your first and last name for the record" on section 3B. The volume in Section 3B is significantly louder than in 1B, and of a much different, clearer voice. (Integrated loudness of -56.3 LUFS,

Exhibit #38: 019
22-CV-01616-BAS-DDL



Section 4B (7.397 seconds) is the prosecuting attorney thanking Deputy Kooner, where the overall volume returns to a more normal level of -40.4 LUFS Integrated loudness.



CONCLUSION:  The differences in the swearing in between these two witnesses is troubling as it could indicate that some editing was done in this recording. Generally it is thought that this recording system is "Edit Proof", however in discussions with technical support at "ForTheRecord" Tech experts indicated that editing is possible.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that this Declaration was executed on the 17th day of August 2017.


Kent Gibson

Digitally signed by Kent Gibson
DN: cn=Kent Gibson, o=Forensic Audio, ou=Soundesign, email=kent@kentgibson.com, c=US
Date: 2017.08.17 15:48:56 -08'00'

_____

Kent Gibson  - Forensic Audio

This pdf of this document is digitally signed and certified and cannot be altered.

- Declaration of Kent Gibson – ForensicAV.com

8

Exhibit #38: 021
22-CV-01616-BAS-DDL

# APPENDIX C

Report from Forensic Expert Kent Gibson on comparison of CDs obtained from
court for the same date 1.18.17. The expert concludes they are different and clerk's
inital testing is removed, which identifies which channel or mic belongs to whom.
Court changes a court document without any notice or consent from parties. Part of Record.

# KENT   GIBSON

### ForensicAV.com

Phone:323-851-9900  kent@kentgibson.com                    511 North Orange Drive, Los Angeles, CA 90036

---

Regarding a "**ForTheRecord**" court recording in the case of Sanjay Bhardwaj

## Two CD's were provided by the court containing FTR recordings.

## I ran comparison MD5 and SHA-1 checksums on the first file on each disk.

## THESE DISKS ARE NOT IDENTICAL.

1st Disk 1st file Courtroom 1_20170118-0928_01d2716d3389d290 <u>1MB</u>

MD5 Checksum: 2AAD936CF345AAEE6EF15F2D79F22E9C
SHA-1 Checksum: BB4E13E64064280A0D790B1EEE4CD7C7580FAFA8

2nd Disk (1/18/17)  1st File Courtroom 1_20170118-1005–01g271726 <u>4,873KB</u>

MD5 Checksum: 0FEF895FB0F970B54F734C4463548E73
SHA-1 Checksum: 5DB78958B7715FCAF6096EFAE33552E29DD963FF

I also listened to the beginning of each disk and they are different.  The first disk contains a section where
the court assistant scratches and checks each microphone in the court.  The most recent disk does not
contain this "mic check" section.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true
and correct to the best of my knowledge, and that this Declaration was executed on the 16th day of August
2017.



**Kent Gibson**   Digitally signed by Kent Gibson
DN: cn=Kent Gibson, o=Forensic
Audio, ou=Soundesign,
email=kent@kentgibson.com, c=US
Date: 2017.08.16 17:11:30 -08'00'

Kent Gibson

ForensicAV.com

Forensic Declaration  8/16/17

# KENT   GIBSON

## ForensicAV.com

Phone:323-851-9900  kent@kentgibson.com                    511 North Orange Drive, Los Angeles, CA 90036

Websites: ForensicAV.com, Soundesign.org, ForensicAudio.org
Experienced in and equipped for:
**Facial Recognition, Voice Identification, Authentication, Restoration, Enhancement, Audio Work**

• **EDUCATION** - B.A. **Yale University (communications)** M.A. from **Stanford University** Film School (Dept. of Communication). Audio Forensics Classes at University of Denver, ESA, Inc, AES, ACEFI, SpeechPro.

• **COMPANIES** – Owner **ForensicAV.com**– specializing in enhancing audio and video for use in courtroom situations. Also specializes in Voice Identification and Facial Recognition.. In business for 20 years. Former contract Forensic Audio and Video Examiner for LA County Sheriff's Department. Regular clients include the US Secret Service, the FBI, LA Superior Court, IRS, DOJ, USPS, LA Public Defender's Office, LA County Sheriff , Pasadena PD Homicide Assaults, Santa Clara Sheriff's Dept, Santa Rosa County, San Bernardino County Sheriff's Department and many private law offices and various other courtroom representatives. On the **Certified Expert Witness list as Audio/Video Forensic Examiner for LA Superior Court.** Co-Founder and past President, **Cosmos Studios.** Owner of **Soundesign.** Mr. Gibson was also a founding partner in **Rosebud Films.**

