EXHIBIT 40

Case 3:22-cv-01616-AGS-DDL   Document 10-44   Filed 01/09/23   PageID.1871   Page 2 of 3

11/28/22, 1:52 PM                            State Bar Secures More than $105 Million in Legal Aid Assistance - The State Bar of California - News Releases



# News Releases

**Media Contact**

Office of Communications | 213-765-1388 | barcomm@calbar.ca.gov

**State Bar Secures More than $105 Million in Legal Aid Assistance**



Wednesday, July 13, 2022   Categories: News Releases

The State Bar of California announced today that this year's $308 billion State Budget will furnish more than $105 million in funding for access to justice efforts through the State Bar, supporting legal aid organizations that serve low-income Californians facing evictions and other forms of housing insecurity, mounting debt, and other legal problems. This supplements the more than $50.5 million in funds the State Bar plans to distribute for similar assistance from Interest on Lawyers' Trust Accounts (IOLTA) earnings in 2023.

The Legal Aid Association of California and California Access to Justice Commission were pivotal to the success in advocating for these resources. The funding, some of which is multiyear, will be distributed primarily by the State Bar's Legal Services Trust Fund Commission to legal aid organizations statewide. Through its distribution of pooled interest accumulated in IOLTA accounts, as well as the state-funded Equal Access Fund, the State Bar is the state's largest legal aid funder.

"Whenever we speak about funds of this magnitude, it is easy to lose sight of the fact that each dollar spent represents profound change in the lives of the people our legal aid partners assist," said Leah Wilson, State Bar Executive Director. "When a family can overcome an unlawful eviction and stay in their home, or a large debt is wiped away for someone on the verge of bankruptcy, what we are really providing people is hope and opportunity for a better future. While many more Californians need access to legal resources, the State Bar applauds the Legislature, our Governor, and our partners for their valiant efforts."

The funding comes from state General Fund dollars as well as $20 million in federal homeless prevention funds.

The State Bar created "State Bar Stories" YouTube videos to highlight the legal issues that Californians face.

In the video short below, several tenants, seniors, and homeowners who found themselves in desperate need of legal assistance explain how legal aid providers funded in part by the State Bar of California, came to their assistance.

Case 3:22-cv-01616-AGS-DDL   Document 10-44   Filed 01/09/23   PageID.1872   Page 3 of 3

11/28/22, 1:52 PM                State Bar Secures More than $105 Million in Legal Aid Assistance - The State Bar of California - News Releases



In the 2021 –22 state budget, the State Bar of California received a record amount, nearly $110 million, in similar funding to assist low-income Californians with their legal needs.

The legal aid funds recently approved by the Legislature and signed by the Governor will be allocated over one to three years.

For a list of free legal aid providers for low-income Californians, please go to LawHelpCa.org.

###

Follow the State Bar online
LinkedIn, Twitter, Facebook, and Instagram

*The State Bar of California's mission is to protect the public and includes the primary functions of licensing, regulation and discipline of attorneys; the advancement of the ethical and competent practice of law; and support of efforts for greater access to, and inclusion in, the legal system.*

Previous Article                                                                                                      Next Article

Copyright © 2022 The State Bar of California