EXHIBIT 46

#  The State Bar *of California*

**Robert Irving Slater #67572**
**License Status:** Not Eligible to Practice Law

| CONSUMER ALERT |
| --- |
| This attorney is suspended from the practice of law. As a result, the attorney is ineligible to practice law in California. The State Bar posts consumer alerts online when attorneys are suspended from practice. Anyone who believes they have been the victim of attorney misconduct is urged to file a complaint with the State Bar. |

| CONSUMER ALERT |
| --- |
| This attorney has been charged with a felony. The felony matter is in Orange County Superior Court (Case number 17CF1369). For more information, contact the court in the jurisdiction where the case is pending. The State Bar posts consumer alerts online when lawyers are charged in a criminal court with a felony or felonies. Anyone who believes they have been the victim of attorney misconduct is urged to file a complaint with the State Bar.<br>**DISCLAIMER:** The filing of criminal charges does not constitute a finding of guilt or professional misconduct. Criminal defendants are presumed to be innocent until proven guilty in a court of law. |

| CONSUMER ALERT |
| --- |
| The State Bar has placed this attorney on involuntary inactive status. As a result, the attorney is ineligible to practice law in California. The State Bar posts consumer alerts online in most instances when attorneys are placed on involuntary inactive status. The decision(s) or order(s) are posted on the State Bar Court Smart Search. Anyone who believes they have been the victim of attorney misconduct is urged to file a complaint with the State Bar. |

Address: 17328 Ventura Blvd., #520, Encino, CA 91316
Phone: 818-377-3722 | Fax: 818-377-3720
Email: bob@bobslaterlaw.com | Website: Not Available

## More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
| --- | --- | --- | --- |
| Present | Not eligible to practice law in CA | | |
| 7/1/2022 | Not eligible to practice law in CA | | Suspended, failed to pay fees |
| 1/3/2022 | Not eligible to practice law in CA | Interim suspension after conviction 21-C-30904 ⓘ | |
| 11/17/2021 | | Conviction record transmitted to State Bar Court 21-C-30904 ⓘ | |
| 2/28/1992 | | Discipline, probation; no actual susp. 85-O-11829 ⓘ | |
| 3/22/1991 | | Disciplinary charges filed in State Bar Court 85-O-11829 ⓘ | |
| 12/18/1975 | Admitted to the State Bar of California | | |

Here is what you need to know to access discipline documents in public cases:

Documents are added to the State Bar Court's online docket as events occur.

Search for a Case

To search for a case, please copy the case number displayed above and click Search for a Case. In the search box, paste the complete case number. If the case number begins with "19" or higher, you must add the prefix SBC to the case number, e.g., SBC [CASE NUMBER]. If a case number begins with 18 or lower, there's no need to add SBC.

Most public case records since 2000 are available through search. Older case records are available on request. The State Bar Court began posting public discipline documents online in 2005.

NOTE: Only Published Opinions may be cited or relied on as precedent in State Bar Court proceedings.

DISCLAIMER: Any posted Notice of Disciplinary Charges, Conviction Transmittal or other initiating document, contains only allegations of professional misconduct. The licensee is presumed to be innocent of any misconduct warranting discipline until the charges have been proven.

**Additional Information:**
- About the disciplinary system

Copyright © 2022 The State Bar of California

