EXHIBIT 48

 # The State Bar *of California*

## Ebrahim Baytieh #184987
**License Status: Active**

Address: 1515 N Main St, Santa Ana, CA 92701-2322
Phone: Not Available | Fax: Not Available
Email: Not Available | Website: Not Available

### More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 12/4/1996 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2022 The State Bar of California

