EXHIBIT 49

# Newport Beach attorney arrested for $310,000 insurance fraud scheme

News: 2020 Press Release

For Release: December 4, 2020
Media Calls Only: 916-492-3566
Email Inquiries: cdipress@insurance.ca.gov

**Newport Beach attorney arrested for $310,000 insurance fraud scheme**

**ORANGE, Calif.** — Moses Luna, 73, of Newport Beach, was arrested yesterday on 20 felony counts of insurance fraud after allegedly billing 20 separate insurance companies for translation and interpreting services to collect over $310,000 in undeserved workers' compensation fees.

An investigation by the Department of Insurance and the Orange County District Attorney's Office found Luna, a workers' compensation attorney, created Adelante Interpreting, Inc., a translation and interpreting company, and then fraudulently billed 20 separate insurance carriers for translation and interpreting services.

Luna exclusively referred his own workers' compensation clients to Adelante Interpreters to fraudulently collect over $311,220 in workers' compensation fees. The fees Luna received were for translation and interpreting services rendered to workers' compensation claimants during depositions and medical appointments. Insurance companies paid the fees, due to Luna's referrals, since the services were necessary for processing the claims.

Luna failed to disclose his financial interest in the company, as required by law, and used his daughter's name on corporate paperwork to hide his ownership of the company. Although his daughter's name was used for the paperwork, Luna controlled all aspects of Adelante Interpreters including, but not limited to: administrative protocols, employee protocols, independent contractor protocols, as well as billing and collection protocols.

The victim insurance companies include: ACM, AIG, Amtrust, BHHC, CompWest, Employers, ESIS, Farmers, Hartford, ICW, Liberty Mutual, Markel, Matrix, Midwest, Sedgwick, SCIF, Sentry, Travelers, York and Zurich.

Luna is scheduled to return to court on January 19, 2021. This case is being prosecuted by the Orange County District Attorney's Office.

###

Led by Insurance Commissioner Ricardo Lara, the California Department of Insurance is the consumer protection agency for the nation's largest insurance marketplace and safeguards all of the state's consumers by fairly regulating the insurance industry. Under the Commissioner's direction, the Department uses its authority to protect Californians from insurance rates that are excessive, inadequate, or unfairly discriminatory, oversee insurer solvency to pay claims, set standards for agents and broker licensing, perform market conduct reviews of insurance companies, resolve consumer complaints, and investigate and prosecute insurance fraud. Consumers are urged to call 1-800-927-4357 with any questions or contact us at www.insurance.ca.gov via webform or online chat. Non-media inquiries should be directed to the Consumer Hotline at 800-927-4357. Teletypewriter (TTY), please dial 800-482-4833.

Translate this page with GoogleTranslate

Privacy Policy     ADA Compliance     Site Map     Career Opportunities     Internships

Free Document Readers     Scheduled Site Maintenance

Copyright © California Department of Insurance