EXHIBIT 50

Exhibit #50: 001
22-CV-01616-BAS-DDL

 # The State Bar *of California*

**Moses R. Luna #54009**
**License Status: Active**

> **CONSUMER ALERT**
>
> This attorney has been charged with a felony. The felony matter is pending in Orange County Superior Court (Case No. 20CF3368). For more information, contact the court in the jurisdiction where the case is pending. The State Bar posts consumer alerts online when lawyers are charged in a criminal court with a felony or felonies. Anyone who believes they have been the victim of attorney misconduct is urged to file a complaint with the State Bar.
>
> **DISCLAIMER:** The filing of criminal charges does not constitute a finding of guilt or professional misconduct. Criminal defendants are presumed to be innocent until proven guilty in a court of law.

Address: Moses Luna, A Law Corporation, PO Box 2309, 1403 S Main St, Santa Ana, CA 92707-0309
Phone: 949-584-4594 | Fax: 714-565-0986
Email: attyluna@gmail.com | Website: Not Available

## More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 7/12/1994 | Active | | |
| 5/13/1994 | Not eligible to practice law in CA | Discipline w/actual suspension 89-O-17442 ⓘ | |
| 3/10/1993 | | Disciplinary charges filed in State Bar Court 89-O-17442 ⓘ | |
| 12/14/1972 | Admitted to the State Bar of California | | |

Here is what you need to know to access discipline documents in public cases:

Documents are added to the State Bar Court's online docket as events occur.

Search for a Case — To search for a case, please copy the case number displayed above and click Search for a Case. In the search box, paste the complete case number. If the case number begins with "19" or higher, you must add the prefix SBC to the case number, e.g., SBC [CASE NUMBER]. If a case number begins with 18 or lower, there's no need to add SBC.

Most public case records since 2000 are available through search. Older case records are available on request. The State Bar Court began posting public discipline documents online in 2005.

NOTE: Only Published Opinions may be cited or relied on as precedent in State Bar Court proceedings.

DISCLAIMER: Any posted Notice of Disciplinary Charges, Conviction Transmittal or other initiating document, contains only allegations of professional misconduct. The licensee is presumed to be innocent of any misconduct warranting discipline until the charges have been proven.

**Additional Information:**

- About the disciplinary system

Copyright © 2022 The State Bar of California

