# EXHIBIT 54



Justin Beck <justintimesd@gmail.com>

## Beck - RE: Victims Rights Liaison (Orange County Organized Crime)

**victimsrightsliaison** <victimsrightsliaison@da.ocgov.com>                                          Wed, Oct 19, 2022 at 3:45 PM
To: Justin Beck <justintimesd@gmail.com>, victimsrightsliaison <victimsrightsliaison@da.ocgov.com>

Dear Mr. Beck,

I am the Victims' Rights Liaison and my role is to address victims' concerns. I reviewed your attached RICO and Civil Rights Action, as well as your Petition for Writ G061896. I also read the Court of Appeal opinion in *Beck v. Catanzarite Law Corporation* (July 13, 2022) 2022 WL 2712491. First, if you believe you or your family are in danger, please contact your local police department to inform them of any threats to your safety. Regarding your readiness to speak with an Orange County District Attorney to deliver allegations of crime, we are unable to accommodate such action. If you believe you have been the victim of a crime, please contact your local police agency to file a report. The Orange County District Attorney's Office does not evaluate criminal charges without an investigation report from a law enforcement agency. Furthermore, the basis of litigation and the allegations you put forth involve federal statues and civil violations, as well as complaints against the State Bar of California. The Orange County District Attorney's Office does not have jurisdiction over federal crimes, civil matters, or the State Bar of California. We are unable to provide legal advice nor accept notice of preemptive claims of self-defense. Please consult your own attorney for legal counsel regarding any future litigation you wish to pursue.

Best,


Victims' Rights Liaison

Orange County District Attorney's Office

300 North Flower Street

Santa Ana, CA 92703

VictimsRightsLiaison@da.ocgov.com



**From:** Justin Beck <justintimesd@gmail.com>
**Sent:** Monday, October 17, 2022 9:33 AM
**To:** victimsrightsliaison <victimsrightsliaison@da.ocgov.com>
**Subject:** Victims Rights Liaison (Orange County Organized Crime)

**Attention:** This email originated from outside the County of Orange. Use caution when opening attachments or links.

Justin S. Beck.

3501 Roselle St.

Oceanside, CA 92056

RE: Victims Rights Liaison Needed to Coordinate with OC DA for Racketeering/Judicial Fraud (Final Orders) and [FBI]

To Whom it May Concern:

I'm a whistleblower and victim of finally adjudicated, yet ongoing, serial judicial and non-judicial fraud through Orange County Superior Court and Catanzarite Law Corporation (Anaheim).

I am concurrently informing the FBI, IRS, California State Auditor, United States AG and Civil Rights office, also demanding a racketeering investigation in a new federal case. I'm also filing a new government claim to join OCSC due to predicate behavior identified of racketeering that apparently shows a threat of continuing (as of October 11, 2022) involving ex parte communications with an OCSC judge (see also 14th/1st claims).

I'm ready to speak to the Orange County District Attorney on the record to deliver formal allegations of racketeering, extortion, bribery, and securities fraud in your jurisdiction as evidenced by the attached.

I'm also seeking to provide the Orange County DA with written notice of my asserted rights to protect my person, family, and property with reasonable force under Castile Doctrine and other tenets of self-defense upon which I'll rely barring equal protection under the law to which I'm entitled.

"07-13-2022" *Beck v. Catanzarite Law Corp.*, No. G059766, (Cal. Ct. App. Jul. 13, 2022)

Please confirm receipt, and how I might begin this process immediately. I have reason to believe I'm in danger.

Sincerely,

Justin S. Beck

--

==========

**Justin Beck**

**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.