# EXHIBIT 55

Exhibit #55: 001
22-CV-01616-BAS-DDL



Justin Beck <justintimesd@gmail.com>

# CA Supreme Court - Filing Accepted - Case No. S276517

**info@truefiling.com** <info@truefiling.com>                  Thu, Sep 22, 2022 at 3:15 PM
To: justintimesd@gmail.com

The CA Supreme Court has **FILED** your filing into Case No. S276517, Justin S. Beck v. Ruben Duran et al..

**Filing Details**

- Filing Name: Justin S. Beck v. Ruben Duran (S_____)
- Filing Type: PETITION FOR REVIEW TO EXHAUST STATE REMEDIES
- Filed: 9/21/2022 11:48 AM
- Filed By: Justin Beck (Pro Se)
- Link to view stamped filing: Download

Thank you,

CA Supreme Court

*****This email was sent from an unattended email mailbox - replies to this email will be rejected *****

About TrueFiling
-------------------------------------------------------

TrueFiling is a 24x7 web-based e-file and e-service solution for courts, law firms and self-represented filers. It expedites justice by reducing paper handling and travel time and improves the court's internal processes through electronic workflow.

Home page: https://tf3.truefiling.com

Copyright 2021, ImageSoft, Inc.

Home page: http://www.imagesoftinc.com
-------------------------------------------------------

CONFIDENTIALITY NOTICE: This message and any attached documents may contain confidential information. The information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or an employee or agent responsible for the delivery of this message to the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this message or of any attached documents, or the taking of any action or omission to take any action in reliance on the contents of this message or of any attached documents, is strictly prohibited. If you have received this communication in error, please delete the message immediately.