# EXHIBIT 61

SUPREME COURT
FILED

NOV 3 0 2022

Jorge Navarrete Clerk

_____
Deputy

State Bar Antitrust Determination 2022-0001

S276939

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

JUSTIN S. BECK, Petitioner,

v.

RUBEN DURAN, Respondent;

STATE BAR OF CALIFORNIA, Real Party in Interest.

---

The petition for review is denied.

CANTIL-SAKAUYE
*Chief Justice*