# EXHIBIT 62

# Appellate Courts Case Information

## CALIFORNIA COURTS
### THE JUDICIAL BRANCH OF CALIFORNIA

Change court >

## Supreme Court

| Case Summary | Docket | Briefs |
| --- | --- | --- |
| Disposition | Parties and Attorneys | Lower Court |

### Case Summary

| | |
| --- | --- |
| Supreme Court Case: | S276939 |
| Court of Appeal Case(s): | No Data Found |
| Case Caption: | BECK v. DURAN (STATE BAR OF CALIFORNIA) |
| Case Category: | State Bar - Other |
| Start Date: | 10/18/2022 |
| Case Status: | case closed |
| Issues: | none |
| Disposition Date: | 11/30/2022 |
| Case Citation: | none |

Cross Referenced Cases:
No Cross Referenced Cases Found

Click here to request automatic e-mail notifications about this case.

Welcome
Search
E-mail
Calendar
Help
Opinions

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy

© 2022 Judicial Council of California

Exhibit #62 02
22-CV-01616-BAS DDL