Exhibit #64: 001
22-CV-01616-BAS-DDL

# Appellate Courts Case Information

## Supreme Court

CALIFORNIA COURTS
THE JUDICIAL BRANCH OF CALIFORNIA

Change court ∨

| Case Summary | Docket | Briefs |
| --- | --- | --- |
| Disposition | Parties and Attorneys | Lower Court |

**Welcome**
**Search**
**E-mail**
**Calendar**
**Help**
**Opinions**

## Case Summary

| | |
| --- | --- |
| Supreme Court Case: | S276517 |
| Court of Appeal Case(s): | No Data Found |
| Case Caption: | BECK v. DURAN (STATE BAR OF CALIFORNIA) |
| Case Category: | State Bar - Other |
| Start Date: | 09/21/2022 |
| Case Status: | case closed |
| Issues: | none |
| Disposition Date: | 09/27/2022 |
| Case Citation: | none |

Cross Referenced Cases:
No Cross Referenced Cases Found

Click here to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy

© 2022 Judicial Council of California

Exhibit #64 02
22-CV-01616-BAS DL