# EXHIBIT 66

Exhibit #66: 001
22-CV-01616-BAS-DDL

| CA Supreme Court<br>Court Name | PROOF OF SERVICE | S276517<br>Case Number |
|---|---|---|

1. At the time of service, I was at least 18 years of age.
2. My email address used to e-serve: **justintimesd@gmail.com**
3. I served a copy of the following document(s) indicated below:

Title(s) of documents served:

**ADDITIONAL DOCUMENTS:** Exhibits in Support 4 of 3 (Final, with Verification of New Exhhibits)

| Person Served | Service Address | Type | Service Date |
|---|---|---|---|
| Ruben Duran | ruben.duran@bbklaw.com.com | e-Serve | 09-23-2022 07:07:51 AM |
| | | | 868ced9b-687a-4c75-ac58-bde739712207 |
| Hailyn Chen | hailyn.chen@mto.com | e-Serve | 09-23-2022 07:07:51 AM |
| | | | 903008a6-8fd8-41bb-a4a1-4c794d79f312 |
| Suzanne Grandt | suzanne.grandt@calbar.ca.gov | e-Serve | 09-23-2022 07:07:51 AM |
| | | | e9507c49-a8c6-489b-8867-b16bf06e5eca |
| Ellin Davtyan | ellin.davtyan@calbar.ca.gov | e-Serve | 09-23-2022 07:07:51 AM |
| | | | 6c535817-147f-4a3b-abe7-8721da309a6a |
| Eric Garner | eric.garner@bbklaw.com | e-Serve | 09-23-2022 07:07:51 AM |
| | | | 7acf5613-036c-4919-b04a-c69a6a0b8301 |
| Office of Attorney General | agelectronicservice@doj.ca.gov | e-Serve | 09-23-2022 07:07:51 AM |
| | | | d5cd01ca-6f97-416a-a9ce-63d74b0ef3af |

TrueFiling created, submitted and signed this proof of service on my behalf through my agreements with TrueFiling.
The contents of this proof of service are true to the best of my information, knowledge, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

09-23-2022
Date

/s/Justin Beck
Signature

Beck, Justin (Pro Per)
Last Name, First Name (Attorney Number)

Firm Name

Exhibit #66: 002
22-CV-01616-BAS-DDL