EXHIBIT 67

Exhibit #67: 001
22-CV-01616-BAS-DDL

# TrueFiling

Justin Beck
justintimesd@gmail.com
Log Out

## Case Details

### BECK v. DURAN (STATE BAR OF CALIFORNIA)
S276517
CA Supreme Court
Case Type: STATE BAR

[File to This Case]

Notice regarding California Rules of Court, rule 8.29: In both the California Court of Appeal and the California Supreme Court, service on the Attorney General (or other nonparty public officers, including a district attorney) may be required by this rule and related statutes listed in Judicial Council form AAP-004 ("Civil Case Information Statement") — see https://www.courts.ca.gov/12423.htm). Check and confirm your compliance before you submit any filing.

The Supreme Court of California has amended Rule 8 of its e-filing rules to be consistent with recently amended Rules 8.70 and 8.75 of the California Rules of Court, which govern the requirements for signatures on documents electronically filed with the court. The court also amended Rule 10 of the e-filing rules to require that electronically filed documents in cases in which a death judgment was entered include a notation of that fact on the cover page of the document. Both amendments take effect on January 1, 2022.

Notice regarding California Rules of Court, rule 8.78: In both the California Court of Appeal and the California Supreme Court, registration with the court's electronic filing service provider is deemed to show agreement to accept service electronically at the email address provided, unless a party affirmatively opts out of electronic service under rule 8.78.

### Case Contacts (1)

| Name | Roles | Status | Organization | Email |
|---|---|---|---|---|
| Beck, Justin | Pro Se | Verified | Court Added | justintimesd@gmail.com |

[Add Myself / Connected User] [View Participant Activity]

### Filings (1)

« Prev  Page 1 of 1  Next »

| Filing Name | Filing Type | Filer | Submitter | Submission Date | Status |
|---|---|---|---|---|---|
| Exhibits in Support 4 of 3 (Final, with Verification of New Exhibits) | ADDITIONAL DOCUMENTS | Beck, Justin (Pro Per) | Justin Beck | 09/23/2022 at 07:07:50 AM | Filed |

[Status Updates] [Service Recipients / Status]

| Status | Date | Comments |
|---|---|---|
| Filed | 09/26/2022 07:53:24 AM | TZHANG: Filed | Your submitted filing has been filed by the Court. |
| Paid | 09/23/2022 07:11:02 AM | INFO: Payment Accepted. OrderId: 266098036473, Tracking Id: dd715362-cb18-475a-8c17-a5e2ebf7c35. Original Filing Id: d3a3efc3-b666-437b-a6cd-411923d2186b |

[Filed Stamped Copy]
[Payment Receipt]

Exhibit #67: 0[?]
22-CV-01616-BAS-D[?]