Exhibit #72: 001
22-CV-01616-BAS-DDL

EXBHIBIT 72



Exhibit #72: 002
22-CV-01616-BAS-DDL