EXHIBIT 79

Exhibit #79: 001
22-CV-01616-BAS-DDL

Justin S. Beck
3501 Roselle St.
Oceanside, CA 92056
(760) 449-2509
justintimesd@gmail.com

United States Attorney General
United States Attorneys Office
Southern District of California
880 Front Street
Suite 6253
San Diego, CA 92101
(619) 557-5662
Efile.dkt.civ@usdoj.gov

RE: 22-CV-01616-BAS-DDL

**NOVEMBER 30, 2022 REQUEST TO MEET AND CONFER BY DECEMBER 10, 2022**

To Whom It May Concern:

I write in my individual capacity as plaintiff and as *guardian ad litem* to 49 States, public, courts, legal profession, and ROES 1-150,000 who cannot otherwise help themselves. Please advise if the lead attorney assigned to this case is available to meet next week and discuss the following with me in person.

**Actual Conflicts of Interest for Any California State Bar Licensee in US Attorneys Office**

Office of General Counsel for The State Bar of California provided a frivolous antitrust determination on October 13, 2022, after my administrative complaint to exhaust state remedies under 15 U.S.C. § 1 was stricken by California Supreme Court on September 27, 2022, as being "premature."

In doing so, Office of General Counsel and The State Bar of California deliberately ignored *N.C. State Bd. of Dental Examiners v. Fed. Trade Comm'n*, 574 U.S. 494, (2015) under color of state law due to the very monopolistic characteristics that I target. As such, any licensee of The State Bar of California assigned to this case has a material conflict where they are each subject to the improper, unconstitutional use of a non-sovereign "State Bar Court." This includes you.

    1) How will AG of the United States manage this actual conflict as nominal defendant?

    2) How will AG of the United States restrain other defendants from colluding further?

    3) How will AG of the United States ensure I am not further subject to obstruction § 1503?

    4) Who will enjoin the anticompetitive conduct plaguing at least $3.4 trillion in U.S. GDP?

**Reverse Incorporation and Federal Obligations**

State of California and United States are not ordinary parties to this case, rather, each are "a sovereignty whose obligation to govern impartially is as compelling as its obligation to govern at all; and whose interest, therefore, in [paying plaintiff his damages, and for neutral adjudication of claims for ROES 1-150,000] is not that [each] shall win, but that justice shall be done." *Berger v. United States* (1935) 295 U.S. 78, 85, 88.

"(a) Though the Fifth Amendment does not contain an equal protection clause, as does the Fourteenth Amendment which applies only to the States, the concepts of equal protection and due process are not mutually exclusive. P. 499. (b) Discrimination may be so unjustifiable as to be violative of due process. P. 499. (d) In view of this Court's decision in *Brown* v. *Board of Education, ante*, p. 483, that the Constitution prohibits the States from maintaining racially segregated public schools, it would be unthinkable that the same Constitution would impose a lesser **duty** on the Federal Government." P. 500. *Bolling v. Sharpe*, 347 U.S. 497, (1954).

    1) How will AG of the United States protect U.S. citizens from defendant racketeering?

    2) Will AG of the United States oppose my pending petition to Congress, or support it?

    3) How will the United States ensure California meets its judgment obligations?

    4) How does the United States view my assertion that it is liable where California fails?

**§1968. Civil investigative demand**

"(a) Whenever the Attorney General has reason to believe that any person or enterprise may be in possession, custody, or control of any documentary materials relevant to a racketeering investigation, he may, prior to the institution of a civil or criminal proceeding thereon, issue in writing, and cause to be served upon such person, a civil investigative demand requiring such person to produce such material for examination." Here, the evidence is *overwhelming*.

"(j) Whenever any petition is filed in any district court of the United States under this section, such court shall have jurisdiction to hear and determine the matter so presented, and to enter such order or orders as may be required to carry into effect the provisions of this section."

    1) Does the United States view my complaint as formal petition under subsection (j)?

    2) If not, how does the United States propose to manage racketeering investigations?

    3) How will the United States ensure that ROES 1-150,000 achieve fair adjudication?

Very Respectfully,

*/s/ Justin S. Beck*

Justin S. Beck