EXHIBIT 85

Details

## Case Information

94-O-19410 | Catanzarite, Kenneth Joseph

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 94-O-19410 | Los Angeles | Velarde, Carlos E |
| File Date | Case Type | Case Status |
| 04/03/1998 | Original Discipline | Hearing - Closed |

## Party

Respondent
Catanzarite, Kenneth Joseph

DOB
XX/XX/XXXX

State ID
CA 113750

Active Attorneys▼
Lead Attorney
Tice, Jim Travis
Retained

Prosecutor
Office of Chief Trial Counsel

## Disposition Events

05/29/1998 Plea▼

Judicial Officer
Velarde, Carlos E

Dismissal

Dismissal

Dismissal

Dismissal

Dismissal

Exhibit #85: 002
22-CV-01616-BAS-DDL

12/6/22, 8:29 AM

Details

## Events and Hearings

04/03/1998 Matter Made Public

04/03/1998 Proof of Service

04/03/1998 Activity Initiating Document ▾

    Comment
    Text: Notice of Disciplinary Charges Judge/Staff/Party: DTC, OCTC

04/07/1998 Activity Notice ▾

    Comment
    Text: notice of assignment and notice of status conference Judge/Staff/Party: Luthi, Rose

04/07/1998 Notice of hearing served ▾

    Comment
    Status Conference - 05/07/1998

04/28/1998 Activity Answer ▾

    Comment
    Text: Answer to Ntc of Disciplinary Charges Judge/Staff/Party: Respondent

05/07/1998 Status Conference ▾

Original Type
Status Conference

Judicial Officer
Velarde, Carlos E

Hearing Time
11:30 AM

Result
Held - Further Status Conf. ordered

Comment
Notes: Set: 04/07/1998 Served: 04/07/1998 Time Spent (Actual): 0.25 Time Spent (Estimated): 0.50 Assigned Staff:
Flores Garcia Pat Type: T Activity Code: E

05/07/1998 Activity Order ▾

    Judicial Officer    Comment
    Velarde, Carlos E    Text: order pursuant to status conference Judge/Staff/Party: Velarde, Carlos

Exhibit #85: 003
22-CV-01616-BAS-DDL

Details

05/07/1998 Notice of hearing served ▼

Comment
Status Conference - 05/29/1998

05/26/1998 Motion to Dismiss ▼

Judicial Officer                    Comment
Velarde, Carlos E                   mtn to dismiss 262(e)

05/29/1998 Status Conference ▼

Judicial Officer
Velarde, Carlos E

Hearing Time
01:45 PM

Cancel Reason
Not Held - Dismissed

Comment
Notes: Set: 05/07/1998 Served: 05/07/1998 Time Spent (Actual): 0.00 Time Spent (Estimated): 0.50 Assigned Staff:
Flores Garcia Pat Type: T Activity Code: E

05/29/1998 Disposition Dismissal ▼

Judicial Officer                    Comment
Velarde, Carlos E                   rule 262(e)

05/29/1998 Disposition Served ▼

Judicial Officer
Velarde, Carlos E

05/29/1998 Ruling on Motion - Granted ▼

Judicial Officer
Velarde, Carlos E

Exhibit #85: 004
22-CV-01616-BAS-DDL

3/3