EXHIBIT 88

Exhibit #88: 001
22-CV-01616-BAS-DDL

Case 3:22-cv-01616-AGS-DDL Document 10-73 Filed 01/09/23 PageID.2038 Page 2 of 2

12/6/22, 8:45 AM    Gmail - 22-CV-01616-BAS-DDL; OCSC Case No. 30-2020-01145998; 4DCA G061896; Notice to State Bar/Catanzarite

 Gmail

Justin Beck <justintimesd@gmail.com>

## 22-CV-01616-BAS-DDL; OCSC Case No. 30-2020-01145998; 4DCA G061896; Notice to State Bar/Catanzarite

**Justin Beck** <justintimesd@gmail.com>　　　　　　　　　　　　　　　　　　　　　Mon, Dec 5, 2022 at 8:01 AM
To: kcatanzarite@catanzarite.com, ncatanzarite@catanzarite.com, Jim Tice <jtt@tice.lawyer>, "Grandt, Suzanne" <Suzanne.Grandt@calbar.ca.gov>, robert.retana@calbar.ca.gov, "Duran, Ruben" <Ruben.Duran@calbar.ca.gov>, agelectronicservice@doj.ca.gov, victimsrightsliaison <VictimsRightsLiaison@da.ocgov.com>, antitrust.complaints@usdoj.gov, Criminal.Division@usdoj.gov, Efile.dkt.civ@usdoj.gov, Mack.Jenkins@usdoj.gov, Lindsey.Dotson@usdoj.gov
Cc: george.cardona@calbar.ca.gov, leaht.wilson@calbar.ca.gov, CFO@calbar.ca.gov, CAO@calbar.ca.gov, Community.OrangeCountyCA@usdoj.gov
Bcc: Rosely George <rgeorge@kdvlaw.com>, Steve Belilove <sbelilove@kdvlaw.com>, hailyn.chen@mto.com, eric.garner@bbklaw.com, fbi_ncra_duty@fbi.gov

To Defendants, Counsel of Record, Real Parties, and Nominal Defendant United States Attorney General:

Please see the attached concerning additional wire communications received from Catanzarite Law Corporation and The State Bar of California actors in furtherance of fraudulent schemes.

This matter is subject to my equal protection demand under the equal protection clause of the Fourteenth Amendment to the U.S. Constitution -- where lawyers are treated differently and more favorably than members of the public despite material misstatements made by the Board of Trustees for The State Bar of California. It is also subject to my preservation of evidence letter to The State Bar of California on 10/14/21.

Defendants in OCSC Case No. 30-2020-01145998 are furnished a reminder, with proof of service, of my hearing for summary judgment on January 6, 2023 in OCSC and the pendency of writs from Fourth District, Division Three.

Sincerely,

Justin S. Beck

--
============
**Justin Beck**
**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

📎 **Dec 5 2022 Notice RE Wire Comms Conspiracy and Obstruction.pdf**
　　2766K