EXHIBIT 91



Justin Beck <justintimesd@gmail.com>

## Formal Notice of California Penal Code Violations for Robbery in Orange County, Death Threats, and Threats of Physical Harm to Others

**Justin Beck** <justintimesd@gmail.com>                                              Thu, Dec 1, 2022 at 1:30 PM
To: victimsrightsliaison <victimsrightsliaison@ocdapa.org>, victimsrightsliaison <VictimsRightsLiaison@da.ocgov.com>, fbi_ncra_duty@fbi.gov
Bcc: hailyn.chen@mto.com

**BY EMAIL DECEMBER 1, 2022**

Orange County DA Victim "Advocates":

Since you recently and frivolously asserted a lack of duty to prevent federal racketeering in your jurisdiction under color of your local rules or practices -- attached is a reference to the state criminal statute for robbery and the affirmative defense for using reasonable force to protect myself and others.

Again, I am being robbed and I know others are being robbed based on the plain language of the robbery statute (not to mention extortion 518-523), all in your district and under your express authority. This is happening following more than one act of robbery and extortion ratified or carried on by your office, with actual knowledge of the facts (as you confirmed in writing you have read my RICO complaint and adjudicative facts).

The threat of robbery and actual bodily harm is imminent, it is ongoing, and its imminency is based upon your enablement and due authority within your criminal jurisdiction that you are paid tax dollars to prevent.

You've detailed to me in writing your decision not to prevent robbery under California law and racketeering under federal law arbitrarily under color of your own local regulations or customs, which are your problem and are not dispositive of your duties individually under the United States Constitution or as public employees paid by tax dollars under Government Claims Act 815.6 (there are no immunities for violating mandatory duty, or for negligence -- despite what the State Bar or its licensees may have told you).

I fear, and fear for others, the undue use of your Office's specific influence as evidenced by the United States report for civil rights violations in Orange County on October 13, 2022 -- and based on the attached published opinion in the Court of Appeal concerning death threats and bodily harm involving or in conspiracy with State Bar authorized lawyers in your office.

I fear The State Bar of California's undue influence separate of, and including its influence, over your office as there have been more than one death attributed to The State Bar of California's attempts to silence their lawyers in furtherance of their schemes to defraud the public and conceal their racketeering.

**CALCRIM No. 3470. Right to Self-Defense or Defense of Another (Non-Homicide)**

For the avoidance of doubt, this is a formal notice that I have a lawful right to use reasonable force to protect myself and to protect others where your office *refuses* -- and you have civil duties codified by 42 U.S.C. Section 1983 to protect non-lawyers from being harmed by lawyers in your jurisdiction whether someone chooses to exercise reasonable force where your office fails to robbery or extortion of me and others shown.

This imminent threat to life liberty and property to persons within and outside your jurisdiction exists by the enabled conduct of your local residents and local business:

KENNETH CATANZARITE, ESQ.
JIM TRAVIS TICE, ESQ.
NICOLE MARIE CATANZARITE WOODWARD, ESQ.
BRANDON WOODWARD, ESQ.
TIM JAMES O'KEEFE, ESQ.
ERIC ANDERSON, ESQ.
CATANZARITE LAW CORPORATION (and employees)
[Unnamed persons in Orange County District Attorney's Office]

Case 3:22-cv-01616-AGS-DDL   Document 10-74   Filed 01/09/23   PageID.2041   Page 3 of 3

12/6/22, 9:06 AM                Gmail - Formal Notice of California Penal Code Violations for Robbery in Orange County, Death Threats, and Threats of Physical Harm to Others

**Justin Beck**
**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

**2 attachments**

 **California Penal Code 211.pdf**
212K

 **2020-g057546.pdf**
213K