EXHIBIT 92

Case 3:22-cv-01616-AGS-DDL Document 10-75 Filed 01/09/23 PageID.2043 Page 2 of 4

12/6/22, 9:17 AM                Gmail - RICO, Congressional Petition w/New House Speaker, My Roots in D.C., My Text to Rob Bonta, and 4th District Division Three Appoi...

  Gmail                                                                    Justin Beck <justintimesd@gmail.com>

## RICO, Congressional Petition w/New House Speaker, My Roots in D.C., My Text to Rob Bonta, and 4th District Division Three Appointments

**Justin Beck** <justintimesd@gmail.com>                                                           Sat, Dec 3, 2022 at 8:08 AM
To: ruben.duran@bbklaw.com, "Duran, Ruben" <Ruben.Duran@calbar.ca.gov>, hailyn.chen@mto.com,
robert.retana@calbar.ca.gov, "Grandt, Suzanne" <Suzanne.Grandt@calbar.ca.gov>
Cc: gina.herrera@bbklaw.com, Ginger.Anders@mto.com, Kevin.Allred@mto.com, Kain.Day@mto.com

CC: MTO Regarding Potential Conspiracy in 22-CV-01616-BAS-DDL and 15 U.S.C Section 1 investigations.

====

Take note of each of the people fraudulently sued by your faction at issue, and what it means for you as willful enablers and participants in the proceeds through IOLTAs.

HINT: It's not just Irving Einhorn, Esq. former head of SEC's LA office, who served on the board of my company and was a mentor to me. God rest his soul, he *died* while he was subject to *your* racketeering. He would support what I'm doing, too.

Just because I'm a democrat doesn't mean I don't hold relationships on both sides of the aisle. I also forgot to mention I'm from Washington, D.C.

Since there is clearly no end to your depravity in that you are even defrauding the California Supreme Court (Duran/Retana/Grandt) and the public at the same time, I'm pulling out all the stops and they'll go well beyond the RICO notices to the co-conspirators and the entire list of IOLTA banks.

If you thought little old pro se Justin had no hope of a procedurally effective Congressional petition -- you are in for some more surprises soon.

You can't keep cases closed that are sent to me at StopCorruptLawyers.com -- which has some forthcoming updates and press releases.

Look up "corrupt lawyers" on Google. Pretty cool that my shitty website I built over a weekend comes up before State Bar's "complaint" form. I know how to draw attention, and I've yet to start that in (apparently vain) hopes this would be settled so the State Bar could put this all behind them and move forward without any baggage.

====

This is what I sent Honorable Bonta yesterday by text, with whom I worked on legislation in 2016. You vampires may lack a soul, but I've seen how State Bar Court is wielded and fully realize what it means to any State Bar licensee including Honorable Bonta, who I have immense respect for. State Bar licensees either work for the enterprise and do what they are told, or they get disbarred or suspended for conduct that is relatively de minimis. Not sure which mob planned all of this, but our U.S. Supreme Court Justice Ketanji Brown-Jackson was a soothsayer in *Obrien*.

My text:

**"In my heart, I know you would do what I'm doing.**

**I get how your hands are tied, and that it isn't your (expletive) show.**

**As a human and someone I care about, I want you to know how much I hurt and what this has done to me and my family. And how it only strengthens my resolve to fix it.**

**Sometimes our biggest weaknesses are our biggest strengths. I'm naive enough to think I can dismantle the State Bar forever, and help all the people whose lives were ruined who can't stand up for themselves."**

====

Case 3:22-cv-01616-AGS-DDL   Document 10-75   Filed 01/09/23   PageID.2044   Page 3 of 4

12/6/22, 9:17 AM       Gmail - RICO, Congressional Petition w/New House Speaker, My Roots in D.C., My Text to Rob Bonta, and 4th District Division Three Appoi...

Don't think I'm not aware of your actual control over Orange County DA, and any federal attorney licensed by you in the FBI or U.S. Attorneys office either. I've always got a hedging strategy.

On that note... Did Suzanne Grandt mention anything about the documentary film producers and director? I doubt it, since she once asked me not to notify anyone else about my cases. I've since been blocked by the non-lawyer Board of Trustees from public email accounts who actually have a duty to be informed of these matters as they are in privity with it.

====

I've watched 4DCA operate in a completely ethical and objective manner, including its opinions about some of your faction with Orange County DA (although DOJ seems to have missed the bulk of activity in Orange County in their civil rights investigations and the ongoing nature of conduct, right now).

I was looking at the dates of my litigation and The State Bar of California's conduct -- and how they track to the appointments of 4DCA justices by Governor Newsom. This can't be a coincidence.

11/10/21 - two days before my government claim was denied on 11/12/21 by Sarah Cohen.
5/2/22 - day that my FAC was filed.
10/11/22 - day "sustained demurrer without leave" was ordered without regard to the truth or evidence after Grandt's ex parte communications with Gastelum in OCSC.

I'm writing this just in case my writ petition or any other appeal is compromised in 4DCA; it's interesting that you didn't oppose it, not that you could or have a leg to stand on if you did.

I hold out hope that these honorable individual justices will not jeopardize their careers or the real opportunity to fix this for the United States before it gets uglier. I've been pleasantly surprised that Trump's U.S. Supreme Court appointments did not become his personal cronies. Hopefully the integrity of 4DCA is maintained and that Governor Newsom merely wanted to see this whole situation fixed, not buried, by these appointments.

====

To the new MTO parties noticed, make sure Ms. Chen fully briefs you on what happened this week. Office of General Counsel filed a PETITION IN CALIFORNIA SUPREME COURT ON MY BEHALF WITHOUT AUTHORITY. BPC 6104 and 18 U.S.C. Section 1503 (obstruction of federal proceedings). this happened after FTC was noticed of antitrust violations and after my RICO action was filed for myself and 150,000 others.

------------

**Justin Beck**
**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

**4 attachments**

- **Maurice Sanchez, Associate Justice - 4DCA.pdf**
  120K

- **Thomas A. Delaney, Associate Justice.pdf**
  150K

Case 3:22-cv-01616-AGS-DDL   Document 10-75   Filed 01/09/23   PageID.2045   Page 4 of 4

12/6/22, 9:17 AM                Gmail - RICO, Congressional Petition w/New House Speaker, My Roots in D.C., My Text to Rob Bonta, and 4th District Division Three Appoi…

📄 **Joanne Motoike, Associate Justice.pdf**
3207K

📄 **Fourth Appellate District Announces Destruction of Old Court Records _ California Courts Newsroom.pdf**
210K