EXHIBIT 94

12/6/22, 9:46 AM   Eric V Anderton # 275938 - Attorney Licensee Search

# The State Bar *of California*

## Eric V Anderton #275938
**License Status: Active**

Address: Catanzarite Law Corp, 2331 W Lincoln Ave, Anaheim, CA 92801
Phone: 714-678-2100 | Fax: 714-399-0577
Email: eanderton@catanzarite.com | Website: Not Available

### More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 5/17/2011 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2022 The State Bar of California

  

Exhibit 94: 002
22-CV-01616-BAS-DDL


# The State Bar *of California*

**Jim Travis Tice #153867**
**License Status: Active**

Address: 38 Sorrento, Irvine, CA 92614-5340
Phone: 949-440-1010 | Fax: 949-242-2217
Email: jtt@tice.lawyer | Website: Not Available

More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ❶ | Discipline ❶ | Administrative Action ❶ |
|---|---|---|---|
| Present | Active | | |
| 8/12/1991 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2022 The State Bar of California

  

Exhibit 94: 003
22-CV-01616-BAS-DDL



# The State Bar *of California*

**Tim James Okeefe #290175**
**License Status: Active**

Address: Catanzarite Law Corporation, 2331 W Lincoln Ave, Anaheim, CA 92801
Phone: 714-520-5544 | Fax: Not Available
Email: tokeefe@catanzarite.com | Website: Not Available

## More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 6/6/2013 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2022 The State Bar of California

  



# The State Bar *of California*

**Brandon E. Woodward #284621**
**License Status: Active**

Address: Catanzarite Law Corp, 2331 W Lincoln Ave, Anaheim, CA 92801
Phone: 714-520-5544 | Fax: 714-520-0680
Email: bwoodward@catanzarite.com | Website: Not Available

More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 11/24/2012 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2022 The State Bar of California

  

#  The State Bar *of California*

## Nicole Marie Catanzarite-Woodward #205746
**License Status: Active**

Address: Catanzarite Law Corp, 2331 W Lincoln Ave, Anaheim, CA 92801
Phone: 714-520-5544 | Fax: 714-520-0680
Email: ncatanzarite@catanzarite.com | Website: Not Available

More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 12/22/1999 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2022 The State Bar of California

  

# The State Bar *of California*

**Kenneth Joseph Catanzarite #113750**
**License Status: Active**

Address: Catanzarite Law Corp, 2331 W Lincoln Ave, Anaheim, CA 92801
Phone: 714-520-5544 | Fax: 714-520-0680
Email: kcatanzarite@catanzarite.com | Website: Not Available

More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 6/13/1984 | Admitted to the State Bar of California | | |

**Additional Information:**

- About the disciplinary system

Copyright © 2022 The State Bar of California

