EXHIBIT 96

BECK, JUSTIN S  DOS: 11/16/22
DOB: 09/05/1980  M  Age: 42
Acct:29372  Visit: ORTHO STOP
Dr: Seiden, Grant, MD



OSNC
Orthopaedic Specialists
of North County

# Dr. Grant Seiden Postoperative Instructions
## Distal Biceps Reconstruction

**Diet:** Gradually resume your normal diet. We recommend starting with liquids and soft foods, and progressing to your normal diet as tolerated

**Discomfort** Use your prescribed pain medication: **Percocet 5-325mg,** take 1 tablet by mouth every 6 hours as needed for pain, sent to **CVS Pharmacy 1980 College Blvd. Oceanside, CA 92056.**
Eat prior to taking pain medications. Take a stool softener or fiber supplement and stay hydrated to help prevent constipation from narcotic medications
You may take ibuprofen or naproxen in addition to your pain medication
Take Vitamin C 500mg by mouth twice daily for the next 2 months.

**Activity** Spend the next 24 hours resting, gradually increase after 24 hours
Keep your arm elevated as much as possible. *may use ice packs*
Move your fingers frequently, making a full fist and fully extending all fingers
Do not use your hand to lift, push, or pull until your first follow up visit

**Dressing** Keep your dressing clean and dry at all times
Do not remove your dressing until your first follow up visit

**Bathing** You may shower, but keep your dressing clean and DRY at all times

**Follow-up** Follow up with Dr. Seiden in 8-10 days. **Your appointment is scheduled for 11/28/2022 on 10:30AM at the Carlsbad location.** Please call 760.724.9000 for any further questions regarding your post-operative evaluation

**Recovery** Do not drive a motor vehicle, make any important decisions, drink alcohol, or operate equipment in the first 1-2 days after surgery or while taking narcotic medications.
Have a responsible adult with you after discharge for 24 hours

Call Dr. Seiden's office for any problems or concerns. A doctor is on call 24 hours per day. Call promptly for any of the following:
  Persistent bleeding
  Chills or fever over 101° F
  Nausea and vomiting lasting more than 24 hours
  Pus draining from surgical site
  Pain worsening or unchanged by pain medication
For any difficulty breathing, call 911

*Keep sling on at all times except showers.*

RN: P.White RN  11/16/22 1330  Responsible party:

Carlsbad Office  Oceanside Office
6121 Paseo Del Norte, Suite 200  3905 Waring Road
Carlsbad, CA 92011  Oceanside, CA 92056
Phone: 760.724.9000  Fax: 760.724.3686  Exhibit 96: 002
22-CV-01616-BAS-DDL



## Medication Reconciliation Record

BECK, JUSTIN S    DOS: 11/16/22
DOB: 09/05/1980   M    Age: 42
Acct: 29372    Visit: ORTHO STOP
Dr: Seiden, Grant, MD

☐ No Home Medications

| Allergies / NKA | |
|---|---|
| **DRUG** | **REACTION** |
| | |
| | |

### Current Medication List

| #1 Medication: Vyvanse | #2 Medication: Zyrtec |
|---|---|
| Dosage 60mg  Route oral  Frequency 1 per day | Dosage 10mg  Route ___  Frequency 3-5x week |
| Last Dosage Taken yesterday | Last Dosage Taken yesterday |
| #3 Medication: Escitalopram | #4 Medication: |
| Dosage 10mg  Route oral  Frequency 1 per day | Dosage ___ Route ___ Frequency ___ |
| Last Dosage Taken yesterday | Last Dosage Taken |
| #5 Medication: | #6 Medication: |
| Dosage ___ Route ___ Frequency ___ | Dosage ___ Route ___ Frequency ___ |
| Last Dosage Taken | Last Dosage Taken |

*Patient Signature* _____

## POST OP

| New Medication(s) | Dosage | Route | Frequency | Last Dose |
|---|---|---|---|---|
| | | | | |
| | | | | |

☑ Resume **ALL** medications prescribed prior to surgery.
☐ **EXCEPT #**

| Anesthesiologist/Physician Signatures | |
|---|---|
| | Responsible Adult (upon discharge) |
| Pre-Op Nurse Signature | |

Copy given to Patient:
Discharge RN SIGNATURE  P. white RN    Date/Time 11/16/22 1330

Carlsbad Surgery Center LLC, 6121 Paseo Del Norte, Ste. 100, Carlsbad, Ca. 92011 phone #760-448-2488

Exhibit 96: 003
22-CV-01616-BAS-DDL



