EXHIBIT 101

EXHIBIT: 001
22-CV-01616-BAS-DDL



# Kenneth J Catanzarite

Generated on: 12/06/2022

**Please remember, you are restricted from using this information for:**

**Employment Screening:**

You may not use this information when evaluating a person for employment, reassignment, promotion, or retention

**Hiring of Household Workers:**

Including, but not limited to, nannies and domestic workers

**Tenant Screening**

Including, but not limited to, leasing a residential or commercial space

**Educational Qualification:**

Including, but not limited to, a person's qualifications for an educational program or scholarship

**Credit or Insurance:**

Accessing the risk of existing credit obligations of an individual and/or determining eligibility for issuing credit or insurance

**Business Transactions Initiated by an Individual Customer:**

Reviewing a personal customer account to determine whether the person continues to meet the terms of the account

Using this information in these ways violates both our Terms & Conditions and the law, and can lead to possible criminal penalties. We take this very seriously, and reserve the right to terminate user accounts and/or report violators to law enforcement as appropriate.

Disclaimer: Ownerly's mission is to help homeowners learn more about their homes, but Ownerly does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act. You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" and our Terms & Conditions.

Copyright © 2022 Ownerly LLC. All Rights Reserved.

EXHIBIT: 002
22-CV-01616-BAS-DDL

## Table of Contents

| | |
|---|---:|
| Table of Contents | 2 |
| Summary | 3 |
| Contact Info | 3 |
| Address History | 4 |
| Relatives | 5 |
| Neighbors | 7 |
| Associates | 8 |
| Professional | 10 |
| Education | 10 |
| Usernames | 10 |
| Social Media | 10 |
| Photos | 11 |
| Possible Owned Assets | 11 |
| Criminal & Traffic Records | 11 |
| Bankruptcies | 12 |
| Judgments & Liens | 12 |
| Licenses & Permits | 12 |

# Kenneth J Catanzarite
Corona Del Mar, CA / Age 73

## Personal Overview

| | |
|---|---|
| **Name:** | Kenneth J Catanzarite |
| **Age:** | 73 |
| **Born on:** | 06/1949 |
| **Address:** | 354 Hazel Dr Corona del Mar, CA 92625 |
| **Aliases:** | Kenneth Catanzanie |
| | Kenneth J Catanzarite |
| | Kenneth Catanzarite |
| | Kenneth Cantanzarite |
| | Kenneth J Canazarite |
| | Kenneth Cantazarite |
| | Kenneth J Cantazarite |
| | Kenneth Catanazarite |
| | Kenneth J Catanazite |
| | Ken J Catanazrite |
| | Kenneth J Catanzanie |
| | Ken Catanzante |
| | Ken Catanzarite |
| | Kenenth J Catanzarite |
| | Kenneth Joseph Catanzarite |
| | Kennneth J Catanzarite |
| | Ken Catanzrite |
| | Kenneth J Catanzrite |
| | Kenneth J Catazarite |
| | Kenneth J J Catanzarite |
| | Kenneth Joseph Catanzanie |

## Contact Info

**26** Contact Info Found

| # | Phone Numbers | Phone Type |
|---|---|---|
| 1 | 949-721-6725 (Best Match) | Current DA |
| 2 | 310-839-3919 | Current DA |
| 3 | 949-719-2770 | Current DA |

| # | | | |
|---|---|---|---|
| 4 | 714-535-7999 | Possible non-DA | |
| 5 | 714-420-3702 | Possible Cell Phone | |
| 6 | 714-231-2350 | Possible Cell Phone | |
| 7 | 714-520-9100 | Possible Cell Phone | |
| 8 | 714-772-1811 | personal | |
| 9 | 714-520-5544 | | |
| 10 | 714-231-2351 | | |
| 11 | 5205544 | | |
| 12 | 714-635-9900 | professional | |

| # | Email Addresses | Email Type |
|---|---|---|
| 1 | cantanzarite@benefitsoftware.com | |
| 2 | jcatanzarite@yahoo.com | |
| 3 | k.catanzarite@catanzarite.com | |
| 4 | kcatanzarite1@yahoo.com | |
| 5 | kcatanzarite@catanzarite.com | |
| 6 | kcatanzarite@yahoo.com | |
| 7 | kennethcatanzarite@catanzarite.com | |
| 8 | kcatanzarite@patricksinsurance.com | |
| 9 | c_kenneth@catanzarite.com | |
| 10 | jtice@catanzarite.com | |
| 11 | kcatanzarite@bitec.com | |
| 12 | kenneth@aegiscustody.com | |
| 13 | catanzarite@benefitresourcemgmt.com | |
| 14 | kcatanzarite@hsm-inc.com | |

