EXHIBIT 125

RIP Snookie Beck-Bargabus

From Lump (~12/14/22)
to Cancer Diagnosis (~12/16/22)
Rapid Metastasis (~12/16/22-12/30/22)
to Euthanasia (~12/30/22)

While State Bar and Catanzarite
Continue Fraudulent Scheme, and as
Board of Trustees Continues Fraudulent
Concealment

EXHIBIT #125. 001
22-CV-01616-BAS-DDL

**VCA California Veterinary Specialists-Carlsbad**
2310 Faraday Ave., Carlsbad, CA 92008 | (760) 431-2273



# MEDICAL HISTORY
16-Dec-2022 to 16-Dec-2022

| **Client** | | **Patient** | |
|---|---|---|---|
| **Justin Beck** (73093) | | **Snookie** (406917) | 12y (14-Dec-2010) |
| **Brian Bargabos** | | Feline | Calico |
| Cell: (760) 449-2509 | | Domestic Short Hair | Female / Spayed |
| Most recent visit date: | 15-Dec-2022 | Patient Alerts: **CPR 12-15-2022** | |
| Microchip No.: | n/a | | |
| Rabies tag ID / date : | n/a | | |

### Current medical overview: as of 16-Dec-2022

**Weight by Age**          Wt.      Record date
n/a

**Active Concerns**                 Established
n/a

**Inactive Concerns**               Established
n/a

**Resolved Concerns** (since 16-Dec-2022)   Established   Resolved
n/a

**Medications** (since 16-Dec-2021)   Amount   Disp. Date
n/a

Exported by: Gregory Ogilvie on 16-Dec-2022

**EXHIBIT #125: 002**
**22-CV-01616-BAS-DDL**

1 of 2

Client: **Justin Beck** (73093)     Patient: **Snookie** (406917)
**MEDICAL HISTORY:** 16-Dec-2022 to 16-Dec-2022



## Diagnostic report

**16-Dec-2022  AC CBC SA600**                                                                         Greg Ogilvie, DVM, DACVIM
05:48  Source: Antech | Order item: AC CBC SA600 [161.608]
Sample collected: 07:57 16-Dec-2022 | Submitted: 16-Dec-2022 | Reported: 16-Dec-2022
Lab reference: IRBF37514122

| Test | Results | Ref. range | Unit |
|---|---|---|---|
| *Adult Wellness Chemistry* | | | |
| TOTAL PROTEIN | 6.7 | 5.2 - 8.8 | g/dL |
| ALBUMIN | 3.6 | 2.5 - 3.9 | g/dL |
| GLOBULIN | 3.1 | 2.3 - 5.3 | g/dL |
| A/G RATIO | 1.2 | 0.35 - 1.5 | |
| ALT (SGPT) | 21 | 10 - 100 | IU/L |
| Alk Phosphatase | 14 | 6 - 102 | IU/L |
| BUN | 25 | 14 - 36 | mg/dL |
| Creatinine | 1.3 | 0.6 - 2.4 | mg/dL |
| BUN/CREAT RATIO | 19 | 4 - 33 | |
| Glucose | 134 | 64 - 170 | mg/dL |
| POTASSIUM | 3.7 | 3.4 - 5.6 | mEq/L |
| Sample Conditions | Lipemia 1+. No significant analyte interference. | | |
| *Complete Blood Count* | | | |
| **WBC** | **27.3** | 3.5 - 16 | 10^3/uL |
| RBC | 7.6 | 5.92 - 9.93 | 10^12/L |
| HGB | 12.3 | 9.3 - 15.9 | g/dL |
| HCT | 39 | 29 - 48 | % |
| MCV | 51 | 37 - 61 | fL |
| MCH | 16.2 | 11 - 21 | pg |
| MCHC | 32 | 30 - 38 | g/dL |
| Blood Parasites | None Seen | | |
| RBC Comment | n/a | | |
|   RBC Morphology Normal | | | |
| **Platelet Count** | **123** | 200 - 500 | 10^3/uL |
|   Platelet count reflects the minimum number due to platelet clumping. | | | |
| Platelet Estimate | Adequate | | |
| **Neutrophils** | **87** | 35 - 75 | % |
| Bands | 0 | 0 - 3 | % |
| **Lymphocytes** | **7** | 20 - 45 | % |
| Monocytes | 2 | 1 - 4 | % |
| Eosinophils | 4 | 2 - 12 | % |
| Basophils | 0 | 0 - 1 | % |
| **Absolute Neutrophils** | **23751** | 2500 - 8500 | /uL |
| Absolute Lymphocytes | 1911 | 1200 - 8000 | /uL |
| Absolute Monocytes | 546 | 0 - 600 | /uL |
| **Absolute Eosinophils** | **1092** | 0 - 1000 | /uL |
| Absolute Basophils | 0 | 0 - 150 | /uL |
| Comment | n/a | | |
|   Blood smear reviewed by technologist. | | | |

