EXHIBIT 127

Police Report

Notice of Citizens Arrest

Selective Protection Schemes

# Anaheim Police Department

*in conjunction with the*

## Orange County Family Justice Center

 

## Crime Victim Information
**Domestic Violence, Sexual Assault, & Violent Crime**

# EMERGENCY: Dial 911

**INSTRUCTIONS:** You will not necessarily be contacted by a Detective unless an arrest is made, property recovered, or additional information is needed. If you obtain additional information pertinent to your case, please phone the number indicated below between 8:00 AM—5:00 PM, Monday thru Friday. *Always refer to the report number.*

| | |
|---|---|
| Burglary | (714) 765-1974 |
| Robbery, Homicide | (714) 765-1516 |
| Auto Theft | (714) 765-1942 |
| Theft or Forgery | (714) 765-1974 |
| Traffic | (714) 765-1860 |
| Family Crimes, Sex Crimes, Domestic Violence | (714) 765-1645 |

**Report Number:** 22-197470
**Responding Officer:** CDT-ASC013
**Date:** 12/20/21  **Time:** 931

**Main Station**
425 S. Harbor Blvd.
Anaheim, CA 92805
(714) 765-1900
www.anaheim.net/police

**Family Protection and Sexual Assault Details**
150 W. Vermont Ave.
Anaheim, CA 92805
(714) 765-1645



**City of Anaheim**
Office of the City Clerk

200 S. Anaheim Blvd., Suite 217
Anaheim, CA 92805
(714) 765-5166 • fax (714) 765-4105
www.anaheim.net

Page 1 of 1

# Request for Public Records

STEP 1: **COMPLETE** all fields on this form. This form is to facilitate and expedite the processing of your public records request. Describe identifiable records in the possession of the City; your request must be sufficiently focused and specific to allow the City to locate the requested record(s).

STEP 2: **SUBMIT** completed form by mail, fax, email or in person to Custodian of Records, Office of the City Clerk, 200 S. Anaheim Blvd. (714) 765-5166; tbass@anaheim.net  fax: (714) 765-4105

STEP 3: **WAIT** to receive an invoice for responsive records. The City shall determine within 10-days from receipt of a public records request, whether the request, in whole or in part, seeks copies of discloseable public records in possession of the City [GC 6253(c)]. Please note that if you are requesting the opportunity to inspect records, you will be requested to make an appointment to return at a later date/time to view the documents.

Charges for the direct cost of duplication will apply. **Documents will not be copied until payment has been received.** If payment is not received within 10 days after invoice is sent, you may be required to submit a new request. Please see backside for additional information.

## REQUESTER INFORMATION

Full Name: **JUSTIN S. BECK**            Date: 1/5/23 10:13 PM

Company Name: StopCorruptLawyers.com

(Mailing) Address: 3501 ROSELLE ST            City/State/Zip Code: OCEANSIDE, CA 92056

Phone number: 760-449-2509            Email: justintimesd@gmail.com

Preferred method of contact in the event of questions:

justintimesd@gmail.com

---

**DESCRIPTION OF REQUESTED RECORD(S):** (Describe the specific public record(s) e.g., date, type, time period covering documents requested etc)

1) All records, including reports to Orange County District Attorney's Office after the police report, investigations of the police report, investigative report, and the footage recorded by the responding officer for Anaheim Police Report 22-197470 (December 21, 2022).

2) Political donations made by Catanzarite Law Corporation, Kenneth Catanzarite, Parkgate LP, Aegis Properties, Inc., Aegis Asset Management, Inc., Nicole Marie Catanzarite Woodward, Eric Anderton, Brandon Woodward, Tim James O'Keefe to the Campaign of City Attorney Robert Fabela.

3) Details on the police report by persons under #2 above, and the name of the responding officer who called me (Justin Beck) at 760-449-2509 today, January 5, 2023 at 1:56 PM without regard of #1.

4) Written notices to Robert Fabela and to "cityattorneysoffice@anaheim.net" concerning threats to my life, liberty, and property before today when a police officer called me seeking to protect the actors in #2 unequally. The notices include those delivered by TrueFiling from Fourth District, Division Three.

---

I understand that I will be contacted once documents have been identified. If production of records is requested, an estimated cost will be provided to me and I agree that I will be required to submit payment for duplication costs (and mailing) prior to the production of the requested documents.

