EXHIBIT 133

Five Layer Chess Game
Continues

Plaintiff Responds to
Show More Actual
Knowledge and
Conspiracy

1/7/23, 11:35 AM Gmail - Claim of Brian Bargabus

Justin Beck <justintimesd@gmail.com>

## Claim of Brian Bargabus

**Justin Beck** <justintimesd@gmail.com> Fri, Jan 6, 2023 at 4:23 PM
To: "Randolph, Joan" <Joan.Randolph@calbar.ca.gov>
Cc: Brian Bargabus <bbargabus@yahoo.com>, "Lowery, Kyla" <Kyla.Lowery@calbar.ca.gov>, "Dewar, Brady" <Brady.Dewar@calbar.ca.gov>

Thank you, Ms. Randolph.

Ms. Lowery and Mr. Dewar:

Be advised that the lawsuit for Mr. Bargabus is already filed in the U.S. Southern District of California, as he is among ROES 1-150,000 and summons has issued on my first amended complaint with claims for the United States of America derivatively. I'm filing the summary judgment motion there soon, a draft of which has been delivered to defendants previously using 9th Circuit case law.

The attached will be served on all defendants including Ruben Duran, Leah Wilson, Ellin Davtyan, The State Bar of California, Suzanne Grandt, Robert George Retana, George Cardona, Eli David Morgenstern, John C. Gastelum by U.S. Marshal where the individual defendants refused to waive service by the deadline I provided. As each of them know, each defendant must get their own counsel or they must represent themselves.

Brian may also be joined to OCSC Case No. 30-2021-01237499 and OCSC Case No. 30-2020-01145998 -- both of which were removed to U.S. Central District of California, Southern Division federal court citing the monopoly The State Bar of California possesses on the judiciary and ongoing violations of *N.C. State Bd. of Dental Examiners v. Fed. Trade Comm'n*, 574 U.S. 494, (2015).

As Mr. Duran is aware, the lack of disclosure of the materiality of these claims is equivalent to constructive fraud. I've been informing the media and several state and federal agencies of the same, have one pending complaint with Fair Political Practices Commission, and another more detailed one if they fail to act on my first draft.

Justin Beck
Individually
Guardian Ad Litem to ROES 1-150,000
Guardian Ad Litem to United States

On Fri, Jan 6, 2023 at 3:59 PM Randolph, Joan <Joan.Randolph@calbar.ca.gov> wrote:

> Messrs. Beck and Bargabus,
>
> Please see attached correspondence sent on behalf of Assistant General Counsel Kyla Lowery in regards to the above matter.
>
> Joan Randolph | Legal Secretary
>
> Office of General Counsel
>
> The State Bar of California | 180 Howard St. | San Francisco, CA 94105
>
> 415.538.2186 | Joan.Randolph@calbar.ca.gov

https://mail.google.com/mail/u/0/?ik=cee2a89658&view=pt&search=all&permmsgid=msg-a%3Ar-6286443358650639685&dsqt=1&simpl=msg-a%3Ar-6286443358... 1/2
EXHIBIT #133: 002
22-CV-01616-BAS-DDL

--

===========

**Justin Beck**
**760-449-2509**

**FAC with Summons 3-22-CV-01616-BAS-DDL.pdf**
5848K