EXHIBIT 134

1.7 Violations by Retana

DURAN is Not Listed
(As He Led the 1/6/23 Meeting and
Seeks to Conceal)

Actual Knowledge Subject of
Preservation of Evidence Letter

Brian Bargabus Claim Disposed (ROE)

 Gmail

Justin Beck <justintimesd@gmail.com>

## Justin S. Beck v. Catanzarite Law Corporation, et al.; USDC SD Case No. 3:22-cv-1616-BAS-DDL

**Randolph, Joan** <Joan.Randolph@calbar.ca.gov>  Wed, Dec 28, 2022 at 8:59 AM
To: Justin Beck <justintimesd@gmail.com>
Cc: "Retana, Robert" <Robert.Retana@calbar.ca.gov>

Mr. Beck,

In reference to the above matter, please see attached executed Waivers of Service of Summons. Originals are being sent via U.S. Mail.

Joan Randolph | Legal Secretary

Office of General Counsel

The State Bar of California | 180 Howard St. | San Francisco, CA 94105

415.538.2186 | Joan.Randolph@calbar.ca.gov

---

**4 attachments**

- Waiver_State Bar_Signed.pdf
  122K
- Waiver_Wilson_Signed.pdf
  322K
- Waiver_Morgenstern_Signed.pdf
  124K
- Waiver_Grandt_Signed.pdf
  121K


Gmail

Justin Beck <justintimesd@gmail.com>

# Public Comment for 1/6 E-Service Notice to Defendants (3:22-CV-01616-BAS-DDL)

**Justin Beck** <justintimesd@gmail.com>  Tue, Jan 3, 2023 at 7:42 AM
To: secretariat@calbar.ca.gov
Cc: CFO@calbar.ca.gov, Complaint <Complaint@fppc.ca.gov>, Kristin.Vellandi@asm.ca.gov, senator.umberg@senate.ca.gov

The attached complaint is my public comment for your January 6, 2023 hearing. You are required by law to disclose this to the public, to MGO, and to California State Auditor.

Senator Umberg - I am interested to see if you are complicit or if you mean to do something about the State Bar, genuinely.

Ms. Vallandi, please send this to Sacramento for the audits demanded through my Hon. Assemblywoman Laura Davies.

---------- Forwarded message ----------
From: **Justin Beck** <justintimesd@gmail.com>
Date: Tuesday, January 3, 2023
Subject: E-Service Notice to Defendants (3:22-CV-01616-BAS-DDL)
To: Kenneth Catanzarite <kcatanzarite@catanzarite.com>, agelectronicservice@doj.ca.gov, rob.bonta@doj.ca.gov, "Deborah.brown@jud.ca.gov" <deborah.brown@jud.ca.gov>, todd.spitzer@da.ocgov.com, hailyn.chen@mto.com, "Duran, Ruben" <Ruben.Duran@calbar.ca.gov>, "Retana, Robert" <robert.retana@calbar.ca.gov>, "Davtyan, Ellin" <Ellin.Davtyan@calbar.ca.gov>, jim.duffy55@comcast.net, Becky Phillips <bphillips@catanzarite.com>, Jim Tice <jtt@tice.lawyer>, ncatanzarite@catanzarite.com, Brandon Woodward <bwoodward@catanzarite.com>, tokeefe@catanzarite.com, amycooper05@yahoo.com, cliff.higgerson@waldenvc.com, mo.zakhireh@gmail.com, "Morgenstern, Eli" <Eli.Morgenstern@calbar.ca.gov>, leaht.wilson@calbar.ca.gov, george.cardona@calbar.ca.gov, jorge.navarette@jud.ca.gov, **Tony Scudder** <tony.scudder@yahoo.com>, Efile.dkt.civ@usdoj.gov
Cc: Complaint <Complaint@fppc.ca.gov>, tani.cantil.sakauye@jud.ca.gov, Criminal.Division@usdoj.gov, antitrust.complaints@usdoj.gov, antitrust@ftc.gov, rob.bonta@doj.ca.gov, Michael Redding <michael.redding@doj.ca.gov>, "Randolph, Joan" <Joan.Randolph@calbar.ca.gov>, "Yarbrough, Amy" <amy.yarbrough@calbar.ca.gov>, "Nunley, Joy" <Joy.Nunley@calbar.ca.gov>


3:22-CV-01616-BAS-DDL

To All Parties:

Please see the attached, which was delivered to each of you in DocuSign for your signature to waive service of summons. You've received a postal mail version of the original complaint, and I attach the first amended complaint filed in U.S. District Court - Southern District of California today.

Please return the summons waiver in DocuSign so I can show consent to electronic service.

