EXHIBIT 136

Showing Daily Injuries Carried On by
The State Bar of California and
Irreparable Harm to US Citizens

Showing Threat to Interstate Commerce
in Violation of 15 U.S.C. Section 1



True and Correct Screenshot Taken January 7, 2023

Plaintiff Notes for Exhibit:

16,000 Notices of Injury Annually / 365 Days =

## 43.84 Notices of Injury to U.S. Citizens Daily

[Unknown Postal Mail Letters in Furtherance of Lawyer Schemes to Defraud]

[Unknown Wire Transmissions in Furtherance of Lawyer Schemes to Defraud]