EXBHIBIT 86

Exhibit #86: 001
22-CV-01616-BAS-DDL

Case 3:22-cv-01616-AGS-DDL   Document 10-95   Filed 01/09/23   PageID.2359   Page 2 of 3

12/5/22, 12:15 PM                Gmail - Formal Notice of State, State Actor, and Individual Defaults in OCSC No. 30-2020-01145998 and OCSC No. 30-2021-01237499

 Gmail                                                                                                          Justin Beck <justintimesd@gmail.com>

# Formal Notice of State, State Actor, and Individual Defaults in OCSC No. 30-2020-01145998 and OCSC No. 30-2021-01237499

**Justin Beck** <justintimesd@gmail.com>                                                        Mon, Dec 5, 2022 at 12:14 PM
To: agelectronicservice@doj.ca.gov, service@calbar.ca.gov, serviceofprocess@calbar.ca.gov, Ellin.Davtyan@calbar.ca.gov,
"Grandt, Suzanne" <Suzanne.Grandt@calbar.ca.gov>, robert.retana@calbar.ca.gov, "Duran, Ruben"
<Ruben.Duran@calbar.ca.gov>, "Morgenstern, Eli" <Eli.Morgenstern@calbar.ca.gov>, senator.atkins@senate.ca.gov,
assemblymember.rendon@assembly.ca.gov, "Reed, Cole" <Cole.Reed@sen.ca.gov>, leaht.wilson@calbar.ca.gov
Cc: assemblymember.stone@assembly.ca.gov, sjud.fax@sen.ca.gov, senator.umberg@senate.ca.gov,
Assemblymember.BoernerHorvath@assembly.ca.gov

Notice of Defaults in Government Claims Act Litigation

CC: Margie Estrada, Senate Judiciary Committee Counsel

**Orange County Superior Court Case No. 30-2020-01145998**

THE STATE OF CALIFORNIA, a public entity
THE STATE BAR OF CALIFORNIA, a public entity
SUZANNE GRANDT, an individual
RUBEN DURAN, an individual
ELI DAVID MORGENSTERN, an individual

**Orange County Superior Court Case No. 30-2021-01237499**

PRESIDENT PRO TEMPORE OF THE CALIFORNIA STATE SENATE, an individual elected official
SPEAKER OF THE CALIFORNIA STATE ASSEMBLY, an individual elected official
OFFICE OF THE ATTORNEY GENERAL, law firm for public entity State of California
LEGISLATURE for the State of California
LEAH T. WILSON, an individual public employee and elected official

[RICO and Civil Rights Action Pending Summons and Service in U.S. Southern District of California: 22-CV-01616-BAS-DDL]

**BY EMAIL DECEMBER 5, 2022**

To All Parties & Counsel of Record:

Good faith notice is hereby provided: each of the foregoing defendants are in default, lacking answer to the foregoing cases in Orange County Superior Court, also lacking opposition in original writ proceedings styled *Justin S. Beck v. The Superior Court of Orange County et al.* (G061896).

I received objections to discovery from Ms. Grandt and Office of General Counsel concerning her representation of herself, Mr. Morgenstern, and Mr. Duran on October 13, 2022 – but defendants failed to quash service and cannot reasonably deny service was made, nor jurisdiction to award default judgment in my favor under the circumstances against The State Bar of California and State of California (at minimum). The files were also sent in TrueFiling with ample opportunity to respond in the original writ proceedings. The Office of General Counsel and every state-actor lawyer in The State Bar of California has a legal duty to know of these proceedings after RICO Section 1962(a)-

Case 3:22-cv-01616-AGS-DDL   Document 10-95   Filed 01/09/23   PageID.2360   Page 3 of 3

12/5/22, 12:15 PM                Gmail - Formal Notice of State, State Actor, and Individual Defaults in OCSC No. 30-2020-01145998 and OCSC No. 30-2021-01237499

(d) and Antitrust allegations were served with derivative allegations filed on behalf of the United States under 15 U.S.C. Section 1.

Be advised that demurrer and "Anti-SLAPP" are now untimely – and that each may constitute obstruction of justice in pending federal proceedings under the circumstances if they follow the predicate patterns to which I am subject in furtherance of more than one fraudulent scheme. As you are each aware, failed judgments to me and concrete mechanisms to remunerate ROES 1-150,000 will result in a petition to the United States Congress.

Main Justice, Orange County Superior Court and Judicial Council are noticed of my federal action in 22-CV-01616-BAS-DDL and new claims act file for allegedly carrying on and ratifying racketeering under color of state law in favor of active market participant lawyers.

Sincerely,

Justin S. Beck

--
============
**Justin Beck**
760-449-2509

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

📎 **FILED Complaint for Damages and Extraordinary Relief COVER 10_19_22 (2).pdf**
    1877K