Exhibit A

## Becky Phillips

| | |
|---|---|
| **From:** | Justin Beck <justintimesd@gmail.com> |
| **Sent:** | Sunday, January 8, 2023 8:42 PM |
| **To:** | Kenneth Catanzarite; Becky Phillips; serviceofprocess@calbar.ca.gov; Deborah.brown@jud.ca.gov; tani.cantil.sakauye@jud.ca.gov; todd.spitzer@da.ocgov.com; Duran, Ruben; ruben.duran@bbklaw.com; Grandt, Suzanne; mo.zakhireh@gmail.com; jim.duffy55@comcast.net; Jim Tice; Nicole Catanzarite-Woodward; Brandon Woodward; Tim O'Keefe; amycooper05@yahoo.com; cliff.higgerson@waldenvc.com; cliff.higgerson@castileventures.com; higgersonc@comventures.com; Morgenstern, Eli; Retana, Robert; Davtyan, Ellin; jorge.navarette@jud.ca.gov; george.cardona@calbar.ca.gov; Tony Scudder; hailyn.chen@mto.com; Efile.dkt.civ@usdoj.gov; agelectronicservice@doj.ca.gov; Michael Redding; venus.johnson@doj.ca.gov; rob.bonta@doj.ca.gov; leaht.wilson@calbar.ca.gov; Eric Anderton |
| **Cc:** | Dewar, Brady; CFO@calbar.ca.gov; Louisa.ayrapetyan@calbar.ca.gov; Andresen, Carissa; Randolph, Joan; Lowery, Kyla; senator.umberg@senate.ca.gov; margie.estrada@sen.ca.gov; eric.garner@bbklaw.com |
| **Subject:** | 3:22-CV-01616-BAS-DDL: Ex Parte Application for Federal Restraining Order (TRO) on Behalf of U.S. Derivatively and Plaintiff |
| **Attachments:** | DECLARATION OF JUSTIN S. BECK IN SUPPORT OF TRO 1_8_23.pdf; Ex Parte TRO Application for U.S..pdf; EXHIBITS IN SUPPORT OF APPLICATION FOR TRO, MSJ, AND TRIAL 1_8_23.pdf; [PROPOSED] ORDER 3-22-CV-01616-BAS-DDL.docx |

3:22-CV-01616-BAS-DDL (U.S. Southern District of California) and Removed from OCSC Case No. 30-2021-01237499, OCSC Case No. 30-2020-01145998 (U.S. Central District of California, Southern Division)

To All Parties and Attorneys of Record:

As noticed previously this weekend, and by voicemail for those of you I was able to reach as detailed in my declaration, please see the attached *ex parte* application for temporary restraining order and extraordinary relief.

I intend to move for similar relief in the related cases removed from Orange County Superior Court January 5, 2023 as noticed before the public Finance Meeting on Friday, January 6, 2023 of the Board of Trustees. I do not believe that notice is required that you conform to the law, Civil Rules, or Local Rules, but I've provided notice nevertheless. Honorable Cynthia Bashant's rules allow three days to oppose.

* EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER
* DECLARATION OF JUSTIN S. BECK IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER
* EXHIBITS IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER, MOTION FOR SUMMARY JUDGMENT, AND TRIAL
* [PROPOSED] ORDER GRANTING APPLICATION


It will take the clerk some time to add all the exhibits to the Docket, but please advise if you would like courtesy copies delivered via email (preferably, noting the exhibits requested).

Respectfully,

Justin S. Beck

--

===========
**Justin Beck**
**760-449-2509**

---

Total Control Panel                                                                                          Login

To: bphillips@catanzarite.com              Remove this sender from my allow list
From: justintimesd@gmail.com

*You received this message because the sender is on your allow list.*