**Exhibit G**

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CIVIL COMPLEX CENTER**

**MINUTE ORDER**

DATE: 12/30/2022　　　TIME: 10:00:00 AM　　　DEPT: CX105
JUDICIAL OFFICER PRESIDING: Randall J. Sherman
CLERK: J. Phu
REPORTER/ERM:
BAILIFF/COURT ATTENDANT: J. Boc

CASE NO: **30-2020-01145998-CU-BT-CXC**　　CASE INIT.DATE: 05/26/2020
CASE TITLE: **Beck vs. Catanzarite**
CASE CATEGORY: Civil - Unlimited　　CASE TYPE: Business Tort

EVENT ID/DOCUMENT ID: 73873005

**EVENT TYPE:** Motion for Attorney Fees
MOVING PARTY: Aroha Holdings, Inc., Anthony B. Scudder
CAUSAL DOCUMENT/DATE FILED: Motion for Attorney Fees, 01/19/2021

**APPEARANCES**
Justin S. Beck, self represented Plaintiff, present remotely.
Nicole Catanzarite-Woodward, from Catanzarite Law Corporation, present for Appellant,Cross - Complainant,Defendant(s) remotely.

Tentative Ruling posted on the Internet .

Hearing held, all participants appearing remotely.

All parties submit on the Court's tentative ruling.

The Court confirms the tentative ruling as follows:

Defendants Anthony B. Scudder and Aroha Holdings, Inc.'s unopposed Motion to Award Anthony B. Scudder and Aroha Holdings, Inc. Attorneys' Fees and Costs Pursuant to Code of Civil Procedure §425.16 is granted in the amount of $13,482.18 against plaintiff Justin S. Beck.

The court granted defendants' anti-SLAPP motion on November 13, 2020. A notice of that ruling was filed the same day. Judgment was entered on December 17, 2020 and the clerk provided notice the same day. This motion was filed on January 19, 2021, within 60 days from notice of entry of judgment, and is therefore timely.

A prevailing defendant on an anti-SLAPP motion is entitled to a mandatory award of attorneys' fees and costs. CCP §425.16(c)(1); Ketchum v. Moses (2001) 24 Cal. 4th 1122, 1131. A prevailing defendant also is entitled to an award of attorneys' fees and costs in litigating the fee award itself. Wanland v. Law Offices of Mastagni, Holstedt & Chiurazzi (2006) 141 Cal. App. 4th 15, 21.

Defendants' attorneys spent 28.1 hours on the anti-SLAPP motion, incurring lodestar fees of $11,545. The associated filing fees were $77.18. Accordingly, the total fees and costs for the anti-SLAPP motion were $11,622.18. On the fee motion, defendants' attorneys spent 3 hours preparing the motion, incurring lodestar attorneys' fees of $1,300, and anticipated spending another 5.5 hours reviewing the opposition, preparing a reply, and attending the hearing. But plaintiff did not file any opposition to this motion. The court considers 1 hour a reasonable amount of time for defendants' attorneys to prepare for

and attend the hearing, at a fee of $500.  Defendants incurred a $60 filing fee on this motion.  Thus, reasonable attorneys' fees and costs for this matter total $13,482.18.

Defendants Anthony B. Scudder and Aroha Holdings, Inc. are ordered to give notice of the ruling.