Justin S. Beck
3501 Roselle St.,
Oceanside, CA 92056
760-449-2509
justintimesd@gmail.com
*In Propria Persona*



FILED
JAN 3 0 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK, | Case No.: 3:22-CV-01616-BAS-DDL |
| Plaintiff, | Judge: Hon. Cynthia A. Bashant |
| vs. | Courtroom: 12B (12th Floor) |
| CATANZARITE LAW CORPORATION, ET AL. | Hearing Date: March 6, 2023 |
| Defendants | NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |
| | **DECLARED COMPUTATION OF DAMAGES OF JUSTIN S. BECK** |

Filed Concurrently With:
  Notice of Motion
  Motion for Summary Judgment
  Memorandum in Support
  Exhibits in Support of Elements
  Exhibits in Support of Damages

**Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii)**

## DECLARED COMPUTATION OF DAMAGES TO PLAINTIFF JUSTIN S. BECK

### Federal Rule of Civil Procedure 26(a)(1)(a)(iii)

This is my declared computation of each category of damages claimed by me, Justin S. Beck. I make available for inspection and copying under Rule 34 the documents or other evidentiary material (unless privileged or protected from disclosure) on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

## I. COMPENSATORY DAMAGES

### A. Economic Damages

1. **$1,282,000**

I seek the loss of $1,268,036.89 in value from my Side A insurance policy from Scottsdale Insurance Co., underwritten by Nationwide, plus any additional loss shown after July 30, 2022, when I received this data together with costs I've incurred. A true and correct copy of an email I received from Aaron Klass from Nationwide is attached as Exhibit A. I waive privilege for the express purpose of showing my damages here. A true and correct copy of my depleted collateral source is attached as Exhibit A (1).

2. **$8,433,000**

I seek the loss of past and future base income as a CEO, where the false charges against me, the damage to my psyche, and the record thereof will taint me forever. My annual salary as CEO was $325,000 in March 2021. A true and correct copy of my last employment agreement, which was approved by an independent board of directors as part of a public merger, is attached as Exhibit B. A copy of my last W2 is attached as Exhibit C which only reflects a partial year.

3. **$27,407,250**

I seek the loss of earnings capacity to my businesses and property, where I will not benefit from an increase in salary or the associated bonuses for the rest of my life due to the fraudulent schemes of Catanzarite Law Corporation and The State Bar of California. Attached as Exhibit D is data from Salary.com – I am only 42 years old as of the date of this declaration and statement of damages and will be damaged forever. Median compensation is $1.68 million annually for my position which is $38.64 million over 23 years (only to age 65) minus ¶ 2 adjusted nominally.

4. **$32,667,351**

I seek the actual value of shares in the Canadian issuer, which shares I would hold in the United States, of Western Troy Capital Resources. This computation is based upon the third-party valuation range provided by DelMorgan & Co., which I warned Kenneth J. Catanzarite et al. of with specificity on February 5, 2019; they proceeded with the scheme anyway. Attached as Exhibit E is a copy of that letter and warning which I personally directed my counsel to deliver

to show actual knowledge. Attached as <u>Exhibit F</u> is a third-party validation of causation, structure by which stockholders would hold the property in the U.S., and fair market value.

5. <u>$365,000</u>

I seek the proceeds from my Mother's condo located at 2921 Deer Hollow Way, #314, Fairfax, Virginia, 22031 which I was forced to use in order to endure the predicate acts of Richard Francis O'Connor, Jr., Mohammed Zakhireh, James Duffy then later Amy Jeanette Cooper, Cliff Higgerson, Kenneth Catanzarite, Brandon Woodward, and Tim James O'Keefe. Attached as <u>Exhibit G</u> is a true and correct copy of proof of the sale March 13, 2018.

6. <u>$5,649,297</u>

I seek the actual public value of proceeds I won't realize of Contakt World Technologies Corp., a company I started but resigned from when Jorge E. Navarette, The State Bar of California, and California Supreme Court defrauded me in favor of Catanzarite Law Corporation, Kenneth J. Catanzarite, Brandon Woodward, and Tim James O'Keefe through the "In Re: Walker" scheme by postal mail in March 2021 leading to my emotional breakdown. Attached as <u>Exhibit H</u> is a detailed summary of my stock. Attached as <u>Exhibit I</u> is a value of the public shares on the date in question. I resigned after March 2021 as direct and proximate cause of ratification, and my need to succeed in Court of Appeal in G059766 or face the potential imposition of fraudulently derived legal fees from Catanzarite Law Corporation and The State Bar of California, threatened for $369,500 ("likely double" $184,750). Attached as <u>Exhibit J</u> is proof of a BIG Innovation Award. Attached as <u>Exhibit K</u> is proof of (2) AVA Awards for a podcast I hosted and co-produced. Attached as <u>Exhibit L</u> is proof that the next season of my show was to feature A-list celebrity Will Ferrell as creative director. Threat of fees, <u>Exhibit M</u>.

