EXHIBIT A



Justin Beck <justintimesd@gmail.com>

## RE: Policy EKS3206247 from Insured Justin Beck (Urgent)

**Klass, Aaron** <a.klass@nationwide.com>   Sat, Jul 30, 2022 at 11:13 AM
To: Justin Beck <justintimesd@gmail.com>
Cc: "csantagate@baileycav.com" <csantagate@baileycav.com>, "dkandawalla@baileycav.com" <dkandawalla@baileycav.com>, Rosely George <rgeorge@kdvlaw.com>, Steve Belilove <sbelilove@kdvlaw.com>, "Klass, Aaron" <a.klass@nationwide.com>

Justin,

We have paid a total of $1,268,036.89 out of the $2 million policy. Additional defense costs have been incurred against the policy but not yet paid, so I don't know an exact figure for how much remains on the policy. Total costs paid to Kaufman Dolowich total $52,590.50. Total costs paid to O'Hagan Meyer total $474,981.72, although these costs are not 100% related to your defense. Unfortunately, I don't have more detailed information. If you require it, I recommend that you ask defense counsel.

I can't advise you on your underwriting questions. This is a question you should direct through your insurance broker. I suspect we will not be able to answer it in any case, as we do not write D&O policies to individuals – only companies can obtain D&O insurance. Suffice it to say, the policy does not belong to you. It belongs to Cultivation Technologies and you are merely a third party beneficiary of the policy. Your rights to underwriting information are limited in this respect.

[Quoted text hidden]