EXHIBIT C

Damages

# gusto

# Your 2021 forms W-2 are enclosed

Happy new year! Gusto's here to make sure you have what you need for the upcoming tax season. Attached are your 2021 W-2 forms.

## What you should do with Forms W-2

This package includes three copies of the W-2. Here's how to use each of them:

**Copy B:**  File this copy with your federal tax return by April 15th, 2022.
**Copy 2:**  File this copy with your state tax return by April 15th, 2022.
**Copy C:**  Keep this copy safe for your personal records.

## How to read Form W-2

The W-2 can be a bit confusing. Here's some information to help clarify:

**Box a:**  Please ensure that your employee's SSN is accurate. .
**Box 1:**  Shows total wages that are subject to federal income tax. This amount does not include contributions to Medical, Dental, and Vision insurance under Section 125 plans, or contributions to retirement plans such as 401(k).
**Box 3:**  Shows total wages subject to Social Security. It has a maximum of $142,800 in 2021. This amount does not include contributions to Medical, Dental, and Vision insurance under Section 125 plans.
**Box 5:**  Shows total wages subject to Medicare. This amount does not include contributions to Medical, Dental, and Vision insurance under Section 125 plans.

Thanks for being a Gusto customer. We hope this helps make tax season easier! If you have any questions, we are happy to help — contact our team at support@gusto.com.

© Gusto                              www.gusto.com                              All rights reserved

Ex C   22-CV-0616 AGS DDL

| a Employee's social security number | | OMB No. 1545-0008 | Safe, accurate, FAST! Use **IRS e-file** | | Visit the IRS website at www.irs.gov/efile |
|---|---|---|---|---|---|
| XXXXXXXXXXX | | | | | |

| b Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| XX-XXXXXXXX | 148958.37 | 33934.14 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| Contakt LLC<br>2110 S Coast Hwy Ste N<br>Oceanside        CA  92054 | 142800.00 | 8853.60 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 148958.37 | 2159.90 |
| | 7 Social security tips | 8 Allocated tips |
| | | |

| d Control number | 9 | 10 Dependent care benefits |
|---|---|---|
| | | |

| e Employee's first name and initial    Last name    Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| Justin        S  Beck | | DD  3674.33 |
| 3501 Roselle St. | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other<br>CA SDI: 1539.58 | 12c |
| Oceanside           CA  92056 | | 12d |
| f Employee's address and ZIP code | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | XXX-XXXX-X | 148958.37 | 13617.89 | | | |

Form **W-2** Wage and Tax Statement    2021    Department of the Treasury—Internal Revenue Service

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

| a Employee's social security number XXX-XX-XXXX | OMB No. 1545-0008 | | |
|---|---|---|---|
| b Employer identification number (EIN) XX-XXXXXXX | | 1 Wages, tips, other compensation 148958.37 | 2 Federal income tax withheld 33934.14 |
| c Employer's name, address, and ZIP code Contakt LLC 2110 S Coast Hwy Ste N Oceanside   CA   92054 | | 3 Social security wages 142800.00 | 4 Social security tax withheld 8853.60 |
| | | 5 Medicare wages and tips 148958.37 | 6 Medicare tax withheld 2159.90 |
| | | 7 Social security tips | 8 Allocated tips |
| d Control number | | 9 | 10 Dependent care benefits |
| e Employee's first name and initial   Last name   Suff. Justin   S   Beck 3501 Roselle St. Oceanside   CA   92056 f Employee's address and ZIP code | | 11 Nonqualified plans | 12a DD  3674.33 |
| | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | | 14 Other CA SDI: 1539.58 | 12c |
| | | | 12d |
| 15 State   Employer's state ID number CA   XXX-XXXX-XXX | 16 State wages, tips, etc. 148958.37 | 17 State income tax 13617.89 | 18 Local wages, tips, etc.   19 Local income tax   20 Locality name |

Form **W-2** Wage and Tax Statement        **2021**        Department of the Treasury—Internal Revenue Service

Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

| a Employee's social security number XXX-XX-XXXX | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|
| b Employer identification number (EIN) XX-XXXXXXX | | 1 Wages, tips, other compensation 148958.37 | 2 Federal income tax withheld 33934.14 |
| c Employer's name, address, and ZIP code<br>Contakt LLC<br>2110 S Coast Hwy Ste N<br>Oceanside       CA   92054 | | 3 Social security wages 142800.00 | 4 Social security tax withheld 8853.60 |
| | | 5 Medicare wages and tips 148958.37 | 6 Medicare tax withheld 2159.90 |
| | | 7 Social security tips | 8 Allocated tips |
| d Control number | | 9 | 10 Dependent care benefits |
| e Employee's first name and initial   Last name   Suff.<br>Justin         S    Beck<br>3501 Roselle St.<br>Oceanside       CA   92056<br>f Employee's address and ZIP code | | 11 Nonqualified plans | 12a See instructions for box 12  DD  3674.33 |
| | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | | 14 Other<br>CA SDI: 1539.58 | 12c |
| | | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | XXX-XXXXXX-XX | 148958.37 | 13617.89 | | | |

Form **W-2** Wage and Tax Statement   **2021**   Department of the Treasury—Internal Revenue Service

Copy C—For EMPLOYEE'S RECORDS
(See *Notice to Employee* on the back of Copy B.)

Safe, accurate, FAST! Use  *e-file*