EXHIBIT D

Damages

## Screenshots from Salary.com Taken by Justin S. Beck Tuesday, January 24, 2023

### Salary Only:

**Chief Executive Officer** in San Diego, California  Change Country ▾

Salary    Benefits    Job Description    Compare Jobs    Sir

**Salary**   Salary + Bonus   Benefits   How To Become

**Based on HR-reported data: a national average with a geographic differential**

Paid Annually    View as graph

Chief Executive Officer Salaries by Percentile

| PERCENTILE | SALARY | LOCATION | LAST UPDATED |
|---|---|---|---|
| 10th Percentile Chief Executive Officer Salary | $466,279 | San Diego,CA | December 27, 2022 |
| 25th Percentile Chief Executive Officer Salary | $660,525 | San Diego,CA | December 27, 2022 |
| 50th Percentile Chief Executive Officer Salary | $873,877 | San Diego,CA | December 27, 2022 |
| 75th Percentile Chief Executive Officer Salary | $1,125,949 | San Diego,CA | December 27, 2022 |
| 90th Percentile Chief Executive Officer Salary | $1,355,448 | San Diego,CA | December 27, 2022 |

### Salary + Bonus:

**Chief Executive Officer** in San Diego, California  Change Country ▾

Salary    Benefits    Job Description    Compare Jobs    Sir

Salary   **Salary + Bonus**   Benefits   How To Become

**Based on HR-reported data: a national average with a geographic differential**

Paid Annually    View as graph

Chief Executive Officer Salary+Bonus by Percentile

| PERCENTILE | SALARY | LOCATION | LAST UPDATED |
|---|---|---|---|
| 10th Percentile Chief Executive Officer Salary + Bonus | $626,750 | San Diego,CA | December 27, 2022 |
| 25th Percentile Chief Executive Officer Salary + Bonus | $913,952 | San Diego,CA | December 27, 2022 |
| 50th Percentile Chief Executive Officer Salary + Bonus | $1,417,803 | San Diego,CA | December 27, 2022 |
| 75th Percentile Chief Executive Officer Salary + Bonus | $2,206,430 | San Diego,CA | December 27, 2022 |
| 90th Percentile Chief Executive Officer Salary + Bonus | $2,924,433 | San Diego,CA | December 27, 2022 |

## Total Compensation:

**Core Compensation**

|  | Median | % of Total |
|---|---|---|
| Base Salary | $873,877 | 51.9% |
| Bonus | $543,926 | 32.3% |

**Value of Benefits**

|  | Median | % of Total |
|---|---|---|
| Social Security | $30,491 | 1.8% |
| 401K/403B | $10,500 | 0.6% |
| Disability | $28,356 | 1.7% |
| Healthcare | $8,352 | 0.5% |
| Pension | $13,500 | 0.8% |
| Time Off | $174,499 | 10.4% |
| Total Compensation | $1,683,501 | 100% |