Exhibit G

Damages

22.CV-01616 - BAS - DDL

## RESIDENTIAL SALES CONTRACT (Virginia)

This sales contract ("Contract") is offered on __03/13/2018__ ("Date of Offer") between __Pun-Yuk D. Li    Josephine G. Li__ ("Buyer") and ~~STEARNS CHRISTIANE MAY TR~~ Christiane M. Stearns Living Trust ("Seller") who, among other things, hereby confirm and acknowledge by their initials and signatures herein that by prior disclosure in this real estate transaction __Weichert, REALTORS__ ("Listing Brokerage") represents Seller, and __Prime Point RE__ ("Cooperating Brokerage") represents ☒ Buyer OR ☐ Seller. The Listing Brokerage and Cooperating Brokerage are collectively referred to as "Broker." (If the brokerage firm is acting as a dual representative for both Seller and Buyer, then the appropriate disclosure form is attached to and made a part of this Contract.) In consideration of the mutual promises and covenants set forth below, and other good and valuable consideration the receipt and sufficiency of which are acknowledged, the parties agree as follows:

1. **REAL PROPERTY** Buyer will buy and Seller will sell for the sales price ("Sales Price"), Seller's entire interest in the real property (with all improvements, rights and appurtenances) described as follows ("Property"):
   TAX Map/ID # __0482 30020314__ Legal Description: Lot(s) _____
   Section _____ ~~Subdivision or~~ Condominium __Hunters Branch__
   Parking Space(s) # _____ County/Municipality _____
   Deed Book/Liber # __23825__ Page/Folio # __0778__
   Street Address __2921 DEER HOLLOW WAY__
   Unit # __314__ City __FAIRFAX__ Zip Code __22031__

2. **PRICE AND SPECIFIED FINANCING** Any % are percentages of Sales Price
   **A. Down Payment**                                    $ __365,000.00__ or % _____

   **B. Financing**

   1. First Trust (if applicable)      $ _____ or % _____

   2. Second Trust (if applicable)   $ _____ or % _____

   3. Seller Held Trust                  $ _____ or % _____
      Addendum attached (if applicable)
   **TOTAL FINANCING**                                  $ _____ or % _____

   **SALES PRICE**                                           $ __365,000.00__

   C. **First Deed of Trust** Buyer will ☐ Obtain OR ☐ Assume a ☐ Fixed OR an ☐ Adjustable rate First Deed of Trust loan amortized over _____ years. The interest rate for this loan is at an (initial) interest rate not to exceed _____ % per year of the following type:
   ☐ **Conventional** See Addendum Attached   ☐ VA See Addendum Attached
   ☐ **FHA** See Addendum Attached            ☐ USDA See Addendum Attached
   ☐ **Other:** _____                        ☒ **This contract is not contingent on Financing.**

   D. **Second Deed of Trust** Buyer will ☐ Obtain OR ☐ Assume a ☐ Fixed OR an ☐ Adjustable rate Second Deed of Trust loan amortized over _____ years. The interest rate for this loan is at an (initial) interest rate not to exceed _____ % per year.

NVAR–K1321 –rev. 07/17    Page 1 of 16    Seller: _____  Buyer: __PDL__ __JGL__    InstanetFORMS

**41. ADDITIONS** The following forms, if ratified and attached, are made a part of this Contract. (This list is not all inclusive of addenda that may need to be attached).

- ☐Yes ☒No Home Inspection/Radon Testing Contingency
- ☐Yes ☒No Lead-Based Paint Inspection Contingency
- ☒Yes ☐No Contingency and Clauses     ☐Yes ☒No Private Well and/or Septic
- ☐Yes ☒No Pre-Settlement Occupancy    ☐Yes ☒No Post-Settlement Occupancy
- ☒Yes ☐No Residential Property Disclosure  ☐Yes ☒No Lead-Based Paint Disclosure
- ☐Yes ☒No FHA Home Inspection Notice   ☐Yes ☒No VA/FHA/USDA Financing
- ☐Yes ☒No Conventional Financing
- ☐Yes ☒No FIRPTA Addendum            ☐Yes ☒No Other (specify): _____

**42. DISCLOSURE OF SALES PRICE TO APPRAISER** Listing Broker and Selling Broker are hereby authorized to release the Sales Price listed in PRICE AND SPECIFIED FINANCING Paragraph to any appraiser who contacts them to obtain the information.

**43. OTHER TERMS**

Buyers will have a Home Inspection for informational purposes only.

Sellers have no knowledge or information of any defect in the title to the property.

Notwithstanding anything to the contrary contained in this Sales Contract, Sellers are Trustees of a Trust, the grantor of which is deceased, and Sellers make no representations or warranties except those of which the Sellers have direct knowledge.

Date of Ratification (see DEFINITIONS)
_____

SELLER:
3/14/2018 / _____
Date      Signature

3/14/2018 / _____
Date      Signature

3/14/2018 / _____
Date      Signature

___ / _____
Date      Signature

BUYER:
03/13/2018 / *Pun-Yuk D Li*
Date      Signature

03/13/2018 / *Josephine G Li*
Date      Signature

___ / _____
Date      Signature

___ / _____
Date      Signature