EXHIBIT H

Damages
Breakdown

## JUSTIN BECK SECURITIES SUMMARY
## CONTAKT WORLD TECHNOLOGIES CORP (CSE: HELP)

### Acquired September 2020

Performance Warrants as Outlined

- 600,000 Tier 1 Retained ($.10 CAD Strike, vested @ $1M CAD revenue)
- 600,000 Tier 2 Retained ($.10 CAD Strike, vested @ $2M CAD revenue)
- 600,000 Tier 3 Retained ($.10 CAD Strike, vested @ $5M CAD revenue)
- 3.25% Tier 4 Retained (vested on NYSE/Nasdaq Cross-Listing, $500M+ CAD valuation)

### Acquired September 25, 2020*

| | |
|---|---|
| 4,500,000 | Subordinate Voting |
| 45,000 | Compressed Convertible Into 4,500,000 Subordinate Voting |

*First membership interests in Contakt LLC, acquired by CWT, then amalgamated into CSE: HELP*

### Acquired November 27, 2020**

| | |
|---|---|
| 49,609 | Subordinate Voting |
| 496 | Compressed Convertible into 49,609 Subordinate Voting |
| 99,218 | $1 CAD warrants to buy subordinate voting shares |

*\*\*First acquired via CWT sub. agreements, then amalgamated into CSE: HELP*

## FULL DETAIL

### 9/20     Acquired Warrants via Original Employment Agreement

- Acquired performance warrants at revenue and valuation/cross-listing thresholds

    - 1,000,000 (5-year) Tier 1 @ $1.0M CAD in revenue for CWT as public issuer

        - Assigned 400,000 of the 1,000,000 to other parties

        - Retained 600,000 of the 1,000,000 personally

    - 1,000,000 (5-year) Tier 2 @ $2.0M CAD in revenue for CWT as public issuer

        - Assigned 400,000 of the 1,000,000 to other parties

        - Retained 600,000 of the 1,000,000 personally

- - 1,000,000 (5-year) Tier 3 @ $5.0M CAD in revenue for CWT as public issuer
    - Assigned 400,000 of the 1,000,000 to other parties
    - Retained 600,000 of the 1,000,000 personally
  - 5% (5-year) warrant coverage upon achieving cross-listing
    - Nasdaq or NYSE listing with $500M+ CAD valuation
      - Price at lower of $4.00, or
      - Half share price of last capital financing of $50M or greater
    - Assigned 1.75% of the 5% to other parties
    - Retained 3.25% of the 5% personally

**9/25/20    Acquisition of Membership Interests of Contakt LLC**

- Acquired 9,000,000 membership interests in Contakt LLC out of 20,000,000 total
  - $.001 per membership interest, or $9,000 total cost basis
  - Subscription Agreement (later audited per 12/3/20 confirmation)
- 9/25/20 reflects date of original beneficial ownership for purposes of capital gains for:
  - 4,500,000 subordinate shares in CSE: HELP
  - 45,000 Compressed shares in CSE: HELP (1:100)
    - Convertible to 4,500,000 add'l subordinate voting shares

**10/9/20    Share Exchange Contakt LLC <> Contakt World Technologies Corp. (CWT)**

- Swapped 9,000,000 membership interests of Contakt LLC
- Acquired 9,000,000 shares of CWT
- Amended 10/28/20 respecting the tax treatment for US-holders

**11/27/20**	**Contakt Private Placement**

- Acquired 65,000 units in CWT in exchange of $32,500 CAD
    - Subscription Agreement
- Each unit reflects 1 common share of CW + 1 warrant of CWT
    - Reflects 65,000 common shares of CWT @ $.50 CAD cost basis
    - Reflects 65,000 warrants to buy common shares @ $1.00 CAD (24-months)

