EXHIBIT I

Prepared by Justin S. Beck on January 24, 2023

Public Valuation of CSE: HELP (Formerly Tracker Ventures)

$.80 Canadian Dollars (CAD) Before July 2021 (Public Valuation)