EXHIBIT J

Business

# Contakt World Wins 2021 BIG Innovation Award

January 13, 2021 at 5:31 AM PST

Award highlights Contakt World's commitment to using tech innovation and human-centered design to solve complex issues in public health

VANCOUVER, BC / ACCESSWIRE / January 13, 2021 / Today, Tracker Ventures Corp. ("Tracker" or the "Company") (CSE:TKR; OTC:TLOOF; FWB: B2I) announced that Contakt LLC ("Contakt World"), a technology company modernizing public health and safety, has been named a winner for best product in the 2021 BIG Innovation Awards presented by the Business Intelligence Group. This annual business awards program recognizes organizations, products, and people that are bringing new ideas to life in innovative ways.

Contakt World is a technology and media company that uniquely combines aggressive research and development with human-centered design, next-gen data integrations, and strategic health partnerships to build mutual trust between health agencies and the communities they serve. Contakt World's goal is to improve health equity for its users, and its first suite of innovative contact tracing and case management tools emerged from the urgency surrounding coronavirus and the need to manage the pandemic.

"We are so excited to be recognized by the BIG Innovation Awards," said Deepti Pahwa, Chief Innovation Officer at Contakt World. "What sets Contakt World apart is our hyper-focus on human-centered design, and designing and delivering health innovations that speak directly to the needs of the people and public health agencies. Our goal is to engage and build trust with communities, working together to create solutions that drive public health and humanity forward."

"More than ever, the global society relies on innovation to help progress humanity and make our lives more productive, healthy, and comfortable," said Maria Jimenez, Chief Operating Officer of the Business Intelligence Group. "We are thrilled to be honoring Contakt World, as they are one of the organizations leading this charge and helping humanity progress."

Organizations from across the globe submitted their recent innovations for consideration at the BIG Innovation Awards. Nominations were then judged by a select group of business leaders and executives who volunteer their time and expertise to score submissions.

Contakt World - Tracker Transaction

Tracker and Contakt World are parties to a definitive amalgamation agreement pursuant to which Tracker will indirectly acquire (the "Acquisition") a 100% interest in Contakt World. For further information respecting the Acquisition, please refer to the Company's news release dated December 8, 2020. Trading of Tracker's shares on the Canadian Securities Exchange (the "CSE") has been halted in connection with the announcement of the Acquisition and is not expected to resume until the CSE has approved a Form 2A Listing Statement for the resulting issuer from the Acquisition. There can be no assurance that the Acquisition will be completed on the terms proposed in the amalgamation agreement or at all

About Contakt World

Contakt World is a technology and media company innovating public health agency connections with their community, with the goal of becoming the most trustworthy, accessible, and scalable digital public health and safety platform globally and addressing the needs of a post-pandemic world. Contakt World combines aggressive research and development, human-centered design, next-gen data integrations, and strategic health partnerships to empower and build mutual trust within communities, contributing towards health equity for users around the world. Contakt World's first suite of tools emerged from the urgency surrounding coronavirus to manage the pandemic through innovative contact tracing and case management spanning multiple modes of communication. For more information, please visit https://contakt.world.

About Tracker Ventures Corp.

Tracker Ventures (CSE:TKR)(OTC PINK:TLOOF)(FSE:B2I) is an analytics software company that leverages blockchain and digital asset technology to transform and modernize multiple industries. Tracker is taking a diversified approach to the analytics and technology space, delivering practical solutions in the health, finance, logistics, and pharmaceutical industries. The Company's turnkey real-time tracking solutions offer the very latest in IoT and AI, providing valuable data and business intelligence to some of the world's leading brands.

About Business Intelligence Group

The Business Intelligence Group was founded with the mission of recognizing true talent and superior performance in the business world. Unlike other industry award programs, these programs are judged by business executives having experience and knowledge. The organization's proprietary and unique scoring system selectively measures performance across multiple business domains and then rewards those companies whose achievements stand above those of their peers.

Tracker Ventures Contact
Geoff Balderson
CEO and Director
Direct: 604-602-0001

Contakt Media Contacts
Carinna Gano
5W Public Relations
ContaktPR@5wpr.com
+1 (646) 843-1810

Maria Jimenez
Chief Operating Officer
Business Intelligence Group
jmaria@bintelligence.com
+1 (909) 529-2737

Investor Contact
Lucas A. Zimmerman
Senior Vice President - MZ North America
Direct: 949-259-4987
contakt@mzgroup.us
www.mzgroup.us

The CSE has not reviewed, approved, or disapproved the content of this news release.

Forward-Looking Statements Disclaimer

This press release contains "forward-looking information" within the meaning of applicable securities laws ("forward-looking statements"), including, but not limited to, statements with respect to the future prospects of Tracker and Contakt World. Forward-looking statements are statements that are not historical facts and are generally, but not always, identified by the use of words such as "plans," "expects" or "does not expect," "is expected," "budget," "scheduled," "estimates," "forecasts," "projects," "intends," "anticipates" or "does not anticipate," or "believes," or variations of such words and phrases or state that certain actions, events or results "may," "could," "would," "might" or "will be taken," "occur" or "be achieved." Such forward-looking statements necessarily involve known and unknown risks and uncertainties, which may cause actual performance and financial results in future periods to differ materially from any projections of future performance or result expressed or implied by such forward-looking statements, including statements respecting Contakt World's goals to improve health equity for its users and engage and build trust with communities, working together to create solutions that drive public health and humanity forward. Although forward-looking statements contained in this press release are based upon what management of Tracker and Contakt World believes are reasonable assumptions, there can be no assurance that forward-looking statements will prove to be accurate, as actual results and future events could differ materially from those anticipated in such statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include those risks listed above as well as additional risks like regulatory changes, general economic, market, political, or business conditions, actual or perceived implications of COVID-19 immunization or treatments, and the timing and delivery thereof, meeting or maintaining various conditions of HIPAA, GDPR, and CCPA compliance, protection of the Company's and Contakt World's intellectual property, and adoption of the Contakt World platform or apps by government, B2B, B2I customers, and consumer end-users. Tracker and Contakt World undertake no obligation to update forward-looking statements if circumstances or management's estimates or opinions should change except as required by applicable securities laws. The reader is cautioned not to place undue reliance on forward-looking statements.

SOURCE: Tracker Ventures Corp.

View source version on accesswire.com:
https://www.accesswire.com/623800/Contakt-World-Wins-2021-BIG-Innovation-Award

Terms of Service   Do Not Sell or Share My Personal Information   Trademarks   Privacy Policy
©2023 Bloomberg L.P. All Rights Reserved
Careers   Made in NYC   Advertise   Ad Choices      Help