EXHIBIT K

# yahoo!



**ACCESSWIRE**

# Contakt World: Truth in Health Podcast Wins Two AVA Digital Gold Awards

January 21, 2021 · 6 min read

*Award celebrates excellence in creativity, strategy and production of digital communication*

**VANCOUVER, BC / ACCESSWIRE / January 21, 2021/** Tracker Ventures Corp. ("**Tracker**" or the "**Company**") (CSE:TKR)(OTC PINK:TLOOF)(FWB:B2I) is pleased to announce that Contakt LLC ("**Contakt World**"), a technology and media company modernizing public health and safety, has received two AVA Digital Gold Awards in the categories of Audio Production - PSA and Audio Production - Podcast Series.

The AVA Digital Awards is an international competition that recognizes excellence by creative professionals responsible for the concept, direction, design and production of media that is a part of digital communication. Work ranges from audio and video productions - to websites and social media sites that present interactive components such as video, animation, blogs, and podcasts - to other forms of user-generated digital communication.

"We are honored to be recognized by the AVA Digital Awards for our podcast, especially after only a few episodes," said Justin Beck, CEO of Contakt World and host of the Contakt World: Truth in Health podcast. "It's a true passion project that started with our Chief Innovation Officer Deepti Pahwa's goal of getting people thinking, talking and facing the true human impact the pandemic has had on all of us. The





**TRENDING**

1. Police: 2 students killed, man hurt in Des Moines shooting
2. Suspect in shootings at Northern Calif. farms was employee
3. A Deadly Epidural, Delivered by a Doctor With a History of Mistakes
4. Is tipping getting out of control? Many consumers say yes



Sign in                       M

process to help create a well-respected and award-winning podcast, and our co-hosts Deepti Pahwa and Catherine Delcin."

Contakt World is a technology and media company that uniquely combines aggressive research and development with human-centered design, next-gen data integrations, and strategic health partnerships to build mutual trust between health agencies and the communities they serve. Contakt World's goal is to improve health equity for its users. Its first suite of innovative contact tracing and case management

Story continues







ZOLUCKY

### LATEST STORIES



**CNW Group**
**Deserving Charities Across Canada in Urgent Need of Computers**
The Electronic Recycling Association (ERA) is a non-profit organization founded in 2004 to address the growing problem of e-waste and the increasing 'digital divide'. For...
3m ago