EXHIBIT L

Damages





# In 2020, Comedy was the #1 Podcast genre...

Source: Statista, Morning Consult & HollywoodReporter National Tracking Poll October 2020, 2020 GFK MRI Doublebate, (number of episodes listened to in an average week among average listeners). 2 iHeartRadio InternalData, October 2020 vs. January 2020.

2

Comedy continues to help us frame the world we live through everyday.



**4 in 5 Americans** are desperate to be cheered up after a difficult 2020.

**Comedians are making** the insanity of today's day-to-day **tolerable.**

No matter the flavor, we turn to our favorite **comedy content after the news reports.**



Source: http://www.studyfinds.org/americans-desperate-to-be-cheered-up-after-2020/



# Consumers Turned to Comedy Podcasts During Tough Moments Of 2020, with No Signs of Abating In 2021

iHeartPodcast Network Monthly Downloads: Comedy Genre (2020)

**+52%**

iHeartPodcast Network Comedy Downloads

DEC 2020 VS. PRE-COVID

Source: Megaphone, Jan-Dec 2020

# So What Are We Doing at iHear?

# Let's Meet Your Next Creative Director...

# Will Ferrell.

Host, Writer, and Producer of
**The Ron Burgundy Podcast Franchise**

Founder and Executive Producer of
**The Big Money Players Podcast Network**

**(Advertising Creative Connoisseur)**

The Mind of Will Ferrell

While the rest of the entertainment industry **stopped down and derailed...**

*(Thanks, Quarantine)*

Will Ferrell launched a slate of **the best shows in all of comedy.**



# The Ron Burgundy Podcast

Will Ferrell partnered with iHeart to launch **Season 1 of The Ron Burgundy Podcast**, which was a breakout success and is now a cult franchise

# Big Money Players Network

Will co-founded **The Big Money Players (BMP) Network** with iHeart, curating and producing new, breakthrough Comedy podcasts in 2020

BMP podcast Las Culturistas named **best Comedy Podcast of 2020** by Vulture

Will is upping his game to bring bigger names and shows to the network like **Michael Bolton's Big Sexy Interview Show and Nikki Glaser Daily**

Season 4 of The Ron Burgundy Podcast!

2019   2020   2021   APR

Source: 1) Podtrac; 2) https://www.vulture.com/article/best-comedy-podcasts-2020.html

12

# The Comedic Geniuses Behind Big Money Players

Will Ferrell is hand selecting the next generation of Comedy's stars and producing their shows.



**Nikki Glaser**
The Nikki Glaser Podcast



**Charlie Sanders**
Bald Talk



**Michael Bolton**
Michael Bolton's Big Sexy Interview Show



**Brian Huskey**
Bald Talk



**Devin Leary**
True Romance



**Langston Kerman**
My Momma Told Me



**Carolina Barlow**
The Ron Burgundy Show & True Romance



**Jacqueline Novak**
Poog



**Bowen Yang**
Las Culturistas



**Kate Berlant**
Poog



**Matt Rogers**
Las Culturistas






13

Source:

# Bringing the Funny in 2021

So as chaos ensues and the state of our democracy remains uncertain, **let's be memorable and make people laugh.**

As a partner of Season 4 of The Ron Burgundy Podcast and The Big Money Players Network, **Will Ferrell will become your Creative Director,** personally curating and voicing your brand's audio messaging.





# Will Ferrell:
# Served Two Ways

## The Big Money Read

Will collaborates with 1-2 Big Money Player hosts to write and produce comedic group reads. Content is **voiced by Will Ferrell and other BMP hosts as themselves**, and airs across the entire Big Money Players Network.

## Ron Burgundy Voiced Messaging

Will develops and **voices brand messaging as Ron Burgundy**, airing throughout the new season and across previous ones.

## Big Money Players Joins the Biggest Names in Comedy

**Hosts include** Trevor Noah, Chelsea Handler, Zach Braff, Adam Devine, Steve Harvey, Will Ferrell and more!

**41M Monthly Downloads** of iHeartPodcast Network Comedy shows In Q4 2020



Source: Megaphones, Q4 2020

16

# Let Will help your brand bring the funny in 2021.