EXHIBIT N
Damages Proof

CLANCY MEDICAL GROUP • 2375 S. MELROSE DR., VISTA CA 92081-8788
BECK, Justin (id #5612, dob: 09/05/1980)

CLANCY MEDICAL GROUP
2375 S. MELROSE DR.
VISTA, CA 92081-8788
Phone: (760) 305-1900, Fax: (760) 305-1910

Date: 12/02/2022

Dear Justin Beck,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: JOHN H. CLANCY, DO

## Patient Care Summary for Justin Beck

### Most Recent Encounter
12/02/2022 John Harold Clancy: 2375 S. Melrose Dr., Vista, CA 92081-8788, Ph. tel:+1-760-3051900

### Reason for Visit
follow-up

### Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.
Assessment Note
Patient presented for follow up of: . Studies ordered as below. Discussed plan with , who expressed understanding. Follow up as noted below.
1. Seizure disorder
New onset
lab work
neurology referral
contact psychiatrist
discontinue lexapro and discuss weaning Vyvanse as combination may cause higher seizure threshold
• epilepsy: care instructions
• neurologist referral

---

2. Moderate major depression
contact PSychiarist and new referralexplained process

Discussion Note: None recorded.

### Plan of Care
**Reminders**                                                                       **Provider**
Appointments              None recorded.

---

CLANCY MEDICAL GROUP • 2375 S. MELROSE DR., VISTA CA 92081-8788
BECK, Justin (id #5612, dob: 09/05/1980)

| Reminders | | | Provider |
|---|---|---|---|
| Lab | None recorded. | | |
| Referral | Neurologist Referral | 12/02/2022 | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | | |
| cephalexin 500 mg capsule | | |
| doxycycline hyclate 100 mg capsule | | |
| escitalopram 10 mg tablet<br>TAKE 1 TABLET BY MOUTH EVERY DAY | | |
| oxycodone-acetaminophen 5 mg-325 mg tablet<br>TAKE 1 TABLET BY MOUTH EVERY SIX HOURS AS NEEDED FOR PAIN | | |
| Vyvanse 60 mg capsule<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY IN THE MORNING | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature | Respiration Rate |
|---|---|---|---|---|---|---|---|
| 5 ft 10 in Stated | 220.8 lbs With clothes | 31.7 kg/m2 | 130/81 mm[Hg] | 96 bpm regular | 97% Room Air at Rest | 97.5 F° temporal artery | 18 |

Notes:
Anna Parry MA

## Results
**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

CLANCY MEDICAL GROUP • 2375 S. MELROSE DR., VISTA CA 92081-8788
BECK, Justin (id #5612, dob: 09/05/1980)

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Moderate Major Depression | Active | 08/11/2022 | |
| Attention Deficit Hyperactivity Disorder, Predominantly Inattentive Type | Active | 08/11/2022 | |

## Procedures

None recorded.

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

Tobacco Smoking Status                              Never Smoker

## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 12/02/2022 | Seizure Disorder; Moderate Major Depression | John Harold Clancy, DO: 2375 S. Melrose Dr., Vista, CA 92081-8788, Ph. (760) 305-1900 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Information not available |
| DOB: | 09/05/1980 | Race: | Information not available |
| Preferred language: | English | Marital status: | Information not available |

Contact:           3501 Roselle St, Oceanside, CA 92056, Ph. tel:+1-760-4492509

---

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

  **Gmail**     Justin Beck <justintimesd@gmail.com>

## Dr. Mathur Appt. Not Scheduled/Please Confirm

**Justin Beck** <justintimesd@gmail.com>     Tue, Dec 6, 2022 at 9:12 AM
To: CommPsych DelMar <commpsych.delmar@mindpath.com>

I'm informed that it will take potentially weeks to get into a Medi-Cal authorized psychiatrist.

