1    Justin S. Beck
2    3501 Roselle St.,
     Oceanside, CA 92056
3    760-449-2509
     justintimesd@gmail.com
4    *In Propria Persona*

```
                    FILED

                 JAN 30 2023

           CLERK U.S. DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
        BY  llo                  DEPUTY
```

5

6         **IN THE UNITED STATES DISTRICT COURT**
        **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

7

8   JUSTIN S. BECK, individually, and for U.S.  )   Case No.: <u>3:22-CV-01616-BAS-DDL</u>
                              )
9           Plaintiffs,             )   Judge:     Hon. Cynthia A. Bashant
                              )   Courtroom:   12B (12th Floor)
10       vs.                       )   Hearing Date:   March 6, 2023
                              )
11   CATANZARITE LAW CORPORATION;        )
12   STATE OF CALIFORNIA; THE STATE BAR )
      OF CALIFORNIA; ORANGE COUNTY         )   **NO ORAL ARGUMENT UNLESS**
13   SUPERIOR COURT; ORANGE COUNTY        )   **ORDERED BY THE COURT**
      DISTRICT ATTORNEY'S OFFICE; RUBEN   )
14   DURAN, ESQ.; SUZANNE CELIA         )   **DECLARATION OF JUSTIN S. BECK IN**
      GRANDT, ESQ.; RICHARD FRANCIS       )   **SUPPORT OF MOTION FOR SUMMARY**
15   O'CONNOR, JR.; MOHAMMED            )   **JUDGMENT**
16   ZAKHIREH; JAMES DUFFY; KENNETH     )
      CATANZARITE, ESQ.; JIM TRAVIS TICE,   )   Pursuant to F.R.Civ.P. 56(c)(4)
17   ESQ.; NICOLE MARIE CATANZARITE     )
      WOODWARD, ESQ.; BRANDON           )   Filed concurrently with:
18   WOODWWARD, ESQ.; TIM JAMES         )
19   O'KEEFE, ESQ.; AMY JEANETTE        )     Notice of Motion
      COOPER; CLIFF HIGGERSON; JAMES      )
20   DUFFY; ELI DAVID MORGENSTERN,      )     Motion for Summary Judgment
21   ESQ.; LEAH WILSON, ESQ.; ROBERT      )
      GEORGE RETANA, ESQ.; ELLIN         )     Memorandum in Support
22   DAVTYAN, ESQ.; JOHN C. GASTELUM;   )
      JORGE E. NAVARETTE; GEORGE         )     Exhibits in Support of Elements
23   SARGENT CARDONA, ESQ.; ANTHONY B. )
24   SCUDDER                           )     Declared Damages and Computations
          Defendants,            )
25                               )     Exhibits in Support of Damages
26   UNITED STATES ATTORNEY GENERAL; )
      UNITED STATES OF AMERICA          )
27                               )
28       Nominal Defendants           )
                              )

**DECLARATION OF JUSTIN S. BECK IN SUPPORT OF SUMMARY JUDGMENT**

**MOTION WITH EXHIBITS IN SUPPORT**

**Federal Rule of Civil Procedure 56(c)(4)**

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of my motion for summary judgment on Count I, Count II, and Count VI of my first amended complaint at Docket #7.

1. I am an "insured person" under the Scottsdale Insurance Co. policy attached to my statement of damages in Exhibit A1, depleted by more than $1.268 million by the schemes described in my complaint and on my motion.

2. I have been unable to obtain director and officers insurance due to fraudulent schemes against me by attorneys associated with Catanzarite Law Corporation and The State Bar of California.

3. Richard Francis O'Connor, Jr. and Amy Jeanette Cooper each admitted to me on more than one occasion that they paid $340,000 in illegal commissions to Joseph Porche out of Jolly Roger, Inc. or Jolly Rogers Investments, Inc. investment in Mobile Farming Systems, Inc.

4. Kenneth J. Catanzarite, Richard Francis O'Connor, and Amy Jeanette Cooper each appeared in a trial of fact on May 1, 2019, seeking to unwind all shares of CTI ("709 Hearing") on the basis that MFS was CTI's sole shareholder after Mr. Catanzarite sued MFS derivatively and coerced the signature and property from Richard Francis O'Connor and Amy Jeanette Cooper in January 2019. I was at the 709 Hearing and confirm the contents of the attached trial transcript as true and correct in Exhibit 268.

5. I am currently unemployed as direct and proximate cause of the racketeering committed against me. As set forth in my statement of damages accompanying my motion, I have lost all of my salary earning capacity, and will lose my base salary as a CEO for the rest of my career where I am only 42 years old, cannot obtain D&O insurance, and false claims filed against me slander my name in perpetuity. My last agreement was for $325,000 annual in base salary, so I claim $8,433,000 total lost past and future base earnings.

