# EXHIBIT
# 21

Exhibit 21: 001
22-CV 01616-BAS-DDL

Electronically Filed by Superior Court of California, County of Orange, 07/18/2022 08:00:00 AM.
30-2021-01237499-CU-PN-CJC - ROA #101 - DAVID H. YAMASAKI, Clerk of the Court By R. Brown, Deputy Clerk.

DECLARATION IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT OR IN THE ALTERNATIVE
SUMMARY ADJUDICATION

Justin S. Beck
justintimesd@gmail.com
3501 Roselle St.
Oceanside, California 92056
760-449-2509

*In Pro Per*

## IN THE SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| JUSTIN S. BECK, an individual | Case No: 30-2021-01237499-CU-PN-CJC |
| Plaintiff, | Judge Assigned: Honorable John C. Gastelum |
| v. | **DECLARATION OF JUSTIN S. BECK IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION** |
| THE STATE BAR OF CALIFORNIA, a public corporation and public entity; ANAND KUMAR, an individual employee acting in an official capacity; ELI DAVID MORGENSTERN, an individual employee acting in an official capacity; JOY NUNLEY, an individual employee acting in an official capacity; THE STATE OF CALIFORNIA, a state and public entity; and DOES 1-30 | [Filed with Attached Evidence in Support under Rule 3.1350(c)(4) as Exhibits] |
| | **Hearing Date: October 4, 2022** |
| | **Reservation Number: 73773752** |
| Defendants | **Time: 2:00PM** |
| | Action Filed: December 21, 2021 |
| | Trial Date: None |
| | **Unlimited Civil Case** |

1. I, Justin S. Beck, declare as follows under penalty of perjury.

2. I am over the age of 18. I am a resident of Oceanside, California. I am the plaintiff in the above-entitled matter, *Justin S. Beck v. The State Bar of California, et al.* (OCSC Case No. 30-2021-01237499- CU-PN-CJC).

-1-

DECLARATION OF JUSTIN S. BECK IN SUPPORT OF JUSTIN S. BECK'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

July 14, 2022

Justin Beck

RE:     Catanzarite Law Corporation
        Certificate of Registration No. 09009

Dear Mr. Beck:

Enclosed please find the requested document copies from The State Bar files of the above-referenced law corporation and limited liability partnership along with a certification to their authenticity.

The charge for a document request is ten cents per page with a minimum fee of $5.00. These documents copies are 163 pages, (including 2 page letter), therefore, the fees associated with your requests are **$16.30**.

Please make your check payable to The State Bar of California and remit your payment, along with a copy of this letter to the above address.

If you have any questions, please contact me at (415) 538-2459.

Sincerely,

Brandi Holmes
Program Supervisor
Attorney Regulation and Consumer Resources

Exhibit 21: 065
22-CV-01616-BAS-DDL



**The State Bar**
**of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION &**
**CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

THIS IS TO CERTIFY:

The undersigned is employed by The State Bar of California, Attorney Regulation and Consumer Resources.   As such, one of my responsibilities is to maintain the records relating to the certification of law corporations and limited liability partnerships by The State Bar of California.

I have this day examined the records maintained by The State Bar of California relating to the certification of "**Catanzarite Law Corporation**", Registration No. 09009.

Please note that the 2022 Annual Renewal Form is not enclosed. Once located we will forward.

Attached hereto and made a part thereof are true copies of public documents from The State Bar records of the law corporation.

Date:   July 14, 2022

*Brandi S. Holmes*

Brandi Holmes
Program Supervisor
Attorney Regulation and Consumer Resources

Exhibit 21: 066
22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1617
1-888-800-3400 · lawcorp@calbar.ca.gov

#11534

FOR OFFICIAL USE ONLY
**RECEIVED**

OK ☑ $ 75           MAY 05 2016
☐ $185    Member Services Center (MSC)
☐ No Ck.    The State Bar of California
                              B-20

## Law Corporation 2015 Annual Report and 2016 Renewal Form

*Submit completed renewal and $75 payment by March 30, 2016.*

### 1) CONTACT INFORMATION

09009 2

Catanzarite Law Corporation
2331 W Lincoln Ave
Anaheim, CA 92801

**RECEIVED MBS**

MAY 11 2016

LC#11534, $75
JL

### 1) CONTACT INFORMATION

*Make Changes Here*

Contact Name: _____
Corp. Address: _____
Corp. Address 2: _____
City: _____
State: _____ Zip: _____ + ____

*Please provide the additional contact information below.*

E-mail: *mvillanueva @ catanzarite.com*  Phone: (714) 520-5544

### 2) NUMBER OF ATTORNEYS COVERED

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

TOTAL NUMBER OF ATTORNEYS COVERED    | 5 |    **THIS BOX MUST BE COMPLETED**

### 3) LAW CORPORATION NAME CHANGE    ☐ Yes  ☑ No

New Corporate Name: _____

Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original endorsed articles from the Secretary of State's Office.

☐ A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐ A newly executed Declaration of Compliance with Rule 1-400, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

### 4) AMENDMENTS

(Made between January 1, 2015 and the date of the filing of this report)
a) Law Corporation Articles of Incorporation    ☐ Yes  ☑ No
   (For reasons other than a name change)

   ☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State.
      You MUST include the original endorsed articles from the Secretary of State's Office.

b) By-laws: (as they relate to Law Corporation Rule 3.157.)    ☐ Yes  ☑ No

   ☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. Secretary's signature must be original.

MSC-LC2016REG

Exhibit 21: 200
22-CV-01616-BAS-DDL    4

## 5) SHAREHOLDERS

Have there been any unreported changes in Shareholders between January 1, 2015 and the date of the filing of this report?  ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |

Note: If Shareholders are added or omitted, a new law corporation guarantee must be submitted.

## 6) DIRECTORS

Have there been any unreported changes in Directors between January 1, 2015 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)  ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 7) OFFICERS

Have there been any unreported changes in Officers between January 1, 2015 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders.  See California Corporations Code §13403)  ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  OMITTED OFFICERS MUST BE REPLACED

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

## 8) ATTORNEY EMPLOYEES

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2015 and the date of the filing of this report?  ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

Note: If the number of employees has changed, a new law corporation guarantee may need to be submitted.

