# EXHIBIT 28

Exhibit #28: 001
22-CV-01616-BAS-DDL

SUPREME COURT
FILED

SEP 27 2022

Jorge Navarrete Clerk

_____
Deputy

S276517

# IN THE SUPREME COURT OF CALIFORNIA

JUSTIN BECK, Petitioner,

v.

RUBEN DURAN, Respondent,

STATE BAR OF CALIFORNIA, Real Party in Interest.

The petition for review filed on September 21, 2022, is hereby stricken as premature.

CANTIL-SAKAUYE
*Chief Justice*

Exhibit #28-002
3:22-cv-01616-BAS-DDL