EXHIBIT 61

**SUPREME COURT FILED**

NOV 3 0 2022

Jorge Navarrete Clerk

_____ Deputy

State Bar Antitrust Determination 2022-0001

S276939

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

JUSTIN S. BECK, Petitioner,

v.

RUBEN DURAN, Respondent;

STATE BAR OF CALIFORNIA, Real Party in Interest.

---

The petition for review is denied.

**CANTIL-SAKAUYE**
*Chief Justice*
