EXHIBIT 63

Exhibit #63: 001
22-CV-01616-BAS-DDL

# Appellate Courts Case Information

## CALIFORNIA COURTS
THE JUDICIAL BRANCH OF CALIFORNIA

Change court ⌄

- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions

## Supreme Court

| Case Summary | Docket | Briefs |
| --- | --- | --- |
| Disposition | Parties and Attorneys | Lower Court |

### Docket (Register of Actions)

**BECK v. DURAN (STATE BAR OF CALIFORNIA)**
Division SF
Case Number S276939

| Date | Description | Notes |
| --- | --- | --- |
| 10/18/2022 | Petition for review filed | Petitioner: Justin S. Beck<br>Pro Per |
| 10/18/2022 | Received: | Letter dated October 17, 2022, from State Bar of California. |
| 11/30/2022 | Petition for review denied | |

Click here to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy

© 2022 Judicial Council of California

Exhibit #63 02
22-CV-01616-BAS DL