EXHIBIT 65

Exhibit #65: 001
22-CV-01616-BAS-DDL

# Appellate Courts Case Information

## CALIFORNIA COURTS
### THE JUDICIAL BRANCH OF CALIFORNIA

Change court ⌄

### Supreme Court

| Case Summary | Briefs |
| --- | --- |
| Disposition | Lower Court |
| | Docket |
| | Parties and Attorneys |

- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions

## Docket (Register of Actions)

**BECK v. DURAN (STATE BAR OF CALIFORNIA)**
Division SF
Case Number S276517

| Date | Description | Notes |
| --- | --- | --- |
| 09/17/2022 | Received: | Petition for Review (verification forthcoming) |
| 09/21/2022 | Petition for review filed | Petitioner: Justin S. Beck Pro Per |
| 09/21/2022 | Exhibit(s) lodged | Exhibits 1-3 |
| 09/26/2022 | Exhibit(s) lodged | Exhibit 4 Justin S. Beck, Petitioner Pro Per |
| 09/27/2022 | Petition stricken (case closed) | The petition for review filed September 21, 2022, is hereby stricken as premature. |

Click here to request automatic e-mail notifications about this case.