# EXHIBIT 68

 Gmail	Justin Beck <justintimesd@gmail.com>

## Proof of Service on Office of General Counsel, Board of Trustees, and Private Law Firm

**Justin Beck** <justintimesd@gmail.com>	Mon, Sep 26, 2022 at 10:08 AM
To: "Calanoc, Ines" <Ines.Calanoc@jud.ca.gov>
Cc: "Grandt, Suzanne" <Suzanne.Grandt@calbar.ca.gov>, Ellin.Davtyan@calbar.ca.gov, "Andresen, Carissa" <Carissa.Andresen@calbar.ca.gov>, ruben.duran@bbklaw.com, "Duran, Ruben" <Ruben.Duran@calbar.ca.gov>, hailyn.chen@mto.com, eric.garner@bbklaw.com
Bcc: jose.cisneros@sfgov.org

RE: *Justin S. Beck v. Ruben Duran* (The State Bar of California) S276517

Ms. Calanoc,

Thank you for your call today. I can confirm, and attach for your files, that the petition for review was served on the Office of General Counsel for The State Bar of California as well as its Board of Trustees, and the managing partner for the private law firm Best Best and Krieger.

The petition was served and filed on September 17, 2022 -- and again on September 21, 2022 with accompanying exhibit attachments 1-3. Finally, an additional batch of exhibits were served and filed in case the Court is unable to judicially notice other evidence referenced.

All parties were thus served the petition and the exhibit files marked [1 to 3] and then [4 of 3] with an added verification.

Sincerely,

Justin S. Beck

---

**Justin Beck**
**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

📎 **POS Binder for Supreme Court.pdf**
99K