EXHIBIT 70

Exhinit #70: 001
22-CV-01616-BAS-DDL

| CA Supreme Court<br>Court Name | **PROOF OF SERVICE** | TEMP-K2BJYS7X<br>Case Number |
|---|---|---|

1.  At the time of service, I was at least 18 years of age.
2.  My email address used to e-serve: **justintimesd@gmail.com**
3.  I served a copy of the following document(s) indicated below:

Title(s) of documents served:

**ISI_CASE_INIT_FORM_DT:** Case Initiation Form

**PETITION FOR REVIEW TO EXHAUST STATE REMEDIES:** PublicAntitrustReview

| Person Served | Service Address | Type | Service Date |
|---|---|---|---|
| Ruben Duran | ruben.duran@calbar.ca.gov | e-Serve | 09-17-2022  09:34:34 AM |
| | | | 0e6ebb2f-ee88-4b2e-b565-43e8a915c2cf |
| Suzanne Grandt | suzanne.grandt@calbar.ca.gov | e-Serve | 09-17-2022  09:34:34 AM |
| | | | cecff9ce-2853-45a6-b247-b0a53b23c8e1 |
| Hailyn Chen | hailyn.chen@mto.com | e-Serve | 09-17-2022  09:34:34 AM |
| | | | 9783fa71-b9a2-45f3-ad54-57340d6a71a0 |
| Attorney General | agelectronicservice@doj.ca.gov | e-Serve | 09-17-2022  09:34:34 AM |
| | | | 09c41b56-9395-4d06-953e-4dcdf2a4e126 |
| Federal Trade Commission | electronicfilings@ftc.gov | e-Serve | 09-17-2022  09:34:34 AM |
| | | | ff64ceaa-1097-43a2-867a-6f1169402d85 |

TrueFiling created, submitted and signed this proof of service on my behalf through my agreements with TrueFiling.
The contents of this proof of service are true to the best of my information, knowledge, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

09-17-2022
Date

/s/Justin Beck
Signature

Beck, Justin (Pro Per)
Last Name, First Name (Attorney Number)

Firm Name

Exhinit #70: 002
22-CV-01616-BAS-DDL

| CA Supreme Court | **PROOF OF SERVICE** | TEMP-91D3Y0WP |
|---|---|---|
| Court Name | | Case Number |

1. At the time of service, I was at least 18 years of age.
2. My email address used to e-serve: **justintimesd@gmail.com**
3. I served a copy of the following document(s) indicated below:

Title(s) of documents served:

**ISN_CASE_INIT_FORM_DT:** Case Initiation Form

**PETITION FOR REVIEW TO EXHAUST STATE REMEDIES:** Justin S. Beck v. Ruben Duran (S_____)

**ADDITIONAL DOCUMENTS:** Supreme Court Exhibits [1 of 3]

**ADDITIONAL DOCUMENTS:** Supreme Court Exhibits [2 of 3]

**ADDITIONAL DOCUMENTS:** Supreme Court Exhibits [3 of 3]

| Person Served | Service Address | Type | Service Date |
|---|---|---|---|
| Ruben Duran | ruben.duran@bbklaw.com | e-Serve | 09-21-2022 11:48:25 AM |
| | | | 3f26b7e5-f42a-43b5-bbd9-1c79eaf4624c |
| Suzanne Grandt | suzanne.grandt@calbar.ca.gov | e-Serve | 09-21-2022 11:48:25 AM |
| | | | 1f9ee91a-1b54-46ef-96b4-799e9d7b7b4c |
| Office of Attorney General | agelectronicservice@do?.ca.gov | e-Serve | 09-21-2022 11:48:25 AM |
| | | | 0387f825-18c6-445d-a59f-bb982a51e164 |
| Federal Trade Commission | antitrust@ftc.gov | e-Serve | 09-21-2022 11:48:25 AM |
| | | | 954c6c55-4f97-4bdd-a0d9-9c582f039eb8 |
| Antitrust Division State Bar | antitrustre?ues@calbar.ca.gov | e-Serve | 09-21-2022 11:48:25 AM |
| | | | 258fea40-1d79-4b91-97e4-4202ea9155c9 |

TrueFiling created, submitted and signed this proof of service on my behalf through my agreements with TrueFiling.
The contents of this proof of service are true to the best of my information, knowledge, and belief.

I declare under penalty of per?ury that the foregoing is true and correct.

09-21-2022
Date

?s?Justin Beck
Signature

Beck, Justin (Pro Per)
?ast Name?First Name (Attorney Number)

Firm Name

Exhibit #70: 003
22-CV-01616-BAS-DDL

| CA Supreme Court<br>Court Name | **PROOF OF SERVICE** | S276517<br>Case Number |
|---|---|---|

1. At the time of service, I was at least 18 years of age.
2. My email address used to e-serve: **justintimesd@gmail.com**
3. I served a copy of the following document(s) indicated below:

Title(s) of documents served:

**ADDITIONAL DOCUMENTS:** Exhibits in Support 4 of 3 (Final, with Verification of New Exhhibits)

| Person Served | Service Address | Type | Service Date |
|---|---|---|---|
| Ruben Duran | ruben.duran@bbklaw.com.com | e-Serve | 09-23-2022  07:07:51 AM |
| | | | 868ced9b-687a-4c75-ac58-bde739712207 |
| Hailyn Chen | hailyn.chen@mto.com | e-Serve | 09-23-2022  07:07:51 AM |
| | | | 903008a6-8fd8-41bb-a4a1-4c794d79f312 |
| Suzanne Grandt | suzanne.grandt@calbar.ca.gov | e-Serve | 09-23-2022  07:07:51 AM |
| | | | e9507c49-a8c6-489b-8867-b16bf06e5eca |
| Ellin Davtyan | ellin.davtyan@calbar.ca.gov | e-Serve | 09-23-2022  07:07:51 AM |
| | | | 6c535817-147f-4a3b-abe7-8721da309a6a |
| Eric Garner | eric.garner@bbklaw.com | e-Serve | 09-23-2022  07:07:51 AM |
| | | | 7acf5613-036c-4919-b04a-c69a6a0b8301 |
| Office of<br>Attorney General | agelectronicservice@doj.ca.gov | e-Serve | 09-23-2022  07:07:51 AM |
| | | | d5cd01ca-6f97-416a-a9ce-63d74b0ef3af |

TrueFiling created, submitted and signed this proof of service on my behalf through my agreements with TrueFiling.
The contents of this proof of service are true to the best of my information, knowledge, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

09-23-2022
Date

/s/Justin Beck
Signature

Beck, Justin (Pro Per)
Last Name, First Name (Attorney Number)

Firm Name

Exhinit #70: 005
22-CV-01616-BAS-DDL