EXHIBIT 136



True and Correct Screenshot Taken January 7, 2023

Plaintiff Notes for Exhibit:

16,000 Notices of Injury Annually / 365 Days =

# 43.84 Notices of Injury to U.S. Citizens Daily

[Unknown Postal Mail Letters in Furtherance of Lawyer Schemes to Defraud]

[Unknown Wire Transmissions in Furtherance of Lawyer Schemes to Defraud]