EXHIBIT 150

Electronically Filed by Superior Court of California, County of Orange, 08/10/2020 02:57:00 PM.
30-2020-01145998-CU-BT-CJC - ROA # 27 - DAVID H. YAMASAKI, Clerk of the Court By Brenda Sanchez, Deputy Clerk.

Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
Brandon Woodward (SBN 284621)
bwoodward@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680

Attorneys for Cross-Complainant

# IN THE SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY ORANGE

| | |
|---|---|
| JUSTIN S. BECK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH CATANZARITE, ESQ., an individual; CATANZARITE LAW CORPORATION, a California corporation; MOBILE FARMING SYSTEMS, INC., a California corporation; BRANDON WOODWARD, ESQ., an individual; TIM JAMES OKEEFE, ESQ., an individual; RICHARD FRANCIS O'CONNOR, JR., an individual; AMY JEANETTE COOPER, an individual; CLIFF HIGGERSON, an individual; TONY SCUDDER, an individual; JAMES DUFFY, an individual; MOHAMMED ZAKHIREH, an individual; TGAP HOLDINGS, LLC, a Nevada limited liability corporation; AROHA HOLDINGS, INC., a California corporation; and DOES 1-15 | Case No. 30-2020-01145998-CU-BT-CJC<br><br>Assigned for All Purposes to<br>Hon. Deborah C. Servino<br>Dept. C21<br><br>**CROSS-COMPLAINT FOR:**<br><br>1. **Breach of Fiduciary Duty**<br>2. **Fraud And Deceit**<br>3. **Conversion**<br>4. **Violations of California Prohibitions Against Computer Crimes, California Penal Code Section 502**<br>5. **Legal Malpractice**<br>6. **Breach of Contract - Management Agreement**<br>7. **Breach of Contract - Membership Purchase**<br>8. **Violation of Business & Professions Code Section 17200 et seq.**<br><br>**Jury Trial Requested** |
| MOBILE FARMING SYSTEMS, INC., a California corporation,<br><br>Cross-Complainant,<br><br>v.<br><br>JUSTIN S. BECK, an individual; I'M RAD, LLC, a Nevada limited liability company; EM2 STRATEGIES, LLC, a Nevada limited liability company; CTI NEVADA I, LLC, a Nevada limited liability company;<br><br>(Caption Continues on Next Page) | |

Document received by the CA 4th District Court of Appeal Division 3.

Cross-Complaint

3:22-CV-01616-BAS-DDL
EXHIBIT #150: 002

```
 1  RICHARD J. PROBST, an individual; TOW
    AND GROW, INC., a California corporation;
 2  ROBERT A. BERNHEIMER, an individual;
    ROBERT A. BERNHEIMER, INC., a
 3  California corporation; LAWRENCE W.
    HORWITZ, an individual; JOHN R.
 4  ARMSTRONG II, an individual; HORWITZ +
    ARMSTRONG, A PROFESSIONAL LAW
 5  CORPORATION, a California corporation;
    TWELVE TWELVE LLC, a Nevada limited
 6  liability company; WILLIAM MOORE, an
    individual; BRIAN MOORE, an individual
 7  and Roes 1-100,
 8          Cross-Defendants.
```

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

ii.
Cross-Complaint
3:22-CV-01616-BAS-DDL

Document received by the CA 4th District Court of Appeal Division 3.

EXHIBIT #150: 003

12. For compensation for the reasonably necessary loss of time, attorneys' fees, and other expenditures suffered or incurred under the "tort of another" doctrine as required to act in the protection of MFS' interests by bringing this action in accordance with *Prentice v. North Am. Title Guaranty Corp., Alameda Division* (1963) 59 Cal.2d 618 and/or *Electrical Electronic Control, Inc. v. Los Angeles Unified School Dist.* (2005) 126 Cal.App.4th 601.

13. Punitive, exemplary, and any other damages authorized by law;

14. For prejudgment and post-judgment interest at the maximum legal rate, as provided by California law, as applicable, as an element of damages which MFS has suffered as a result of Cross-Defendants' wrongful and unlawful acts;

15. Costs of suit; and,

16. For such other relief as the Court deems just and proper.

DATED: August 10, 2020.        CATANZARITE LAW CORPORATION

Kenneth J. Catanzarite
Brandon E. Woodward
Attorneys for Cross-Complainants