EXHIBIT 173

22-CV-01616-BAS-DDL
EXHIBIT #173: 001

# The State Bar of California

**OFFICE OF CHIEF TRIAL COUNSEL**

845 S. Figueroa Street, Los Angeles, CA 90017     213-765-1037     joy.nunley@calbar.ca.gov

April 3, 2020

**PERSONAL AND CONFIDENTIAL**

Justin Beck
3501 Roselle St
Oceanside, CA 92056

justintimesd@gmail.com

| RE: | Case No.: | 20-O-01012 |
| --- | --- | --- |
| | Respondent: | Kenneth Catanzarite |
| | Case No.: | 20-O-01013 |
| | Respondent: | Brandon Woodward |
| | Case No.: | 20-O-01014 |
| | Respondent: | Tim J. Okeefe |

Dear Mr. Beck:

This letter is to inform you of the disposition of your complaint against Messrs. Catanzarite, Woodward, and Okeefe.

After carefully reviewing the information that you provided, as well as information from other sources, including the Superior and Appellate Courts, the Office of Chief Trial Counsel of the State Bar ("State Bar") has concluded has decided to your close your complaint.

Initially, please understand that the State Bar cannot proceed with disciplinary charges unless we can present evidence and testimony in court, sufficient to prove by clear and convincing evidence that the attorneys have committed a violation of the State Bar Act or the Rules of Professional Conduct. The violation must be serious enough to support both a finding of culpability and the imposition of professional discipline. In some cases, there may be evidence of attorney malfeasance or negligence, but this evidence may be insufficient to justify the commencement of a disciplinary proceeding, or to be successful at a disciplinary trial.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

22-CV-01616-BAS-DDL
EXHIBIT #173: 002

Justin Beck
Case Nos.: 20-O-01012, 20-O-01013, 20-O-01014
Page 2

In your complaint, you identified five lawsuits filed in the Orange County Superior Court involving litigation between various individuals and entities, including Mobile Farming Systems ("MFS") and Cultivation Technologies, Inc. ("CTI"). You are one of the named defendants in all but one of the lawsuits that you identified in the complaint. In your complaint, you explained that MFS and CTI (the "companies') share a similar pool of shareholders, officers, and directors. The lawsuits involve issues concerning ownership and control of the companies.

In your complaint, you reported that Messrs. Catanzarite, Woodward, and Okeefe (the "attorneys") are members of the Catanzarite law firm. In your complaint, you further reported that the Orange County Superior Court has granted motions to disqualify the attorneys in two of the lawsuits that you identified. In one of the lawsuits, the Superior Court also granted a motion to disqualify the entire Catanzarite law firm. The attorneys have filed appeals of the Superior Court's orders, and the appeals are pending before the Court of Appeal. In addition, there are motions to disqualify the attorneys pending before the Superior Court in two other lawsuits that you identified.

In light of the fact that, to date, there are no final orders disqualifying the attorneys, the State Bar has decided to close your complaint, and will take no further action with respect to it at this time. We invite you to file a new complaint against the attorneys, once all of the disqualification orders become final. Please include a copy of all of the relevant orders or Court of Appeal's Decisions with your new complaint.

If you would like to further discuss this matter or provide additional information or documentation, we request but do not require that you call us or send us the information within ten days of the date of this letter. You may telephone my legal advisor, Senior Trial Counsel Eli Morgenstern, at 213-765-1334.

If you have presented all of the information that you wish to have considered, and you disagree with the decision to close your complaint, you may request that the State Bar's Complaint Review Unit review your complaint. The Complaint Review Unit will recommend that your complaint be reopened if it determines that further investigation is warranted. To request review by the Complaint Review Unit, you must submit your request in writing, **post-marked within 90 days of the date of this letter**, to:

> The State Bar of California
> Complaint Review Unit
> Office of General Counsel
> 180 Howard Street
> San Francisco, CA 94105-1617

If you decide to send new information or documents to this office, the 90-day period will continue to run during the time that this office considers the new material. You may wish to

Justin Beck
Case Nos.: 20-O-01012, 20-O-01013, 20-O-01014
Page 3

consult with legal counsel for advice regarding any other available remedies. You may contact your local or county bar association to obtain the names of attorneys to assist you in this matter.

We would appreciate if you would complete a short, anonymous survey about your experience with filing your complaint. While your responses to the survey will not change the outcome of the complaint you filed against the attorney, the State Bar will use your answers to help improve the services we provide to the public. The survey can be found at http://bit.ly/StateBarSurvey2.

Sincerely,

*[signature]*

Joy Nunley
Investigator

JN