EXHIBIT 176

22-CV-01616-BAS-DDL
EXHIBIT #176: 001

# The State Bar of California

180 Howard Street, San Francisco, CA 94105      415-538-2575

OFFICE OF GENERAL COUNSEL

**Personal and Confidential**

August 12, 2020

Complaint Review Unit

Justin Beck
3501 Roselle St
Oceanside CA 92056

RE:  Case No.:  20-O-01012; 20-O-01013; 20-O-01014
     Respondent(s): Kenneth Joseph Catanzarite; Brandon Woodward; Tim James Okeefe

Dear Mr. Beck:

The Complaint Review Unit received your correspondence on June 18, 2020, requesting reconsideration of the decision to close your complaint. An attorney reviewed all the information provided and has determined that there is not a sufficient basis to recommend reopening your complaint.

The Complaint Review Unit will recommend reopening a complaint when there is significant new evidence or when we determine there is good cause to recommend that the matter be reopened. The State Bar Court is authorized to impose or recommend disciplinary sanctions only if there is clear and convincing evidence to establish that the attorney has committed a violation of the Rules of Professional Conduct or the State Bar Act. Therefore, the Complaint Review Unit will not recommend that a matter be reopened unless there is a reasonable possibility that a disciplinary violation can be proven by clear and convincing evidence.

You have alleged that attorneys Kenneth Catanzarite, Brandon Woodward, and Tim James O'Keefe committed professional misconduct while representing parties in multiple lawsuits in which you are a defendant. While your complaint does not specify particular misconduct by each of the three attorneys, you allege that they have engaged in misconduct through their law firm, Catanzarite Law Corporation. Specifically, you allege that these three attorneys engaged in misconduct that included concurrently representing parties with adverse interests, improperly contacting represented parties, soliciting clients through "apparent coercion or extortion," making false or fraudulent filings and representations to the Orange County Superior Court, and offering cash payments to shareholders to secure votes.

The Office of Chief Trial Counsel ("OCTC") opened an investigation into your allegations, during which it reviewed the documentation you submitted as well as various court records. OCTC explained to you by letter dated April 3, 2020, that it was closing your complaints against all

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

22-CV-01616-BAS-DDL
EXHIBIT #176: 002

August 12, 2020
Case No.: 20-O-01012; 20-O-01013; 20-O-01014
Page 2

three attorneys. Specifically, OCTC noted that in two of the lawsuits you referenced, the trial court granted motions to disqualify the attorneys (and in one case to disqualify the entire Catanzarite Law Corporation). However, the attorneys have filed appeals of these orders, which appeals are still currently pending. Additionally, motions to disqualify the attorneys were then pending with the trial court in two of the other lawsuits identified in your complaint. Because the disqualification motions were not the subject of final orders, OCTC informed you that it would exercise its discretion not to take further action on your complaint. However, OCTC specifically invited you to file a new complaint once all of the disqualification orders become final.

In your request for review, you did not make reference to the pending disqualification motions or appeals. Rather, you stated that you believe the State Bar should pursue further investigation because the attorneys "have weaponized California Courts and their license to practice law" against you and because you believe your initial complaint thoroughly documented the basis for such investigation. You also attached a copy of a lawsuit you have filed against the attorneys. Most recently, you also forwarded to the State Bar a copy of the attorneys' cross-complaint against you in that matter.

The Complaint Review Unit has carefully reviewed your initial complaint as well as your request for review and we affirm the decision of OCTC to close your complaint without further investigation. The circumstances at issue in your complaint are the subject of multiple motions for disqualification, appeals thereof, and now a new civil suit. The court with appropriate jurisdiction over these issues is in the best position to resolve and rule on these disputes initially. The State Bar cannot substitute its judgment for that of the court. We also note that OCTC invited you to renew your complaint after final rulings regarding the motions to disqualify. While your request for review did not mention these pending rulings, it appears that none of the appeals has yet been resolved by the Court of Appeal. We again echo OCTC's statement to you that you may file a new complaint against the attorneys once the various pending disqualification orders become final. Such rulings from the courts could then be properly evaluated by the State Bar to determine whether they can provide a basis for the State Bar to prove by clear and convincing evidence that a violation of the Rules of Professional Conduct or State Bar Act occurred.

For these reasons, we conclude that your complaint was properly closed.

If you disagree with this decision, you may file an accusation against the attorney with the California Supreme Court. A copy of the applicable rule is enclosed. (See Rule 9.13, subsections (d) through (f), California Rules of Court.) If you choose to file an accusation, you must do so **within 60 days of the date of the mailing of this letter.** Together with your accusation, you should provide the Supreme Court (1) a copy of this letter and (2) a copy of the original closing letter from the Office of Chief Trial Counsel.

August 12, 2020
Case No.: 20-O-01012; 20-O-01013; 20-O-01014
Page 3

The State Bar cannot give you legal advice or representation. If you have not already done so, you may wish to consult with an attorney for advice regarding any other remedies which may be available to you. Attorneys can be located by contacting a lawyer referral service certified by the State Bar in your area. You may obtain a list of State Bar certified lawyer referral services by calling the State Bar at 866-442-2529 or by visiting the State Bar website at:

http://www.calbar.ca.gov/Public/Need-Legal-Help/Lawyer-Referral-Service

Sincerely,
Complaint Review Unit
Enclosure