EXHIBIT 177

22-CV-01616-BAS-DDL
EXHIBIT #177: 001


# The State Bar *of California*

## Certified Lawyer Referral Services Directory

This directory is organized by region and county, so that you can find the Certified Lawyer Referral Services nearest to you. Some services are available regionally or statewide. An alphabetical listing of all lawyer referral services certified by the State Bar is available here.

All of the services included in this directory are certified by the State Bar. Please note that the State Bar is not a lawyer referral service and cannot direct you to a lawyer or give legal advice.

**NOTE:** Due to COVID-19, some lawyer referral services may be operating with limited services and office hours. Please contact the LRS directly for current information.

## Choose the County Closest to Where You Live

Central Coast

Monterey County, San Benito County, San Luis Obispo County, Santa Barbara County

Central Valley

Fresno County, Inyo County, Kern County, Kings County, Madera County, Merced County, San Joaquin County, Stanislaus County, Tulare County, Tuolumne County

Los Angeles Area

Los Angeles County, Orange County, Riverside County, San Bernardino County, Ventura County

Sacramento Area and North

Alpine County, Amador County, Butte County, Calaveras County, Colusa County, Del Norte County, El Dorado County, Glenn County, Humboldt County, Lake County, Lassen County, Mariposa County, Modoc County, Nevada County, Placer County, Plumas County, Sacramento County, Shasta County, Sierra County, Sutter County, Siskiyou County, Tehama County, Trinity County, Yolo County, Yuba County

San Diego Area

San Diego County, Imperial County

San Francisco Bay Area

Alameda County, Contra Costa County, Marin County, Mendocino County, Napa County, San Francisco County, San Mateo County, Santa Clara County, Santa Cruz County, Solano County, Sonoma County

## Additional information

### For consumers

- Complaints about a Lawyer Referral Service? Let the State Bar know here.
- Frequently asked questions about Lawyer Referral Services

### For providers

- How to become a Certified Lawyer Referral Service

Copyright © 2022 The State Bar of California