EXHIBIT 178

22-CV-01616-BAS-DDL
EXHIBIT #178: 001



# The State Bar *of California*

## Lawyer Referral Service Provider Certification

The State Bar certifies all lawyer referral services. An LRS is an individual or organization that refers potential clients to lawyers. Certification is a requirement for all LRSs who operate in California. Since LRSs must demonstrate that they meet established standards, certification protects the public.

### First-time Certification Information
#### How do I start a lawyer referral service?

- Read the Lawyer Referral Services Rules, Business and Professions Code sections 6155 and 6156 and Rule 5.4 and Rule 7.2 of the Rules of Professional Conduct to understand if your organization meets the definition of an LRS. To operate an LRS in California, you must be certified by the State Bar and meet minimum standards set forth in Article 2.
- Contact LRS@calbar.ca.gov to request a certification application. An application for certification may be submitted at any time.
- Complete the application and pay applicable fees.
- The State Bar will review your application to grant or deny certification. The State Bar may grant certification for two years or a shorter time specified.

### How much does it cost to apply for initial certification?

**Nonprofit services:** $1,000 for the first county in which the service will operate, $500 for the second county, and $250 for each remaining county in which the service will operate (maximum of $10,000).

**For-profit services:** $5,000 for the first county in which the service will operate, $2,500 for the second county, and $1,250 for each remaining county in which the service will operate (maximum of $10,000).

### Recertification Information
#### How do I recertify a lawyer referral service?

- Certification terminates at the end of the certification period. An application for continuance of certification must be submitted with the annual report. The State Bar will notify you when you are due to recertify and send a recertification application.
- Review the Lawyer Referral Services Rules to ensure that your organization continues to meet minimum certification standards.
- Complete the LRS recertification application and pay applicable fees.
- The State Bar will review your application to ensure compliance with the governing rules and grant or deny continued certification.

### How much does it cost to recertify?

**Nonprofit services**: 1 percent of gross revenue up to a maximum of $10,000, regardless of number of counties served.

22-CV-01616-BAS-DDL
EXHIBIT #178: 002

**For-profit services**: 1 percent of gross revenue up to a maximum of $10,000, regardless of number of counties served.

For questions about LRS Provider Certification and fees, please contact LRS@calbar.ca.gov.

Copyright © 2022 The State Bar of California