EXHIBIT 183



# Supreme Court of California

JORGE E. NAVARRETE  
CLERK AND EXECUTIVE OFFICER  
OF THE SUPREME COURT

EARL WARREN BUILDING  
350 McALLISTER STREET  
SAN FRANCISCO, CA 94102  
(415) 865-7000

March 22, 2021

Justin Beck  
3501 Roselle Street  
Oceanside, CA 92056

    Re:   S267752/20-O-01012, 20-O-01013 & 20-O-01014 - ACCUSATION OF BECK

Dear Mr. Beck:

    The court has considered your application for relief from default and accusation against attorneys Kenneth Joseph Catanzarite, Brandon woodward and Tim James Okeefe. Your application for relief from default has been denied. (Cal. Rules of Court, rule 8.60(d).)

    The court has directed that the accusation against attorney(s) be returned to you unfiled, and on this date.

Very truly yours,

JORGE E. NAVARRETE  
Clerk and  
Executive Officer of the Supreme Court

By: T. Zhang, Deputy Clerk

cc:  All parties  
      Rec: