EXHIBIT 187

22-CV-01616-BAS-DDL
EXHIBIT #187: 001

# The State Bar of California

**MISSION ADVANCEMENT & ACCOUNTABILITY DIVISION**

November 12, 2021

Justin Beck
3501 Roselle Street
Oceanside, CA 92056

RE: *Claim of Justin Beck*

Dear Mr. Beck:

Notice is hereby given that as of this date, the State Bar of California rejected the claim you presented to the State Bar of California on or about October 18, 2021.

**WARNING**

**SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE THIS NOTICE WAS PERSONALLY DELIVERED OR DEPOSITED IN THE MAIL TO FILE A COURT ACTION ON THIS CLAIM. SEE GOVERNMENT CODE SECTION 945.6.**

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Sarah L. Cohen
Claims Officer

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

22-CV-01616-BAS-DDL
EXHIBIT #187: 002