EXHIBIT 209

22-CV-01616-BAS-DDL
EXHIBIT #209: 001



# The State Bar of California

## 2022–2023 Board of Trustees

### Officers

**Chair**
**Ruben Duran**
Assembly appointee, attorney member

**Vice-Chair**
**Brandon N. Stallings**
Supreme Court appointee, attorney member

### Trustees

**Mark Broughton**
Supreme Court appointee, attorney member

**Hailyn Chen**
Supreme Court appointee, attorney member

**José Cisneros**
Governor appointee, public member

**Juan De La Cruz**
Assembly appointee, public member

**Gregory E. Knoll**
Senate appointee, attorney member

**Melanie M. Shelby**
Governor appointee, public member

**Arnold Sowell Jr.**
Senate appointee, public member

**Mark W. Toney, PhD**
Governor appointee, public member

Back to Board of Trustees

Copyright © 2022 The State Bar of California

https://www.calbar.ca.gov/About-Us/Who-We-Are/Board-of-Trustees/Roster

1/23, 9:21 PM
Page 1 of 1

 The State Bar *of California*

## Board of Trustees

The State Bar's governing body, the Board of Trustees, develops the guiding policies and principles underpinning its regulatory mission.

## Board meetings

The Board meets approximately six times a year, via Zoom and in-person from the State Bar's Los Angeles office. Meetings are open to the public except for closed sessions that are allowed by law.

- Meetings calendar
- Agendas for upcoming Board meetings
- Archive of agendas and minutes
- Meeting recordings

The State Bar is subject to meeting rules under the Bagley-Keene Open Meeting Act (Govt. Code Sections 11120, et seq.).

## Board composition

The full 13-member Board is comprised of:

- Five attorneys appointed by the California Supreme Court, who will serve four-year terms
- Two attorneys appointed by the Legislature, one by the Senate Committee on Rules and one by the Speaker of the Assembly
- Six "public" or nonattorney members, four appointed by the Governor, one by the Senate Committee on Rules and one by the Speaker of the Assembly

## Board committees

The Board has standing committees composed only of Board members, two of which are statutorily mandated: the Board Executive Committee and the Regulation and Discipline (RAD) Committee. Currently, the entire Board sits as the RAD Committee. Additional standing committees of the Board include the Audit Committee and the Finance Committee.

## Subentities of the Board

The Board appoints volunteers to serve on a variety of committees, task forces, and working groups that support the work of the State Bar. View the committee listing here, and see what committee meetings are coming up here.

## More information

- Rules of the State Bar of California - Title 6. Governance
- Board of Trustees Policy Manual
- Five-Year Strategic Plan
- Report on 2017 Operational Plan

Copyright © 2022 The State Bar of California