EXHIBIT 210

**O'HAGAN MEYER, LLC**
SAMUEL Y. EDGERTON, III (CA Bar No. 127156)
sedgerton@ohaganmeyer.com
JOHNNY ANTWILER (CA Bar No. 288772)
jantwiler@ohaganmeyer.com
4695 MacArthur Court, Suite 210
Newport Beach, California 92660
Tel: (949) 942-8500 | Fax: (949) 942-8510

Attorneys for Defendants Cultivation Technologies, Inc., Justin Beck, Robert Kamm, Robert Bernheimer, Irving Einhorn, and Miguel Motta

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## COUNTY OF ORANGE

| | |
|---|---|
| MOBILE FARMING SYSTEMS, INC., et al.;<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD JOSEPH PROBST, et al.,<br><br>Defendants,<br><br>-and-<br><br>CULTIVATION TECHNOLOGIES, INC.,<br><br>Nominal Defendant. | CASE NO.: 30-2019-01046904<br>CU-BT-CJC<br><br>**DECLARATION OF CARLOS CALIXTO**<br><br>Assigned for All Purposes to Honorable Randall J. Sherman |

## DECLARATION OF CARLOS CALIXTO

I, Carlos Calixto, make this declaration based on my personal knowledge of each fact set forth below and if called as a witness, I could and would testify competently and truthfully to these matters before the Court. I hereby declare as follows:

1. I am over the age of 18.

2. I currently reside in Riverside County, California.

3. I hold 85,000 shares of common stock ("Shares") of Cultivation Technologies, Inc., a California corporation ("CTI").

4. On or about May 6, 2019, I began receiving calls, text messages, and voicemails from Anthony Scudder ("Scudder") requesting that I execute a document designating a proxy agent to vote my Shares ("Proxy") to facilitate the replacement of CTI management.

5. On or about May 8, 2019, to put an end to his incessant calling, I spoke with Scudder who requested that I speak with attorney Kenneth J. Catanzarite of Catanzarite Law Corporation ("Catanzarite"); Scudder merged Catanzarite into our call.

6. Catanzarite explained to me the purpose of the Proxy was to remove the board of directors of CTI through an action by majority written consent of the shareholders of CTI ("Shareholder Consent").

7. Following our conversation, Catanzarite sent me the Proxy and requested my signature.

8. On May 9, 2019, I explained to Scudder that I did not want to get involved and declined to execute the Proxy.

9. On May 10, 2019, Richard O'Connor ("O'Connor") sent me text messages and voicemails offering me $5,000.00 to execute the Proxy; which I declined.

10. On May 14, 2019, I was provided a copy of the Shareholder Consent dated as of May 14, 2019, executed by O'Connor as proxy holder for certain CTI

2
DECLARATION OF CALIXTO
Exhibit #210: 003

shareholders with a register of purported proxies attached thereto and attached hereto as Exhibit "A."

11. Page 28 of the Shareholder Consent is a forged Proxy authorizing O'Connor to vote my Shares.

12. This Proxy was not signed by me or by anyone acting upon my authority or with my knowledge or consent.

13. I have no knowledge of the identity of the person(s) who forged my Proxy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Signed and dated in Riverside County, California on May 17, 2019.

*[signature]*

Carlos Calixto, Declarant