EXHIBIT 215

3:22-CV-01616-BAS-DDL
Exhibit #215: 001

# STATE of WASHINGTON  SECRETARY of STATE

Entity Name:

JOLLY ROGERS INVESTMENTS INC
c/o LIISA D ROOT
PO BOX 342
WESTPORT WA 98595

U.B.I. Number:
601 600 166

# CERTIFICATE OF ADMINISTRATIVE DISSOLUTION

In accordance with the Revised Code of Washington (RCW) the above entity is hereby administratively dissolved as of   May 01, 2015  .

This action was taken due to the failure of the entity to file an annual list of officers/license renewal within the time set forth by law.

A copy of this certificate is on file in this office:

    Corporations Division
    Office of the Secretary of State
    PO Box 40234
    Olympia, Washington 98504-0234
    (360) 725-0377

*Given under my hand and the seal of the State of Washington at Olympia, the State Capital.*

Kim Wyman, Secretary of State



Office of the Secretary of State
Corporations & Charities Division

```
Filed
Secretary of State
State of Washington
Date Filed: 01/17/2019
Effective Date: 01/17/2019
UBI #: 601 600 166
```

# STATEMENT OF REINSTATEMENT

## BUSINESS INFORMATION

Business Name:
**JOLLY ROGERS INVESTMENTS INC**

UBI Number:
**601 600 166**

Business Type:
**WA PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**2331 W LINCOLN AVE, ANAHEIM, CA, 92801-5103, UNITED STATES**

Principal Office Mailing Address:
**2331 W LINCOLN AVE, ANAHEIM, CA, 92801-5103**

Expiration Date:
**01/31/2020**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**01/23/1995**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**HOLDING COMPANY**

## BUSINESS NAME

Business Name
**JOLLY ROGERS INVESTMENTS INC**

## REGISTERED AGENT

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| CORPORATION SERVICE COMPANY | 300 DESCHUTES WAY SW STE 304, TUMWATER, WA, 98501-7719, UNITED STATES | 300 DESCHUTES WAY SW STE 304, TUMWATER, WA, 98501-7719, UNITED STATES |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019011500033691 - 1
Received Date: 01/15/2019
Amount Received: $460.00

## PRINCIPAL OFFICE

Phone:
**714-520-5544**

Email:
**KCATANZARITE@CATANZARITE.COM**

Street Address:
**2331 W LINCOLN AVE, ANAHEIM, CA, 92801-5103, UNITED STATES**

Mailing Address:
**2331 W LINCOLN AVE, ANAHEIM, CA, 92801-5103, UNITED STATES**

## GOVERNORS

| Title | Governor Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ROGER | ROOT |
| GOVERNOR | INDIVIDUAL | | MICHELLE | ROOT |
| GOVERNOR | INDIVIDUAL | | LIISA | ROOT |

## NATURE OF BUSINESS

Nature of Business:
**HOLDING COMPANY**

## ANNUAL FEE CALCULATIONS

| Filing Name | Annual year | Fee |
|---|---|---|
| REINSTATEMENT | | $140.00 |
| REINSTATEMENTS, FOREIGN REGISTRATIONS ANNUAL REPORT FEE | 01/31/2015 | $60.00 |
| REINSTATEMENTS, FOREIGN REGISTRATIONS ANNUAL REPORT FEE | 01/31/2016 | $60.00 |
| REINSTATEMENTS, FOREIGN REGISTRATIONS ANNUAL REPORT FEE | 01/31/2017 | $60.00 |
| REINSTATEMENTS, FOREIGN REGISTRATIONS ANNUAL REPORT FEE | 01/31/2018 | $60.00 |
| REINSTATEMENTS, FOREIGN REGISTRATIONS ANNUAL REPORT FEE | 01/31/2019 | $60.00 |
| PROCESSING | | $20.00 |
| | Total: | $460.00 |

## EFFECTIVE DATE

Effective Date:
**01/17/2019**

## CONTROLLING INTEREST

1. Does your company own real property (including leasehold interests) in Washington?
**NO**

2. Has there been a transfer of stock, other financial interest change, or an option agreement exercised during the last 12 months that resulted in a transfer of controlling interest?
**NO**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019011500033691 - 1
Received Date: 01/15/2019
Amount Received: $460.00

3:22-CV-01616-BAS-DDL
Exhibit #215: 004

3. Has an option agreement been executed in the last 12 months allowing for the future purchase or acquisition of the entity, that, if exercised would result in a transfer of controlling interest?
**NO**

## RETURN ADDRESS FOR THIS FILING

Attention:
**CATANZARITE LAW CORP.**

Email:
**KCATANZARITE@CATANZARITE.COM**

Address:
**2331 W LINCOLN AVE, ANAHEIM, CA, 92801-5103, UNITED STATES**

## UPLOAD ADDITIONAL DOCUMENTS

| Name | Document Type |
|---|---|
| No Value Found. | |

## EMAIL OPT-IN

☑ I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑ Document is signed.

