EXHIBIT 216

3:22-CV-01616-BAS-DDL
Exhibit #216: 001

 **California Secretary of State**
Electronic Filing


Secretary of State
State of California

## Corporation - Statement of Information No Change

| | |
|---|---|
| Entity Name: | CATANZARITE LAW CORPORATION |
| Entity (File) Number: | C1266327 |
| File Date: | 02/22/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GQ90185 |

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Kenneth J. Catanzarite

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GQ90185



# STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20220431672
Date Filed: 6/27/2022

BA20220431672

B0865-4835  06/27/2022 11:46 AM Received by California Secretary of State

| Entity Details | |
|---|---|
| Corporation Name | CATANZARITE LAW CORPORATION |
| Entity No. | 1266327 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 2331 WEST LINCOLN AVENUE<br>ANAHEIM, CA 92801 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 2331 WEST LINCOLN AVENUE<br>ANAHEIM, CA 92801 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 2331 WEST LINCOLN AVENUE<br>ANAHEIM, CA 92801 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| KENNETH J. CATANZARITE | 2331 WEST LINCOLN AVENUE<br>ANAHEIM, CA 92801 | Chief Executive Officer, Chief Financial Officer |
| NICOLE M. CATANZARITE-WOODWARD | 2331 WEST LINCOLN AVENUE<br>ANAHEIM, CA 92801 | Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| KENNETH J. CATANZARITE | 2331 WEST LINCOLN AVENUE<br>ANAHEIM, CA 92801 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | KENNETH J. CATANZARITE |
| Agent Address | 2331 WEST LINCOLN AVENUE<br>ANAHEIM, CA 92801 |

| Type of Business | |
|---|---|
| Type of Business | LEGAL SERVICES |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

3:22-CV-01616-BAS-DDL
Exhibit #216: 003

Page 1 of 2

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Kenneth J. Catanzarite*
Signature

*06/27/2022*
Date

B0865-4836 06/27/2022 11:46 AM Received by California Secretary of State