EXHIBIT 223

3:22-CV-01616-BAS-DDL
Exhibit #223: 001



**Charles Tsai (formerly Gladfelter)** · 3rd
Deputy Attorney General at California Department of Justice
Los Angeles, California, United States · Contact info
334 connections

🔒 Message      + Follow      More

 California Department of Justice, Office of the Attorney General

The Ohio State University Moritz College of Law

**Activity**
336 followers

**Charles hasn't posted lately**
Charles' recent posts and comments will be displayed here.

Show all activity →

**Experience**

 **Deputy Attorney General**
California Department of Justice, Office of the Attorney General
2015 - Present · 8 yrs 1 mo
Los Angeles, California

 **Tax Counsel**
State of California Board of Equalization
2013 - 2015 · 2 yrs
Norwalk, California

 **Assistant Attorney General**
Illinois Attorney General's Office
2011 - 2013 · 2 yrs
Chicago

Charles Tsai
Deputy Attorney General, California Department of Justice, Office of the Attorney General

Screenshot from LinkedIn Taken by Justin S. Beck January 18, 2023 at 11:35AM PST