EXHIBIT 231

3:22-CV-01616-BAS-DDL
Exhibit #231: 001

Cancel | Print

## CALIFORNIA COURTS
THE JUDICIAL BRANCH OF CALIFORNIA

# Thomas A. Delaney, Associate Justice



Thomas A. Delaney was nominated to the California Court of Appeal, Fourth Appellate District, Division Three, by Governor Gavin Newsom on August 8, 2022, and was confirmed by unanimous vote of the Commission on Judicial Appointments on October 11, 2022. Prior to his confirmation, Justice Delaney served as a judge of the Superior Court in Orange County since 2014. At the time of his nomination, he served as Supervising Judge of the Collaborate Courts, where he presided over the Veterans Courts, among others. He previously served on the Unlimited Civil Panel at the Central Justice Center and the Limited Criminal Panel at the Harbor Justice Center.

Justice Delaney is President of the California Latino Judges Association where he previously served on the Executive Board as Secretary and as a Member At-Large. Between 2020 and 2021, Justice Delaney served as the 89th President of the California Judges Association, which represents more than 2200 active and retired judicial officers and appellate court justices from all 58 California counties. During that same time, he also served as an Advisory Member of the Judicial Council of California.

In Orange County, Justice Delaney serves on Governor Gavin Newsom's Judicial Selection Advisory Committee, the Board of Directors of the Masters Division of the Orange County Bar Association, and the Judicial Advisory Board of the Constitutional Rights Foundation of Orange County. He also is a Past President of the William P. Gray Legion Lex Inn of Court.

Justice Delaney has earned a number of awards for his judicial service, including the 2021 Orange County Probation Chief's Award, the 2020 Orange County Hispanic Bar Association, Judge James O. Perez Trailblazer Award, the 2019 American Board of Trial Advocates Orange County Chapter George Francis Civility Award, the 2018-2019 Constitutional Rights Foundation of Orange County Mock Trial Judge of the Year, and the 2016 Loyola Law School Orange County Distinguished Alumni Award.

Before his appointment to the Superior Court, Justice Delaney was a trial lawyer at Sedgwick LLP where he focused his practice on the defense of mass tort and individual product liability and specialty tort actions involving catastrophic physical injuries and psychological disorders, as well as employment and commercial cases. He served as Vice-Chair of the law firm's Complex Litigation Division and as a Professor at the firm's Trial Academy. In addition, he was founding chair of the firm's Hispanic Lawyers Forum and worked pro bono in partnership with KIND (Kids in Need of Defense) and UCI Law School students representing youth who were in immigration / removal proceedings without their parents or other adult supervision. He also started a student externship program for high school students at Girls Incorporated of Orange County.

Justice Delaney earned his Juris Doctorate from Loyola Law School in Los Angeles and his undergraduate degree from Loyola Marymount University. He also studied at St. John's College, Oxford University, in Oxford, England, where he was a member of the St. John's College Boat Club.

Justice Delaney and his wife live with their children in Orange County.