EXHIBIT 239

3:22-CV-01616-BAS-DDL
Exhibit #239: 001

 **Gmail**

**Justin Beck <justintimesd@gmail.com>**

## Public Records Act Request

**Gov Legal Unit** <govlegalunit@gov.ca.gov>  Mon, Jan 9, 2023 at 11:00 AM
To: "justintimesd@gmail.com" <justintimesd@gmail.com>

Dear Mr. Beck,

Please find the attached response to your correspondence received on December 27, 2022.

Thank you,

Legal Affairs Unit
Office of Governor Gavin Newsom
-------
#CaliforniaForAll

📎 **Beck Response Letter 01-09-23.pdf**
143K

3:22-CV-01616-BAS-DDL
Exhibit #239: 002



# OFFICE OF THE GOVERNOR

January 9, 2023

*Via Electronic Mail*

Justin Beck
justintimesd@gmail.com

RE:   Public Records Act Request

Dear Mr. Beck:

This letter is in response to your correspondence received December 27, 2022, requesting: "...public records related to all disclosures made to your office in connection with these cases which have material state liability thus far undisclosed to the public. I would also like a primary point of contact for the government upon award of my money judgments. Thank you, Justin Beck 760-449-2509 Plaintiff, Individually Guardian Ad Litem to U.S. Interests Guardian Ad Litem to ROES 1-150,000."

There are no records responsive to your request in the custody of the Governor's Office.

Thank you for contacting the Governor's Office.

Sincerely,

JULIA SPIEGEL
Deputy Legal Affairs Secretary

GOVERNOR GAVIN NEWSOM • SACRAMENTO, CA 95814 • (916) 445-2841

3:22-CV-01616-BAS-DDL
Exhibit #239: 003