EXHIBIT 241

3:22-CV-01616-BAS-DDL
Exhibit #241: 001



**ROB BONTA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555

December 22, 2022

Justin S. Beck
3501 Roselle Street
Oceanside, CA 92056

RE: *Justin S. Beck, et al. v. Catanzarite Law Corporation, et al.*
United States District Court, Southern District, Case No. 22CV1616 BAS DDL

RETURN OF DOCUMENTS MAILED TO THE OFFICE OF THE ATTORNEY GENERAL, 1300 I STREET, SACRAMENTO, CALIFORNIA 95814

We are returning the enclosed documents (Waiver of Service of Summons, Summons and Complaint) for the following reasons:

__X__ 1. These documents were delivered to the Office of the Attorney General in error. We are not authorized to receive documents on behalf of the party you are trying to serve.

_____ 2. The documents are defective in that they do not state the name of the party being served.

_____ 3. Other: Service is improper and/or incomplete. Please consult the California Government Code or the Code of Civil Procedure. You may also consult the link on the Office of the Attorney General's Website at www.oag.ca.gov, which identifies statutes governing service of process.

Sincerely,

/S/ *Jerrianne L. Eckman*

Jerrianne L. Eckman
Senior Legal Analyst
Acting Service Deputy

For    ROB BONTA
       Attorney General

Enclosures

Rev. 05/2021