EXHIBIT 251



# The State Bar
## *of California*

| | |
|---|---|
| **Title of Report:** | Report to Legislature on Certain State Bar Expenditures (2018-2022) |
| **Statutory Citation:** | Business and Professions Code section 6034.1(f) |
| **Date of Report:** | January 15, 2023 |

The State Bar has submitted a report to the Senate and Assembly Committees on Judiciary in accordance with Business and Professions Code section 6034.1(f). This statute directs the State Bar to report on the total of all funding spent since 2018 to study the creation of a regulatory sandbox or the licensing of nonattorneys as paraprofessionals, disaggregated by year, by source of funding, and by the use of funding, including, but not limited to, salaries, travel, food and beverage, facility rental, and lobbying. The following summary of the report is submitted in accordance with the requirements of Government Code section 9795.

The report is in the form of a <u>workbook detailing State Bar expenditures</u> associated with three different working groups: The Task Force on Access Through the Innovation of Legal Services (ATILS; 2018-2020), the California Paraprofessional Program Working Group (CPPWG; 2020-2022), and the Closing the Justice Gap Working Group (CTJGWG; 2021-2022) (collectively, "Assessing Ways to Increase Access to Legal Services"). Some additional time, unassociated with these particular efforts but considered overall planning time, including preparation for meetings of the Board of Trustees, is also included. The total cost of across all three programs for this five-year period is estimated at $552,452.83, of which approximately 40 percent comprised in-kind staff support. All funds were expended from the State Bar's General Fund.

For context, over the same period these costs represent .05% of the State Bar budget, .2% of the Office of Chief Trial Counsel (OCTC) budget, .9% of the State Bar Court budget, 36% of the cost of mandatory State Auditor reports, and 76% of the cost of other mandated audits:

| | 2018 | 2019 | 2020 | 2021 | 2022 | Totals |
|---|---|---|---|---|---|---|
| Assessing Ways to Increase Access to Legal Services | 12,569 | 87,362 | 102,364 | 252,122 | 98,037 | **552,453** |
| State Bar Budget | 176,000,000 | 188,900,000 | 242,400,000 | 194,700,000 | 256,800,000 | **1,058,800,000** |
| OCTC Budget | 34,835,400 | 36,839,000 | 63,309,621 | 60,721,384 | 61,498,806 | **257,204,211** |
| State Bar Court Budget | 7,988,400 | 7,524,600 | 13,690,010 | 13,858,164 | 14,267,214 | **57,328,388** |
| California State Auditor Expenses | | 500,000 | | 500,000 | 500,000 | **1,500,000** |
| Other Required Audits | 125,000 | 125,000 | 125,000 | 125,000 | 257,000 | **757,000** |

The full report is available for download on the State Bar's website at: <u>https://www.calbar.ca.gov/About-Us/Our-Mission/Protecting-the-Public/Reports</u>. A printed copy of the report may be obtained by calling 213-765-1190.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

3:22-CV-01616-BAS-DDL
Exhibit #251: 002



## The State Bar
## *of California*

**Title of Report:**    2021 Financial Statement and Independent Auditor's Report
**Statutory Citation:**    Business and Professions Code section 6145
**Date of Report:**    April 29, 2022

The State Bar of California is submitting its 2021 Financial Statement and Independent Auditor's Report to the Chief Justice of the California Supreme Court, and to the Assembly and Senate Judiciary Committees in accordance with Business and Professions Code section 6145. This financial statement is certified under oath by the Chief Financial Officer of the State Bar.

This report consists of an independent auditor's report, management's discussion and analysis, the basic financial statements, the notes to the basic financial statements, and the required supplementary information. The basic financial statements provide information and understanding of the State Bar's Enterprise Fund.

This report is based on an audit conducted by an independent auditor for the purpose of forming opinions on the financial statements that collectively comprise the State Bar's financial statements as a whole. In the auditor's opinion, the State Bar's financial statements present fairly, in all material respects, in conformity with accounting principles generally accepted in the United States of America.

In addition, the management's discussion and analysis section of the financial statements presents the highlights of financial activities and financial position of the State Bar. The analysis is designed to provide readers with information that the State Bar's management believes to be necessary to an understanding of its financial condition, changes in financial condition, and results of operations.

The full report is available at: http://www.calbar.ca.gov/About-Us/Our-Mission/Protecting-the-Public/Reports.

