EXHIBIT 252

3:22-CV-01616-BAS-DDL
Exhibit #252: 001

# The State Bar *of California*

## 2022 Commission on Judicial Nominees Evaluation Roster

*Members of this commission are exclusively appointed by the State Bar Board of Trustees

### Officers

Chair
**Adam Hofmann**
Attorney member

Vice-Chair
**Justin A. Palmer**
Attorney member

### Members

**Daniel L. Allender**
Attorney member

**Caley R. Anderson**
Attorney member

**André R. Bollinger**
Attorney member

**Julia S. Choe**
Attorney member

**Frine C. Eger-Gelston**
Attorney member

**Noemi Nuñez Esparza**
Attorney member

**Diana A. Garrido**
Attorney member

**Stacey Guillory**
Attorney member

**Pamela Hemann**
Public member

**Mack A. Jenkins**
Public member

**Chhaya Malik**
Attorney member

**Sandra A. Mori**
Attorney member

**Agustin D. Orozco**
Attorney member

**Ugochi L. Anaebere-Nicholson**
Attorney member

**Matthew Barnachia**
Public member

**Aundrea J. Brown**
Attorney member

**Jamie Crook**
Attorney member

**Jeffrey El-Hajj**
Attorney member

**Tara C. Doss**
Attorney member

**Winnifred Gin**
Attorney member

**Hon. Brenda Harbin-Forte (Ret.)**
Attorney member

**Theresa Hurley**
Public member

**Jeanine Kraybill**
Public member

**Meghan McMeel**
Attorney member

**Sandra A. Mori**
Attorney member

**Loren C. Peñaloza**
Attorney member

3:22-CV-01616-BAS-DDL
Exhibit #252: 002

**T. Peter Pierce**

Attorney member

**Francesca Serrano**

Attorney member

**Ryan R. Tacorda**

Attorney member

**Corey R. Weber**

Attorney member

**Donald W. Yoo**

Attorney member

**Judith Reif**

Attorney member

**David J. Sutton**

Attorney member

**Hon. Randa M. Trapp (Ret.)**

Attorney member

**Jaime E. Wrage**

Attorney member

**Michael J. Yraceburn**

Attorney member

Copyright © 2023 The State Bar of California

 The State Bar *of California*

## Commission on Judicial Nominees Evaluation
Roster

### Purpose

The Commission on Judicial Nominees Evaluation (JNE) of the State Bar of California assists the Governor in the judicial selection process, promoting a California judiciary of quality and integrity by providing independent, comprehensive, accurate and fair evaluations of candidates for judicial appointment and nomination.

### Staff contact

Elgin Webb IV, 415-538-2085, elgin.webb@calbar.ca.gov
Chair: Adam Hofmann

### Additional information

- Rules and Procedures of the Commission on Judicial Nominees Evaluation
- Frequently Asked Questions
- Statewide Demographics Reports
- Review Committee of the Commission on Judicial Nominees Evaluation
- Learn more about committee appointment opportunities

Copyright © 2023 The State Bar of California

3:22-CV-01616-BAS-DDL
Exhibit #252: 004