3:22-CV-01616-BAS-DDL
Exhibit #254: 001

EXHIBIT 254



The State Bar of California

3:22-CV-01616-BAS-DDL
Exhibit #254: 002