EXHIBIT 256

3:22-CV-01616-BAS-DDL
Exhibit #256: 001


# The State Bar *of California*

## Client Security Fund Commission
Roster | Upcoming Meetings | Past Meetings

### Purpose
The Client Security Fund (CSF) reimburses clients who have lost money or property due to theft or an equivalent dishonest act committed by a California lawyer acting in a professional capacity. The CSF is overseen by the Client Security Fund Commission.

The Client Security Fund Commission determines whether applications filed with the CSF qualify for reimbursement under the fund's rules. The commission also makes recommendations to the Board of Trustees on revisions to the fund's rules, the methods for reviewing applications and the financial and administrative needs of the fund.

### Composition
The Board of Trustees appoints five members to the commission, including three lawyers and two nonlawyer public members. The members are selected based on how their backgrounds and experience can contribute to the CSF's goals.

### Staff contact
Betty Yung, 213-765-1150, betty.yung@calbar.ca.gov
Chair: Melanie T. O'Day

### Additional information
- Client Security Fund
- Learn more about committee appointment opportunities

### Subscribe
You may subscribe to the Client Security Fund Commission email list to receive meeting notifications.

Copyright © 2023 The State Bar of California