EXHIBIT 271

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

01/03/2019 at 05:39:00 PM

Clerk of the Superior Court
By Jeannette Dowling,Deputy Clerk

1  OGLOZA FORTNEY LLP
   David M. Friedman (SBN 209214)
2  dfriedman@oglozafortney.com
   Michelle L. Covington (SBN 312642)
3  mcovington@oglozafortney.com
   535 Pacific Avenue, Suite 201
4  San Francisco, California 94133
   Telephone: (415) 912-1850
5  Facsimile: (415) 887-5349

6  Attorneys for Plaintiff
   CLIFF HIGGERSON
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF ORANGE

10

11 | DENISE PINKERTON, an individual as attorney in fact for ROGER D. ROOT, individually and as successor in interest to the claims of his deceased Spouse Sharon K. Root, and derivatively on behalf of MOBILE FARMING SYSTEMS, INC., a California corporation, | CASE NO. 30-2018-01018922-CU-FR-CJC |
|---|---|
| Plaintiffs, | **DEFENDANT CLIFF HIGGERSON'S NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| v. | |
| CULTIVATION TECHNOLOGIES, INC. a California corporation; RICHARD JOSEPH PROBST, an individual; RICHARD FRANCIS O'CONNOR II, an individual; AMY JEANETTE COOPER, an individual; JOSEPH R. PORCHE, an individual; JUSTIN S. BECK, an individual; TGAP HOLDINGS, LLC, a limited liability company; EM2 STRATEGIES, LLC, a limited liability company; I'M RAD, LLC, a limited liability company; CLIFF HIGGERSON, an individual, AROHA HOLDINGS INC., a California corporation; ANTHONY SCUDDER, a.k.a. TONY SCUDDER, an individual; SCOTT UNFUG, an individual; RANA FOROUGHI MOBIN, an individual; ROBERT KAMM, an individual; ROBERT A. BERNHEIMER, an individual; IRVING MARK EINHORN, an individual; MIGUEL MOTTA, an individual; and DOES 1-150, Defendants, | Date: February 21, 2019<br>Time: 1:30 p.m.<br>Dept. C33<br>Judge: Hon. James Crandall<br><br>Reservation No. 72957146<br><br>Complaint Filed: September 14, 2018 |
| Nominal Defendant: MOBILE FARMING SYSTEMS INC., a California Corporation. | |

OGLOZA FORTNEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HIGGERSON DEMURRER TO COMPLAINT

3:22-CV-01616-BAS-DDL
Exhibit #271: 002