EXHIBIT 290

**SUBP-020**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>JUSTIN S. BECK<br>3501 ROSELLE ST.<br>OCEANSIDE, CALIFORNIA 92056<br>TELEPHONE NO.: 760-449-2509    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* JUSTINTIMESD@GMAIL.COM<br>ATTORNEY FOR *(Name):* IN PRO PER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 W. CIVIC CENTER DR.
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CALIFORNIA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF/PETITIONER: JUSTIN S. BECK

DEFENDANT/RESPONDENT: THE STATE BAR OF CALIFORNIA, ET AL.

| DEPOSITION SUBPOENA<br>FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS | CASE NUMBER:<br>30-2021-01237499-CU-PN-CJC |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*
THE STATE BAR OF CALIFORNIA, 845 S. Figueroa Ave., Los Angeles, California 90017  (213) 765-1000

1. **YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS** in this action at the following date, time, and place:

| Date: 09/09/2022     Time: 09:00 AM     Address: 845 S. FIGUEROA AVE., LOS ANGELES, CA 90017 |
|---|

  a. ☑ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.230.)

  b. ☑ You are ordered to produce the documents and things described in item 3.

  c. ☑ This deposition will be recorded stenographically     ☑ through the instant visual display of testimony
      and by ☑ audiotape     ☑ videotape.

  d. ☑ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena.  The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:

    See Notice of Deposition Attachment 3 Items (1) - (22)

    ☑ Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

    See Notice of Deposition Attachment 4 Items (1) - (22)

    ☑ Continued on Attachment 4.

5. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

6. *At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence if the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.*

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: 07/26/22

_____
David H. Yamasaki
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PERSON ISSUING SUBPOENA )

Clerk of the Court
(TITLE)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUBP-020 [Rev. January 1, 2009]<br>L-1259 (Rev. December 2, 2016)

**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

Code of Civil Procedure §§ 2020.510,<br>2025.220, 2025.230, 2025.250, 2025.620;<br>Government Code, § 68097.1<br>www.courtinfo.ca.gov

3:22-CV-01616-BAS-DDL, ~~3:22-CV-00818-JVS-DFM~~

Exhibit #290: 002

| | SUBP-020 |
|---|---|
| PLAINTIFF/PETITIONER: JUSTIN S. BECK | CASE NUMBER: |
| DEFENDANT/RESPONDENT: THE STATE BAR OF CALIFORNIA, ET AL. | 30-2021-01237499-CU-PN-CJC |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE
## AND PRODUCTION OF DOCUMENTS AND THINGS

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

   a. Person served *(name):*

   b. Address where served:


   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees and mileage both ways *(check one):*
   - (1) ☐ were paid. Amount: .......... $ _____
   - (2) ☐ were not paid.
   - (3) ☐ were tendered to the witness's public entity employer as required by Government Code section 68097.2. The amount tendered was *(specify):* ....... $ _____

   f. Fee for service: .............................................. $ _____

2. I received this subpoena for service on *(date):*

3. Person serving:
   - a. ☐ Not a registered California process server
   - b. ☐ California sheriff or marshal
   - c. ☐ Registered California process server
   - d. ☐ Employee or independent contractor of a registered California process server
   - e. ☐ Exempt from registration under Business and Professions Code section 22350(b)
   - f. ☐ Registered professional photocopier
   - g. ☐ Exempt from registration under Business and Professions Code section 22451
   - h. Name, address, telephone number, and, if applicable, county of registration and number:


**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

**(For California sheriff or marshal use only)**
**I certify** that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

SUBP-020 [Rev. January 1, 2009]

**PROOF OF SERVICE**
**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE**
**AND PRODUCTION OF DOCUMENTS AND THINGS**

Page 2 of 2

3:22-CV-01616-BAS-DDL, ~~3:20-CV-000415-473-DFM~~

Exhibit #290: 003

1

**NOTICE OF DEPOSITION**

2 | Justin S. Beck
justintimesd@gmail.com
3 | 3501 Roselle St.
Oceanside, California 92056
4 | 760-449-2509

5 | *In Pro Per*

6

**IN THE SUPERIOR COURT OF CALIFORNIA**

7

**COUNTY OF ORANGE**

8

| | |
|---|---|
| JUSTIN S. BECK, an individual | ) Case No: 30-2021-01237499-CU-PN-CJC |
| Plaintiff, | ) Judge Assigned: Honorable John C. Gastelum |
| v. | ) |
| THE STATE BAR OF CALIFORNIA, a public corporation and public entity; ANAND KUMAR, an individual employee acting in an official capacity; ELI DAVID MORGENSTERN, an individual employee acting in an official capacity; JOY NUNLEY, an individual employee acting in an official capacity; THE STATE OF CALIFORNIA, a state and public entity; and DOES 1-30 | ) **NOTICE OF DEPOSITION** <br> ) <br> ) <br> ) <br> ) <br> ) Action Filed: December 21, 2021 |
| Defendants | ) Trial Date: None <br> ) <br> ) **Unlimited Civil Case** |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  **TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

24

25  **YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF** defendant THE STATE BAR OF

26 CALIFORNIA, a public corporation and public entity ("STATE BAR"), will be taken on **Friday, September 9,**

27 **2022,** at The State Bar of California, 845 S. Figueroa Ave., Los Angeles, California 90017 commencing at

28 **9:00 AM** and continuing as permitted by Code of Civil Procedure section 2025.290.

