EXHIBIT 303

# THE RECORDER

Topics ⌄    Surveys & Rankings ⌄    Cases ⌄    All Sections ⌄

LAW.COM

**Page Printed From:**
https://www.law.com/therecorder/2021/06/09/california-bar-rehires-leah-wilson-as-executive-director/

 **NOT FOR REPRINT**

## California Bar Rehires Leah Wilson as Executive Director

Wilson served as the bar's executive director for two years until she resigned in January 2019 to pursue what she described as a venture mixing public and private dollars with philanthropy.

June 09, 2021 at 11:14 PM

Bar Associations



**Cheryl Miller**



## What You Need to Know

- Wilson had served as the bar's executive director for two years until she resigned in 2019
- Terms of Wilson's rehiring, such as her salary, were not released
- Candidates for chief trial counsel are being reviewed

**NOT FOR REPRINT**

Copyright © 2023 ALM Global, LLC. All Rights Reserved.