EXHIBIT 311

1   Kenneth J. Catanzarite (SBN 113750)
    kcatanzarite@catanzarite.com
2   Brandon Woodward (SBN 284621)
    bwoodward@catanzarite.com
3   Tim James O'Keefe (SBN 290175)
    tokeefe@catanzarite.com
4   CATANZARITE LAW CORPORATION
    2331 West Lincoln Avenue
5   Anaheim, California 92801
    Tel: (714) 520-5544
6   Fax: (714) 520-0680

7   Attorneys for Plaintiffs

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**09/14/2018** at 12:36:59 PM
Clerk of the Superior Court
By Clarissa Bustamante, Deputy Clerk

8

9                    **IN THE SUPERIOR COURT OF CALIFORNIA**

10                        **FOR THE COUNTY ORANGE**

11   DENISE PINKERTON, an individual as        Case No.   30-2018-01018922-CU-FR-CJC
     attorney in fact for ROGER D. ROOT,
12   individually and as successor in interest to   Assigned for All Purposes to
     the claims of his deceased Spouse Sharon K.   Hon.   Judge Geoffrey T. Glass
13   Root, and derivatively on behalf of MOBILE   Dept. __
     FARMING SYSTEMS, INC., a California
14   corporation,                                **COMPLAINT FOR:**

15              Plaintiffs,                       1. **Breach of Fiduciary Duty**
                                                  2. **Constructive Fraud**
16   v.                                           3. **Aiding and Abetting Breach of**
                                                     **Fiduciary Duty**
17   CULTIVATION TECHNOLOGIES, INC., a           4. **Conspiracy to Breach Fiduciary Duty**
     California corporation; RICHARD JOSEPH      5. **Conversion**
18   PROBST, an individual; RICHARD              6. **Declaratory Relief for Order Directing**
     FRANCIS O'CONNOR II, an individual;            **Surrender and Exchange of Certificates**
19   AMY JEANETTE COOPER, an individual;           **(Calif. Corp. Code, § 422)**
     JOSEPH R. PORCHE, an individual;           7. **Misappropriation of Trade Secrets,**
20   JUSTIN S. BECK, an individual; TGAP           **California Civil Code Section 3426**
     HOLDINGS, LLC, a limited liability         8. **Unfair Competition Under California**
21   company; EM2 STRATEGIES, LLC, a              **Business & Professions Code Section**
     limited liability company; I'M RAD, LLC, a   **17200, et seq.**
22   limited liability company; CLIFF           9. **Fraudulent Concealment**
     HIGGERSON, an individual; AROHA           10. **Exploitation of the Elderly**
23   HOLDINGS INC., a California corporation;   11. **Violation of Florida Statue § 517.301**
     ANTHONY SCUDDER, a.k.a. TONY                 **Fraudulent Transaction and**
24   SCUDDER, an individual; SCOTT UNFUG,         **Falsification and Concealment of Facts**
     an individual; RANA FOROUGHI MOBIN,         **Giving Rise to Remedies under Florida**
25   an individual; ROBERT KAMM, an               **Statue § 517.211**
     individual; ROBERT A. BERNHEIMER, an
26   individual; IRVING MARK EINHORN, an
     individual; MIGUEL MOTTA, an
27   individual; and Does 1-150,

28              Defendants.

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

Document received by the CA 4th District Court of Appeal Division 3.

Nominal Defendant: MOBILE FARMING
SYSTEMS, INC., a California corporation.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

ocument received by the CA 4th District Court of Appeal Division 3.

2.

3:22-CV-01616-BAS-DDL
Complaint

7.      For compensation for the reasonably necessary loss of time, attorney's fees, and other expenditures suffered or incurred under the "tort of another" doctrine as required to act in the protection of Plaintiffs' interests by bringing this action in accordance with *Prentice v. North Am. Title Guaranty Corp., Alameda Division* (1963) 59 Cal.2d 618; *Electrical Electronic Control, Inc. v. Los Angeles Unified School Dist.* (2005) 126 Cal.App.4th 601;

8.      For statutory attorneys fees and costs as appropriate under *Corporations Code*, § 25501.5 and *Code of Civil Procedure*, § 1029.8. Plaintiffs also allege they are entitled to the remedy afforded by *Code of Civil Procedure*, § *1029.8* which provides that where an unlicensed person, who took securities sales commissions, cause injury or damage to another person(s) as a result of providing services for which such license is required those defendants, jointly and severally, "...shall be liable to the injured person for treble the amount of damages assessed in a civil action in any court having proper jurisdiction." with such additional damages not to exceed $10,000. In addition the Court may "in its discretion award all costs and attorney's fees to the injured person if that person prevails in the action." See *Civil Code*, § *1029.8 (a)*;

9.      Punitive, exemplary, and treble damages, and any other damages authorized by law;

10.     For prejudgment and post-judgment interest at the maximum legal rate, as provided by California law, as applicable, as an element of damages which Plaintiffs has suffered as a result of Defendants' wrongful and unlawful acts;

11.     For reasonable attorneys' fees and costs incurred herein as allowed by statute; and

12.     For such other relief as the Court deems just and proper.

DATED: September 14, 2018.          CATANZARITE LAW CORPORATION

Kenneth J. Catanzarite
Brandon E. Woodward
Tim James O'Keefe
Attorneys for Plaintiffs

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

Document received by the CA 4th District Court of Appeal Division 3.

48.

1  Kenneth J. Catanzarite (SBN 113750)
   kcatanzarite@catanzarite.com
2  Brandon Woodward (SBN 284621)
   bwoodward@catanzarite.com
3  Tim James O'Keefe (SBN 290175)
   tokeefe@catanzarite.com
4  CATANZARITE LAW CORPORATION
   2331 West Lincoln Avenue
5  Anaheim, California 92801
   Tel: (714) 520-5544
6  Fax: (714) 520-0680

7  Attorneys for Plaintiffs

8

### IN THE SUPERIOR COURT OF CALIFORNIA

9

### FOR THE COUNTY ORANGE

10

11  MOBILE FARMING SYSTEMS, INC., a
    California corporation, directly and
12  derivatively on behalf of CULTIVATION
    TECHNOLOGIES, INC., a California
    corporation,
13
            Plaintiffs,
14
    v.
15
    RICHARD JOSEPH PROBST, an
16  individual; JUSTIN S. BECK, an individual;
    EM2 STRATEGIES, LLC, a limited liability
17  company; I'M RAD, LLC, a limited
    liability company; ROBERT KAMM, an individual;
18  ROBERT A. BERNHEIMER, an individual;
    IRVING MARK EINHORN, an individual;
19  MIGUEL MOTTA, an individual; TOW
    AND GROW, INC., a California
20  corporation, and Does 1-200,
21          Defendants.
22  Nominal Defendant: CULTIVATION
    TECHNOLOGIES, INC., a California
23  corporation.
24
25
26
27
28

