EXHIBIT 316

Friday, November 8, 2019 at 12:32:52 PM Pacific Standard Time

**Subject:** Fwd: CTI Financial information and settlement offer in the Root matter (Privileged)
**Date:** Thursday, October 4, 2018 at 8:52:01 AM Pacific Daylight Time
**From:** Sam Y. Edgerton, III
**To:** Rob Burnheimer, Miguel Motta, Justin Beck, Irv Einhorn, Jill Johnson
**Attachments:** image001.gif, image002.png

See below. Not out of the woods yet.

Sam Edgerton

Sent from my iPhone

Begin forwarded message:

> **From:** "Sam Y. Edgerton, III" <sedgerton@fmglaw.com>
> **Date:** October 4, 2018 at 8:47:10 AM PDT
> **To:** Kenneth Catanzarite <kcatanzarite@catanzarite.com>
> **Cc:** Nikki Sachdeva <nsachdeva@fmglaw.com>
> **Subject: Re: CTI Financial information and settlement offer in the Root matter (Privileged)**
>
> Ken,
>
> I am not following your logic. There were only three Directors in place at the time at Mobile Farming when it was decided to spin off CTI. The spin off was fully disclosed so the argument you make that MFS shareholders were unaware will fail. All but a small number bought shares of CTI at the discounted price. Your client also signed the election to purchase but did not follow through. We are offering him the opportunity to purchase those shares now in recognition of your argument that he was unaware that he had not completed the transaction.
>
> All of your other arguments are disingenuous to that transaction and presumes, incorrectly, that MFS did not have the corporate authority to spin off CTI as a separate company.
> Moreover, your demand is personal as to Root, not derivative as to MFS, which is the nominal defendant. Did your client even ask MFS to prosecute his action as a required prerequisite to filing your complaint?
>
> Finally, the shares given to the CTI directors was done by the CTI board in full compliance of all applicable laws. Even if you are correct that these CTI shares should not have been issued to its Directors and other people working for the corporation, the shares at issue would be going back to MFS, not your client.
>
> In short, your lawsuit is veiled as a derivative suit when it is not.
>
> Please reconsider your position. Your client may be liable for vexatiously interfering in the business of CTI, where he is not a shareholder and has no standing to sue.
>
> Sam Edgerton
>
> Sent from my iPhone

On Oct 4, 2018, at 7:32 AM, Kenneth Catanzarite <kcatanzarite@catanzarite.com> wrote:

Sam: Thanks for the time yesterday I reviewed your proposal with Mr. Root's power holder. Obviously, you and the directors and officers are working from a fully informed position with all the financial information. Keep in mind that what we demand in settlement come is the main from the Founders who from our perspective should be more than willing to put this behind them. I have reviewed the matter with my client and our response is as follows:

1. The founders collectively will deliver 10,000,000 Founders shares to Root along with whatever proportionate rights to other shares they obtained as a result of that ownership. In other words they will convey as well any stock, options, warrants and/or convertible note rights and interests to Root in proportion to 10 million to the 23 million shares issued. The founders should be willing to do this because if as you say the company has no value then they should be more than wiling to convey these shares. It allows them to retain in our view 13 million shares and rights that they bought for $13,000 and had no right to in the first place. And of course conveying the 10 million shares are shares they paid only $10,000 for in full.
2. Such securities delivery to Root shall be lien free and coupled with a representation and warranty by the conveying defendant and CTI that the same are validly issued and acknowledge the transfer.
3. The Defendants will pay $600,000 to Root payable $200,000 now and the balance of $400,000 over 5 years at 8% fully amortized. Secured by the remaining 13 million Founders shares. Again they paid only $13,000 for these shares.
4. Root's designee gets a seat on the CTI board.
5. Mutual releases.
6. Confidentially.
7. Note that if we settle this among the Founders as a group they can agree to make these payments and CTI does not book this as a liability.
8. Carve out for New Body MD claims against those named defendants.

This offer shall remain open until the close of business on Friday October 5 whereupon the same if not unconditionally accepted is withdrawn.
Ken


**From:** Kenneth Catanzarite
**Sent:** Thursday, October 04, 2018 4:47 AM
**To:** 'Sam Y. Edgerton, III' <sedgerton@fmglaw.com>
**Subject:** RE: CTI Financial information and settlement offer in the Root matter (Privileged)

I will convey this to my client and get back to you.
Meanwhile attached is a complaint filed against Rana and O'Connor.
If we are to settle with them we would need to carve out these claims.
Ken

**Kenneth J. Catanzarite**
Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, CA 92801
**Direct Dial: (714) 678-2100**
**Direct Fax: (714) 399-0577**
Office Phone: (714) 520-5544
Office Fax: (714) 520-0680



NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential, may be legally privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please: (i) notify the sender immediately that you have received the message in error; (ii) delete the message and all copies; and (iii) do not disclose, distribute or use the message in any manner. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. Thank you.

**From:** Sam Y. Edgerton, III [mailto:sedgerton@fmglaw.com]
**Sent:** Wednesday, October 03, 2018 5:04 PM
**To:** Kenneth Catanzarite <kcatanzarite@catanzarite.com>
**Subject:** FW: CTI Financial Information and settlement offer in the Root matter (Privileged)

Ken,

It was nice speaking with you today. As we discussed, Cultivation Technology, Inc. ("CTI") is still a fledgling company in debt and searching for capital to continue operations.

This much is confirmed by the attachment. Consequently, I suggest that we settle all claims against the defendants in the Root matter in exchange for the CTI shares that you contend Mr. Root should have received (450,000 privately held shares of CTI) and, a cash payment of $25,000.

We can agree to disagree that your client would be entitled to anything else if victorious at trial, but this stock offer clearly puts him in a position to become a significant CTI shareholder based upon his prior investment in Mobile Farming Systems, Inc.

Time is of the essence as CTI is in danger of collapsing if new investors are not found immediately.

Please discuss with your client and get back to me tomorrow.

Thank you in advance.

**Sam Y. Edgerton, III**
Freeman Mathis & Gary, LLP
**2615 Pacific Coast Highway | Suite 300 | Hermosa Beach, CA 90254**
**D: 424.352.1840 | C:310.466.2012 | F: 424.350.3843**
sedgerton@fmglaw.com | www.fmglaw.com
<image002.png>
A *Corporate Counsel Magazine* "Go-To Law Firm®" for litigation
**California | Florida | Georgia | New Jersey | New York | North Carolina | Pennsylvania**
Please read this important notice and confidentiality statement

P.S. See https://www.fincannacapital.com/royalty-portfolio/cultivation-

technologies/

You can see FinCanna's secured investment for $6M. As we discussed, it is pulling out.

---

**Total Control Panel**                                     Login

To: kcatanzarite@catanzarite.com
From: sedgerton@fmglaw.com

Message Score: 50
My Spam Blocking Level: High

Block this sender
Block fmglaw.com

High (60): Pass
Medium (75): Pass
Low (90): Pass

*This message was delivered because the content filter score did not exceed your filter level.*