EXHIBIT 323

3:22-CV-01616-BAS-DDL
Exhibit #323: 001

Electronically Filed by Superior Court of California, County of Orange, 05/02/2022 08:00:00 AM.
30-2021-01237499-CU-PN-CJC - ROA # 60 - DAVID H. YAMASAKI, Clerk of the Court By Randi Baker, Deputy Clerk.

Justin S. Beck
justintimesd@gmail.com
3501 Roselle St.
Oceanside, California 92056
760-449-2509

*In Pro Per*

# IN THE SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

JUSTIN S. BECK, an individual

  Plaintiff,

v.

THE STATE BAR OF CALIFORNIA, a public corporation and public entity; ANAND KUMAR, an individual employee acting in an official capacity; ELI DAVID MORGENSTERN, an individual employee acting in an official capacity; JOY NUNLEY, an individual employee acting in an official capacity; THE STATE OF CALIFORNIA, a state and public entity; and DOES 1-30

  Defendants

Case No: 30-2021-01237499-CU-PN-CJC

Judge Assigned: Honorable John C. Gastelum

**PLAINTIFF JUSTIN S. BECK'S FIRST AMENDED COMPLAINT FOR DAMAGES & INJUNCTIVE RELIEF**

1) Negligence (Violation of Mandatory Duties Imposed by GC 815.6; CCP 1714; BPC 6001.1; BPC 6104)

2) Negligence (Reckless Violation of CCP 1714 under GC 815.3; GC 815; GC 815.2; BPC 6001.1)

3) Negligence (Duty Violation of GC 815; GC 815.2; GC 815.6; CCP 1714; BPC 6001.1)

4) Negligence (Injunctive Relief Under GC 814; BPC 6001.1)

5) Premises Liability (GC 834, et. seq.)

6) Intentional Infliction of Emotional Distress (GC 815.3; GC 815; GC 815.2)

7) Conversion (GC 815.3; GC 815; GC 815.2)

**DEMAND FOR JURY TRIAL**

**Unlimited Civil Case**

[Filed concurrently with Declaration of Plaintiff Justin S. Beck for First Amended Complaint; E-Service Notice]

*Document received by the CA Supreme Court*