EXHIBIT 324

3:22-CV-01616-BAS-DDL
Exhibit #324: 001

Electronically Filed by Superior Court of California, County of Orange, 08/08/2022 12:00:00 PM.
30-2020-01145998-CU-BT-CXC - ROA # 677 - DAVID H. YAMASAKI, Clerk of the Court By G. Ramirez, Deputy Clerk.

# NOTICE OF MOTION AND MOTION OF PLAINTIFF FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH

Justin S. Beck
3501 Roselle St.
Oceanside, California 92056
760-449-2509

*In Pro Per*

## IN THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

| | |
|---|---|
| JUSTIN S. BECK, an individual<br><br>Plaintiff,<br><br>v.<br><br>KENNETH CATANZARITE, ESQ., an individual; CATANZARITE LAW CORPORATION, a California corporation; MOBILE FARMING SSYTEMS, INC., a California corporation; BRANDON WOODWARD, ESQ., an individual; TIM JAMES OKEEFE, ESQ., an individual; RICHARD FRANCIS O'CONNOR, JR., an individual; AMY JEANETTE COOPER, an individual; CLIFF HIGGERSON, an individual; TONY SCUDDER, an individual; JAMES DUFFY, an individual; MOHAMMED ZAKHIREH, an individual; TGAP HOLDINGS, LLC, a Nevada limited liability corporation; AROHA HOLDINGS, INC., a California corporation; and DOES 1-15<br><br>Defendants | Case No: 30-2020-01145998-CU-BT-CJC<br><br>Judge Assigned: Hon. Randall J. Sherman<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH**<br><br>**Reservation Number:** 73802057<br>**Hearing Date:** November 4, 2022<br>**Time:** 10:00 AM<br>**Department:** CX105<br><br>**Unlimited Civil Case**<br>Action Filed: May 26, 2020<br>Trial Date: None Set |

-1-
**NOTICE OF MOTION AND MOTION OF PLAINTIFF FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR BOTH**

EXHIBIT 324A

Case 3:22-cv-01616-AGS-DDL Document 15-84 Filed 01/30/23 PageID.3729 Page 4 of 6
Electronically Filed by Superior Court of California, County of Orange, 08/09/2022 06:26:00 PM.
30-2020-01145998-CU-BT-CXC - ROA # 693 - DAVID H. YAMASAKI, Clerk of the Court By G. Ramirez, Deputy Clerk.

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.:<br>NAME: **JUSTIN S. BECK**<br>FIRM NAME: NA<br>STREET ADDRESS: **3501 ROSELLE ST**<br>CITY: OCEANSIDE     STATE: CA    ZIP CODE: 92056<br>TELEPHONE NO.: 760-449-2509    FAX NO.:<br>E-MAIL ADDRESS: justintimesd@gmail.com<br>ATTORNEY FOR (name): **In pro per** | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>JUSTICE CENTER:<br>☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701<br>☒ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701<br>☐ Harbor- Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595<br>☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500<br>☐ West – 8141 13th Street, Westminster, CA 92683-4593 | |
| PLAINTIFF: JUSTIN S. BECK<br>DEFENDANT: KENNETH CATANZARITE, ESQ. ET AL. | CASE NUMBER:<br>30-2020-01145998 |
| AMENDMENT TO ☒ COMPLAINT ☐ CROSS-COMPLAINT | Case assigned to:<br>Judge: Hon. Randall J. Sherman<br>Department: CX105<br>Date complaint filed: May 26, 2020<br>Hearing/trial date: November 4, 2022 |

**FICTITIOUS NAME UNDER SECTION 474, CODE OF CIVIL PROCEDURE (NO ORDER REQUIRED)**

I have discovered the true name of ☒ Doe 6 to be ___     THE STATE OF CALIFORNIA, a public entity

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: 08/09/2022

JUSTIN S. BECK
(TYPE OR PRINT NAME)                        (SIGNATURE OF PARTY OR ATTORNEY)

**INCORRECT NAME UNDER SECTION 473, CODE OF CIVIL PROCEDURE (ORDER REQUIRED)**

The complaint/cross-complaint incorrectly named the defendant/cross-defendant as_____.

I have discovered the true name of the party to be _____

_____

I request the complaint/cross-complaint be amended to reflect the true name wherever it appears in the pleading.

Date: _____

(TYPE OR PRINT NAME)                        (SIGNATURE OF PARTY OR ATTORNEY)

**ORDER**
The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date:_____

                                                                            JUDICIAL OFFICER

Approved for Optional Use<br>L-0132 (Rev. March 2019)     **AMENDMENT TO COMPLAINT/CROSS-COMPLAINT**     Code of Civil Procedure, §§ 473, 474

F    protection and privacy please press the CLEAR THIS FORM button after you have printed the form

3:22-CV-01616-BAS-DDL
Exhibit #324: 004

EXHIBIT 324B

Case 3:22-cv-01616-AGS-DDL Document 15-84 Filed 01/30/23 PageID.3731 Page 6 of 6
Electronically Filed by Superior Court of California, County of Orange, 08/09/2022 06:26:00 PM.
30-2020-01145998-CU-BT-CXC - ROA # 692 - DAVID H. YAMASAKI, Clerk of the Court By G. Ramirez, Deputy Clerk.

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.:<br>NAME: **JUSTIN S. BECK**<br>FIRM NAME: NA<br>STREET ADDRESS: **3501 ROSELLE ST**<br>CITY: OCEANSIDE    STATE: **CA**    ZIP CODE: **92056**<br>TELEPHONE NO.: **760-449-2509**    FAX NO.:<br>E-MAIL ADDRESS: justintimesd@gmail.com<br>ATTORNEY FOR (name): **In pro per** | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>JUSTICE CENTER:<br>☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701<br>☒ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701<br>☐ Harbor- Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595<br>☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500<br>☐ West – 8141 13th Street, Westminster, CA 92683-4593 | |
| PLAINTIFF: JUSTIN S. BECK<br>DEFENDANT: KENNETH CATANZARITE, ESQ. ET AL. | CASE NUMBER:<br>30-2020-01145998 |
| **AMENDMENT TO ☒ COMPLAINT ☐ CROSS-COMPLAINT** | Case assigned to:<br>Judge: Hon. Randall J. Sherman<br>Department: CX105<br>Date complaint filed: May 26, 2020<br>Hearing/trial date: November 4, 2022 |

**FICTITIOUS NAME UNDER SECTION 474, CODE OF CIVIL PROCEDURE (NO ORDER REQUIRED)**

I have discovered the true name of ☒ Doe 5 to be ___    THE STATE BAR OF CALIFORNIA, a public entity and public corporation

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: 08/09/2022

JUSTIN S. BECK
(TYPE OR PRINT NAME)                               (SIGNATURE OF PARTY OR ATTORNEY)

**INCORRECT NAME UNDER SECTION 473, CODE OF CIVIL PROCEDURE (ORDER REQUIRED)**

The complaint/cross-complaint incorrectly named the defendant/cross-defendant as _____

I have discovered the true name of the party to be _____

I request the complaint/cross-complaint be amended to reflect the true name wherever it appears in the pleading.

Date: _____

(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY)

**ORDER**

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: _____
                                                          JUDICIAL OFFICER

Approved for Optional Use
L-0132 (Rev. March 2019)    **AMENDMENT TO COMPLAINT/CROSS-COMPLAINT**    Code of Civil Procedure, §§ 473, 474

F    protection and privacy please press the CLEAR THIS FORM button after you have printed the form