EXHIBIT 325

3:22-CV-01616-BAS-DDL
Exhibit #325: 001



Richard Probst <rick@cultivationtech.com>

# Roger Root - Jolly Roger Bus Opportunity

**Tony Scudder** <tony@cultivationtech.com>  Fri, Aug 21, 2015 at 10:58 AM
To: Richard O'Connor <richard@cultivationtech.com>, Justin Beck <justin@cultivationtech.com>, Richard Probst <rick@cultivationtech.com>, Amy Cooper <amy@cultivationtech.com>
Cc: Christopher Tinen <ctinen@horwitzarmstrong.com>, Rana Foroughi <rana@cultivationtech.com>

Roger is excited about what we are doing. Is trying to figure out a way to come up with funds for his shares.

He has a son who has a dispensary in Aberdeen Washington.
His sons Name is Brent Rothwell
360.591.9732 Cell
360.627.9421 Dispensary

Roger said we could use his name to see if we could connect with his son for a Washington presence.

We need to have someone from our team call to explore.


Best Regards,

Tony Scudder
Executive Vice President of Client Relations
Cultivations Technologies Inc.
3 Park Plaza
Irvine, CA 92614
Cell 714.728.3123
Office (888) 851-9802
tony@cultivationtech.com
https://www.linkedin.com/in/tonyscudder1

E-MAIL CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this e-mail message or by telephone at 888-851-9802 and delete the message and any attachments from your system. Thank you.