EXHIBIT 326

3:22-CV-01616-BAS-DDL
Exhibit #326: 001

| | | CIV-110 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Kenneth J. Catanzarite (SBN 113750); CATANZARITE LAW CORPORATION<br>2331 West Lincoln Ave, Anaheim, CA 92801<br>TELEPHONE NO.: (714)520-5544  FAX NO. (Optional): (714)520-0680<br>E-MAIL ADDRESS (Optional): kcatanzarite@catanzarite.com<br>ATTORNEY FOR (Name): Plaintiffs | | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: same
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF/PETITIONER: Denise Pinkerton
DEFENDANT/RESPONDENT: Cultivation Technologies, Inc., et al.

| REQUEST FOR DISMISSAL | CASE NUMBER: 30-2018-01018922 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice   (2) ✓ Without prejudice
   b. (1) ☐ Complaint   (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                         on (date):
      (4) ☐ Cross-complaint filed by (name):                         on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ✓ Other (specify):* Joseph R. Porche from the operative complaint ONLY

2. (Complete in all cases except family law cases.)
   The court ☐ did ✓ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: December 13, 2018

Kenneth J. Catanzarite
(TYPE OR PRINT NAME OF ✓ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                         (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
✓ Plaintiff/Petitioner   ☐ Defendant/Respondent   ☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                         (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent   ☐ Cross-Complainant

(To be completed by clerk)
4. ☐ Dismissal entered as requested on (date):
5. ☐ Dismissal entered on (date):              as to only (name):
6. ☐ Dismissal not entered as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
        ☐ a copy to be conformed   ☐ means to return conformed copy

Date:                                    Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

REQUEST FOR DISMISSAL

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

3:22-cv-01616-AGS-DDL
EXHIBIT #261 0020
0184
document received by the CA 4th District Court of Appeal Division 3.