EXHIBIT 327

3:22-CV-01616-BAS-DDL
Exhibit #327: 001

UNANIMOUS WRITTEN CONSENT
OF
THE SOLE SHAREHOLDER
OF
CULTIVATION TECHNOLOGIES, INC.

The undersigned, being the sole shareholder of CULTIVATION TECHNOLOGIES, INC., a California corporation (the "Corporation"), acting by unanimous written consent without a meeting pursuant to Section 603 of the California Corporations Code, hereby adopts the following resolutions.

WHEREAS, the person signing this consent is the Chief Executive Officer of the sole shareholder of the Corporation, namely MOBILE FARMING SYSTEMS, INC. ("MFS");

WHEREAS, the undersigned desires to execute this Written Consent in lieu of formally holding a shareholder meeting;

WHEREAS, MFS is the sole shareholder of Corporation having acquired and fully paid for its 28,000,000 of common stock on March 30, 2015;

WHEREAS, the purported action on June 15, 2015 falsely contending that MFS, as the sole shareholder of Corporation, had not fully paid for all of its stock was false having been facilitated by the wrongful and self-serving conduct of RICHARD JOSEPH PROBST and JUSTIN S. BECK; and

WHEREAS, all actions by Corporation that resulted in the issuance of shares of Corporation stock and/or promissory notes on and after March 30, 2015 are a nullity, void or voidable acts.

NOW THEREFORE LET IT BE:

RESOLVED, that the entire Board of Directors of Corporation, wrongly elected by shareholders other than MFS, are hereby immediately removed and they individually and collectively shall no longer have any power to act on behalf of Corporation.

RESOLVED, that all of the Officers of Corporation are hereby immediately removed.

RESOLVED, that all CORPORATION stock, options, warrants, convertible debt, convertible notes and/or promissory notes are hereby rescinded for want of authority to have issued the same.

RESOLVED, that the Board of Directors shall have three members who shall immediately act on behalf of Corporation, effective immediately, as follows:

    RICHARD FRANCIS O'CONNOR II

    DR. MO ZAKHIREH

JAMES DUFFY

RESOLVED, that the officers of the Corporation shall, effective immediately, be as follows:

| | |
|---|---|
| President and Chief Executive Officer | RICHARD FRANCIS O'CONNOR II |
| Treasurer and Chief Financial Officer | DR. MO ZAKHIREH |
| Secretary | JAMES DUFFY |

RESOLVED, that all signature cards for all bank accounts shall be immediately changed to be signed by both the President and Treasurer; and

RESOLVED, that all legal counsel engaged by the Corporation are hereby terminated.

RESOLVED, that the auditor for the Corporation is hereby terminated.

The undersigned directs that the Secretary of the Corporation file an executed copy of this Unanimous Written Consent with the minutes of the proceedings of the shareholders of the Corporation.

IN WITNESS WHEREOF, the undersigned shareholder has duly executed this Unanimous Written Consent as of January 23, 2019.

MOBILE FARMING SYSTEMS, INC.

By: _____
RICHARD FRANCIS O'CONNOR II