EXHIBIT 328

3:22-CV-01616-BAS-DDL
Exhibit #328: 001

Tuesday, April 2, 2019 at 4:02:26 PM Pacific Daylight Time

**Subject:** Fwd: Settlement
**Date:** Wednesday, June 7, 2017 at 10:20:01 PM Pacific Daylight Time
**From:** Miguel Motta
**To:** Rob Bernheimer, Justin Beck, Richard Probst



, CA 92618

*Keep up with us!* **LinkedIn** | **Facebook** | **Twitter**

E-MAIL CONFIDENTIALITY NOTICE: This message is for informational purposes only and does not constitute an offer or solicitation to sell shares or securities in Cultivation Technologies, Inc. (the "Company") or any related or associated company. Any such offer or solicitation will be made only by means of the Company's confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly this message does not constitute investment advice or counsel or solicitation for investment in any security. This message does not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company expressly disclaims any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this message, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom.

---------- Forwarded message ----------
From: **Richard OConnor jr** <richard@tgapholdings.com>
Date: Wed, Jun 7, 2017 at 4:25 PM
Subject: Fwd: Settlement
To: miguel@cultivationtech.com

Document received by the CA 4th District Court of Appeal Division 3.

*Richard F OConnor*
*Managing Partner*
*TGAP Holdings LLC*
*2 Curie Ct*
*Rancho Mirage Ca. 92270*
*760-409-6464*
*Richard@tgapholdings.com*

---------- Forwarded message ----------
From: **Jim Duffy** <jim.duffy55@comcast.net>
Date: Wed, Jun 7, 2017 at 3:07 PM
Subject: Settlement
To: Richard O'Connor <richard@tgapholdings.com>


Richard, I understand CTI has made you an offer to settle your claims against the company. The stockholders I represent are in agreement on several issues.

1—Justin Beck has to resign from CTI and forfeit his Common & Preferred stock.

2—Richard Probst has to resign from CTI and forfeit his Common & Preferred stock.

3—Richard O'Conner to receive $500,000.00 which includes money owed in contracts.

4—You need an accounting of all back salaries that have not been paid and need to come to an agreement for settlement.

5—Richard you need to be named Chair of the Board. No money spent over $500.00 without your approval.

6—You and Justin agree on news articles

James Duffy

---

Avast logo  This email has been checked for viruses by Avast antivirus software.
www.avast.com

Page 2 of 2

Document received by the CA 4th District Court of Appeal Division 3.