Exhibit 329

3:22-CV-01616-BAS-DDL
Exhibit #329: 000   (Cover)

EXHIBIT 329

Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
Brandon Woodward (SBN 284621)
bwoodward@catanzarite.com
Tim James O'Keefe (SBN 290175)
tokeefe@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680

Attorneys for Plaintiffs

# IN THE SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY ORANGE

| | |
|---|---|
| MOBILE FARMING SYSTEMS, INC., a California corporation, directly and derivatively on behalf of CULTIVATION TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD JOSEPH PROBST, an individual; JUSTIN S. BECK, an individual; EM2 STRATEGIES, LLC, a limited liability company; I'M RAD, LLC, a limited liability company; ROBERT KAMM, an individual; ROBERT A. BERNHEIMER, an individual; IRVING MARK EINHORN, an individual; MIGUEL MOTTA, an individual; TOW AND GROW, INC., a California corporation, and Does 1-200,<br><br>Defendants.<br><br>Nominal Defendant: CULTIVATION TECHNOLOGIES, INC., a California corporation. | Case No. _____<br><br>Assigned for All Purposes to<br>Hon. _____<br>Dept. __<br><br>**COMPLAINT FOR:**<br><br>1. **Violation of Cal. Corp. Code § 1507**<br>2. **Breach of Fiduciary Duty**<br>3. **Declaratory Relief**<br>4. **Permanent Injunction**<br>5. **Conversion- CTI Shares**<br>6. **Conversion- TOW-GROW**<br>7. **Declaratory Relief for Order Directing Surrender and Exchange of Certificates** (*Calif. Corp. Code*, § 422)<br>8. **Misappropriation of Trade Secrets,** *California Civil Code* **Section 3426**<br>9. **Unfair Competition under** *California Business & Professions Code* **Section 17200, Et. Seq. Breach of Fiduciary Duty**<br><br>**[REQUEST FOR HEARING UNDER** *CAL. CORP. CODE* **§ 709(b)]** |

and issued 23,000,000 CTI shares of Common Stock at $.01 per share (collectively the "CTI Founders Common Stock") as follows:

| NAME OF FOUNDER | NUMBER AND CLASS OF SHARES | CONSIDERATION |
|---|---|---|
| Richard O'Connor | 2,500,000 shares of Common Stock | $2,500.00 |
| Richard Probst | 5,000,000 shares of Common Stock | $5,000.00 |
| Amy Cooper | 2,500,000 shares of Common Stock | $2,500.00 |
| TGAP Holdings, LLC | 5,500,000 shares of Common Stock | $5,500.00 |
| EM2 Strategies LLC | 2,000,000 shares of Common Stock | $2,000.00 |
| I'm Rad LLC | 3,000,000 shares of Common Stock | $3,000.00 |
| Cliff Higgerson | 1,000,000 shares of Common Stock | $1,000.00 |
| Aroha Holdings Inc. | 1,000,000 shares of Common Stock | $1,000.00 |
| Scott Unfug | 500,000 shares of Common Stock | $500.00 |

56. Founders O'Connor, Cooper, TGAP, Cliff Higgerson, Aroha Holdings, Inc. and Scott Unfug have agreed to renounce their Founders' Shares in favor of MFS.

57. However, PROBST, BECK, EM2, RAD and Does 11-20 claim he/it/they have a right to retain the fraudulently issued Founders Shares.

### D. THE "FOUNDERS" ENGAGED IN UNAUTHORIZED INSIDER TRANSACTIONS ISSUING STOCK AND STOCK OPTIONS, NONE OF WHICH WERE AUTHORIZED OR APPROVED BY MFS THE SOLE AND CONTROLLING SHAREHOLDER.

58. PROBST, BECK and Does 11-20, thereafter engaged in multiple dilutive acts and transactions without the approval of MFS the controlling shareholder of CTI.

59. PROBST, BECK and Does 11-20, without MFS approval, claim to have had authority to:

a. Issue a highly dilutive 28,350,000 Preferred Series A Shares to insiders. The issuance of "CTI Series A Preferred Shares" would purport to dilute the MFS 28,000,000 shares by 50.311%, i.e. its 100% interest to 49.689% (28,000,000/28,000,000 + 28,350,000 = 56,350,000) thereby purportedly giving Series A holders majority control

12. Punitive, exemplary, and treble damages, and any other damages authorized by law;

13. For prejudgment and post-judgment interest at the maximum legal rate, as provided by California law, as applicable, as an element of damages which Plaintiffs has suffered as a result of Defendants' wrongful and unlawful acts;

14. For reasonable attorneys' fees and costs incurred herein as allowed by statute; and

15. For such other relief as the Court deems just and proper.

DATED: January 28, 2019.  CATANZARITE LAW CORPORATION

Kenneth J. Catanzarite
Brandon E. Woodward
Tim James O'Keefe
Attorneys for Plaintiffs

34.
3:22-CV-01616-BAS-DDL Complaint
Exhibit #329: 003

ocument received by the CA 4th District Court of Appeal Division 3.

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680