EXHIBIT 331

3:22-CV-01616-BAS-DDL
Exhibit #331: 001

Kenneth Joseph Catanzarite Esq.;California's Orange County Superior Court docket of filings that last I looked, a few years ago, had listed at least twenty-five laws suits filed AGAINST Catanzarite (personally) or his family. Notice the list spans from 1988-2011. Apparently the court has decided, amidst my investigation and tattling 2 the world, to give all these cases the same title: ANIL V SHAN vs AJAY MEKA I don't know but very odd:>( Especially when one understands what Catanzarite did to me, and the CalBar ignores. C http://deborahbreuner.blogspot.com/; Read Part1-6 Heiress Lives In A Tent; The... If you don't have a lot of time just read Part 1 & 4; less time just read Part 1

Oh almost forgot to mention; I have hard copies of this court docket which was printed four years ago now. So I have proof of twenty-five cases filed against Catanzarite, (or his family) for various frauds by I believe his clients? I guess one would have to talk to the judge with his hands in his pockets to find out the real names on these cases.

Obvious to me someone wants to protect this attorney who is a criminal based on just what he did to me and one of his clients who was interviewed by my partner, Larry. CalBar should have thrown Catanzarite in prison just for these two cases.

30-2011-00515800-CU-PO-CJC
Ken J Catanzarite DEFENDANT 10/17/2011 PI/PD/WD - OTHER
30-2011-00516101-CU-NP-CXC
Kenneth J Catanzarite DEFENDANT 10/17/2011 NON-PI/PD/WD TORT - OTHER
30-2011-00516101-CU-NP-CXC
Kenneth J Catanzarite CROSS - DEFENDANT 10/17/2011 NON-PI/PD/WD TORT - OTHER
30-2011-00513654-CU-WM-CJC
Kim Catanzarite PETITIONER 10/07/2011 WRIT OF MANDATE
30-2011-00513654-CU-WM-CJC
Kenneth J Catanzarite PETITIONER 10/07/2011 WRIT OF MANDATE
30-2011-00513336-CU-BC-CJC
Kenneth Catanzarite DEFENDANT 10/06/2011 BREACH OF CONTRACT/WARRANTY
30-2011-00505521-CU-PN-CJC
Kenneth J Catanzarite DEFENDANT 09/06/2011 PROFESSIONAL NEGLIGENCE
30-2011-00494150-CU-PO-CJC
Kenneth J Catanzarite DEFENDANT 07/25/2011 PI/PD/WD - OTHER
30-2011-00493715-CL-PA-NJC
Kenneth Catanzarite, Esq. RESPONDENT 07/22/2011 PETITION RE: ARBITRATION AWARD
30-2009-00332874-CU-BC-CJC
Kim Catanzarite PLAINTIFF 12/30/2009 BREACH OF CONTRACT/WARRANTY
30-2009-00332874-CU-BC-CJC
Kenneth J Catanzarite PLAINTIFF 12/30/2009 BREACH OF CONTRACT/WARRANTY
30-2009-00289921-CU-IC-CJC
Kenneth Catanzarite PLAINTIFF 08/04/2009 INSURANCE COVERAGE
30-2009-00289921-CU-IC-CJC
Kim Catanzarite PLAINTIFF 08/04/2009 INSURANCE COVERAGE
30-2008-00112917-CU-MC-CJC
Kenneth J Catanzarite DEFENDANT 10/07/2008 MISC COMPLAINTS - OTHER
30-2008-00109307-CU-FR-CJC
Kenneth J Catanzarite DEFENDANT 07/15/2008 FRAUD

http://www.occourts.org/locations/
30-2008-00106091-CU-EN-CJC
Kenneth J Catanzarite PLAINTIFF 04/30/2008 ENFORCEMENT
30-2008-00045773-CL-EN-CJC
Kenneth J Catanzarite PLAINTIFF 02/07/2008 ENFORCEMENT
30-2008-00043855-CL-BC-NJC
Kenneth J Catanzarite ATTORNEY 02/01/2008 BREACH OF CONTRACT/WARRANTY
07CC19525
KENNETH J CATANZARITE PLAINTIFF 08/28/2007 ENFORCEMENT
07CC01263

