EXHIBIT 332

3:22-CV-01616-BAS-DDL
Exhibit #332: 001



# 26000 Vista Valley Ct

## Steamboat Springs, CO 80487

Generated on: 06/19/2022

**Please remember, you are restricted from using this information for:**

**Employment Screening:**

You may not use this information when evaluating a person for employment, reassignment, promotion, or retention

**Hiring of Household Workers:**

Including, but not limited to, nannies and domestic workers

**Tenant Screening**

Including, but not limited to, leasing a residential or commercial space

**Educational Qualification:**

Including, but not limited to, a person's qualifications for an educational program or scholarship

**Credit or Insurance:**

Accessing the risk of existing credit obligations of an individual and/or determining eligibility for issuing credit or insurance

**Business Transactions Initiated by an Individual Customer:**

Reviewing a personal customer account to determine whether the person continues to meet the terms of the account

Using this information in these ways violates both our Terms & Conditions and the law, and can lead to possible criminal penalties. We take this very seriously, and reserve the right to terminate user accounts and/or report violators to law enforcement as appropriate.

**Disclaimer:** Ownerly's mission is to help homeowners learn more about their homes, but Ownerly does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act. You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" and our Terms & Conditions.

Copyright © 2022 Ownerly LLC. All Rights Reserved.

## Table of Contents

| | |
|---|---:|
| Table of Contents | 2 |
| Property Overview | 3 |
| Owners | 3 |
| County Assessor Records | 3 |
| Market Value | 3 |
| Assessed Value | 3 |
| Property Taxes | 3 |
| Location of Property | 4 |
| Lot and Building Details | 4 |
| Deeds | 5 |
| Possible Residents | 7 |
| Liens | 8 |

# 26000 Vista Valley Ct
Steamboat Springs CO 80487

## Property Overview

| | |
|---|---|
| Market value | $1,313,610 |
| Property taxes | $5,625.36 |
| County | Routt |
| Building square footage | 3,538 sqft |
| Lot size | 1,550,300.0 sqft |
| Number of Bedrooms | 4 |
| Number of Bathrooms | 5 |

## Owners

2 | Owners Found

ROBERT J VALUSEK

CHARLA L VALUSEK

## County Assessor Records

| | |
|---|---|
| Owner Occupied | |
| Ownership Vesting Type | Heirs |
| Mailing Address for Taxes | 26075 Vista Valley Ct Steamboat Springs, CO 80487 |

## Market Value

| | |
|---|---|
| Land Value | $285,000 |
| Improvements | $1,028,610 |
| Total Value | $1,313,610 |

## Assessed Value

| | |
|---|---|
| Land Value | $20,380 |
| Improvements | $73,550 |
| Total Value | $93,930 |

## Property Taxes

| | |
|---|---|
| **Tax Amount** | $5,625.36 |

## Location of Property

| | |
|---|---|
| **State** | CO |
| **County** | Routt |
| **Municipality** | ROUTT |
| **City** | Steamboat Springs |
| **FIPS County Code** | 08107 |
| **APN** | 194700005 |
| **Duplicate APN** | N/A |
| **Brief Description** | LOT 5 SLEEPING GIANT ESTATES |
| **Subdivision** | SLEEPING GIANT ESTATES |
| **Tract number** | N/A |
| **Block** | N/A |
| **Section** | N/A |
| **Lot** | 5 |
| **Unit** | N/A |
| **Latitude** | 40.568758 |
| **Longitude** | -106.938052 |

## Lot and Building Details

### Lot Details

| | |
|---|---|
| **Standardized Land Use Code** | Single Family Residence |
| **County Land Use Code** | N/A |
| **Zoning** | AF |
| **Buildings** | N/A |
| **Lot Size** | 1,550,300.0 sqft |
| **Lot Frontage** | N/A |
| **Lot Depth** | N/A |

### Building Details

Overall Attributes

| | |
|---|---|
| **Total Square Footage** | 3,538 sqft |
| **Number of Stories** | 2 |

| | |
|---|---|
| **Number of Units** | N/A |
| **Year Built** | 2000 |
| **Style** | Unknown |
| **Class** | Unknown or not provided |
| **Construction Type** | Unknown |
| **Codes** | Hot Water Unknown or not provided Unknown or not provided No Pool in the Property Not Suppressed Unknown or not provided Yes Concrete |

Interior Dimensions

| | |
|---|---|
| **Total Finished Areas** | 3538 |
| **Additions** | N/A |
| **Attics** | N/A |
| **Garage** | N/A |
| **Basement** | N/A |

