EXHIBIT 335

Electronically Filed by Superior Court of California, County of Orange, 12/21/2021 04:28:14 PM.
30-2021-01237499-CU-PN-WJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Amy Van Arkel, Deputy Clerk.

Justin S. Beck
justintimesd@gmail.com
3501 Roselle St.
Oceanside, California 92056
760-449-2509

*In Pro Per*

# IN THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF ORANGE

| | |
|---|---|
| Justin S. Beck, an individual<br><br>Plaintiff,<br><br>v.<br><br>The State Bar of California, a public corporation; Anand Kumar, an individual; Eli David Morgenstern, an individual; Joy Nunley, an individual; and DOES 1-20;<br><br>Defendants | Case No: 30-2021-01237499-CU-PN-WJC<br><br>Judge Assigned: Judge Richard Lee<br><br>**VERIFIED COMPLAINT FOR DAMAGES & INJUNCTIVE RELIEF**<br><br>1) Negligence<br>2) Recklessness<br>3) Premises Liability<br>4) Negligent Entrustment<br>5) Negligent Handling of Legal Matter<br>6) Intentional Infliction of Emotional Distress<br><br>**DEMAND FOR JURY TRIAL**<br><br>[Filed concurrently with Declaration of Plaintiff Justin S. Beck] |

-1-
PLAINTIFF JUSTIN S. BECK VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AGAINST THE STATE BAR OF CALIFORNIA, ELI MORGENSTERN, ANAND KUMAR, JOY NUNLEY, AND DOES 1-20
3:22-CV-01616-BAS-DDL
Exhibit #335: 002