AO 441       Summons in a Civil Action                                                                                                              (Page 2)

Civil Action No. 22cv01616-BAS-DDL                                   Date Issued:   1/3/23

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **Ruben Duran**

was received by me on *(date)* **1/3/23**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: **Ruben Duran waived service through counsel and asserted his response to be due by 1/30/23 (Doc. #13)**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **2/2/23**

Server's Signature

**Justin S. Beck**
Printed name and title

**3501 Roselle St. Oceanside CA 92056**
Server's address

FILED
FEB 02 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1  ELLIN DAVTYAN (238608)
   General Counsel
2  ROBERT G. RETANA (148677)
3  Deputy General Counsel
   CHARLES TSAI (266480)
4  Assistant General Counsel
5  OFFICE OF GENERAL COUNSEL
   THE STATE BAR OF CALIFORNIA
6  845 S. Figueroa Street
7  Los Angeles CA 90017
   Tel: (213) 765-1000
8  Fax: (415) 538-2321
9  Email: charles.tsai@calbar.ca.gov

10 Attorneys for Defendants The State Bar of California; Ruben Duran; Suzanne
11 Cecilia Grandt; Eli David Morgenstern; Leah Wilson

12                    UNITED STATES DISTRICT COURT
13                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK, individually, and as guardian ad litem to ROES 1-150,000,<br><br>Plaintiff,<br><br>v.<br><br>CATANZARITE LAW CORPORATION; THE STATE BAR OF CALIFORNIA; RUBEN DURAN, ESQ.; SUZANNE CECILIA GRANDT, ESQ.; RICHARD FRANCIS O'CONNOR, JR.; MOHAMMED ZAKHIREH; JAMES DUFFY; STATE OF CALIFORNIA; KENNETH CATANZARITE, ESQ.; JIM TRAVIS TICE, ESQ.; NICOLE MARIE CATANZARITE WOODWARD, ESQ.; BRANDON WOODWARD, ESQ.; TIM JAMES O'KEEFE, ESQ.; AMY JEANETTE COOPER; CLIFF HIGGERSON; JAMES DUFFY; ELI DAVID MORGENSTERN, ESQ.; LEAH WILSON, ESQ.; ROBERT GEORGE RETANA, ESQ.; ELLIN DAVTYAN, ESQ.; JOHN C. GASTELUM; JORGE E. NAVARETTE; GEORGE | Case No.  3:22-cv-01616-BAS-DDL<br><br>**STATE BAR DEFENDANTS'** *EX PARTE* **APPLICATION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>*[Declaration of Charles Tsai and Proposed Order filed concurrently herewith]*<br><br>Honorable Cynthia Bashant |

| | |
|---|---|
| 1 | SARGENT CARDONA, ESQ.; and ANTHONY B. SCUDDER, |
| 2 | Defendants. |

**TO PLAINTIFF AND ALL OTHER PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 12.1 and 83.3(g), Defendants the State Bar of California ("State Bar"), Ruben Duran, Suzanne Grandt, Eli Morgenstern, and Leah Wilson hereby submit this *Ex Parte* Application to Extend the Time to Respond to the First Amended Complaint for Damages & Extraordinary Relief.

The ground for this application is that the current deadline for the State Bar defendants named in the original Complaint (State Bar, Ruben Duran, Suzanne Grandt, Eli Morgenstern, Leah Wilson) to respond to the First Amended Complaint for Damages & Extraordinary Relief ("First Amended Complaint") is either January 18, 2023, for the State Bar and the individuals sued in their official capacity or January 30, 2023, for the individual State Bar defendants sued in their individual capacities. Plaintiff added additional State Bar defendants (Robert Retana, Ellin Davtyan, and George Cardona), but has not yet properly served these newly added defendants. Thus, this application is made by and focused solely on the State Bar defendants named in the original complaint.

In the interests of judicial economy and efficiency, this application sets a single deadline of February 10, 2023 (or any date thereafter as the Court may provide) for all the State Bar defendants who have been properly served to respond to the First Amended Complaint. The additional time will also enable the State Bar defendants to consider the First Amended Complaint, which is 167 pages in length and alleges 12 causes of action, and provide Plaintiff sufficient time to properly serve the newly added State Bar related defendants with the First Amended Complaint.

Plaintiff's contact information is as follows:

Justin S. Beck

---

1

STATE BAR DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO FAC
3:22-cv-01616-BAS-DDL

|   |   |
|---|---|
| 1 | 3501 Roselle Street |
| 2 | Oceanside, CA 92506 |
| 3 | Email: justintimesd@gmail.com |

4  Pursuant to Local Rule 83.3(g), on January 11, 2023, the State Bar Defendants' counsel sent Plaintiff an email containing a letter that informed Plaintiff of service issues with the First Amended Complaint as it relates to the newly added State bar defendants and proposed a joint motion to extend the time for all the State Bar defendants to file a responsive pleading to the First Amended Complaint by the same date (February 10, 2023). On January 17, 2023, the State Bar Defendants' counsel sent Plaintiff an email following up on the proposed joint motion and requesting a response by January 17, 2023, at 5:00 p.m. The email also informed Plaintiff that, if no response was received from him by that time, the State Bar Defendants would file an *ex parte* application requesting the same extension on January 18, 2023.

On January 17, 2023, Plaintiff responded with an email with 6 attachments, consisting of 333 pages. Among the attachments was a letter dated January 17, 2023, in which Plaintiff indicated that he would not agree to the proposed joint motion.

This application is based upon the attached Memorandum of Points and Authorities, the Declaration of Charles Tsai, and all pleadings and records on file in this matter. The proposed order is lodged concurrently herewith.

///
///
///
///
///
///
///