Jim Travis Tice (SBN 153867)
38 Sorrento
Irvine, CA 92614
T: 949-278-5621 | F: 949-242-2217 | E: jtt@tice.lawyer

**FILED**
FEB 02 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
~~CENTRAL~~ Southern DISTRICT OF CALIFORNIA

| JUSTIN S. BECK | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 22CV1616 BAS DDL |
| v. | |
| CATANZARITE LAW CORPORATION, et al | **WAIVER OF SERVICE OF SUMMONS** |
| DEFENDANT(S). | |

To: JUSTIN S. BECK, plaintiff in pro per
*(Name of Plaintiff's Attorney or Unrepresented Plaintiff)*

I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action. I have also received a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after* _____January 5, 2023_____, or within 90 days after that date if the request was sent outside the United States.

*Date Notice of Lawsuit and Request for Waiver of Service Summons is sent.

| January 5, 2023 | /s/ Jim Travis Tice |
|---|---|
| *Date Signed by Receiving Party* | *Signature* |
| Jim Travis Tice (SBN 153867), defendant in pro per | Jim Travis Tice |
| *Name* | *Telephone Number and Fax Number* |
| 38 Sorrento | T: 949-278-5621 | F: 949-242-2217 |
| *Street Address* | *Relationship to Entity on Whose Behalf I am Acting* |
| Irvine, California 92614 | Jim Travis Tice, defendant in pro per |
| *City, State, Zip Code* | *Name of Party Waiving Service* |

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of summons was received.

CV-108 (06/98)   **WAIVER OF SERVICE OF SUMMONS**

FILED
FEB 02 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and am a party to this cause, representing myself *in pro per*. I am a resident of or employed in the county where the mailing occurred. My residence and business address is:

38 Sorrento
Irvine, CA 92614

I served the attached Waiver of Service of Summons by enclosing a true copy thereof in a sealed enveloped addressed to each person whose name and address is given below and depositing the envelope in the United States mail with the postage fully prepaid on January 5, 2023, at Irvine, California, to:

Justin S. Beck
3501 Roselle St.
Oceanside, California 92056

in the envelope the addressee provided.

I also served the foregoing Waiver of Service of Summons as a .pdf attachment to an email sent to the email address provided by the addressee, to wit: justintimesd@gmail.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated January 5, 2003.

_____
Jim Travis Tice, defendant *in pro per*