Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680

Attorneys for Defendants Kenneth J. Catanzarite, Catanzarite Law Corporation, Brandon Woodward, Tim James O'Keefe, Amy Jeanette Cooper, Cliff Higgerson, Mohammad Zakhireh, Richard Francis O'Connor, Jr., James Duffy, Anthony Scudder, and Nicole M. Catanzarite-Woodward

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK, individually, and as *guardian ad litem* to ROES 1-150,000, and as *guardian ad litem* to U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> CATANZARITE LAW CORPORATION, et al., <br><br> Defendants. | Case No. 3:22-cv-01616-BAS-DDL <br><br> **NOTICE OF APPEARANCE FOR KENNETH J. CATANZARITE, CATANZARITE LAW CORPORATION, BRANDON WOODWARD, TIM JAMES O'KEEFE, AMY JEANETTE COOPER, CLIFF HIGGERSON, MOHAMMAD ZAKHIREH, RICHARD FRANCIS O'CONNOR, JR., JAMES DUFFY, ANTHONY SCUDDER, AND NICOLE M. CATANZARITE-WOODWARD** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF INTEREST:

PLEASE TAKE NOTICE that Kenneth J. Catanzarite of Catanzarite Law Corporation, who is permitted to practice in this district, hereby appears as counsel for Defendants Catanzarite Law Corporation, Kenneth J. Catanzarite, Nicole M. Catanzarite Woodward, Brandon Woodward, Tim James O'Keefe, Amy Jeanette Cooper, Cliff Higgerson, Mohammad Zakhireh, Richard Francis O'Connor, Jr.,

**Notice of Appearance**

1 | James Duffy and Anthony Scudder.

2 |     Effective immediately, please add Kenneth J. Catanzarite as an attorney to be noticed on all matters at the following address:

>Kenneth J. Catanzarite, Esq.
>CATANZARITE LAW CORPORATION
>2331 West Lincoln Avenue
>Anaheim, California 92801
>Tel: (714) 520-5544
>kcatanzarite@catanzarite.com

DATED: February 3, 2023.    CATANZARITE LAW CORPORATION

 /s/ Kenneth J. Catanzarite
Kenneth J. Catanzarite
Attorneys for Defendants Kenneth J. Catanzarite, Catanzarite Law Corporation, Brandon Woodward, Tim James O'Keefe, Amy Jeanette Cooper, Cliff Higgerson, Mohammad Zakhireh, Richard Francis O'Connor, Jr., James Duffy, Anthony Scudder and Nicole M. Catanzarite-Woodward

PROOF OF SERVICE

STATE OF CALIFORNIA    )
COUNTY OF ORANGE       )   ss:

The undersigned certifies and declares as follows:

I am over the age of 18 and not a party to this action. My business address is 2331 West Lincoln Avenue, Anaheim, California 92801, which is in the county where the mailing described below took place.

On February 3, 2023 I served the within **Notice of Appearance for Kenneth J. Catanzarite, Catanzarite Law Corporation, Brandon Woodward, Tim James O'Keefe, Amy Jeanette Cooper, Cliff Higgerson, Mohammad Zakhireh, Richard Francis O'Connor, Jr., James Duffy, Anthony Scudder, and Nicole M. Catanzarite-Woodward** by:

[ ]   (Facsimile Transmission) I caused the above mentioned document to be served by facsimile transmission to the parties at the fax numbers listed on the attached service list.

[X]   (CM/ECF electronic notification ) I am readily familiar with the ECF filng system and caused a true and correct copy thereof to be served electronically via CM/ECF electronic notification to:

- U S Attorney CV
  Efile.dkt.civ@usdoj.gov

- Charles Tsai
  charles.tsai@calbar.ca.gov, joan.randolph@calbar.ca.gov

[X]   (E-mail) I caused the above mentioned document to be served via PDF e-mail attachment to:

Justin Beck (Pro Per)
3501 Roselle St.
Oceanside, CA 92056
justintimesd@gmail.com

[ ]  (Overnight Delivery) I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope to be delivered the next day by overnight courier to the addressee(s) listed on the attached service list.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed February 3, 2023 at Anaheim, California.

_____
Typed Name: Becky Phillips