FILED
FEB 06 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Justin S. Beck
3501 Roselle St.,
Oceanside, CA 92056
760-449-2509
justintimesd@gmail.com
*In Propria Persona*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK, individually, and for U.S. Plaintiffs, <br><br>vs. <br><br>CATANZARITE LAW CORPORATION; STATE OF CALIFORNIA; THE STATE BAR OF CALIFORNIA; ORANGE COUNTY SUPERIOR COURT; ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE; RUBEN DURAN, ESQ.; SUZANNE CELIA GRANDT, ESQ.; RICHARD FRANCIS O'CONNOR, JR.; MOHAMMED ZAKHIREH; JAMES DUFFY; KENNETH CATANZARITE, ESQ.; JIM TRAVIS TICE, ESQ.; NICOLE MARIE CATANZARITE WOODWARD, ESQ.; BRANDON WOODWWARD, ESQ.; TIM JAMES O'KEEFE, ESQ.; AMY JEANETTE COOPER; CLIFF HIGGERSON; JAMES DUFFY; ELI DAVID MORGENSTERN, ESQ.; LEAH WILSON, ESQ.; ROBERT GEORGE RETANA, ESQ.; ELLIN DAVTYAN, ESQ.; JOHN C. GASTELUM; JORGE E. NAVARETTE; GEORGE SARGENT CARDONA, ESQ.; ANTHONY B. SCUDDER <br>Defendants, <br><br>UNITED STATES ATTORNEY GENERAL; UNITED STATES OF AMERICA <br><br>Nominal Defendants | Case No.: 3:22-CV-01616-BAS-DDL <br><br>Judge: Hon. Cynthia A. Bashant <br>Courtroom: 12B (12th Floor) <br>Hearing Date: April 3, 2023 <br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT <br><br>**DECLARATION OF JUSTIN S. BECK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [COUNT III]** <br><br>Pursuant to F.R.Civ.P. 56(c)(4) <br><br>Filed concurrently with: <br><br>   Notice of Motion <br><br>   Motion for Summary Judgment <br><br>   Memorandum in Support <br><br>   Exhibits in Support of Elements |

1

3:22-CV-01616-BAS-DDL

## DECLARATION OF JUSTIN S. BECK IN SUPPORT OF SUMMARY JUDGMENT ON COUNT III (18 U.S.C. § 1962(b) MOTION WITH EXHIBITS IN SUPPORT

### Federal Rule of Civil Procedure 56(c)(4)

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare except for those statements I say I believe, in which case I believe it to be true on information and belief. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of my motion for summary judgment on Count III of my first amended complaint at Docket #7.

1. I incorporate exhibits from my temporary restraining order at Docket #10 and from my motion for summary judgment on Count I, Count II, and Count VI at Docket #15 to my instant motion on Count III under 18 U.S.C. § 1962(b).

2. I did not authorize anyone to file an antitrust petition on my behalf in California Supreme Court in October 2022, but it was filed anyway on October 18, 2022 leading to an "En Banc" decision on an antitrust petition that I did not file November 30, 2022.

3. I have been unable to obtain any form of neutral hearings in Orange County Superior Court or the Fourth District, Division Three Court of Appeal writ proceedings after I sued The State Bar of California. I believe Suzanne Grandt has actively colluded with Kenneth Catanzarite to defraud me and other innocent litigants subject of the schemes I described and show. I believe Office of General Counsel or someone from Board of Trustees communicated directly with Court of Appeal Justices to obstruct writ proceedings to prevent me from my judgments against The State Bar of California.

4. My ability to act as CEO of any company will be damaged forever because no company will be able to obtain directors and officers insurance if I assume that role as a direct and proximate cause of five fraudulent lawsuits filed against me, my interests, or my decisions. Before I sued The State Bar of California, Court of Appeal concluded the lawsuits lacked probable cause. I am further encumbered by the trauma of being fraudulently sued without standing or probable cause repeatedly for more than four years and have lost all trust in California's government.

5. After winning several awards for technology I designed and patents I filed, my health technology company was destroyed by the conduct at issue after March 2021.

6. A podcast I produced and hosted with iHeartMedia entitled "Truth in Health" was nominated for a prestigious Webby Award and won two AVA Awards. Under Contakt World Technologies Corp., I was to host and produce a second season with Will Ferrell as Creative Director. That opportunity was destroyed after March 2021 by the conduct at issue together with my company Contakt World Technologies Corp.

7. I was entitled to damages of $32.67 million in State Court as direct and proximate cause of the merger that was destroyed valued at $261 million with Western Troy Capital Resources, but cannot obtain that judgment because of the enterprise control I show exerted by The State Bar of California working with Catanzarite Law Corporation.

8. I served State of California physically through a process server in Orange County Superior Court Case No. 30-2020-01145998 and 30-2021-01237499, but State of California refused to appear. I sought defaults through Orange County Superior Court after serving State of California eight times, but the clerk refused to enter defaults for me even though they were procedurally effective.

