# EXHIBIT 30

Exhibit #30: 001
22-CV-01616-BAS-DDL

# Gmail

Justin Beck <justintimesd@gmail.com>

## Public Records Act Request

**Justin Beck** <justintimesd@gmail.com>            Tue, Jun 14, 2022 at 4:36 PM
To: ruben.duran@bbklaw.com, "Andresen, Carissa" <Carissa.Andresen@calbar.ca.gov>, "Nunley, Joy" <Joy.Nunley@calbar.ca.gov>, "Kumar, Anand" <anand.kumar@calbar.ca.gov>, "Morgenstern, Eli" <Eli.Morgenstern@calbar.ca.gov>

📎 CPRA_Beck_Justin_S_SB-Letter_5-20-22 (1).pdf

Attention Public Agency State Bar:

I now prove at least six series of fraudulent lawsuits known to State Bar in which Catanzarite was found by clear and convincing evidence to have committed moral turpitude (and irreparable harm to litigants related to client confidence as a matter of law).

I received a notification today that Catanzarite associate Tim James Okeefe just appeared in Court of Appeal B312676 after Jim Travis Tice was found to have appeared without authority on behalf of "Corbell Partnership" and was disqualified. Before that, Kenneth Catanzarite was disqualified in related or the same case in 2021.

Separately, Catanzarite is still trying to assert control over CTI after the Court of Appeal concluded that mandatory law prohibited the same, and that its appeal was without merit (G058700). Jim Travis Tice is standing as a proxy for Catanzarite since they both know State Bar to be feckless and negligent. Both Jim Travis Tice and Kenneth Catanzarite are representing Cooper under different factual circumstances, and CTI has expressly denied a conflict waiver for Catanzarite Law Corporation.

State Bar is also factually aware of the 11th Circuit Court of Appeal opinion in 2022 which confirms my allegations of attorney fraud (CRPC 1.01[3]) affecting "14,000 investors.")

This is subject to my preservation of evidence request, and I'm furnishing cumulative evidence to Mr. Duran and public employees acting in an official capacity for State Bar as a public official subject to GOV 815.3 or government employees subject to GOV 815/815.2/815.6 and CCP 1714.

You are now aware of at least 50 serious violations of CRPC and BPC (or at least you can't deny it).

Justin Beck
Plaintiff
[Quoted text hidden]
--
============

**Justin Beck**
**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

📄 **CPRA_Beck_Justin_S_SB-Letter_6-14-22(Supplemental Response).pdf**
2763K