EXHIBIT 135

EXHIBIT #135: 001
22-CV-01616-BAS-DDL

Case 3:22-cv-01616-AGS-DDL Document 26-9 Filed 02/06/23 PageID.3920 Page 2 of 14

1/7/23, 12:47 PM                    Gmail - Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

 Gmail                                                        Justin Beck <justintimesd@gmail.com>

## Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

**Andresen, Carissa** <Carissa.Andresen@calbar.ca.gov>                          Tue, May 31, 2022 at 1:38 PM
To: Justin Beck <justintimesd@gmail.com>

Mr. Beck,

I left you a voicemail this morning. I would like to discuss with you your discovery requests in this matter. Specifically, I would like your agreement to an extension of time for the State Bar to provide its responses to your first set of RFAs and your first set of Form Interrogatories. I will be going on an extended leave and this matter will be transferred to another attorney in our office. An extension would allow new counsel sufficient time to review the facts of the case and your discovery requests, get appropriate responses from the correct individuals within the State Bar, and confer with you if necessary. I propose 60 days. Please let me know if you agree. Thank you.

Carissa Andresen

Assistant General Counsel | Office of General Counsel

The State Bar of California | 180 Howard St. | San Francisco, CA 94105

415.538.2029 | Carissa.Andresen@calbar.ca.gov

***Working to protect the public in support of the mission of the State Bar of California.***

Please consider the environment before printing this email.

LinkedIn | Twitter | Facebook | Instagram

**CONFIDENTIAL/ATTORNEY-CLIENT PRIVILEGED**

*This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.*

**From:** donotreply@swiftattorneyservice.mail.legalconnect.com <donotreply@swiftattorneyservice.mail.legalconnect.com>
**Sent:** Sunday, May 8, 2022 1:39 PM
**To:** Andresen, Carissa <Carissa.Andresen@calbar.ca.gov>
**Subject:** eService Notice for Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

## eService Delivery Notification

This electronic message is to notify you pursuant to C.C.P. 1010(6) and CA Rules of Court 2.251 on behalf of **Justin Beck**

The following document(s) are being served:

**INCIDENT SEC 4(A)(2) and RFAs Set 1 Attachment 1
Plaintiff RFAs and FROGs to The State Bar of California**

To retrieve documents, please click this link: eService Notification.

Should you have any questions, please contact us or for more information visit http://www.swiftattorneyservice.com

Thank you for using Swift Attorney Service.

Order(s): **5886426-02**

Billing Code: **SysGen**

This automated message is being sent by Swift Attorney Service It is intended exclusively for the individuals and/or entities to which it is addressed. This communication including any links or attachments, may contain information that is proprietary, confidential, privileged or otherwise exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate any part of this message, or any part of any links or attachments thereto. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message and attachments from your records.

© 2022 Swift Attorney Service All Rights Reserved.
500 Allerton Street Suite 105, Redwood City, CA 94063
Contact Us

Case 3:22-cv-01616-AGS-DDL Document 26-9 Filed 02/06/23 PageID.3922 Page 4 of 14

1/7/23, 12:48 PM                               Gmail - Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

 Gmail                                                                   Justin Beck <justintimesd@gmail.com>

## Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

**Andresen, Carissa** <Carissa.Andresen@calbar.ca.gov>                           Wed, Jun 1, 2022 at 12:11 PM
To: Justin Beck <justintimesd@gmail.com>

Mr. Beck,

Thank you for speaking with me this morning. Per our conversation, you agree to extend the deadline for the State Bar to respond to your initial discovery requests (RFAs and FROGs) by 60 days, to and including August 9, 2022.

I understand that you expect to serve additional discovery on the remaining State Bar defendants. Furthermore, with respect to your intention to reserve a date for MSJ hearing, I ask that any such date be subsequent to the demurrer hearing that will be on calendar later this week.

Regarding your requests to Mr. Duran, Board Chair, this office will provide a response to all your requests once Mr. Duran has made a determination on your request.

Please confirm your agreement by reply email. Thank you!

