EXHIBIT 188

22-CV-01616-BAS-DDL
EXHIBIT #188: 001

 Gmail

Justin Beck <justintimesd@gm...

## Call with attorney Matt Kinley

**Steven A. Haskins** <sah@mccunewright.com>
To: Justin Beck <justintimesd@gmail.com>
Cc: "Richard D. McCune" <rdm@mccunewright.com>, "Jessica L. Becerra" <jb@mccunewright.com>, "Sandy G. Gonzalez" <sgg@mccunewright.com>

Wed, Jan 13, 2021 at 10:25 AM

Justin,

I had a phone call today with a lawyer named Matt Kinley out of Long Beach which I think will interest you. Since 2015, he has represented a client that has been sued by Catanzarite in a manner very similar to the way that Catanzarite has operated in this situation. In particular, that case involved a partnership dispute, and like here, Catanzarite starting filing lawsuits and papers claiming to represent the partnership. Catanzarite was disqualified in that case as well. What is most interesting is that the Bar has taken investigatory steps on that case, interviewed Matt's clients and such, and so the wheels of bureaucracy are already in motion there. Though we need to think through some of the privilege issues, I think it would be a good idea to coordinate with Matt and that may be a better way in to get your complaints put before the bar. Let me know what you think.

Also, the notice of appeal deadline for Scudder and Aroha is coming up next week. I know that we have previously discussed not appealing that particular order, but just want to confirm as the deadline approaches. Otherwise, we are working on the response to the fee motion and coordinating with insurance counsel on the stay and designation motions.

Thanks. Talk to you soon.

Steve

Steven A. Haskins

**Partner**



McCUNE WRIGHT AREVALO, LLP
P: 909.551.4521 | F: 909.557.1275 | 3281 East Guasti Road, Suite 100 | Ontario, CA 91761 | **McCuneWright.com**

ATTORNEYS AT LAW