EXHIBIT 191



# The State Bar of California

**OFFICE OF CHIEF TRIAL COUNSEL**

180 Howard Street, San Francisco, CA 94105

8/12/2022

**PERSONAL AND CONFIDENTIAL**

Justin Stearns Beck
3501 Roselle Street
Oceanside, CA 92056

Re:   Respondent:   Nicole Marie Catanzarite-Woodward
       Case Number:  21-O-05698

Dear Justin Stearns Beck:

This letter is to advise you that your complaint against attorney Nicole Marie Catanzarite-Woodward has been reassigned to **Investigator Amy Yarbrough**. She can be reached at **415-538-2041** or Amy.Yarbrough@calbar.ca.gov. Senior Trial Counsel Eli Morgenstern will continue as the legal advisor on this case.

To ensure prompt receipt of your communication, if possible, please send all future communication to the State Bar by email instead of regular mail.

Thank you for bringing this matter to our attention. We look forward to your continued assistance.

Sincerely,

OFFICE OF CHIEF TRIAL COUNSEL

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

22-CV-01616-BAS-DDL
EXHIBIT #191: 002