EXHIBIT 192

22-CV-01616-BAS-DDL
EXHIBIT #192: 001

 **The State Bar of California**  **OFFICE OF CHIEF TRIAL COUNSEL**

180 Howard Street, San Francisco, CA 94105

8/21/2022

**PERSONAL AND CONFIDENTIAL**

Justin Beck
3501 Roselle St.
Oceanside, CA 92056

Re:  Respondent:      Kenneth Joseph Catanzarite
     Case Number:     22-O-08760

Dear Justin Beck:

Your complaint against attorney Kenneth Joseph Catanzarite has been reviewed and forwarded for further investigation and prosecution, if warranted.

The complaint has been assigned to Investigator Amy Yarbrough and Senior Trial Counsel Eli Morgenstern. If you have not already done so, please provide the information and documents requested below. Some of the items may not apply to you. **If you have already provided any of the requested information and documents with your complaint, you do not need to provide it again.** After Investigator Amy Yarbrough has had an opportunity to review the file, Investigator Amy Yarbrough will contact you.

1. Please explain how you came to hire this attorney;

2. Please provide a copy of any retainer agreement between you and the attorney. If there was no written agreement, please describe the services that the attorney was hired to perform and the fees and costs that were to be paid;

3. Please describe the amount, type (cash, check, etc.), date and intended purpose of any payments that you made to the attorney;

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

22-CV-01616-BAS-DDL
EXHIBIT #192: 002

Justin Beck
8/21/2022
Page 2

4. Please provide copies of the front and back of cancelled checks representing payments that you made to the attorney, as well as copies of any receipts that you received for your payments;

5. Please describe what work the attorney actually did for you;

6. Please describe all communications that you had with the attorney and/or his or her office, including the date, form (telephonic, written, in-person, etc.), and substance of each communication;

7. Please provide copies of all correspondence between you and the attorney and/or his or her office;

8. Please provide copies of any notes that you made regarding communications with the attorney and/or his or her office;

9. Please provide copies of telephone bills showing calls made to the attorney and/or his or her office;

10. Please provide the name, address and telephone number of the opposing party and the attorney for the opposing party, if any, in your matter;

11. If an insurance company is involved in this matter, please provide the name, address, and telephone number of the insurance company and the claim number;

12. Please provide the copies of any settlement agreements and/or releases that you signed;

13. Please provide copies of any settlement distribution sheets and/or accountings provided to you by the attorney or by his or her law office;

14. Please provide copies of any attorney or medical liens or any other liens that you signed;

15. If a court case is involved, please provide the case number, the title of the case and the name and address of the court in which the case was filed; and

Justin Beck
8/21/2022
Page 3

16. Please provide copies of any court documents in your possession.

**If you have not already done so, please provide the information and documents requested above within fifteen (15) days of the date of this letter.** All documents that you send to the State Bar, whether copies or originals, become State Bar property and are subject to destruction.

To ensure prompt receipt of your communication, if possible, please send all future communication to the State Bar by **email** instead of regular mail.

**Amy Yarbrough**
180 Howard Street
San Francisco, CA 94105

By Email:
Amy.Yarbrough@calbar.ca.gov

If you have any questions regarding this request, or if you have a change of address or telephone number, please call **Investigator Amy Yarbrough** directly at **415-538-2041.**

Thank you for bringing this matter to our attention. We look forward to your continued assistance.

Sincerely,

OFFICE OF CHIEF TRIAL COUNSEL