EXHIBIT 193

22-CV-01616-BAS-DDL
EXHIBIT #193: 001

9/20/22, 7:52 AM                                    Gmail - OCTC Case No. 22-O-08760, In the Matter of Kenneth Joseph Catanzarite

 Gmail                                              Justin Beck <justintimesd@gmail.com>

## OCTC Case No. 22-O-08760, In the Matter of Kenneth Joseph Catanzarite

**Yarbrough, Amy** <Amy.Yarbrough@calbar.ca.gov>                    Mon, Aug 22, 2022 at 8:18 AM
To: Justin Beck <justintimesd@gmail.com>

Received. I don't have any say over whether Mr. Morgenstern is assigned to your complaints but I have passed along your concerns.

**From:** Justin Beck <justintimesd@gmail.com>
**Sent:** Sunday, August 21, 2022 6:44 PM
**To:** Yarbrough, Amy <Amy.Yarbrough@calbar.ca.gov>
**Subject:** Fwd: OCTC Case No. 22-O-08760, In the Matter of Kenneth Joseph Catanzarite

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

22-CV-01616-BAS-DDL
EXHIBIT #193: 002