EXHIBIT 203

Friday, November 8, 2019 at 10:21:34 AM Pacific Standard Time

**Subject:** Fwd: Mobile Farming Systems, Inc. ("MFS") and Cultivation Technologies, Inc. ("CTI")
**Date:** Tuesday, February 26, 2019 at 1:56:25 PM Pacific Standard Time
**From:** Rex Loesby
**To:** Justin Beck
**Attachments:** image001.gif, 190128 Complaint.pdf, 190129 Summons.pdf

Justin:
   The rats are popping up!   I will leave any response on this to your attorneys.   Thanks.

Rex

---------- Forwarded message ---------
From: **Kenneth Catanzarite** <kcatanzarite@catanzarite.com>
Date: Tue, Feb 26, 2019 at 1:49 PM
Subject: Mobile Farming Systems, Inc. ("MFS") and Cultivation Technologies, Inc. ("CTI")
To: Rex Loesby (rexloesby@gmail.com) <rexloesby@gmail.com>


Mr. Loesby: I just called the number on the news release for Western Troy Capital Resources ("Troy") at 303-771-9610 and note that there was no receptionist and a voice mail message with your name only and no mention of Troy.

Attached is litigation asserting that MFS is the sole shareholder of CTI. You have not consulted Mr. O'Connor who is the CEO of MFS and CTI and as such he has not agreed to any RTO such as you describe. If you would like to discuss a transaction then you need to be talking to MFS and Mr. O'Connor.

**As such we dispute and object to any agreement purportedly by and between Western Troy and CTI. Kindly withdraw your notice and engage in meaningful negotiations with Mr. O'Connor.**

I would be willing to discuss the merits of a transaction with your company but it appears to have no assets or operations of any value. If you disagree then please support your value numbers. Moreover, we see no justification for Western Troy shareholders with a valueless company to be entitled to 8,781,994 shares out of a proposed 67,392,515 or 13% of CTI for purposes of an RTO.

I also note from your website the following disturbing entry:

# Western Troy Trading to Resume & NEX Notice

**December 7, 2018, Toronto, Ontario - Western Troy Capital Resources (TSX Venture: WRY)** ("Western Troy") announced today that the securities of Western Troy will resume trading effective December 11, 2018. A trading halt has been in place since June 29, 2018 as a result of the announcement of the proposed reverse takeover (RTO) transaction with MASGLAS Peru S.A.C. As announced on December 4, the RTO transaction was terminated.

The TSX-V has informed Western Troy that is does not currently meet Continued Listing Requirements and that the TSX-V will give Western Troy three months to meet those requirements. If Western Troy is unable to bring itself into compliance by March 6, 2019, then it will be transferred to the NEX.

Quoting from the TMX Website, "NEX is a unique and separate board of TSX Venture Exchange. It provides a unique trading forum for listed companies that have fallen below TSX Venture's ongoing listing standards." More information on the NEX can be found on the TMX Website:

http://apps.tmx.com/en/nex/aboutUs/about.html

## Western Troy Capital Resources Inc.

Western Troy Capital Resources, Inc. engages in acquisition, exploration, and evaluation of properties for the mining of precious and base metals. It focuses on MacLeod Lake and Willow Creek Gold projects. The company was founded on November 8, 1989 and is headquartered in Toronto, Canada

**THE STOCK INDICATES NO VALUE**

Volume: 200 65 Day Avg. - 5.5K

OPEN: 0.00

CLOSE: 0.10

0.00 Day Low/High 0.00

DAY RANGE

0.05 52 Week Low/High 0.10

Please return my call and we can discuss this matter if you would like.

Ken

**Kenneth J. Catanzarite**
Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, CA 92801
**Direct Dial: (714) 678-2100**
**Direct Fax: (714) 399-0577**
Office Phone: (714) 520-5544
Office Fax: (714) 520-0680

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential, may be legally privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please: (i) notify the sender immediately that you have received the message in error; (ii) delete the message and all copies; and (iii) do not disclose, distribute or use the message in any manner. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. Thank you.

--
Rex Loesby, CEO
Western Troy
Tel/Cell: 303-771-9610

## Public Comps

INFORMATION COMPILED BY DELMORGAN & CO. IN OCTOBER 2018 FOR REFERENCE ONLY.
CTI MAKES NO WARRANTIES OR REPRESENTATIONS, EXPRESSED OR IMPLIED, CONCERNING ITS PRIOR OR PRESENT ACCURACY.
CTI MAKES NO WARRANTIES OR REPRESENTATIONS CONCERNING THE VALUATIONS AS THEY COMPARE TO CTI'S POTENTIAL VALUATION.

| Company Name | Market Cap | Enterprise Value | LTM Revenues | LTM EBITDA | EV/Revenues | EV/EBITDA |
|---|---|---|---|---|---|---|
| Canopy Growth | $ 9,105 | $ 8,925 | 70 | (26) | 127.9x | N/A |
| Aurora Cannabis | $ 5,652 | $ 5,584 | 42 | (40) | 133.0x | N/A |
| MedReleaf | $ 2,877 | $ 2,671 | 44 | 3 | 61.2x | 1,027.8x |
| Aphria | $ 2,615 | $ 2,489 | 31 | 1 | 81.3x | 1,742.3x |
| Cronos Group | $ 1,700 | $ 1,674 | 7 | (2) | 257.0x | N/A |
| The Green Organic Dutchman Holdings | $ 1,613 | $ 1,506 | - | (19) | N/A | N/A |
| Hydropothecary | $ 953 | $ 688 | 4 | (4) | 159.0x | N/A |
| CannTrust Holdings | $ 921 | $ 911 | 26 | 22 | 35.7x | 40.7x |
| OrganiGram Holdings | $ 717 | $ 635 | 10 | (2) | 60.8x | N/A |
| Emerald Health Therapeutics | $ 570 | $ 483 | 1 | (12) | 434.8x | N/A |
| Supreme Cannabis | $ 432 | $ 384 | 5 | (7) | 72.3x | N/A |
| Newstrike Resources | $ 370 | $ 283 | - | (10) | N/A | N/A |
| Maricann Group | $ 261 | $ 235 | 3 | (28) | 87.9x | N/A |
| WeedMD | $ 196 | $ 156 | 3 | (6) | 60.0x | N/A |
| Emblem | $ 175 | $ 115 | 3 | (11) | 37.5x | N/A |
| **Sum** | **$ 28,158** | **$ 26,738** | **248** | **(141)** | **N/A** | **N/A** |
| **Mean (excl. low and high)** | **$ 1,452** | **$ 1,361** | **14** | **(9)** | **103.4x** | **1,027.8x** |
| **Median** | **$ 921** | **$ 688** | **5** | **(7)** | **81.3x** | **1,027.8x** |

DELMORGAN & CO.
EXHIBIT #203: 180