EXHIBIT 232

 **Gmail**                                                                                      Justin Beck <justintimesd@gmail.com>

## Notice of Federal Action Filed 3:22-CV-01616-BAS-DDL (DOES ID'ed Including OCSC)

**Justin Beck** <justintimesd@gmail.com>                                                                        Tue, Dec 27, 2022 at 6:02 PM
To: martin.hoshino@jud.ca.gov, millicent.tidwell@jud.ca.gov, "Deborah.brown@jud.ca.gov" <deborah.brown@jud.ca.gov>,
Efile.dkt.civ@usdoj.gov
Bcc: fbi_ncra_duty@fbi.gov, Criminal.Division@usdoj.gov, antitrust.complaints@usdoj.gov, antitrust@ftc.gov,
complaints@dhs.gov, tips@dhs.gov, cathal.conneely@jud.ca.gov

Judicial Council of California
Tani G. Cantil-Sakauye, Chair of the Judicial Council
Martin Hoshino, Administrative Director
Deborah C. Brown, Chief Counsel, Legal Services

CC: United States Attorney General as Nominal Defendant (2); Subject of Racketeering Investigation Demand Under 18
U.S.C. Section 1968 and Receivership for Cause Shown

RE: Existing Claims Act Litigation + Constitutional Claims Under 42 U.S.C. Section 1983

**To Whom It May Concern:**

Be advised that, pursuant to my vested rights to sue Orange County Superior Court and its official actors, that a federal
action was filed where I have identified the true names and capacities of DOES -- including John C. Gastelum, Orange
County Superior Court, Robert George Retana, Jorge Navarette, and Ellin Davtyan for overt acts in deliberate obstruction
of justice and oppression.

I have requested immediate recusal of Honorable Gastelum in OCSC as having a financial interest in 30-2021-01237499
and lacking neutrality, and continue to inform and serve several federal agencies (including numerous agents to avoid
politics) beyond control or unlawful influence of The State Bar of California or its actors. I further allege ongoing violations
of the Political Reform Act of 1974 through enterprise control and an unlawful trust of at least 700 lawyers who use
government functions to enrich themselves and their peers.

Please have legal counsel for the Judicial Council contact me, because The State Bar of California continues to ignore the
pendency of these actions, including my pending writ petition to the United States Supreme Court and United States
Congress (1). I will deliver a copy of the federal complaint and papers and notice the Court of my identification of DOES. I
also intend to seek a three-judge panel in federal court panel to avoid further obstruction and collusion.

Respectfully,

Justin S. Beck
Individually
*Guardian Ad Litem* to ROES 1-150,000
*Guardian Ad Litem* to the United States Derivatively

(1) "5. The right of the people peaceably to assemble, for the purpose of petitioning Congress for a redress of
grievances, or for any thing else connected with the powers or duties of the national government, is an attribute of
national citizenship, and, as such, under the protection of and guaranteed by the United States. The very idea of a
government republican in form implies that right, and an invasion of it presents a case within the sovereignty of the
United States." *United States v. Cruikshank*, 92 U.S. 542, (1875)

(2) "The United States Attorney is the representative not of an ordinary party to a controversy, but of a sovereignty whose
obligation to govern impartially is as compelling as its obligation to govern at all; and whose interest, therefore, in a
criminal prosecution is not that it shall win a case, but that justice shall be done. As such, he is in a peculiar and very
definite sense the servant of the law, the twofold aim of which is that guilt shall not escape or innocence suffer." *Berger v.
United States*, 295 U.S. 78, 88 (1935)

--

============

**Justin Beck**
**760-449-2509**

📄 **Reply to Opposition to Plaintiff Motion for Preference; Motion to Recuse Hon Gastelum for Cause.pdf**
5775K