EXHIBIT 233

3:22-CV-01616-BAS-DDL
Exhibit #233: 001

 Gmail                                                                              Justin Beck <justintimesd@gmail.com>

## California Court of Appeal Case Notification for: G061896

**Justin Beck** <justintimesd@gmail.com>                                            Wed, Dec 28, 2022 at 6:22 PM
To: hailyn.chen@mto.com, "Retana, Robert" <robert.retana@calbar.ca.gov>, "Davtyan, Ellin" <Ellin.Davtyan@calbar.ca.gov>
Bcc: antitrust.complaints@usdoj.gov, antitrust@ftc.gov, Deborahkay.1@gmail.com

Are ex parte communications allowed to the Court of Appeal by the Office of General Counsel or Judicial Council in California? They aren't in federal court, just wondering how the hell this happened (another coincidence?) after I waited 60 days (and four years before that).

Mr. Retana -- I'm sending you the updated RICO complaint with the three judge panel request soon, including the attempts to conceal evidence in furtherance of lawyer schemes to defraud U.S. citizens.

The State Bar of California (and Judicial Council, now) *never* cease to amaze me. I spoke with other people before and said... "No -- judges have been impartial so far to me." And then October 11, 2022 happened, and then November 30, 2022 happened, and now... *this* happened.

First, I send notice to you November 29, 2022 of federal proceedings, then Retana/Grandt collude to obstruct my antitrust petition and remove all the exhibits -- while ignoring the United States Supreme Court decision from 2015 deliberately.

Then, I deliver notice to the Judicial Council of my claims (for good reason) and now these proceedings are obstructed one day later? I'm sitting here waiting with baited breath, while my cat dies of cancer, and just because you all want to sweep everything under the rug -- I have to suffer *further*?

How can this state continue to do this to me and other innocent people? Do you understand that this ruined my life, and the lives of so many others I've heard from?

Do *any* of you have souls?

I'm kicking this into second gear now with public messaging and finally involving impartial media to hold you folks accountable. Expect ROES 1-150,000 stories to be blasted everywhere, and the events from October 14, 2021 through present in particular, including the nominations of three judicial officers by the executive branch to apparently obstruct my claims act litigation.
[Quoted text hidden]

--
============

**Justin Beck**
**760-449-2509**

---

📎 **EXHIBIT 2 - An Unconstitutional State Bar Court and GRANDT with RETANA.pdf**
588K