EXHIBIT 285

# CPIL's Robert C. Fellmeth Quoted in the *Los Angeles Daily Journal* Article on State Bar Promoted Attorney Accused of Misleading

CPIL's Robert C. Fellmeth Quoted in the *Los Angeles Daily Journal* Article on State Bar Promoted Attorney Accused of Misleading

**THURSDAY, AUGUST 10, 2017**

ALUMNI

   f  in  SHARE THIS POST



**LOS ANGELES (August 10, 2017)** - University of San Diego (USD) School of Law Center for Public Interest Law (CPIL) executive director Professor Robert C. Fellmeth was quoted in a *Los Angeles Daily Journal* article that reported on the State Bar promotion of an attorney whom a federal judge recently accused of intentionally misleading him during a hearing.

The agency's promotion of Suzanne Grandt, a lawyer in the bar's Office of General Counsel, was announced internally four days after U.S. District Judge William Alsup wrote in an order that he was considering sanctioning the bar because of "inaccuracies in attorney Grandt's statements."

Fellmeth said Grandt's promotion does not reflect well on the bar. "This is not a sterling example of meritorious reward," Fellmeth said. "If the court finds out Ms. Grandt has been promoted and given a raise, I don't think it will endear the bar to Judge Alsup's court," added Fellmeth.

Case 3:22-cv-01616-AGS-DDL   Document 26-23   Filed 02/06/23   PageID.4035   Page 3 of 7

1/22/23, 10:54 AM          Law Recent News - CPIL's Robert C. Fellmeth Quoted in the <em>Los Angeles Daily Journal</em> Article on State Bar Promoted Attorney A...

Fellmeth, the official appointed by the attorney general to monitor the bar's discipline system from 1987 to 1992, said the bar should instead turn to the attorney general's office to investigate Grandt's conduct. "The Office of Chief Trial Counsel can't investigate fairly and responsibly the bar's own attorney," Fellmeth said.

Read the full article released online.

Read Professor Fellmeth's recent OpEd in Daily Journal.

### About Center for Public Interest Law

Founded in 1980, the University of San Diego School of Law's Center for Public Interest Law (CPIL) serves as an academic center of research and advocacy in regulatory and public interest law. CPIL focuses its efforts on the study of an extremely powerful, yet often overlooked, level of government: state regulatory agencies. Under the supervision of experienced public interest attorneys and advocates, CPIL law student interns study California agencies that regulate business, professions, and trades.

CPIL publishes the California Regulatory Law Reporter, a unique legal journal that covers the activities and decisions of over 25 major California regulatory agencies.

In addition to its academic program, CPIL has an advocacy component. Center faculty, professional staff, and interns represent the interests of the unorganized and underrepresented in California's legislature, courts, and regulatory agencies. CPIL attempts to make the regulatory functions of California government more efficient and visible by serving as a public monitor of state regulatory activity. The Center has been particularly active in reforming the state's professional discipline systems for attorneys and physicians, and in advocating public interest reforms to the state's open meetings and public records statutes.

### About the University of San Diego School of Law

The University of San Diego (USD) School of Law is recognized for the excellence of its faculty, depth of its curriculum, and strength of its clinical programs. Each year, USD educates approximately 800 Juris Doctor and graduate law students from throughout the United States and around the world. The law school is best known for its offerings in the areas of business and corporate law, constitutional law, intellectual property, international and comparative law, public interest and taxation.

USD School of Law is one of the 84 law schools elected to the Order of the Coif, a national honor society for law school graduates. The law school's faculty is a strong group of outstanding scholars and teachers with national and international reputations and currently ranks 35th nationally and 6th on the West Coast among U.S. law faculties in scholarly impact and 24th nationally and 6th on the West Coast in all-time faculty downloads on the Social Sciences Research Network (SSRN). The school is accredited by the American Bar Association and is a member of the Association of American Law Schools. Founded in 1954, the law school is part of the University of San Diego, a private, independent, Roman Catholic university chartered in 1949.

Download Attachment (pdf)

## Contact:

Katie Pinto
katiepinto@sandiego.edu
(619) 260-4207

**Related** Stories



Alumni Participation Powers Law Student Casebook Campaign

THURSDAY, JANUARY 19, 2023

ALUMNI , CONFERENCES AND WORKSHOPS , FACULTY AND STAFF

SAN DIEGO (January 19, 2023) – University of San Diego (USD) School of Law's 2022 Big Gi...

Case 3:22-cv-01616-AGS-DDL Document 26-23 Filed 02/06/23 PageID.4037 Page 5 of 7

1/22/23, 10:54 AM  Law Recent News - CPIL's Robert C. Fellmeth Quoted in the <em>Los Angeles Daily Journal</em> Article on State Bar Promoted Attorney A...



## USD School of Law Alumna Ellen Whittemore '81 (JD) Joins Wynn Macau Board of Directors

THURSDAY, JANUARY 5, 2023

ALUMNI

SAN DIEGO (January 5, 2023) — University of San Diego (USD) School of Law alumna Ellen Whittem...



### There's No Time Like the Present to Thank You for Your Generosity and Support of USD School of Law!

SATURDAY, DECEMBER 17, 2022

ALUMNI

SAN DIEGO (December 17, 2022) – Thank you for impacting the lives of law students, facult...

## Contact Us

**School of Law**
Warren Hall 200

Phone: (619) 260-4527

lawdean@sandiego.edu

View Directory



**60°** 50°

## Visit Campus

5998 Alcalá Park

San Diego, CA 92110

## **Make** a Gift

- Ways to Give
- How to Support

Support the School of Law

## **Apply**
to USD School of Law

LEARN MORE

School of Law   f  in  [YouTube]  [Twitter]

3:22-CV-01616-BAS-DDL, 8:23-CV-00018-JVS-DFM
Exhibit #285: 007