EXHIBIT 288

Electronically Filed by Superior Court of California, County of Orange, 07/26/2022 05:45:00 PM.
30-2021-01237499-CU-PN-CJC - ROA # 117 - DAVID H. YAMASAKI, Clerk of the Court By E. efilinguser, Deputy Clerk.

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Justin Beck<br>3501 Roselle St<br>Oceanside, CA 92056<br>TELEPHONE NO.: (760) 449-2509  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Self Represented | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL<br>STREET ADDRESS: 700 Civic Center Drive West<br>MAILING ADDRESS: 700 Civic Center Drive West<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL | |
| PLAINTIFF/PETITIONER: Justin S. Beck<br>DEFENDANT/RESPONDENT: Ruben Duran | CASE NUMBER:<br>30-2021-01237499-CU-PN-CJC |
| **PROOF OF SERVICE SUMMONS** | Ref. No. or File No.: |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of: **Summons; Plaintiff Justin S. Beck's First Amended Complaint for Damages &amp; Injunctive Relief**

3. a. Party served (specify name of party as shown on documents served): **THE STATE OF CALIFORNIA**

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a): **Officer B. Silkwood, Authorized Agent**

4. Address where the party was served: **1300 I St, Sacramento, CA 95814**

5. I served the party (check proper box)
   a. [x] **by personal service.** I personally delivered the documents listed in Item 2 to the party or person authorized to receive service of process for the party (1) on: **7/21/2022** (2) at: **11:45 AM**
   b. [ ] **by substituted service.** On: at: I left the documents listed in Item 2 with or in the presence of (name and title or relationship to person indicated in Item 3):
   ( Gender: Female Height: Weight: Race: Hair: Other: )

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents:
   on: from: or [ ] a declaration of mailing is attached.

Page 1 of 3

POS-010 [Rev. January 1, 2007]  **PROOF OF SERVICE OF SUMMONS**  Invoice # 6173009

3:22-CV-01616-BAS-DDL, 8:23-CV-00018-JVS-DFM
Exhibit #288: 002

| PLAINTIFF/PETITIONER: Justin S. Beck | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Ruben Duran | 30-2021-01237499-CU-PN-CJC |

(5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on:     (2) from:

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [x] On behalf of *(specify):* **THE STATE OF CALIFORNIA** under the following Code of Civil Procedure section:

   [ ] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
   [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
   [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
   [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
   [x] 416.50 (public entity)        [ ] 415.46 (occupant)
                                     [ ] other:

7. **Person who served papers**
   a. Name: **Michael Lynn Henry**
   b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
   c. Telephone number: **650-364-9612**
   d. The fee for service was: 1̄ω̄ω̄.OO
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [x] a registered California process server:
         (i) [ ] owner  [ ] employee  [x] independent contractor.
         (ii) Registration No.: **2019-24**
         (iii) County: **Sacramento**

| PLAINTIFF/PETITIONER: Justin S. Beck | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Ruben Duran | 30-2021-01237499-CU-PN-CJC |

8. [x] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Michael Lynn Henry_   Date: 07/22/2022

POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Page 3 of 3
Invoice#: 6173009

3:22-CV-01616-BAS-DDL, 8:23-CV-00018-JVS-DFM
Exhibit #288: 004