EXHIBIT 294

# Gmail

Justin Beck <justintimesd@gmail.com>

## Follow Up

**Morgenstern, Eli** <Eli.Morgenstern@calbar.ca.gov>   Sat, Nov 20, 2021 at 12:17 PM
To: Lawrence Horwitz <lhorwitz@lhlawpc.com>, "Nunley, Joy" <Joy.Nunley@calbar.ca.gov>
Cc: Justin Beck <justintimesd@gmail.com>

Hello, Mr. Horwitz-

We have decided to abate the matters involving attorney Kenneth Catanzarite's representation of CTI.

The decision was based on the factors outlined in rule 5.50 of the Rules of Procedure of the State Bar, which are also considered by the Office of the Chief Trial Counsel ("State Bar") in evaluating whether to abate an investigation.

For instance, we considered that there are pending civil matter(s) which involve substantially the same misconduct that is it at issue in the State Bar matters, i.e, , the conflict of interest created by respondent's representation of CTI even though he was concurrently, or had formerly, sued CTI.   (See Rules Proc. of State Bar, rule 5.50(B)(1).

Further, the pending civil matters charge respondent with committing additional, potential acts of professional misconduct.

Consequently,  the evidence "adduced" in the related civil matter(s) will aid the State Bar in its: (i) investigation of Mr. Catanzarite's conduct with respect to his representation of CTI; and (ii) potential prosecution of Mr. Catanzarite in State Bar Court.  (See Rules Proc. of State Bar, rule 5.50(B)(4).

We were also guided by Standard 2.5(a) of the Standards For Attorney Sanctions For Professional Misconduct, which provides that the harm caused to an attorney's client is a significant factor in determining the appropriate level of discipline for a violation of the conflict rules.

Again, the harm caused by respondent's violation of the conflict rules, as well as his other alleged misconduct, is an issue in pending litigation.

For instance, in the complaint that you filed on behalf of CTI against Mr. Catanzarite and his law firm and others in the matter titled *CTI v. James Duffy, et.al,* you allege that Mr. Catanzarite's breach of fiduciary duty and malpractice caused significant financial harm to CTI.

Accordingly, the State Bar has decided to abate our investigation of Mr. Cantanzarite until the resolution of the related, pending civil matter(s).

Eli

--

Eli Morgenstern

Senior Trial Counsel | Office of the Chief Trial Counsel

The State Bar of California | 845 S. Figueroa St. | Los Angeles, CA 90017

Direct Line: (213) 765-1334 | eli.morgenstern@calbar.ca.gov

**Working to protect the public in support of the mission of the State Bar of California.**

Please consider the environment before printing this email.

*This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message.*

**From:** Lawrence Horwitz <lhorwitz@lhlawpc.com>
**Sent:** Friday, November 19, 2021 3:15 PM
**To:** Morgenstern, Eli <Eli.Morgenstern@calbar.ca.gov>; Nunley, Joy <Joy.Nunley@calbar.ca.gov>
**Cc:** Justin Beck <justintimesd@gmail.com>
**Subject:** Follow Up

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]