EXHIBIT 295



# The State Bar of California

**OFFICE OF CHIEF TRIAL COUNSEL**

845 S. Figueroa Street, Los Angeles, CA 90017     213-765-1334     eli.morgenstern@calbar.ca.gov

November 22, 2021

**PERSONAL AND CONFIDENTIAL**

Via email only to justintimesd@gmail.com

Justin Beck
3501 Roselle St
Oceanside, CA 92056

Re:  Respondent:     Kenneth Catanzarite
     Case Number:    21-O-12371

     Respondent:     Nicole Catanzarite-Woodward
     Case Number:    21-O-05698

Dear Mr. Beck:

The State Bar of California has decided to abate the matters involving attorney Kenneth Catanzarite's representation of CTI.

The decision was based on the factors outlined in rule 5.50 of the Rules of Procedure of the State Bar, which are also considered by the Office of the Chief Trial Counsel ("State Bar") in evaluating whether to abate an investigation.

For instance, we considered that there are pending civil matter(s) which involve substantially the same misconduct that is it at issue in the State Bar matters, i.e. the conflict of interest created by Mr. Catanzarite and his law firm's representation of CTI even though he was concurrently, or had formerly, sued CTI. (See Rules Proc. of State Bar, rule 5.50(B)(1).

Further, the pending civil matters charge Mr. Catanzarite and other attorneys within the Catanzarite Law Corporation with committing additional, potential acts of professional misconduct.

Consequently, the evidence "adduced" in the related civil matter(s) will aid the State Bar in its: (i) investigation of Mr. Catanzarite's conduct with respect to his representation of CTI; and (ii) potential prosecution of Mr. Catanzarite in State Bar Court. (See Rules Proc. of State Bar, rule 5.50(B)(4).

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

3:22-CV-01616-BAS-DDL, 8:23-CV-00018-JVS-DFM Exhibit #58: 011
Exhibit #295: 002     22-CV-01616-BAS-DDL

Justin Beck
Case Nos.: 21-O-12371, 21-O-05698
Page 2

We were also guided by Standard 2.5(a) of the Standards For Attorney Sanctions For Professional Misconduct, which provides that the harm caused to an attorney's client is a significant factor in determining the appropriate level of discipline for a violation of the conflict rules.

Again, the harm caused by Mr. Catanzarite's violation of the conflict rules, as well as his other alleged misconduct, is an issue in pending litigation.

For instance, in the complaint that Mr. Horwitz filed on behalf of CTI against Mr. Catanzarite and his law firm and others in the matter titled *CTI v. James Duffy, et.al*, it is alleged that Mr. Catanzarite's breach of fiduciary duty and malpractice caused significant financial harm to CTI.

Accordingly, the State Bar has decided to abate our investigation of Mr. Catanzarite until the resolution of the related, pending civil matter(s). We will take no further action on your complaints at this time.

Please keep the records related to your complaint and inform this office if your address or telephone number changes.

Thank you for bringing this matter to our attention and for the valuable assistance you have provided to us. The State Bar depends on the assistance of the public in effectively monitoring the conduct of California attorneys.

Sincerely,

*Eli Morgenstern*

Eli D. Morgenstern
Senior Trial Counsel

EM/jn