EXHIBIT 296

| | | |
|---|---|---|
| | **The State Bar** | **OFFICE OF CHIEF TRIAL COUNSEL** |
| | ***of California*** | |
| | 180 Howard Street, San Francisco, CA 94105   415-538-2041   amy.yarbrough@calbar.ca.gov | |

October 31, 2022

**PERSONAL AND CONFIDENTIAL**
**Delivered via Email Only: justintimesd@gmail.com**

Justin S. Beck
3501 Roselle Street
Oceanside, CA 92056

RE:  Case No.:  22-O-09336
     Respondent:  Kenneth J. Catanzarite

Dear Justin S. Beck:

The State Bar has decided to close your complaint against Kenneth Catanzarite.

Please understand that the State Bar cannot proceed with disciplinary charges unless we can present evidence and testimony in court, sufficient to prove by clear and convincing evidence that the attorney has committed a violation of the State Bar Act or the Rules of Professional Conduct. The violation must be serious enough to support both a finding of culpability and the imposition of professional discipline. In some cases, there may be evidence of attorney malfeasance or negligence, but this evidence may be insufficient to justify the commencement of a disciplinary proceeding, or to be successful at a disciplinary trial.

After carefully reviewing the information you provided, this office has concluded that we would not be able to prevail in a disciplinary proceeding.

In summary, you complained that Mr. Catanzarite has engaged in serial judicial fraud and that his firm Catanzarite Law Corporation is part of an enterprise used to launder extorted fees and judgments in furtherance of Aegis Asset Management, Inc. and Mr. Catanzarite's personal interests. It is unclear how the documents you provided demonstrate the scheme to launder fees and judgments. However, in reviewing your documents, we believe they are relevant to and mirror some of the allegations in 21-O-12371, the State Bar matter opened after the Court of Appeal affirmed the trial court's orders disqualifying Mr. Catanzarite and his firm from

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

3:22-CV-01616-BAS-DDL, 8:23-CV-00018-JVS-DFM
Exhibit #296: 002

Justin S. Beck

Page 2

representing CTI and its subsidiaries. As you are aware, the State Bar has abated that matter pending the outcome of related litigation. We will include your complaint and documents you provided in 22-O-09336 in the file for 21-O-12371 to be considered as part of that case.

If you would like to further discuss this matter or provide additional information or documentation, we request but do not require that you call us or send us the information within ten days of the date of this letter. You may leave a voice mail message for me at (415) 538-2041. In your message, be sure to clearly identify the lawyer complained against, the case number assigned to your complaint, and your name and return telephone number, including area code. I will return your call as soon as possible.

If you have presented all of the information that you wish to have considered, and you disagree with the decision to close your complaint, you may request that the State Bar's Complaint Review Unit review your complaint. The Complaint Review Unit will recommend that your complaint be reopened if it determines that further investigation is warranted. To request review by the Complaint Review Unit, you must submit your request in writing, either:

1) Via email: Within 90 days of the date of this letter, by email to: CRU@calbar.ca.gov; or

2) Via United State States Mail: Post-marked within 90 days of the date of this letter, by United States Mail to:

> The State Bar of California
> Complaint Review Unit
> Office of General Counsel
> 180 Howard Street
> San Francisco, CA 94105-1617

If you decide to send new information or documents to this office, the 90-day period will continue to run during the time that this office considers the new material. You may wish to consult with legal counsel for advice regarding any other available remedies. You may contact your local or county bar association to obtain the names of attorneys to assist you in this matter.

We would appreciate if you would complete a short, anonymous survey about your experience with filing your complaint. While your responses to the survey will not change the outcome of

Justin S. Beck

Page 3

the complaint you filed against the attorney, the State Bar will use your answers to help improve the services we provide to the public. The survey can be found at http://bit.ly/StateBarSurvey2.

Sincerely,

Amy Yarbrough
Investigator

AY