EXHIBIT 314

**314**

**REVERSE TAKEOVER TRANSACTION**
**BY AND AMONG**

**CULTIVATION TECHNOLOGIES INC.**
**AND**
**WESTERN TROY RESOURCES, INC.**

**DATED AS OF FEBRUARY 23, 2019**

### LIST OF STEPS AND DOCUMENTS

| | | | | |
|---|---|---|---|---|
| A. | **CLOSING DATE AND TIME**: | *, 2019<br>1:00 p.m. (PST) | | |
| B. | **PLACE**: | Vancouver, British Columbia (Escrow) | | |
| C. | **KEY TO RELEVANT PARTIES**: | | | |

| | | | | |
|---|---|---|---|---|
| **Agent:** | DelMorgan & Co. | Represented by: | [Agent's Representative] |
| **Agent's Counsel:** | [Agent's Law Firm] | Represented by: | [Agent's Law Firm Representative] |
| **CTI:** | Cultivation Technologies Inc. (BC) | Represented by: | Justin Beck & Miguel Motta |
| **Davidson:** | Davidson & Company LLP | Represented by: | Glenn Parchomchuk & Dylan Connelly |
| **DMCL:** | Dale Matheson Carr Hilton Labonte LLP | Represented by: | [DMCL Representative] |
| **Horwitz:** | Horwitz Armstrong LLP | Represented by: | James Murphy |
| **Irwin:** | Irwin Lowy LLP | Represented by: | Chris Irwin |
| **NEO:** | NEO Exchange | Represented by: | Jeffrey Stanger |
| **Transfer Agent:** | TSX Trust Company | Represented by: | [Transfer Agent Representative] |
| **WRY:** | Western Troy Resources, Inc. (BC) | Represented by: | Rex Loesby |
| **WRY Sub:** | [Number] B.C. Ltd. (BC) | Represented by: | Rex Loesby |
| **VLC:** | Venture Law Corporation | Represented by: | Alixe B. Cormick |

| | | | |
|---|---|---|---|
| **D.** | **PRE-CLOSING**: | Documents numbered G.1 through to G.34 shall have been delivered to the respective parties prior to the Closing. | |
| **E.** | **ESCROW AND CONDITIONS OF CLOSING**: | All documents to be delivered at the Closing are to be tabled and held in escrow until all deliveries shown below are pending, the Closing (as defined below) can be pending and until all parties have agreed to terminate the escrow. | |
| **F.** | **TABLING OF DOCUMENTS**: | All documents are to be original documents, unless otherwise specified as certified copies or photocopies. | |

Term "Resulting Issuer" refers to WRY to be renamed Scarab Extraction Co. on close of the Transaction.

CTI and its legal counsel will be responsible for preparing the first draft of all documents required in connection with this Transaction.

**G.   PRE-CLOSING DOCUMENTS**:

### Letter of Intent

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| G.1 | WRY Directors' Resolution Approving Letter of Intent | ☒ | WRY |
| G.2 | CTI Directors' Resolution Approving Letter of Intent | ☒ | CTI |
| G.3 | Signed Letter of Intent (1st Draft Horwitz) | ☒ | WRY, CTI |
| G.4 | Press Release Announcing LOI (1st Draft Irwin, Horwitz) | ☒ | CTI, VLC, Horwitz, WRY, Irwin |
| G.5 | Approval of TSX Venture Exchange ("TSXV") of Press Release Prior to Release | ☒ | WRY, Irwin, TSXV |
| G.6 | Material Change Report Re LOI & Press Release | ☒ | WRY, Irwin |

### Organization of WRY Sub

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| G.7 | WRY Directors' Resolution Approving Formation of WRY Sub | ☐ | WRY |
| G.8 | File Incorporation docs, Articles, Notice of Articles for WRY Sub with California Secretary of State Corporate Division | ☐ | WRY |
| G.9 | Obtain Consent to Act as Director from Rex Loesby | ☐ | WRY |
| G.10 | WRY Sub Subscriber's Resolution Appointing Rex Loesby as a Director of WRY Sub | ☐ | WRY, Irwin |
| G.11 | Transfer Subscriber's Shares to WRY | ☐ | WRY, Irwin |
| G.12 | WRY Sub Shareholder's Resolutions to Adopt Incorporation Documents and Articles, Determine Number of Directors and Elect Directors, and Waive Auditors | ☐ | WRY, Irwin |

