EXHIBIT 336



**The State Bar**
*of California*

**OFFICE OF GENERAL COUNSEL**

845 S. Figueroa Street, Los Angeles CA 90017

Charles.tsai@calbar.ca.gov
213-765-1000

February 3, 2023

<u>**VIA EMAIL ONLY**</u>

Justin S. Beck
3501 Roselle Street
Oceanside, CA 92506
Email: justintimesd@gmail.com

Re:   *Justin S. Beck v. Catanzarite Law Corporation, et al.*
      United States District Court, Southern District of California, Case No. 3:22-CV-01616-
      BAS-DDL
      State Bar Defendants' Time to Respond to the First Amended Complaint

Dear Mr. Beck:

I write in response to your emails sent on January 31, 2023, and February 1, 2023.  In the
above-referenced matter, you state that the State Bar of California (State Bar) defendants
named in the original Complaint (State Bar, Ruben Duran, Suzanne Grandt, Eli David
Morgenstern, Leah Wilson) asserted in their ex parte application that they were properly
served and that their responses were due by either January 18, 2023, or January 30, 2023.  You
also assert that these State Bar defendants failed to respond to the Complaint and you appear
to imply that they are in default.  Your emails and attachments also contain various allegations
and relate to other proceedings, which will be addressed in due course.

I disagree with your characterizations.  In response to my request that you agree to extend the
time for the State Bar defendants to respond to the First Amended Complaint, you indicated
that you would not agree to the proposed joint motion.  By letter dated January 17, 2023, you
asserted that that you did not accept the waivers of service from the State Bar defendants
named in the original Complaint, the waivers were invalid because of alleged violations of law,
and the waivers did not create any deadline.  By email sent on January 18, 2023, you asserted
that the extension was not necessary because there was not proper service and the time to
respond had not yet started.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

3:22-CV-01616-BAS-DDL
Exhibit #336: 002

Justin S. Beck
February 3, 2023
Page 2


Because you would not stipulate to an extension of time, on January 18, 2023, the State Bar
Defendants named in the original Complaint filed an ex parte application to extend the time to
respond to the First Amended Complaint to February 10, 2023 (or any date thereafter that the
Court may provide).  As noted in the application, the State Bar defendants named in the original
Complaint either accepted or waived service, but it is questionable whether these waivers and
any acceptance of service were effective because a summons was not included as part of your
service copy and apparently had not yet issued.  *See* Ex Parte App. at pp. 2, 5-6, fn. 3.  To date,
the State Bar defendants added to the First Amended Complaint (Ellin Davtyan, Robert Retana,
George Cardona) have not been properly served with process.

The State Bar defendants' ex parte application for an extension of time is still pending as the
Court has not yet ruled upon it.  For this reason and those described above, your apparent
assertion that the State Bar defendants are somehow in default is without any basis.


Sincerely,


*/s/ Charles Tsai*
Charles Tsai
Assistant General Counsel