EXHIBIT 338

Electronically Filed by Superior Court of California, County of Orange, 09/08/2021 08:47:00 AM.
30-2019-01064267-CU-MC-CXC - ROA # 408 - DAVID H. YAMASAKI, Clerk of the Court By Olga Lopez, Deputy Clerk.

```
 1 | Jim Travis Tice (# 153867)
   | Attorney at Law
 2 | 38 Sorrento
 3 | Irvine, CA 92614
   | T: 949-440-1010
 4 | F: 949-242-2217
 5 | E: jtt@tice.lawyer

 6 | Attorney for Plaintiffs

 7 |
 8 |         SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9 |            IN AND FOR THE COUNTY OF ORANGE
   |                  CENTRAL JUSTICE CENTER
10 |
11 | RICHARD MESA, et al,           | No. 30-2019-01064267
12 |      Plaintiffs,               |
                                    | Assigned to
13 |                                | Hon. Randall Sherman
14 |      vs.                       | Dept. CX105
15 | RICHARD JOSEPH PROBST, et al,  | NOTICE OF ENTRY OF
                                    | APPEARANCE BY ATTORNEY JIM
16 |      Defendants.               | TRAVIS TICE FOR PLAINTIFFS
17 |                                | RICHARD MESA, AMY COOPER
                                    | AND TOM S. MEBANE
18 |                                |   -and-
19 |                                | CONSENT FOR ELECTRONIC
20 |                                | SERVICE OF ELECTRONIC
                                    | SERVICE ADDRESS
21 |
22 |
23 |  TO: THE HON. RANDALL SHERMAN, COUNSEL AND PARTIES;
24 |  PLEASE TAKE NOTICE THAT:
25 |   (1) ENTRY OF APPEARANCE: Jim Travis Tice, a member of the
26 | California Bar in good standing, herewith enters appearance
27 | in this action as attorney for plaintiffs Richard Mesa, Amy
28 | Cooper and Tom S. Mebane as shareholders of Cultivation
```

Technologies, Inc. and also on behalf of all others similarly situated; and

  (2) CONSENT TO ELECTRONIC SERVICE & NOTICE: Jim Travis Tice (Cal Bar # 153867), entering his appearance to reperesent the above named plaintiffs, consents to electronic service of notices and documents in the above captioned action. The electronic address for the undersigned is: jtt@tice.lawyer.

  Respectfully submitted September 7, 2021.

_____
Jim Travis Tice
Attorney for Plaintiffs
Richard Mesa, Amy Cooper and
Tom S. Mebane

PROOF OF SERVICE
Orange County Superior Court
No. 30-2019-01064267

STATE OF CALIFORNIA}
COUNTY OF ORANGE   }

THE UNDERSIGNED certifies and declares as follows:

I am over the age of 18 and not a party to this action. My business address is 38 Sorrento, Irvine, CA 92614, which is in the county where the mailing described below took place.

On September 8, 2021 I served the within NOTICE OF ENTRY OF APPEARANCE OF ATTORNEY JIM TRAVIS TICE FOR AND ON BEHALF OF PLAINTIFFS RICHARD MESA, AMY COOPER AND TOM S. MEBANE and CONSENT TO ELECTRONIC SERVICE AND NOTICE OF ELECTRONIC SERVICE ADDRESS by:

☐ (Mail) I placed a true and correct copy thereof in sealed envelope(es) addressed as set forth on the following or attached service list and caused such envelope(s), with first class postage thereon fully prepaid, to be placed in the U. S. Mail at Irvine, CA, and certify that such envelope(s) was/were placed for collection following ordinary business practice.

☐ (Overnight Delivery) I placed a true and correct copy thereof in sealed envelope(s) addressed as set forth on the following or attached service list and caused such envelope(s) to be delivered the next day by overnight courier to the address(es) listed on the attached service list.

☐ (Personal Service) I placed a true and correct copy thereof in sealed envelope(s) addressed as set forth on the following or attached service list and caused such envelope(s) to be delivered by hand as set forth on the attached service list.

☒ (By Electronic Service) I caused the document to which this proof of service is attached to be served through OneLegal to all counsel/parties appearing on its electronic service list for the captioned case.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed September 8, 2021.

_____
Jim Travis Tice

3:22-CV-01616-BAS-DDL
Exhibit #338: 004

SERVICE LIST
Orange County Superior Court
No. 30-2019-01064267

• Attorneys for Richard Joseph Probst, Darren Wetherhold, Michael Burdick, Frederick Heim, Jeffrey Sherwood and Hank Casillas:
Wendy M. Thomas, Esq.
Tadjedin Thomas & Engbloom, etc.
6101 West Centinela Ave., Suite 270
Culver City, CA 90230
F:
E: wendyt@ttelawgroup.com

• Attorneys for Justin Beck, Robert Bernheimer, Robert Kamm, Irving Einhorn, Miguel Motta, I'm Rad, LLC, Robert A. Bernheimer, Inc., Eric Mathur, Robert Schmidt, and Jason Pitkin:
Sam Y. Edgerton, III, Esq.
Johnny L. Antwiler, Esq.
O'HAGAN MEYER, LLC
1601 Pacific Coast Hwy, Suite 209
Hermosa Beach, CA 90254
F: (949) 942-8510
E: sedgerton@ohaganmeyer.com
E: jantwiler@ohaganmeyer.com

• Attorneys for Nominal Defendant Cultivation Technologies, Inc.:
Jeffrey F. Kagan, Esq.
Richard P. Tricker, Esq.
Winget Spadafora & Schwartzberg, LLP
1900 Avenue of the Stars, Ste. 450
Los Angeles, CA 90067
F:
Email: kagan.j@wssllp.com
Email: tricker.r@wssllp.com

• Attorney for Cross-Defendants Cheryl Hintzen and Ira Gaines:
Daniel S. Shimell, Esq.
BUCHALTER, A Professional Corp.
18400 Von Karman Ave., Suite 800
Irvine, CA 92612-0514
F: (949) 720-0182
E: dshimell@buchalter.com

• Attorneys for Fincanna Capital Corp.
Michael Reynolds
Marshall J. Hogan
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626-7689
F: (714) 427-7799
E: mreynolds@swlaw.com
E: mhogan@swlaw.com

John R. Armstrong, Esq.
Tyler J. San Juan, Esq.
HORWITZ + ARMSTRONG, PLC
14 Orchard, Suite 200
Lake Forest, CA 92630
F: (949) 540-6578
E: jarmstrong@horwitzarmstrong.com
E: tsanjuan@horwitzarmstrong.com