Justin S. Beck
3501 Roselle St.
Oceanside CA, 92056
(760) 449-2509

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin S. Beck, individually and as guardian ad litem to the U.S.A, Plaintiffs v. Catanzarite Law Corporation, et al Defendants | Case No. 3-22-CV-01616 BAS-DDL Judge. Hon. Cynthia A Bashant Request for Entry of Defaults; Declaration of Justin S. Beck |

I, Justin S. Beck, hereby declare the following under penalty of perjury under the laws of the United States.

1. I am over the age of 18, and the plaintiff in the above entitled action.

2. I have personal knowledge of the facts to which I declare. If called upon, I could and would competently testify as to these matters.

1 of 3

3. On November 30, 2022 I sent copies of my complaint in this action.

4. On December 28, 2022, I received waivers of service in the case from The State Bar of California, Suzanne Celia Grandt, Esq, Eli David Morgenstern, Esq, Leah Wilson, Esq, lodged at Docket #20, #21, #23, and #24. ("Defaulted Defendants")

5. Charles Tsai as counsel confirmed service, and that responses were due not later than January 30, 2023.

6. Proof of this is available where Mr. Tsai also confirmed Ruben Duran was served at Docket #16. (also among Defaulted Defendants).

7. I sought separate service by U.S. Marshal at the expense of the United States derivatively by filing a temporary restraining order at Docket #10.

8. Mr. Tsai ignored the temporary restraining order and Defaulted Defendants failed to answer by the deadline of January 30, 2023.

9. I have served a Motion for summary judgment on Count I, Count II, and Count VI at Docket #15.

10. I request the Court enter defaults for The State Bar of California, Suzanne Celia Grandt, Esq, Eli David Morgenstern, Esq, Leah Wilson, Esq, and Ruben Duran, Esq.

11. Defendants to my motions have all been served copies.

12. If the Court does not enter defaults as set forth above, I ask the Court to grant my temporary restraining order at Docket #10 in full (or enter defaults and grant TRO)

13. Evidence of my emergency relief request is supported by Docket #14 and Exhibit A and A1.

14. I show the conflicts of interest are already manifesting to my prejudice.

I swear the foregoing to be true and I'm signing this from the Clerk of this Court's office in San Diego, California on February 6, 2023

Justin S. Beck
Declarant
Party Requesting Defaults