| | |
|---|---|
| 1 | Justin S. Beck |
| 2 | 3501 Roselle St., |
|   | Oceanside, CA 92056 |
| 3 | 760-449-2509 |
|   | justintimesd@gmail.com |
| 4 | *In Propria Persona* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUSTIN S. BECK, individually, and for U.S. | ) | Case No.: 3:22-CV-01616-BAS-DDL |
| Plaintiffs, | ) | Judge: Hon. Cynthia A. Bashant |
|  | ) | Courtroom: 12B (12th Floor) |
| vs. | ) | Hearing Date: ~~April 3, 2023~~ |
|  | ) |  |
| CATANZARITE LAW CORPORATION; | ) | ~~NO ORAL ARGUMENT UNLESS~~ |
| STATE OF CALIFORNIA; THE STATE BAR | ) | ~~ORDERED BY THE COURT~~ |
| OF CALIFORNIA; ORANGE COUNTY | ) |  |
| SUPERIOR COURT; ORANGE COUNTY | ) | **DECLARATION OF JUSTIN S. BECK IN** |
| DISTRICT ATTORNEY'S OFFICE; RUBEN | ) | **SUPPORT OF EARLY NEUTRAL** |
| DURAN, ESQ.; SUZANNE CELIA | ) | **EVALUATION CONFERENCE** |
| GRANDT, ESQ.; RICHARD FRANCIS | ) |  |
| O'CONNOR, JR.; MOHAMMED | ) | Pursuant to L.R.Civ. 16.1(c) |
| ZAKHIREH; JAMES DUFFY; KENNETH | ) |  |
| CATANZARITE, ESQ.; JIM TRAVIS TICE, | ) | Filed concurrently with: |
| ESQ.; NICOLE MARIE CATANZARITE | ) |  |
| WOODWARD, ESQ.; BRANDON | ) | Plaintiff's Request for Early Neutral |
| WOODWWARD, ESQ.; TIM JAMES | ) | Evaluation Conference |
| O'KEEFE, ESQ.; AMY JEANETTE | ) |  |
| COOPER; CLIFF HIGGERSON; ELI DAVID | ) | Memorandum of Points and Authorities |
| MORGENSTERN, ESQ.; LEAH WILSON, | ) | in Support |
| ESQ.; ROBERT GEORGE RETANA, ESQ.; | ) |  |
| ELLIN DAVTYAN, ESQ.; JOHN C. | ) |  |
| GASTELUM; JORGE E. NAVARETTE; | ) |  |
| GEORGE SARGENT CARDONA, ESQ.; | ) |  |
| ANTHONY B. SCUDDER | ) |  |
|  | ) |  |
| Defendants, | ) |  |
|  | ) |  |
| UNITED STATES ATTORNEY GENERAL; | ) |  |
| UNITED STATES OF AMERICA | ) |  |
|  | ) |  |
| Nominal Defendants | ) |  |

1                                                          3:22-CV-01616-BAS-DDL

# DECLARATION OF JUSTIN S. BECK IN SUPPORT OF REQUEST FOR EARLY NEUTRAL EVALUATION CONFERENCE

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare except for those statements I say I believe, in which case I believe it to be true on information and belief. I offer this declaration in support of my request for an early neutral evaluation conference for cause.

1. I served the Office of Attorney General eight times in Orange County Superior Court within Government Claims Act litigation before commencing proceedings in federal court, but it refused to appear. The Orange County Superior Court clerk refused to enter defaults, too. When I delivered a copy of my complaint in this case, it was delivered back to me despite Department of General Services confirming that Office of Attorney General is responsible for defending claims against State of California. I have confirmed that Office of Attorney General is responsible for defending State of California according to Government Claims Act statutes.

2. I called and sent a text message to Honorable Rob Bonta, Attorney General of California, and previously to Michael Redding, California Department of Justice. I have not heard from either since The State Bar of California became a named defendant in Government Claims Act litigation I've filed.

3. I believe Honorable Rob Bonta and Michael Redding fear the collateral attack of which I complain related to State Bar Court, and the improper purposes of The State Bar of California's regulatory and disciplinary functions being used to suit political purposes or other malice.

4. I travelled approximately 180 miles roundtrip yesterday, February 8, 2023, specifically to visit Charles Tsai and physically serve the first amended complaint on all defendants with the amended summons, and the related case 3:23-CV-0164-MMA-DEB for the avoidance of doubt. Upon arrival to the public building, I was not permitted inside beyond the front of the lobby. I was told by security that all service of process to The State Bar of California and its employees was electronic to serviceofprocess@calbar.ca.gov . I was told that I could not leave the papers, either. Nevertheless, Mr. Tsai has challenged the means by which I have served summons and papers. The Court will see proofs of these events filed herewith with declarations and evidence.

5. The State Bar of California has produced public records to me showing serial acts of non-judicial fraud and judicial fraud by Kenneth J. Catanzarite and his firm. Verbatim, according to The State Bar of California's own summary in writing, he "does not care about the truth when making statements to the Court." I object to this practice continuing before this Court.

6. Kenneth J. Catanzarite and the attorneys associated with Catanzarite Law Corporation have been disqualified at least four times in cases related to the instant case for representing adverse parties, but they continue the practice because The State Bar of California refuses to do anything about it.

7. Orange County Superior Court, Orange County District Attorney's Office, defendants associated with The State Bar of California, and Kenneth J. Catanzarite have all been served with the first amended complaint and summons.

8. I do not believe it to be legal nor ethical that Mr. Tsai, Ms. Davtyan, or Mr. Retana continue their appearance given the allegations of criminal conduct and conflicts related to their concurrent regulatory functions over Catanzarite Law Corporation actors, but I do not want these proceedings to be delayed further. There remain questions as to whether Mr. Catanzarite can waive service on behalf of parties his firm is tolling claims against, or that his firm has sued and is suing in the same or substantially related matters. I ask the Court to help resolve these issues by disqualifying him and his firm from this case, or to take any other such action which at least ensures his firm's conduct does not affect other litigants' due process rights, the United States interests, the Court's resources, or the claims of ROES 1-150,000. I've offered suggestions in my ENE request, but the Court should has broad powers, here.

8. I ask the Court to order an Early Neutral Evaluation Conference to help resolve these issues and those cited in my request, particularly by ensuring State of California is present if these matters can be settled. State of California has material liability under Government Claims Act as a matter of law if I prevail on my claims but appears to be controlled by The State Bar of California, too.

9. I ask the Court to consider granting my temporary restraining order at Docket #10 in full even though I'm filing waivers of service and proof of service provided me, which do not fix the issues I've raised concerning conflicts of interest or allegations of felonies. I am filing the waivers and proof of summons because I do not wish to delay adjudication of my claims on their merits in accordance with the law.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY. I AM SIGNING THIS DECLARATION FROM OCEANSIDE, CALIFORNIA.

February 8, 2023

Justin S. Beck