AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. 22cv01616-BAS-DDL

Date Issued: 1/5/23

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

FILED
Feb 09 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/Julieg  DEPUTY

This summons for *(name of individual and title, if any)* Orange County District Attorney's Office
was received by me on *(date)* 1/5/23.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* Ashley Saroya , who is
designated by law to accept service of process on behalf of *(name of organization)*
County of Orange (Orange County on *(date)* Feb 7, 2023 ; or
I returned the summons unexecuted because District Attorney's office) _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: Feb 7 2023                    _____
                                    *Server's Signature*

                                    Justin S. Beck
                                    *Printed name and title*

                                    3501 Roselle St. Oceanside CA
                                    *Server's address*  92056

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.