AO 441    Summons in a Civil Action                                                                    (Page 2)

Civil action No. 22cv01616-BAS-DDL                              Date Issued:    1/5/23

**FILED**

Feb 09 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ s/ Juliea ___ DEPUTY

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

____ (name of individual and title, if any) The State Bar of California

was received by me on (date) February 8, 2023 .

I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

I left the summons at the individual's residence or place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

I served the summons on (name of the individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

I returned the summons unexecuted because _____ ; or

Other (specify): See attached ; multiple forms of service

My fees are $ ____0____ for travel and $ ____0____ for services, for a total of $ ____0____

I declare under penalty of perjury that this information is true.

Date: 2/8/23

_____
Server's Signature

Brian Bargabus
_____
Printed name and title

3501 Roselle St. Oceanside CA 92058
_____
Server's address

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

## DECLARATION OF BRIAN BARGABUS SPECIFYING SERVICE OF SUMMONS AND COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE

I, Brian Bargabus, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I traveled approximately 90 miles on February 8, 2023, with Justin S. Beck to The State Bar of California's public headquarters in Los Angeles, California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

2. In the lobby of the public building for The State Bar of California, Justin S. Beck and I were told that no person was available to meet with us, nor would anyone accept service of process.

3. Justin S. Beck called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023, from the lobby of The State Bar of California, but he did not answer.

4. Justin S. beck was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

5. Justin S. Beck attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

6. I electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today as instructed from the email address bbargabus@gmail.com

7. The exhibits filed by Justin S. Beck are true and correct as stated in his declaration.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**          **Brian Bargabus, Declarant**

3:22-CV-01616-BAS-DDL and 3:23-CV-0164-MMA-DEB

## <u>DECLARATION OF JUSTIN S. BECK SPECIFYING SERVICE OF SUMMONS AND</u>
## <u>COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE</u>

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I am the plaintiff and *guardian ad litem* to ROES 1-150,000 and U.S.A. in Justin S. Beck et al. v. Catanzarite Law Corporation et al., Case No. 3:22-CV-01616-BAS-DDL, and plaintiff in the related case Justin S. Beck v. State of California et al. Case No. 3:23-00164-MMA-DEB.

2. Catanzarite Law Corporation and its attorneys have been disqualified at least four times for representing parties with adverse interests related to my claims, but they continue to represent the same parties, here in the same or substantially related matters anyway.

3. I read local rules in this Court, American Bar Association Rule 1.7, and California Rules of Professional Conduct 1.7(d)(3) which preclude the representation of adverse parties before the same tribunal or in the same or substantially related matters.

4. On January 9, 2023, I filed for a temporary restraining order on behalf of myself individually, and on behalf of the United States seeking service of process by U.S. Marshals service because attorneys associated with Catanzarite Law Corporation and The State Bar of California are engaging in un-waivable conflicts of interest that are already contaminating this proceeding. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

5. Despite being served and appearing in this case on behalf of The State Bar of California, Ruben Duran, Esq., Eli David Morgenstern, Esq., Suzanne Grandt, Esq., and Leah Wilson, Esq. with Robert George Retana, Esq., and Ellin Davtyan, Esq. on the caption and signature of a motion to extend time to file an answer, Mr. Tsai now questions whether these parties have been served. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

6. To avoid further bad faith actions and tactics, I traveled approximately 90 miles on February 8, 2023, with Brian Bargabus to The State Bar of California's public headquarters in Los Angeles,

California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

7. In the lobby of the public building for The State Bar of California, Brian Bargabus and I were told that no person was available to meet with us, nor would anyone accept service of process.

8. I called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023 from the lobby of The State Bar of California, but he did not answer, nor did he return my voicemail as of 2:48 PM the same day.

9. I was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

10. I attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

11. Attached to this declaration as Exhibit 1 is proof of my visit to serve the summons papers with Brian Bargabus on February 8, 2023 by way of a local parking garage receipt stamped at 11:07 AM, and proof of payment at 11:24 AM.

12. Attached to this declaration as Exhibit 2 is proof of the document we were provided by security in the lobby of The State Bar of California's building on February 8, 2023, confirming electronic service satisfied the physical service requirements for The State Bar of California and its staff.

13. I delivered all papers to the attention of Charles Tsai, The State Bar of California, 845 S. Figueroa St., Los Angeles, CA 90017 by United States Postal Service on February 8, 2023.

14. Brian Bargabus electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**                    **Justin S. Beck, Declarant**

2                                    3:22-CV-01616-BAS-DDL

# EXHIBIT 1

```
         Joe's Auto Parks
           990 W. 8th St.
        Los Angeles, Ca 90017
    DATE:              02/08/23
    TIME:              11:24 AM
         * Original *
    Receipt No.     5/1260/211
       Ticket -   163871
       LPR = 8WYS94B
       TAX included    17.00
    Credit:            17.00

    Trans ID : 0
    Card No. : **************2028
    Card Type:  MASTER CARD

    Entry -    02/08/23  11:07 AM
    Valid -    02/08/23  11:24 AM
     Take our garage survey at
    http://joesautoparks.com/survey
     For your chance to win a
    $50 Whole Foods gift card!
```



02/08/23 11:07AM **0163871**

```
        L.P: 8WYS94B
        Joe's Auto Parks
          990 W. 8th St.
      Los Angeles, Ca 90017
        Joe's Auto Parks
      Paystation by elevators
        Automated Facility
    ┌─  S T I C K E R   H E R E  ─┐
```

```
        Automated Facility
      Please take your ticket
       with you at all times
        Have a nice day1
```

02/08/23 11:07AM **0163871**

EXHIBIT 2

 The State Bar
*of California*

## INSTRUCTIONS FOR SERVICE OF LEGAL PROCESS

(This notice does not apply to filings in the State Bar Court. If you are filing such a document, please proceed to the State Bar Court filing window.)

## THE STATE BAR OF CALIFORNIA IS CURRENTLY ACCEPTING SERVICE OF LEGAL PROCESS (SUMMONSES, COMPLAINTS, AND SUBPOENAS) BY EMAIL INSTEAD OF PERSONAL SERVICE. [1]

➢ **PLEASE SERVE YOUR DOCUMENT(S) BY EMAILING THEM TO SERVICEOFPROCESS@CALBAR.CA.GOV.**

➢ **DO NOT LEAVE ANY DOCUMENTS WITH SECURITY IN THE LOBBY OR ELSEWHERE, AS THEY WILL NOT BE ACCEPTED.**

➢ **IF YOU ARE ATTEMPTING TO TENDER WITNESS FEES, PLEASE INDICATE THAT IN YOUR EMAIL MESSAGE AND YOU WILL RECEIVE FURTHER INSTRUCTIONS FOR DELIVERY OF THOSE FEES.**

---

[1] The State Bar will only accept legal documents naming the State Bar (or its employees and officers for matters in connection with their official duties). The State Bar is not authorized to accept service of process on behalf of its employees and officers regarding matters outside the scope of their official duties. By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service. Your document will be reviewed after receipt and you will be notified if service is rejected due to a defect.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. 22cv01616-BAS-DDL                    Date Issued:    1/5/23

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* George Sargent Cardona, Esq

was received by me on *(date)* February 8 2023.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Multiple Forms of service, see attached

My fees are $ ____0____ for travel and $ ____0____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.

