Justin S. Beck
3501 Roselle St.,
Oceanside, CA 92056
760-449-2509
justintimesd@gmail.com
*In Propria Persona* + *Guardian Ad Litem*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JUSTIN S. BECK, et al.

  Plaintiffs,

vs.

CATANZARITE LAW CORPORATION, et al.

  Defendants,

Case No.: 3:22-CV-01616-BAS-DDL

Judge:   Hon. Cynthia A. Bashant

**NOTICE CONCERNING SERVICE ON UNITED STATES ATTORNEY GENERAL MERRICK GARLAND; AND RELATED CASE 3:23-CV-0164-MMA-DEB**

To the Court:

As reflected in Docket #17, service was made on the United States Attorney General through Larry L. Chaney on January 30, 2023. In serving Mr. Chaney in a related case styled Justin S. Beck v. State of California et al., 3:23-CV-0164-MMA-DEB, it was identified based upon the Plaintiff's conflict concerns and The State Bar of California, the interests of the United States, and discussion with Mr. Chaney that service be made on United States Attorney General in Washington, D.C. for each case – and that United States Attorney's Office for the Southern District of California had and would accept service on behalf of the United States of America. The Court and parties are hereby noticed that United States Attorney General Merrick Garland was delivered the complaints on Monday, February 13, 2022.

February 14, 2023

Justin S. Beck
As *Guardian Ad Litem to United States*
3501 Roselle St.
Oceanside, CA 92056
760-449-2509 Cell
justintimesd@gmail.com

3:22-CV-01616-BAS-DDL