ELLIN DAVTYAN (238608)
General Counsel
ROBERT G. RETANA (148677)
Deputy General Counsel
CHARLES TSAI (266480)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 S. Figueroa Street
Los Angeles CA 90017
Tel: (213) 765-1000
Fax: (415) 538-2321
Email: charles.tsai@calbar.ca.gov

Attorneys for Defendants The State Bar of California; Ruben Duran; Suzanne Cecilia Grandt; Eli David Morgenstern; Leah Wilson; Ellin Davtyan; Robert Retana; George Cardona

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK, individually, and as guardian ad litem to ROES 1-150,000, <br><br> Plaintiff, <br><br> v. <br><br> CATANZARITE LAW CORPORATION; THE STATE BAR OF CALIFORNIA; RUBEN DURAN, ESQ.; SUZANNE CECILIA GRANDT, ESQ.; RICHARD FRANCIS O'CONNOR, JR. MOHAMMED ZAKHIREH; JAMES DUFFY; STATE OF CALIFORNIA; KENNETH CATANZARITE, ESQ.; JIM TRAVIS TICE, ESQ.; NICOLE MARIE CATANZARITE WOODWARD, ESQ.; BRANDON WOODWARD, ESQ.; TIM JAMES O'KEEFE, ESQ.; AMY JEANETTE COOPER; CLIFF HIGGERSON; JAMES DUFFY; ELI DAVID MORGENSTERN, ESQ.; LEAH WILSON, ESQ.; ROBERT GEORGE | Case No.   3:22-cv-01616-BAS-DDL <br><br> **NOTICE OF RELATED CASES** <br><br><br> The Honorable Cynthia A. Bashant <br><br><br> Action Filed:  October 19, 2022 <br> Trial date:  None set |

1  RETANA, ESQ.; ELLIN DAVTYAN,
   ESQ.; JOHN C. GASTELUM; JORGE
2  E. NAVARETTE; GEORGE
   SARGENT CARDONA, ESQ.; and
3  ANTHONY B. SCUDDER,

4         Defendants.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE ABOVE-ENTITLED COURT; PLAINTIFF, IN PRO PER; AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 40.1(f), Defendants the State Bar of California ("State Bar"), Ruben Duran, Suzanne Grandt, Eli Morgenstern, Leah Wilson, Ellin Davtyan, Robert Retana, and George Cardona (collectively, "State Bar Defendants") hereby notify the Court of the below related federal and state cases (whether pending, dismissed, or otherwise terminated):

1. *Beck v. The State Bar of California*, et al., United States District Court Southern District of California, Case Number 3:23-cv-00164-MMA-DEB, filed on January 30, 2023 (hereinafter the "RICO II case").
2. *Beck v. The State of California et al.*, United States District Court Central District of California, Case Number 8:23-cv-00022-FWS-ADS, filed on January 5, 2023.
3. *Beck v. Catanzarite et al.*, United States District Court Central District of California, Case Number 8:23-cv-00018-JVS-DFM, filed on January 5, 2023.[1]
4. *Beck v. The State Bar of California*, et al., Orange County Superior Court Case Number 30-2021-01237499, filed on December 21, 2021.
5. *Beck v. Catanzarite*, et al., Orange County Superior Court, Orange County Superior Court Case No. 30-2020-01145998, filed on May 26, 2020.

Under Local Rule 40.1(g), "[a]n action or proceeding is related to another action or proceeding where both of them: (1) Involve some of the same parties and are based on the same or similar claims, or (2) Involve the same property,

---

[1] The second and third cases listed above were both remanded and closed by the Central District on January 12, 2023, and January 25, 2023, respectively.

transaction, patent, trademark, or event, or (3) Involve substantially the same facts and the same questions of law."[2]

The instant case and the RICO II case involve the same Plaintiff (Justin S. Beck) and the following same defendants: State of California, State Bar, Ruben Duran, Suzanne Grandt, Eli Morgenstern, Kenneth Catanzarite, Attorney General of the United States, and the United States of America. The instant case and the RICO II case have similar claims, including Racketeer Influence and Corrupt Organizations Act ("RICO") claims, claims under 42 U.S.C. § 1983, and antitrust claims.

