ELLIN DAVTYAN (238608)
General Counsel
CHARLES TSAI (266480)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 S. Figueroa Street
Los Angeles CA 90017
Tel: (213) 765-1000
Fax: (415) 538-2321
Email: charles.tsai@calbar.ca.gov

ROBERT G. RETANA (148677)
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2388
Fax: (415) 538-2321
Email: robert.retana@calbar.ca.gov

Attorneys for Defendants The State Bar of California; Ruben Duran; Suzanne Cecilia Grandt; Eli David Morgenstern; Leah Wilson; Robert Retana; Ellin Davtyan; George Cardona

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK, individually, and as guardian ad litem to ROES 1-150,000,<br><br>    Plaintiff,<br><br>v.<br><br>CATANZARITE LAW CORPORATION; THE STATE BAR OF CALIFORNIA; RUBEN DURAN, ESQ.; SUZANNE CECILIA GRANDT, ESQ.; RICHARD FRANCIS O'CONNOR, JR. MOHAMMED ZAKHIREH; JAMES DUFFY; STATE OF CALIFORNIA; | Case No.   3:22-cv-01616-BAS-DDL<br><br>**STATE BAR DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL**<br><br>[[*Proposed*] *Order filed concurrently herewith*]<br><br>The Honorable Cynthia Bashant |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | KENNETH CATANZARITE, ESQ.; JIM TRAVIS TICE, ESQ.; NICOLE MARIE CATANZARITE WOODWARD, ESQ.; BRANDON WOODWARD, ESQ.; TIM JAMES O'KEEFE, ESQ.; AMY JEANETTE COOPER; CLIFF HIGGERSON; JAMES DUFFY; ELI DAVID MORGENSTERN, ESQ.; LEAH WILSON, ESQ.; ROBERT GEORGE RETANA, ESQ.; ELLIN DAVTYAN, ESQ.; JOHN C. GASTELUM; JORGE E. NAVARETTE; GEORGE SARGENT CARDONA, ESQ.; and ANTHONY B. SCUDDER,<br><br>       Defendants. |

Pursuant to Rule 83.3(f), Defendants the State Bar of California ("State Bar"), Ruben Duran, Suzanne Cecilia Grandt, Eli David Morgenstern, Leah Wilson, Robert Retana, Ellin Davtyan, and George Cardona (collectively, "State Bar defendants") move to substitute Deputy General Counsel Robert Retana of the Office of General Counsel as counsel of record in this action in place of Assistant General Counsel Charles Tsai.

Withdrawing counsel for the State Bar defendants is:

> CHARLES TSAI (266480)
> Assistant General Counsel
> OFFICE OF GENERAL COUNSEL
> THE STATE BAR OF CALIFORNIA
> 845 S. Figueroa Street
> Los Angeles CA 90017
> Tel: (213) 765-1000
> Fax: (415) 538-2321
> Email: charles.tsai@calbar.ca.gov

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for the State Bar defendants:

> ELLIN DAVTYAN (238608)
> General Counsel
> OFFICE OF GENERAL COUNSEL
> THE STATE BAR OF CALIFORNIA
> 845 S. Figueroa Street
> Los Angeles CA 90017
> Tel: (213) 765-1000
> Fax: (415) 538-2321
>
> ROBERT G. RETANA (148677)
> OFFICE OF GENERAL COUNSEL
> THE STATE BAR OF CALIFORNIA
> 180 Howard Street
> San Francisco, CA 94105-1639
> Tel: (415) 538-2388
> Fax: (415) 538-2321
> Email: robert.retana@calbar.ca.gov

The undersigned parties consent to the above withdrawal and substitution of counsel:

Dated: March 10, 2023        By    */s/ Leah Wilson*
                                          Executive Director
                                          The State Bar of California;

Dated: March 10, 2023        By    */s/ Suzanne Grandt*
                                          Suzanne Grandt

Dated: March 10, 2023              */s/ Eli David Morgenstern*
                                          Eli David Morgenstern

Dated: March 10, 2023              */s/ Leah Wilson*
                                          Leah Wilson

Dated: March 10, 2023        By    */s/ Robert Retana*
                                          Robert Retana

Dated: March 10, 2023              */s/ Ellin Davtyan*
                                          Ellin Davtyan

Dated: March 10, 2023              */s/ George Cardona*
                                          George Cardona

The undersigned counsel consent to the above withdrawal and substitution of counsel:

Dated: March 10, 2023        By    */s/ Charles Tsai*
                                          Charles Tsai
                                          Assistant General Counsel
                                          OFFICE OF GENERAL COUNSEL
                                          THE STATE BAR OF CALIFORNIA

| | | |
|---|---|---|
| Dated: March 10, 2023 | By | */s/ Robert G. Retana* |
| | | Robert G. Retana |
| | | Deputy General Counsel |
| | | OFFICE OF GENERAL COUNSEL |
| | | THE STATE BAR OF CALIFORNIA |

Attorneys for The State Bar of California; Ruben Duran; Suzanne Cecilia Grandt; Eli David Morgenstern; Leah Wilson; Robert Retana; Ellin Davtyan; George Cardona

# DECLARATION OF SERVICE

I, Joan Randolph, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On March 13, 2023, following ordinary business practice, I filed via the United States District Court, Southern District of California electronic case filing system, the following:

**THE STATE BAR DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL**

Participants in the case who are registered CM/ECF users will be served.

*See the CM/ECF service list.*

I served the following party, not a registered CM/ECF user, by U.S. Mail as follows:

Justin S. Beck
3501 Roselle Street
Oceanside CA 92056

*In Pro Per Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on March 13, 2023.

/s/Joan Randolph
Joan Randolph