Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680

Attorneys for Defendants Kenneth J. Catanzarite, Catanzarite Law Corporation, Brandon Woodward, Tim James O'Keefe, Amy Jeanette Cooper, Cliff Higgerson, Mohammad Zakhireh, Richard Francis O'Connor, Jr., James Duffy, Anthony Scudder, and Nicole M. Catanzarite-Woodward

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CATANZARITE LAW CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 3:22-cv-01616-BAS-DDL<br><br>**DEFENDANTS KENNETH J. CATANZARITE, CATANZARITE LAW CORPORATION, BRANDON WOODWARD, TIM JAMES O'KEEFE, AMY JEANETTE COOPER, CLIFF HIGGERSON, MOHAMMAD ZAKHIREH, RICHARD FRANCIS O'CONNOR, JR., JAMES DUFFY, ANTHONY SCUDDER, AND NICOLE M. CATANZARITE-WOODWARD NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>[Motion to Dismiss filed concurrently herewith]<br><br>Hearing Date: May 8, 2023<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY COURT**<br><br>The Honorable Cynthia A. Bashant |

**Request for Judicial Notice In Support of Motion to Dismiss Second Amended Complaint**

Pursuant to *Federal Rules of Evidence*, Rule 20 Defendants Kenneth J. Catanzarite, Catanzarite Law Corporation, Brandon Woodward, Tim James O'Keefe, Amy Jeanette Cooper, Cliff Higgerson, Mohammad Zakhireh, Richard Francis O'Connor, Jr., James Duffy, Anthony Scudder, and Nicole M. Catanzarite-Woodward respectfully request the Court take judicial notice of the following documents:

1. Attached hereto as Exhibit "1" a true and accurate copy of the May 26, 2020 complaint filed in the Orange County Superior Court ("OCSC") action styled *Justin S. Beck vs. Kenneth Catanzarite Esq., et al.*, Case No. 30-2020-01145998 (the "Orange County Action").

2. Attached hereto as Exhibit "2" a true and accurate copy of the *Judgment in Favor of Anthony B. Scudder, A.K.A. Tony Scudder, and Aroha Holdings, Inc.* entered December 17, 2020 in the Orange County Action.

DATED: March 13, 2023.     CATANZARITE LAW CORPORATION


/s/ Kenneth J. Catanzarite
_____
Kenneth J. Catanzarite
Attorneys for Defendants Kenneth J. Catanzarite, Catanzarite Law Corporation, Brandon Woodward, Tim James O'Keefe, Amy Jeanette Cooper, Cliff Higgerson, Mohammad Zakhireh, Richard Francis O'Connor, Jr., James Duffy, Anthony Scudder, and Nicole M. Catanzarite-Woodward

2.
**Request for Judicial Notice In Support of Motion to Dismiss Second Amended Complaint**

PROOF OF SERVICE

STATE OF CALIFORNIA      )
COUNTY OF ORANGE       )    ss:

The undersigned certifies and declares as follows:

I am over the age of 18 and not a party to this action. My business address is 2331 West Lincoln Avenue, Anaheim, California 92801, which is in the county where the mailing described below took place.

On March 14, 2023 I served the within **DEFENDANTS KENNETH J. CATANZARITE, CATANZARITE LAW CORPORATION, BRANDON WOODWARD, TIM JAMES O'KEEFE, AMY JEANETTE COOPER, CLIFF HIGGERSON, MOHAMMAD ZAKHIREH, RICHARD FRANCIS O'CONNOR, JR., JAMES DUFFY, ANTHONY SCUDDER, AND NICOLE M. CATANZARITE-WOODWARD NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT** by:

[ ]   (Facsimile Transmission) I caused the above mentioned document to be served by facsimile transmission to the parties at the fax numbers listed on the attached service list.

[X]   (CM/ECF electronic notification ) I am readily familiar with the ECF filng system and caused a true and correct copy thereof to be served electronically via CM/ECF electronic notification to:

- U S Attorney CV
  Efile.dkt.civ@usdoj.gov

- Charles Tsai
  charles.tsai@calbar.ca.gov, joan.randolph@calbar.ca.gov

//

//

[X]   (E-mail) I caused the above mentioned document to be served via PDF e-mail attachment to:

    Justin Beck (Pro Per)
    3501 Roselle St.
    Oceanside, CA 92056
    justintimesd@gmail.com

[ ]   (Overnight Delivery) I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope to be delivered the next day by overnight courier to the addressee(s) listed on the attached service list.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed March 14, 2023 at Anaheim, California.

*/s/ Jenifer Weaver*
_____
Typed Name: Jenifer Weaver