**Exhibit 2**

Electronically Received by Superior Court of California, County of Orange, 12/15/2020 01:43:00 PM.
30-2020-01145998-CU-BT-CJC - ROA # 387 - DAVID H. YAMASAKI, Clerk of the Court By Anh Dang, Deputy Clerk.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 17 2020

DAVID H. YAMASAKI, Clerk of the Court

BY_____ DEPUTY

# IN THE SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY ORANGE

JUSTIN S. BECK, an individual,

    Plaintiff,

v.

KENNETH CATANZARITE, ESQ., an individual; CATANZARITE LAW CORPORATION, a California corporation; MOBILE FARMING SYSTEMS, INC., a California corporation; BRANDON WOODWARD, ESQ., an individual; TIM JAMES OKEEFE, ESQ., an individual; RICHARD FRANCIS O'CONNOR, JR., an individual; AMY JEANETTE COOPER, an individual; CLIFF HIGGERSON, an individual; TONY SCUDDER, an individual; JAMES DUFFY, an individual; MOHAMMED ZAKHIREH, an individual; TGAP HOLDINGS, LLC, a Nevada limited liability corporation; AROHA HOLDINGS, INC., a California corporation; and DOES 1-15

AND CROSS-COMPLAINT

Case No. 30-2020-01145998-CU-BT-CJC

Assigned for All Purposes to
Hon. Deborah C. Servino
Dept. C21

[PROPOSED] JUDGMENT IN FAVOR OF ANTHONY B. SCUDDER, A.K.A. TONY SCUDDER, AND AROHA HOLDINGS, INC.

---

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

**Judgment in Favor of Tony Scudder and Aroha Holdings, Inc.**

On November 13, 2020 the Court heard oral argument on the Special Motion to Strike Complaint as SLAPP Pursuant to CCP, § 425.16 ("Special Motion to Strike Complaint as SLAPP") of Defendants Anthony B. Scudder, ~~a.k.a.~~ ESA Tony Scudder, and Aroha Holdings, Inc.

Having read and considered the moving, opposition and reply papers, the pleadings and other documents on file, and having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, the Court granted Defendants Anthony B. Scudder, ~~a.k.a.~~ ESA Tony Scudder, and Aroha Holdings, Inc.'s Special Motion to Strike Complaint as SLAPP as to all causes of action in the Complaint and entered a Minute Order on November 13, 2020 memorializing its ruling.

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that, in light of the Court's order granting Defendants Anthony B. Scudder, ~~a.k.a.~~ ESA Tony Scudder, and Aroha Holdings, Inc.'s Special Motion to Strike Complaint as SLAPP, no causes of action remain against Defendants Anthony B. Scudder, ~~a.k.a.~~ ESA Tony Scudder, and Aroha Holdings, Inc. Accordingly, Plaintiff Justin Beck's Complaint is dismissed with prejudice as to all causes of action against Defendants Anthony B. Scudder, ~~a.k.a.~~ ESA Tony Scudder, and Aroha Holdings, Inc., Plaintiff Justin Beck shall receive nothing by way of his Complaint against Defendants Anthony B. Scudder, ~~a.k.a.~~ ESA Tony Scudder, and Aroha Holdings, Inc., and judgment shall be entered in favor of Defendants Anthony B. Scudder, ~~a.k.a.~~ ESA Tony Scudder, and Aroha Holdings, Inc.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that costs and attorneys fees are to be determined by any timely filed memorandum of costs and/or motions.

DATED: December 17, 2020.

*[signature: Deborah C. Servino]*
The Hon. Deborah C. Servino
Judge of the Superior Court of the State of California, County of Orange

---

2.
**Judgment in Favor of Tony Scudder and Aroha Holdings, Inc.**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>Central Justice Center<br>700 W. Civic Center Drive<br>Santa Ana, CA 92702 ||
|---|---|
| **SHORT TITLE:** Beck vs. Catanzarite ||
| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2020-01145998-CU-BT-CJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above Judgment dated 12/17/20 has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practice and addressed as indicated below. This certification occurred at Santa Ana, California on 12/17/20. Following standard court practice the mailing will occur at Sacramento, California on 12/18/20.

HORWITZ + ARMSTRONG
14 ORCHARD ROAD 200
LAKE FOREST, CA 92630

Clerk of the Court, by: _Achallie Valencia_, Deputy

I certify that I am not a party to this cause. I certify that the following document(s), Judgment dated 12/17/20, have been transmitted electronically by Orange County Superior Court at Santa Ana, CA. The transmission originated from Orange County Superior Court email address on December 17, 2020, at 4:25:00 PM PST. The electronically transmitted document(s) is in accordance with rule 2.251 of the California Rules of Court, addressed as shown above. The list of electronically served recipients are listed below:

CATANZARITE LAW CORPORATION
BWOODWARD@CATANZARITE.COM

CATANZARITE LAW CORPORATION
KCATANZARITE@CATANZARITE.COM

KAUFMAN DOLOWICH VOLUCK LLP
SBELILOVE@KDVLAW.COM

MCCUNE WRIGHT AREVALO, LLP
JB@MCCUNEWRIGHT.COM

MCCUNE WRIGHT AREVALO, LLP
RDM@MCCUNEWRIGHT.COM

Clerk of the Court, by: _Achallie Valencia_, Deputy

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

V3 1013a (June 2004)                                     Code of Civ. Procedure , § CCP1013(a)