| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | RHONDA L. MALLORY<br>Supervising Deputy Attorney General |
| 3 | TIM J. VANDEN HEUVEL<br>Deputy Attorney General |
| 4 | State Bar No. 140731<br>  600 West Broadway, Suite 1800 |
| 5 |   San Diego, CA 92101<br>  P.O. Box 85266 |
| 6 |   San Diego, CA 92186-5266<br>  Telephone:  (619) 738-9095 |
| 7 |   Fax:  (619) 645-2581<br>  E-mail:  Tim.VandenHeuvel@doj.ca.gov |
| 8 | *Attorneys for Defendant State of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JUSTIN S. BECK,** | | 22cv01616-BAS-DDL |
| | Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | | |
| **CATANZARITE LAW CORPORATION; STATE OF CALIFORNIA; THE STATE BAR OF CALIFORNIA; ORANGE COUNTY SUPERIOR COURT; ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE; RUBEN DURAN, ESQ.; SUZANNE CELIA GRANDT, ESQ.; RICHARD FRANCIS O'CONNOR, JR.; MOHAMMED ZAKHIREH; JAMES DUFFY; KENNETH CATANZARITE, ESQ.; JIM TRAVIS TICE, ESQ.; NICOLE MARIE CATANZARITE WOODWARD, ESQ.; BRANDON WOODWARD, ESQ.; TIM JAMES O'KEEFE, ESQ.; AMY JEANETTE COOPER; CLIFF HIGGERSON; JAMES DUFFY, ELI DAVID MORGENSTERN, ESQ.; LEAH WILSON, ESQ.; ROBERT GEORGE RETANA, ESQ.; ELLIN DAVTYAN, ESQ.; JOHN C. GASTELUM;** | | |

1

| | |
|---|---|
| 1 | **JORGE E. NAVARETTE; GEORGE SARGENT CARDONA, ESQ.; ANTHONY B. SCUDDER,** |
| 2 | |
| 3 | Defendants, |
| 4 | |
| 5 | **UNITED STATES ATTORNEY GENERAL, UNITED STATES OF AMERICA,** |
| 6 | |
| 7 | Nominal Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The California Attorney General, counsel for Defendant State of California,
2 hereby files this Notice of Appearance to inform the Court of assigned counsel for
3 Defendant State of California in this proceeding.
4  Respondent hereby notifies the Court that the attorneys with principal charge
5 of the case are as follows:

>  TIM J. VANDEN HEUVEL
>  Deputy Attorney General
>  State Bar No. 140731
>  600 West Broadway, Suite 1800
>  San Diego, CA 92101
>  P.O. Box 85266
>  San Diego, CA 92186-5266
>  Telephone: (619) 738-9095
>  Tim.VandenHeuvel@doj.ca.gov
>
>  RHONDA L. MALLORY
>  Supervising Deputy Attorney General
>  State Bar No. 147598
>  600 West Broadway, Suite 1800
>  San Diego, CA 92101
>  P.O. Box 85266
>  San Diego, CA 92186-5266
>  Telephone: (619) 738-9095
>  Rhonda.Mallory@doj.ca.gov

Dated: March 10, 2023                      Respectfully submitted,

>  ROB BONTA
>  Attorney General of California
>  RHONDA L. MALLORY
>  Supervising Deputy Attorney General
>
>  TIM J. VANDEN HEUVEL
>  Deputy Attorney General
>  *Attorneys for Defendant*
>  *State of California*

SD2023800598
83850885.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Beck v. Catanzarite Law Corp., et al.** | No. | **22cv01616-BAS-DDL** |

I hereby certify that on **March 14, 2023**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE OF COUNSEL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **March 14, 2023**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Justin S. Beck
3501 Roselle St.
Oceanside, CA 92056

*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **March 14, 2023**, at San Diego, California.

| | |
|---|---|
| A. J. Lopez | *[signature]* |
| Declarant | Signature |

SD2023800598
83853976.docx