1  ROB BONTA
   Attorney General of California
2  RHONDA L. MALLORY
   Supervising Deputy Attorney General
3  TIM J. VANDEN HEUVEL
   Deputy Attorney General
4  State Bar No. 140731
    600 West Broadway, Suite 1800
5   San Diego, CA 92101
    P.O. Box 85266
6   San Diego, CA 92186-5266
    Telephone: (619) 738-9095
7   Fax: (619) 645-2581
    E-mail: Tim.VandenHeuvel@doj.ca.gov
8  *Attorneys for Defendant State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN S. BECK,**<br><br>Plaintiff,<br><br>v.<br><br>**CATANZARITE LAW CORPORATION; STATE OF CALIFORNIA; THE STATE BAR OF CALIFORNIA; ORANGE COUNTY SUPERIOR COURT; ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE; RUBEN DURAN, ESQ.; SUZANNE CELIA GRANDT, ESQ.; RICHARD FRANCIS O'CONNOR, JR.; MOHAMMED ZAKHIREH; JAMES DUFFY; KENNETH CATANZARITE, ESQ.; JIM TRAVIS TICE, ESQ.; NICOLE MARIE CATANZARITE WOODWARD, ESQ.; BRANDON WOODWARD, ESQ.; TIM JAMES O'KEEFE, ESQ.; AMY JEANETTE COOPER; CLIFF HIGGERSON; JAMES DUFFY, ELI DAVID MORGENSTERN, ESQ.; LEAH WILSON, ESQ.; ROBERT GEORGE RETANA, ESQ.; ELLIN DAVTYAN, ESQ.; JOHN C. GASTELUM;** | 22cv01616-BAS-DDL<br><br>**NOTICE OF JOINDER BY DEFENDANT STATE OF CALIFORNIA IN MOTION TO DISMISS SECOND AMENDED COMPLAINT BY STATE BAR OF CALIFORNIA**<br><br>Hearing Date: May 8, 2023<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>Dept:     12B<br>Judge:    The Honorable Cynthia A. Bashant<br>Trial Date: None Set<br>Action Filed:    October 19, 2022 |

1

1  **JORGE E. NAVARETTE; GEORGE SARGENT CARDONA, ESQ.; ANTHONY B. SCUDDER,**

2  

3                      Defendants,

4  

5  **UNITED STATES ATTORNEY GENERAL, UNITED STATES OF AMERICA,**

6  

7                      Nominal Defendants.

**TO PLAINTIFF, IN PRO PER, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on May 8, 2023, in the Courtroom of the Honorable Cynthia A. Bashant, Courtroom 12B, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California 92101, in accordance with Civil Local Rule 7.1(j), Defendant, State of California hereby joins in the State Bar of California, Ruben Duran, Suzanne Grandt, Eli Morgenstern, Leah Wilson, Ellin Davtyan, Robert Retana and George Cardona (collectively, "State Bar defendants") Motion to Dismiss Plaintiff's Second Amended Complaint for Damages & Injunctive Relief ("SAC") pursuant to Federal Rules of Civil Procedure 8, 12(b)(1), and 12(b)(6), as well as 28 U.S.C. § 1951(e)(2)(B) as to all claims against the State of California. Specifically, the State of California joins as follows:

1. Defendant State Bar of California's Motion to Dismiss Second Amended Complaint (DOC. 39) on the grounds that the SAC fails to comply with Rule 8, and provide the State of California with "simple, concise, and direct" allegations of how the State of California's conduct violated the law, and how Plaintiff was purportedly injured by said conduct. (DOC 39, pp. 11-12);

2. Defendant State Bar of California's Motion to Dismiss Second Amended Complaint (DOC. 39) on the grounds that the SAC should be dismissed for lack of subject matter jurisdiction (Fed. R. 12(b)(1)), in that the State of California is immunized by the Eleventh Amendment to the United States Constitution from any claims Plaintiff may assert against it in this Court. (DOC 39, pp. 12-13);

3. Defendant State Bar of California's Motion to Dismiss Second Amended Complaint (DOC. 39) on the grounds that the SAC fails to state sufficient facts to state a claim under Fed. R. 12(b)(6) as to each and every purported cause of action, against the State of California, and the action is frivolous under 28 U.S.C. § 1951(e)(2)(B). (DOC. 39, pp. 16-25);

4.     Defendant State Bar of California's Motion to Dismiss Second Amended Complaint (DOC. 39) on the grounds that the SAC fails to state sufficient facts to state a claim under Fed. R. 12(b)(6), specifically as to Counts VIII and IX under 42 U.S.C. § 1983, as the State of California is not subject to suit under Section 1983 because it does not constitute a "person" under the statute. *See: Will* v. *Mich. Dep't of State Police*, 491 U.S. 58 at 70-71; *Wolfe v. Strankman*, 392 F.3d 358, 367 (9th Cir. 2004). (DOC. 39, pp. 20-22).

5.     Defendant State Bar of California's Motion to Dismiss Second Amended Complaint (DOC. 39) on the grounds that the SAC fails to state sufficient facts to state a claim under Fed. R. 12(b)(6), specifically as to Counts VI and VII under Cal. Govt. Code § 815.6 and 815.3, as no cause of action is stated as a matter of law, no mandatory duty is stated as a matter of law, and the State of California is immune. (DOC. 39, pp. 20-22).  Further, this Court should decline to exercise supplemental jurisdiction over these state law claims.

Based upon the forgoing motion of the State Bar of California defendants previously filed and the grounds set forth herein, Defendant State of California joins the Motion to Dismiss Plaintiff's SAC without leave to amend.

Dated:  March 14, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General


*s/ Tim J. Vanden Heuvel*

TIM J. VANDEN HEUVEL
Deputy Attorney General
*Attorneys for Defendant
State of California*

SD2023800598

Defendant State of California's Notice of Joinder  (22cv01616-BAS-DDL)

# CERTIFICATE OF SERVICE

Case Name: **Beck v. Catanzarite Law Corp., et al.**   No. **22cv01616-BAS-DDL**

I hereby certify that on **March 15, 2023**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF JOINDER BY DEFENDANT STATE OF CALIFORNIA IN MOTION TO DISMISS SECOND AMENDED COMPLAINT BY STATE BAR OF CALIFORNIA**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **March 15, 2023**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Justin S. Beck
3501 Roselle St.
Oceanside, CA 92056

*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **March 15, 2023**, at Riverside, California.

| V. Thompson | *signature* |
|---|---|
| Declarant | Signature |

SD2023800598