# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE ANDREW G. SCHOPLER | **ORDER OF TRANSFER** |

The following cases are transferred from the calendar of the Honorable Cynthia Bashant to the calendar of the Honorable Andrew G. Schopler. After this transfer, the case number should be changed to reflect the initials of Judge Schopler. Therefore, in all case numbers, the "BAS" that appears after the case number should be changed to "AGS." The assigned Magistrate Judge will remain the same. This change should be made on all future filings to ensure that all documents are properly sent to Judge Schopler. All pending dates before Judge Bashant are **VACATED**. Dates before the Magistrate Judge remain unchanged.

1. 21cv1429, *Royzman v. Lopez et al*
2. 22cv0139, *Williams v. United States Marshals*
3. 22cv0301, *Vision Works IP Corp. v. Nissan North American, Inc.*
    a. *Related:* 22cv1349, *Vision Works IP Corp. v. Mercedes-Benz USA, LLC et al*

|   |   |
|---|---|
| 1 | 4. 22cv0424, *George et al v. Grossmont Cuyamaca Community College* |
| 2 | *District Board of Governors et al* |
| 3 | 5. 22cv1616, *Beck v. Catanzarite Law Corporation et al* |
| 4 | a. Related: 23cv0164, *Justin S. Beck v. State of California et al* |
| 5 | 6. 22cv1799, *GS Holistic, LLC v. Urban Glass, Inc et al* |
| 6 | 7. 23cv0055, *Rodriguez v. Equal Exchange, Inc.* |
| 7 | 8. 23cv0259, *Kauffman v. The Home Depot, Inc.* |

**IT IS SO ORDERED**.

**DATED: March 17, 2023**

Hon. Cynthia Bashant
United States District Judge