# WAIVER OF SERVICE OF SUMMONS

FILED
MAR 27 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: Justin S. Beck
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, acknowledge receipt of your request that I waive service of a summons in the action of

Beck v. Catanzarite Law Corporation, which is case number 22cv01616-BAS-DDL

in the United States District Court for the Southern District of California. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I an acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I an acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after

January 30, 2023
(DATE REQUEST WAS SENT)
United States.

, or within 90 days after that date if the request was sent outside the

February 28, 2023
(DATE)

_____ for
(SIGNATURE)

Printed/Typed Name: Hon. John C. Gastelum, Judge of the Superior Court

As _____ of _____
(TITLE)                    (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action had been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

::ODMA\PCDOCS\WORDPERFECT\14598\1 May 5, 1999 (11:32am)

See attached



Justin Beck <justintimesd@gmail.com>

## Beck v. Catanzarite Law Corp., et al., - Case No. 22cv01616-BAS-DDL, signed Waivers of Service of Summons

**Matthew Green** <Matthew.Green@bbklaw.com>  Wed, Mar 1, 2023 at 10:31 AM
To: Justin Beck <justintimesd@gmail.com>
Cc: Lisa Atwood <Lisa.Atwood@bbklaw.com>

Mr. Beck,

We are representing Judge Gastelum and Mr. Navarrette in any capacities in which they have been named in the action. This also confirms that Judge Gastelum, Mr. Navarrette, and Orange County Superior Court have waived service of the summons in this action and will be responding to the Second Amended Complaint within the 60-day period provided under FRCP 4(d)(3), i.e., by March 31.

**Matthew Green**



Of Counsel

matthew.green@bbklaw.com

T: (619) 525-1370  C: (619) 481-1881

**www.BBKlaw.com**

**From:** Justin Beck <justintimesd@gmail.com>
**Sent:** Tuesday, February 28, 2023 7:30 PM
**To:** Lisa Atwood <Lisa.Atwood@bbklaw.com>
**Cc:** Matthew Green <Matthew.Green@bbklaw.com>
**Subject:** Re: Beck v. Catanzarite Law Corp., et al., - Case No. 22cv01616-BAS-DDL, signed Waivers of Service of Summons

CAUTION - EXTERNAL SENDER.

Ms. Atwood & Mr. Green,

Thank you for sending these waivers.

3/26/23, 5:33 PM  Gmail - Beck v. Catanzarite Law Corp., et al., - Case No. 22cv01616-BAS-DDL, signed Waivers of Service of Summons

Case 3:22-cv-01616-AGS-DDL   Document 49   Filed 03/27/23   PageID.4904   Page 3 of 3

1) Can you confirm you are waiving service for the second amended complaint? It was accepted 2/27/23. I've attached a copy.

2) Are you representing Mr. Navarette and Mr. Gastelum in both their individual capacities and their official capacities?

Please see the RICO Case Statement in the related case which is also now before Honorable Cynthia A. Bashant (3:22-CV-0164-BAS-DDL). I don't expect to file another unless the Court requests it.

It is odd to see BB&K representing these parties when the cases involve alleged anticompetitive conduct in regulation under 15 U.S.C. Section 15 and *N.C. State Bd. of Dental Examiners v. Fed. Trade Comm'n*, 574 U.S. 494, (2015). I trust and hope that we can work together in a manner more amicably than I have experienced with the Office of General Counsel and Board of Trustees for The State Bar of California, and that your firm has conflict walls in accordance with the law related to Ruben Duran, Partner of BB&K's Ontario office and in his capacity as Chairman of Board of Trustees.

Respectfully,

Justin S. Beck

On Tue, Feb 28, 2023 at 5:00 PM Lisa Atwood <Lisa.Atwood@bbklaw.com> wrote:
> Mr. Beck - please see the attached Waivers of Service of Summons sent to you on behalf of the Superior Court of California, County of Orange; Hon. John C. Gastelum, Judge of the Superior Court; and Jorge E. Navarrette, Clerk/Executive of the California Supreme Court. Mr. Matthew Green will be representing the Defendants in this matter.
>
> Lisa



**Lisa Atwood**

**Legal Secretary**

lisa.atwood@bbklaw.com

T: **(619) 525-1322**

**www.BBKlaw.com**

This email and any files or attachments transmitted with it may contain privileged or otherwise confidential information. If you are not the intended recipient, or believe that you may have received this communication in error, please advise the sender via reply email and immediately delete the email you received.