UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin S. BECK,<br><br>  Plaintiff,<br><br>v.<br><br>CATANZARITE LAW CORPORATION,<br>et al.,<br><br>  Defendants. | Case No.: 22-cv-1616-AGS-DDL<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE (ECF 40)** |

The State Bar Defendants' motion to substitute counsel (ECF 40) is granted. The Clerk is directed to substitute Ellin Davtyan and Robert G. Retana as counsel in place of Charles Tsai.

Dated: March 28, 2023

Andrew G. Schopler
United States District Judge