• **PUBLICATIONS** – (not all peer reviewed) **"FORENSIC AUDIO – MYTHS, PROMISES AND REALITIES IN THE AGE OF CSI"** – FORENSIC MAGAZINE 2009, AUDIO ENGINEERING SOCIETY 33rd CONFERENCE IN FORENSIC AUDIO, DENVER COLORADO, JUNE 5-7, 2008. **CAUGHT RED HANDED - Audio Forensic Workflow (JAES)**- acquisition through enhancement of covert recordings of newly arrested suspects. By Kent Gibson, ForensicAudio.org **AFI AUDIO** – AMERICAN FILM INSTITUTE, **"Judging the Forensic Authenticity of Digital Audio Files"** – DOJ, OFFICE OF JUSTICE PROGRAMS 2009, **"Newest Technology In Forensic Audio"** Presented by Kent Gibson of Forensic Audio - AUDIO ENGINEERING SOCIETY 8/24/2009, Keynote Speaker – **World College of Forensics 2011 Chongqing, China**. Expert in Facial Recognition "Billy the Kid – New Evidence" 2 hour special on National Geographic Television

• **TESTIMONY,** SAMPLE Depositions & Declarations – 2 years LA Sup Court – Lonnie Franklin (Grim Sleeper) Serial killer case -"FBI, Lake County Prosec. Atty – People v. Engelica Castillo, Jiminez v. City of Chicago, People v. Sostre, People v. Laura Fogleman-Vinson, Hale v. Howard (St. Louis), People v. JR Bolds, People v. V. A. Gebreselassie, LA Alt Pub. Defender – People v. Terence Boyd (3x - Authentication), Daniel Horowitz - Mel Gibson v. Oksana Grigorieva (Voice ID, Authentication), Geragos & Geragos "Arriaga v BNSF Railroad Accident recreation, Gomez V Evans Accident Recreation 2010, Todd v. Coast National Insurance et al SBSC Case # CIV SS801883 – Archer Norris, For the People, LA County Sheriff, Compton CA. 2009, LASC Case # BC369962 Tharpe & Howell, Cause # 2:09-CV-004J McCaa v. Easterling, Bryan TX, Case # 04F0939 Cox, Case # 85Y0823 Peretz, Quintana V Lucas - Mancini & Assoc., People v. Damiano, Case # LC079209 -- Carlin v. Panorama, Case #07-223-615 Ager v. Hager, US v. Goodwin Case #559-351-8155, Martinex V. Brownco Const., Case #C0404906 - Campanella V Longoria, Case &GA02516 People V. Jong Min Kang, Case # 07272607 Pasadena PD,LAPD #378921 -LA Pub. Defender, File# 9002-82-7941 Reichelt v. City of LA Police. Mr Gibson has testified more than 50 times. He has testified on Voice ID in State court 20 times and in Federal Court three times.

• **AWARDS** - Winner - Prime Time Emmy Award (Special Achievement) - PBS series **COSMOS.** Nominee 2004 Emmy Award as Executive Producer for **Cosmic Journey - The Voyager Interstellar Mission and Message** (A&E). Sound Designer and Mixer 2003 Doc Emmy - **Galileo, Battle for the Heavens** - NOVA, Grammy Award Citation - **Gimme Some Truth, the Making of John Lennon's Imagine Album** - long form video. Grammy Award Long Form Videodisk - **Physical starring Olivia Newton-John** and Grammy Winning Long Form Video **The Heart of Rock & Roll, Starring Huey Lewis & The News.** Grammy Award Citation **Rod Stewart** - long form video. Multiple Clio Awards and other Emmy Nominations.

• **EXECUTIVE PRODUCER - Cosmic Africa** - documentary feature (2006), **Lost Dinosaurs of Egypt** documentary feature (A&E), **Cosmic Journey,** the Voyager Interstellar Mission and Message (A&E), **The Best of COSMOS** (PBS) Producer-Director.

• **SOUND DESIGNER & MIXER** – Numerous feature films, including two Disney Features, and hundreds of television shows.

• **ORGANIZATIONS** – **American College of Forensic Examiners International, Director's Guild of America,** West, (UPM and Director) **NARAS, SMPTE, Audio Engineering Society, ATAS, IATSE 695 & 700** (inactive), **NABET** (Inactive), Board of Directors - **National Parkinson Foundation,** LA., **Chairman of the Board, ETC – Ensemble Theatre Company.**



Forensic Declaration  8/16/17

# APPENDIX D

Pictures of transcript of record dated 14th June 2018, Volume II for 1.18.17.
There is no authorship designation on first page.