## Address History

25 Addresses Found

| # | Address | Address Type | Last Seen Date |
|---|---|---|---|
| 1 | 354 Hazel Dr Corona del Mar, CA 92625 (Best Match) | | 11/2021 |
| 2 | 352 Hazel Dr Corona del Mar, CA 92625 | | 10/2021 |
| 3 | 2331 W Lincoln Ave Ste 300 Anaheim, CA 92801 | | 04/2021 |
| 4 | PO Box 3628 Lakewood, CA 90711 | | 03/1984 |
| 5 | 2331 W Lincoln Ave Apt 4 Anaheim, CA 92801 | | N/A |
| 6 | 607 Narcissus Ave # A Corona del Mar, CA 92625 | | N/A |
| 7 | 22404 Van Buren St Grand Terrace, CA 92313 | | N/A |
| 8 | 26000 Vista Valley Ct Steamboat Springs, CO 80487 | | N/A |
| 9 | 22247 Pico St Grand Terrace, CA 92313 | | N/A |

| | | |
|---|---|---|
| 10 | 1 Canyon Ct Newport Beach, CA 92660 | N/A |
| 11 | 1315 18th St Bettendorf, IA 52722 | N/A |
| 12 | 2 Sea Grns Newport Coast, CA 92657 | N/A |
| 13 | 11327 Ivy Flower Loop Riverview, FL 33578 | N/A |
| 14 | 1824 Port Wheeler Pl Newport Beach, CA 92660 | N/A |
| 15 | 4234 Lakewood Dr Lakewood, CA 90712 | N/A |
| 16 | 22394 Van Buren St Grand Terrace, CA 92313 | N/A |
| 17 | 512 Marguerite Ave Corona del Mar, CA 92625 | N/A |
| 18 | 2465 Ridgewood Rd Akron, OH 44313 | N/A |
| 19 | 3 Winged Foot Ln Newport Beach, CA 92660 | N/A |
| 20 | 22750 Minona Dr Grand Terrace, CA 92313 | N/A |
| 21 | 485 Morning Canyon Rd Corona del Mar, CA 92625 | N/A |
| 22 | 512 35th St Newport Beach, CA 92663 | N/A |
| 23 | 19220 San Jose Ave City of Industry, CA 91748 | N/A |
| 24 | 5 Deep Sea Newport Coast, CA 92657 | N/A |
| 25 | 19 Rue Cannes Newport Beach, CA 92660 | N/A |

# Relatives

18 | Relatives Found

### 1st Degree

| # | Name | Age | Address |
|---|---|---|---|
| 1 | KIM ELAINE CATANZARITE | 61 | 354 Hazel Dr Corona del Mar, CA 92625<br>First seen: N/A, Last seen: 07/2022<br><br>352 Hazel Dr Corona del Mar, CA 92625<br>First seen: 01/1998, Last seen: 10/2021<br><br>19 Rue Cannes Newport Beach, CA 92660<br>First seen: N/A, Last seen: 10/2021<br><br>512 35th St Newport Beach, CA 92663<br>First seen: N/A, Last seen: 07/2006 |
| 2 | MICHAEL GARY CATANZARITE | N/A | 354 Hazel Dr Corona del Mar, CA 92625<br>First seen: 12/2018, Last seen: 06/2022 |
| 3 | KENNETH J CATANZARITE | N/A | 354 Hazel Dr Corona del Mar, CA 92625<br>First seen: 03/2005, Last seen: 06/2022<br><br>70033 Mirage Cove Dr Unit 70 Rancho Mirage, CA 92270<br>First seen: 01/2021, Last seen: 03/2021<br><br>2331 W Lincoln Ave Anaheim, CA 92801<br>First seen: 01/2021, Last seen: 01/2021 |