*Documents are available as separate attachments or files.
VCA California Veterinary Specialists-Carlsbad
2310 Faraday Ave., Carlsbad, CA 92008 | (760) 431-2273

EXHIBIT #125: 003
22-CV-01616-BAS-DDL
2 of 2

**VCA California Veterinary Specialists-Carlsbad**
2310 Faraday Ave., Carlsbad, CA 92008 | (760) 431-2273



# MEDICAL HISTORY
16-Dec-2022 to 19-Dec-2022

**Client**
**Justin Beck** (73093)
**Brian Bargabos**
Cell: (760) 449-2509

**Patient**
**Snookie** (406917)          12y (14-Dec-2010)
Feline                        Calico
Domestic Short Hair           Female / Spayed
                              5.64 kg (16-Dec-2022)

Most recent visit date:   16-Dec-2022
Microchip No.:            n/a
Rabies tag ID / date :    n/a

Patient Alerts:   **CPR 12-15-2022**

## Current medical overview: as of 19-Dec-2022

| Weight by Age | | Wt. | Record date |
|---|---|---|---|
| 12y | 5.64 kg | 12.43 lb | 16-Dec-2022 |

**Active Concerns**                          Established
n/a

**Inactive Concerns**                        Established
n/a

**Resolved Concerns** (since 16-Dec-2022)   Established   Resolved
n/a

**Medications** (since 19-Dec-2021)         Amount     Disp. Date

**Toceranib Phosphate (Palladia) 10mg**     6.00 tab   16-Dec-2022
**Tab DISP**
Please give ONE tablet by mouth on Tuesday and Friday with food. Wear gloves when handling this medication. Recheck blood work required for refills. lv

Client: **Justin Beck** (73093)   Patient: **Snookie** (406917)
**MEDICAL HISTORY:** 16-Dec-2022 to 19-Dec-2022



## CT report

**16-Dec-2022 CT**                                                                                            Nicholas Helfrich, DVM,

**13:40**  Order item: CT Head & Thorax & Abdomen (+C) [23.364]

Results

**Skull, Thoracic, and Abdominal CT (pre- and post-contrast).**

**Skull/Neck**
There is a soft tissue mass arising from the paraspinal muscles along the left lateral aspect of the cranial neck. The mass is centrally hypoattenuating with a peripherally enhancing rim. It extends from just lateral to the left tympanic cavity to the level of C5, and measures approximately 6.5 x 2.3 x 2.8 cm (LWH). The mass contacts the lateral margin of several cervical vertebrae, but there is no osseous involvement or invasion into the spinal canal.

Several additional soft tissue lesions are present throughout the body. One of these is an ill-defined, soft tissue mass with imaging characteristics similar to that described above, located along the rostromedial aspect of the left orbit, causing mild deformation of the globe. Other soft tissue lesions, predominantly arising from skeletal muscle, are present near the left scapula, C6 right dorsal paraspinal muscle, left ventral thoracic inlet, right caudal thoracic intercostal muscles, along the left caudolateral peritoneum, and right caudomedial muscles of the thigh. The majority of these lesions are centrally hypoattenuating with a thin, peripheral rim of enhancement.

The left medial retropharyngeal lymph node is moderately enlarged. Mild mucosal thickening is present in the left rostral nasal cavity. The brain, ears, and thyroid glands are normal.

**Thorax**
There is a minimally enhancing hilar mass partially enveloping the right mainstem bronchus and moderately compressing the right middle lobar bronchus. This mass is located near the junction of the right cranial and middle lung lobes, and measures 2.4 x 2.1 x 2.1 cm (LWH). An additional pulmonary mass is present in the ventral aspect of the right caudal lung lobe. This mass has regions of irregular cavitation, is minimally enhancing, and measures 2.7 x 2.3 x 2.2 cm (LWH). An irregularly shaped, soft tissue attenuating lesion is present in the ventral aspect of the left caudal lung lobe. Several tiny, soft tissue attenuating nodules are present throughout all lung lobes, most pronounced towards the periphery. There is diffuse, mild bronchial thickening. The cardiovascular structures are normal.