☐ I wish to inspect City records            ☐ Will Pick-Up Records            ☒ Please Mail

*Electronically Signed/Submitted   1/5/23  10:13 PM*

SIGNATURE OF REQUESTER

EXHIBIT #127:003
22-CV-01616-BAS-DDL

 **Gmail**                                              Justin Beck <justintimesd@gmail.com>

## Notice of Citizen's Arrest Under Penal Code 837 PC

**Justin Beck** <justintimesd@gmail.com>                                              Fri, Jan 6, 2023 at 7:33 AM
To: Kenneth Catanzarite <kcatanzarite@catanzarite.com>
Cc: Nicole Catanzarite-Woodward <ncatanzarite@catanzarite.com>, Brandon Woodward <bwoodward@catanzarite.com>, Tim O'Keefe <tokeefe@catanzarite.com>, Becky Phillips <bphillips@catanzarite.com>, Han Le <hle@catanzarite.com>, Eric Anderton <eanderton@catanzarite.com>, "cityattorneysoffice@anaheim.net" <cityattorneysoffice@anaheim.net>, "todd.spitzer@da.ocgov.com" <todd.spitzer@da.ocgov.com>, "fbi_ncra_duty@fbi.gov" <fbi_ncra_duty@fbi.gov>, "agelectronicservice@doj.ca.gov" <agelectronicservice@doj.ca.gov>, "Davtyan, Ellin" <Ellin.Davtyan@calbar.ca.gov>, "Grandt, Suzanne" <Suzanne.Grandt@calbar.ca.gov>, "Duran, Ruben" <Ruben.Duran@calbar.ca.gov>, matt.hamilton@latimes.com, harriet.ryan@latimes.com

Forgot to attach.

On Fri, Jan 6, 2023 at 7:32 AM Justin Beck <justintimesd@gmail.com> wrote:
> Mr. Spitzer & Mr. Fabela,
>
> Concerning the public records requests related to these matters to Orange County and Anaheim:
>
> 1) Selective protection schemes in Anaheim Police Department (Fourteenth Amendment, U.S. and 42 U.S.C. Section 1983)
> 2) Recording of my visit to Anaheim PD for Police Report 22-197470
> 3) Anaheim PD officer response yesterday disregarding my police report and individual rights
> 4) Political contributions subject of Fair Political Practices Commission reporting to each of you
> 5) Causation, ratification, and communications with OC DA Victims Liaison
> 6) Media interview requests made
>
> Please see the attached which includes citations from the Court of Appeal and the code sections for the Police Report 22-197470.
>
> Thank you,
>
> Justin Beck
>
> On Thu, Jan 5, 2023 at 2:37 PM Justin Beck <justintimesd@gmail.com> wrote:
>> The notice stands you are not to continue racketeering, perjury, subornation of perjury, extortion, judicial fraud, securities fraud, violation of Court orders, violation of injunctions, larceny, and insurance fraud (etc.).
>>
>> As for the allegation I delivered a "threat plain as can be," the Tower Card is from the Tarot and reflects a change in circumstances (depending on who you ask).
>>
>> All I can say is that I'm not going to visit the properties, but that my self-defense notice remains, as I face an ongoing threat to my person and property.
>>
>> If I do visit Anaheim (and not your premises), it will only be to call 911.
>>
>> On Thu, Jan 5, 2023 at 2:20 PM Kenneth Catanzarite <kcatanzarite@catanzarite.com> wrote:
>>> The letter stands you are not to come on my properties.
>>>
>>> As for the allegation you delivered artwork that is more nonsense it is a burning building with persons jumping out. It is a threat plain as can be.
>>>
>>>
>>> **Kenneth J. Catanzarite**
>>> Catanzarite Law Corporation

2331 West Lincoln Avenue
Anaheim, CA 92801
**Direct Dial: (714) 678-2100**
**Direct Fax: (714) 399-0577**
Office Phone: (714) 520-5544

Office Fax: (714) 520-0680

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential, may be legally privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please: (i) notify the sender immediately that you have received the message in error; (ii) delete the message and all copies; and (iii) do not disclose, distribute or use the message in any manner. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. Thank you.

**From:** Justin Beck <justintimesd@gmail.com>
**Sent:** Thursday, January 5, 2023 2:11 PM
**To:** Kenneth Catanzarite <kcatanzarite@catanzarite.com>
**Cc:** Nicole Catanzarite-Woodward <ncatanzarite@catanzarite.com>; Brandon Woodward <bwoodward@catanzarite.com>; Tim O'Keefe <tokeefe@catanzarite.com>; Becky Phillips <bphillips@catanzarite.com>; Han Le <hle@catanzarite.com>; Eric Anderton <eanderton@catanzarite.com>; cityattorneysoffice@anaheim.net; todd.spitzer@da.ocgov.com; fbi_ncra_duty@fbi.gov; agelectronicservice@doj.ca.gov; Davtyan, Ellin <Ellin.Davtyan@calbar.ca.gov>; Grandt, Suzanne <Suzanne.Grandt@calbar.ca.gov>; Duran, Ruben <Ruben.Duran@calbar.ca.gov>
**Subject:** Re: Notice of Citizen's Arrest Under Penal Code 837 PC


Mr. Catanzarite,


I just spoke with the police and informed them that I would not take any action on this without calling 911 and having them there.