Beyond the Political Reform Act of 1974 precluding any public employee or elected official from representing any person who causes liability to the State due to the material financial conflicts -- the federal courts do not allow adverse representation in the same case or the same or related matters. You are noticed that The State Bar of California and Catanzarite Law Corporation will not possess a monopoly on my due process rights, or the interests of the United States, in this case.

A courtesy copy of my first amended complaint with DOES 1-10 replaced (as previously noticed) is attached here. Kindly sign the waiver of service of summons from DocuSign. I intend to file the motion for summary judgment quickly in this case, which is allowed under Federal Rule 56 "upon commencement" of the action.

Respectfully,

Justin S. Beck

--
===========
**Justin Beck**

760-449-2509




--
============

**Justin Beck**
**760-449-2509**



📎 **FAC 22-CV-01616-BAS-DDL for Service.pdf**
   10779K

 **Gmail**    Justin Beck <justintimesd@gmail.com>

## Public Comment and Note to CFO for January 6, 2023 [FPPC]

**Justin Beck** <justintimesd@gmail.com>                                                    Sat, Dec 31, 2022 at 4:45 AM
To: secretariat@calbar.ca.gov, CFO@calbar.ca.gov
Cc: Complaint <Complaint@fppc.ca.gov>, "Duran, Ruben" <Ruben.Duran@calbar.ca.gov>, fbi_ncra_duty@fbi.gov, Criminal.Division@usdoj.gov, Kristin.Vellandi@asm.ca.gov, rob.bonta@doj.ca.gov, "Retana, Robert" <robert.retana@calbar.ca.gov>, merrick.garland@usdoj.gov, senator.umberg@senate.ca.gov, margie.estrada@sen.ca.gov

RE: FPPC Complaint Number COM-12302022-05440 with respondents Ruben Duran, Suzanne Grandt, Ellin Davtyan, The State Bar of California, Eli David Morgenstern, Hailyn Chen, Leah T. Wilson, Robert Retana.

Dear Board of Trustees (and California Supreme Court Justices):

Here are my public comments and questions for you to address in the open meeting, and in response to my complaints to FPPC. This message will be noticed in federal court and is intended to show culpability, actual knowledge, and deliberate concealment with intent to defraud the public due to material financial conflicts involving public employees representing themselves against fraud and corruption allegations.

1) Why doesn't the public know that The State Bar of California is in default in Government Claims Act litigation OCSC Case No. 30-2020-01145998? It appears you are reliant upon obstruction of judicial proceedings, which has occurred in fact when Richard Lee recused to John C. Gastelum in OCSC Case No. 30-2021-01237499 and more recently 4DCA's G061896 and G062120.

2) Has the California Legislature commenced an audit of the Board of Trustees deliberate concealment of state liability and material financial conflicts from October 14, 2021 through present? Such request was made through Assemblywoman Laurie Davies on December 6, 2022, whose staff is copied, with notice to Senate Judiciary Committee's Margie Estrada and Senator Umberg.

3) What is The State Bar of California policy on using licensee funds to defend lawsuits against individuals, including Ruben Duran, from the public targeting fraud and corruption?

4) Why does Ruben Duran continue to propound materially false statements about Thomas Girardi, of whom the Board of Trustees has known since 2014 formally of the unlawful influence wielded by him?

5) Why does the Board of Trustees believe itself above the Political Reform Act of 1974 or beyond reproach for those laws restricting financial conflicts of interest in such that it has engaged in fact with impunity?

6) Why does the CFO continue to fail to disclose the materiality of Government Claims Act litigation to the California State Auditor and to MGO?

7) Following the December 22, 2022 closed session concerning material state liability and the appointment of three justices to the Fourth District, Division Three in apparent obstruction by Governor Gain Newsom on specific dates of claims act litigation with public interest standing -- how did Board of Trustees and Office of General Counsel communicate ex parte with each in G061896 and G062120?

8) When is THE STATE BAR OF CALIFORNIA going to announce that it is subject of a federal racketeering investigation under 18 U.S.C. Section 1968 and a cause of action for federal receivership over its assets with audits of its IOLTA income?

9) When is THE STATE BAR OF CALIFORNIA going to announce that it is subject to claims on behalf of 150,000 people harmed by its operations in 3:22-CV-01616-BAS-DDL in which the United States Attorney General is the nominal defendant?

10) Despite the foregoing, how is federal defendant ROBERT RETANA purporting to represent SUZANNE GRANDT and other actors using licensee funds in 3:22-CV-01616-BAS-DDL?

11) Who selected January 6, 2023, the date when defendant THE STATE BAR OF CALIFORNIA, Ruben Duran, Eli David Morgenstern, Suzanne Grandt are each subject to adjudication of claims summarily, or at least have waived the

opportunity to object to thousands of pages of evidence showing it is engaged in serial schemes to defraud the public? See ROA #729 and ROA #733.