7. <u>$32,667,351</u>

I seek the proceeds of an equivalent transaction set forth in ¶ 4 as being a reasonable basis where my ability to conduct future business is hampered by my inability to obtain directors and officers insurance where the series of fraudulent cases filed against me by Catanzarite Law Corporation and The State Bar of California restrict my insurability and thereby at least one similar transaction value in ¶ 4 for the remainder of my life where I am only 42 years old.

8.   $25,000,000

I seek $25,000,000 as being other lifetime business and property value lost resulting from undue slander to my credit score, reputation, other benefits, and other compensation to business and property I will not receive due to the fraudulent schemes to which I've been subject by Catanzarite Law Corporation and The State Bar of California which will damage my business and property forever. By way of example only, I used to have accounts with USAA, but they terminated my membership without any explanation after the fraudulent cases from Catanzarite Law Corporation and The State Bar of California were filed and maintained against me. My family had been members of USAA for decades as a result military service by my family dating back to World War II. I used to have an American Express Platinum card. I used to have premium cards from Chase, like a British Airways card and Sapphire card. I now have only one credit card, maxed out at about $3,000, all as a direct and proximate cause of the fraudulent schemes of Catanzarite Law Corporation and The State Bar of California.

9.   $1,000,000

I seek the value of my inherited IRA I received after my mother Christiane M. Stearns died on my birthday, September 5, 2016, who received it from my deceased grandmother Ruth J. Stearns. This IRA had special value to me because my grandmother was an uneducated immigrant from Germany who arrived with my mother on a boat from Europe. My grandmother worked her entire life for this money from a secretary to becoming a VP of Dean Witter then Morgan Stanley, and I spent it enduring predicate acts on the belief that it would be recovered through the disrupted merger or otherwise, which it would have been but for the fraudulent schemes of Catanzarite Law Corporation and The State Bar of California.

**B. Non-Economic Damages**

1.   $138,889,249

I seek the equivalent of my economic damages as set forth above if my RICO claims fail, or for any amount of my RICO claim damages, under 42 U.S.C. § 1983. The case law I've cited in my motion for summary judgment shows that damages under 42 U.S.C. § 1983 are derived from the law of torts.

2.   $138,889,249

I seek 1X my economic damages for pain, suffering, inconvenience, and oppression. Since September 14, 2018, when these fraudulent attorney schemes targeted me without objective probable cause, every day has been re-living a nightmare. I lose sleep every night, cry every day, can't obtain legal counsel because they tell me of their fear that The State Bar of California will target them as I've shown to be true, and I continue to face concealment and oppression from The State Bar of California which seeks to stop me from obtaining my damages through a neutral court by any means because they accept proceeds from the schemes.

3.   $138,889,249

I seek 1X my economic damages for severe emotional distress leading to a seizure in December 2022. Before September 14, 2018, I took Vyvanse for attention deficit hyperactivity disorder. I've taken this medication for approximately ten years. After September 14, 2018, as a direct and proximate cause of the fraudulent schemes of The State Bar of California and Catanzarite Law Corporation, I started taking escitalopram for acute depression. In December 2022, I experienced what was diagnosed as a new onset seizure resulting from contraindication of escitalopram with Vyvanse. I was face down on the bathroom floor, straight as a board, and chewed the side of my cheek. I had to stop taking both medications, where I've relied on Vyvanse, but my psychiatrist would not see me since I'm now on Medi-Cal – also as a direct and proximate cause of the fraudulent schemes of The State Bar of California and Catanzarite Law Corporation (I had Platinum United Healthcare PPO before resigning from my last company after March 2021 when California Supreme Court denied me due process). Attached as Exhibit N is proof of my physician's visit in December 2022 and other proof.

4.   $138,889,249

I seek 1X my economic damages for loss of consortium and inability to marry. After learning that Catanzarite Law Corporation and Kenneth J. Catanzarite steal houses as a practice, even from their own clients, I cannot marry my partner of 14 years because he owns a house. For instance, Deborah Breuner Davis' house was stolen by Catanzarite Law Corporation according to public records in 2007 after a lien was placed on the home for $120,000 in legal

fees. Catanzarite foreclosed on the house (stole it). Later, Kenneth J. Catanzarite transferred the $1M+ house to a "Valusek" for a value of $99,500. Brian's brother-in-law received a phone call from an individual named Jamal that works for or with Kenneth J. Catanzarite, who was asking about Brian's home in which we both live. I cannot marry my boyfriend until such time that my claims are resolved, and until a federal court or law enforcement finally stops the criminal conduct of which I complain, or at least keeps it from targeting me further through federal injunctions and disbarment.