**11/27/20**	Debt Settlement w/Contakt LLC & Subscription Agreement w/CWT

- Acquired 34,218 units in CWT in exchange of $13,174 USD ($17,109 CAD) debt settled
    - Subscription Agreement
    - Approval
- Each unit reflects 1 common share of CW + 1 warrant of CWT
    - Reflects 34,218 common shares of CWT @ $.50 CAD cost basis
    - Reflects 34,218 warrants to buy common shares @ $1.00 CAD (24-months)

**12/3/20**	Amalgamation Contakt LLC <> Contakt World Technologies Corp.

- Approval by Contakt LLC of 12/3/20 Amalgamation (Tracker, Tracker Subco, CWT)
- Approval by CWT of 12/3/20 Amalgamation (Tracker, Tracker Subco, CWT)
- Approval of Audited Financials

**7/12/21**	Amalgamation Closes, Name Change to CWT

- Sub. voting shares approved for CSE listing on 6/29/21 under CSE: HELP
- Amalgamation closes pursuant to 12/3/20 agreement
- Resulting issuer completes name change 7/13/20 to Contakt World Technologies Corp.

**7/19/21**	Trading Commences Under CSE: HELP

## 10. DESCRIPTION OF THE SECURITIES

### 10.1 General

(1) On November 27, 2020, Contakt Parent Co. settled debt payable to Justin Beck through the issuance of 34,218 units having the same terms as the units described in Note (2) above.

(2) Each unit is composed of one common share and one common share purchase warrant, with each warrant exercisable into one common share at $1.00 for a period of two (2) years from the date of issuance.

| Name | Class of Securities Held | Number of Securities Held | Type of Ownership | Percentage of Class[1] |
|---|---|---|---|---|
| Justin Beck | Compressed Shares | 45,496 [Equivalent to 4,549,600 Upon Conversion at 1:100] | Direct | 45.3% |
| | Subordinate Voting Shares | 4,549,609 | Direct | 12.8% |
| | Subordinate Voting Share Warrants @ $1.00 CAD Strike | 34,218 | Direct | NA |
| | Subordinate Voting Share Warrants Tier 1 Performance @ $.10 CAD Strike | 600,000 | Direct | NA |
| | Subordinate Voting Share Warrants Tier 2 Performance @ $.10 CAD Strike | 600,000 | Direct | NA |
| | Subordinate Voting Share Warrants Tier 3 Performance @ $.10 CAD Strike | 600,000 | Direct | NA |
| | Tier 4 Performance | [2.5% on Cross-Listing to Major Exchange] | Direct | NA |

<u>Subordinate Voting Shares (formerly common shares of the Company)</u>

| | |
|---|---|
| Right to Notice and Vote | Holders of Subordinate Voting Shares will be entitled to notice of and to attend at any meeting of the shareholders of the Resulting Issuer, except a meeting of which only holders of another particular class or series of shares of the Resulting Issuer will have the right to vote. At each such meeting, holders of Subordinate Voting Shares will be entitled to one vote in respect of each Subordinate Voting Share held. |
| Class Rights | As long as any Subordinate Voting Shares remain outstanding, the Resulting Issuer will not, without the consent of the holders of the Subordinate Voting Shares by separate special resolution, prejudice or interfere with any right attached to the Subordinate Voting Shares. Holders of Subordinate Voting Shares will not be entitled to a right of first refusal to subscribe for, purchase or receive any part of any issue of Subordinate Voting Shares, or bonds, debentures or other securities of the Resulting Issuer. |
| Dividends | Holders of Subordinate Voting Shares will be entitled to receive as and when declared by the directors of the Resulting Issuer, dividends in cash or property of the Resulting Issuer. No dividend will be declared or paid on the Subordinate Voting Shares unless the Resulting Issuer simultaneously declares or pays, as applicable, equivalent dividends (on an as-converted to Subordinate Voting Share basis) on the Compressed Shares. |
| Participation | In the event of the liquidation, dissolution or winding-up of the Resulting Issuer, whether voluntary or involuntary, or in the event of any other distribution of assets of the Resulting Issuer among its shareholders for the purpose of winding up its affairs, the holders of Subordinate Voting Shares will, subject to the prior rights of the holders of any shares of the Resulting Issuer ranking in priority to the Subordinate Voting Shares, be entitled to participate ratably along with all other holders of Subordinate Voting Shares and Compressed Shares (on an as-converted to Subordinate Voting Share basis). |
| Coattail Rights | The Founding Contakt Shareholders have entered into a coattail agreement respecting their Compressed Shares, which provides in effect that in the event that an offer is made to purchase Compressed Shares, and the offer is one which is required, pursuant to applicable securities legislation and regulations or the rules of a stock exchange, if any, on which the Compressed Shares are then listed, to be made to all or substantially all the holders of Compressed Shares in a province or territory of Canada to which the requirement applies (without taking into consideration any statutory or regulatory exemption from such obligation), such offer cannot be accepted by the holders of Compressed Shares unless an equivalent offer is made to the holders of Subordinate Voting Shares that: (i) offers a price per Subordinate Voting Share at least as high as the highest price per share paid or required to be paid pursuant to the take-over bid for the Compressed Shares (on an as-converted to Subordinate Voting Share basis); (ii) provides that the percentage of outstanding Subordinate Voting Shares to be taken up (exclusive of shares owned immediately prior to the offer by the offeror or persons acting jointly |