On Tue, Dec 6, 2022 at 9:06 AM CommPsych DelMar <commpsych.delmar@mindpath.com> wrote:

> Hi Justin,
>
> Our records indicate a letter was mailed on 02/10/22 letting you know you have 30 days from the date of notice to wrap up care. Legally, you have 30 days to see your provider from the date of notice.
>
> Please call your insurance to see a psychiatrist that accepts your insurance as soon as possible. Also, I added a list below to aid you in finding one through their website.
>
> *Find a Provider, Insurance Weblinks:*
>
> https://www.anthem.com/ca/find-care/ - For Anthem Members
>
> https://www.anthem.com/ca/find-care/ - For Anthem Medi-Cal Members
>
> https://www.beaconhealthoptions.com/find-a-provider/ - For Beacon Members (Kaiser & Alameda Alliance)
>
> https://www.cahealthwellness.com/find-a-doctor.html - California Health & Wellness Members
>
> https://www.hpsj.com/find-a-provider/ - Health Plan of San Joaquin
>
> https://www.humana.com/finder/medical - For Humana Members
>
> https://providers.mhn.com/member/practitionerSearch.do - For MHN (HealthNet, Cal Viva, etc) Members
>
> https://www.medi-cal.ca.gov/ - For Medi-Cal Members

**Mindpath Health**

commpsych.delmar@mindpath.com

P: 858-259-0599

F: 858-794-7218

**Mindpath Health**

12865 Pointe Del Mar Way, Suite 210, Del Mar, CA, 92014

Community Psychiatry + MindPath Care Centers are becoming Mindpath Health. Click here to learn more.

Important: Please note that the information contained in this email and any included attachments are confidential. If you received this email in error, please notify the sender promptly and do not disclose or make copies of the contents of this email, including any attachments.

**From:** Justin Beck <justintimesd@gmail.com>
**Sent:** Tuesday, December 6, 2022 8:29 AM
**To:** CommPsych DelMar <commpsych.delmar@mindpath.com>
**Subject:** Re: Dr. Mathur Appt. Not Scheduled/Please Confirm

[EXTERNAL EMAIL]

Excuse me -- I was NOT instructed by your staff that I couldn't see Dr. Mathur.

I booked an appointment, showed up to it at the time agreed, and was told I had no appointment without any notice.

I have a witness for the same who was sitting right next to me, who will attest that I received no such instruction that I couldn't see Dr. Mathur.

I was specifically told to speak with the prescribing psychiatrist on the contra-indication.

I understand I have a legal right to care even if I can't pay, at least for this appointment, under the circumstances.

Be advised that I presented to my primary care physician with a potential seizure -- so this email constitutes your knowledge of the same.

Case 3:22-cv-01616-AGS-DDL   Document 14-15   Filed 01/30/23   PageID.2740   Page 7 of 9

12/6/22, 3:21 PM                                              Gmail - Dr. Mathur Appt. Not Scheduled/Please Confirm

On Tue, Dec 6, 2022 at 8:03 AM CommPsych DelMar <commpsych.delmar@mindpath.com> wrote:

> Justin,
>
> As was explained to you by our associate when you called your insurance is out of network and you can not be seen by Dr Mathur or anyone in our office as you are a straight Medical patient.
>
>
> **Mindpath Health**
>
> commpsych.delmar@mindpath.com
>
> P: 858-259-0599
>
> F: 858-794-7218
>
>
> Mindpath Health
>
> 12865 Pointe Del Mar Way, Suite 210, Del Mar, CA, 92014
>
> Community Psychiatry + MindPath Care Centers are becoming Mindpath Health. Click here to learn more.
>
> Important: Please note that the information contained in this email and any included attachments are confidential. If you received this email in error, please notify the sender promptly and do not disclose or make copies of the contents of this email, including any attachments.
>
>
>
> **From:** Justin Beck <justintimesd@gmail.com>
> **Sent:** Monday, December 5, 2022 3:34 PM
> **To:** CommPsych DelMar <commpsych.delmar@mindpath.com>
> **Subject:** Dr. Mathur Appt. Not Scheduled/Please Confirm
>
>
> [EXTERNAL EMAIL]
>
>
> Hello,
>
> I spoke to front desk on Friday and booked what I thought was an appointment with Dr. Mathur for 3:30PM PST today.
>
> I had an incident of syncope or seizure on Thursday around midnight for which I'm seeing a neuro consult.
>
> My primary care physician asked that I see Dr. Mathur to discuss potential contraindications of Vyvanse and escitalopram, which are the same doses I've taken previously.
>
> Please confirm the appointment time if I failed to record it properly.
>
> Thank you,

Justin Beck

Sep. 5, 1980

--

==========

**Justin Beck**

**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

--

==========

**Justin Beck**

**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

--

==========

**Justin Beck**

760-449-2509

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*