3:22-CV-01616-BAS-DDL

6. I resigned as CEO of Cultivation Technologies, Inc. May 14, 2019 as direct and proximate cause of Catanzarite Law Corporation continuing its scheme even after it failed in a trial of fact on May 1, 2019 and the false claims it filed for Mobile Farming Systems, Inc. were rejected "with every fiber of [the Court's] being." The company was destroyed, and the merger was destroyed, which featured a fair market value of $261 million of Canadian issuer shares that would be held by U.S. shareholders. Proof of causation and value is in my declared statement of damages.

7. I resigned as CEO of Contakt World Technologies after March 22, 2021, as direct and proximate cause of Jorge E. Navarette and California Supreme Court refusing me a neutral hearing to stop Catanzarite Law Corporation actors Kenneth J. Catanzarite, Brandon Woodward, and Tim James O'Keefe when The State Bar of California repeatedly refused to perform its duties despite the overwhelming evidence of fraud. The value of the company was $.80 CAD per share at that time.

8. As direct and proximate cause of Catanzarite, The State Bar of California, Jorge E. Navarette, and California Supreme Court's "In RE: Walker" scheme, I specifically feared and continue to fear that my boyfriend's home would or will be stolen using courts they control, and that Catanzarite would impose $369,500 in "legal fees" for its own fraud against me using California's "Anti-SLAPP" laws and Orange County Superior Court. I had an emotional breakdown after March 22, 2021, from which I have not recovered and will not recover until I am paid my judgments and Catanzarite is stopped from harming me and other innocent people.

9. I started the website "StopCorruptLawyers.com" and receive eyewitness and victim reports on a regular basis from members of the public who have been defrauded by The State Bar of California's protectionist behavior in protecting attorneys not limited to those associated with Catanzarite Law Corporation.

10. Attached as Exhibit 1 is a true and correct copy of an investigative report I found on the internet concerning The State Bar of California's leadership, Board of Trustees, Thomas V. Girardi, Joe Dunn, and a trip to Mongolia before "Leadership Banks" became disproportionately Chinese.

11. Attached as Exhibit 2 is a true and correct copy of a transcript I found online of federal court proceedings in Case No. C 17-02798 showing operational acts of Suzanne Grandt and Robert Retana for Office of General Counsel.

3:22-CV-01616-BAS-DDL

12. Attached as <u>Exhibit 3</u> is a true and correct copy of an opinion in Kenneth J. Catanzarite v. GCL, LLC, et al., No. 21-12766 (11th Cir. 2022). I am familiar with this document and its predecessors because I've spoken with Adam Kent (opposing counsel), as well as one of the victims of that scheme which commenced through a "Richard Carlson" who testified that he did not believe he had suffered any damages when he was visited at his home by Kenneth J. Catanzarite when he wasn't seeking an attorney before 9 class actions were filed on his behalf by Catanzarite.

13. Attached as <u>Exhibit 8</u> is a true and correct copy of California Supreme Court Administrative Order 2017-09-20 which shows binding antitrust laws of the United States applied to regulators, here The State Bar of California and any actor associated including Jorge E. Navarette.

14. Attached as <u>Exhibit 13</u> is a true and correct copy of a United States Department of Justice press release disclosing racketeering conviction of an Orange County Superior Court clerk. I found this press release online, dated September 22, 2017. I believe this conduct continues.

15. Attached as <u>Exhibit 21</u> is a true and correct copy of my sworn declaration in Orange County Superior Court with evidence that I am familiar with and confirm to be authentic. <u>Ex. 21, pp. 65-227</u> are true and correct public records provided by The State Bar of California to me by request with regulatory filings for Catanzarite Law Corporation from 2016 to 2022.

16. Attached as <u>Exhibit 26</u> is a true and correct copy of a letter I received by email and postal mail from Suzanne Grandt, Office of General Counsel dated July 20, 2022.

17. Attached as <u>Exhibit 28</u> is a true and correct copy of an order I received by postal mail striking my actual antitrust petition as "premature" before it was sent back to Office of General Counsel of The State Bar of California to make an antitrust determination for itself.

18. Attached as <u>Exhibit 34</u> is a true and correct, partial copy of Report 2022-030 from California State Auditor. I obtained this from the California State Auditor website.

19. Attached as <u>Exhibit 35</u> are true and correct copies of public records produced by The State Bar of California in response to my requests including summaries from The State Bar of California about three cases involving fraud. This exhibit contains one of several productions delivered me; I'm only including this one with this motion as the records of sanctions, fraud, and misconduct known to The State Bar of California involving Catanzarite are voluminous.