MSC-LC2016REG

Page 2 of 4

## 9) LAW PRACTICE BUSINESS RELATIONSHIPS

**a) Law Corporations:** Have there been any unreported changes in the law practice business relationship between the law corporation and other law corporations between January 1, 2015 and the date of filing of this report?  ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ |  |  |  |  |  |  |

**b) Limited Liability Partnerships:** Have there been any unreported changes in the law practice business relationship between the law corporation and any Limited Liability Partnerships between January 1, 2015 and the date of filing of this report?  ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ |  |  |  |  |  |  |

**c) Other Entities or Individuals:** Have there been any unreported changes in the law practice business relationship between the law corporation and entities or individuals (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2015 and the date of the filing of this report?

Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.  ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ ☐ |  |  |  |  |  |  |  |

Note: Changes to this section generally will require submission of a new law corporation guarantee.

## 10) GUARANTEE FOR CLAIMS

Please complete the following checklist:

**a) Standard Law Corporation Guarantee.**
1) Has a previously unreported name change been submitted?  ☐ Yes  ☑ No
2) Are there any unreported changes in shareholders between January 1, 2015 and the filing of this report (See Section #5)?  ☐ Yes  ☑ No
3) Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?  ☐ Yes  ☑ No

If you answered yes to any of questions 1-3 and you are a sole shareholder corporation you must execute a new "Standard Law Corporation Guarantee C-1"

**b) Partnership Guarantee.** Law Corporations in partnership with other registered Law Corporations execute a "Standard Law Corporation Guarantee for Law Corporations Practicing in Partnership with Other Law Corporations."

4) Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?  ☐ Yes  ☑ No
5) Have there been any changes in the individual corporations of the partnership as described in Section #9-e?  ☐ Yes  ☑ No

If you are a law corporation practicing in partnership with other registered law corporations and you answered yes to any of questions 1-5, you must execute a new "Standard Law Corporation for Law Corporations Practicing in Partnership with other Law Corporations C-2"

MSC-LC2016REG

Exhibit 21, 202

22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

"**Date Effective**" to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

"**Date Executed**" is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2015 Annual Report and 2016 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California
Law Corporations
Department 05610
P.O. Box 39000
San Francisco, CA 94139-5610**

Send non-USPS overnight submissions to: The State Bar of California, Attn: Law Corporations, 180 Howard Street, San Francisco, CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. Thank you.

✓ Completed form and $75 payment are due by March 30, 2016.
✓ All payments should be made payable to "The State Bar of California" and are non-refundable.

**13) DECLARATION**

I am licensed to practice law in _CALIFORNIA_   and I am a Shareholder and   _PRESIDENT_
(Jurisdiction(s))                                                          (Title of corporate officer ie Pres., Treas., Sec.)

of _CATANZARITE LAW CORPORATION_   and as such make this declaration for and on behalf of said
(Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed: _5/2/16_

Original Signature: _____

Type or Print Name: _KENNETH J. CATANZARITE_

MSC-LC2016REG

Page 4 of 4    **STOP**

**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1617
1-888-800-3400 · lawcorp@calbar.ca.gov

*TIMELY* ß44

**Law Corporation 2016 Annual Report and 2017 Renewal Form**

✓#*12415* AC

FOR OFFICIAL USE ONLY
**RECEIVED**

Submit completed form and $75 payment by March 30, 2017.
Renewals postmarked after May 3, 2017 must include $185 payment

NB
☑  $ 75        MAY 0 8 2017
☐  $185       Member Services Center (MSC)
☐  No Ck.     The State Bar of California

## 1) CONTACT INFORMATION

09009 2
Catanzarite Law Corporation
2331 W Lincoln Ave
Anaheim CA 92801

*RECEIVED MSC*
*MAY 10 2017*

### 1) CONTACT INFORMATION

Contact Name: _____
Corp. Address: _____
Corp. Address 2: _____
City: _____
State: _____ Zip: _____ +

*Make Changes Here*

*Please provide the additional contact information below.*

E-mail  mvillanueva @catanzarite.com          Phone: (714) 528-6544

## 2) NUMBER OF ATTORNEYS COVERED

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

TOTAL NUMBER OF ATTORNEYS COVERED    ｜ 5 ｜    **THIS BOX MUST BE COMPLETED**

## 3) LAW CORPORATION NAME CHANGE ━━━━━━  ☐ Yes  ☑ No

New Corporate Name: _____

Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:

☐  An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You MUST include the original endorsed articles from the Secretary of State's Office.

☐  A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐  A newly executed Declaration of Compliance with Rule 1-400, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

## 4) AMENDMENTS

(Made between January 1, 2016 and the date of the filing of this report)
a) **Law Corporation Articles of Incorporation**    ☐ Yes  ☑ No
   (For reasons other than a name change)

   ☐  An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. You MUST include the original endorsed articles from the Secretary of State's Office.

b) **By-laws: (as they relate to Law Corporation Rule 3.157.)**    ☐ Yes  ☑ No

   ☐  Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. Secretary's signature must be original.

MSC-LC2017REG

Page 1 of 4    **OVER** ➤

Exhibit

22-CV-01616-BAS-DDL
4

## 5) SHAREHOLDERS

Have there been any unreported changes in Shareholders between January 1, 2016 and the date of the filing of this report?   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|-----------|--|---------------------|-----------------------------------------------|--------------------------------|--------------------------|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |

Note:  If Shareholders are added or omitted, a new law corporation guarantee must be submitted.

## 6) DIRECTORS

Have there been any unreported changes in Directors between January 1, 2016 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|-----------|--|------------------|-----------------------------------------------|--------------------------------|--------------------------|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 7) OFFICERS

Have there been any unreported changes in Officers between January 1, 2016 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders.  See California Corporations Code §13403)   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  OMITTED OFFICERS MUST BE REPLACED

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|-----------|--|-----------------|-----------------------------------|-----------------------------------------------|--------------------------------|--------------------------|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

## 8) ATTORNEY EMPLOYEES

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2016 and the date of the filing of this report?   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|-----------|--|------------------|-----------------------------------------------|--------------------------------|--------------------------|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

Note:  If the number of employees has changed, a new law corporation guarantee may need to  be submitted.