Person Type:
**INDIVIDUAL**

First Name:
**KENNETH**

Last Name:
**CATANZARITE**

Title:
**COUNSEL**

This document is a public record. For more information visit www.sos.wa.gov/corps

3:22-CV-01616-BAS-DDL
Exhibit #215: 005

Work Order #: 2019011500033691 - 1
Received Date: 01/15/2019
Amount Received: $460.00



Washington Secretary of State
Corporations and Charities Division
801 Capitol Way South
PO Box 40234
Olympia, WA 98504-0234
(360) 725-0377
corps@sos.wa.gov

01/17/2019

JOLLY ROGERS INVESTMENTS INC
CATANZARITE LAW CORP.
2331 W LINCOLN AVE
ANAHEIM CA 92801-5103

**UBI Number: 601 600 166**
**Business Name: JOLLY ROGERS INVESTMENTS INC**

Dear CATANZARITE LAW CORP.,

Thank you for your recent submission. This letter is to confirm that the following documents have been received and successfully filed:

REINSTATEMENT

You can view and download your filed document(s) for no charge at our website, www.sos.wa.gov/ccfs.

If you haven't already, please sign up for a user account on our website, www.sos.wa.gov/ccfs, to file online, conduct searches, and receive status updates.

Please contact our office at corps@sos.wa.gov or (360) 725-0377 if you have any questions.

Sincerely,
Corporations and Charities Division
Office of the Secretary of State
www.sos.wa.gov/corps



Washington Secretary of State
Corporations and Charities Division
801 Capitol Way South
PO Box 40234
Olympia, WA 98504-0234
(360) 725-0377
corps@sos.wa.gov

01/17/2019

JOLLY ROGERS INVESTMENTS INC
CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW STE 304
TUMWATER WA 98501-7719

**UBI Number: 601 600 166**
**Business Name: JOLLY ROGERS INVESTMENTS INC**

Dear CORPORATION SERVICE COMPANY,

Thank you for your recent submission. This letter is to confirm that the following documents have been received and successfully filed:

REINSTATEMENT

You can view and download your filed document(s) for no charge at our website, www.sos.wa.gov/ccfs.

If you haven't already, please sign up for a user account on our website, www.sos.wa.gov/ccfs, to file online, conduct searches, and receive status updates.

Please contact our office at corps@sos.wa.gov or (360) 725-0377 if you have any questions.

Sincerely,
Corporations and Charities Division
Office of the Secretary of State
www.sos.wa.gov/corps

## BUSINESS INFORMATION

Business Name:
**JOLLY ROGERS INVESTMENTS INC**

UBI Number:
**601 600 166**

Business Type:
**WA PROFIT CORPORATION**

Business Status:
**ADMINISTRATIVELY DISSOLVED**

Principal Office Street Address:

Principal Office Mailing Address:

Expiration Date:
**01/31/2015**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/ Registration Date:
**01/23/1995**

Period of Duration:
**PERPETUAL**

Inactive Date:
**05/01/2015**

Nature of Business:

## REGISTERED AGENT INFORMATION

Registered Agent Name:
**LIISA D ROOT**

Street Address:
**910 ADAMS ST, WESTPORT, WA, 98595, UNITED STATES**

Mailing Address:
**PO BOX 342, WESTPORT, WA, 98595, UNITED STATES**

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ROGER | ROOT |
| GOVERNOR | INDIVIDUAL | | MICHELLE | ROOT |
| GOVERNOR | INDIVIDUAL | | LIISA | ROOT |

about:blank

3:22-CV-01616-BAS-DDL, 8:23-CV-00018-IVS-DFM
3:22-CV-01616-BAS-DDL
Exhibit #215: 008
Exhibit #215: 008

Page 1 of 2