A printed copy of the report may be obtained by calling 415-538-2000.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

3:22-CV-01616-BAS-DDL
Exhibit #251: 003



# 2021 Financial Statements and Independent Auditor's Report

### Years Ended December 31, 2021 and 2020 and Supplementary Information Year Ended December 31, 2021

**April 29, 2022**

**THE STATE BAR OF CALIFORNIA**
Financial Statements
Year Ended December 31, 2021

*Table of Contents*

*Page*

**Independent Auditor's Report** ................................................................................................ 1

**Management's Discussion and Analysis (Unaudited)** ........................................................ 3

**Financial Statements for the Years Ended December 31, 2021 and 2020:**

    Statements of Net Position .......................................................................................... 11

    Statements of Revenues, Expenses, and Changes in Net Position ................................. 12

    Statements of Cash Flows ........................................................................................... 13

    Notes to the Financial Statements ............................................................................... 14

**Required Supplementary Information through December 31, 2021:**

    Schedule of Changes in Net Pension Liability and Related Ratios (Unaudited) ............ 43

    Schedule of Plan Contributions – Pension (Unaudited) ............................................... 44

    Schedule of Changes in Net OPEB Liability (Asset) and Related Ratios (Unaudited) ..... 45

    Schedule of Contributions – OPEB Plan (Unaudited) .................................................. 46

**Supplementary Information for the Year Ended December 31, 2021:**

    Program Funds Schedule of Net Position .................................................................... 47

    Program Funds Schedule of Revenues, Expenses, and Changes in Net Position ............ 50



Certified
Public
Accountants

**Independent Auditor's Report**

To the Board of Trustees
The State Bar of California

We have audited the accompanying financial statements of the State Bar of California ("State Bar") as of and for the years ended December 31, 2021 and 2020, and the related notes to the financial statements, which collectively comprise the State Bar's basic financial statements as listed in the table of contents.

*Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

*Auditor's Responsibility*

Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the State Bar's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the net position of the State Bar as of December 31, 2021 and 2020, and the changes in net position and cash flows thereof for the year then ended in accordance with accounting principles generally accepted in the United States of America.

Macias Gini & O'Connell LLP
101 California Street, Suite 3910
San Francisco, CA 94111

3:22-CV-01616-BAS-DDL
Exhibit #251: 006

www.mgocpa.com

*Other Matters*

*Required Supplementary Information*

Accounting principles generally accepted in the United States of America require that the management's discussion and analysis, the schedule of changes in net pension liability and related ratios, the schedule of plan contributions – pension, the schedule of changes in net OPEB liability (asset) and related ratios, and the schedule of contributions – OPEB Plan, identified in the accompanying table of contents, be presented to supplement the basic financial statements. Such information, although not a part of the basic financial statements, is required by the Governmental Accounting Standards Board, who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. We have applied certain limited procedures to the required supplementary information in accordance with auditing standards generally accepted in the United States of America, which consisted of inquiries of management about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

*Other Information*

Our audit was conducted for the purpose of forming opinions on the financial statements that collectively comprise the State Bar's basic financial statements. The program funds schedule of net position and program funds schedule of revenues, expenses, and changes in net position, presented as supplementary information, are presented for purposes of additional analysis and are not a required part of the basic financial statements.

The program funds schedule of net position and program funds schedule of revenues, expenses, and changes in net position, presented as supplementary information, are the responsibility of management and were derived from and relate directly to the underlying accounting and other records used to prepare the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the basic financial statements or to the basic financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the supplementary information is fairly stated in all material respects in relation to the basic financial statements as a whole.

*Macias Gini & O'Connell LLP*

San Francisco, California
April 29, 2022

**THE STATE BAR OF CALIFORNIA**
Management's Discussion and Analysis (Unaudited)
Years Ended December 31, 2021 and 2020

**Introduction**

Management's Discussion and Analysis ("MD&A") is presented as a supplement to the financial statements and is based on currently known facts, decisions, and conditions that existed as of the date of the report of independent auditors. This discussion and analysis presents the highlights of financial activities and financial position for the State Bar of California ("State Bar"). The analysis is designed to provide readers with information that the State Bar's management believes to be necessary to obtain an understanding of its financial condition, changes in financial condition, and results of operations. It is intended to help readers see the State Bar through the eyes of management. It is further designed to provide context for the financial statements and information about the State Bar's operations and cash flows. Certain 2020 and 2019 amounts have been reclassified to conform to the 2021 presentation.