-1-

**YOU ARE FURTHER NOTIFIED THAT:**

The deponent is not a natural person. The matters on which the deponent will be examined are as follows:

(1) Government Claims Act Forms, Procedures, and Official Actors Before 10/14/21

(2) 10/14/21, Preservation of Evidence Letter Delivered by Plaintiff to STATE BAR

(3) 10/18/21, Claim Presentation by Plaintiff Under Government Claims Act (GOV § 910)

(4) 11/12/21, Plaintiff Claim Denial by STATE BAR

(5) 12/21/21, Filing of Instant Action by Plaintiff (GOV § 945.6)

(6) Plaintiff's Rejected Supreme Court Accusations Filed by STATE BAR in Declaration [ROA #49]

(7) Disclosures to California State Auditor RE: Gov. Claim/Instant Action

(8) Disclosures to Macias Gini & O'Connell LLP ("MGO") RE: Gov. Claim/Instant Action

(9) Demurrer Filings [ROA #49] [ROA #51] [ROA #55] [ROA #73] [ROA #77] [ROA #79]

(10) Plaintiff Filing of First Amended Complaint in Instant Action 05/02/22 [ROA #60] ("FAC")

(11) Case Management Statement Filed by Plaintiff on 05/03/2022 [ROA #67]

(12) Case Management Statement Filed by STATE BAR on 05/10/2022 [ROA #69]

(13) Form Interrogatories and Requests for Admissions Set #1 05/13/2022 [Production Date ~08/09/22]

(14) Plaintiff's Noticed RICO § 1962 ("RICO") Allegations Known to STATE BAR

(15) Fourth District, Division Three Court of Appeal Rulings in G059766, G058700, G059457

(16) 07/12/22, Letter to DURAN, ANDRESEN, GRANDT from Plaintiff (w/Attachments)

(17) Separate Statement filed 07/18/2022 ("Material Facts") [ROA #103]

(18) California State Auditor Whistleblower Case #I2022-1019

(19) Published/Un-Published Procedures for All "Licensing, Regulatory, Disciplinary Functions"

(20) Complaint Review Unit, generally (Before October 14, 2021, and After October 18, 2021)

(21) 07/20/22, Response from Office of General Counsel RE: 05/19/22 and 07/12/22 Emails to DURAN

(22) Declaration [#2] of Justin S. Beck [ROA #111] + Catanzarite Cases (EVID § 956)

1    It is the duty of THE STATE BAR OF CALIFORNIA to identify the individual(s) most qualified to testify on

2    these subjects.

3

4        The deponent, who is a party to this action, is required to produce the following at the deposition: All

5    documents, electronically stored information, records, or other materials regarding each item (1)-(22):

6

7        (1) Government Claims Act Forms, Procedures, and Official Actors Before 10/14/21

8        (2) 10/14/21, Preservation of Evidence Letter Delivered by Plaintiff to STATE BAR

9        (3) 10/18/21, Claim Presentation by Plaintiff Under Government Claims Act (GOV § 910)

10       (4) 11/12/21, Plaintiff Claim Denial by STATE BAR

11       (5) 12/21/21, Filing of Instant Action by Plaintiff (GOV § 945.6)

12       (6) Plaintiff's Rejected Supreme Court Accusations Filed by STATE BAR in Declaration [ROA #49]

13       (7) Disclosures to California State Auditor RE: Gov. Claim/Instant Action

14       (8) Disclosures to Macias Gini & O'Connell LLP ("MGO") RE: Gov. Claim/Instant Action

15       (9) Demurrer Filings [ROA #49] [ROA #51] [ROA #55] [ROA #73] [ROA #77] [ROA #79]

16       (10) Plaintiff Filing of First Amended Complaint in Instant Action 05/02/22 [ROA #60] ("FAC")

17       (11) Case Management Statement Filed by Plaintiff on 05/03/2022 [ROA #67]

18       (12) Case Management Statement Filed by STATE BAR on 05/10/2022 [ROA #69]

19       (13) Form Interrogatories and Requests for Admissions Set #1 05/13/2022 [Production Date ~08/09/22]

20       (14) Plaintiff's Noticed RICO § 1962 ("RICO") Allegations Known to STATE BAR