Case No. _____

Assigned for All Purposes to
Hon. _____
Dept. ___

**COMPLAINT FOR:**

1. **Violation of Cal. Corp. Code § 1507**
2. **Breach of Fiduciary Duty**
3. **Declaratory Relief**
4. **Permanent Injunction**
5. **Conversion- CTI Shares**
6. **Conversion- TOW-GROW**
7. **Declaratory Relief for Order Directing Surrender and Exchange of Certificates** (*Calif. Corp. Code*, § 422)
8. **Misappropriation of Trade Secrets, *California Civil Code* Section 3426**
9. **Unfair Competition under *California Business & Professions Code* Section 17200, Et. Seq. Breach of Fiduciary Duty**

**[REQUEST FOR HEARING UNDER *CAL. CORP. CODE* § 709(b)]**

*Document received by the CA 4th District Court of Appeal Division 3.*

1        12.     Punitive, exemplary, and treble damages, and any other damages authorized by

2    law;

3        13.     For prejudgment and post-judgment interest at the maximum legal rate, as

4    provided by California law, as applicable, as an element of damages which Plaintiffs has suffered

5    as a result of Defendants' wrongful and unlawful acts;

6        14.     For reasonable attorneys' fees and costs incurred herein as allowed by statute; and

7        15.     For such other relief as the Court deems just and proper.

8

9    DATED: January 28, 2019.          CATANZARITE LAW CORPORATION

10

11                                Kenneth J. Catanzarite

12                                Brandon E. Woodward
      Tim James O'Keefe
      Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

ocument received by the CA 4th District Court of Appeal Division 3.

1   Kenneth J. Catanzarite (SBN 113750)
    kcatanzarite@catanzarite.com
2   Brandon Woodward (SBN 284621)
    bwoodward@catanzarite.com
3   Tim James O'Keefe (SBN 290175)
    tokeefe@catanzarite.com
4   CATANZARITE LAW CORPORATION
    2331 West Lincoln Avenue
5   Anaheim, California 92801
    Tel: (714) 520-5544
6   Fax: (714) 520-0680

7   Attorneys for Plaintiffs

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

04/16/2019 at 04:00:12 PM

Clerk of the Superior Court
By Sarah Loose,Deputy Clerk

8

9               IN THE SUPERIOR COURT OF CALIFORNIA

                   FOR THE COUNTY ORANGE
10

11  RICHARD MESA, individually and on behalf       Case No.  30-2019-01064267-CU-MC-CXC
    of himself and all others similarly situated and
12  derivatively on behalf of CULTIVATION          Assigned for All Purposes to
    TECHNOLOGIES, INC., a California               Hon. Judge Peter Wilson
13  corporation,                                   Dept. CX102       --

14          Plaintiffs,                            **[PROPOSED] CLASS ACTION
                                                   COMPLAINT FOR:**
15  v.
                                                   1. **Violation of Cal. Corp. Code § 1507**
16  RICHARD JOSEPH PROBST, an individual;          2. **Breach of Fiduciary Duty**
    JUSTIN S. BECK, an individual; ROBERT A.       3. **Declaratory Relief**
17  BERNHEIMER, an individual; ROBERT A.           4. **Permanent Injunction**
    BERNHEIMER, INC., a California                 5. **Conversion- CTI Shares**
18  corporation; ROBERT KAMM, an individual;       6. **Conversion- TOW-GROW**
    IRVING MARK EINHORN, an individual;            7. **Declaratory Relief for Order
19  MIGUEL MOTTA, an individual; MICHAEL              Directing Surrender and Exchange of
    BURDICK, an individual; FREDERICK                 Certificates** (*Calif. Corp. Code,* **§ 422**)
20  HEIM, an individual; JEFFREY                    8. **Misappropriation of Trade Secrets,**
    SHERWOOD, an individual; THOMAS                    *California Civil Code* **Section 3426**
21  BRODEUR, an individual; ERIC MATHUR,           9. **Unfair Competition under** *California
    an individual; JASON PITKIN, an individual;       Business & Professions Code* **Section
22  BRYAN TIMMERMAN, an individual;                   17200, Et. Seq. Breach of Fiduciary
    KEVIN GILLIAN, an individual; ROBERT              Duty**
23  SCHMIDT, an individual; DARREN
    WETHERHOLD, an individual; EM2                 **[REQUEST FOR HEARING UNDER**
24  STRATEGIES, LLC, a limited liability           *CAL. CORP. CODE* **§ 709(b)]**
    company; I'M RAD, LLC, a limited liability
25  company; TOW AND GROW, INC., a
    California corporation;  and Does 1-200,

26          Defendants.

27  Nominal Defendant:  CULTIVATION
    TECHNOLOGIES, INC., a California
28  corporation.

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

ocument received by the CA 4th District Court of Appeal Division 3.

14.     For prejudgment and post-judgment interest at the maximum legal rate, as provided by California law, as applicable, as an element of damages which Plaintiffs has suffered as a result of Defendants' wrongful and unlawful acts;

15.     For reasonable attorneys' fees and costs incurred herein as allowed by statute; and

16.     For such other relief as the Court deems just and proper.

DATED: April 16, 2019.                    CATANZARITE LAW CORPORATION

Kenneth J. Catanzarite
Brandon E. Woodward
Tim James O'Keefe
Attorneys for Plaintiffs

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

53.
Complaint

ocument received by the CA 4th District Court of Appeal Division 3.

1   Kenneth J. Catanzarite (SBN 113750)
     kcatanzarite@catanzarite.com
2   Brandon Woodward (SBN 284621)
     bwoodward@catanzarite.com
3   Tim James O'Keefe (SBN 290175)
     tokeefe@catanzarite.com
4   CATANZARITE LAW CORPORATION
     2331 West Lincoln Avenue
5   Anaheim, California 92801
     Tel: (714) 520-5544
6   Fax: (714) 520-0680

7   Attorneys for Plaintiffs

8

9           IN THE SUPERIOR COURT OF CALIFORNIA

10               FOR THE COUNTY ORANGE

11  RICHARD MESA, AMY COOPER, TOM S.
     MEBANE, individually and on behalf of
12  himself/herself/themselves and all others
     similarly situated and derivatively on behalf of
13  CULTIVATION TECHNOLOGIES, INC., a
     California corporation,

14           Plaintiffs,

15  v.