Kenneth J Catanzarite ATTORNEY 04/25/2007 OTHER EMPLOYMENT
07CC00773
KENNETH J CATANZARITE PETITIONER 04/20/2007 PETITION RE: ARBITRATION AWARD
06CC09171
KENNETH J CATANZARITE PLAINTIFF 08/17/2006 FRAUD
05CC11268
NICOLE M CATANZARITE PLAINTIFF 10/14/2005 AUTO
05CC11268
KIM E CATANZARITE PLAINTIFF 10/14/2005 AUTO
05HL02571
KIM E CATANZARITE PLAINTIFF 06/23/2005 PROFESSIONAL NEGLIGENCE
04CC08563
KENNETH J CATANZARITE PLAINTIFF ATTORNEY 08/13/2004 REAL PROPERTY - OTHER
04CC03155
KENNETH J CATANZARITE DEFENDANT 02/18/2004 BREACH OF CONTRACT/WARRANTY
02CC05846
KENNETH J CATANZARITE DEFENDANT 04/16/2002 OTHER CIVIL COMPLAINT
02CC05018
KENNETH J CATANZARITE DEFENDANT 03/29/2002 MISC COMPLAINTS - OTHER
01CC10271
KENNETH J CATANZARITE DEFENDANT 08/08/2001 PROFESSIONAL NEGLIGENCE
01CC06378
KENNETH J CATANZARITE CROSS DEFENDANT ATTY 05/16/2001 BREACH OF CONTRACT/WARRANTY
01CC06378
KENNETH J CATANZARITE CROSS DEFENDANT ATTY 05/16/2001 BREACH OF CONTRACT/WARRANTY
00CC09706
KENNETH J CATANZARITE DEFENDANT 08/14/2000 BREACH OF CONTRACT/WARRANTY
00CC09706
KENNETH J CATANZARITE CROSS DEFENDANT 08/14/2000 BREACH OF CONTRACT/WARRANTY
00CC08806
KIM E CATANZARITE PLAINTIFF 07/25/2000 TRESPASS
813297
KENNETH J CATANZARITE DEFENDANT 08/17/1999 FRAUD
811033
JEFF CATANZARITE DEFENDANT 06/24/1999 BREACH OF CONTRACT/WARRANTY
810581
Kenneth J Catanzarite ATTORNEY 06/14/1999 MISC COMPLAINTS - OTHER
797607
KENNETH J CATANZARITE DEFENDANT 07/31/1998 BREACH OF CONTRACT/WARRANTY
797607
KENNETH J CATANZARITE CROSS - COMPLAINANT 07/31/1998 BREACH OF CONTRACT/WARRANTY
795208
KENNETH J CATANZARITE DEFENDANT 06/05/1998 PI/PD/WD - OTHER
793958
NICOLE M CATANZARITE DEFENDANT 05/06/1998 BREACH OF CONTRACT/WARRANTY
793958
KIM E CATANZARITE DEFENDANT 05/06/1998 BREACH OF CONTRACT/WARRANTY
793958
KENNETH J CATANZARITE DEFENDANT 05/06/1998 BREACH OF CONTRACT/WARRANTY
792322
KENNETH J CATANZARITE CROSS - COMPLAINANT 03/30/1998 PROFESSIONAL NEGLIGENCE

http://www.occourts.org/locations/
792322
KENNETH J CATANZARITE CROSS - COMPLAINANT 03/30/1998 PROFESSIONAL NEGLIGENCE
792322
KENNETH J CATANZARITE DEFENDANT 03/30/1998 PROFESSIONAL NEGLIGENCE
792322
KENNETH J CATANZARITE CROSS - DEFENDANT 03/30/1998 PROFESSIONAL NEGLIGENCE
792256
KENNETH J CATANZARITE DEFENDANT 03/27/1998 MALPRACTICE-LEGAL