Room Counts

| | |
|---|---|
| **Total Room Count** | 10 |
| **Bedrooms** | 4 |
| **Bathrooms** | 5 |

# Deeds

2 Deeds Found

## Ownership Change

2017-12-01 – From KENNETH J CATANZARITE to VALUSEK, ROBERT J|VALUSEK, CHARLA L

Primary Lender Details

| | |
|---|---|
| **Lender** | N/A |
| **Loan Amount** | N/A |
| **Lender Type** | N/A |
| **Loan Type** | N/A |
| **Line of Credit Loan** | N/A |

Secondary Lender Details

| | |
|---|---|
| **Lender** | N/A |
| **Loan Amount** | N/A |
| **Lender Type** | N/A |
| **Loan Type** | N/A |
| **Line of Credit Loan** | N/A |

County Records

| | |
|---|---|
| **County** | ROUTT |
| **State** | CO |
| **Transfer Date** | 2017-12-01 |
| **Transfer Value** | $99,500 |
| **Transfer Tax** | $99 |
| **Transfer Type** | Resale |
| **Deed Type** | Warranty Deed |
| **Document Number** | 785527 |
| **Document Type** | W |
| **Book Number** | N/A |
| **Page Number** | N/A |
| **Recorded Date** | 2017-12-01 |
| **Recorded Type** | N/A |
| **Quitclaim Deed** | N/A |

# New Loan Recorded

2005-03-17 – CATAZARITE LAW CORP to DEBORAH BREUNER DAVIS

Primary Lender Details

| | |
|---|---|
| **Lender** | CATAZARITE LAW CORP |
| **Loan Amount** | $120,000 |
| **Lender Type** | Unknown or not provided |
| **Loan Type** | Conventional or Unknown |
| **Line of Credit Loan** | Not a Credit Line or Unknown |

Secondary Lender Details

| | |
|---|---|
| **Lender** | N/A |
| **Loan Amount** | N/A |
| **Lender Type** | N/A |
| **Loan Type** | N/A |
| **Line of Credit Loan** | N/A |

County Records

| | |
|---|---|
| **County** | ROUTT |
| **State** | CO |
| **Transfer Date** | 2005-03-17 |
| **Transfer Value** | $120,000 |
| **Transfer Tax** | N/A |
| **Transfer Type** | Refinance or Equity |

| | |
|---|---|
| **Deed Type** | Unknown or not provided |
| **Document Number** | N/A |
| **Document Type** | T |
| **Book Number** | N/A |
| **Page Number** | N/A |
| **Recorded Date** | 2005-03-17 |
| **Recorded Type** | N/A |
| **Quitclaim Deed** | N/A |

# Possible Residents

**11** | Possible Residents Found

| # | Name | Age | Phone | Address |
|---|---|---|---|---|
| 1 | AARON ROBERT CLOCK | 44 | 970-846-7480 | 26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 02/2020, Last seen: 03/2022 |
| 2 | DEBORAH VALUSEK CLOCK | N/A | 619-213-8826 | 26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 11/2020, Last seen: 11/2020 |
| 3 | LARRY W GREEN | N/A | | 26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 08/2004, Last seen: 10/2021 |
| 4 | ROBERT J VALUSEK | N/A | | 26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 11/2017, Last seen: N/A |
| 5 | CHARLA L VALUSEK | N/A | | 26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 11/2017, Last seen: N/A |
| 6 | ROBERT E BALUSEK | 47 | | 26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 04/2019, Last seen: 09/2019 |
| 7 | KENNETH J CATANZARITE | N/A | | 26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 03/2005, Last seen: 12/2017 |
| 8 | KIM E CATANZARITE | N/A | | 26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 03/2005, Last seen: 12/2017 |
| 9 | DEBORAH A DAVIS | 72 | 870-875-0122 | 26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 07/2001, Last seen: 09/2016 |
| 10 | DOUGLAS RAY BROWN JR | N/A | | 26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: N/A, Last seen: N/A |

| 11 | AMY ELIZABETH BROWN | N/A | 26000 Vista Valley Ct Steamboat Springs, CO 80487<br>First seen: 01/2010, Last seen: 01/2010 |

## Liens

**0** | Liens Found

Disclaimer: Ownerly's mission is to help homeowners learn more about their homes, but Ownerly does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act. You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" and our Terms & Conditions.

Copyright © 2022 Ownerly LLC. All Rights Reserved.