9. I have lost other opportunities to develop business and obtain property, but my damages are based on the reasonable bases shown through the transaction values I've shown. If I disclose any other person or company I know or was associated with, I believe Catanzarite Law Corporation will use The State Bar of California's protection to fraudulently sue them, too.

10. Attached as Exhibit 17 is a true and correct copy of an article summarizing an in-depth investigation by Matthew Hamilton and Harriet Ryan of Los Angeles Times showing Thomas V. Girardi's compromise of The State Bar of California and California judicial system.

11. Attached as Exhibit 19 is a true and correct copy of a motion for summary judgment I prepared in Orange County Superior Court Case No. 30-2021-01237499. The hearing was reserved on or around June 1, 2022, and the papers were filed July 18, 2022. I believe Suzanne Grandt controls John C. Gastelum, and that she had ex parte communications with him to prevent me from a neutral court.

12. Attached as Exhibit 30 is a true and correct copy of an email I sent June 14, 2022, to Ruben Duran, Carissa Andresen, and Eli David Morgenstern about several parallel schemes to defraud involving Kenneth J. Catanzarite, Jim Travis Tice, and Tim James O'Keefe of Catanzarite Law Corporation. On June 16, 2022, Associate Justice Joanne Motoike was confirmed by unanimous vote of the Commission on Judicial Appointments (for The State Bar of California) (Ex. 230).

13. Attached as Exhibit 31 is a true and correct copy of part of a large public records production about Kenneth J. Catanzarite and Thomas V. Girardi showing The State Bar of California's actual knowledge of their fraud. Specifically, a letter from June 2020 in this production from Mr. Catanzarite fails to disclose that he solicited Richard Carlson at his home, when Mr. Carlson did not believe he had suffered any damages, nor was he seeking an attorney before nine putative class actions were filed on Carlson's behalf in Utah and California.

14. Attached as Exhibit 65 is a true and correct copy of a screenshot I took of the docket in California Supreme Court Case No. S276517. I did file this case, although it was obstructed by Office of General Counsel for The State Bar of California in that the four volumes of exhibits shown were removed before an antitrust determination was sent to me on October 17, 2022.

15. Attached as Exhibit 67 is a true and correct copy of a screenshot I took of TrueFiling showing that the record was manipulated somehow using the wire.

16. Attached as Exhibit 95 is one of several requests to enter defaults against State of California that were denied by Orange County Superior Court.

17. Attached as Exhibit 135 is a true and correct copy of an email chain by and between me, Carissa Andresen, and Suzanne Grandt where I granted an extension to produce discovery, only to have Suzanne Grandt deny my access to any discovery and file a demurrer on the basis that every employee associated with The State Bar of California and The State Bar of California itself was immune from any claim for any reason. I was a recipient or sender of each email.

18. Attached as Exhibit 138 is a true and correct copy of court orders disqualifying Kenneth Catanzarite and his colleagues Nicole Marie Catanzarite Woodward, Tim James Okeefe, Brandon Woodward, Eric V. Anderton from representing a list of defendants in OCSC. Now,

Kenneth J. Catanzarite is representing some of those persons in this Court anyway in the same or substantially related matters.

19. Attached as Exhibit 188 is a true and correct copy of an email I received from my plaintiff's counsel in Orange County Superior Court showing the "Corzo" and "Corbell" scheme to defraud involving Jim Travis Tice and Kenneth J. Catanzarite. I am aware of the contents of this email, and I have communicated with Matthew Kinley about the scheme which also involves Tim James O'Keefe of Catanzarite Law Corporation.

20. Attached as Exhibit 191 is a true and correct copy of a letter I received dated August 12, 2022, in which a case against Nicole Marie Catanzarite-Woodward is "re-assigned" to Amy Yarbrough, and that Senior Trial Counsel Eli David Morgenstern "will continue to act as the legal advisor." Mr. Morgenstern was, at that time, a civil defendant for his related conduct

21. Attached as Exhibit 192 is a true and correct copy of a letter by wire I received on a Sunday evening, August 21, 2022, before The State Bar of California's ex parte hearing August 22, 2022.

22. Attached as Exhibit 193 is a true and correct copy of an email I received August 22, 2022 from Amy Yarbrough after I objected to Eli David Morgenstern, who was a defendant in civil claims I filed, from investigating Mr. Catanzarite. Yarbrough said "I don't have any say over whether Mr. Morgenstern is assigned to your complaints but I have passed along your concerns."

23. Attached as Exhibit 198 is a true and correct copy of the ex parte application used by The State Bar of California in Orange County Superior Court to move my merits-based hearing scheduled originally for October 4, 2022.