Carissa Andresen

Assistant General Counsel | Office of General Counsel

The State Bar of California | 180 Howard St. | San Francisco, CA 94105

415.538.2029 | Carissa.Andresen@calbar.ca.gov

***Working to protect the public in support of the mission of the State Bar of California.***

Please consider the environment before printing this email.

LinkedIn | Twitter | Facebook | Instagram

CONFIDENTIAL/ATTORNEY-CLIENT PRIVILEGED

*This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.*

**From:** Justin Beck <justintimesd@gmail.com>
**Sent:** Tuesday, May 31, 2022 4:24 PM
**To:** Andresen, Carissa <Carissa.Andresen@calbar.ca.gov>
**Subject:** Re: Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

EXHIBIT #135: 004
22-CV-01616-BAS-DDL

Ms. Andresen,

I hope things are OK personally and wish you the best.

I intend to send another, similar version of FROGs and RFAs that I served upon State Bar to other defendants Morgenstern Kumar Nunley - I'll finalize as soon as possible and send to the new attorney you designate.

I've also served a subpoena for production of business records upon Witness Amy Cooper to a deposition officer on June 20, 2022. I anticipate something untoward will happen, where Catanzarite is still representing Cooper after several Court of Appeal rulings upholding mandatory law.

When are you filing demurrer or answers, and what other reasonable requests do you have in transition beyond extending the State Bar RFAs and FROGs round 1 deadline?

If we extend the deadline, would you and new counsel stipulate or otherwise agree/not object to my reservation of a summary judgment motion date to try certain issues of law and certain claims before a potential jury trial? It would seemingly save a lot of motion practice and resources. I'll prepare it over the next month for a date falling outside the requisite timeline per Rules of Court.

I can speak tomorrow morning between 9AM and 12PM PST if that works so we can quickly agree to something before this file is behind you.

Thanks

Justin

On Tuesday, May 31, 2022, Andresen, Carissa <Carissa.Andresen@calbar.ca.gov> wrote:

> Mr. Beck,
>
> I left you a voicemail this morning. I would like to discuss with you your discovery requests in this matter. Specifically, I would like your agreement to an extension of time for the State Bar to provide its responses to your first set of RFAs and your first set of Form Interrogatories. I will be going on an extended leave and this matter will be transferred to another attorney in our office. An extension would allow new counsel sufficient time to review the facts of the case and your discovery requests, get appropriate responses from the correct individuals within the State Bar, and confer with you if necessary. I propose 60 days. Please let me know if you agree. Thank you.
>
> Carissa Andresen
>
> Assistant General Counsel | Office of General Counsel
>
> The State Bar of California | 180 Howard St. | San Francisco, CA 94105
>
> 415.538.2029 | Carissa.Andresen@calbar.ca.gov

EXHIBIT #135: 005
22-CV-01616-BAS-DDL

Case 3:22-cv-01616-AGS-DDL   Document 26-9   Filed 02/06/23   PageID.3924   Page 6 of 14

1/7/23, 12:48 PM                    Gmail - Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

*Working to protect the public in support of the mission of the State Bar of California.*

Please consider the environment before printing this email.

LinkedIn | Twitter | Facebook | Instagram

**CONFIDENTIAL/ATTORNEY-CLIENT PRIVILEGED**

*This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.*

**From:** donotreply@swiftattorneyservice.mail.legalconnect.com <donotreply@swiftattorneyservice.mail.legalconnect.com>
**Sent:** Sunday, May 8, 2022 1:39 PM
**To:** Andresen, Carissa <Carissa.Andresen@calbar.ca.gov>
**Subject:** eService Notice for Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

## eService Delivery Notification

This electronic message is to notify you pursuant to C.C.P. 1010(6) and CA Rules of Court 2.251 on behalf of **Justin Beck**

The following document(s) are being served:

**INCIDENT SEC 4(A)(2) and RFAs Set 1 Attachment 1**
**Plaintiff RFAs and FROGs to The State Bar of California**

To retrieve documents, please click this link: **eService Notification.**

Should you have any questions, please contact us or for more information visit http://www.swiftattorneyservice.com

Thank you for using Swift Attorney Service.