RTO List of Steps and Documents 2

| G.13 | File Notice of Change of Directors for WRY Sub with California Secretary of State Corporate Division | ☐ | Irwin |
| G.14 | WRY Sub Directors' Resolution Approving No Seal, Appointing Officers, Location of Records Office, and Waiving the Appointment of an Auditor (See G.12) | ☐ | WRY, Irwin |

**Amalgamation Agreement**

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| G.15 | Draft Amalgamation Agreement (1st Draft VLC, Horwitz) | ☐ | CTI, VLC, Horwitz, WRY, Irwin |
| G.16 | WRY Directors' Resolution Approving Amalgamation Agreement, etc. | ☐ | WRY, Irwin |
| G.17 | CTI Directors' Resolution Approving Amalgamation Agreement, etc. | ☐ | CTI, VLC, Horwitz |
| G.18 | WRY Sub Directors' Resolution Approving Amalgamation Agreement, etc. | ☐ | WRY, WRY Sub, Irwin |
| G.19 | Signed Amalgamation Agreement | ☐ | WRY, CTI |
| G.20 | CTI Shareholders' Resolution Approving Amalgamation Agreement, etc. | ☐ | CTI, Horwitz |
| G.21 | WRY Sub Shareholders' Resolution Approving Amalgamation Agreement, etc. (WRY is sole shareholder) | ☐ | WRY, WRY Sub |

**Annual General and Special Meeting of Shareholders of WRY**

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| G.22 | WRY Directors Resolution Approving Record Date, Mailing Date and Meeting Date for Annual General and Special Meeting of WRY Shareholders ("WRY Meeting") | ☐ | WRY, Irwin |
| G.23 | Notify Transfer Agent of WRY Meeting | ☐ | WRY, Irwin |
| G.24 | File Notice of WRY Meeting with Securities Regulators and TSXV | ☐ | WRY, Irwin |
| G.25 | Prepare Draft WRY Meeting Information Circular and Proxy (1st Draft of Meeting Information Circular CTI, VLC, Horwitz) | ☐ | CTI, VLC, Horwitz, WRY, Irwin |
| G.26 | Deliver Final WRY Meeting Information Circular and Proxy to Printers and Transfer Agent for Dissemination | ☐ | WRY, Irwin |
| G.27 | Obtain Proxy Counts from Transfer Agent | ☐ | WRY, Irwin |
| G.28 | Complete WRY Meeting and Prepare Minutes of WRY Meeting | ☐ | WRY, Irwin |

**Private Placement**

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| G.29 | Private Placement Engagement Letter with Agent | ☐ | Agent, CTI, Agent's Counsel, |