Date:  2/8/23 _____

_____
*Server's Signature*

Brian Bargabos
*Printed name and title*

3501 Roselle St. Oceanside CA 92056
*Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

**DECLARATION OF BRIAN BARGABUS SPECIFYING SERVICE OF SUMMONS AND**

**COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE**

I, Brian Bargabus, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I traveled approximately 90 miles on February 8, 2023, with Justin S. Beck to The State Bar of California's public headquarters in Los Angeles, California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

2. In the lobby of the public building for The State Bar of California, Justin S. Beck and I were told that no person was available to meet with us, nor would anyone accept service of process.

3. Justin S. Beck called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023, from the lobby of The State Bar of California, but he did not answer.

4. Justin S. beck was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

5. Justin S. Beck attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

6. I electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today as instructed from the email address bbargabus@gmail.com

7. The exhibits filed by Justin S. Beck are true and correct as stated in his declaration.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**          **Brian Bargabus, Declarant**

3:22-CV-01616-BAS-DDL and 3:23-CV-0164-MMA-DEB

## DECLARATION OF JUSTIN S. BECK SPECIFYING SERVICE OF SUMMONS AND COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I am the plaintiff and *guardian ad litem* to ROES 1-150,000 and U.S.A. in Justin S. Beck et al. v. Catanzarite Law Corporation et al., Case No. 3:22-CV-01616-BAS-DDL, and plaintiff in the related case Justin S. Beck v. State of California et al. Case No. 3:23-00164-MMA-DEB.

2. Catanzarite Law Corporation and its attorneys have been disqualified at least four times for representing parties with adverse interests related to my claims, but they continue to represent the same parties, here in the same or substantially related matters anyway.

3. I read local rules in this Court, American Bar Association Rule 1.7, and California Rules of Professional Conduct 1.7(d)(3) which preclude the representation of adverse parties before the same tribunal or in the same or substantially related matters.

4. On January 9, 2023, I filed for a temporary restraining order on behalf of myself individually, and on behalf of the United States seeking service of process by U.S. Marshals service because attorneys associated with Catanzarite Law Corporation and The State Bar of California are engaging in un-waivable conflicts of interest that are already contaminating this proceeding. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

5. Despite being served and appearing in this case on behalf of The State Bar of California, Ruben Duran, Esq., Eli David Morgenstern, Esq., Suzanne Grandt, Esq., and Leah Wilson, Esq. with Robert George Retana, Esq., and Ellin Davtyan, Esq. on the caption and signature of a motion to extend time to file an answer, Mr. Tsai now questions whether these parties have been served. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

6. To avoid further bad faith actions and tactics, I traveled approximately 90 miles on February 8, 2023, with Brian Bargabus to The State Bar of California's public headquarters in Los Angeles,

California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

7.  In the lobby of the public building for The State Bar of California, Brian Bargabus and I were told that no person was available to meet with us, nor would anyone accept service of process.

8.  I called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023 from the lobby of The State Bar of California, but he did not answer, nor did he return my voicemail as of 2:48 PM the same day.

9.  I was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

10. I attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

11. Attached to this declaration as <u>Exhibit 1</u> is proof of my visit to serve the summons papers with Brian Bargabus on February 8, 2023 by way of a local parking garage receipt stamped at 11:07 AM, and proof of payment at 11:24 AM.

12. Attached to this declaration as <u>Exhibit 2</u> is proof of the document we were provided by security in the lobby of The State Bar of California's building on February 8, 2023, confirming electronic service satisfied the physical service requirements for The State Bar of California and its staff.

13. I delivered all papers to the attention of Charles Tsai, The State Bar of California, 845 S. Figueroa St., Los Angeles, CA 90017 by United States Postal Service on February 8, 2023.

14. Brian Bargabus electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**                **Justin S. Beck, Declarant**

2                                                3:22-CV-01616-BAS-DDL

EXHIBIT 1

```
        Joe's Auto Parks
         990 W. 8th St.
      Los Angeles, Ca 90017
DATE:              02/08/23
TIME:             11:24 AM
         * Original *
Receipt No.    5/1260/211
   Ticket -   163871
   LPR = 8WYS948

   TAX included   17.00
Credit:           17.00

Trans ID : 0
Card No. : ***************2828
Card Type: MASTER CARD

Entry -   02/08/23  11:07 AM
Valid -   02/08/23  11:24 AM
  Take our garage survey at
http://joesautoparks.com/survey
  For your chance to win a
  $50 Whole Foods gift card!
```

```
02/08/23 11:07AM 0163871
```



```
     L.P: 8WYS948
   Joe's Auto Parks
    990 W. 8th St.
 Los Angeles, Ca 90017
   Joe's Auto Parks
Paystation by elevators
  Automated Facility
---  STICKER HERE  ---
```

```
   Automated Facility
Please take your ticket
 with you at all times
   Have a nice day!
```

```
02/08/23 11:07AM 0163871
```

EXHIBIT 2



The State Bar
*of California*

## <u>INSTRUCTIONS FOR SERVICE OF LEGAL PROCESS</u>

(This notice does not apply to filings in the State Bar Court. If you are filing such a document, please proceed to the State Bar Court filing window.)

## <u>THE STATE BAR OF CALIFORNIA IS CURRENTLY ACCEPTING SERVICE OF LEGAL PROCESS (SUMMONSES, COMPLAINTS, AND SUBPOENAS) BY EMAIL INSTEAD OF PERSONAL SERVICE.</u> [1]

- ➢ **PLEASE SERVE YOUR DOCUMENT(S) BY EMAILING THEM TO <u>SERVICEOFPROCESS@CALBAR.CA.GOV</u>.**

- ➢ **DO NOT LEAVE ANY DOCUMENTS WITH SECURITY IN THE LOBBY OR ELSEWHERE, AS THEY WILL NOT BE ACCEPTED.**

- ➢ **IF YOU ARE ATTEMPTING TO TENDER WITNESS FEES, PLEASE INDICATE THAT IN YOUR EMAIL MESSAGE AND YOU WILL RECEIVE FURTHER INSTRUCTIONS FOR DELIVERY OF THOSE FEES.**

---

[1] The State Bar will only accept legal documents naming the State Bar (or its employees and officers for matters in connection with their official duties). The State Bar is not authorized to accept service of process on behalf of its employees and officers regarding matters outside the scope of their official duties. By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service. Your document will be reviewed after receipt and you will be notified if service is rejected due to a defect.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. 22cv01616-BAS-DDL                           Date Issued: _____1/5/23_____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Robert George Retana, Esq

was received by me on *(date)* February 8 2023 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):* See attached; multiple forms of service

My fees are $ _____0_____ for travel and $ _____0_____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.