The instant case and the RICO II case involve substantially the same facts relating to Plaintiff, his civil litigation in Orange County Superior Court with respect to a business dispute involving Cultivation Technologies, Inc., and the attorneys representing other parties in that litigation. The attorneys include Kenneth Catanzarite, Brandon Woodward, Tim O'Keefe, Nicole Marie Catanzarite Woodward, and Jim Tice (collectively, "Catanzarite attorneys"). The instant case and the RICO II case involve Plaintiff's disciplinary complaints to the State Bar against the Catanzarite attorneys and the State Bar declining to prosecute them.

Reassigning the RICO II case to this Court will save judicial effort and other economies and promote consistent legal decisions involving substantially similar (if not identical) claims. First, the instant case was filed on October 19, 2022, several months before the RICO II case was filed on January 30, 2023. This case therefore has a lower case number than the RICO II case. Moreover, this case is at

---

[2] Because the second and third cases listed above have been terminated and the fourth and fifth cases are in state court, the State Bar Defendants have focused the application of these criteria on the RICO II case. The instant case and all of the cases listed above involve the same Plaintiff as well as substantially the same facts relating to Plaintiff, his civil litigation in Orange County Superior Court and the attorneys representing other parties in that litigation, and Plaintiff's disciplinary complaints against those attorneys to the State Bar.

a further stage in the proceedings than the RICO II case.  On February 14, 2023, this Court issued a detailed order and *sua sponte* dismissed the First Amended Complaint and terminated all pending motions.  Dkt. No. 35.  In that order, this Court even noted that the RICO II case appears to be a nearly identical suit.  Dkt. No. 35 at p. 19, fn. 12.  This Court also granted Plaintiff leave to file a Second Amended Complaint by April 17, 2023.  Dkt. No. 35.  In the RICO II case, no responses have been filed yet to the Complaint or First Amended Complaint.

Second, the instant case and the RICO II case involve many of the same defendants (State of California, State Bar, Ruben Duran, Suzanne Grandt, Eli Morgenstern, Kenneth Catanzarite, the Attorney General of the United States, and the United States of America).  Third, the instant case and the RICO II case have similar claims (RICO, Section 1983, antitrust).  Fourth, the instant case and the RICO II case involve substantially the same facts (Plaintiff's litigation with the Catanzarite attorneys and Plaintiff's disciplinary complaints against them to the State Bar).

Accordingly, reassigning the RICO II case to this Court will avoid substantial duplication of efforts and promote judicial efficiencies and consistencies in decisions on substantially similar facts and claims.

Dated: February 16, 2023              Respectfully submitted,

ELLIN DAVTYAN
General Counsel
ROBERT G. RETANA
Deputy General Counsel

OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA

By: */s/ CHARLES TSAI*
   CHARLES TSAI
   Assistant General Counsel

|   |   |
|---|---|
| 1 |   |
| 2 | Attorneys for Defendants The State Bar of California; Ruben Duran; Suzanne Cecilia Grandt; Eli David Morgenstern; Leah Wilson; Ellin Davtyan; Robert Retana; George Cardona |

**DECLARATION OF SERVICE**

I, Joan Randolph, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On February 16, 2023, following ordinary business practice, I filed via the United States District Court, Southern District of California electronic case filing system, the following:

**NOTICE OF RELATED CASES**

Participants in the case who are registered CM/ECF users will be served.

*See the CM/ECF service list.*

I served the following party, not a registered CM/ECF user, by U.S. Mail as follows:

Justin S. Beck
3501 Roselle Street
Oceanside CA 92056
Email: Justin Beck

***In Pro Per Plaintiff***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on February 16, 2023.

/s/Joan Randolph
Joan Randolph