Lines 11 and 11.5 were removed from transcripts, but are added on motion, that Hearing
Judge admitted thousands of pages of EXHIBIT 1.2 without any consideration of rules of evidence.

Page 3 is II-71 of the transcript, swear-in is disputed. Line 7-8.5.

Page 4-5 is II-192, the last page, indicating there is no certification page.

Clerk should inform Respondent if a different set is presented.

Exhibit #38: 025
22-CV-01616-BAS-DDL



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE BAR COURT

OF THE STATE OF CALIFORNIA

HEARING DEPARTMENT - SAN FRANCISCO

In the Matter of:                    )  Case No. 14-O-00848-PEM
                                     )
SANJAY BHARDWAJ, ESQ.,               )
                                     )
            Respondent.              )  VOLUME II
                                     )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE PATRICE E. MCELROY
WEDNESDAY, JANUARY 18, 2017
180 HOWARD STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

APPEARANCES:

For the State Bar:              ROBIN B. BRUNE, ESQ.
                                The State Bar of California
                                180 Howard Street
                                Seventh Floor
                                San Francisco, California
                                  94105

For the Respondent:             SANJAY BHARDWAJ, ESQ.
                                Law Offices of Sanjay Bhardwaj
                                44663 Japala Place
                                Fremont, California 94539
                                (510) 207-8283

Version June 14, 2018

II-18

1        MR. BHARDWAJ:  Well, it has a lot of hearsay.

2        THE COURT:  I understand that, but hearsay is

3  allowed in this court.

4        MS. BRUNE:  Also cite to 6049 of the Business and

5  Professions Code, your Honor.

6        THE COURT:  So, anyway, at any rate, it's

7  admitted.

8      MR. BHARDWAJ:  Your Honor, that was the --

9      MS. BRUNE:  That's 6049.2.

10  THE COURT:  Don't argue with me. It's admitted, and let's move on.

11  And the Court is also going to admit 1.2. We did judicially
    notice it. I'm admitting the entire thing.

12        MS. BRUNE:  Thank you.

13  BY MS. BRUNE:

14  Q    Mr. Thorndal, I'd like to direct your attention to page

15  four, but I'm going to back up a little bit.  I just want to

16  back up to page one, to establish that page four is part of

17  Mr. Bradley's opening statement.

18  A    Yes.

19  Q    Okay.  So, on page four, at line six to eight, if you

20  recall, what was Mr. Bradley's indication to the Court as to

21  Respondent's income?

22  A    That --

23  Q    Line eight.

24  A    -- Mr. Bhardwaj's income should be 12,250 per month.

25  Q    And turning to page 111 of the same exhibit, 1.3, and

II-71

AFTERNOON SESSION
--oOo--

1

2       THE CLERK:  Back on the record.

3       THE COURT:  Back on the record, resuming with the

4  direct of Mr. Thorndal.

5           PAUL THORNDAL - STATE BAR'S WITNESS -

6         PREVIOUSLY SWORN DIRECT EXAMINATION

7  There is no swearing event here in the proceedings.  This is reporter's
   method to report.  By seeking this correction, movant does not
8  explicitly or impliedly state or convey in any way that previous swear-
   in occurred in the actual trial on this day for this witness.

9  BY MS. BRUNE:              (RESUMED)

10  Q     Thank you, Mr. Thorndal.  Before the break, we were

11  getting into the subject of your pleadings related to the

12  enforcement of the original judgment, and we spoke earlier

13  about your obtaining the orders of October 10th that

14  Respondent was to vacate the home, and we're backing up a

15  little bit to the pleadings in support of that.

16  A     Yes.

17  Q     Okay.  So we were at State Bar Exhibit 1.2, page 3229,

18  your request for possession and order -- "OST" is "order to

19  show cause"?

20  A     Yes -- "OST," "order shortening time."

21  Q     Okay.  And we reviewed earlier the transcript of

22  September 26, 2012, where the Court basically appointed

23  Elaine Berlin White and told Respondent that it would be a

24  final order on the sale of the home.  Is that correct?

25  A     Yes.



1
2      MR. BHARDWAJ:  Yes.
3      THE COURT:  Okay.                                    II-192
4      MS. BRUNE:  Thank you, Your Honor.
5      (Proceedings recessed.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Exhibit #38: 029
22-CV-01616-BAS-DDL



# APPENDIX E

CDs sent by State Bar Court in possession of Petitioner. First page shows
handwritten identification over which the cover is pasted, showing authenticity.
 As reported by Kent Gibson, expert, the page 2 CD is different with initial testing
by clerk omitted. Any lab in today's digital age will show tampering, present in both.