| # | Name | Age | Addresses |
|---|---|---|---|
| 4 | JOSEPH ALLEN CATANZARITE | N/A | 354 Hazel Dr Corona del Mar, CA 92625<br>First seen: 07/2015, Last seen: 06/2022<br><br>2331 W Lincoln Ave Anaheim, CA 92801<br>First seen: 12/2002, Last seen: 05/2018 |
| 5 | EDITHA CRUZ DELEON | 79 | 5813 Dagwood Ave Lakewood, CA 90712<br>First seen: 09/2003, Last seen: 04/2017<br><br>2331 W Lincoln Ave Anaheim, CA 92801<br>First seen: 09/1989, Last seen: 05/2004 |
| 6 | ELLEN CATHERINE CATANZARITE | 98 | 3333 Tressa Ave Lorain, OH 44052<br>First seen: 08/1993, Last seen: 09/2013<br><br>354 Hazel Dr Corona del Mar, CA 92625<br>First seen: N/A, Last seen: N/A |
| 7 | JOSEPH FELIX CATANZARITE | 104 | 3333 Tressa Ave Lorain, OH 44052<br>First seen: 04/1993, Last seen: N/A |
| 8 | MADELINE D CATANZARITE | 94 | 214 Hester Ave Mc Kees Rocks, PA 15136<br>First seen: 10/1950, Last seen: N/A<br><br>60 Frazier Ave Mc Kees Rocks, PA 15136<br>First seen: 06/1985, Last seen: 06/1985 |
| 9 | MICHAEL A CATANZARITE | 66 | 13330 Webster Rd Strongsville, OH 44136<br>First seen: 11/2006, Last seen: 11/2021<br><br>13000 Darice Pkwy Strongsville, OH 44149<br>First seen: 11/1997, Last seen: N/A<br><br>3653 Olde Cottage Ln # 18 Bonita Springs, FL 34134<br>First seen: 12/1998, Last seen: 08/2009 |
| 10 | JOHN ANTHONY CATANZARITE | 98 | 36 S Petrie Rd Coraopolis, PA 15108<br>First seen: 05/2018, Last seen: 05/2018 |
| 11 | NICHOLAS ROCCO CATANZARITE | 42 | 12534 Saddlebrook Ln Strongsville, OH 44149<br>First seen: N/A, Last seen: 11/2021<br><br>22191 Northwood Trl Strongsville, OH 44149<br>First seen: 05/2006, Last seen: 08/2015<br><br>5404 Coral Berry Dr Unit 70-A Columbus, OH 43235<br>First seen: 07/2004, Last seen: 11/2007 |
| 12 | LORI F CATANZARITE | 65 | 13330 Webster Rd Strongsville, OH 44136<br>First seen: 10/1989, Last seen: 11/2021<br><br>3653 Olde Cottage Ln # 18 Bonita Springs, FL 34134<br>First seen: 12/1998, Last seen: N/A<br><br>7647 Isaac Dr Cleveland, OH 44130<br>First seen: 09/2015, Last seen: 02/2019 |

| # | Name | Age | Address |
|---|---|---|---|
| 13 | JEFFREY ALLEN CATANZARITE | 70 | 372 Afton Ave Akron, OH 44313<br>First seen: 12/2002, Last seen: 06/2022<br><br>789 W Market St Akron, OH 44303<br>First seen: 11/2003, Last seen: 06/2007<br><br>1 Canyon Ct Newport Beach, CA 92660<br>First seen: 12/2005, Last seen: 12/2005 |