**Abdomen**
There are three hypoattenuating pancreatic nodules with a thin, enhancing rim. One of these is located in the pancreatic body (1 cm), and two are located in the left lobe (1.8 cm and 1 cm). An ill-defined, heterogeneously enhancing cortical lesion is present in the caudal pole of the left kidney, causing moderate capsular deformation. The right kidney is normal.

The liver, gallbladder, spleen, intestinal tract, adrenal glands, and urinary bladder are normal. There is mild lumbosacral spondylosis.

Ultrasound-guided aspirates of a pancreatic nodule, left renal lesion, and a right intercostal nodule performed with 22ga, 1.5in needles.

**Interpretation**
1. Multifocal soft tissue mass/nodular regions involving the left orbit, left cervical spine (known carcinoma), and multifocal other skeletal muscles; findings are most consistent with multifocal metastatic lesions.

2. Three pancreatic nodules, which may reflect a primary malignancy with resultant multifocal metastatic lesions throughout the body.

3. Left renal mass-like lesions; the primary consideration is metastatic neoplasia.

4. Multiple pulmonary mass/nodular lesions; the primary consideration is metastatic neoplasia.

*Nicholas Helfrich, DVM, Residency Trained in Veterinary Radiology*

## Diagnostic report

**19-Dec-2022 Cytology (Initial Sample) CYTO**                                                        Greg Ogilvie, DVM, DACVIM

**08:01** Source: Antech | Order item: Cytology (Initial Sample) CYTO [199.250]
Sample collected: 10:10 19-Dec-2022 | Submitted: 17-Dec-2022 | Reported: 19-Dec-2022
Lab reference: IRCY10950918

*Documents are available as separate attachments or files.
VCA California Veterinary Specialists-Carlsbad
2310 Faraday Ave., Carlsbad, CA 92008 | (760) 431-2273
EXHIBIT #125: 005
22-CV-01616-BAS-DDL
2 of 4


| Test | Results | Ref. range | Unit |
|---|---|---|---|
| *Cytology* | | | |
| CYTOLOGY | | | |

CLINICAL INFORMATION:
Snookie, 12Y SF DSH

SOURCE No. 1:
Left kidney. Four digitally scanned slides are examined. Patient has a retrobulbar mass aspirated as a low grade basal cell caarcinoma. Multiple lesions found on CT and aspirated.

DESCRIPTION: Four smears are of low cellularity and good quality. Slides contain large amounts of blood. Neutrophils may mildly exceed blood derived proportions in some regions with presence of low numbers of macrophages and few crushed aggregates of spindle cells admixed with small amounts of eosinophilic matrix. No microorganisms or overtly neoplastic cells are identified.

INTERPRETATION: Low cellularity; Representative of blood with chronic inflammation

COMMENT: Cellularity is low, evidence of chronic inflammation is present however the neoplastic cells identified in the pancreatic and thoracic wall aspirates are not identified on the these slides.

SOURCE No. 2:
Pancreas. Five digitally scanned slides are examined.

DESCRIPTION: Five smears are of low cellularity and good quality. Four slides contain large amounts of blood with nucleated cells present in expected blood derived proportions. Two smears contain low numbers of variably sized clusters of epithelial cells. Epithelial cells are slightly disrupted or densely packed with indistinct cell borders, few intact cells have round to oval nuclei demonstrating mild to moderate anisokaryosis with smudged chromatin, presence of one to two prominent basophilic nucleoli when visible, cells contain small amounts of basophilic cytoplasm. One slide contains abundant free lipid with low numbers of disrupted cells/nuclear remnants. No microorganisms are identified.

INTERPRETATION: Low cellularity; Most consistent with carcinoma

COMMENT: The low numbers of epithelial cells present have a morphology similar to the cells seen in the thoracic wall and are most consistent with carcinoma.

SOURCE No. 3:
Thoracic body wall. Four digitally scanned slides are examined.