With respect to the rest of your letter, I visited the Anaheim Police Department to deliver Report #22-197470 and Orange County District Attorney's Office to detail the evidence in my possession and charges with specificity -- and that my invocation of the self defense doctrine was a <u>last resort</u> because nobody will protect me or anyone else from *you*. I was informed that you were calling around about my family's home, and I've shown that your law firm has previously stolen people's homes using protection of "law enforcement" and your ongoing judicial and non-judicial fraud which are subject of a federal action for racketeering in 3:22-CV-01616-BAS-DDL.


You are advised to stop committing and suborning perjury, insurance fraud, and the offenses described to Anaheim Police Department well before these communications. I've delivered adjudicated facts dating back to 2007 to Anaheim City Attorneys Office and Orange County District Attorney's Office. I came to your office after Anaheim Police Department to deliver artwork, namely, the Tower Card (it is not my artwork).


Thanks,

Justin Beck

On Thu, Jan 5, 2023 at 1:21 PM Kenneth Catanzarite <kcatanzarite@catanzarite.com> wrote:

> Mr. Beck,
>
> Please find attached correspondence.
>
> **Kenneth J. Catanzarite**
> Catanzarite Law Corporation
> 2331 West Lincoln Avenue
> Anaheim, CA 92801
> **Direct Dial: (714) 678-2100**
> **Direct Fax: (714) 399-0577**
> Office Phone: (714) 520-5544
> Office Fax: (714) 520-0680
>
> NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential, may be legally privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please: (i) notify the sender immediately that you have received the message in error; (ii) delete the message and all copies; and (iii) do not disclose, distribute or use the message in any manner. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. Thank you.
>
> ---
>
> **From:** Justin Beck <justintimesd@gmail.com>
> **Sent:** Thursday, January 5, 2023 11:56 AM
> **To:** Kenneth Catanzarite <kcatanzarite@catanzarite.com>; Nicole Catanzarite-Woodward <ncatanzarite@catanzarite.com>; Brandon Woodward <bwoodward@catanzarite.com>; Tim O'Keefe <tokeefe@catanzarite.com>; Becky Phillips <bphillips@catanzarite.com>; Han Le <hle@catanzarite.com>; Eric Anderton <eanderton@catanzarite.com>
> **Cc:** cityattorneysoffice@anaheim.net <cityattorneysoffice@anaheim.net>; todd.spitzer@da.ocgov.com <todd.spitzer@da.ocgov.com>; fbi_ncra_duty@fbi.gov <fbi_ncra_duty@fbi.gov>; agelectronicservice@doj.ca.gov <agelectronicservice@doj.ca.gov>; Davtyan, Ellin <Ellin.Davtyan@calbar.ca.gov>; Grandt, Suzanne <Suzanne.Grandt@calbar.ca.gov>; Duran, Ruben <Ruben.Duran@calbar.ca.gov>
> **Subject:** Notice of Citizen's Arrest Under Penal Code 837 PC
>
> ATTN: KENNETH CATANZARITE
>
> Anaheim Police Department Report 22-197470
>
> Mr. Catanzarite,

This is a formal notice that I will place you under citizen's arrest under California Penal Code 837 PC for violation of the California Control of Profits of Organized Crime Act and the code sections and evidence provided to the Anaheim Police Department and Orange County District Attorney's Office in Report 22-197470. I'm incorporating the attached federal complaint as well for the United States' reference as to the federal code violations.

I will be armed, however, I will be civil unless you resist or seek to evade your lawful arrest. I will defend myself with reasonable or deadly force if you take any act that I perceive as a (further) threat to my person or property in the process.

You were previously informed of my intent to defend myself with the same force given the ongoing nature of felonies and public offenses to which I've been subject. This continues as I have shown an ongoing, actual threat to my life, liberty, and property protected by the United States Constitution -- and every department of California, locally, to US DOJ, refuses to help me.

I'm copying Orange County District Attorney's Office, Anaheim City Attorney's Office, California DOJ, and The State Bar of California -- who I informed will be named in a cross complaint should you choose to sue me for exercising my legal right to stop your conduct. I have provided evidence beyond reasonable doubt and under California Rules of Court 8.1115(b)(1)-(2) of your pattern of conduct. I'm not sure what political contributions you've made to avoid your prior arrest, and I don't care.

--

============

**Justin Beck**

**760-449-2509**

---

**Total Control Panel**                                                                    Login

To: kcatanzarite@catanzarite.com    Remove this sender from my allow list

From: justintimesd@gmail.com

*You received this message because the sender is on your allow list.*

--

============

**Justin Beck**

760-449-2509

---

**Total Control Panel**                                                                                    Login

To: kcatanzarite@catanzarite.com     Remove this sender from my allow list

From: justintimesd@gmail.com

*You received this message because the sender is on your allow list.*

--
==========
**Justin Beck**
**760-449-2509**

--
==========
**Justin Beck**
**760-449-2509**

--
==========
**Justin Beck**
**760-449-2509**

📄 **EXHIBIT 121 - OCSC Ignores Material Facts and Law.pdf**
   925K