12) What is THE STATE BAR OF CALIFORNIA's policy if the conduct of individual defendants results in liability to them -- who pays those damages? Licensees or STATE OF CALIFORNIA?

13) In what ways do the Board of Trustees communicate with California Supreme Court justices or Judicial Council concerning claims act litigation in any court?

14) In what ways does the Office of General Counsel communicate with judicial officers, and why?

--
============
Justin Beck
760-449-2509

**6 attachments**

- **EXHIBIT 1 - MTO Report from 2014.pdf**
  749K

- **Beck v. The Superior Court of Orange County #2 (Original Writ Proceeding).pdf**
  1446K

- **Beck_12.15.22_Letter Threat After Fed Notice Copy.pdf**
  323K

- **Exhibit 32 - Overt Acts Show No Separation of Power in California, Acute Threat to US Interests.pdf**
  1307K

- **[ROA #729] Separate Statement of Material Facts.pdf**
  1278K

- **[ROA #733] Notice of Motion and Motion for Summary Judgment or SA.pdf**
  539K

The State Bar *of California*	🔍

# FINANCE COMMITTEE
## NOTICE AND AGENDA

### Teleconference

The State Bar of California

www.calbar.ca.gov

Friday, January 6, 2023
11:00 a.m.—1:00 p.m.

### Members of the public may access this meeting as follows:

Zoom Link: https://calbar.zoom.us/j/97086905576

Webinar ID: 970-8690-5576

Call-In Number: 669-900-9128

### *OPEN SESSION*

The Chair reserves the right to alter the order of items to run an effective meeting. If you wish to assure yourself of hearing a particular discussion, please attend the entire meeting.

### -- CALL FOR PUBLIC COMMENT --

Please use this form to sign up to provide oral comments at the meeting. Public comment typically occurs at the beginning of each meeting; the chair has the discretion to allow for additional public comment periods during the meeting. Members of the public wishing to submit written comments may email them to secretariat@calbar.ca.gov. Deadline to sign up and submit written comments is 24 hours before the start of the meeting. View the State Bar's Public Comment Policy.

### I. CHAIR'S REPORT

    A.    Oral Report

### II. BUSINESS

    A.    Discussion of 2023 Preliminary Budget (Montoya-Chico)

### *CLOSED SESSION*

### I. BUSINESS

    A.    Discussion Regarding Audit of Closed Office of Chief Trial Counsel Files
           *Closed pursuant to Government Code § 11126(c)(2).*

EXHIBIT #134: 007
22-CV-01616-BAS-DDL

 The State Bar *of California*                                                                    Q

## ADJOURN

*In compliance with the Americans with Disabilities Act, those requiring modifications or accommodations to observe and address this meeting should notify Mimi Harvey at 415-538-2353. Please provide notification at least 72 hours prior to the meeting to allow sufficient time to make arrangements for accommodations at this meeting.*

The notice and agenda are available at: http://board.calbar.ca.gov/Board.aspx.

> Questions regarding any agenda item should be directed to **Committee Coordinator Mimi Harvey at 415-538-2353 or Chair Arnold Sowell at 415-538-2300, the State Bar of California, 180 Howard Street, San Francisco, CA 94105**. Committee members are requested to notify the committee coordinator as early as possible in advance of the meeting if they wish to remove any item(s) from the consent agenda.
>
> The notice and agenda are available at http://board.calbar.ca.gov/Board.aspx.

EXHIBIT #134: 008
22-CV-01616-BAS-DDL



# The State Bar of California

**OFFICE OF GENERAL COUNSEL**

180 Howard Street, San Francisco, CA 94105

January 6, 2023

**VIA U.S. MAIL AND EMAIL**

Justin Beck
3501 Roselle Ave.
Oceanside, CA 92056
Email: justintimesd@gmail.com

Brian Bargabus
3501 Roselle Ave.
Oceanside, CA 92056
Email: bbargabus@yahoo.com

RE: *Claim of Brian Bargabus*

Dear Messrs. Beck and Bargabus:

Notice is hereby given that as of this date, January 6, 2023, the State Bar of California rejected the claim you mailed to the State Bar of California on or about November 19, 2022.

## WARNING

**SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE THIS NOTICE WAS PERSONALLY DELIVERED OR DEPOSITED IN THE MAIL TO FILE A COURT ACTION ON THIS CLAIM. SEE GOVERNMENT CODE SECTION 945.6.**

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

/s/

Kyla Lowery
Assistant General Counsel and Claims Officer

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

EXHIBIT #134: 009
22-CV-01616-BAS-DDL