5. $138,889,249

I seek 1X my economic damages for becoming disenfranchised, losing trust in State government. Before The State Bar of California and Catanzarite Law Corporation schemes to defraud me and other innocent people, I was a voting citizen, and supporter of Governor Newsom and Attorney General Bonta (when he was an Assemblymember). In the last election, neither Brian nor I even voted because we have learned that The State Bar of California controls the entire State of California, and we don't trust anyone in government any longer. I also fear a complete lack of neutrality in Orange County Superior Court (after The State Bar of California was named defendant), Fourth District, Division Three (after The State Bar of California was named defendant), and California Supreme Court (after Kenneth J. Catanzarite, Brandon Woodward, Tim James O'Keefe were named in accusations, and after an antitrust petition was filed targeting The State Bar of California that was corrupted and obstructed by Office of General Counsel's Robert Retana, Suzanne Grandt, and Jorge E. Navarette in California Supreme Court). I hope the federal courts will restore my faith in democracy, but I fear for those less fortunate than me, and what the patterns against me mean for so many other U.S. citizens.

6. $138,889,249

I seek 1X my economic damages for severe grief, losing my parents and a mentor building CTI. My Father William T. Beck died suddenly on January 18, 2015, when Richard Francis O'Connor, Jr. first went to meet with James Duffy in Washington and I was just a consultant with CTI. My mother Christiane M. Stearns died on my birthday, September 5, 2016, of cancer while I was CEO of CTI. My time with her was converted to CTI. A personal mentor,

Irving M. Einhorn, Esq., former head of the SEC's Los Angeles Office and director of CTI, died while the fraudulent schemes of The State Bar of California and Catanzarite Law Corporation targeted us without objective probable cause. I called Irv to apologize, and the last thing he said to me was "Justin, I believe in you." It brings me severe grief on a regular basis that I could have spent more time with each, and could have avoided all of this had The State Bar of California acted in accordance with its publicly stated mission to protect the public, and not in protection of fraudsters Kenneth J. Catanzarite, Brandon Woodward, Tim James O'Keefe, Nicole Marie Catanzarite Woodward, Jim Travis Tice, Eli David Morgenstern, Suzanne Grandt, and Ruben Duran under color of state law and "discretion" from California Supreme Court.

7. $138,889,249

I seek 1X my economic damages for loss of enjoyment of life, consideration of suicide. First, I prepared a notice of injury to The State Bar of California showing flagrant violations of California Rules of Professional Conduct 1.7 which prohibits adverse representation for any reason and for which one violation results in suspension, which Eli David Morgenstern said wasn't "serious enough" for "State Bar Court" even after I provided court orders. It was serious enough to destroy my company and my life. Next, I prepared notice of injuries to "Complaint Review Unit" and later learned it was also Office of General Counsel, which is also involved in civil defense of claims against itself which is also a violation of 1.7. Next, I prepared an accusation in accordance with the rigorous demands of Jorge E. Navarette and California Supreme Court for its "In Re: Walker" scheme, delivered it to three different places and spent thousands of dollars, only to have it "returned unfiled" in March 2021 and then filed by Carissa Andresen in February 2022 as if it were dispositive of the duties of these actors to stop these fraudulent schemes. I considered taking my own life because I feared that Brian's home would be stolen, that Catanzarite Law Corporation would begin a relentless scheme to impose legal fees for its $369,500 "Anti-SLAPPs" that I was successful in overturning, and generally because I lost all faith in democratic institutions where nobody in regulation cares about me or the other innocent people who have been harmed by The State Bar of California's ongoing fraud.

8. $138,889,249

I seek 1X my economic damages for humiliation, losing friends and colleagues. So many people have been fraudulently targeted after September 14, 2018 -- which could not happen without The State Bar of California's ongoing authority and ratification. Worse, their information was stolen though "discovery," which I've learned Catanzarite Law Corporation uses as a practice of filing one case under false pretenses, obtaining discovery, then filing relentless false cases using the stolen information under legal theories that it uses to obtain settlements as a weapon of extortion. I don't spend time with friends, and have lost colleagues, because I need to resolve my claims on their merits to vindicate myself and others to protect them from The State Bar of California and Catanzarite Law Corporation schemes to defraud. Some of my colleagues have been unable to obtain mortgages due to the pendency of these schemes, indeed, one colleague was offered several positions as CEO of other companies whose investors were wary of the nature of the fraudulent claims filed against him, which fraudulent claims continue today through Catanzarite's personal attorney "Jim Travis Tice."