or in concert with the offeror) is at least as high as the percentage of outstanding Compressed Shares to be sold (exclusive of Compressed Shares owned immediately prior to the offer by the offeror and persons acting jointly or in concert with the offeror); has no condition attached other than the right not to take up and pay for Subordinate Voting Shares tendered if no shares are purchased pursuant to the offer for Compressed Shares; and is in all other material respects identical to the offer for Compressed Shares.

## Compressed Shares

| | |
|---|---|
| Right to Notice and Vote | Holders of Compressed Shares will be entitled to notice of and to attend at any meeting of the shareholders of the Resulting Issuer, except a meeting of which only holders of another particular class or series of shares of the Resulting Issuer will have the right to vote. At each such meeting, holders of Compressed Shares will be entitled to one vote in respect of each Subordinate Voting Share into which such Compressed Share could then be converted (currently 100 votes per Compressed Share). |
| Class Rights | As long as any Compressed Shares remain outstanding, the Resulting Issuer will not, without the consent of the holders of the Compressed Shares by separate special resolution, prejudice or interfere with any right attached to the Compressed Shares. Holders of Compressed Shares will not be entitled to a right of first refusal to subscribe for, purchase or receive any part of any issue of Compressed Shares, or bonds, debentures or other securities of the Resulting Issuer. |
| Dividends | Holders of Compressed Shares will be entitled to receive as and when declared by the directors of the Resulting Issuer, dividends in cash or property of the Resulting Issuer. If a dividend is declared for the Subordinate Voting Shares, holders of the Compressed Shares shall be entitled to receive the same dividend with respect to each Subordinate Voting Share into which such Compressed Share could then be converted. |
| Participation | In the event of the liquidation, dissolution or winding-up of the Resulting Issuer, whether voluntary or involuntary, or in the event of any other distribution of assets of the Resulting Issuer among its shareholders for the purpose of winding up its affairs, the holders of Compressed Shares will, subject to the prior rights of the holders of any shares of the Resulting Issuer ranking in priority to the Compressed Shares, be entitled to participate ratably along with all other holders of Compressed Shares (on an as-converted to Subordinate Voting Share basis) and Subordinate Voting Shares. |
| Conversion | The Compressed Shares each have a restricted right to convert into 100 Subordinate Voting Shares, subject to adjustments for certain customary corporate changes. The ability to convert the Compressed Shares is subject to a restriction that the aggregate number of Subordinate Voting Shares and Compressed Shares held of record, directly or indirectly, by residents of the United States (as determined in accordance with Rules 3b-4 under the U.S. Exchange Act), may not exceed forty percent (40%) of the aggregate number of Subordinate Voting Shares |

and Compressed Shares issued and outstanding after giving effect to such conversions and to a restriction on beneficial ownership of Subordinate Voting Shares exceeding certain levels. In addition, the Compressed Shares will be automatically converted into Subordinate Voting Shares in certain circumstances, including upon the registration of the Subordinate Voting Shares issuable upon conversion of all the Compressed Shares for resale under the U.S. Securities Act.