3:22-CV-01616-BAS-DDL

20. Exhibit 36 is already lodged at Docket #10 Document #10-37 which contains true and correct copies of a temporary restraining order I filed in Orange County Superior Court with proof of the fraudulent scheme commencing with "Richard Carlson" who testified that he did not believe he suffered damages before 9 class actions were filed on his behalf in multiple states.

21. Attached as Exhibit 40 is a true and correct copy of a press release from The State Bar of California published at The State Bar of California's website (calbar.ca.gov) dated July 13, 2022. It shows investments made and uses of funds as well as sources including IOLTA, State of California's general fund, and the United States.

22. Attached as Exhibit 42 is a true and correct copy of a memorandum opinion and order associated with the RICO case filed by Edelson P.C. against David Lira, Keith Griffin, and others wherein Thomas V. Girardi's conduct is regarded as "unquestionably criminal" by a federal judge.

23. Attached as Exhibit 44 is a true and correct copy of an article in Bloomberg Law dated May 12, 2021, discussing State Bar's Robert Irving Slater convictions for 11 felonies. I found this online.

24. Attached as Exhibit 52 is a true and correct copy of State Bar Court Review Department Case No. 15-C-14232 dated September 21, 2018 concerning Stephen Young Kang (SBN #196165) of The State Bar of California and his conviction of two counts of wire fraud on November 12, 2015.

25. Attached as Exhibit 60 is a true and correct copy of the file "Antitrust Determination 2022-001" I received from The State Bar of California on October 17, 2022.

26. Attached as Exhibit 61 is a true and correct copy of an order I received by postal mail from California Supreme Court containing an "En Banc" decision on an antitrust petition that I did not file nor did I authorize to be filed in S276939 dated November 30, 2022.

27. Attached as Exhibit 63 is a true and correct copy of a screenshot I took of the California Supreme Court Docket (Register of Actions) for S276939. I did not file, nor did I authorize, this petition.

28. Attached as Exhibit 65 is a true and correct copy of a screenshot I took of California Supreme Court Docket (Register of Actions) for my actual petition in S276517.

3:22-CV-01616-BAS-DDL

29. Attached as <u>Exhibit 68</u> is a true and correct copy of an email communication with Ines Calanoc of California Supreme Court discussing my actual petition S276517 and the persons on whom it was served.

30. Attached as <u>Exhibit 70</u> is a true and correct copy of a proof of service showing S276517 with four volumes of exhibits and the persons upon whom it was served.

31. Attached as <u>Exhibit 71</u> is a true and correct copy of a letter I delivered The State Bar of California, Suzanne Grandt, Eli David Morgenstern, and Ruben Duran on November 29, 2022. I wrote the letter to show their actual knowledge of federal proceedings.

32. Attached as <u>Exhibit 81</u> is a true and correct copy of Department of Justice, U.S. Attorney's Office for Central District of California press release dated October 4, 2022 concerning Matthew Charles Elstein (SBN #174400) of The State Bar of California's sentencing after pleading guilty to one count of wire fraud in November 2021. I found this online.

33. Attached as <u>Exhibit 83</u> is a true and correct copy of a Los Angeles Times article dated December 5, 2022, concerning Michael Avenatti (SBN #206929) of The State Bar of California's pleading guilty to four counts of wire fraud for stealing money from clients. I found this online.

34. Attached as <u>Exhibit 94</u> are true and correct copies of State Bar profiles for Kenneth Joseph Catanzarite, Nicole Marie Catanzarite Woodward, Brandon E. Woodward, Tim James Okeefe, Jim Travis Tice, and Eric V. Anderton. I obtained these from The State Bar of California's website on December 6, 2022 (calbar.ca.gov) and created a PDF.

35. Attached as <u>Exhibit 102</u> is a true and correct copy of a letter I received by email and postal mail from The State Bar of California and Suzanne Grandt of Office of General Counsel dated December 7, 2022.

36. Attached as <u>Exhibit 120</u> is a true and correct copy of email communications that I received and responded to from and with Suzanne Grandt involving Ruben Duran for Board of Trustees, Carissa Andresen for Office of General Counsel, George Cardona for Office of Chief Trial Counsel, and Leah Wilson as Executive Director. I am familiar with its contents.

3:22-CV-01616-BAS-DDL

37. Attached as <u>Exhibit 128</u> is a true and correct copy of a declaration I filed in Orange County Superior Court. I am familiar with each of the exhibits and confirm each of the exhibits to be true and correct copies, as outlined in my sworn declaration.

38. Attached as <u>Exhibit 136</u> is a true and correct copy of a screenshot I took about the annual notices of injury from members of the public managed by The State Bar of California (approximately 16,000) which I added notes as being an average of 44 per day.