Page 2 of 4

Exhibit 21: 205

22-CV-01616-BAS-DDL

**9) LAW PRACTICE BUSINESS RELATIONSHIPS** ──────────────

**a) Law Corporations:** Have there been any unreported changes in the law practice business relationship between the law corporation and other law corporations between January 1, 2016 and the date of filing of this report?     ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

**b) Limited Liability Partnerships:** Have there been any unreported changes in the law practice business relationship between the law corporation and any Limited Liability Partnerships between January 1, 2016 and the date of filing of this report?     ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | |

**c) Other Entities or Individuals:** Have there been any unreported changes in the law practice business relationship between the law corporation and entities or individuals (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2016 and the date of the filing of this report?

**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**     ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ ☐ | | | | | | | |

**Note: Changes to this section generally will require submission of a new law corporation guarantee.**

**10) GUARANTEE FOR CLAIMS** ──────────────

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3. If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

**a) Standard Law Corporation Guarantee.**
1) Has a previously unreported name change been submitted?     ☐ Yes  ☑ No
2) Are there any unreported changes in shareholders between January 1, 2016 and the filing of this report (See Section #5)?     ☐ Yes  ☑ No
3) Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?     ☐ Yes  ☑ No

**b) Partnership Guarantee.**
4) Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?     ☐ Yes  ☑ No
5) Have there been any changes in the individual corporations of the partnership as described in Section #9-a?     ☐ Yes  ☑ No

If you answered yes to any of the questions above, you should submit a new guarantee. If you answered no to all these questions, do not submit a new guarantee. Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2. All others should submit Attachment C-1.



## 11 ) CALCULATING YOUR GUARANTEE AMOUNTS

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

**"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

**"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

## 12) SUBMISSION AND PAYMENT INFORMATION

Mail the Law Corporation 2016 Annual Report and 2017 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California**
**Law Corporations**
**Department 05610**
**P.O. Box 39000**
**San Francisco, CA 94139-5610**
Send non-USPS overnight submissions to: The State Bar of California, Attn: Law Corporations, 180 Howard Street, San Francisco, CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. Thank you.

- ✓ **Completed form and $75 payment must be postmarked by May 3, 2017. Renewals postmarked after May 3, 2017 must include a $185 payment.**
- ✓ **To avoid suspension, submissions must be postmarked by July 17, 2017.**
- ✓ **All payments should be made payable to "The State Bar of California" and are non-refundable.**

## 13) DECLARATION

I am licensed to practice law in _CALIFORNIA_         and I am a Shareholder and        _PRESIDENT_
                                      (Jurisdiction(s))                                     (Title of corporate officer ie Pres., Treas., Sec.)

of _CATANZARITE  LAW  CORPORATION_         and as such make this declaration for and on behalf of said
          (Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed: _____

Original Signature: _____

Type or Print Name: _KENNETH  J.  CATANZARITE_

MSC-LC2017REG

Page 4 of 4    **STOP**

Exhibit 21: 207

22-CV-01616-BAS-DDL

THE STATE BAR OF CALIFORNIA
**Law Corporations - Dept 05610**
P.O. Box 39000
San Francisco, CA 94139-5610
1-888-800-3400 · lawcorp@calbar.ca.gov

*LATE*

✓ # 13148

FOR OFFICIAL USE ONLY

**RECEIVED**

JUL 3 0 2018

Member Services Center (MSC)
The State Bar of California

☐ $ 75
☑ $185
☐ No Ck.

## Law Corporation 2017 Annual Report and 2018 Renewal Form

*Submit completed form and $75 payment by April 2, 2018.*
*Renewals postmarked after May 4, 2018 must include $185 payment*

### 1) CONTACT INFORMATION

Catanzarite Law Corporation
2331 W Lincoln Ave

Anaheim, CA 92801

**RECEIVED MBS**

AUG 09 2018

CA
CLA # 13148
9185
BG

09009      2

**1) CONTACT INFORMATION**

Contact Name: _____

Corp. Address: _____

Corp. Address 2: _____

City: _____

State: _____   Zip: _____

*Make Changes Here*

*Please update or provide the additional contact information below.*

E-mail  mvillanueva@catanzarite.com          Phone:      (714) 520-5544

### 2) NUMBER OF ATTORNEYS COVERED

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

TOTAL NUMBER OF ATTORNEYS COVERED       [ 5 ]     **THIS BOX MUST BE COMPLETED**

### 3) LAW CORPORATION NAME CHANGE                    ☐ Yes    ☑ No

New Corporate Name: _____

Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:

☐ An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. You **MUST include the original endorsed articles from the Secretary of State's Office.**

☐ A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐ A newly executed Declaration of Compliance with Rule 1-400, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

### 4) AMENDMENTS

(Made between January 1, 2017 and the date of the filing of this report)
a)  **Law Corporation Articles of Incorporation**            ☐ Yes    ☑ No
    (For reasons other than a name change)

☐ An original certified copy of amended Articles of Incorporation as certified by the Secretary of State.
   **You MUST include the original endorsed articles from the Secretary of State's Office.**

b)  **By-laws:** (as they relate to Law Corporation Rule 3.157.)          ☐ Yes    ☑ No

☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

**5) SHAREHOLDERS** ──────────────────────────────

Have there been any unreported changes in Shareholders between January 1, 2017 and the date of the filing of this report?   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |

Note: If Shareholders are added or omitted, a new law corporation guarantee must be submitted.

**6) DIRECTORS** ──────────────────────────────

Have there been any unreported changes in Directors between January 1, 2017 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS** ──────────────────────────────

Have there been any unreported changes in Officers between January 1, 2017 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders. See California Corporations Code §13403)   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES** ──────────────────────────────

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2017 and the date of the filing of this report?   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

Note: If the number of employees has changed, a new law corporation guarantee may need to be submitted.

MSC-LC2018REG

Exhibit 21: 209
22-CV-01616-BAS-DDL

Page 2 of 4

## 9) LAW PRACTICE BUSINESS RELATIONSHIPS

**a) Law Corporations:** Have there been any unreported changes in the law practice business relationship between the law corporation and other law corporations between January 1, 2017 and the date of filing of this report?  ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | ☐ | ☐ | ☐ | |

**b) Limited Liability Partnerships:** Have there been any unreported changes in the law practice business relationship between the law corporation and any Limited Liability Partnerships between January 1, 2017 and the date of filing of this report?  ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | ☐ | ☐ | ☐ | |

**c) Other Entities or Individuals:** Have there been any unreported changes in the law practice business relationship between the law corporation and entities and individuals (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2017 and the date of the filing of this report?