**The State Bar of California**

Created by the state legislature in 1927, the State Bar is a public corporation within the judicial branch of government, serving as an arm of the California Supreme Court. In 1960, California voters approved a ballot measure adding the State Bar as an entity in the State Constitution. The State Bar's programs are financed primarily by fees paid by attorneys and applicants to practice law. At the end of 2021, the State Bar had approximately 282,400 licensees, an increase of 2.2% compared to 276,300 licensees in 2020.

Licensing fees for 2021 and 2020 were allocated to the following funds:

| | 2021 | | 2020 | |
| --- | --- | --- | --- | --- |
| | Active Fee | Inactive Fee | Active Fee | Inactive Fee |
| General Fund - Attorney Licensing | $       388 | $        90 | $       398 | $        91 |
| General Fund - Discipline Activity | 25 | 25 | 25 | 25 |
| Legal Services Trust Fund | 45 | 45 | 40 | 40 |
| Legislative Activity Fund | 5 | 5 | 5 | 5 |
| Elimination of Bias Fund | 2 | 2 | 2 | 2 |
| Client Security Fund | 40 | 10 | 80 | 20 |
| Lawyers Assistance Program Fund | 10 | 5 | 1 | - |
| Total | $       515 | $       182 | $       551 | $       183 |

The State Bar's fees are set annually by the State Legislature. The assessment level reflected full support for the State Bar's core discipline functions but not other programs and activities. The 2021 statutorily approved annual fee decreased to $388 from $398 in 2020.

**Financial Statement Overview**

The State Bar's financial report consists of MD&A, the financial statements, the notes to the financial statements, and the required and other supplementary information. The financial statements provide information and understanding of the State Bar's Enterprise. The financial statements and related information are organized in this report as follows:

The Statement of Net Position – presents the financial position of the State Bar at the end of the fiscal year. The statement reports all assets, deferred outflows of resources, liabilities, deferred inflows of resources, and the difference as net position.  The net position section is displayed in three components: net investment in capital assets; restricted; and unrestricted.  Changes in net position over time are an indicator of whether the financial condition of the organization is improving or declining.

**THE STATE BAR OF CALIFORNIA**
Management's Discussion and Analysis (Unaudited) (Continued)
Years Ended December 31, 2021 and 2020

The Statement of Revenues, Expenses, and Changes in Net Position – discloses the sources of revenues, the expenses by programs, and the impact on net position for the State Bar.

The Statement of Cash Flows – reflects the sources and uses of cash for the State Bar using the direct method which includes a reconciliation of operating income or loss to net cash provided by or used in operating activities.

Notes to the Financial Statements – provides integral information needed to explain the basis for the financial statement presentation and numbers used with the basic financial statements.

Required Supplementary Information – presents schedule of changes in net pension liability and related ratios, schedule of plan contributions – pension, schedule of changes in net OPEB liability (asset) and related ratios, and schedule of contributions – OPEB Plan.

Other supplementary Information – presents financial information by programs.

**Financial Highlights**

The following is a summary comparison of the State Bar's Statements of Net Position as of December 31, 2021, 2020, and 2019:

|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| Cash, cash equivalents, and investments | $ 144,069,219 | $ 117,634,753 | $ 147,292,106 |
| Restricted cash, cash equivalents, and investments | 15,172,463 | 2,501,761 | 7,105,000 |
| Other assets | 5,839,090 | 6,765,605 | 19,587,034 |
| Capital assets, net | 102,290,824 | 106,060,821 | 107,594,614 |
| Deferred outflows of resources | 12,163,713 | 14,705,033 | 9,507,406 |
| Total assets and deferred outflows of resources | 279,535,309 | 247,667,973 | 291,086,160 |
| Current liabilities | 66,523,791 | 41,491,016 | 49,479,126 |
| Noncurrent liabilities | 35,054,209 | 21,709,494 | 22,208,269 |
| Net OPEB liability | 7,617,010 | 11,616,834 | - |
| Net pension liability | 21,343,799 | 77,697,797 | 67,154,845 |
| Deferred inflows of resources | 42,930,022 | 2,676,079 | 7,703,641 |
| Total liabilities and deferred inflows of resources | 173,468,831 | 155,191,220 | 146,545,881 |
| Net position |  |  |  |
| Net investments in capital assets | 83,735,714 | 85,958,927 | 85,292,229 |
| Restricted for: |  |  |  |
| Enabling legislation | 66,032,612 | 60,962,604 | 95,756,919 |
| Other restrictions | 593,340 | 3,083,970 | 7,551,299 |
| Unrestricted | (44,295,188) | (57,528,748) | (44,060,168) |
| Total net position | $ 106,066,478 | $ 92,476,753 | $ 144,540,279 |