21       (15) Fourth District, Division Three Court of Appeal Rulings in G059766, G058700, G059457

22       (16) 07/12/22, Letter to DURAN, ANDRESEN, GRANDT from Plaintiff (w/Attachments)

23       (17) Separate Statement filed 07/18/2022 ("Material Facts") [ROA #103]

24       (18) California State Auditor Whistleblower Case #I2022-1019

25       (19) Published/Un-Published Procedures for All "Licensing, Regulatory, Disciplinary Functions"

26       (20) Complaint Review Unit, generally (Before October 14, 2021, and After October 18, 2021)

27       (21) 07/20/22, Response from Office of General Counsel RE: 05/19/22 and 07/12/22 Emails to DURAN

28       (22) Declaration [#2] of Justin S. Beck [ROA #111] + Catanzarite Cases (EVID § 956)

-3-

1    Where electronically stored information is requested, the form in which it should be produced is PDF on
2    two physical "thumb" drives (one original and one backup) organized by each item (1)-(22) in folders, and further
3    as (a) "Name of Document" followed by a short description and the persons to whom it was addressed, intended,
4    received, delivered, and the methods of each (e.g., electronic email or other form of wire or postal mail
5    communication, if applicable). If there are more than 26 documents in a given (1)-(22) folder (e.g., (a)-(z),) please
6    re-start (aa), and so on to (zz), then over again (aaa) and so on to (zzz) within each respective folder. In the
7    alternative to physical "thumb" drives as requested by Plaintiff, STATE BAR may judicially notice all documents
8    as being verified internally to avoid undue waste of court and party resources, or as may be otherwise agreed.

9

10   The deposition proceedings will be recorded both stenographically and by audio/video/livestream on
11   social media recordings.

12

13   As per prior notice by Plaintiff to STATE BAR, he will also seek by motion an order appointing referee
14   under California Code of Civil Procedure section 639(a)(5) for good cause on all matters pertaining to discovery.
15   Because such motion for an order appointing referee may not be heard prior to the upcoming October 4, 2022,
16   hearing on his motion for summary judgment, or in the alternative summary adjudication [ROA #107], Plaintiff
17   seeks a joint stipulation now to appoint a neutral referee for this deposition (inactive State Bar licensee designated
18   by Plaintiff), and that they rule upon any matter related to privileges and exemptions from privilege under the
19   circumstances. Specifically, Plaintiff seeks to eliminate any purported privilege held by STATE BAR or
20   Catanzarite Law Corporation actors under exemptions related to fraud and/or crimes (e.g., EVID § 956) like
21   conduct meeting the definition of racketeering activity under RICO § 1961 that preceded October 14, 2018
22   (predicate) and continuous (ongoing, plus parallel) acts meeting the federal definitions of wire fraud, mail fraud,
23   securities fraud, bribery or extortion, and [fraudulent concealment]. **A list of all parties or attorneys for parties**
24   **on whom this Notice of Deposition is being served is shown on the accompanying proof of service.**

25

26   DATE: July 26, 2022                              By _____

27                                                        Justin S. Beck, plaintiff

28                                                        *In Pro Per*

-4-
NOTICE OF DEPOSITION 3:22-CV-01616-BAS-DDL, 8:20-CV-00010-JLS-DFM
Exhibit #290: 007

1                                                 [Proof of E-Service]

2

3   I, Justin S. Beck, the plaintiff in this action and moving party, served by electronic mail:

4

5   Notice of Deposition (defendant The State Bar of California)

6   Deposition for Personal Appearance and Production of Records (defendant The State Bar of California)

7

8   Suzanne.Grandt@statebar.ca.gov

9   Ruben.Duran@bbklaw.com

10   Carissa.Andresen@statebar.ca.gov

11

12   Upon defendant State of California, who is jointly and severally liable derivatively for State Bar:

13

14   [Physical Service Notice Forthcoming Until Office of Attorney General Accepts Electronic Service]

15

16                    Dated July 26, 2022

17                    Oceanside, California

18

19                    Respectfully Submitted,

20

21                    _____

22                    Justin S. Beck, plaintiff and moving party

23                    *In Pro Per*

24

25

26

27

28

NOTICE OF DEPOSITION 3:22-CV-01616-BAS-DDL, 3:20-cv-06016-JVS-DFM

Exhibit #290: 008

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>(760) 449-2509 | FOR COURT USE ONLY |
|---|---|---|
| **Justin Beck**<br>**3501 Roselle St**<br>**Oceanside, CA 92056**<br>ATTORNEY FOR   **Self Represented** | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | |
|---|---|

| SHORT TITLE OF CASE:<br>Justin S. Beck vs. The State Bar of California | |
|---|---|

| DATE:<br>09/09/2022 | TIME:<br>9:00 AM | DEP./DIV. | CASE NUMBER:<br>30-2021-01237499-CU-PN-CJC |
|---|---|---|---|

| **Declaration of Reasonable Diligence** | Ref. No. or File No: |
|---|---|

Person to Serve: **The State Bar of California**

Documents
Received:   **Deposition Subpoena for Personal Appearance and Production of Documents and Things; Notice of Deposition**