16  RICHARD JOSEPH PROBST, an individual;
     JUSTIN S. BECK, an individual; ROBERT A.
17  BERNHEIMER, an individual; ROBERT A.
     BERNHEIMER, INC., a California
18  corporation; ROBERT KAMM, an individual;
     IRVING MARK EINHORN, an individual;
19  MIGUEL MOTTA, an individual; MICHAEL
     BURDICK, an individual; FREDERICK
20  HEIM, an individual; JEFFREY
     SHERWOOD, an individual; THOMAS
21  BRODEUR, an individual; ERIC MATHUR,
     an individual; JASON PITKIN, an individual;
22  BRYAN TIMMERMAN, an individual;
     KEVIN GILLIAN, an individual; ROBERT
23  SCHMIDT, an individual; DARREN
     WETHERHOLD, an individual; EM2
24  STRATEGIES, LLC, a limited liability
     company; I'M RAD, LLC, a limited liability
25  company; TOW AND GROW, INC., a
     California corporation; FINCANNA
26  CAPITAL CORP., a British Columbia
     corporation and Does 1-200,

27

28           Defendants.
     (Caption Continues on Next Page)

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

05/15/2019 at 11:08:00 AM

Clerk of the Superior Court
By Sarah Loose,Deputy Clerk

Case No. 30-2019-01064267

Assigned for All Purposes to
Hon. ~~Peter Wilson~~ Randall Sherman
Dept. ~~CX-102~~ CX105

FIRST AMENDED ~~[PROPOSED]~~
CLASS ACTION COMPLAINT FOR:

1.  **Violation of Cal. Corp. Code § 1507**
2.  **Breach of Fiduciary Duty**
3.  **Declaratory Relief**
4.  **Permanent Injunction**
5.  **Conversion- CTI Shares**
6.  **Conversion- TOW-GROW**
7.  **Declaratory Relief for Order Directing Surrender and Exchange of Certificates (*Calif. Corp. Code*, § 422)**
8.  **Wrongful Foreclosure - May 2, 2019**
9.  **For Recovery of Treble Damages for Usurious Interest and Fees under California Civil Code § 1916-3**
10. **For Common Law Recovery or Offset of Usurious Interest & Fees**
11. **Unfair Competition under *California Business & Professions Code* Section 17200, Et. Seq.**

**[REQUEST FOR HEARING UNDER *CAL. CORP. CODE* § 709(b)]**

document received by the CA 4th District Court of Appeal Division 3.

First Amended Complaint

3:22-CV-01616-BAS-DDL
Exhibit #311: 012

Nominal Defendant:  CULTIVATION
TECHNOLOGIES, INC., a California
corporation.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

Document received by the CA 4th District Court of Appeal Division 3.

1  against CTI, and that CTI has no duty under the agreements to pay any interest or fees to

2  FINCANNA;

3      15.    Awarding treble damages and directing FINCANNA to pay the sum of $6,000,000

4  and $3,000,000 to CTI in accordance with California Civil Code § 1916-3 in connection with

5  usurious interest and fees paid on the FINCANNA loans;

6      16.    For compensation for the reasonably necessary loss of time, attorney's fees, and

7  other expenditures suffered or incurred under the "tort of another" doctrine as required to act in

8  the protection of Plaintiffs' interests by bringing this action in accordance with *Prentice v. North*

9  *Am. Title Guaranty Corp., Alameda Division* (1963) 59 Cal.2d 618; *Electrical Electronic*

10  *Control, Inc. v. Los Angeles Unified School Dist.* (2005) 126 Cal.App.4th 601;

11      17.    Punitive, exemplary, and treble damages, and any other damages authorized by

12  law;

13      18.    For prejudgment and post-judgment interest at the maximum legal rate, as

14  provided by California law, as applicable, as an element of damages which Plaintiffs has suffered

15  as a result of Defendants' wrongful and unlawful acts;

16      19.    For reasonable attorneys' fees and costs incurred herein as allowed by statute; and

17      20.    For such other relief as the Court deems just and proper.

18

19  DATED: May 15, 2019.        CATANZARITE LAW CORPORATION

20

21                        Kenneth J. Catanzarite

22                        Brandon E. Woodward

                         Tim James O'Keefe

23                        Attorneys for Plaintiffs

24

25

26

27

28

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

ocument received by the CA 4th District Court of Appeal Division 3.

66.

3:22-CV-01616-BAS-DDL
Exhibit #311: 015

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

**07/02/2019** at 12:34:00 PM

Clerk of the Superior Court
By Mark Gutierrez, Deputy Clerk

1  Kenneth J. Catanzarite (SBN 113750)
   kcatanzarite@catanzarite.com
2  Brandon Woodward (SBN 284621)
   bwoodward@catanzarite.com
3  Tim James O'Keefe (SBN 290175)
   tokeefe@catanzarite.com
4  CATANZARITE LAW CORPORATION
   2331 West Lincoln Avenue
5  Anaheim, California 92801
   Tel: (714) 520-5544
6  Fax: (714) 520-0680

7  Attorneys for Defendants and
   Cross-Complainants

8

9              **IN THE SUPERIOR COURT OF CALIFORNIA**

10                 **FOR THE COUNTY ORANGE**

11  FINCANNA CAPITAL CORP.,                    Case No. 30-2019-01072088-CU-BC-CJC

12              Plaintiff,                      Assigned for All Purposes to
                                               Hon. Linda Marks
13  v.                                         Dept. C10

14  CULTIVATION TECHNOLOGIES, INC.,            **CROSS-COMPLAINT FOR:**
    COACHELLA MANUFACTURING, LLC,
15  COACHELLA DISTRIBUTORS, LLC, and           1.  **Breach of Fiduciary Duty**
    DS GEN, LLC, and DOES 1-100                2.  **Conversion**
16                                             3.  **Wrongful Foreclosure – May 2, 2019**
                Defendants.                    4.  **For Recovery of Treble Damages for**
17                                                 **Usurious Interest and Fees under**
    _____           **California Civil Code § 1916-3**
18  CULTIVATION TECHNOLOGIES, INC., a          5.  **For Common Law Recovery or Offset**
    California corporation, COACHELLA              **of Usurious Interest & Fees**
19  MANUFACTURING, LLC, a California           6.  **Unfair Competition under California**
    limited liability company; COACHELLA          **Business & Professions Code Section**
20  DISTRIBUTORS, LLC, a California limited        **17200, Et. Seq.**
    liability company;  and DS GEN, LLC, a
21  California limited liability company;

22              Cross-Complainants,

23  v.

24  FINCANNA CAPITAL CORP., a British
    Columbia corporation, ANDRIYKO
25  HERCHAK , an individual; ROBERT
    KAMM, an individual; MIGUEL MOTTA, an
26  individual, and Roes 1-100,

27              Cross-Defendants.
    _____
28

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

ocument received by the CA 4th District Court of Appeal Division 3.