239322
Katherine Catanzarite DEFENDANT 12/26/1997 ENFORCEMENT
786833
KENNETH J CATANZARITE DEFENDANT 11/14/1997 COLLECTIONS - COMMON COUNT
96SC5241
KENNETH J CATANZARITE APPELLANT 02/19/1997 SMALL CLAIMS APPEAL
773250
EDITHA D CATANZARITE DEFENDANT 12/20/1996 BREACH OF CONTRACT/WARRANTY
769782
KENNETH J CATANZARITE PLAINTIFF 10/03/1996 MALPRACTICE-LEGAL
768240
KENNETH J CATANZARITE CROSS DEFENDANT 08/28/1996 COMPLAINT FOR MONEY
762775
KENNETH J CATANZARITE DEFENDANT 04/22/1996 MALPRACTICE-LEGAL
758675
KENNETH J CATANZARITE CROSS DEFENDANT 01/24/1996 CONTRACT - SPEC PERFORMANCE
756737
KENNETH CATANZARITE DEFENDANT 12/08/1995 BREACH OF CONTRACT/WARRANTY
754574
KENNETH J CATANZARITE DEFENDANT 10/23/1995 MALPRACTICE-LEGAL
752123
JEFFREY CATANZARITE DEFENDANT 08/30/1995 MALPRACTICE-MEDICAL
752123
JEFFREY CATANZARITE CROSS COMPLAINANT 08/30/1995 MALPRACTICE-MEDICAL
751945
KENNETH J CATANZARITE PLAINTIFF 08/25/1995 QUIET TITLE
750287
KIM E CATANZARITE PLAINTIFF 07/21/1995 PI/PD OTHER
748546
KENNETH J CATANZARITE DEFENDANT 06/14/1995 OTHER CIVIL COMPLAINT
748546
KENNETH J CATANZARITE DEFENDANT ATTORNEY 06/14/1995 OTHER CIVIL COMPLAINT
744333
KENNETH J CATANZARITE PLAINTIFF ATTORNEY 03/17/1995 BREACH OF CONTRACT/WARRANTY
742798
KENNETH J CATANZARITE CROSS DEFENDANT ATTY 02/14/1995 BREACH OF CONTRACT/WARRANTY
742798
KENNETH J CATANZARITE PLAINTIFF ATTORNEY 02/14/1995 BREACH OF CONTRACT/WARRANTY
742798
KENNETH J CATANZARITE CROSS DEFENDANT 02/14/1995 BREACH OF CONTRACT/WARRANTY
742798
KENNETH J CATANZARITE CROSS DEFENDANT ATTY 02/14/1995 BREACH OF CONTRACT/WARRANTY
N383606
KENNETH CATANZARITE APPELLANT 10/24/1994 SMALL CLAIMS APPEAL
728442
KENNETH J CATANZARITE PLAINTIFF 04/19/1994 FRAUD
720507
KENNETH J CATANZARITE PLAINTIFF 11/12/1993 BREACH OF CONTRACT/WARRANTY
702488
KENNETH J CATANZARITE PLAINTIFF 12/28/1992 DECLARATORY RELIEF
685593
KENNETH CATANZARITE DEFENDANT 03/31/1992 BREACH OF CONTRACT/WARRANTY
624919
KENNETH J CATANZARITE DEFENDANT 05/16/1990 NEGLIGENCE
624919
KENNETH J CATANZARITE IN PROPER 05/16/1990 NEGLIGENCE
622885
KENNETH J CATANZARITE DEFENDANT 04/24/1990 COMPLAINT FOR MONEY
619188
KENNETH J CATANZARITE DEFENDANT 03/15/1990 FORECLOSURES
605372

KENNETH CATANZARITE DEFENDANT 10/16/1989 BREACH OF CONTRACT/WARRANTY
605372
KENNETH CATANZARITE IN PROPER 10/16/1989 BREACH OF CONTRACT/WARRANTY
594106
KENNETH J CATANZARITE PLAINTIFF 06/15/1989 MISC COMPLAINTS - OTHER
566102
SAL CATANZARITES DEFENDANT 08/24/1988 PI/PD OTHER
564145
KENNETH J CATANZARITE DEFENDANT 08/02/1988 OTHER CIVIL COMPLAINT