24. Attached as Exhibit 203 is a true and correct copy of emails delivered by Catanzarite to obstruct an agreement for a merger in Canada, which shares would be held in the U.S., worth ~$261 million, my share $32.67 million.

25. Attached as Exhibit 219 is a true and correct copy of a press release from Best Best & Krieger: "Duran Becomes First Attorney to Lead State Bar of California for Second Consecutive Term" dated September 16, 2022. It describes all of the operations he controls or oversaw for The State Bar of California.

26. Attached as Exhibit 222 is a true and correct copy of California Business and Professions Code § 6094(a). I obtained this official document online, printed it, then created a PDF.

27. Attached as Exhibit 232 and Exhibit 233 are true and correct copies of emails noticing Judicial Council of claims against Orange County Superior Court, after which my writ petitions were immediately obstructed and I sent an email to follow up (G061896 and G062120)

28. Attached as Exhibit 276 is a true and correct copy of portions of the merger agreement nearing completion in May 2019. I am familiar with the agreement because it was imminent; the merger terminated because Catanzarite Law Corporation would not stop its fraudulent scheme, even after the false claims directed at me were adjudicated May 1, 2019. Mr. Catanzarite just ignored the Court's rulings, contacted shareholders under other false pretenses, and cooked up another plan to defraud me.

29. Attached as Exhibit 277 is a true and correct copy of a Los Angeles Times article showing the unequal use of The State Bar of California's operations and how they favor wealthy, white attorneys like Girardi and Catanzarite and target sole practice, minority attorneys with minor infractions.

30. Attached as Exhibit 285 is a true and correct copy of an article dated August 10, 2017 from San Diego State University quoting Robert Fellmeth of the University of San Diego School of Law about Suzanne Grandt's promotion. I found it online.

31. Attached as Exhibit 286 is a true and correct copy of an ex parte application filed by The State Bar of California, Anand Kumar, Eli David Morgenstern, Joy Nunley, Ruben Duran, Carissa Andresen, and Suzanne Grandt used to delay my motion for summary judgment hearing on the merits in Orange County Superior Court Case No. 30-2021-01237499 before Judge John C. Gastelum. It worked, and Gastelum sustained demurrer without leave to amend on the basis of immunities I had already addressed one-by-one in my motion for summary judgment.

32. Attached as Exhibit 287 are true and correct copies of postal mail and wire communications I received from The State Bar of California, Suzanne Grandt, Eli David Morgenstern, and Ruben Duran. I repeatedly served each in Orange County Superior Court Case No. 30-2020-01145998

and received no objections to the special interrogatories. Instead, on the day they were due, I received these letters. I include the questions that were never answered.

33. Attached as Exhibit 288 is a true and correct copy of proof that I served State of California in OCSC, but they ignored it. I believe this is because The State Bar of California controls the State.

34. Attached as Exhibit 294 is a true and correct copy of an email I received by wire from Eli David Morgenstern on November 20, 2021.

35. Attached as Exhibit 295 is a true and correct copy of an email I received by wire from Eli David Morgenstern dated November 22, 2021.

36. Attached as Exhibit 296 is a true and correct copy of a letter I received by wire from Amy Yarbrough in a case assigned to Eli David Morgenstern dated October 31, 2022.

37. Attached as Exhibit 314 is a true and correct copy of the merger transaction valued at ~$261 million that Catanzarite deliberately destroyed pursuing his fraudulent scheme. I am familiar with these steps because I was finalizing the transaction before I resigned May 14, 2019.

38. Attached as Exhibit 336 is a true and correct copy of a letter I received by wire Friday, February 3, 2023, after Charles Tsai confirmed that The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, and Leah Wilson had received my first amended complaint and that they had accepted and waived service. I believe Tsai sent this letter because I filed a motion for summary judgment at Docket #15 in accordance with this Court's rules, and that all defendants intended to file a Rule 12 motion on the basis that all defendants associated with The State Bar of California were immune from claims despite my suit against them individually, and despite Government Claims Act.

39. Attached as Exhibit 338 is a true and correct copy of a substitution filed by Jim Travis Tice in Orange County Superior Court Case No. 30-2019-01064267. The United States Securities Exchange Commission possesses approximately 25,000 pages of documents (LA-4837) to show that Mr. Tice is advocating a fraudulent lawsuit just like his colleague and client, Kenneth J. Catanzarite did before Tice substituted on September 8, 2021. I warned Mr. Tice of this, but he chose to continue the fraudulent scheme against me and other innocent people anyway.

40. I started the website "StopCorruptLawyers.com" and receive eyewitness and victim reports on a regular basis from members of the public who have been defrauded by The State Bar of California's protectionist behavior in protecting attorneys not limited to those associated with Catanzarite Law Corporation and Thomas V. Girardi.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY. I AM SIGNING THIS DECLARATION FROM OCEANSIDE, CALIFORNIA.

February 6, 2023

Justin S. Beck