Order(s): **5886426-02**

Billing Code: **SysGen**

This automated message is being sent by Swift Attorney Service It is intended exclusively for the individuals and/or entities to which it is addressed. This communication including any links or attachments, may contain information that is proprietary, confidential, privileged or otherwise exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate any part of this message, or any part of any links or attachments thereto. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message and attachments from your records.

© 2022 Swift Attorney Service All Rights Reserved.
500 Allerton Street Suite 105, Redwood City, CA 94063
Contact Us

--

———————

**Justin Beck**

**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

 Gmail                                                                           Justin Beck <justintimesd@gmail.com>

## Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

**Grandt, Suzanne** <Suzanne.Grandt@calbar.ca.gov>                                    Tue, Jun 28, 2022 at 2:39 PM
To: Justin Beck <justintimesd@gmail.com>
Cc: "Andresen, Carissa" <Carissa.Andresen@calbar.ca.gov>, "Randolph, Joan" <Joan.Randolph@calbar.ca.gov>

Mr. Beck,

You had previously agreed to extend the deadlines to all discovery until August 9, 2022. I have attached the email chain reflecting this agreement (with redactions for the portion reflect internal attorney work product). I am now asking for a further extension until after the demurrer hearing as we expect discovery to be unnecessary, or at the very least significantly narrowed, by the ruling on the State Bar's demurrer. To that end, it is premature to file a motion for summary adjudication as the State Bar has not even filed an answer in this matter, and has no obligation to do so until after a decision on the demurrer. Accordingly, we recommend waiting until after a decision on the State Bar's demurrer to engage in discovery and file a summary judgment motion.

Best,

Suzanne


Suzanne C. Grandt | Assistant General Counsel

Office of General Counsel

The State Bar of California | 180 Howard St. | San Francisco, CA 94105

415.538.2388 | Suzanne.Grandt@calbar.ca.gov



**From:** Justin Beck <justintimesd@gmail.com>
**Sent:** Tuesday, June 28, 2022 1:22 PM
**To:** Grandt, Suzanne <Suzanne.Grandt@calbar.ca.gov>
**Cc:** Andresen, Carissa <Carissa.Andresen@calbar.ca.gov>; Randolph, Joan <Joan.Randolph@calbar.ca.gov>
**Subject:** Re: Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC


Ms. Grandt:


If I extend the deadline again, I'd respectfully request:


* RFAs by 7/10/22 -- even if any * answers/details come later

* Decision by 7/10/22 from Complaint Review Unit* respecting five attorneys and one law firm pending (see FAC)

* Some other production by 7/10/22 so I have ~5 days to use it as needed

* All remaining production by 9/10/22 (not 10/11/22) so I can use in any reply brief for MSJ/SA, or decl. ISO MSJ/SA

EXHIBIT #135: 008
22-CV-01616-BAS-DDL

Case 3:22-cv-01616-AGS-DDL Document 26-9 Filed 02/06/23 PageID.3927 Page 9 of 14

1/7/23, 12:51 PM    Gmail - Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

As the letter specified, I've already reserved a date of October 4, 2022 for summary judgment (or in the alternative, summary adjudication on two issues of duty (mandatory / general), seven causes of action, four issues of damages, and virtually all defenses or immunities) in this action. I intend to file and serve my moving papers on or about July 15, 2022. The draft is attached, lacking citations to indisputable facts you'll get this week. My indisputable facts in support of my motion will be "Adjudicative Facts" or law applicable to the instant action, citations from the auditor and others, and sufficient support for each of my damage claims.

Because neither summary judgment nor demurrer alone are appealable (judgment and/or dismissal order would be), summary judgment or in the alternative summary adjudication will resolve questions of law similar to that of the demurrer anyway. While I am not sure how the Court will view it, the demurrer may be moot after the October 4, 2022 hearing on my motion. And for the reasons I'm showing in my papers, State Bar lacks legal defense to this action and the case has to turn on facts -- all of which happen to be "Adjudicative Facts" or conclusions of objective, third (non)-party to the case, or filings under oath before and after State Bar was noticed of injury (and court rulings from Florida to California involving Catanzarite)

I am also preparing claims in federal court to assert under RICO 18 U.S.C. 1961, et seq. based on the alleged "pattern" of conduct meeting the definition of "racketeering activity" in federal court. I will judicially notice the records from State Court and other "adjudicated facts" and move for summary judgment this year on that action for treble damages.