RTO List of Steps and Documents 3

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| | | | Horwitz |
| G.30 | CTI Directors' Resolution Approving Private Placement with Agent | ☐ | CTI, Horwitz |
| G.31 | Agency Agreement with Agent | ☐ | Agent, Agent's Counsel, CTI, Horwitz |
| G.32 | Due Diligence Review by Agent | ☐ | Agent, Agent's Counsel |
| G.33 | Draft Subscription Agreement and Questionnaire | ☐ | Agent, Agent's Counsel, CTI, Horwitz |
| G.34 | Officer's certificate (CTI) | ☐ | CTI, Horwitz |
| G.35 | Certified Copy of Constating Documents and Certificate of Good Standing of CTI | ☐ | CTI, Horwitz |
| G.36 | Certificate of incumbency of CTI | ☐ | CTI, Horwitz |
| G.37 | Certified Copy of CTI Resolution Approving Amalgamation Agreement | ☐ | CTI, Horwitz |
| G.38 | Offering Subscription Agreements Received and Accepted | ☐ | CTI, Horwitz |
| G.39 | Treasury Order for Offering Securities | ☐ | CTI, Horwitz |
| G.40 | Direction from CTI with Respect to Payment of the Proceeds | ☐ | CTI, Horwitz |
| G.41 | Delivery as Directed Share Certificate(s) for Shares of CTI to Agent as Agent for and on Behalf of Subscribers in Private Placement | ☐ | CTI, Horwitz |
| G.42 | Receipt for US$5,000,000 received by Agent as Agent for and on Behalf of Subscribers in Private Placement | ☐ | Agent, Agent's Counsel |
| G.43 | Reconciliation of Expenses of Agent | ☐ | Agent |
| G.44 | Certified Cheque or Bank Draft in Favour of CTI on Behalf of Subscribers in the Amount of US$5,000,000 | ☐ | Agent |
| G.45 | Receipt for Cheque or Bank Draft from CTI | ☐ | CTI |
| G.46 | Share Certificate or DRS Representing * Common Shares of CTI in Name of Agent, in partial payment of Agent's Corporate Finance Fee | ☐ | CTI |
| G.47 | Agent's Warrant's for * common shares of CTI @ $* per share | ☐ | CTI |
| G.48 | Receipt for Agent's Warrant for * common shares of CTI @ $* per share | ☐ | Agent, Agent's Counsel |

### NEO Listing Application and Transfer from TSXV

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| G.49 | Prepare Draft NEO Listing Documents:<br>• Form 1 - Listing Agreement<br>• Form 1A - Listing Application<br>• Draft WRY Meeting Information Circular<br>• Form 3 - Personal Information Forms<br>• Support Documents (Financial Statements etc)<br>(1st Draft WRY, VLC, Horwitz) | ☐ | CTI, VLC, Horwitz, WRY, Irwin |

RTO List of Steps and Documents 4

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| G.50 | Prepare Draft Annual Information Form ("**AIF**") (1st Draft WRY, VLC, Horwitz) | ☐ | CTI, VLC, Horwitz, WRY, Irwin |
| G.51 | WRY Directors' Resolution Approving NEO Listing Application and Documents | ☐ | WRY |
| G.52 | WRY Sub's Directors' Resolution Approving NEO Listing Application and Documents | ☐ | WRY, WRY Sub |
| G.53 | CTI Directors' Resolution Approving NEO Listing Application and Listing Documents | ☐ | CTI |
| G.54 | File Draft Filing Statement, PIFs, etc. with NEO | ☐ | WRY, Irwin, VLC |
| G.55 | Respond to Any NEO Comments Concerning Draft Listing Documents Filed. | ☐ | CTI, VLC, Horwitz, WRY, Irwin |
| G.56 | Finalize Form of All Listing Documents and AIF | ☐ | CTI, VLC, Horwitz, WRY, Irwin |
| G.57 | NEO Conditional Listing Acceptance Letter re RTO Transaction/Listing Documents | ☐ | NEO |
| G.58 | File Letter Application with TSXV Requesting Date for Delisting, etc. | ☐ | WRY, Irwin |
| G.59 | Receive Approval from TSXV to Delist from TSXV | ☐ | TSXV |
| G.60 | On Close so RTO Transaction WRY will Delist from TSXV and Resulting Issuer will Begin Trading on NEO | ☐ | TSXV, NEO |
| G.61 | File AIF on or shortly after on commencing trading on NEO | ☐ | CTI, VLC, Horwitz, WRY, Irwin |