Date: 2/8/23

_____
Server's Signature

Brian Bargabos
_____
Printed name and title

3501 Roselle St. Oceanside CA
_____
Server's address                                            92056

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

**DECLARATION OF BRIAN BARGABUS SPECIFYING SERVICE OF SUMMONS AND
COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE**

I, Brian Bargabus, declare as follows under penalty of perjury under the laws of the United States.
I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth
and authenticity of each statement to which I declare. I have personal knowledge as to the contents and
authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of
service of summons in a civil action in the two cases described below.

1.  I traveled approximately 90 miles on February 8, 2023, with Justin S. Beck to The State Bar of
    California's public headquarters in Los Angeles, California at 845 S. Figueroa St., Los Angeles,
    CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties
    including the first amended complaint and summons in each case.

2.  In the lobby of the public building for The State Bar of California, Justin S. Beck and I were told
    that no person was available to meet with us, nor would anyone accept service of process.

3.  Justin S. Beck called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday,
    February 8, 2023, from the lobby of The State Bar of California, but he did not answer.

4.  Justin S. beck was directed by security guards that The State Bar of California and its staff only
    accept electronic service of all papers, including summons, and that the service electronically
    would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

5.  Justin S. Beck attempted to leave the complaint copies and summons for the avoidance of doubt
    but was told that I could not do so and that security would discard them, and that they would not
    be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

6.  I electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern,
    Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today as instructed
    from the email address bbargabus@gmail.com

7.  The exhibits filed by Justin S. Beck are true and correct as stated in his declaration.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**

**Brian Bargabus, Declarant**

3:22-CV-01616-BAS-DDL and 3:23-CV-0164-MMA-DEB

## <u>DECLARATION OF JUSTIN S. BECK SPECIFYING SERVICE OF SUMMONS AND</u>
## <u>COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE</u>

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I am the plaintiff and *guardian ad litem* to ROES 1-150,000 and U.S.A. in Justin S. Beck et al. v. Catanzarite Law Corporation et al., Case No. 3:22-CV-01616-BAS-DDL, and plaintiff in the related case Justin S. Beck v. State of California et al. Case No. 3:23-00164-MMA-DEB.

2. Catanzarite Law Corporation and its attorneys have been disqualified at least four times for representing parties with adverse interests related to my claims, but they continue to represent the same parties, here in the same or substantially related matters anyway.

3. I read local rules in this Court, American Bar Association Rule 1.7, and California Rules of Professional Conduct 1.7(d)(3) which preclude the representation of adverse parties before the same tribunal or in the same or substantially related matters.

4. On January 9, 2023, I filed for a temporary restraining order on behalf of myself individually, and on behalf of the United States seeking service of process by U.S. Marshals service because attorneys associated with Catanzarite Law Corporation and The State Bar of California are engaging in un-waivable conflicts of interest that are already contaminating this proceeding. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

5. Despite being served and appearing in this case on behalf of The State Bar of California, Ruben Duran, Esq., Eli David Morgenstern, Esq., Suzanne Grandt, Esq., and Leah Wilson, Esq. with Robert George Retana, Esq., and Ellin Davtyan, Esq. on the caption and signature of a motion to extend time to file an answer, Mr. Tsai now questions whether these parties have been served. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

6. To avoid further bad faith actions and tactics, I traveled approximately 90 miles on February 8, 2023, with Brian Bargabus to The State Bar of California's public headquarters in Los Angeles,

California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

7. In the lobby of the public building for The State Bar of California, Brian Bargabus and I were told that no person was available to meet with us, nor would anyone accept service of process.

8. I called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023 from the lobby of The State Bar of California, but he did not answer, nor did he return my voicemail as of 2:48 PM the same day.

9. I was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

10. I attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

11. Attached to this declaration as <u>Exhibit 1</u> is proof of my visit to serve the summons papers with Brian Bargabus on February 8, 2023 by way of a local parking garage receipt stamped at 11:07 AM, and proof of payment at 11:24 AM.

12. Attached to this declaration as <u>Exhibit 2</u> is proof of the document we were provided by security in the lobby of The State Bar of California's building on February 8, 2023, confirming electronic service satisfied the physical service requirements for The State Bar of California and its staff.

13. I delivered all papers to the attention of Charles Tsai, The State Bar of California, 845 S. Figueroa St., Los Angeles, CA 90017 by United States Postal Service on February 8, 2023.

14. Brian Bargabus electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**          **Justin S. Beck, Declarant**

2                                    3:22-CV-01616-BAS-DDL

# EXHIBIT 1

Joe's Auto Parks
990 W. 8th St.
Los Angeles, Ca 90017
DATE:                    02/08/23
TIME:                    11:24 AM
      * Original *
Receipt No.      5/1260/211
     Ticket -   **163871**
     LPR = 8WYS948
     TAX included   **17.00**
Credit:              17.00

Trans ID : 0
Card No. : ***************2020
Card Type:  MASTER CARD

Entry -     02/08/23  11:07 AM
Valid -     02/08/23  11:24 AM
   Take our garage survey at
http://joesautoparks.com/survey
   For your chance to win a
  $50 Whole Foods gift card!

02/08/23 11:07AM **0163871**

L.P: 8WYS948
Joe's Auto Parks
990 W. 8th St.
Los Angeles, Ca 90017
Joe's Auto Parks
Paystation by elevators
Automated Facility
┌─  S T I C K E R   H E R E  ─┐

Automated Facility
Please take your ticket
with you at all times
Have a nice day1

02/08/23 11:07AM **0163871**

EXHIBIT 2



The State Bar
*of California*

## INSTRUCTIONS FOR SERVICE OF LEGAL PROCESS

(This notice does not apply to filings in the State Bar Court. If you are filing such a document, please proceed to the State Bar Court filing window.)

## THE STATE BAR OF CALIFORNIA IS CURRENTLY ACCEPTING SERVICE OF LEGAL PROCESS (SUMMONSES, COMPLAINTS, AND SUBPOENAS) BY EMAIL INSTEAD OF PERSONAL SERVICE. [1]

➢ **PLEASE SERVE YOUR DOCUMENT(S) BY EMAILING THEM TO SERVICEOFPROCESS@CALBAR.CA.GOV.**

➢ **DO NOT LEAVE ANY DOCUMENTS WITH SECURITY IN THE LOBBY OR ELSEWHERE, AS THEY WILL NOT BE ACCEPTED.**

➢ **IF YOU ARE ATTEMPTING TO TENDER WITNESS FEES, PLEASE INDICATE THAT IN YOUR EMAIL MESSAGE AND YOU WILL RECEIVE FURTHER INSTRUCTIONS FOR DELIVERY OF THOSE FEES.**

---

[1] The State Bar will only accept legal documents naming the State Bar (or its employees and officers for matters in connection with their official duties). The State Bar is not authorized to accept service of process on behalf of its employees and officers regarding matters outside the scope of their official duties. By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service. Your document will be reviewed after receipt and you will be notified if service is rejected due to a defect.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

AO 441    Summons in a Civil Action

(Page 2)

**Civil Action No.** 22cv01616-BAS-DDL                    Date Issued: _1/5/23_

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _Ruben Duran, Esq._

was received by me on *(date)* _February 8 2023_.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* _See attached ; multiple forms of service_

My fees are $ _0_ for travel and $ _0_ for services, for a total of $ _0_ .