**2nd Degree**

| # | Name | Age | Address |
|---|---|---|---|
| 1 | DANIEL DOMINICK CATANZARITE | 38 | 7585 Harley Hills Dr North Royalton, OH 44133<br>First seen: 01/2016, Last seen: 05/2022<br><br>13379 Webster Rd Strongsville, OH 44136<br>First seen: 10/2017, Last seen: 11/2021<br><br>14409 Castlereagh Ln Strongsville, OH 44136<br>First seen: 12/2016, Last seen: 11/2017 |
| 2 | DOMINIC P CATANZARITE | N/A | 1003 Fairfield Ave Cleveland, OH 44113<br>First seen: 12/2016, Last seen: N/A<br><br>13330 Webster Rd Strongsville, OH 44136<br>First seen: 09/2020, Last seen: 12/2020<br><br>1310 Crease St Philadelphia, PA 19125<br>First seen: 06/2016, Last seen: 09/2020 |
| 3 | LAUREN ANN CATANZARITE | 42 | 12534 Saddlebrook Ln Strongsville, OH 44149<br>First seen: N/A, Last seen: 11/2021<br><br>22191 Northwood Trl Strongsville, OH 44149<br>First seen: 11/2004, Last seen: 08/2015<br><br>5404 Coral Berry Dr Columbus, OH 43235<br>First seen: 10/2006, Last seen: 11/2007 |
| 4 | ANTHONY MICHAEL CATANZARITE | 43 | 22134 Northwood Trl Strongsville, OH 44149<br>First seen: 08/2006, Last seen: 07/2022<br><br>12522 Saddlebrook Ln Strongsville, OH 44149<br>First seen: N/A, Last seen: 11/2021<br><br>101 W Prospect Ave Ste 1400 Cleveland, OH 44115<br>First seen: 04/2006, Last seen: 08/2009 |
| 5 | ANDREA MARIE CATANZARITE | 39 | 12522 Saddlebrook Ln Strongsville, OH 44149<br>First seen: N/A, Last seen: 11/2021<br><br>22134 Northwood Trl Strongsville, OH 44149<br>First seen: 08/2006, Last seen: 11/2016<br><br>14409 Castlereagh Ln Strongsville, OH 44136<br>First seen: 03/2013, Last seen: 03/2013 |

**Neighbors**   16 Neighbors Found

| # | Name | Age | Address |
|---|------|-----|---------|
| 1 | ASHLEY KRISTEN JANES | 35 | 2468 Ridgewood Rd Akron, OH 44313<br>First seen: 11/2020, Last seen: 08/2022 |
| 2 | BARBARA A HANLON | 58 | 2448 Ridgewood Rd Akron, OH 44313<br>First seen: 10/2010, Last seen: 06/2022 |
| 3 | HERBERT JAMES HANLON | 89 | 2448 Ridgewood Rd Akron, OH 44313<br>First seen: 10/2010, Last seen: 06/2022 |
| 4 | HERBERT JAMES HANLON | N/A | 2448 Ridgewood Rd Akron, OH 44313<br>First seen: 10/2010, Last seen: 06/2022 |
| 5 | SAMANTHA MARIE HANLON | 26 | 2448 Ridgewood Rd Akron, OH 44313<br>First seen: 10/2010, Last seen: 06/2022 |
| 6 | JAMES E DOERR | 65 | 2443 Ridgewood Rd Akron, OH 44313<br>First seen: 11/1986, Last seen: 05/2022 |
| 7 | GAIL D DOERR | 70 | 2443 Ridgewood Rd Akron, OH 44313<br>First seen: 11/1986, Last seen: 05/2022 |
| 8 | EVE A LOUDENBACK | 78 | 2443 Ridgewood Rd Akron, OH 44313<br>First seen: 11/1986, Last seen: 05/2022 |
| 9 | ELIZABETH JANVIER ZIMPEL | 61 | |
| 10 | JOHN SCOTT ZIMPEL | 63 | |
| 11 | CHARLA LOUGHRIDGE VALUSEK | 70 | 26075 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 08/1999, Last seen: 07/2022 |
| 12 | ROBERT JAMES VALUSEK | 75 | 26075 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 08/1999, Last seen: 07/2022 |
| 13 | CARMEN LISA MARTINEZ | 62 | 22743 Minona Dr Grand Terrace, CA 92313<br>First seen: 08/1998, Last seen: 06/2022 |
| 14 | JENNIFER LYNDA BEACH | 49 | 22738 Minona Dr Grand Terrace, CA 92313<br>First seen: 04/2003, Last seen: 07/2022 |
| 15 | PETER R CLAUDE SR | 82 | 22771 Minona Dr Grand Terrace, CA 92313<br>First seen: 08/1993, Last seen: 09/2022 |
| 16 | CLARISSA Y CLAUDE | 25 | 22771 Minona Dr Grand Terrace, CA 92313<br>First seen: 08/1993, Last seen: 09/2022 |