DESCRIPTION: One of four smears is of moderate cellularity and good quality with a majority of epithelial cells. Epithelial cells are present in small clusters that are slightly disrupted, cells have a high nuclear to cytoplasmic ratio with round to oval nuclei demonstrating mild to moderate anisokaryosis with smudged chromatin, presence of one to two basophilic round to misshapen nucleoli when visible, cells contain small amounts of basophilic cytoplasm with cytoplasmic vacuolation seen in some clusters. Cells are present on a

*Documents are available as separate attachments or files.
VCA California Veterinary Specialists-Carlsbad
2310 Faraday Ave., Carlsbad, CA 92008 | (760) 431-2273

EXHIBIT #125: 006
22-CV-01616-BAS-DDL
3 of 4



| Test | Results | Ref. range | Unit |
|---|---|---|---|
| | moderately basophilic background with lysed cells/nuclear remnants. No microorganisms are identified. | | |

INTERPRETATION: Carcinoma

COMMENT: The population present is consistent with carcinoma, the population is not well differentiated, histopathology could be considered for further characterization/determination of cell lineage.

PATHOLOGIST:

Jaime Tarigo, DVM, PhD, DACVP (Clinical)
Phone: 470-867-3608
Email: jaime.tarigo@antechmail.com

Veterinary Professionals: Please contact me directly at the email or phone number above if this interpretation is inconsistent with your clinical impression or requires further clarification.

*Documents are available as separate attachments or files.
VCA California Veterinary Specialists-Carlsbad
2310 Faraday Ave., Carlsbad, CA 92008 | (760) 431-2273

**EXHIBIT #125: 007**
22-CV-01616-BAS-DDL

4 of 4

**VCA California Veterinary Specialists-Carlsbad**
2310 Faraday Ave., Carlsbad, CA 92008 | (760) 431-2273



# MEDICAL HISTORY
16-Dec-2022 to 16-Dec-2022

**Client**
**Justin Beck** (73093)
**Brian Bargabos**
Cell: (760) 449-2509

**Patient**
**Snookie** (406917)          12y (14-Dec-2010)
Feline                        Calico
Domestic Short Hair           Female / Spayed
                              5.64 kg (16-Dec-2022)

Most recent visit date:   16-Dec-2022
Microchip No.:            n/a
Rabies tag ID / date :    n/a

Patient Alerts:   **CPR 12-15-2022**

### Current medical overview: as of 16-Dec-2022

**Weight by Age**                              Wt.          Record date
n/a

**Active Concerns**                                         Established
n/a

**Inactive Concerns**                                       Established
n/a

**Resolved Concerns** (since 16-Dec-2022)      Established   Resolved
n/a

**Medications** (since 16-Dec-2021)            Amount       Disp. Date

**Toceranib Phosphate (Palladia) 10mg**        6.00 tab     16-Dec-2022
**Tab DISP**
Please give ONE tablet by mouth on Tuesday and Friday with food. Wear gloves when handling this medication. Recheck blood work required for refills. lv

Exported by: Gregory Ogilvie on 16-Dec-2022

**EXHIBIT #125: 008**         1 of 2
22-CV-01616-BAS-DDL

Client: **Justin Beck** (73093)    Patient: **Snookie** (406917)
**MEDICAL HISTORY:** 16-Dec-2022 to 16-Dec-2022



## CT report

**16-Dec-2022**  **CT** - Draft                                                                                      **Nicholas Heifrich, DVM,**

    **13:40**  Order item: CT Head & Thorax & Abdomen (+C) [23.364]

*Documents are available as separate attachments or files.
VCA California Veterinary Specialists-Carlsbad
2310 Faraday Ave., Carlsbad, CA 92008 | (760) 431-2273

EXHIBIT #125: 009
22-CV-01616-BAS-DDL

2 of 2



# VCA California Veterinary Specialists-Carlsbad

2310 Faraday Ave.
Carlsbad, CA 92008
(760) 431-2273
vcacvs-carlsbad.com

---

Client: **Justin Beck** (73093) • **Snookie** • Feline (Domestic Short Hair) • Calico • Female, Spayed • 12y (14-Dec-2010) • 5.64 kg
Referred by: **Terrence Daly at North County Cat Hospital** • Provider: **Greg Ogilvie, DVM, DACVIM, DECVIM** • Document date: **16-Dec-2022**