9. $138,889,249

I seek 1X my economic damages for loss of 20% of my left arm due to Grandt, State Bar delays. I tore my left bicep on May 26, 2022. Due to my inferior health insurance coverage via Medi-CAL – it was difficult to get a surgeon to repair my arm. Further, Suzanne Grandt's ongoing abuse of due process with Ruben Duran and The State Bar of California moved merits-based adjudication (e.g., a frivolous "Anti-SLAPP"). By the time I had surgery November 16, 2022, I'm informed that I will lose 20% of the use of my left arm forever under a. perfect scenario and after physical therapy which has not even started yet due to the damage and scar tissue from delays. Attached as <u>Exhibit O</u> is proof of surgery and the original injury.

10. $138,889,249

I seek 1X my economic damages for The State Bar of California ratifying Kenneth J. Catanzarite, Brandon Woodward, Tim James O'Keefe, Catanzarite Law Corporation, and Nicole Marie Catanzarite-Woodward's schemes to defraud the public before September 14, 2018, and the fear it caused and causes me. After conducting public records requests in 2022, I learned that The State Bar of California ratified serial schemes to defraud by these attorneys

who have spotless records, just like Thomas V. Girardi did for about forty years as he was enabled by postal mail and wire. The State Bar of California actually knows that these scoundrel attorneys do not care about the truth in a Court of law. Instead, The State Bar of California goes after Black attorneys with $4,000 trust deficiencies and lets Caucasian attorneys like Kenneth J. Catanzarite and Thomas V. Girardi do whatever they want, to whoever they want, using the Court system. Every time I read something about The State Bar of California's "Diversity Equity and Inclusion" programs, it makes me want to throw up. The State Bar of California takes advantage of persons of color, and they use these "Diversity Equity and Inclusion" schemes to defraud the public and to conceal their fraudulent schemes in favor of the 700 attorneys identified by California State Auditor in Report 2022-030 which includes Girardi's partners David Lira, Keith Griffin, and CLC's Kenneth J. Catanzarite, Brandon Woodward, Tim James O'Keefe, Jim Travis Tice, Eric V. Anderton, and Nicole Marie Catanzarite-Woodward.

11. $138,889,249

I seek 1X my economic damages for The State Bar of California ratifying Kenneth J. Catanzarite, Brandon Woodward, Tim James O'Keefe, Catanzarite Law Corporation, and Nicole Marie Catanzarite-Woodward's schemes to defraud me and people I know or knew. Repeatedly, under color of California law and absurd "discretion," The State Bar of California's Eli David Morgenstern, Suzanne Grandt, and Ruben Duran allow schemes in real time while the Board of Trustees makes fraudulent statements by press release of reform as if Thomas V. Girardi was the problem (he is but a convenient, silenced microcosm of the corrupt organization overall). Just because I've chosen to stand up to The State Bar of California, my claims and my harm is concealed with malice as Office of General Counsel repeatedly defrauds the Courts.

## II. PUNITIVE DAMAGES

I seek the maximum amount available under the law in punitive damages for willful acts, fraudulent actions, and improper purposes of defendant schemes to defraud me and people I care about. I understand this to be at least 4X my economic damages, and up to 10X my combined economic and non-economic damages. For this reason, I seek $1.38 billion in punitive damages in addition to the foregoing amounts, which I do not believe to be unreasonable because it will

cause systemic change in The State Bar of California amidst $3.63 trillion in annual gross domestic product in the United States. If punitive and exemplary damages are not granted to me and paid by State of California as enabler, taxpayers will pay for them anyway because the same amount will be sapped from GDP or interstate commerce by The State Bar of California's fraudulent schemes. Further, Thomas V. Girardi appears to have stolen more than one billion dollars to which he was not entitled, and although I have yet to fully quantify Catanzarite Law Corporation's schemes, they are likely just as damaging if not worse as I've shown.

### A. Willful Acts

1. It was willful to commence the scheme September 14, 2018, for non-shareholder Denise Pinkerton or Roger Root, and to file five or more malicious lawsuits targeting me, my rights, or my good-faith decisions as if it were legal advocacy and not a fraudulent scheme.

2. It was willful to allow Catanzarite Law Corporation to conduct schemes to defraud before September 14, 2018, while targeting Black attorneys or others with relatively minor infractions compared to Caucasian attorneys Thomas V. Girardi and Kenneth J. Catanzarite, and their corrupt associates who only care about lining their pockets without regard for justice.