**CSE Escrow**

In connection with closing of the Transaction, all Subordinate Voting Shares and Compressed Shares held by Principals (as defined under NP 46-201 – Escrow for Initial Public Offerings) are subject to escrow in accordance with CSE Policy 8 – *Fundamental Changes & Changes of Business*. The aforementioned shares are subject to release from escrow over 36 months, with 10% of such shares released on the Listing Date and an additional 15% to be released every six months thereafter.

The following table sets forth details of the shares of the Resulting Issuer held in escrow:

| Designation of Class Held in Escrow | Number of Shares Held in Escrow | Percentage of Class[1] |
|---|---|---|
| Subordinate Voting Shares | 6,567,109 | 18.5% |
| Compressed Shares | 65,496 | 65.2% |

**Note:**

(1) Percentages are respectively based on 35,448,359 Subordinate Voting Shares and 100,497 Compressed Shares issued and outstanding as of the date of this Listing Statement.

**Voluntary Pooling**

The Founding Contakt Shareholders have agreed pursuant to the Amalgamation Agreement to pool 10,049,659 of their Subordinate Voting Shares and their 100,497 Compressed Shares issued in connection with the Transaction under the Pooling Agreement. Under the terms of the Amalgamation Agreement, the Subordinate Voting Shares and Compressed Shares issued in connection with the Transaction are subject to resale restrictions pursuant to the Pooling Agreement and release therefrom as follows:

(a) 12.5% of such securities are exempt from the Pooling Agreement;

(b) On ◆, 2021, being the date that is three (3) months from Closing, an additional 12.5% of such securities will released from the Pooling Agreement;

(c) On ◆, 2021, being the date that is six (6) months from Closing, an additional 12.5% of such securities will released from the Pooling Agreement;

(d) On ◆, 2021, being the date that is nine (9) months from Closing, an additional 12.5% of such securities will released from the Pooling Agreement;

(e) On ◆, 2021, being the date that is twelve (12) months from Closing, an additional 12.5% of such securities will released from the Pooling Agreement;

(f) On ◆, 2021, being the date that is fifteen (15) months from Closing, an additional 12.5% of such securities will released from the Pooling Agreement;

(g) On ◆, 2021, being the date that is eighteen (18) months from Closing, an additional 12.5% of such securities will released from the Pooling Agreement; and

(h) On ◆, 2021, being the date that is twenty-one (21) months from Closing, the final 12.5% of such securities will released from the Pooling Agreement.

The following table sets forth details of the securities of the Resulting Issuer subject to the Pooling Agreement:

| Designation of Class | Number of Securities Subject to Pooling Agreement | Percentage of Class[1] |
|---|---|---|
| Subordinate Voting Shares | 10,049,659 | 28.4% |
| Compressed Shares | 100,497 | 100% |

Note:

(1) Percentages are respectively based on 35,448,359 Subordinate Voting Shares and 100,497 Compressed Shares issued and outstanding as of the date of this Listing Statement.

Exhibit H

DRS
Statement

**Contakt World Technologies Corp.**

**Computershare**

8th Floor, North Tower, 100 University Avenue
Toronto, Ontario M5J 2Y1
Telephone 1-800-564-6253
www.computershare.com/service

000012

JUSTIN BECK
2110 S COAST HIGHWAY
SUITE N
OCEANSIDE CA 92054
UNITED STATES

Holder Account Number
XX XXXXXXXXXXXXX X

Brokers: To process deposits correctly through CDSX, enter the Holder Account Number preceded by a '9', e.g. 9C1234567890, in the certificate number field.