39. Attached as <u>Exhibit 140</u> is a true and correct copy of an affidavit from Richard Francis O'Connor, Jr. dated March 20, 2019, filed by Catanzarite Law Corporation in Orange County Superior Court.

40. Attached as <u>Exhibit 141</u> is a true and correct copy of an affidavit of Richard Francis O'Connor, Jr. dated November 4, 2019, filed by Catanzarite Law Corporation in Orange County Superior Court.

41. Attached as <u>Exhibit 142</u> is a true and correct copy of a declaration of Richard Francis O'Connor, Jr. dated November 11, 2019, filed by Catanzarite Law Corporation in Orange County Superior Court.

42. Attached as <u>Exhibit 143</u> is a true and correct copy of a declaration of Richard Francis O'Connor, Jr. dated December 27, 2019, filed by Catanzarite Law Corporation in Orange County Superior Court.

43. Attached as <u>Exhibit 145</u> is a true and correct copy of a lawsuit filed by Mohammed Zakhireh against me on or around April 28, 2017, after Cultivation Technologies, Inc. announced $14 million in financing through a Canadian investor FinCanna Capital. I am familiar with this document because I was a named defendant, and Zakhireh targeted shares that I own.

44. Attached as <u>Exhibit 150</u> is a true and correct copy of a "Cross Action" pleading caption and signature page. This was filed by Catanzarite Law Corporation despite the adjudication of claims holding that Mobile Farming Systems, Inc. was not entitled to shares of Cultivation Technologies, Inc. and it was filed two days before "Complaint Review Unit" refused to act.

45. Attached as <u>Exhibit 170</u> is a true and correct copy of a document summarizing 158 separate securities transactions in which Richard Francis O'Connor, Jr. acted as principal. I am familiar

3:22-CV-01616-BAS-DDL

1    with this document because I prepared it preparing for the 709 trial of fact with assistance from
2    corporate counsel of Cultivation Technologies, Inc.

3    46. Attached as <u>Exhibit 172</u> is a true and correct copy of a notice of injury I prepared on or around
4        November 15, 2019 and delivered to The State Bar of California with the cited evidentiary
5        exhibits. I am familiar with this because I prepared it and sent it.

6    47. Attached as <u>Exhibit 173</u> is a true and correct copy of a postal mail letter I received from The
7        State Bar of California, Eli David Morgenstern, and Joy Nunley dated April 3, 2020.

8    48. Attached as <u>Exhibit 174</u> is a true and correct copy of a notice of motion and motion for security
9        filed by nominal defendant Mobile Farming Systems, Inc., Kenneth Watnick of Anderson,
10       McPharlin & Conners LLP dated January 7, 2019. I am familiar with this document because I
11       was a defendant to the Pinkerton Action from September 2018 through March 2020 when I was
12       dismissed by Catanzarite Law Corporation.

13   49. Attached as <u>Exhibit 176</u> is a true and correct copy of a postal mail letter I received from
14       "Complaint Review Unit" (Office of General Counsel) for The State Bar of California dated
15       August 12, 2020.

16   50. Attached as <u>Exhibit 177</u> is a true and correct copy of the web page on January 11, 2023, from
17       calbar.ca.gov for "Lawyer Referral Services Directory" cited in the "Complaint Review Unit"
18       (Office of General Counsel) postal mail letter I received August 12, 2020.

19   51. Attached as <u>Exhibit 178</u> is a true and correct copy of the web page on January 11, 2023, from
20       calbar.ca.gov for "Lawyer Referral Service Provider Certification" containing the terms and fees
21       schedule by which such providers can pay to receive leads from "Complaint Review Unit"
22       (Office of General Counsel).

23   52. Attached as Exhibit <u>179</u> is a true and correct copy of a declaration from Carissa Andresen for
24       Office of General Counsel and The State Bar of California showing a true and correct copy of
25       that my California Supreme Court accusation against Kenneth Catanzarite, Brandon Woodward,
26       and Tim James O'Keefe for a neutral hearing was apparently filed, and it was used by The State
27       Bar of California against me.

28

3:22-CV-01616-BAS-DDL

53. Attached as <u>Exhibit 182</u> is a true and correct copy of postal mail by and between me and Jorge E. Navarette and California Supreme Court dated September 29, 2020, showing the "In Re: Walker" scheme.

54. Attached as <u>Exhibit 183</u> is a true and correct copy of postal mail I received from Jorge E. Navarette and California Supreme Court claiming my accusation delivered to California Supreme Court, Office of General Counsel, Office of Chief Trial Counsel according to instructions of Jorge E. Navarette was "returned unfiled" March 22, 2021.