**Note:** In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.  ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | ☐ | ☐ | ☐ | |

**Note: Changes to this section generally will require submission of a new law corporation guarantee.**

## 10) GUARANTEE FOR CLAIMS

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3. If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

**a) Standard Law Corporation Guarantee.**
1) Has a previously unreported name change been submitted?  ☐ Yes ☑ No
2) Are there any unreported changes in shareholders between January 1, 2017 and the filing of this report (See Section #5)?  ☐ Yes ☑ No
3) Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?  ☐ Yes ☑ No

**b) Partnership Guarantee.**

4) Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?  ☐ Yes ☐ No
5) Have there been any changes in the individual corporations of the partnership as described in Section #9-a?  ☐ Yes ☐ No

If you answered yes to any of the questions above, you should submit a new guarantee. If you answered no to all these questions, do not submit a new guarantee. Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2. All others should submit Attachment C-1

MSC-LC2018REG



Page 3 of 4   **OVER** ➤

Exhibit 21, 210

22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

"**Date Effective**" to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

"**Date Executed**" is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2017 Annual Report and 2018 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California**
**Law Corporations**
**Department 05610**
**P.O. Box 39000**
**San Francisco, CA 94139-5610**
Send non-USPS overnight submissions to: The State Bar of California, Attn: Law Corporations, 180 Howard Street, San Francisco, Ca 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment. The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. Thank you.

✓ **Completed form and $75 payment must be postmarked by May 4, 2018. Renewals postmarked after May 4, 2018 must include a $185 payment.**
✓ **To avoid suspension, submissions must be postmarked by July 19, 2018.**
✓ **All payments should be made payable to "The State Bar of California" and are non-refundable.**

**13) DECLARATION**

I am licensed to practice law in CA _____ and I am a Shareholder and President _____
               (Jurisdiction(s))                             (Title of corporate officer ie Pres., Treas., Sec.)

of  Catanzarite Law Corporation _____ and as such make this declaration for and on behalf of said
       (Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed:  07/26/2018

Original Signature:

Type or Print Name:  Kenneth J. Catanzarite

MSC-LC2018REG

Page 4 of 4   **STOP**

Exhibit 21: 211

22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
180 Howard Street · San Francisco, CA 94105-1617
1-888-800-3400 · lawcorp@calbar.ca.gov

## Law Corporation 2018 Annual Report and 2019 Renewal Form

*Submit completed form and $75 payment by April 2, 2019.*
*Renewals postmarked after May 3, 2019 must include $185 payment*

| FOR OFFICIAL USE ONLY |
|---|
| **RECEIVED** |
| ☐ $ 75    **APR 09 2019** |
| ☐ $185   Member Services Center (MSC) |
| ☐ No Ck.   The State Bar of California |

### 1) CONTACT INFORMATION

Catanzarite Law Corporation

2331 W Lincoln Ave

Anaheim, CA 92801

09009      2

### 1) CONTACT INFORMATION

Contact Name: Kenneth J. Catanzarite

Corp. Address: _____

Corp. Address 2: _____

City: _____

State: _____   Zip: _____ - ___

*Make Changes Here*

---

*Please provide additional contact information below.*

E-mail  mvillanueva@catanzarite.com                    Phone:    (714) 520-5544

### 2) NUMBER OF ATTORNEYS COVERED

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the law corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

TOTAL NUMBER OF ATTORNEYS COVERED     **5**     **THIS BOX MUST BE COMPLETED**

### 3)  LAW CORPORATION NAME CHANGE ——————  ☐ Yes   ☑ No

New Corporate Name: _____

**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐  An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. **You MUST include the original endorsed articles from the Secretary of State's Office.**

☐  A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐  A newly executed Declaration of Compliance with Rule 7.5, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

### 4)  AMENDMENTS

(Made between January 1, 2018 and the date of the filing of this report)
**a)  Law Corporation Articles of Incorporation**      ☐ Yes   ☑ No
(For reasons other than a name change)

☐  An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. **You MUST include the original endorsed articles from the Secretary of State's Office.**

**b)  By-laws: (as they relate to Law Corporation Rule 3.157. )**      ☐ Yes   ☑ No

☐  Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

MSC-LC2019REG

| Page 1 of 4 | **OVER** |

Exhibit 21: 212
22-CV-01616-BAS-DDL

**5) SHAREHOLDERS**

Have there been any unreported changes in Shareholders between January 1, 2018 and the date of the filing of this report?   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |

Note:  If Shareholders are added or omitted, a new law corporation guarantee must be submitted.

**6) DIRECTORS**

Have there been any unreported changes in Directors between January 1, 2018 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders.  See California Corporations Code §13403)   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS**

Have there been any unreported changes in Officers between January 1, 2018 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders.  See California Corporations Code §13403)   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES**

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2018 and the date of the filing of this report?   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

Note:  If the number of employees has changed, a new law corporation guarantee may need to  be submitted.

MSC-LC2019REG

Page 2 of 4

## 9) LAW PRACTICE BUSINESS RELATIONSHIPS

**a) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2018 and the date of filing of this report?  ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | ☐ | ☐ | ☐ | |

**b) Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2018 and the date of filing of this report?  ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | ☐ | ☐ | ☐ | |

**c) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **entities** or **individuals** (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2018 and the date of the filing of this report?

**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**  ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐  ☐ | | | | ☐ | ☐ | ☐ | |

**Note: Changes to this section generally will require submission of a new law corporation guarantee.**

## 10) GUARANTEE FOR CLAIMS

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3. If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

**a) Standard Law Corporation Guarantee.**

1) Has a previously unreported name change been submitted?  ☐ Yes  ☑ No

2) Are there any unreported changes in shareholders between January 1, 2018 and the filing of this report (See Section #5)?  ☐ Yes  ☑ No

3) Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?  ☐ Yes  ☑ No

**b) Partnership Guarantee.**

4) Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?  ☐ Yes  ☐ No

5) Have there been any changes in the individual corporations of the partnership as described in Section #9-a?  ☐ Yes  ☐ No

If you answered yes to any of the questions above, you should submit a new guarantee. If you answered no to all these questions, do not submit a new guarantee. Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2. All others should submit Attachment C-1.