I declare the following attempts were made to effect personal service, no other residence or business address is known to me:

**Aug 01
2022**   **11:51 AM**   180 Howard St, San Francisco, CA 94105; Rejected, accepted via email ONLY.

Person attempting service:

a. Name: **Donald Schlipp**
b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
c. Telephone number: **650-364-9612**
d. Registration Number: **496**
e. County: **San Mateo**
f. Expiration Date: **10/12/2023**
g. **The fee** for this service was: **120.00**
h. I am an independent contractor:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



_____
**Donald Schlipp**

Date: **08/11/2022**

3:22-CV-01616-BAS-DDL, 3:20-CV-06018-JVS-DFM

Exhibit #290: 009

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NUMBER (760) 449-2509 | FOR COURT USE ONLY |
|---|---|---|---|
| Justin Beck<br>3501 Roselle St<br>Oceanside CA 92056<br>ATTORNEY FOR     Self Represented | | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL
700 Civic Center Drive West
Santa Ana, CA 92701

SHORT TITLE OF CASE:
Justin S. Beck vs. The State Bar of California

| INVOICE NO.<br>6215959 | DATE:<br>09/09/2022 | TIME:<br>9:00 am | DEP./DIV. | CASE NUMBER:<br>30-2021-01237499-CU-PN-CJC |
|---|---|---|---|---|

## BY FAX

1. I am at least 18 years old.

    a. My residence or business address is **500 Allerton Street, Suite 105, Redwood City, Ca 94063**

    b. My electronic service address is **info@swiftattorneyservice.com**

2. I electronically served the following documents:

Proof of Electronic Service
Deposition Subpoena for Personal Appearance and Production of Documents and Things
Notice of Deposition

3. I electronically served the documents listed In 2 as follows:

    a. Name of person(s) Served:     James Chung james.chang@calbar.ca.gov
    b. Electronic service address of person(s) served:  **180 Howard St San Francisco, CA 94105 (Business)**
    c. On:     08/11/2022
    d. At:     11:57 AM

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

8/11/2022

Talam White

>

**Proof of Electronic Service**

3:22-CV-01616-BAS-DDL, ~~3:22-CV-00048-JVS-REM~~
Exhibit #290: 010



Swift Legal <info@swiftlegal.com>

## RE: Deposition Subpoena for Personal Appearance and Production of Documents and Things and Notice of Deposition for Case # 30-2021-01237499-CU-PN-CJC

1 message

**Swift Legal** <info@swiftlegal.com>                                    Thu, Aug 11, 2022 at 11:57 AM
To: james.chang@calbar.ca.gov

Hello,

Our office tried to serve the Office of General Counsel in San Francisco and was told that legal documents are accepted by email only, see attached document referenced above in regards to the case also mentioned above, please confirm receipt of the email along with the documents.

Taiam White

_____

📄 **6215959-CombineDocuments.pdf**
942K

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>(760) 449-2509 | FOR COURT USE ONLY |
|---|---|---|
| **Justin Beck**<br>**3501 Roselle St**<br>**Oceanside, CA 92056**<br>ATTORNEY FOR   **Self Represented** | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Justin S. Beck vs. The State Bar of California | | |

| DATE:<br>09/09/2022 | TIME:<br>9:00 AM | DEP./DIV. | | CASE NUMBER:<br>30-2021-01237499-CU-PN-CJC |
|---|---|---|---|---|
| | | **Proof of Service Civil Subpoena** | | Ref. No. or File No: |

1.  I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things; Notice of Deposition* by personally delivering a copy to the person served as follows:

   a.  Person served *(name):* **The State of California By Serving: G. Arcebide #10 - Officer**

   b.  Address where served: **1300 I St, Sacramento, CA 95814**

   c.  Date of delivery: **7/28/2022**
   d.  Time of delivery: **09:39 AM**
   e.  Witness fees *(check one)*:

   (1) ☐   were offered or demanded
          and paid, Amount: . . . . . . . **$ 0.00**

   (2) ☒   were not demanded or paid.

   f.  Fee for service: . . . . . . . . . . . . . . . . . **$ 110.00**

2. Person attempting service:
   a. Name: **Peli Thao**
   b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
   c. Telephone number: **650-364-9612**
   d. I am:
      (i) ☒ Independent Contractor
      (ii) Registration No.: **2020-02**
      (iii) County: **Sacramento**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



Peli Thao                              Date: 07/28/2022

---