11.     For prejudgment and post-judgment interest at the maximum legal rate, as provided by California law, as applicable, as an element of damages which Cross-Complainants have suffered as a result of Cross-Defendants' wrongful and unlawful acts;

12.     For reasonable attorneys' fees and costs incurred herein as allowed by contract and or statute; and

13.     For such other relief as the Court deems just and proper.

DATED: June 25, 2019.                        CATANZARITE LAW CORPORATION

                                             By:
                                                 Kenneth J. Catanzarite, Esq.
                                                 Attorneys for Cross-Complainants

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

Document received by the CA 4th District Court of Appeal Division 3.

51.

Cross-Complaint

3:22-CV-01616-BAS-DDL
Exhibit #311: 018

1   Kenneth J. Catanzarite (SBN 113750)
    kcatanzarite@catanzarite.com
2   Brandon Woodward (SBN 284621)
    bwoodward@catanzarite.com
3   Tim James O'Keefe (SBN 290175)
    tokeefe@catanzarite.com
4   CATANZARITE LAW CORPORATION
    2331 West Lincoln Avenue
5   Anaheim, California 92801
    Tel: (714) 520-5544
6   Fax: (714) 520-0680

7   Attorneys for Plaintiffs

8                   IN THE SUPERIOR COURT OF CALIFORNIA

9                       FOR THE COUNTY ORANGE

10
    DENISE PINKERTON, an individual as          Case No. 30-2018-01018922
11  attorney in fact for ROGER D. ROOT,
    individually and as successor in interest to   Assigned for All Purposes to
12  the claims of his deceased Spouse Sharon K.    Hon. Randall J. Sherman
    Root,                                          Dept. CX-105
13
         Plaintiffs,                            FIRST AMENDED COMPLAINT FOR:
14
    v.                                          1.  **Breach of Fiduciary Duty**
15                                              2.  **Fraudulent Concealment**
    RICHARD JOSEPH PROBST, an                   3.  **Exploitation of the Elderly**
16  individual; JUSTIN S. BECK, an individual;  4.  **Violation of *Florida Statute* § 517.301**
    I'M RAD, LLC, a limited liability company;      **Fraudulent Transaction and**
17  ROBERT KAMM, an individual; ROBERT             **Falsification and Concealment of Facts**
    A. BERNHEIMER, an individual; IRVING           **Giving Rise to Remedies under *Florida***
18  MARK EINHORN, an individual; MIGUEL            **Statue § 517.211**
    MOTTA, an individual; and Does 1-100,
19
         Defendants.
20

21

22

23

24

25

26

27

28

                         **First Amended Complaint**

*(left margin, vertical text)* CATANZARITE LAW CORPORATION 2331 WEST LINCOLN AVENUE ANAHEIM, CALIFORNIA 92801 TEL: (714) 520-5544 • FAX: (714) 520-0680

*(right margin, vertical text)* ocument received by the CA 4th District Court of Appeal Division 3.

1        4.     For an Order directing Defendants to return all MFS property in their possession,

2    custody or control;

3        5.     For compensation for the reasonably necessary loss of time, attorney's fees, and

4    other expenditures suffered or incurred under the "tort of another" doctrine as required to act in

5    the protection of Plaintiffs' interests by bringing this action in accordance with *Prentice v. North*

6    *Am. Title Guaranty Corp., Alameda Division* (1963) 59 Cal.2d 618; *Electrical Electronic*

7    *Control, Inc. v. Los Angeles Unified School Dist.* (2005) 126 Cal.App.4th 601;

8        6.     For statutory attorneys fees and costs as appropriate under *Corporations Code*, §

9    25501.5 and *Code of Civil Procedure*, § 1029.8. Plaintiffs also allege they are entitled to the

10   remedy afforded by *Code of Civil Procedure*, § *1029.8* which provides that where an unlicensed

11   person, who took securities sales commissions, cause injury or damage to another person(s) as a

12   result of providing services for which such license is required those defendants, jointly and

13   severally, "...shall be liable to the injured person for treble the amount of damages assessed in a

14   civil action in any court having proper jurisdiction." with such additional damages not to exceed

15   $10,000. In addition the Court may "in its discretion award all costs and attorney's fees to the

16   injured person if that person prevails in the action." See *Civil Code*, § *1029.8 (a)*;

17       7.     Punitive, exemplary, and treble damages, and any other damages authorized by

18   law;

19       8.     For prejudgment and post-judgment interest at the maximum legal rate, as

20   provided by California law, as applicable, as an element of damages which Plaintiff has suffered

21   as a result of Defendants' wrongful and unlawful acts;

22       9.     For reasonable attorneys' fees and costs incurred herein as allowed by statute; and

23       10.    For such other relief as the Court deems just and proper.

24

25   DATED: July 23, 2019.        CATANZARITE LAW CORPORATION

26

27                           Kenneth J. Catanzarite
                        Brandon E. Woodward

28                           Tim James O'Keefe
                        Attorneys for Plaintiffs

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

29.
**First Amended Complaint**

Document received by the CA 4th District Court of Appeal Division 3.

1   Kenneth J. Catanzarite (SBN 113750)
    kcatanzarite@catanzarite.com
2   Brandon Woodward (SBN 284621)
    bwoodward@catanzarite.com
3   Tim James O'Keefe (SBN 290175)
    tokeefe@catanzarite.com
4   CATANZARITE LAW CORPORATION
    2331 West Lincoln Avenue
5   Anaheim, California 92801
    Tel: (714) 520-5544
6   Fax: (714) 520-0680

7   Attorneys for Plaintiff

8

9              IN THE SUPERIOR COURT OF CALIFORNIA

10                 FOR THE COUNTY ORANGE

11  MOBILE FARMING SYSTEMS, INC., a          Case No. 30-2019-01046904-CU-BT-CJC
    California corporation,
12                                           Assigned for All Purposes to
          Plaintiff,                         Hon. Randall J. Sherman
13                                           Dept. CX105
    v.
14                                           **FIRST AMENDED COMPLAINT FOR:**
    RICHARD JOSEPH PROBST, an
15  individual; JUSTIN S. BECK, an           1.  **Breach of Fiduciary Duty;**
    individual; I'M RAD, LLC, a limited      2.  **Conversion;**
16  liability company; ROBERT KAMM, an       3.  **Common Count for Money Had and**
    individual; ROBERT A. BERNHEIMER,            **Received;**
17  an individual; IRVING MARK EINHORN,      4.  **Accounting;**
    an individual; MIGUEL MOTTA, an          5.  **Misappropriation of Trade Secrets,**
18  individual; PRO FAB TECH, LLC, a             *California Civil Code* **Section 3426; and**
    California limited liability company,    6.  **Unfair Competition under** *California*
19  and Does 2-200,                              *Business & Professions Code* **Section**
                                                 **17200, Et. Seq. Breach of Fiduciary Duty.**
20        Defendants.