If you need to meet RE: discovery before 7/10/22 -- let me know.

Thank you,

Justin Beck


On Tue, Jun 28, 2022 at 12:19 PM Grandt, Suzanne <Suzanne.Grandt@calbar.ca.gov> wrote:

> Good afternoon Mr. Beck,
>
> I am the attorney handling this matter while Ms. Andresen is on leave. It is my understanding that you agreed to extend the deadline to respond to your discovery requests to August 9, 2022. Please advise whether you will agreed to extend this deadline to after the October 11, 2022 demurrer hearing.
>
> Best,
>
> Suzanne
>
> Suzanne C. Grandt | Assistant General Counsel
>
> Office of General Counsel

Case 3:22-cv-01616-AGS-DDL   Document 26-9   Filed 02/06/23   PageID.3928   Page 10 of 14

1/7/23, 12:51 PM                           Gmail - Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

The State Bar of California | 180 Howard St. | San Francisco, CA 94105

415.538.2388 | Suzanne.Grandt@calbar.ca.gov

**From:** Justin Beck <justintimesd@gmail.com>
**Sent:** Wednesday, June 1, 2022 12:40 PM
**To:** Andresen, Carissa <Carissa.Andresen@calbar.ca.gov>
**Subject:** Re: Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

Thanks, Carissa.

Please pass this letter on to new counsel. If the demurrer hearing is somehow later than the October 4, 2022 hearing I've reserved for MSJ -- I'll make an adjustment per our discussion and confirm that we will have demurrer heard then MSJ. See my notes and request if we can stipulate to any related appeal being consolidated (demurrer and MSJ) regardless of the hearing dates.

Take care

Justin

On Wed, Jun 1, 2022 at 12:12 PM Andresen, Carissa <Carissa.Andresen@calbar.ca.gov> wrote:

> Mr. Beck,
>
> Thank you for speaking with me this morning. Per our conversation, you agree to extend the deadline for the State Bar to respond to your initial discovery requests (RFAs and FROGs) by 60 days, to and including August 9, 2022.
>
> I understand that you expect to serve additional discovery on the remaining State Bar defendants. Furthermore, with respect to your intention to reserve a date for MSJ hearing, I ask that any such date be subsequent to the demurrer hearing that will be on calendar later this week.
>
> Regarding your requests to Mr. Duran, Board Chair, this office will provide a response to all your requests once Mr. Duran has made a determination on your request.
>
> Please confirm your agreement by reply email. Thank you!
>
> **Carissa Andresen**
>
> Assistant General Counsel | Office of General Counsel
>
> The State Bar of California | 180 Howard St. | San Francisco, CA 94105
>
> 415.538.2029 | Carissa.Andresen@calbar.ca.gov

**Working to protect the public in support of the mission of the State Bar of California.**

Please consider the environment before printing this email.

LinkedIn | Twitter | Facebook | Instagram

**CONFIDENTIAL/ATTORNEY-CLIENT PRIVILEGED**

*This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.*

**From:** Justin Beck <justintimesd@gmail.com>
**Sent:** Tuesday, May 31, 2022 4:24 PM
**To:** Andresen, Carissa <Carissa.Andresen@calbar.ca.gov>
**Subject:** Re: Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

Ms. Andresen,

I hope things are OK personally and wish you the best.

I intend to send another, similar version of FROGs and RFAs that I served upon State Bar to other defendants Morgenstern Kumar Nunley - I'll finalize as soon as possible and send to the new attorney you designate.

I've also served a subpoena for production of business records upon Witness Amy Cooper to a deposition officer on June 20, 2022. I anticipate something untoward will happen, where Catanzarite is still representing Cooper after several Court of Appeal rulings upholding mandatory law.

When are you filing demurrer or answers, and what other reasonable requests do you have in transition beyond extending the State Bar RFAs and FROGs round 1 deadline?