**Miscellaneous**

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| G.62 | Reserve WRY Name with British Columbia Registrar of Companies | ☐ | WRY, Irwin |
| G.63 | Obtain Consent of Ontario Securities Commission to Continuation of WRY Out of Ontario | ☐ | WRY, Irwin |
| G.64 | File Form 7 Application to Continue in Another Jurisdiction with the Ontario Ministry of Finance to Redomicile WRY to British Columbia | ☐ | WRY, Irwin |
| G.65 | File Form 16 Continuation Application with the British Columbia Registrar of Companies to Redomicile WRY to British Columbia | ☐ | WRY, Irwin |
| G.66 | Issuance of Certificate of Continuation from British Columbia Registrar of Companies re WRY | ☐ | WRY, Irwin |
| G.67 | Reserve "Scarab Extraction Co." Name with British Columbia Registrar of Companies | ☐ | WRY, Irwin |
| G.68 | WRY Directors' Resolution Approving Name Change to "Scarab Extraction Co" | ☐ | WRY, Irwin |
| G.69 | WRY Directors' Resolution Approving New Share Certificates for Resulting Issuer "Scarab Extraction Co." | ☐ | WRY, Irwin |

RTO List of Steps and Documents 5

| G.70 | File Notice of Name Change with British Columbia Registrar of Companies | ☐ | WRY, Irwin |
|---|---|---|---|
| G.71 | New CUSIP for Resulting Issuer "Scarab Extraction Co". | ☐ | WRY, Irwin |
| G.72 | Audited Financial Statements of CTI | ☐ | CTI, Davidson |

## H.   CLOSING DOCUMENTS:

WRY and CTI will execute and deliver the following documents at the time of Closing:

### RTO Transaction

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| H.1 | NEO Conditional Acceptance Letter re Listing/RTO Transaction | ☐ | WRY, NEO |
| H.2 | Officers' Certificate to NEO confirming that, other than final Exchange acceptance, all closing conditions have been satisfied and that the Issuer is in good standing under or not in default of applicable corporate law, and is a reporting issuer in good standing and not in default in each jurisdiction in which it is a reporting issuer | ☐ | CTI, CTI's Counsel |
| H.3 | WRY Certified Copies of Constating Documents and Certificate of Good Standing | ☐ | WRY, Irwin |
| H.4 | WRY Sub Copies of Constating Documents and Certificate of Good Standing | ☐ | WRY, Irwin |
| H.5 | CTI Certified Copies of Constating Documents and Certificate of Good Standing | ☐ | CTI, VLC, Horwitz |
| H.6 | Officers' Certificate - President WRY - (a) all reps and warranties are true; (b) all covenants and obligations of Agreement preformed; conditions in sections 5.1 and 5.2 satisfied. (Section 5.3(e)) | ☐ | WRY, Irwin |
| H.7 | Officers' Certificate - President CTI - (a) all reps and warranties are true; (b) all covenants and obligations of Agreement preformed; conditions in sections 5.1 and 5.3 satisfied. (Section 5.2(e)) | ☐ | CTI, VLC, Horwitz |
| H.8 | WRY Incumbency Certificate | ☐ | WRY, Irwin |
| H.9 | CTI Incumbency Certificate | ☐ | CTI, VLC, Horwitz |
| H.10 | Resulting Issuer Incumbency Certificate | ☐ | WRY, Irwin |
| H.11 | Confirmation of Closing of Private Placement Condition Precedent of Raising Not Less than US $5,000,000 on Close of RTO Transaction (Section 3.4(e)) | ☐ | WRY, Irwin |
| H.12 | Copy and Confirmation of Filing Form 13 Amalgamation Application by and between WRY Sub and CTI with California Secretary of State Corporate Division. | ☐ | WRY, Irwin |
| H.13 | Copy and Confirmation of Filing Form 3 – Articles of Amendment by WRY re Name Change and Amended Notice of Articles with British Columbia Registrar of Companies | ☐ | WRY, Irwin |
| H.14 | CTI Common Share Certificates Properly Signed off for Transfer or Evidence of Cancellation with Letter of Transmittal Received from Each CTI Stockholder | ☐ | CTI, VLC, Horwitz |
| H.15 | Treasury Order Issuing TBD Common Shares and TBD Super Majority Voting Shares of Resulting Issuer to CTI Stockholders | ☐ | WRY, Irwin |