I declare under penalty of perjury that this information is true.

Date: _2/8/23_

_____
Server's Signature

_Brian Bargabus_
Printed name and title

_3501 Roselle St. Oceanside CA 92056_
Server's address

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

**DECLARATION OF BRIAN BARGABUS SPECIFYING SERVICE OF SUMMONS AND COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE**

I, Brian Bargabus, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I traveled approximately 90 miles on February 8, 2023, with Justin S. Beck to The State Bar of California's public headquarters in Los Angeles, California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

2. In the lobby of the public building for The State Bar of California, Justin S. Beck and I were told that no person was available to meet with us, nor would anyone accept service of process.

3. Justin S. Beck called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023, from the lobby of The State Bar of California, but he did not answer.

4. Justin S. beck was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

5. Justin S. Beck attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

6. I electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today as instructed from the email address bbargabus@gmail.com

7. The exhibits filed by Justin S. Beck are true and correct as stated in his declaration.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**        **Brian Bargabus, Declarant**

3:22-CV-01616-BAS-DDL and 3:23-CV-0164-MMA-DEB

**<u>DECLARATION OF JUSTIN S. BECK SPECIFYING SERVICE OF SUMMONS AND</u>**

**<u>COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE</u>**

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I am the plaintiff and *guardian ad litem* to ROES 1-150,000 and U.S.A. in Justin S. Beck et al. v. Catanzarite Law Corporation et al., Case No. 3:22-CV-01616-BAS-DDL, and plaintiff in the related case Justin S. Beck v. State of California et al. Case No. 3:23-00164-MMA-DEB.

2. Catanzarite Law Corporation and its attorneys have been disqualified at least four times for representing parties with adverse interests related to my claims, but they continue to represent the same parties, here in the same or substantially related matters anyway.

3. I read local rules in this Court, American Bar Association Rule 1.7, and California Rules of Professional Conduct 1.7(d)(3) which preclude the representation of adverse parties before the same tribunal or in the same or substantially related matters.

4. On January 9, 2023, I filed for a temporary restraining order on behalf of myself individually, and on behalf of the United States seeking service of process by U.S. Marshals service because attorneys associated with Catanzarite Law Corporation and The State Bar of California are engaging in un-waivable conflicts of interest that are already contaminating this proceeding. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

5. Despite being served and appearing in this case on behalf of The State Bar of California, Ruben Duran, Esq., Eli David Morgenstern, Esq., Suzanne Grandt, Esq., and Leah Wilson, Esq. with Robert George Retana, Esq., and Ellin Davtyan, Esq. on the caption and signature of a motion to extend time to file an answer, Mr. Tsai now questions whether these parties have been served. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

6. To avoid further bad faith actions and tactics, I traveled approximately 90 miles on February 8, 2023, with Brian Bargabus to The State Bar of California's public headquarters in Los Angeles,

1

3:22-CV-01616-BAS-DDL

California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

7. In the lobby of the public building for The State Bar of California, Brian Bargabus and I were told that no person was available to meet with us, nor would anyone accept service of process.

8. I called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023 from the lobby of The State Bar of California, but he did not answer, nor did he return my voicemail as of 2:48 PM the same day.

9. I was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

10. I attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

11. Attached to this declaration as Exhibit 1 is proof of my visit to serve the summons papers with Brian Bargabus on February 8, 2023 by way of a local parking garage receipt stamped at 11:07 AM, and proof of payment at 11:24 AM.

12. Attached to this declaration as Exhibit 2 is proof of the document we were provided by security in the lobby of The State Bar of California's building on February 8, 2023, confirming electronic service satisfied the physical service requirements for The State Bar of California and its staff.

13. I delivered all papers to the attention of Charles Tsai, The State Bar of California, 845 S. Figueroa St., Los Angeles, CA 90017 by United States Postal Service on February 8, 2023.

14. Brian Bargabus electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**                    **Justin S. Beck, Declarant**

2                                    3:22-CV-01616-BAS-DDL

EXHIBIT 1

```
           Joe's Auto Parks
             990 W. 8th St.
          Los Angeles, Ca 90017
      DATE:           02/08/23
      TIME:           11:24 AM
            * Original *
    Receipt No.    5/1260/211
       Ticket -   163871
       LPR = 8WYS948
       TAX included   17.00
    Credit:           17.00

    Trans ID : 0
    Card No. : ***************2828
    Card Type:  MASTER CARD

    Entry -    02/08/23  11:07 AM
    Valid -    02/08/23  11:24 AM
    Take our garage survey at
    http://joesautoparks.com/survey
    For your chance to win a
    $50 Whole Foods gift card!
```

02/08/23 11:07AM  **0163871**

```
         L.P:  8WYS948
       Joe's Auto Parks
         990 W. 8th St.
      Los Angeles, Ca 90017
       Joe's Auto Parks
     Paystation by elevators
       Automated Facility
    — S T I C K E R   H E R E —
```

```
       Automated Facility
     Please take your ticket
      with you at all times
        Have a nice day!
```

02/08/23 11:07AM **0163871**

EXHIBIT 2



## The State Bar of California

## INSTRUCTIONS FOR SERVICE OF LEGAL PROCESS

(This notice does not apply to filings in the State Bar Court. If you are filing such a document, please proceed to the State Bar Court filing window.)

## THE STATE BAR OF CALIFORNIA IS CURRENTLY ACCEPTING SERVICE OF LEGAL PROCESS (SUMMONSES, COMPLAINTS, AND SUBPOENAS) BY EMAIL INSTEAD OF PERSONAL SERVICE. [1]

➤ **PLEASE SERVE YOUR DOCUMENT(S) BY EMAILING THEM TO SERVICEOFPROCESS@CALBAR.CA.GOV.**

➤ **DO NOT LEAVE ANY DOCUMENTS WITH SECURITY IN THE LOBBY OR ELSEWHERE, AS THEY WILL NOT BE ACCEPTED.**

➤ **IF YOU ARE ATTEMPTING TO TENDER WITNESS FEES, PLEASE INDICATE THAT IN YOUR EMAIL MESSAGE AND YOU WILL RECEIVE FURTHER INSTRUCTIONS FOR DELIVERY OF THOSE FEES.**

---

[1] The State Bar will only accept legal documents naming the State Bar (or its employees and officers for matters in connection with their official duties). The State Bar is not authorized to accept service of process on behalf of its employees and officers regarding matters outside the scope of their official duties. By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service. Your document will be reviewed after receipt and you will be notified if service is rejected due to a defect.

AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. 22cv01616-BAS-DDL                    Date Issued:    1/5/23

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* Suzanne Celia Grandt, Esq.
was received by me on *(date)* February 8 2023.

I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

I returned the summons unexecuted because _____; or

Other *(specify)*: See attached ; multiple forms of service

My fees are $ ___0___ for travel and $ ___0___ for services, for a total of $ ___0___.

I declare under penalty of perjury that this information is true.