# Associates

**11** Associates Found

| # | Name | Age | Address |
|---|------|-----|---------|
| 1 | TERRY L MOLINI | 60 | 1837 Lyell Canyon Ln Las Vegas, NV 89134<br>First seen: 11/2020, Last seen: 06/2022<br><br>34562 Wildwood Canyon Rd Yucaipa, CA 92399<br>First seen: 02/2019, Last seen: 03/2022<br><br>6225 Amory St North Las Vegas, NV 89081<br>First seen: 08/2020, Last seen: 12/2020 |
| 2 | NICOLE MARIE CATANZARITE | 50 | 1824 Port Wheeler Pl Newport Beach, CA 92660<br>First seen: 02/1988, Last seen: 02/2021<br><br>2331 W Lincoln Ave Ste 300 Anaheim, CA 92801<br>First seen: 05/1990, Last seen: 03/2015<br><br>19 Rue Cannes Newport Beach, CA 92660<br>First seen: 08/2002, Last seen: 03/2015 |
| 3 | DEBORAH BREUNER DAVIS | 73 | 1818 Church St Nashville, TN 37203<br>First seen: 11/2016, Last seen: 11/2016<br><br>41721 Avenida Ortega Temecula, CA 92592<br>First seen: 07/2009, Last seen: 07/2009<br><br>26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 02/2003, Last seen: 05/2009 |
| 4 | RICHARD LYNN DAVIS | 73 | 110 Meadowbrook Rd Hailey, ID 83333<br>First seen: N/A, Last seen: N/A<br><br>6573 Alden Dr West Bloomfield, MI 48324<br>First seen: 07/2000, Last seen: 10/2018<br><br>113 Greenhorn Loop Hailey, ID 83333<br>First seen: 08/2004, Last seen: 04/2018 |
| 5 | R DV DEDIOS | 54 | 4210 Via Arbolada Unit 302 Los Angeles, CA 90042<br>First seen: 04/2020, Last seen: 04/2020<br><br>4234 Lakewood Dr Lakewood, CA 90712<br>First seen: 02/1988, Last seen: 08/1998 |
| 6 | LARRY WAYNE GREEN | N/A | 41721 Avenida Ortega Temecula, CA 92592<br>First seen: 07/2009, Last seen: 07/2009<br><br>37000 Soaring Eagle Cir Severance, CO 80550<br>First seen: 08/2007, Last seen: 01/2008<br><br>26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 07/2005, Last seen: 07/2005 |

| # | Name | Age | Addresses |
|---|---|---|---|
| 7 | ARELI RAMIREZ VICE | N/A | 128 S Illinois St Anaheim, CA 92805<br>First seen: 11/2008, Last seen: 05/2011<br><br>1708 N Kellogg Dr Apt C Anaheim, CA 92807<br>First seen: 11/2010, Last seen: 03/2011 |
| 8 | BRANDON E WOODWARD | 50 | 1824 Port Wheeler Pl Newport Beach, CA 92660<br>First seen: 01/2011, Last seen: 02/2021<br><br>19 Rue Cannes Newport Beach, CA 92660<br>First seen: 03/2015, Last seen: 03/2015<br><br>2612 E 3rd St Long Beach, CA 90814<br>First seen: 12/2000, Last seen: 12/2000 |
| 9 | JEANETTE TRUDY WRIGHT | 84 | 4858 S Viewmont St Salt Lake City, UT 84117<br>First seen: 11/2016, Last seen: 11/2016<br><br>824 N Sir Patrick Dr Salt Lake City, UT 84116<br>First seen: 03/1987, Last seen: 11/2016 |
| 10 | JORDAN A CALDERON | N/A | 34272 Hidden Cove Dr Yucaipa, CA 92399<br>First seen: 05/2018, Last seen: 04/2021<br><br>12768 5th St Yucaipa, CA 92399<br>First seen: 11/2015, Last seen: 05/2016<br><br>34562 Wildwood Canyon Rd Yucaipa, CA 92399<br>First seen: N/A, Last seen: N/A |
| 11 | RYAN ANTONIO CALDERON | N/A | 14127 Veneto Pl Beaumont, CA 92223<br>First seen: 11/2021, Last seen: 12/2021<br><br>34314 Pecan Ave Yucaipa, CA 92399<br>First seen: 11/2021, Last seen: 11/2021<br><br>2101 Wild Canyon Dr Colton, CA 92324<br>First seen: 09/2016, Last seen: 09/2016 |

## Professional

1 | Jobs Found

| # | Company | Title | Industry | Started on | Ended on |
|---|---|---|---|---|---|
| 1 | BADILLO HEIGHTS, LLC | N/A | N/A | N/A | N/A |

## Education

0 | Schools Found

## Usernames

0 | Usernames Found