---

Thank you for entrusting Snookie to VCA California Veterinary Specialists, who has had some squinting of the left eye with discharge from that same eye as well as some wobbliness while walking over the last few days. your veterinarian found a left neck mass and obtained Xrays of that. A carcinoma was identified via cytology. The pathologist felt that it was likely of basal cell origin and likely low-grade. The mass was suspected to be behind the left side. I can palpate what feels to be like a mass on the neck. Snookie is otherwise alert and bright with a slight change in the left ocular fissure. She does have heart murmur and is plump on physical examination. We did a CT that revealed the mass that Dr. Daley felt and aspirated and, unfortunately several in the lung, left kidney, pancreas, body muscle and elsewhere. The CT findings are as follows:
1. Multifocal soft tissue mass/nodular regions involving the left orbit, left cervical spine (known carcinoma), and multifocal other skeletal muscles; findings are most consistent with multifocal metastatic lesions.
2. Three pancreatic nodules, which may reflect a primary malignancy with resultant multifocal metastatic lesions throughout the body.
3. Left renal mass-like lesions; the primary consideration is metastatic neoplasia.
4. Multiple pulmonary mass/nodular lesions; the primary consideration is metastatic neoplasia.
We obtained some samples from some of these areas and have submitted them for pathology review. The findings are:
The population present is consistent with carcinoma, the population is not well differentiated, histopathology could be considered for further characterization/determination of cell lineage.
We recommend a trial treatment with palladia, an enzyme inhibitor\ The medicine will be given every Friday and Tuesday.
Prednisone and palladia should never be given on the same day, Therefore given prednisone Monday, Wednesday, Thursday, Saturday and Sunday.

Gregory K. Ogilvie, DVM
Diplomate ACVIM (Specialties of Internal Medicine, Oncology)
Diplomate ECVIM-CA Oncology
760-594-0794
gregorykogilvie@gmail.com

3:30



Doctor: Johnson

Owner Name: Justin Beck   Date: 12-30-22
Mobile Phone: _____   Email: _____
Address: 3501 Monte Ave
City: Oceanside   State: CA   Zip: 92056
Pet Name: _____   Age: 2   Weight: 12   Sex: Male / Female
Species: Cat / Dog / Other: ___   Breed: DSH   Color: ___
Primary Vet Clinic: _____   How did you hear about us? ___

### Aftercare arrangement options (Check one):

☐ **None, I will arrange Aftercare**   ☒ ***Individual Cremation** (Urn, Clay Paw Print & Fur)   ☐ **Communal** (Ashes @ Sea)

*Pick up location: 2750 Auto Park Way, Ste. 17, Escondido, CA 92029*

**Services Consent:** I certify I am the legal owner or authorized agent for the owner of the pet described above and give Paws into Grace and any authorized agents, staff, or representatives full and complete authority to provide services for my pet, including euthanasia and cremation. I/we agree to release and indemnify Paws into Grace, the Veterinarian, and their owners, directors, agents, and employees, from any claim, liability, cost, or expense resulting from their reliance on or services or other performance consistent with the directions, declarations, representations, authorizations, and agreements herein. I/we agree that the liability Paws into Grace, the Veterinarian, and their owners, directors, agents, and employees, including without limitation for negligent acts (of itself or its agents or employees), is limited to a refund of the cremation and/or house call fees paid by me/us. Fees for these services have been explained to me and I assume full responsibility for all charges applicable to such services. To the best of my knowledge, the information I have provided is accurate and complete. I have carefully read and fully understand this form.

X _____   Date: 12-30-22
**Signature of Owner**

*Below for staff use only*

| Drug | mg | ml |
|---|---|---|
| Telazol | 10 | .1 |
| Torbutrol | 1 | .1 |
| Acepromazine | 5 | .5 |
| Euthasol | | |
| (Other) | | 2 |

| | | |
|---|---|---|
| **House Call Fee** EUTH / HOS QOLE DPP | $ 365 |
| **Cremation** IND  COM  None | $ 235 |
| Urn Choice (circle one) Biodegradable Urn: Natural or Floral  Cedar Urn or Acacia Urn  Engraving: Name included   Line 1: Photo Urn   70.04 | |
| **Hand Delivery of Ashes**  OC  SD - $75 | $ |
| **Shipping** PP $20 / IP $5/ Ashes & PP $50 in CA | $ |
| **Add Ons** Clay PP$35  Ink PP/NP $15  Fur $10   Clay Paw Print Ornament $35: or ○ | $ |
| **Upgrades**  Extended Engraving $10 (up to 3 lines)  Memorial Item   Upgraded Urn | $ |
| **Credit Card Convenience Fee** | $ 10 |
| Check# ___  Cash  CC  Care Credit  **Total** | $ 110.04 |

Notes/Additional Memorial Items:
_____
_____
_____

Tag # 5190   **Clay Print:** Y/x ___ /N   **Fur:** Y/x ___ /N
Grief Support Followup: Y / N

EXHIBIT #125: 011
22-CV-01616-BAS-DDL