3. It was willful to allow Catanzarite Law Corporation to conduct schemes to defraud after September 14, 2018, on the basis that I was suing them and later because I was suing The State Bar of California in good-faith, Government Claims Act litigation.

### B. Fraudulent Actions

1. It was fraudulent to file five fake lawsuits for and against directly adverse parties involving CTI and MFS as if it were client advocacy, and to file the "MFS Cross Action" in the instant case using protection of Morgenstern as if it were a "pending civil matter" and not a fraudulent scheme to steal money and property using protection of The State Bar of California.

2. It was fraudulent for Eli David Morgenstern, Carissa Andresen, Ruben Duran, George Cardona, Ruben Duran, Suzanne Grandt to accept or propound the stories provided by Catanzarite Law Corporation actors in lieu of reading the adjudicative facts where the claims were rejected with "every fiber of the [Court's] being" and the derivative claims lacked standing or objective probable cause at all times relevant.

3. It was fraudulent for Suzanne Grandt, Ruben Duran, and The State Bar of California to file an Anti-SLAPP in July 2022 as if it these schemes to defraud the public were protected activity. Violations of the Rules of Professional Conduct and attorney fraud are not protected. It was fraudulent for Ruben Duran to claim "we are doing everything in our power" to protect the public, which he knew to be false.

**C. Improper Purposes**

1. It was improper for Eli David Morgenstern to allow the schemes after receiving notice of my injuries and the clear and obvious violations of law. It was improper for "Complaint Review Unit" (Office of General Counsel) to ratify them while recommending I retain another lawyer. It was improper for Jorge E. Navarette and California Supreme Court to reject my filing and later to file or accept an antitrust petition that I did not authorize, defrauding the U.S.A., too.

2. It was improper for Ruben Duran, George Cardona, Suzanne Grandt, Carissa Andresen, and Leah Wilson to communicate about me and my harm, lie about it to Orange County Superior Court, while disregarding the overwhelming record of fraud in which The State Bar of California and Catanzarite Law Corporation has engaged and is engaging in.

3. It was improper for The State Bar of California and each of its non-sovereign actors to first refuse me neutral access to Courts, and further to conceal my harm and the harm of so many other people under the guise of "discretion" or California Supreme Court authority purportedly vested in each. There exist at least 150,000 people from 2010-2021 who deserve remuneration, whose stories I receive on a regular basis through my website "StopCorruptLawyers.com."

**I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY FROM OCEANSIDE, CALIFORNIA. I COULD AND WOULD COMPETENTENTLY TESTIFY AS TO THE TRUTH OF ALL MATTERS ABOVE, AND AUTHENTICITY OF ALL EXHBITS. I HAVE PERSONAL KNOWLEDGE OF ALL FACTS SET FORTH IN THIS DOCUMENT, MY DECLARED STATEMENT OF DAMAGES IN SUPPORT OF SUMMARY JUDGMENT AND/OR TRIAL.**

January 28, 2023

Justin S. Beck, *In Propria Persona*

FILED
JAN 30 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## PROOF OF SERVICE

I, Justin S. Beck, hereby declare: that I am over the age of eighteen years, and I am a party to this action and acting in propria persona, and that my address is 3501 Roselle St., Oceanside, CA 92056. On January 28, 2023, I served one copy of the following documents:

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; DECLARATION OF JUSTIN S. BECK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT; EXHIBITS IN SUPPORT OF ELEMENTS; DECLARED DAMAGES AND COMPUTATIONS; EXHIBITS IN SUPPORT OF DAMAGES**

Participants in the case who are registered CM/ECF users will be served.

**BY ELECTRONIC MAIL** by personally transmitting a true copy thereof via an electronic mail service connected to the internet, addressed to the email addresses:

kcatanzarite@catanzarite.com

charles.tsai@calbar.ca.gov

eli.morgenstern@calbar.ca.gov

suzanne.grandt@calbar.ca.gov

ruben.duran@calbar.ca.gov

AGelectronicservice@doj.ca.gov

amycooper05@yahoo.com

chhiggerson@gmail.com

jim.duffy55@comcast.net

mo.zakhireh@gmail.com

And a Copy By Mail:

State of California
Office of Attorney General
1300 "I" Street
Sacramento, CA 95814

The State Bar of California
Office of General Counsel
180 Howard Street
San Francisco, CA 94105

Catanzarite Law Corporation
2331 W. Lincoln Ave.
Anaheim, CA 92801

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JANUARY 29, 2023

Justin S. Beck

POS1　　　　　　　　　　　　　　　　8:23-CV-00018-JVS-DFM