Company Id                                           BNOQ

# Contakt World Technologies Corp. - Direct Registration (DRS) Advice

## Transaction(s)

| Date | Transaction Description | Total Securities/Units | CUSIP | Class Description |
|---|---|---|---|---|
| Jul 13, 2021 | COMPANY ISSUANCE | 4,549,609.000000 | 21077G108 | CL A SUBORDINATE VOTING SHARES |

## Account Information: Date Jul 20, 2021 (Excludes transactions pending settlement)

| Opening Direct Registration Balance | Unrestricted Direct Registration Balance | Restricted Direct Registration Balance | Closing Direct Registration Balance | CUSIP | Class Description |
|---|---|---|---|---|---|
| 0.000000 | 0.000000 | 4,549,609.000000 | 4,549,609.000000 | 21077G108 | CL A SUBORDINATE VOTING SHARES |

« Manage all your accounts online easily and securely with the all-new Investor Centre. It's easy to register. Get started at www.investorcentre.com. »

Contakt World Technologies Corp. is A BRITISH COLUMBIA BUSINESS CORPORATIONS ACT COMPANY

Please see subsequent page(s) for Restriction Details

**IMPORTANT INFORMATION RETAIN FOR YOUR RECORDS.**

This advice is your record of the securities transaction affecting your holdings recorded on the books of the Issuer as part of the book-based Direct Registration System (DRS). It is neither a negotiable instrument nor a security. You can transfer or sell your book-based DRS holdings represented by this advice by presenting this advice to your broker along with written instructions/stock power. If the Issuer's incorporating documents and governing legislation entitle security holders to receive certificates representing their holdings, this advice is also a non-transferable written acknowledgement of your right to receive such a certificate in respect of your holdings.

Upon request, the Issuer will furnish to any security holder, without charge, a full statement of the designations, rights (including rights under an Issuer Rights Agreement, if any), preferences and limitations of the securities of each class and series authorized to be issued and the authority of the Board of Directors to divide the securities into series and to determine and change rights, preferences and limitations of any class or series.

The assets in your account on the books of the Issuer are part of the Direct Registration System. Such assets are not deposits of Computershare and are not insured by the Canada Deposit Insurance Corporation or any other government agency.

The IRS requires that we report the cost basis of certain holdings acquired after January 1, 2011. If your holdings were covered by the legislation and you have sold or transferred the holdings and requested a specific cost basis calculation method, we have processed as requested. If you did not specify a cost basis calculation method, we have defaulted to the first in, first out (FIFO) method. Please visit our website or consult your tax advisor if you need additional information about cost basis.

Please see important PRIVACY NOTICE at the end of this statement

Page 1 of 2

010CSAF_034000_Advice_10.spg.E.us/000012/000023

The following section outlines in detail a record of activity involving either the application and/or expiration of the restrictions applied to your balance of Restricted Direct Registration Securities/Units of Contakt World Technologies Corp.

Balance Affected: 4,549,609.000000   CUSIP: 21077G108
Class Description: CL A SUBORDINATE VOTING SHARES