55. Attached as <u>Exhibit 186</u> is a true and correct copy of a letter I received by postal mail and email from Ellin Davtyan, Office of General Counsel, and The State Bar of California dated December 15, 2022. I received this after I refused to adhere to demands of Suzanne Grandt pertaining to <u>Exhibit 120</u> and I am familiar with its contents.

56. Attached as <u>Exhibit 187</u> is a true and correct copy of postal mail I received from The State Bar of California vesting my rights to sue the government.

57. Attached as <u>Exhibit 209</u> is a true and correct copy of a page on The State Bar of California's website showing majority control by active market participants of Board of Trustees for The State Bar of California. I created the PDF.

58. Attached as <u>Exhibit 210</u> is a true and correct copy of a declaration from Carlos Calixto, who was contacted by Tony Scudder, Richard O'Connor, and spoke with Kenneth Catanzarite. I am familiar with these events to which Mr. Calixto declares because Carlos Calixto spoke with me in May 2019 when I was traveling in Italy before I resigned from CTI as direct and proximate cause of the schemes. It shows Calixto's signature was forged on a proxy for O'Connor.

59. Attached as Exhibit <u>214</u> is a true and correct copy of a postal mail letter I received from "Special Deputy Trial Counsel" following my reporting of misconduct, racketeering, and constructive fraud involving Ruben Duran, George Cardona, Leah Wilson, Hailyn Chen, Suzanne Grandt, Robert Retana, and Ellin Davtyan. Notably, the letter states that the original case 3:22-CV-01616-BAS-DDL was remanded "back to Orange County Superior Court," which was false (and appears to be collusive).

3:22-CV-01616-BAS-DDL

60. Attached as <u>Exhibit 215</u> is a true and correct copy of Washington Secretary of State records pertaining to Jolly Roger Investments, Inc. I obtained these from Washington Secretary of State's website.

61. Attached as <u>Exhibit 216</u> is a true and correct copy of California Secretary of State File No. BA20220431672 confirming Nicole Marie Catanzarite Woodward as Secretary of Catanzarite Law Corporation. I obtained this from California Secretary of State website.

62. Attached as <u>Exhibit 223</u> is a true and correct copy of a screenshot I took of Charles Tsai's LinkedIn profile on January 18, 2023, which is after Charles Tsai transitioned from Deputy Attorney General at California Department of Justice to Office of General Counsel for The State Bar of California and appeared in the instant case.

63. Attached as <u>Exhibit 227</u> is a true and correct copy of a web page I obtained from courts.ca.gov concerning the nomination of Justice Maurice Sanchez on November 10, 2021, to the Fourth District, Division Three by Governor Gavin Newsom after he was rated as being "exceptionally well qualified" by the Commission of the California State Bar on Judicial Nominees Evaluation. This was two days before my government claims were denied by postal mail.

64. Attached as <u>Exhibit 230</u> is a true and correct copy of a web page I obtained from courts.ca.gov concerning the nomination of Justice Joanne Motoike on May 2, 2022, to the Fourth District, Division Three by Governor Gavin Newsom after she was rated as being "exceptionally well qualified" by the Commission of the California State Bar on Judicial Nominees Evaluation. This was the same day I filed my first amended complaint in Orange County Superior Court Case No. 30-2020-01145998.

65. Attached as <u>Exhibit 231</u> is a true and correct copy of a web page I obtained from courts.ca.gov concerning the nomination of Justice Thomas A. Delaney on August 8, 2022 to the Fourth District, Division Three by Governor Gavin Newsom. This was the same day I filed my first motion for summary judgment in the instant case before it was removed for cause. On October 11, 2022, Justice Thomas A. Delaney "was confirmed by unanimous vote of the Commission on Judicial Appointments." This was the same day Judge John C. Gastelum "sustained demurrer without leave to amend" in Orange County Superior Court Case No. 30-2021-01237499.

3:22-CV-01616-BAS-DDL

66. Attached as <u>Exhibit 233</u> is a true and correct copy of an email I sent Board of Trustee for The State Bar of California Hailyn Chen, and Office of General Counsel's Robert Retana and Ellin Davtyan. I sent this because my writ petitions were both dismissed without explanation or cause the same day after I delivered notice that Orange County Superior Court was to be named defendant with Robert Retana and Ellin Davtyan in the instant case.

67. Attached as <u>Exhibit 234</u> is a true and correct copy of a letter I received for DOJ PRA 2022-02717 dated December 298, 2022. It states that I would be delivered the documents on January 3, 2023, and they were never produced.

68. Attached as <u>Exhibit 238</u> is a true and correct copy of an email I received from Charles Tsai for Office of General Counsel of The State Bar of California dated January 17, 2023.

69. Attached as <u>Exhibit 239</u> is a true and correct copy of an email and letter I received from Office of the Governor for State of California dated January 9, 2023.