MSC-LC2019REG

Page 3 of 4   **OVER** ➤

Exhibit 21: 214
22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation.  (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year**: Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

> **"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:
>
> - The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
> - The date a shareholder was added. (See Section #5)
> - The date a shareholder was omitted. (See Section #5)
> - The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
> - The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
> - The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)
>
> **"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2018 Annual Report and 2019 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California**
**Law Corporations**
**Department 05610**
**P.O. Box 39000**
**San Francisco, CA 94139-5610**
Send non-USPS overnight submissions to: The State Bar of California, Attn: Law Corporations, 180 Howard Street, San Francisco, CA 94105

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment.  The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file.  Thank you.

- ✓ **Completed form and $75 payment must be postmarked by May 3, 2019.  Renewals postmarked after May 3, 2019 must include a $185 payment.**
- ✓ **To avoid suspension, submissions must be postmarked by July 19, 2019.**
- ✓ **All payments should be made payable to "The State Bar of California" and are non-refundable.**

**13) DECLARATION**

I am licensed to practice law in  California                    and I am a Shareholder and  President
                                              (Jurisdiction(s))                                                        (Title of corporate officer ie Pres., Treas., Sec.)

of  Catanzarite Law Corporation                                     and as such make this declaration for and on behalf of said
              (Name of Corporation)

corporation.  I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge.  I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed:  02/27/2019

Original Signature:

Type or Print Name:  Kenneth J. Catanzarite

MSC-LC2019REG

Page 4 of 4   | **STOP**

THE STATE BAR OF CALIFORNIA
180 Howard Street · San Francisco, CA 94105-1617
1-888-800-3400 · lawcorp@calbar.ca.gov

## Law Corporation 2019 Annual Report and 2020 Renewal Form

*Submit completed form and $75 payment by April 1, 2020.*
*Renewals postmarked after May 4, 2020 must include $185 payment*

FOR OFFICIAL USE ONLY

**RECEIVED**

OCT 0 2 2020

Member Services Center (MSC)
The State Bar of California

☐ $ 75
☐ $185
☐ No Ck.

### 1) CONTACT INFORMATION

Catanzarite Law Corporation
2331 W Lincoln Ave

Anaheim, CA 92801

09009      2

### 1) CONTACT INFORMATION

Make Changes Here

Contact Name: _____

Corp. Address: _____

Corp. Address 2: _____

City: _____

State: _____      Zip: _____

*Please provide additional contact information below.*

E-mail  mvillanueva@catanzarite.com          Phone:    (714) 520-5544

### 2) NUMBER OF ATTORNEYS COVERED

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**TOTAL NUMBER OF ATTORNEYS COVERED**   **5**     **THIS BOX MUST BE COMPLETED**

### 3) LAW CORPORATION NAME CHANGE      ☐ Yes  ☑ No

New Corporate Name: _____
**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐  An original certified copy of amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. **You MUST include the original endorsed articles from the Secretary of State's Office.**

☐  A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐  A newly executed Declaration of Compliance with Rule 7.5, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

### 4) AMENDMENTS

(Made between January 1, 2019 and the date of the filing of this report)
**a)  Law Corporation Articles of Incorporation**      ☐ Yes  ☑ No
(For reasons other than a name change)

☐  An original certified copy of amended Articles of Incorporation as certified by the Secretary of State. **You MUST include the original endorsed articles from the Secretary of State's Office.**

**b)  By-laws: (as they relate to Law Corporation Rule 3.157. )**      ☐ Yes  ☑ No

☐  Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

MSC-LC2020REG

Page 1 of 4   **OVER**

Exhibit 21: 216
22-CV-01616-BAS-DDL

**5) SHAREHOLDERS**

Have there been any unreported changes in Shareholders between January 1, 2019 and the date of the filing of this report?    ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |

**Note: If Shareholders are added or omitted, a new law corporation guarantee must be submitted.**

**6) DIRECTORS**

Have there been any unreported changes in Directors between January 1, 2019 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders.  See California Corporations Code §13403)    ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS**

Have there been any unreported changes in Officers between January 1, 2019 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders.  See California Corporations Code §13403)    ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES**

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2019 and the date of the filing of this report?    ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One Add | Omit | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**Note:  if the number of employees has changed, a new law corporation guarantee may need to  be submitted.**

MSC-LC2020REG

Page 2 of 4

Exhibit 21: 217
22-CV-01616-BAS-DDL

**9)  LAW PRACTICE BUSINESS RELATIONSHIPS**

**a) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2019 and the date of filing of this report?   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add  Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | ☐ | ☐ | ☐ | |

**b) Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2019 and the date of filing of this report?   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add  Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | ☐ | ☐ | ☐ | |

**c) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **entities** or **individuals** (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2019 and the date of the filing of this report?

**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**   ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add  Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐  ☐ | | | | ☐ | ☐ | ☐ | |

**Note:  Changes to this section generally will require submission of a new law corporation guarantee.**

## 10) GUARANTEE FOR CLAIMS

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3.  If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

**a)  Standard Law Corporation Guarantee.**

1)  Has a previously unreported name change been submitted?   ☐ Yes  ☑ No

2)  Are there any unreported changes in shareholders between January 1, 2019 and the filing of this report (See Section #5)?   ☐ Yes  ☑ No

3)  Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?   ☐ Yes  ☑ No

**b) Partnership Guarantee.**

4)  Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?   ☐ Yes  ☐ No

5)  Have there been any changes in the individual corporations of the partnership as described in Section #9-a?   ☐ Yes  ☐ No

If you answered yes to any of the questions above, you should submit a new guarantee.  If you answered no to all these questions, do not submit a new guarantee. Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2. All others should submit Attachment C-1.