21

22

23

24

25

26

27

28

Document received by the CA 4th District Court of Appeal Division 3.

8.   For reasonable attorneys' fees and costs incurred herein as allowed by statute; and

9.   For such other relief as the Court deems just and proper.

DATED: July 22, 2019.                      CATANZARITE LAW CORPORATION



Kenneth J. Catanzarite
Brandon E. Woodward
Tim James O'Keefe
Attorneys for Plaintiff

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

Document received by the CA 4th District Court of Appeal Division 3.

24.
**First Amended Complaint**

3:22-CV-01616-BAS-DDL
Exhibit #311: 023



# Notice of Service of Process

null / ALL
Transmittal Number: 20418290
Date Processed: 09/20/2019

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>Three Nationwide Plaza<br>Columbus, OH 43215 |
| **Electronic copy provided to:** | Ashley Roberts |
| **Entity:** | Scottsdale Insurance Company<br>Entity ID Number  3286058 |
| **Entity Served:** | Scottsdale Insurance Company |
| **Title of Action:** | Cultivation Technologies, Inc vs. Scottsdale Insurance Company; Ohio Stock Insurance Company, and Does 1 Through 20 |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Orange County Superior Court, CA |
| **Case/Reference No:** | 30-2019-01096233-CU-IC-CJC |
| **Jurisdiction Served:** | Ohio |
| **Date Served on CSC:** | 09/19/2019 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Catanzarite Law Corporation<br>N/A |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

Document received by the CA 4th District Court of Appeal Division 3.

3:22-CV-01616-BAS-DDL
Exhibit #311: 025

Case 3:22-cv-01616-AGS-DDL   Document 15-76   Filed 01/30/23   PageID.3677   Page 26 of 40
Case 8:19-cv-01926-JLS-KES Document 1 Filed 10/04/19 Page 3 of 13   Page ID #:7
DAVID H. YAMASAKI, Clerk of the Court by Jessica Edwards, Deputy Clerk: 30-2019-01096233-CU-IC-CJC ROA # 7

**SUM-100**

# SUMMONS
## (CITACIÓN JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

SCOTTSDALE INSURANCE COMPANY, an Ohio Stock Insurance
company, and Does 1 through 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CULTIVATION TECHNOLOGIES, INC., a California corporation

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Orange County Superior Court | CASE NUMBER:<br>*(Número del Caso):* |
|---|---|
| Central Justice Center<br>700 Civic Center Drive West Santa Ana CA 92701 | **30-2019-01096233-CU-IC-CJC**<br><br>**Judge Glenn Salter** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Kenneth J. Catanzarite (SBN 113750) - 2331 West Lincoln Avenue Anaheim, CA 92801 Tel: (714) 520-5544

| DATE: 09/11/2019<br>*(Fecha)* | DAVID H. YAMASAKI,<br>Clerk of the Court | Clerk, by<br>*(Secretario)* | _____ | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

Jessica Edwards

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)        ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** |

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

American LegalNet, Inc.
www.FormsWorkflow.com

ocument received by the CA 4th District Court of Appeal Division 3.

Case 3:22-cv-01616-AGS-DDL Document 15-76 Filed 01/30/23 PageID.3678 Page 27 of 40
Case 8:19-cv-01983 Electronically Filed by Superior Court of California, County of Orange, 08/20/2019 04:50:00 PM. Page 1 of 13 Page ID #:8
DAVID H. YAMASAKI, Clerk of the Court By Miriam Cruz, Deputy Clerk. 30-2019-01095233-CU-IC-CJC ROA # 2

1  Kenneth J. Catanzarite (SBN 113750)
   kcatanzarite@catanzarite.com
2  CATANZARITE LAW CORPORATION
   2331 West Lincoln Avenue
3  Anaheim, California 92801
   Tel: (714) 520-5544
4  Fax: (714) 520-0680

5

6  Attorneys for Plaintiff

7

8                    IN THE SUPERIOR COURT OF CALIFORNIA

9                         FOR THE COUNTY ORANGE

10  CULTIVATION TECHNOLOGIES, INC., a      Case No. 30-2019-01095233-CU-IC-CJC
    California corporation,
11                                          Assigned for All Purposes to
              Plaintiff,                     Dept:  Judge Glenn Salter
12                                           Hon.
    v.
13                                          COMPLAINT FOR DECLARATORY
    SCOTTSDALE INSURANCE COMPANY,          RELIEF
14  an Ohio Stock Insurance company, and Does
    1 through 20, inclusive
15
              Defendant.
16

17       Plaintiff, CULTIVATION TECHNOLOGIES, INC. (hereinafter "CTI" and "Plaintiff")

18  alleges as follows:

19       1.    CTI is and at all times relevant hereto was a duly organized and existing

20  California corporation for times relevant conducting business from its offices in Orange County.

21       2.    Plaintiff is informed and believes and on that basis alleges that defendant

22  SCOTTSDALE INSURANCE COMPANY (hereinafter "SCOTTSDALE") is and at all times

23  relevant hereto was a duly organized and existing corporation which is engaged in the business of

24  insurance and doing business in the State of California.

25       3.    The true names of Defendant Does 1 through 10, inclusive, are unknown to CTI at

26  this time. CTI sues these defendants by these fictitious names pursuant to Section 474 of the

27  Code of Civil Procedure. CTI is informed and believes and upon that basis alleges that each of

28  the Defendants designated as a Doe is legally responsible for the events and happenings referred

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

Document received by the CA 4th District Court of Appeal Division 3.

1   to in this Complaint, and unlawfully caused the injuries and damages to CTI alleged in this

2   Complaint. CTI is further informed and believes and on that basis alleges that each of the

3   Defendants designated as a Doe is or was a resident or citizen of the State of California. CTI will

4   amend this Complaint to substitute the true names and identities of the fictitiously sued

5   defendants once they have been identified.

6          4.      CTI is informed and believes and on that basis alleges that at all times herein

7   mentioned, each defendant was the agent, principal, alter ego, partner and/or co-conspirator of

8   each of the other defendants in the acts and conduct alleged herein, and therefore incurred

9   liability to plaintiff for the acts and omissions alleged below.

10         5.      This dispute involves at least one insurance policy issued be Defendants and Does

11  1-20 to CTI while doing business in Orange County.

12         6.      There is at least one underlying lawsuit for which disputed directors and officers

13  of CTI may have sought insurance coverage from SCOTTSDALE specifically the matter styled

14  *Richard Mesa, et al. v. Richard Joseph Probst, et al.*, Orange County Superior Court case

15  number 30-2019-01064267 (the "Mesa Action").