If we extend the deadline, would you and new counsel stipulate or otherwise agree/not object to my reservation of a summary judgment motion date to try certain issues of law and certain claims before a potential jury trial? It would seemingly save a lot of motion practice and resources. I'll prepare it over the next month for a date falling outside the requisite timeline per Rules of Court.

I can speak tomorrow morning between 9AM and 12PM PST if that works so we can quickly agree to something before this file is behind you.

Thanks

Justin

On Tuesday, May 31, 2022, Andresen, Carissa <Carissa.Andresen@calbar.ca.gov> wrote:

Mr. Beck,

I left you a voicemail this morning. I would like to discuss with you your discovery requests in this matter. Specifically, I would like your agreement to an extension of time for the State Bar to provide its responses to your first set of RFAs and your first set of Form Interrogatories. I will be going on an extended leave and this matter will be transferred to another attorney in our office. An extension would allow new counsel sufficient time to review the facts of the case and your discovery requests, get appropriate responses from the correct individuals within the State Bar, and confer with you if necessary. I propose 60 days. Please let me know if you agree. Thank you.

Carissa Andresen

Assistant General Counsel | Office of General Counsel

The State Bar of California | 180 Howard St. | San Francisco, CA 94105

415.538.2029 | Carissa.Andresen@calbar.ca.gov

**Working to protect the public in support of the mission of the State Bar of California.**

Please consider the environment before printing this email.

LinkedIn | Twitter | Facebook | Instagram

**CONFIDENTIAL/ATTORNEY-CLIENT PRIVILEGED**

*This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.*

**From:** donotreply@swiftattorneyservice.mail.legalconnect.com <donotreply@swiftattorneyservice.mail.legalconnect.com>
**Sent:** Sunday, May 8, 2022 1:39 PM
**To:** Andresen, Carissa <Carissa.Andresen@calbar.ca.gov>
**Subject:** eService Notice for Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

## eService Delivery Notification

This electronic message is to notify you pursuant to C.C.P. 1010(6) and CA Rules of Court 2.251 on behalf of **Justin Beck**

The following document(s) are being served:

**INCIDENT SEC 4(A)(2) and RFAs Set 1 Attachment 1**
**Plaintiff RFAs and FROGs to The State Bar of California**

To retrieve documents, please click this link: eService Notification.

Should you have any questions, please contact us or for more information visit http://www.swiftattorneyservice.com

Thank you for using Swift Attorney Service.

Order(s): **5886426-02**

Billing Code: **SysGen**

This automated message is being sent by Swift Attorney Service It is intended exclusively for the individuals and/or entities to which it is addressed. This communication including any links or attachments, may contain information that is proprietary, confidential, privileged or otherwise exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate any part of this message, or any part of any links or attachments thereto. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message and attachments from your records.

© 2022 Swift Attorney Service All Rights Reserved.
500 Allerton Street Suite 105, Redwood City, CA 94063
Contact Us

--

===========

**Justin Beck**

**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

--

===========

**Justin Beck**

**760-449-2509**

Case 3:22-cv-01616-AGS-DDL Document 26-9 Filed 02/06/23 PageID.3932 Page 14 of 14

1/7/23, 12:51 PM                           Gmail - Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

--

==========

**Justin Beck**

**760-449-2509**

*This email is informational and planning purposes only and does not constitute an offer or solicitation to sell shares or securities in any company (the "Company"). Any offer or solicitation will be made only by means of a confidential Offering Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision, and no specific recommendations are intended. Accordingly, this email does constitute investment advice or counsel or solicitation for investment in any security. This email or its contents and attachments do not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The Company and Justin Beck expressly disclaim any and all responsibility for any direct or consequential loss or damage of any kind whatsoever arising directly or indirectly from: (i) reliance on any information contained in this email or its attachments, (ii) any error, omission or inaccuracy in any such information or (iii) any action resulting therefrom. The Company and Justin Beck make no warranties or representations on the ability to finalize any initiatives outlined within this email or its attachments. This information is being provided upon request only.*

📎 **FW_ Justin S. Beck vs. The State Bar of California; 30-2021-01237499-CU-PN-CJC.pdf**
244K