RTO List of Steps and Documents 6

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| | (Certificate) | | |
| H.16 | CTI Common Share Certificate issued for the Benefit of CTI Stockholders | ☐ | WRY, Irwin |
| H.17 | Consent to Act as Director and Officer of Resulting Issuer and WRY Sub Directors and Officers | ☐ | WRY, Irwin |
| H.18 | WRY and WRY Sub Directors' Resignations | ☐ | WRY, Irwin |
| H.19 | Resulting Issuer Directors' Resolution Appointing New Directors | ☐ | CTI, VLC, Horwitz |
| H.20 | WRY Sub Directors' Resolution Appointing New Directors | ☐ | WRY, Irwin |
| H.21 | WRY Sub Shareholders' Resolution Appointing New Directors | ☐ | WRY, Irwin |
| H.22 | Press Release Announcing Closing of RTO Transaction, Private Placement, Name Change and Appointment of New Directors | ☐ | WRY, Irwin |
| H.23 | File Material Change Report with British Columbia, Alberta, Ontario, and Nova Scotia Securities Commission re Closing of RTO Transaction, Private Placement, Name Change and Appointment of New Directors | ☐ | WRY, Irwin |
| H.24 | Notify SEDAR and SEDI of Name Change | ☐ | Irwin, VLC, Horwitz |
| H.25 | Signed Form 46-201F1 – Escrow Agreement by and between Resulting Issuer and CTI Stockholders listed in Schedule "A" attached to Form 46-201F1. | ☐ | WRY, CTI, Transfer Agent |
| H.26 | TSXV Bulletin re Acknowledging Acceptance for Delisting of WRY's Shares for Trading on TSXV and Date | ☐ | TSXV |
| H.27 | NEO Bulletin re Acknowledging Acceptance for Listing and Trading Date of Resulting Issuer | ☐ | NEO |

I.      **RELEASE FROM ESCROW:**   On completion of the deliveries and with agreements of all parties, all documents to be delivered at Closing are to be released from Escrow.

J.      **ACTIONS TO BE TAKEN FOLLOWING CLOSING:**

**Immediately After Closing**

| No. | Description of Document | Status | Responsibility |
|---|---|---|---|
| J.1 | Register New Directors on SEDI and Make Initial Report of Stockholdings in Resulting Issuer | ☐ | CTI, VLC, Horwitz |
| J.2 | File Form D with SEC and All Applicable States Covering Share Issued to CTI Stockholders Residing in United States | ☐ | CTI, VLC, Horwitz |
| J.3 | File Form 45-106F6 for Shares Issued to CTI Stockholders with BC Securities Commission and All Other Applicable Securities Regulators in Canada Form 45-106F1 | ☐ | WRY, Irwin |
| J.4 | File Notice of Change of Directors for WRY Sub with British Columbia Registrar of Companies | ☐ | WRY, Irwin |
| J.5 | File Notice of Change of Directors for WRY with British Columbia Registrar of Companies | ☐ | WRY, Irwin |

RTO List of Steps and Documents 7

22-CV-01616-BAS-DDL1616-BAS-DDL, 8:23-CV-00018-JVS-DFM
EXHIBIT #203: 178          Exhibit #206: 008

314

| J.6 | Directors' Resolution Appointing New Officers of Resulting Issuer | ☐ | WRY, Irwin |
|-----|---|---|---|
| J.7 | Directors' Resolution Appointing New Officers of WRY Sub | ☐ | WRY, Irwin |
| J.8 | Prepare and file Form 51-102F4 Business Acquisition Report with British Columbia, Alberta, Ontario, and Nova Scotia Securities Commission | ☐ | CTI, VLC, Horwitz, WRY, Irwin |
| J.9 | File AIF with British Columbia, Alberta, Ontario, and Nova Scotia Securities Commission | ☐ | CTI, VLC, Horwitz, WRY, Irwin |



R TO List of Steps and Documents 8

22-CV-01616-BAS-DDL, 8:23-CV-00018-JVS-DFM

EXHIBIT #203: 179            Exhibit #206: 009

314