Date: 2 | 8 | 23

Server's Signature

Brian Bargabus
Printed name and title

3501 Roselle St. Oceanside CA
Server's address                    92056

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1

**DECLARATION OF BRIAN BARGABUS SPECIFYING SERVICE OF SUMMONS AND**

2

**COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE**

3
  I, Brian Bargabus, declare as follows under penalty of perjury under the laws of the United States.

4
I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth

5
and authenticity of each statement to which I declare. I have personal knowledge as to the contents and

6
authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of

7
service of summons in a civil action in the two cases described below.

8
1. I traveled approximately 90 miles on February 8, 2023, with Justin S. Beck to The State Bar of

9
   California's public headquarters in Los Angeles, California at 845 S. Figueroa St., Los Angeles,

10
   CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties

11
   including the first amended complaint and summons in each case.

12
2. In the lobby of the public building for The State Bar of California, Justin S. Beck and I were told

13
   that no person was available to meet with us, nor would anyone accept service of process.

14
3. Justin S. Beck called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday,

15
   February 8, 2023, from the lobby of The State Bar of California, but he did not answer.

16
4. Justin S. beck was directed by security guards that The State Bar of California and its staff only

17
   accept electronic service of all papers, including summons, and that the service electronically

18
   would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

19
5. Justin S. Beck attempted to leave the complaint copies and summons for the avoidance of doubt

20
   but was told that I could not do so and that security would discard them, and that they would not

21
   be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

22
6. I electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern,

23
   Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today as instructed

24
   from the email address bbargabus@gmail.com

25
7. The exhibits filed by Justin S. Beck are true and correct as stated in his declaration.

26
  I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

27
            February 8, 2023

28
  **Signed in Oceanside, California**                **Brian Bargabus, Declarant**

                              3:22-CV-01616-BAS-DDL and 3:23-CV-0164-MMA-DEB

## <u>DECLARATION OF JUSTIN S. BECK SPECIFYING SERVICE OF SUMMONS AND</u>
## <u>COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE</u>

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I am the plaintiff and *guardian ad litem* to ROES 1-150,000 and U.S.A. in Justin S. Beck et al. v. Catanzarite Law Corporation et al., Case No. 3:22-CV-01616-BAS-DDL, and plaintiff in the related case Justin S. Beck v. State of California et al. Case No. 3:23-00164-MMA-DEB.

2. Catanzarite Law Corporation and its attorneys have been disqualified at least four times for representing parties with adverse interests related to my claims, but they continue to represent the same parties, here in the same or substantially related matters anyway.

3. I read local rules in this Court, American Bar Association Rule 1.7, and California Rules of Professional Conduct 1.7(d)(3) which preclude the representation of adverse parties before the same tribunal or in the same or substantially related matters.

4. On January 9, 2023, I filed for a temporary restraining order on behalf of myself individually, and on behalf of the United States seeking service of process by U.S. Marshals service because attorneys associated with Catanzarite Law Corporation and The State Bar of California are engaging in un-waivable conflicts of interest that are already contaminating this proceeding. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

5. Despite being served and appearing in this case on behalf of The State Bar of California, Ruben Duran, Esq., Eli David Morgenstern, Esq., Suzanne Grandt, Esq., and Leah Wilson, Esq. with Robert George Retana, Esq., and Ellin Davtyan, Esq. on the caption and signature of a motion to extend time to file an answer, Mr. Tsai now questions whether these parties have been served. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

6. To avoid further bad faith actions and tactics, I traveled approximately 90 miles on February 8, 2023, with Brian Bargabus to The State Bar of California's public headquarters in Los Angeles,

1

3:22-CV-01616-BAS-DDL

California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

7. In the lobby of the public building for The State Bar of California, Brian Bargabus and I were told that no person was available to meet with us, nor would anyone accept service of process.

8. I called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023 from the lobby of The State Bar of California, but he did not answer, nor did he return my voicemail as of 2:48 PM the same day.

9. I was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

10. I attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

11. Attached to this declaration as Exhibit 1 is proof of my visit to serve the summons papers with Brian Bargabus on February 8, 2023 by way of a local parking garage receipt stamped at 11:07 AM, and proof of payment at 11:24 AM.

12. Attached to this declaration as Exhibit 2 is proof of the document we were provided by security in the lobby of The State Bar of California's building on February 8, 2023, confirming electronic service satisfied the physical service requirements for The State Bar of California and its staff.

13. I delivered all papers to the attention of Charles Tsai, The State Bar of California, 845 S. Figueroa St., Los Angeles, CA 90017 by United States Postal Service on February 8, 2023.

14. Brian Bargabus electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**          **Justin S. Beck, Declarant**

2                                          3:22-CV-01616-BAS-DDL

# EXHIBIT 1

Joe's Auto Parks
990 W. 8th St.
Los Angeles, Ca 90017
DATE:              02/08/23
TIME:          11:24 AM
* Original *
Receipt No.    5/1260/211
Ticket -   **163871**
LPR = 8NYS948

TAX included   **17.00**
Credit:          17.00

Trans ID : 0
Card No. : ***************2828
Card Type: MASTER CARD

Entry -   02/08/23  11:07 AM
Valid -   02/08/23  11:24 AM
Take our garage survey at
http://joesautoparks.com/survey
For your chance to win a
$50 Whole Foods gift card!

02/08/23 11:07AM **0163871**

L.P: 8NYS948
Joe's Auto Parks
990 W. 8th St.
Los Angeles, Ca 90017
Joe's Auto Parks
Paystation by elevators
Automated Facility
STICKER HERE

Automated Facility
Please take your ticket
with you at all times
Have a nice day1

02/08/23 11:07AM **0163871**

EXHIBIT 2



# The State Bar
## of California

## INSTRUCTIONS FOR SERVICE OF LEGAL PROCESS

(This notice does not apply to filings in the State Bar Court. If you are filing such a document, please proceed to the State Bar Court filing window.)

## THE STATE BAR OF CALIFORNIA IS CURRENTLY ACCEPTING SERVICE OF LEGAL PROCESS (SUMMONSES, COMPLAINTS, AND SUBPOENAS) BY EMAIL INSTEAD OF PERSONAL SERVICE. [1]

➢ **PLEASE SERVE YOUR DOCUMENT(S) BY EMAILING THEM TO SERVICEOFPROCESS@CALBAR.CA.GOV.**

➢ **DO NOT LEAVE ANY DOCUMENTS WITH SECURITY IN THE LOBBY OR ELSEWHERE, AS THEY WILL NOT BE ACCEPTED.**

➢ **IF YOU ARE ATTEMPTING TO TENDER WITNESS FEES, PLEASE INDICATE THAT IN YOUR EMAIL MESSAGE AND YOU WILL RECEIVE FURTHER INSTRUCTIONS FOR DELIVERY OF THOSE FEES.**

---

[1] The State Bar will only accept legal documents naming the State Bar (or its employees and officers for matters in connection with their official duties). The State Bar is not authorized to accept service of process on behalf of its employees and officers regarding matters outside the scope of their official duties. By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service. Your document will be reviewed after receipt and you will be notified if service is rejected due to a defect.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. __22cv01616-BAS-DDL__                    Date Issued: ____1/5/23____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* __Ellin Davtyan, Esq.__

was received by me on *(date)* __February 8 2023__.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):* __See attached ; multiple forms of service__

My fees are $ ____∅____ for travel and $ ____∅____ for services, for a total of $ ____∅____.