| Date Restriction Issued | Restriction | Restriction Details | Status | Date of Expiry |
|---|---|---|---|---|
| Jul 13, 2021 | RULE 144 | THESE SHARES ARE SUBJECT TO A POOLING AGREEMENT BETWEEN THE HOLDER AND CONTAKT WORLD TECHNOLOGIES CORP. (FORMERLY TRACKER VENTURES CORP.) DATED JULY 13, 2021 AND MAY NOT BE TRANSFERRED UNTIL THEY ARE RELEASED FROM POOLING IN ACCORDANCE WITH THE TERMS OF THE AGREEMENT. | ENDURING | |
| Jul 13, 2021 | SECURITIES ACT OF 1933 | THE SECURITIES REPRESENTED HEREBY AND THE SECURITIES ISSUABLE UPON CONVERSION HEREOF HAVE NOT BEEN AND WILL NOT BE REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED (THE "1933 ACT") OR ANY STATE SECURITIES LAWS. THE HOLDER HEREOF, BY PURCHASING THESE SECURITIES, AGREES FOR THE BENEFIT OF HEMPTOWN ORGANICS CORP. (THE " CORPORATION"), THAT THESE SECURITIES MAY BE OFFERED, SOLD, PLEDGED, HYPOTHECATED OR OTHERWISE TRANSFERRED OR ENCUMBERED, DIRECTLY OR INDIRECTLY, ONLY (A) TO THE CORPORATION, (B) OUTSIDE THE UNITED STATES IN COMPLIANCE WITH RULE 904 OF REGULATION S ("REGULATION S") UNDER THE U.S. SECURITIES ACT AND IN COMPLIANCE WITH APPLICABLE LOCAL LAWS AND REGULATIONS, (C) WITHIN THE UNITED STATES IN ACCORDANCE WITH (1) RULE 144A UNDER THE U.S. SECURITIES ACT OR (2) RULE 144 UNDER THE U.S. SECURITIES ACT AND IN COMPLIANCE WITH APPLICABLE STATE SECURITIES LAWS, OR (D) IN ANOTHER TRANSACTION THAT DOES NOT REQUIRE REGISTRATION UNDER THE U.S. SECURITIES ACT OR ANY APPLICABLE STATE SECURITIES LAWS, PROVIDED THAT IN THE CASE OF TRANSFERS PURSUANT TO (C)(2) OR (D) ABOVE, A LEGAL OPINION SATISFACTORY TO THE CORPORATION MUST FIRST BE PROVIDED TO THE CORPORATION OR ODYSSEY TRUST COMPANY, IF ANY. THIS CERTIFICATE MAY NOT CONSTITUTE "GOOD DELIVERY" IN SETTLEMENT OF TRANSACTIONS ON CANADIAN STOCK EXCHANGES. | ENDURING | |
| Jul 13, 2021 | POOLING LEGEND | THESE SHARES ARE HELD IN ESCROW SUBJECT TO A FORM 46-201 ESCROW AGREEMENT DATED JULY 13, 2021 AND MAY NOT BE TRANSFERRED UNTIL THEY ARE RELEASED FROM ESCROW IN ACCORDANCE WITH THE TERMS OF THE AGREEMENT. | ENDURING | |
| Jul 13, 2021 | ESCROW AGREEMENT | THESE SHARES ARE SUBJECT TO AN ESCROW AGREEMENT AND WILL BE RELEASED FROM ESCROW IN ACCORDANCE WITH THE TERMS OF SUCH AGREEMENT. | ENDURING | |

## Privacy Notice

Computershare is committed to protecting your personal information. In the course of providing services to you and our corporate clients, we receive non-public personal information about you - from transactions we perform for you, forms you send us, other communications we have with you or your representatives, etc. This information could include your name, address, social insurance number, securities holdings and other financial information. We use this to administer your account, to better serve your and our clients' needs and for other lawful purposes relating to our services. Some of your information may be transferred to servicers in the U.S.A. for data processing and/or storage. We have prepared a *Privacy Code* to tell you more about our information practices, how your privacy is protected and how to contact our Chief Privacy Officer. It is available at our website, computershare.com, or by writing us at 100 University Avenue, Toronto, Ontario, M5J 2Y1.

# DIRECT REGISTRATION SYSTEM (DRS)
> THE SECURITY AND CONVENIENCE OF CERTIFICATELESS SECURITY OWNERSHIP

### WHY AM I RECEIVING A DIRECT REGISTRATION (DRS) ADVICE?

The company in which you own securities has elected to use the **Direct Registration System (DRS)** instead of sending out traditional paper certificates to their holders. **DRS** is a way of recording security ownership without the need to issue a physical paper stock certificate.