70. Attached as <u>Exhibit 241</u> is a true and correct copy of a letter I received from State of California after delivering my original pleadings in 3:22-CV-01616-BAS-DDL. State of California refuses to appear in cases I've filed despite being named defendant.

71. Attached as <u>Exhibit 246</u> is a true and correct copy of responses to the California State Auditor Report 2022-030 shown in <u>Exhibit 34</u> delivered by Ruben Duran and The State Bar of California, and the California State Auditor Michael Tilden's answers to Ruben Duran and The State Bar of California. Duran "disagrees" that negative balances in trusts should be investigated thoroughly, which the California State Auditor deems "unreasonable."

72. Attached as <u>Exhibit 251</u> is a true and correct copy of a "Report to Legislature on Certain State Bar Expenditures (2018-2022)" which contains "2021 Financial Statement and Independent Auditor's Report." I found this on The State Bar of California's website calbar.ca.gov

73. Attached as <u>Exhibit 252</u> is a true and correct copy of a web page from calbar.ca.gov showing the Commission on Judicial Appointments is controlled or exclusively appointed by The State Bar of California Board of Trustees.

3:22-CV-01616-BAS-DDL

74. Attached as <u>Exhibit 254</u> is a true and correct copy of an organizational chart for The State Bar of California that I found on The State Bar of California's website (calbar.ca.gov) in January 2023. I created the PDF by printing the web page.

75. Attached as <u>Exhibit 256</u> is a true and correct copy of a web page from calbar.ca.gov concerning the "Client Security Fund Commission" which is appointed by Board of Trustees for The State Bar of California and is also controlled by a majority of active market participants ("three lawyers and two nonlawyer public members).

76. Attached as <u>Exhibit 257</u> is a true and correct copy of the rules for "Client Security Fund." In relevant part, it says that "Board of Trustees...appoints five members who serve at its pleasure." It also shows sets a number of restrictions on this fund, notably Rule 3.432 "(A) To qualify for reimbursement, an application must establish that the attorney whose dishonest conduct is alleged has (1) been disbarred, disciplined, or voluntarily resigned from the State Bar; (2) died or been adjudicated mentally incompetent; or (3) because of the dishonest conduct become a judgment debtor of the applicant in a contested proceeding or been convicted of a crime."

77. Attached as <u>Exhibit 261</u> is a true and correct copy of a consent from Mobile Farming Systems, Inc. to remove its board of directors on or around January 23, 2019. I am familiar with this document because Catanzarite Law Corporation presented it as evidence using the wire.

78. Attached as <u>Exhibit 262</u> is a true and correct copy of a declaration from Stephen Erigero dated November 25, 2019. Mr. Erigero declares that he was not involved in any settlement discussions for his client Amy Jeanette Cooper, and that he resigned as counsel on January 23, 2019.

79. Attached as <u>Exhibit 263</u> are true and correct copies of dismissals filed by Catanzarite Law Corporation in the derivative Pinkerton Action of Cliff Higgerson, Amy Jeanette Cooper, Richard Francis O'Connor, TGAP Holdings LLC between January 22, 2019 and January 23, 2019. I confirm that the Court did not approve compromise of the derivative causes of action Catanzarite filed against Mobile Farming Systems, Inc.

80. Attached as <u>Exhibit 267</u> is a true and correct copy of a letter I received from Catanzarite Law Corporation on January 25, 2019.

3:22-CV-01616-BAS-DDL

81. Attached as <u>Exhibit 268</u> is a true and correct copy of a trial transcript wherein Mobile Farming Systems, Inc. asserted itself as a shareholder of Cultivation Technologies, Inc. which was rejected by the trial court "with every fiber of [its] being." I attended this trial of fact, confirm the authenticity of the transcript, and confirm that Amy Jeanette Cooper, Richard Francis O'Connor, Jr. and Kenneth J. Catanzarite were each present on behalf of Mobile Farming Systems, Inc. seeking to unwind all CTI shares under knowingly false pretenses.

82. Attached as <u>Exhibit 271</u> is a true and correct copy of a demurrer caption page filed January 3, 2019 by Cliff Higgerson in the Pinkerton Action.

83. Attached as <u>Exhibit 278</u> is a true and correct copy of an "Open Letter" I found online at The State Bar of California's website (calbar.ca.gov) dated November 3, 2022. Duran discusses forty years of postal mail and wire communications from The State Bar of California related to Thomas V. Girardi. Duran is quoted "we can never allow something like this to happen again."

84. Attached as <u>Exhibit 279</u> is a true and correct copy of a portion of a document held in U.S. Department of Justice Archives about public corruption, and how it is not a victimless crime. I obtained this from U.S. Department of Justice's website.