Page 3 of 4   **OVER** ➤

Exhibit 21: 218
22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS** ━━━━━━━━━━━━━━━━━━━━━

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year**: Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

"Date Effective" to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

"Date Executed" is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION** ━━━━━━━━━━━━━━━━━━━━━

Mail the Law Corporation 2019 Annual Report and 2020 Renewal Form in the enclosed envelope to the following address:

**The State Bar of California**
**Law Corporations**
**Department 05610**
**P.O. Box 39000**
**San Francisco, CA 94139-5610**
Send non-USPS overnight submissions to: Lockbox Services Box 05610, State Bar of California, 3440 Walnut Avenue, Bldg A, Window H, Fremont CA 94538

If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment.  The copy will be promptly stamped as received and returned to you. Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file.  Thank you.

- ✓ **Completed form and $75 payment must be postmarked by May 4, 2020.  Renewals postmarked after May 4, 2020 must include a $185 payment.**
- ✓ **To avoid suspension, submissions must be postmarked by July 20, 2020.**
- ✓ **All payments should be made payable to "The State Bar of California" and are non-refundable.**

**13) DECLARATION** ━━━━━━━━━━━━━━━━━━━━━

I am licensed to practice law in <u>California</u> and I am a Shareholder and <u>President</u>
                                             (Jurisdiction(s))                                               (Title of corporate officer ie Pres., Treas., Sec.)

of <u>Catanzarite Law Corporation</u> and as such make this declaration for and on behalf of said
                                (Name of Corporation)

corporation.  I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge.  I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed: <u>05/05/2020</u>

Original Signature:

Type or Print Name: <u>Kenneth J. Catanzarite</u>

MSC-LC2020REG

| Page 4 of 4 | **STOP** |

**THE STATE BAR OF CALIFORNIA**
888-800-3400 · lawcorp@calbar.ca.gov

## Law Corporation 2020 Annual Report and 2021 Renewal Form

*Submit completed form and $75 payment by March 30, 2021.*
*Renewals postmarked after May 3, 2021 must include $185 payment*

FOR OFFICIAL USE ONLY

**RECEIVED**

JUL 2 6 2021

Member Services Center (MSC)
The State Bar of California

☐ $ 75
☑ $185
☐ No Ck.

**1) CONTACT INFORMATION**

Catanzarite Law Corporation
2331 W Lincoln Ave

Anaheim CA 92801

09009    2

**1) CONTACT INFORMATION**

Make Changes Here

Contact Name: _____
Corp. Address: _____
Corp. Address 2: _____
City: _____
State: _____  Zip: _____

*Please provide additional contact information below.*

Email   mvillanueva@catanzarite.com          Phone:          (714) 520-5544

**2) NUMBER OF ATTORNEYS COVERED**

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**TOTAL NUMBER OF ATTORNEYS COVERED**    **5**    **THIS BOX MUST BE COMPLETED**

**3) LAW CORPORATION NAME CHANGE**    ☐ Yes   ☑ No

New Corporate Name: _____

**Please note that the State Bar must approve all law corporation names. To request a name change, you must attach the following:**

☐ An endorsed copy of the amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. **You MUST include the endorsed articles from the Secretary of State's Office.**

☐ A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐ A newly executed Declaration of Compliance with Rule 7.5, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

**4) AMENDMENTS**

(Made between January 1, 2020 and the date of the filing of this report)
a) **Law Corporation Articles of Incorporation**    ☐ Yes   ☑ No
(For reasons other than a name change)

☐ An endorsed copy of amended Articles of Incorporation as certified by the Secretary of State. **You MUST include the endorsed articles from the Secretary of State's Office.**

b) **By-laws: (as they relate to Law Corporation Rule 3.157.)**    ☐ Yes   ☑ No

☐ Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

Page 1 of 4    **OVER**

Exhibit
22-CV-01616-BAS-DDL

4

**5) SHAREHOLDERS**

Have there been any unreported changes in Shareholders between January 1, 2020 and
the date of the filing of this report?                                                    ☐ Yes  ☑ No

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |

**Note:  If Shareholders are added or omitted, a new law corporation guarantee must be submitted.**

**6) DIRECTORS**

Have there been any unreported changes in Directors between January 1, 2020 and
the date of the filing of this report? (Note: All Directors of the Law Corporation must be          ☐ Yes  ☑ No
shareholders. See California Corporations Code §13403)

If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**7) OFFICERS**

Have there been any unreported changes in Officers between January 1, 2020 and the date
of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers    ☐ Yes  ☑ No
must also be shareholders.  See California Corporations Code §13403)

If Yes, indicate change(s) and effective date(s) below.  **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

**8) ATTORNEY EMPLOYEES**

Have there been any unreported changes in employees practicing law on behalf
of the corporation between January 1, 2020 and the date of the filing of this report?                  ☐ Yes  ☑ No
If Yes, indicate change(s) and effective date(s) below.  Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) In Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**Note:  If the number of employees has changed, a new law corporation guarantee may need to be submitted.**

MSC-LC2021REG

Exhibit 21-221
Page 2 of 4
22-CV-01616-BAS-DDL

**9)  LAW PRACTICE BUSINESS RELATIONSHIPS** ─────────────────────────

**a) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2020 and the date of filing of this report?    ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add  Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | ☐ | ☐ | ☐ | |

**b) Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2020 and the date of filing of this report?    ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add  Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐  ☐ | | | ☐ | ☐ | ☐ | |

**c) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **entities** or **Individuals** (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2020 and the date of the filing of this report?    ☐ Yes ☑ No

**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐ Additional Sheets are attached

| Check One Add  Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐  ☐ | | | | ☐ | ☐ | ☐ | |

**Note: Changes to this section generally will require submission of a new law corporation guarantee.**

**10) GUARANTEE FOR CLAIMS** ───────────────────────────────

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3. If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

**a)  Standard Law Corporation Guarantee.**
1)  Has a previously unreported name change been submitted?    ☐ Yes ☑ No
2)  Are there any unreported changes in shareholders between January 1, 2020 and the filing of this report (See Section #5)?    ☐ Yes ☑ No
3)  Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?    ☐ Yes ☑ No

**b)  Partnership Guarantee.**
4)  Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?    ☐ Yes ☐ No
5)  Have there been any changes in the individual corporations of the partnership as described in Section #9-a?    ☐ Yes ☐ No

If you answered yes to any of the questions above, you should submit a new guarantee. If you answered no to all these questions, do not submit a new guarantee. Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2. All others should submit Attachment C-1.