16         7.      Upon information and belief SCOTTSDALE is currently the insurer of a Business

17  and Management Indemnity Policy with CTI, Policy No. EKS3206247 for $3,000,000 coverage

18  for the directors, officers and CTI (the "Policy").

19         8.      Upon information and belief CTI alleges that SCOTTSDALE is providing defense

20  and potentially indemnity to the individual defendants in the Mesa Action under the Policy after

21  having been notified that those persons have not had any indemnity approved by the disinterested

22  common shareholders and as such have not met and cannot meet the requirements of *California*

23  *Corp. Code*, § 317 which provides:

24         (e) Except as provided in subdivision (d), any indemnification under this section shall be
           made by the corporation only if authorized in the specific case, upon a determination that
25         indemnification of the agent is proper in the circumstances because the agent has met the
           applicable standard of conduct set forth in subdivision (b) or ©, by any of the following:
26         (1) A majority vote of a quorum consisting of directors who are not parties to such
           proceeding.
27         (2) If such a quorum of directors is not obtainable, by independent legal counsel in a
           written opinion.
28         (3) Approval of the shareholders (Section 153), with the shares owned by the person to be

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

Document received by the CA 4th District Court of Appeal Division 3.

2.

indemnified not being entitled to vote thereon.

(4) The court in which the proceeding is or was pending upon application made by the corporation or the agent or the attorney or other person rendering services in connection with the defense, whether or not the application by the agent, attorney or other person is opposed by the corporation.

*California Corp. Code*, §.317

9.     Further, CTI informed SCOTTSDALE that its Bylaws required an undertaking prior to providing any indemnity or defense.

10.     Finally, CTI has notified SCOTTSDALE of its demand that no defense or indemnity be provided to the individual defendants in the Mesa Action under the Policy until and unless the disinterested common shareholders approve the same and a suitable undertaking has been provided by each such defendant.

11.     SCOTTSDALE has refused to communicate with the officers and directors elected by the common shareholders of CTI who are of the position that only they and their elected officers and directors speak for CTI.

12.     Upon information and belief SCOTTSDALE is following instructions from directors and officers, and counsel engaged thereby, based upon votes by Series A Preferred Stock, the issuance of which is disputed by CTI's common shareholders.

13.     An actual controversy now exists between CTI, on the one hand, and SCOTTSDALE, on the other hand, with respect to the rights and liabilities of the parties under the Policy. CTI contends that no defense or indemnity can be provided absent compliance with *California Corp. Code*, § 317 including a vote by the disinterested common shareholders and an adequate undertaking.

14.     CTI is informed and believes, and on that basis alleges, that SCOTTSDALE, contends to the contrary.

15.     CTI seeks a declaration of its rights under the Policy specifically including, without limitation, a judicial declaration that:

a.     No further defense may be provided under the Policy unless and until the vote of the disinterested common shareholders of CTI is obtained, and

//

Document received by the CA 4th District Court of Appeal Division 3.

3.
**Declaratory Relief Complaint**

b.      An adequate undertaking is provided by any person provided defense or indemnity.

WHEREFORE, plaintiff CTI prays for judgment as follows:

1.      For a declaration that SCOTTSDALE is required under the terms and conditions of the Policy to withhold defense and indemnity until a majority vote of disinterested common shareholders of CTI is obtained and an adequate undertaking is provided;

2.      For costs of suit; and

3.      For such other and further relief as the Court may deem just and proper.

DATED: September 6, 2019          CATANZARITE LAW CORPORATION

                                  Kenneth J. Catanzarite
                                  Attorneys for Plaintiff

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

Document received by the CA 4th District Court of Appeal Division 3.

Declaratory Relief Complaint

4

DAVID H. YAMASAKI, Clerk of the Court By Miriam Cruz, Deputy Clerk. 30-2019-01096233-CU-IC-CJC ROA # 3

**CM-010**

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Kenneth J. Catanzarite (SBN 113750)<br>Nicole M. Catanzarite-Woodward (SBN 205746)<br>CATANZARITE LAW CORPORATION<br>2331 W. Lincoln Avenue, Anaheim, CA 92701 | | FOR COURT USE ONLY |

TELEPHONE NO.: (714) 520-5544     FAX NO.: (714) 520-0680
ATTORNEY FOR (Name): Plaintiffs

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: same
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

CASE NAME:
Cultivation Technologies, Inc. v. Scottsdale Insurance Company et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 30-2019-01096233-CU-IC-CJC |
| | | | | JUDGE: Judge Glenn Salter |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☑ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☐ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): one
5. This case ☐ is ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: September 6, 2019

Kenneth J. Catanzarite
(TYPE OR PRINT NAME)                                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

*Document received by the CA 4th District Court of Appeal Division 3.*

3:22-CV-01616-BAS-DDL
Exhibit #311: 031

Electronically Filed by Superior Court of California, County of Orange, 03/05/2020 03:53:00 PM.
30-2019-01046904-CU-BT-CJC - ROA # 387 - DAVID H. YAMASAKI, Clerk of the Court By Georgina Ramirez, Deputy Clerk.

**CIV-120**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Kenneth J. Catanzarite (SBN 113750) CATANZARITE LAW CORPORATION 2331 West Lincoln Avenue, Anaheim, CA 92801 | |

TELEPHONE NO. (714)520-5544    FAX NO. (714)520-0680
E-MAIL ADDRESS: kcatanzarite@catanzarite.com
ATTORNEY FOR *(Name)*: Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS 700 Civic Center Drive West
MAILING ADDRESS same
CITY AND ZIP CODE Santa Ana, 92701
BRANCH NAME Central Justice Center

PLAINTIFF/PETITIONER: Mobile Farming Systems, Inc.
DEFENDANT/RESPONDENT: Richard Joseph Probst, et al.

**CX-105**

### NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE
☐ Personal Injury, Property Damage, or Wrongful Death
  ☐ Motor Vehicle  ☐ Other
☐ Family Law
☐ Eminent Domain
☑ Other *(specify)*: Breach of Fiduciary Duty, etc.