I declare under penalty of perjury that this information is true.

Date: __2/8/23__

_____
*Server's Signature*

__Brian Bargabus__
*Printed name and title*

__3521 Roselle St Oceanside CA 92056__
*Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1    **DECLARATION OF BRIAN BARGABUS SPECIFYING SERVICE OF SUMMONS AND**

2    **COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE**

3        I, Brian Bargabus, declare as follows under penalty of perjury under the laws of the United States.

4    I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth

5    and authenticity of each statement to which I declare. I have personal knowledge as to the contents and

6    authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of

7    service of summons in a civil action in the two cases described below.

8    1.  I traveled approximately 90 miles on February 8, 2023, with Justin S. Beck to The State Bar of

9         California's public headquarters in Los Angeles, California at 845 S. Figueroa St., Los Angeles,

10        CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties

11        including the first amended complaint and summons in each case.

12    2.  In the lobby of the public building for The State Bar of California, Justin S. Beck and I were told

13        that no person was available to meet with us, nor would anyone accept service of process.

14    3.  Justin S. Beck called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday,

15        February 8, 2023, from the lobby of The State Bar of California, but he did not answer.

16    4.  Justin S. beck was directed by security guards that The State Bar of California and its staff only

17        accept electronic service of all papers, including summons, and that the service electronically

18        would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

19    5.  Justin S. Beck attempted to leave the complaint copies and summons for the avoidance of doubt

20        but was told that I could not do so and that security would discard them, and that they would not

21        be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

22    6.  I electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern,

23        Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today as instructed

24        from the email address bbargabus@gmail.com

25    7.  The exhibits filed by Justin S. Beck are true and correct as stated in his declaration.

26        I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

27             February 8, 2023

28    **Signed in Oceanside, California**            **Brian Bargabus, Declarant**

                  3:22-CV-01616-BAS-DDL and 3:23-CV-0164-MMA-DEB

## DECLARATION OF JUSTIN S. BECK SPECIFYING SERVICE OF SUMMONS AND COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I am the plaintiff and *guardian ad litem* to ROES 1-150,000 and U.S.A. in Justin S. Beck et al. v. Catanzarite Law Corporation et al., Case No. 3:22-CV-01616-BAS-DDL, and plaintiff in the related case Justin S. Beck v. State of California et al. Case No. 3:23-00164-MMA-DEB.

2. Catanzarite Law Corporation and its attorneys have been disqualified at least four times for representing parties with adverse interests related to my claims, but they continue to represent the same parties, here in the same or substantially related matters anyway.

3. I read local rules in this Court, American Bar Association Rule 1.7, and California Rules of Professional Conduct 1.7(d)(3) which preclude the representation of adverse parties before the same tribunal or in the same or substantially related matters.

4. On January 9, 2023, I filed for a temporary restraining order on behalf of myself individually, and on behalf of the United States seeking service of process by U.S. Marshals service because attorneys associated with Catanzarite Law Corporation and The State Bar of California are engaging in un-waivable conflicts of interest that are already contaminating this proceeding. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

5. Despite being served and appearing in this case on behalf of The State Bar of California, Ruben Duran, Esq., Eli David Morgenstern, Esq., Suzanne Grandt, Esq., and Leah Wilson, Esq. with Robert George Retana, Esq., and Ellin Davtyan, Esq. on the caption and signature of a motion to extend time to file an answer, Mr. Tsai now questions whether these parties have been served. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

6. To avoid further bad faith actions and tactics, I traveled approximately 90 miles on February 8, 2023, with Brian Bargabus to The State Bar of California's public headquarters in Los Angeles,

California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

7. In the lobby of the public building for The State Bar of California, Brian Bargabus and I were told that no person was available to meet with us, nor would anyone accept service of process.

8. I called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023 from the lobby of The State Bar of California, but he did not answer, nor did he return my voicemail as of 2:48 PM the same day.

9. I was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

10. I attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

11. Attached to this declaration as Exhibit 1 is proof of my visit to serve the summons papers with Brian Bargabus on February 8, 2023 by way of a local parking garage receipt stamped at 11:07 AM, and proof of payment at 11:24 AM.

12. Attached to this declaration as Exhibit 2 is proof of the document we were provided by security in the lobby of The State Bar of California's building on February 8, 2023, confirming electronic service satisfied the physical service requirements for The State Bar of California and its staff.

13. I delivered all papers to the attention of Charles Tsai, The State Bar of California, 845 S. Figueroa St., Los Angeles, CA 90017 by United States Postal Service on February 8, 2023.

14. Brian Bargabus electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**              **Justin S. Beck, Declarant**

3:22-CV-01616-BAS-DDL

# EXHIBIT 1

```
         Joe's Auto Parks
          990 W. 8th St.
        Los Angeles, Ca 90017
DATE:                02/08/23
TIME:                11:24 AM
           * Original *
Receipt No.     5/1260/211
     Ticket -   163871
     LPR = 8WYS948
     TAX included   17.00
Credit:              17.00

Trans ID : 0
Card No. : ***************2828
Card Type:  MASTER CARD

Entry -    02/08/23  11:07 AM
Valid -    02/08/23  11:24 AM
   Take our garage survey at
http://joesautoparks.com/survey
    For your chance to win a
  $50 Whole Foods gift card!
```

```
02/08/23 11:07AM 0163871

    L.P: 8WYS948
   Joe's Auto Parks
    990 W. 8th St.
  Los Angeles, Ca 90017
   Joe's Auto Parks
  Paystation by elevators
   Automated Facility
   STICKER  HERE

    Automated Facility
  Please take your ticket
   with you at all times
    Have a nice day1

02/08/23 11:07AM 0163871
```

EXHIBIT 2



## The State Bar of California

## INSTRUCTIONS FOR SERVICE OF LEGAL PROCESS

(This notice does not apply to filings in the State Bar Court.  If you are filing such a document, please proceed to the State Bar Court filing window.)

## THE STATE BAR OF CALIFORNIA IS CURRENTLY ACCEPTING SERVICE OF LEGAL PROCESS (SUMMONSES, COMPLAINTS, AND SUBPOENAS) BY EMAIL INSTEAD OF PERSONAL SERVICE. [1]

- ➢ **PLEASE SERVE YOUR DOCUMENT(S) BY EMAILING THEM TO SERVICEOFPROCESS@CALBAR.CA.GOV.**

- ➢ **DO NOT LEAVE ANY DOCUMENTS WITH SECURITY IN THE LOBBY OR ELSEWHERE, AS THEY WILL NOT BE ACCEPTED.**

- ➢ **IF YOU ARE ATTEMPTING TO TENDER WITNESS FEES, PLEASE INDICATE THAT IN YOUR EMAIL MESSAGE AND YOU WILL RECEIVE FURTHER INSTRUCTIONS FOR DELIVERY OF THOSE FEES.**

---

[1] The State Bar will only accept legal documents naming the State Bar (or its employees and officers for matters in connection with their official duties).  The State Bar is not authorized to accept service of process on behalf of its employees and officers regarding matters outside the scope of their official duties.  By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service.  Your document will be reviewed after receipt and you will be notified if service is rejected due to a defect.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. 22cv01616-BAS-DDL          Date Issued:    1/5/23

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any) Leah Wilson, Esq.
was received by me on (date) February 8 2023 .