Securities held in **DRS** (book-entry form) have all the traditional rights and privileges as securities held in certificate form. Ownership without paper securities is much easier and has many benefits, such as:

> Eliminates your risk of loss, theft or destruction of certificates, plus the time and expense to replace a lost certificate
> Eliminates the cost of maintaining a secure place to keep your certificates
> Makes your security transactions faster and easier
> Saves the company unnecessary printing and mailing expenses
> Has become the global standard for security ownership

### WITHOUT CERTIFICATES, HOW WILL I KNOW HOW MANY SECURITIES I OWN?

Every time you have a security transaction that affects your **DRS** holdings, you are sent a new **DRS** advice which will detail the transaction and confirm the number of the company's securities you hold in book-entry form.

You can also review your **DRS** holdings on-line by registering for **Investor Centre, Computershare's online self-service web portal at www.computershare.com/investorcentrecanada** at any time.

### WITHOUT CERTIFICATES, HOW WILL I KNOW HOW MANY SECURITIES I OWN?...CONT'D

After you have registered for this free service, you will be able to review all of your security holdings in both book and certificated form and access both current and past copies of **DRS** advices.

Do you want more information on **DRS**? Please visit our website at **www.computershare.com/investorcentrecanada** and get instant help from our online resource - **ASK PENNY**.

See below for instructions on how to transfer your **DRS** securities to your broker. For all other transfers, please complete a **Securities Transfer Form**, which is available at **www.computershare.com/investorcentrecanada** under the **Printable Forms** button.

### WHAT IF I ALREADY HOLD CERTIFICATES IN THIS COMPANY?

If you would like to have all your holdings reflected on your advice, you can move your existing certificates to **DRS**. You can find a **Direct Registration (DRS)** Transaction Request Form at **www.computershare.com/investorcentrecanada** under the Printable Forms button. Complete this form and send it, along with your certificate(s), to:

**Computershare Investor Services
Attn: Stock Transfer Department
100 University Ave, 8th Floor
Toronto, Ontario, M5J 2Y1**

Note: We cannot convert your security certificates to DRS securities without receipt of the actual certificates. When sending certificates through the mail, we recommend the use of registered or certified mail.

### HOW DO I TRANSFER MY DRS SECURITIES TO MY BROKER OR SELL MY DRS SECURITIES?

| In Canada | In the United States |
|---|---|
| Have your broker request that your securities be sent to them via the Canadian Depository for Securities CDSX System. Supply your broker with a copy of your latest Advice and the following information: <br>> Your completed Securities Transfer Form (your written instruction to sell or transfer your securities) <br>> Your Computershare Holder Account Number (on your Advice) <br>> Your Social Insurance Number <br>> The number of whole securities you wish to move from your DRS book entry position to your brokerage account <br><br>**Outside Canada and the United States**, your broker can also arrange a deposit to your account by using the services of a brokerage firm with offices in Canada. | **If the securities are listed on a U.S. exchange**, have your broker request your securities be sent to them through the Depository Trust Company's Direct Registration Profile System. Supply your broker with a copy of your latest Advice and the following information: <br>> Your completed Securities Transfer Form (your written instruction to sell or transfer your securities) <br>> Your Computershare account number (on your Advice) <br>> Your Social Security Number <br>> Computershare's DTC number: 7807 <br>> The number of whole securities you wish to move from your DRS book entry position to your brokerage account <br><br>**If the securities are not listed on a U.S. Exchange**, your broker can still arrange a deposit to your account. Provide your broker with a copy of your latest Advice along with your Securities Transfer Form and your broker can arrange the deposit to your account through the services of their correspondent Canadian broker. |

CERTAINTY | INGENUITY | ADVANTAGE



© Copyright 2011 Computershare Limited. All rights reserved. Drs_Security_Form