85. Attached as <u>Exhibit 282</u> is a true and correct copy of a demurrer filed in Orange County Superior Court Case No. 30-2021-01237499 by Ruben Duran, Carissa Andresen, and Suzanne Grandt.

86. Attached as <u>Exhibit 290</u> is a true and correct copy of a deposition subpoena I sent The State Bar of California to appear at its own address in Los Angeles on September 9, 2022.

87. Attached as <u>Exhibit 303</u> is a true and correct copy of a Law.com article cover June 9, 2021 that says "Wilson served as the bar's executive director for two years until she resigned in January 2019 to pursue what she described as a venture mixing public and private dollars with philanthropy." I found it on the internet.

88. Attached as <u>Exhibit 304</u> is a true and correct copy of an "Anti-SLAPP" that was filed in Orange County Superior Court Case No. 30-2021-01237499 by The State Bar of California with a letter from Suzanne Grandt delivered to me via email copying Carissa Andresen of Office of General Counsel for The State Bar of California.

3:22-CV-01616-BAS-DDL

89. Attached as <u>Exhibit 305</u> is a true and correct copy of a letter sent by Robert George Retana of Office of General Counsel to Jorge E. Navarette of California Supreme Court dated October 17, 2022. I was provided this letter in response to public records requests upon The State Bar of California. I include related correspondence produced in public records productions from Ellin Davtyan.

90. Attached as <u>Exhibit 311</u> are true and correct copies of caption and signature pages for seven different complaints filed against me or related to me. These are from the Court of Appeal record in G059766 in which I overturned four Anti-SLAPP orders and made a prima facie case for malicious prosecution of three lawsuits under California law.

91. Attached as <u>Exhibit 313</u> is a true and correct copy of an email I received dated April 19, 2019. I am familiar with its contents as it was a reply to a consent to remove Catanzarite as counsel from MFS shareholders, nearly all of whom were CTI shareholders after June 15, 2015 and were damaged by Catanzarite's schemes to defraud them.

92. Attached as <u>Exhibit 316</u> is a true and correct copy of an email from Kenneth Catanzarite to my defense counsel, Samuel Edgerton, dated October 4, 2018. I waive privilege for the sole purpose of proof on this document. I received it and am familiar with it.

93. Attached as <u>Exhibit 317</u> is a true and correct copy defining "active state supervision" under federal law. I found this online and it is referenced in California Supreme Court's administrative order 2017-09-20 in <u>Exhibit 8</u>.

94. Attached as <u>Exhibit 320</u> is a true and correct copy of the Wikipedia entry for Orange County Superior Court from January 27, 2023.

95. Attached as <u>Exhibit 321</u> is a true and correct copy of the public, Superior Courts page from courts.ca.gov. I found it online January 27, 2023.

96. Attached as <u>Exhibit 322</u> is a true and correct copy of the public, 4th District page concerning the Court of Appeal from courts.ca.gov. I found it online January 27, 2023.

97. Attached as <u>Exhibit 323</u> is a true and correct copy of the cover page to the first amended complaint in Orange County Superior Court Case No. 30-2021-01237499. I am familiar with this because I prepared the pleading and filed it in Orange County Superior Court.

3:22-CV-01616-BAS-DDL

98. Attached as <u>Exhibit 324</u> is a true and correct copy of: cover and caption to a notice of motion and motion for summary judgment in OCSC Case No. 30-2020-01145998 filed on August 8, 2022; an amendment to the complaint adding The State of California, a public entity, as defendant (Sub. A); and an amendment to the complaint adding The State Bar of California, a public entity and public corporation, as defendant (Sub. B). I am familiar with these documents because I prepared them and filed them.

99. Attached as <u>Exhibit 325</u> is a true and correct copy of an email from Tony Scudder to Richard O'Connor, Amy Cooper, and me dated Friday, August 21, 2015, after Jolly Roger was offered shares in CTI. I am familiar with this email because it was printed August 17, 2018 and provided Catanzarite Law Corporation before it filed the Pinkerton Action against me, Tony Scudder, Richard O'Connor, and Amy Cooper.

100.   Attached as <u>Exhibit 326</u> is a true and correct copy of Joseph Porche's dismissal from the Pinkerton Action on December 13, 2018. As set forth above, Richard Francis O'Connor and Amy Jeanette Cooper used Mobile Farming Systems, Inc. to pay Mr. Porche $340,000 in illegal commissions by their own admissions (years before I met O'Connor or Cooper).

101.   Attached as <u>Exhibit 327</u> is a true and correct copy of the "unanimous written consent" dated January 23, 2019. I am familiar with this document because it has been filed in multiple actions against me, my interests, or my rights as evidence by Catanzarite Law Corporation.