MSC-LC2021REG

22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

**"Date Effective"** to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

**"Date Executed"** is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2020 Annual Report and 2021 Renewal Form in the enclosed envelope to the following address:

**(For standard mail)**
**The State Bar of California**
**Law Corporations**
**Department 05610**
**P.O. Box 39000**
**San Francisco, CA 94139-5610**

or

**(For overnight payments)**
**Lockbox Services Box 05610**
**State Bar of California**
**3440 Walnut Avenue, Bldg A,**
**Window H Fremont CA 94538**

**Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment.**

✓ Completed form and $75 payment are due March 30, 2021, but we will accept forms and payments as timely until May 3, 2021. Forms postmarked after May 3, 2021 must include a $185 payment.
✓ To avoid suspension, submissions must be postmarked by July 23, 2021.
✓ All payments should be made payable to "The State Bar of California" and are non-refundable.

**13) DECLARATION**

I am licensed to practice law in California ___ and I am a Shareholder and President ___

(Jurisdiction(s))    (Title of corporate officer ie Pres., Treas., Sec.)

of Catanzarite Law Corporation ___ and as such make this declaration for and on behalf of said

(Name of Corporation)

corporation.  I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge.  I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed: 07/20/2021 ___

Original Signature: ___

Type or Print Name:  Kenneth J. Catanzarite ___

MSC-LC2021REG

Page 4 of 4    **STOP**

Exhibit

22-CV-01616-BAS-DDL

**THE STATE BAR OF CALIFORNIA**
888-800-3400 · lawcorp@calbar.ca.gov

**Law Corporation 2021 Annual Report and 2022 Renewal Form**

*Submit completed form and $75 payment by March 30, 2022.*
*Renewals postmarked after May 3, 2022 must include $185 payment*

FOR OFFICIAL USE ONLY
**RECEIVED**
FEB 2 8 2022
Member Services Center (MSC)
The State Bar of California

☐ $ 75
☐ $185
☐ No Ck.

**1) CONTACT INFORMATION**
Catanzarite Law Corporation
2331 W Lincoln Ave

Anaheim, CA 92801

09009     2

**1) CONTACT INFORMATION**

Make Changes Here

Contact Name: Kenneth J. Catanzarite
Corp. Address: _____
Corp. Address 2: _____
City: _____
State: _____ Zip: _____ - _____

*Please provide additional contact information below.*

Email mvillanueva@catanzarite.com          Phone:   (714) 520-5544

**2) NUMBER OF ATTORNEYS COVERED**

Number of attorneys covered by the Law Corporation Guarantee for security, which means all attorneys with whom the law corporation has established a law practice relationship of a continuous nature or who are held out by the corporation as being available to practice law on its behalf. This includes all shareholders, attorneys practicing in a partnership (including a limited liability partnership) or association in which the corporation practices; attorney employees; "of counsel"; contract attorneys; part-time attorneys and persons who practice law on behalf of the corporation in other jurisdictions even if such members are not admitted to practice law in California:

**TOTAL NUMBER OF ATTORNEYS COVERED**     5     **THIS BOX MUST BE COMPLETED**

**3)  LAW CORPORATION NAME CHANGE** ———————     ☐ Yes   ☑ No

New Corporate Name: _____
**Please note that the State Bar must approve all law corporation names.  To request a name change, you must attach the following:**

☐  An endorsed copy of the amended Articles of Incorporation reflecting the new name as certified by the Secretary of State. **You MUST include the endorsed articles from the Secretary of State's Office.**

☐  A new Standard Law Corporation Guarantee (Form C-1 or C-2) reflecting the new name, with date effective as of the date amended Articles were filed.

☐  A newly executed Declaration of Compliance with Rule 7.5, Rules of Professional Conduct (Attachment B) - available at calbar.ca.gov.

**4) AMENDMENTS** ———————

(Made between January 1, 2021 and the date of the filing of this report)
a)  **Law Corporation Articles of Incorporation**     ☐ Yes   ☑ No
(For reasons other than a name change)

☐  An endorsed copy of amended Articles of Incorporation as certified by the Secretary of State. **You MUST include the endorsed articles from the Secretary of State's Office.**

b)  **By-laws: (as they relate to Law Corporation Rule 3.157.)**     ☐ Yes   ☑ No

☐  Attach ONLY the portions of your law corporation's by-laws that contain language from Rule 3.157. Also attach a signed certification by the secretary of the law corporation that the by-laws are correct copies. **Secretary's signature must be original.**

MSC-LC2022REG

Page 1 of 4   **OVER** ➤

Exhibit 21: 224
22-CV-01616-BAS-DDL

## 5) SHAREHOLDERS

Have there been any unreported changes in Shareholders between January 1, 2021 and the date of the filing of this report?                                           ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Shareholder | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |

**Note: If Shareholders are added or omitted, a new law corporation guarantee must be submitted.**

## 6) DIRECTORS

Have there been any unreported changes in Directors between January 1, 2021 and the date of the filing of this report? (Note: All Directors of the Law Corporation must be shareholders. See California Corporations Code §13403)                    ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.

☐ Additional Sheets are attached

| Check One | | Name of Director | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

## 7) OFFICERS

Have there been any unreported changes in Officers between January 1, 2021 and the date of the filing of this report? (Note: In a law corporation with more than one shareholder, all officers must also be shareholders. See California Corporations Code §13403)          ☐ Yes ☑ No

If Yes, indicate change(s) and effective date(s) below. **OMITTED OFFICERS MUST BE REPLACED**

☐ Additional Sheets are attached

| Check One | | Name of Officer | Office Held (Pres., Treas., Sec.) | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|---|
| Add | Omit | | | | | |
| ☐ | ☐ | | | | | |
| ☐ | ☐ | | | | | |

## 8) ATTORNEY EMPLOYEES

Have there been any unreported changes in employees practicing law on behalf of the corporation between January 1, 2021 and the date of the filing of this report?
If Yes, indicate change(s) and effective date(s) below. Attach additional sheets if necessary.    ☐ Yes ☑ No

☐ Additional Sheets are attached

| Check One | | Name of Employee | Jurisdiction(s) in Which Admitted to Practice | Attorney License/ Member Number | Effective Date of Change |
|---|---|---|---|---|---|
| Add | Omit | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |
| ☐ | ☐ | | | | |