CASE NUMBER
30-2019-01046904-CU-BT-CJC

**TO ATTORNEYS AND PARTIES WITHOUT ATTORNEYS:** A dismissal was entered in this action by the clerk as shown on the *Request for Dismissal. (Attach a copy completed by the clerk.)*
Date: March 5, 2020

Kenneth J. Catanzarite

☐ (TYPE OR PRINT NAME OF) ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)    ▶    (SIGNATURE)

### PROOF OF SERVICE

1. I am over the age of 18 and not a party to this cause. My residence or business address is:
   2331 W. Lincoln Ave., Anaheim, CA 92801
2. ☐ I am a resident of or employed in the county where the mailing occurred. I served a copy of the *Notice of Entry of Dismissal and Request for Dismissal* by mailing them, in a sealed envelope with postage fully prepaid, as follows:
   a. ☐ I deposited the envelope with the United States Postal Service.
   b. ☐ I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.
   c. Date of deposit:                  d. Place of deposit *(city and state):*
   e. Addressed as follows *(name and address):*

3. ☐ I served a copy of the *Notice of Entry of Dismissal and Request for Dismissal* by personally delivering copies as shown below:
   a. Name of person served:
   b. Address at which person served:
   c. On *(date):*                  d. At *(time):*
4. ☑ I served a copy of the *Notice of Entry of Dismissal and Request for Dismissal* by electronically serving copies as shown below *(complete if electronic service is used based on a court order or agreement of the parties):*
   a. Name of person served: See service list
   b. Electronic service address of person served: See service list
   c. On *(date):* July 29, 2019         d. At *(time):* approx
   e. Electronic service address from which I served the documents:
     ☐ Proof of electronic service is attached.
5. ☐ Proof of service on additional parties is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: March 5, 2020
Becky Phillips

(TYPE OR PRINT NAME)         ▶    (SIGNATURE OF DECLARANT)    Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-120 [Rev. January 1, 2012]

**NOTICE OF ENTRY OF DISMISSAL
AND PROOF OF SERVICE**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

*(vertical right margin text)* ocument received by the CA 4th District Court of Appeal Division 3.

3:22-CV-01616-BAS-DDL
Exhibit #311: 033

Electronically Filed by Superior Court of California, County of Orange, 03/05/2020 03:50:00 PM.
30-2018-01018922-CU-FR-CJC - ROA # 343 - DAVID H. YAMASAKI, Clerk of the Court By Georgina Ramirez, Deputy Clerk.

**CIV-120**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Kenneth J. Catanzarite (SBN 113750) CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue, Anaheim, CA 92801
TELEPHONE NO. (714)520-5544   FAX NO. (714)520-0680
E-MAIL ADDRESS: kcatanzarite@catanzarite.com
ATTORNEY FOR *(Name):* Plaintiffs

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS 700 Civic Center Drive West
MAILING ADDRESS same
CITY AND ZIP CODE Santa Ana, 92701
BRANCH NAME Central Justice Center

PLAINTIFF/PETITIONER: Denise Pinkerton

DEFENDANT/RESPONDENT: Cultivation Technologies,Inc., et al.

**CX-105**

| NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE | CASE NUMBER |
|---|---|
| ☐ Personal Injury, Property Damage, or Wrongful Death | 30-2018-01018922-CU-FR-CJC |
| ☐ Motor Vehicle ☐ Other | |
| ☐ Family Law | |
| ☐ Eminent Domain | |
| ☑ Other *(specify):* Breach of Fiduciary Duty, etc. | |

**TO ATTORNEYS AND PARTIES WITHOUT ATTORNEYS:** A dismissal was entered in this action by the clerk as shown on the *Request for Dismissal. (Attach a copy completed by the clerk.)*

Date: March 5, 2020

Kenneth J. Catanzarite

(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)   (SIGNATURE)

**PROOF OF SERVICE**

1. I am over the age of 18 and not a party to this cause. My residence or business address is:
   2331 W. Lincoln Ave., Anaheim, CA 92801

2. ☐ I am a resident of or employed in the county where the mailing occurred. I served a copy of the *Notice of Entry of Dismissal* and *Request for Dismissal* by mailing them, in a sealed envelope with postage fully prepaid, as follows:
   a. ☐ I deposited the envelope with the United States Postal Service.
   b. ☐ I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.
   c. Date of deposit:                      d. Place of deposit *(city and state):*
   e. Addressed as follows *(name and address):*

3. ☐ I served a copy of the *Notice of Entry of Dismissal and Request for Dismissal* by personally delivering copies as shown below:
   a. Name of person served:
   b. Address at which person served:
   c. On *(date):*                      d. At *(time):*

4. ☑ I served a copy of the *Notice of Entry of Dismissal and Request for Dismissal* by electronically serving copies as shown below *(complete if electronic service is used based on a court order or agreement of the parties):*
   a. Name of person served: See service list
   b. Electronic service address of person served: See service list
   c. On *(date):* March 5, 2020      d. At *(time):* approx
   e. Electronic service address from which I served the documents:
   ☐ Proof of electronic service is attached.

5. ☐ Proof of service on additional parties is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 5, 2020

Becky Phillips

(TYPE OR PRINT NAME)                      (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-120 (Rev. January 1, 2012)

**NOTICE OF ENTRY OF DISMISSAL
AND PROOF OF SERVICE**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

*(right margin, rotated)* ocument received by the CA 4th District Court of Appeal Division 3.

3:22-CV-01616-BAS-DDL
Exhibit #311: 034

Electronically Filed by Superior Court of California, County of Orange, 01/16/2020 01:14:00 PM.
30-2018-01018922-CU-FR-CJC - ROA # 335 - DAVID H. YAMASAKI, Clerk of the Court By Sarah Loose, Deputy Clerk.

CX105
CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NO | FOR COURT USE ONLY |
|---|---|
| NAME  Kenneth J. Catanzarite (SBN 113750) | |
| FIRM NAME  CATANZARITE LAW CORPORATION | |
| STREET ADDRESS  2331 W. Lincoln Ave. | |
| CITY  Anaheim      STATE  CA     ZIP CODE  92801 | |
| TELEPHONE NO  (714) 520-5544     FAX NO  (714) 520-0680 | |
| E-MAIL ADDRESS  kcatanzarite@catanzarite.com | |
| ATTORNEY FOR (Name)  Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
STREET ADDRESS  700 Civic Center Drive West
MAILING ADDRESS  same
CITY AND ZIP CODE  Santa Ana, CA 92701
BRANCH NAME  Central Justice Center

Plaintiff/Petitioner: Denise Pinkerton
Defendant/Respondent: Cultivation Technologies, Inc., et al.

| REQUEST FOR DISMISSAL | CASE NUMBER
30-2018-01018922 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1  TO THE CLERK: Please dismiss this action as follows:
  a  (1) ☐ With prejudice     (2) ☒ Without prejudice
  b  (1) ☐ Complaint     (2) ☐ Petition
    (3) ☐ Cross-complaint filed by (name):                              on (date):
    (4) ☐ Cross-complaint filed by (name):                              on (date):
    (5) ☐ Entire action of all parties and all causes of action
    (6) ☒ Other (specify) * Justin S. Beck, Miguel Motta, Robert Kamm, Robert Bernheimer, Irving Einhorn ONLY

2  (Complete in all cases except family law cases.)      From the Operative Complaint.
The court ☐ did ☐ did not  waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed.)