I personally served the summons on the individual at (place) _____

_____ on (date) _____; or

I left the summons at the individual's residence or place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

I served the summons on (name of the individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____; or

I returned the summons unexecuted because _____ ; or

Other (specify):  See attached ; multiple forms of service

My fees are $ ___Ø___ for travel and $ ___Ø___ for services, for a total of $ ___Ø___ .

I declare under penalty of perjury that this information is true.

Date: 2/8/23          _____
                              Server's Signature

                              Brian Borgabus
                              Printed name and title

                              3501 Roselle St Oceanside
                              Server's address    CA 92056

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

## DECLARATION OF BRIAN BARGABUS SPECIFYING SERVICE OF SUMMONS AND COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE

I, Brian Bargabus, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I traveled approximately 90 miles on February 8, 2023, with Justin S. Beck to The State Bar of California's public headquarters in Los Angeles, California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

2. In the lobby of the public building for The State Bar of California, Justin S. Beck and I were told that no person was available to meet with us, nor would anyone accept service of process.

3. Justin S. Beck called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023, from the lobby of The State Bar of California, but he did not answer.

4. Justin S. beck was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

5. Justin S. Beck attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

6. I electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today as instructed from the email address bbargabus@gmail.com

7. The exhibits filed by Justin S. Beck are true and correct as stated in his declaration.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

Signed in Oceanside, California

Brian Bargabus, Declarant

3:22-CV-01616-BAS-DDL and 3:23-CV-0164-MMA-DEB

**DECLARATION OF JUSTIN S. BECK SPECIFYING SERVICE OF SUMMONS AND COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE**

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I am the plaintiff and *guardian ad litem* to ROES 1-150,000 and U.S.A. in Justin S. Beck et al. v. Catanzarite Law Corporation et al., Case No. 3:22-CV-01616-BAS-DDL, and plaintiff in the related case Justin S. Beck v. State of California et al. Case No. 3:23-00164-MMA-DEB.

2. Catanzarite Law Corporation and its attorneys have been disqualified at least four times for representing parties with adverse interests related to my claims, but they continue to represent the same parties, here in the same or substantially related matters anyway.

3. I read local rules in this Court, American Bar Association Rule 1.7, and California Rules of Professional Conduct 1.7(d)(3) which preclude the representation of adverse parties before the same tribunal or in the same or substantially related matters.

4. On January 9, 2023, I filed for a temporary restraining order on behalf of myself individually, and on behalf of the United States seeking service of process by U.S. Marshals service because attorneys associated with Catanzarite Law Corporation and The State Bar of California are engaging in un-waivable conflicts of interest that are already contaminating this proceeding. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

5. Despite being served and appearing in this case on behalf of The State Bar of California, Ruben Duran, Esq., Eli David Morgenstern, Esq., Suzanne Grandt, Esq., and Leah Wilson, Esq. with Robert George Retana, Esq., and Ellin Davtyan, Esq. on the caption and signature of a motion to extend time to file an answer, Mr. Tsai now questions whether these parties have been served. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

6. To avoid further bad faith actions and tactics, I traveled approximately 90 miles on February 8, 2023, with Brian Bargabus to The State Bar of California's public headquarters in Los Angeles,

3:22-CV-01616-BAS-DDL

California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

7. In the lobby of the public building for The State Bar of California, Brian Bargabus and I were told that no person was available to meet with us, nor would anyone accept service of process.

8. I called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023 from the lobby of The State Bar of California, but he did not answer, nor did he return my voicemail as of 2:48 PM the same day.

9. I was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

10. I attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

11. Attached to this declaration as Exhibit 1 is proof of my visit to serve the summons papers with Brian Bargabus on February 8, 2023 by way of a local parking garage receipt stamped at 11:07 AM, and proof of payment at 11:24 AM.

12. Attached to this declaration as Exhibit 2 is proof of the document we were provided by security in the lobby of The State Bar of California's building on February 8, 2023, confirming electronic service satisfied the physical service requirements for The State Bar of California and its staff.

13. I delivered all papers to the attention of Charles Tsai, The State Bar of California, 845 S. Figueroa St., Los Angeles, CA 90017 by United States Postal Service on February 8, 2023.

14. Brian Bargabus electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**          **Justin S. Beck, Declarant**

2                                             3:22-CV-01616-BAS-DDL

# EXHIBIT 1

```
              Joe's Auto Parks
               990 W. 8th St.
             Los Angeles, Ca 90017
        DATE:              02/08/23
        TIME:              11:24 AM
                * Original *
        Receipt No.     5/1260/211
           Ticket -  163871
           LPR = 8WYS948
           TAX included    17.00
        Credit:            17.00

        Trans ID : 0
        Card No. : ****************2828
        Card Type:  MASTER CARD

        Entry -    02/08/23  11:07 AM
        Valid -    02/08/23  11:24 AM
          Take our garage survey at
        http://joesautoparks.com/survey
          For your chance to win a
          $50 Whole Foods gift card!
```

```
        02/08/23 11:07AM 0163871

        ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

           L.P:  8WYS948
           Joe's Auto Parks
            990 W. 8th St.
         Los Angeles, Ca 90017
          Joe's Auto Parks
        Paystation by elevators
          Automated Facility
        —  S T I C K E R   H E R E  —


          Automated Facility
        Please take your ticket
         with you at all times
          Have a nice day1

        ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

        02/08/23 11:07AM 0163871
```

EXHIBIT 2



The State Bar
*of California*

## INSTRUCTIONS FOR SERVICE OF LEGAL PROCESS

(This notice does not apply to filings in the State Bar Court.  If you are filing such a document, please proceed to the State Bar Court filing window.)

**THE STATE BAR OF CALIFORNIA IS CURRENTLY ACCEPTING SERVICE OF LEGAL PROCESS (SUMMONSES, COMPLAINTS, AND SUBPOENAS) BY EMAIL INSTEAD OF PERSONAL SERVICE. [1]**

- ➢ **PLEASE SERVE YOUR DOCUMENT(S) BY EMAILING THEM TO SERVICEOFPROCESS@CALBAR.CA.GOV.**

- ➢ **DO NOT LEAVE ANY DOCUMENTS WITH SECURITY IN THE LOBBY OR ELSEWHERE, AS THEY WILL NOT BE ACCEPTED.**

- ➢ **IF YOU ARE ATTEMPTING TO TENDER WITNESS FEES, PLEASE INDICATE THAT IN YOUR EMAIL MESSAGE AND YOU WILL RECEIVE FURTHER INSTRUCTIONS FOR DELIVERY OF THOSE FEES.**

---

[1] The State Bar will only accept legal documents naming the State Bar (or its employees and officers for matters in connection with their official duties).  The State Bar is not authorized to accept service of process on behalf of its employees and officers regarding matters outside the scope of their official duties.  By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service.  Your document will be reviewed after receipt and you will be notified if service is rejected due to a defect.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. __22cv01616-BAS-DDL__                    Date Issued: ___1/5/23___

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Eli David Morgenstern, Esq.__

was received by me on *(date)* __February 8 2023__.