102.   Attached as <u>Exhibit 328</u> is a true and correct copy of an email from James Duffy delivered Miguel Motta. I am familiar with its contents because James Duffy, Mohammed Zakhireh, Tony Scudder, and Richard Francis O'Connor, Jr. sought payments after CTI announced a $14 million financing. This letter shows that James Duffy knew CTI had shareholders, and that Richard O'Connor knew about the preferred shares of CTI before November 2018 which contradicts O'Connor's sworn statement suborned by Catanzarite under penalty of perjury.

103.   Attached as <u>Exhibit 329</u> is a true and correct copy of selected sections from the MFS Action filed January 28, 2019, in which actual CTI "Founders O'Connor, Cooper, TGAP, Cliff Higgerson, Aroha Holdings, Inc., Scott Unfug have agreed to renounce their Founders' Shares [of CTI] in favor of MFS" (<u>Ex. 329, p. 2, ¶ 56</u>) under threat of Kenneth Catanzarite's scheme.

15

3:22-CV-01616-BAS-DDL

104.     Attached as <u>Exhibit 330</u> is a true and correct copy of the transfer agent retention documents signed by O'Connor and Cooper in their duly authorized capacities for CTI dated July 22, 2015. I am familiar with this document and confirm that MFS was not a shareholder of CTI according to repeated actions of O'Connor and Cooper.

105.     Attached as <u>Exhibit 331</u> is a true and correct copy of an online post allegedly from Deborah Breuner Davis detailing cases against Kenneth J. Catanzarite that the she alleges were manipulated in and by Orange County Superior Court. I printed this on September 30, 2022.

106.     Attached as <u>Exhibit 332</u> is a true and correct copy of public records from Ownerly.com concerning a property owned previously by Deborah Breuner Davis, and the $120,000 loan placed on it by Catanzarite Law Corporation. I used my Ownerly subscription to print this document.

107.     Attached as <u>Exhibit 334</u> is a true and correct copy of The State Bar of California's "Leadership Banks," many of which are Chinese or Taiwanese. It also says that "over 73,000 attorneys in California hold approximately 49,000 IOLTA accounts with nearly $5 billion in assets." I found this online at calbar.ca.gov.

108.     Attached as <u>Exhibit 335</u> is a true and correct copy of the caption page to Orange County Superior Court Case No. 30-2021-01237499. I filed this complaint promptly after receiving my claim denial letter from The State Bar of California dated November 12, 2021, in Exhibit <u>187</u>.

109.     I amended my December 21, 2021, complaint in <u>Exhibit 335</u> on May 2, 2022 as shown in <u>Exhibit 323</u>. I tried to remove the case to U.S. Central District Court but it was remanded for procedural failures, so I intend to file a new RICO case under different theories. I cannot obtain fair adjudication in Orange County Superior Court without a neutral, federal judge presiding as I've already shown ongoing racketeering including conviction of a clerk in 2017 in <u>Exhibit 13</u>.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY. I AM SIGNING THIS DECLARATION FROM OCEANSIDE, CALIFORNIA.

January 28, 2023                          _____

Justin S. Beck

16                                      3:22-CV-01616-BAS-DDL

**FILED**

JAN 3 0 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## PROOF OF SERVICE

I, Justin S. Beck, hereby declare: that I am over the age of eighteen years, am not a party to this action and acting in propria persona, and that my address is 3501 Roselle St., Oceanside, CA 92056. On January 28, 2023, I served one copy of the following documents:

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; DECLARATION OF JUSTIN S. BECK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT; EXHIBITS IN SUPPORT OF ELEMENTS; DECLARED DAMAGES AND COMPUTATIONS; EXHIBITS IN SUPPORT OF DAMAGES**

Participants in the case who are registered CM/ECF users will be served.

**BY ELECTRONIC MAIL by personally transmitting a true copy thereof via an electronic mail service connected to the internet, addressed to the email addresses:**

kcatanzarite@catanzarite.com

charles.tsai@calbar.ca.gov

eli.morgenstern@calbar.ca.gov

suzanne.grandt@calbar.ca.gov

ruben.duran@calbar.ca.gov

AGelectronicservice@doj.ca.gov

amycooper05@yahoo.com

chhiggerson@gmail.com

jim.duffy55@comcast.net

mo.zakhireh@gmail.com

And a Copy By Mail:

State of California
Office of Attorney General
1300 "I" Street
Sacramento, CA 95814

The State Bar of California
Office of General Counsel
180 Howard Street
San Francisco, CA 94105

Catanzarite Law Corporation
2331 W. Lincoln Ave.
Anaheim, CA 92801

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JANUARY 29, 2023

_____
Justin S. Beck

POS1                                8:23-CV-00018-JVS-DFM