**Note: If the number of employees has changed, a new law corporation guarantee may need to be submitted.**

MSC-LC2022REG

Page 2 of 4

**9)  LAW PRACTICE BUSINESS RELATIONSHIPS**

**a) Law Corporations:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **other law corporations** between January 1, 2021 and the date of filing of this report?   ☐ Yes ☑ No

If Yes,  indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add  Omit | Name of other Law Corporation | State Bar Registration No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐   ☐ | | | ☐ | ☐ | ☐ | |

**b) Limited Liability Partnerships:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and any **Limited Liability Partnerships** between January 1, 2021 and the date of filing of this report?   ☐ Yes ☑ No

If Yes,  indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add  Omit | Name of LLP | State Bar LLP Certification No. | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|
| ☐   ☐ | | | ☐ | ☐ | ☐ | |

**c) Other Entities or Individuals:** Have there been any **unreported** changes in the law practice business relationship between the law corporation and **entities or individuals** (such as contract attorneys) other than law corporations or limited liability partnerships between January 1, 2021 and the date of the filing of this report?

**Note: In addition to naming the entities, you must list the name(s) of all individual attorneys of the entity on a separate sheet.**   ☐ Yes ☑ No

If Yes,  indicate change(s) and effective date(s) below. Attach additional sheets as necessary.

☐  Additional Sheets are attached

| Check One Add  Omit | Name of other Entity or Individual | State Bar Registration No. | Jurisdiction | Partnership | Association | "Of Counsel" | Effective Date of Change |
|---|---|---|---|---|---|---|---|
| ☐   ☐ | | | | ☐ | ☐ | ☐ | |

**Note:  Changes to this section generally will require submission of a new law corporation guarantee.**

**10) GUARANTEE FOR CLAIMS**

Please complete the following checklist. If you are a sole shareholder corporation or a corporation whose shareholders are all individuals, answer questions 1-3.  If you are a law corporation practicing in partnership with other law corporations, answer questions 1-5.

**a)  Standard Law Corporation Guarantee.**

1)  Has a previously unreported name change been submitted?   ☐ Yes ☑ No

2)  Are there any unreported changes in shareholders between January 1, 2021 and the filing of this report (See Section #5)?   ☐ Yes ☑ No

3)  Has the total number of attorneys practicing law on behalf of the corporation increased since your last report to the State Bar. (See Section #2)?   ☐ Yes ☑ No

**b) Partnership Guarantee.**

4)  Have Law Corporations been added to or omitted from the partnership since your last Report to the State Bar (See Section #9-a)?   ☐ Yes ☐ No

5)  Have there been any changes in the individual corporations of the partnership as described in Section #9-a?   ☐ Yes ☐ No

If you answered yes to any of the questions above, you should submit a new guarantee.  If you answered no to all these questions, do not submit a new guarantee.  Law corporations practicing in partnership with other registered law corporations should submit Attachment C-2.  All others should submit Attachment C-1.

MSC-LC2022REG

Page 3 of 4   **OVER** ➤

Exhibit 21: 226
22-CV-01616-BAS-DDL

**11 ) CALCULATING YOUR GUARANTEE AMOUNTS**

**Per Claim:** Multiply the total number of persons practicing law on behalf of the law corporation. (See section #2) by 50,000. If the answer exceeds 500,000, your amount is "$500,000."

**Per Calendar Year:** Multiply the number of persons practicing law on behalf of the law corporation (See section #2) by 100,000. If the total exceeds 5,000,000 your amount is "$5,000,000."

"**Date Effective**" to be inserted on the attached guarantee is the earliest of the following dates:

- The date that the amended Articles of Incorporation setting forth the new name of the corporation were certified by the Secretary of State. (See Section #3 )
- The date a shareholder was added. (See Section #5)
- The date a shareholder was omitted. (See Section #5)
- The date the total number of persons practicing increased to more than the total reported on your last Report to the State Bar. (See Section #2)
- The date a corporation was added to the partnership in which your law corporation practices. (See Section #9)
- The date a corporation was omitted from the partnership in which your law corporation practices. (See Section #9)

"**Date Executed**" is the date the attached guarantee is signed by the shareholder(s) of the corporation.

**12) SUBMISSION AND PAYMENT INFORMATION**

Mail the Law Corporation 2021 Annual Report and 2022 Renewal Form to one of the following new mailing addresses:

| (For Standard Mail) | | (For Overnight Mail) |
|---|---|---|
| The State Bar of California | | Lockbox Services # |
| Law Corporation Renewals | | 0175610 The State Bar of |
| P.O. Box 885610 | or | California Law Corporation |
| Los Angeles, CA 90088-5610 | | Renewals 3440 Flair Drive |
| | | El Monte, CA 91731 |

Upon our review of the Report we will contact you ONLY if there are any deficiencies in the Law Corporation's certification file. If you would like to receive a confirmation of receipt of your Report, please include a self-addressed stamped envelope and a photocopy of the front page of the Report along with your original Report form and payment.

- ✓ Completed form and $75 payment are due March 30, 2022, but we will accept forms and payments as timely until May 3, 2022. Forms postmarked after May 3, 2022 must include a $185 payment.
- ✓ To avoid suspension, submissions must be postmarked by July 20, 2022.
- ✓ All payments should be made payable to "The State Bar of California" and are non-refundable.

**13) DECLARATION**

I am licensed to practice law in <u>California</u> and I am a Shareholder and <u>President</u>
(Jurisdiction(s))                                                                                    (Title of corporate officer ie Pres., Treas., Sec.)

of <u>Catanzarite Law Corporation</u> and as such make this declaration for and on behalf of said
(Name of Corporation)

corporation. I have read the foregoing report and any attachments to it and know the contents thereof, and the same are true of my own knowledge. I declare under penalty of perjury, under the laws of the State of California, that the foregoing and any attachments to it are true and correct.

Date Executed: <u>02/16/2022</u>

Original Signature: _____

Type or Print Name: <u>Kenneth J. Catanzarite</u>

MSC-LC2022REG

Page 4 of 4   **STOP**

Exhibit 21: 227
22-CV-01616-BAS-DDL