Date: 01/16/2020
Kenneth J. Catanzarite
(TYPE OR PRINT NAME OF  ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                              (SIGNATURE)
*If dismissal requested is of specified parties only of specified causes of action only
or of specified cross-complaints only, so state and identify the parties, causes of
action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☒ Plaintiff/Petitioner     ☐ Defendant/Respondent
☐ Cross Complainant

3.  TO THE CLERK: Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF  ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                              (SIGNATURE)
** If a cross-complaint – or Response (Family Law) seeking affirmative
relief – is on file, the attorney for cross-complainant (respondent) must sign
this consent if required by Code of Civil Procedure section 581 (i) or (j)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner     ☐ Defendant/Respondent
☐ Cross Complainant

(To be completed by clerk)
4  ☒ Dismissal entered as requested on (date):  01/16/2020
5  ☐ Dismissal entered on (date):                    as to only (name):
6  ☐ Dismissal not entered as requested for the following reasons (specify):

7  a  ☐ Attorney or party without attorney notified on (date):
  b  ☐ Attorney or party without attorney not notified. Filing party failed to provide
    ☐ a copy to be conformed     ☐ means to return conformed copy

DAVID H. YAMASAKI, Clerk of the Court

Date: 01/16/2020            Clerk, by _____ , Deputy      Page 1 of 2

| Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev Jan 1 2013] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.; Gov. Code
§ 68637(c), Cal Rules of Court, rule 3.1390
www.courts.ca.gov |

Sarah Loose

ocument received by the CA 4th District Court of Appeal Division 3.

3:22-CV-01616-BAS-DDL
Exhibit #311: 035

Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTIVATION TECHNOLOGIES, INC., a California corporation, <br><br> Plaintiff(s), <br><br> v. <br><br> SCOTTSDALE INSURANCE COMPANY, an Ohio Stock Insurance company, and Does 1 through 20, inclusive <br><br> Defendant(s). | CASE NUMBER <br><br> 8:19-cv-01993 JVS(DFMx) <br><br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

November 18, 2019
_____
Date

_____
*Signature of Attorney/Party*

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

ocument received by the CA 4th District Court of Appeal Division 3.

Electronically Filed by Superior Court of California, County of Orange, 08/10/2020 02:57:00 PM.
30-2020-01145998-CU-BT-CJC - ROA # 27 - DAVID H. YAMASAKI, Clerk of the Court By Brenda Sanchez, Deputy Clerk.

1  Kenneth J. Catanzarite (SBN 113750)
   kcatanzarite@catanzarite.com
2  Brandon Woodward (SBN 284621)
   bwoodward@catanzarite.com
3  CATANZARITE LAW CORPORATION
   2331 West Lincoln Avenue
4  Anaheim, California 92801
   Tel: (714) 520-5544
5  Fax: (714) 520-0680

6  Attorneys for Cross-Complainant

7

8              IN THE SUPERIOR COURT OF CALIFORNIA

9                  FOR THE COUNTY ORANGE

10 JUSTIN S. BECK, an individual,           Case No. 30-2020-01145998-CU-BT-CJC

11         Plaintiff,                        Assigned for All Purposes to
                                             Hon. Deborah C. Servino
12 v.                                        Dept. C21

13 KENNETH CATANZARITE, ESQ., an            CROSS-COMPLAINT FOR:
   individual; CATANZARITE LAW
14 CORPORATION, a California corporation;   1. Breach of Fiduciary Duty
   MOBILE FARMING SYSTEMS, INC., a         2. Fraud And Deceit
15 California corporation; BRANDON          3. Conversion
   WOODWARD, ESQ., an individual; TIM      4. Violations of California Prohibitions
16 JAMES OKEEFE, ESQ., an individual;          Against Computer Crimes,
   RICHARD FRANCIS O'CONNOR, JR., an           California Penal Code Section 502
17 individual; AMY JEANETTE COOPER, an      5. Legal Malpractice
   individual; CLIFF HIGGERSON, an         6. Breach of Contract - Management
18 individual; TONY SCUDDER, an individual;    Agreement
   JAMES DUFFY, an individual;             7. Breach of Contract - Membership
19 MOHAMMED ZAKHIREH, an individual;          Purchase
   TGAP HOLDINGS, LLC, a Nevada limited    8. Violation of Business & Professions
20 liability corporation; AROHA HOLDINGS,      Code Section 17200 et seq.
   INC., a California corporation; and DOES
21 1-15                                     Jury Trial Requested

22 MOBILE FARMING SYSTEMS, INC., a
   California corporation,
23
           Cross-Complainant,
24
   v.
25
   JUSTIN S. BECK, an individual; I'M RAD,
26 LLC, a Nevada limited liability company; EM2
   STRATEGIES, LLC, a Nevada limited
27 liability company; CTI NEVADA I, LLC, a
   Nevada limited liability company;
28
   (Caption Continues on Next Page)

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

document received by the CA 4th District Court of Appeal Division 3.

Cross-Complaint

RICHARD J. PROBST, an individual; TOW
AND GROW, INC., a California corporation;
ROBERT A. BERNHEIMER, an individual;
ROBERT A. BERNHEIMER, INC., a
California corporation; LAWRENCE W.
HORWITZ, an individual; JOHN R.
ARMSTRONG II, an individual; HORWITZ +
ARMSTRONG, A PROFESSIONAL LAW
CORPORATION, a California corporation;
TWELVE TWELVE LLC, a Nevada limited
liability company; WILLIAM MOORE, an
individual; BRIAN MOORE, an individual
and Roes 1-100,

     Cross-Defendants.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

ocument received by the CA 4th District Court of Appeal Division 3.

ii.
Cross-Complaint

12.     For compensation for the reasonably necessary loss of time, attorneys' fees, and other expenditures suffered or incurred under the "tort of another" doctrine as required to act in the protection of MFS' interests by bringing this action in accordance with *Prentice v. North Am. Title Guaranty Corp., Alameda Division* (1963) 59 Cal.2d 618 and/or *Electrical Electronic Control, Inc. v. Los Angeles Unified School Dist.* (2005) 126 Cal.App.4th 601.

13.     Punitive, exemplary, and any other damages authorized by law;

14.     For prejudgment and post-judgment interest at the maximum legal rate, as provided by California law, as applicable, as an element of damages which MFS has suffered as a result of Cross-Defendants' wrongful and unlawful acts;

15.     Costs of suit; and,

16.     For such other relief as the Court deems just and proper.

DATED: August 10, 2020.                   CATANZARITE LAW CORPORATION

Kenneth J. Catanzarite
Brandon E. Woodward
Attorneys for Cross-Complainants

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

Document received by the CA 4th District Court of Appeal Division 3.

44.
Cross-Complaint