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

    ☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

    ☐ I returned the summons unexecuted because _____; or

    ☑ Other *(specify):* __See attached ; multiple forms of service__

My fees are $ ___∅___ for travel and $ ___∅___ for services, for a total of $ ___∅___.

I declare under penalty of perjury that this information is true.

Date: __February 8 2023__                    _____
                                              *Server's Signature*

                         __Brian Bargabus__
                         *Printed name and title*

          __3501 Roselle St. Oceanside CA 92056__
                         *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

**DECLARATION OF BRIAN BARGABUS SPECIFYING SERVICE OF SUMMONS AND COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE**

I, Brian Bargabus, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I traveled approximately 90 miles on February 8, 2023, with Justin S. Beck to The State Bar of California's public headquarters in Los Angeles, California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

2. In the lobby of the public building for The State Bar of California, Justin S. Beck and I were told that no person was available to meet with us, nor would anyone accept service of process.

3. Justin S. Beck called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023, from the lobby of The State Bar of California, but he did not answer.

4. Justin S. beck was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

5. Justin S. Beck attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

6. I electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today as instructed from the email address bbargabus@gmail.com

7. The exhibits filed by Justin S. Beck are true and correct as stated in his declaration.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**

**Brian Bargabus, Declarant**

3:22-CV-01616-BAS-DDL and 3:23-CV-0164-MMA-DEB

## <u>DECLARATION OF JUSTIN S. BECK SPECIFYING SERVICE OF SUMMONS AND</u>
## <u>COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE</u>

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I am the plaintiff and *guardian ad litem* to ROES 1-150,000 and U.S.A. in Justin S. Beck et al. v. Catanzarite Law Corporation et al., Case No. 3:22-CV-01616-BAS-DDL, and plaintiff in the related case Justin S. Beck v. State of California et al. Case No. 3:23-00164-MMA-DEB.

2. Catanzarite Law Corporation and its attorneys have been disqualified at least four times for representing parties with adverse interests related to my claims, but they continue to represent the same parties, here in the same or substantially related matters anyway.

3. I read local rules in this Court, American Bar Association Rule 1.7, and California Rules of Professional Conduct 1.7(d)(3) which preclude the representation of adverse parties before the same tribunal or in the same or substantially related matters.

4. On January 9, 2023, I filed for a temporary restraining order on behalf of myself individually, and on behalf of the United States seeking service of process by U.S. Marshals service because attorneys associated with Catanzarite Law Corporation and The State Bar of California are engaging in un-waivable conflicts of interest that are already contaminating this proceeding. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

5. Despite being served and appearing in this case on behalf of The State Bar of California, Ruben Duran, Esq., Eli David Morgenstern, Esq., Suzanne Grandt, Esq., and Leah Wilson, Esq. with Robert George Retana, Esq., and Ellin Davtyan, Esq. on the caption and signature of a motion to extend time to file an answer, Mr. Tsai now questions whether these parties have been served. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

6. To avoid further bad faith actions and tactics, I traveled approximately 90 miles on February 8, 2023, with Brian Bargabus to The State Bar of California's public headquarters in Los Angeles,

California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

7. In the lobby of the public building for The State Bar of California, Brian Bargabus and I were told that no person was available to meet with us, nor would anyone accept service of process.

8. I called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023 from the lobby of The State Bar of California, but he did not answer, nor did he return my voicemail as of 2:48 PM the same day.

9. I was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

10. I attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

11. Attached to this declaration as Exhibit 1 is proof of my visit to serve the summons papers with Brian Bargabus on February 8, 2023 by way of a local parking garage receipt stamped at 11:07 AM, and proof of payment at 11:24 AM.

12. Attached to this declaration as Exhibit 2 is proof of the document we were provided by security in the lobby of The State Bar of California's building on February 8, 2023, confirming electronic service satisfied the physical service requirements for The State Bar of California and its staff.

13. I delivered all papers to the attention of Charles Tsai, The State Bar of California, 845 S. Figueroa St., Los Angeles, CA 90017 by United States Postal Service on February 8, 2023.

14. Brian Bargabus electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**

**Justin S. Beck, Declarant**

2

3:22-CV-01616-BAS-DDL

EXHIBIT 1

Joe's Auto Parks
990 W. 8th St.
Los Angeles, Ca 90017
DATE:              02/08/23
TIME:              11:24 AM
        * Original *
Receipt No.    5/1260/211
   Ticket -   **163871**
   LPR = 8WYS948

   TAX included   **17.00**
Credit:            17.00

Trans ID : 0
Card No. : ***************2828
Card Type: MASTER CARD

Entry -    02/08/23  11:07 AM
Valid -    02/08/23  11:24 AM
  Take our garage survey at
http://joesautoparks.com/survey
  For your chance to win a
  $50 Whole Foods gift card!

02/08/23 11:07AM 0163871

L.P: 8WYS948
Joe's Auto Parks
990 W. 8th St.
Los Angeles, Ca 90017
Joe's Auto Parks
Paystation by elevators
Automated Facility
— STICKER HERE —

Automated Facility
Please take your ticket
with you at all times
Have a nice day1

02/08/23 11:07AM 0163871

EXHIBIT 2



## The State Bar of California

## INSTRUCTIONS FOR SERVICE OF LEGAL PROCESS

(This notice does not apply to filings in the State Bar Court.  If you are filing such a document, please proceed to the State Bar Court filing window.)

## THE STATE BAR OF CALIFORNIA IS CURRENTLY ACCEPTING SERVICE OF LEGAL PROCESS (SUMMONSES, COMPLAINTS, AND SUBPOENAS) BY EMAIL INSTEAD OF PERSONAL SERVICE. [1]

➢ **PLEASE SERVE YOUR DOCUMENT(S) BY EMAILING THEM TO SERVICEOFPROCESS@CALBAR.CA.GOV.**

➢ **DO NOT LEAVE ANY DOCUMENTS WITH SECURITY IN THE LOBBY OR ELSEWHERE, AS THEY WILL NOT BE ACCEPTED.**

➢ **IF YOU ARE ATTEMPTING TO TENDER WITNESS FEES, PLEASE INDICATE THAT IN YOUR EMAIL MESSAGE AND YOU WILL RECEIVE FURTHER INSTRUCTIONS FOR DELIVERY OF THOSE FEES.**

---

[1] The State Bar will only accept legal documents naming the State Bar (or its employees and officers for matters in connection with their official duties).  The State Bar is not authorized to accept service of process on behalf of its employees and officers regarding matters outside the scope of their official duties.  By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service.  Your document will be reviewed after receipt and you will be notified if service is rejected due to a defect.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017