| | |
|---|---|
| 1 | Christina M. Sprenger, Esq. [State Bar No. 205105] |
| 2 | E-mail: csprenger@lbaclaw.com |
|   | LAWRENCE BEACH ALLEN & CHOI, PC |
| 3 | E-mail: courtemails@lbaclaw.com |
|   | 959 South Coast Drive, Suite 260 |
| 4 | Costa Mesa, California 92626 |
| 5 | Telephone No.: (714) 479-0180 |
| 6 | Attorneys for Defendant |
| 7 | ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUSTIN S. BECK, | ) | Case No.: 3:22-CV-01616-AGS-DDL |
| | ) | |
| Plaintiff, | ) | **ORANGE COUNTY DISTRICT** |
| | ) | **ATTORNEY'S OFFICE'S NOTICE** |
| vs. | ) | **OF MOTION TO QUASH SERVICE** |
| | ) | **OF SUMMONS AND FIRST** |
| CATANZARITE LAW | ) | **AMENDED COMPLAINT, AND** |
| CORPORATION; STATE OF | ) | **SUMMONS AND SECOND** |
| CALIFORNIA; THE STATE BAR | ) | **AMENDED COMPLAINT** |
| OF CALIFORNIA; ORANGE COUNTY | ) | **PURSUANT TO FRCP 12(b)(5)** |
| SUPERIOR COURT; ORANGE | ) | |
| COUNTY DISTRICT ATTORNEY'S | ) | Date:   May 9, 2023 |
| OFFICE; RUBEN DURAN, ESQ.; | ) | Time:  3:30 p.m. |
| SUZANNE CELIA GRANDT, ESQ.; | ) | Crtrm: 5C (5th Floor) |
| RICHARD FRANCIS O'CONNOR, JR.; | ) | |
| MOHAMMED ZAKHIREH; JAMES | ) | *[Memorandum of Points and Authorities* |
| DUFFY; KENNETH CATANZARITE, | ) | *filed Concurrently Herewith]* |
| ESQ.; JIM TRAVIS TICE, ESQ.; | ) | |
| NICOLE MARIE CATANZARITE | ) | |
| WOODWARD, ESQ.; BRANDON | ) | |
| WOODWARD, ESQ.; TIM JAMES | ) | |
| O'KEEFE, ESQ.; AMY JEANETTE | ) | |
| COOPER; CLIFF HIGGERSON; ELI | ) | |
| DAYID MORGENSTERN, ESQ.; | ) | **Matter for Determination before the** |
| LEAH, WILSON, ESQ.; ROBERT | ) | **Honorable Andrew G. Schopler** |
| GEORGE RETANA, ESQ.; ELLIN | | |

1

NOTICE OF MOTION TO QUASH SERVICE

|   |   |   |
|---|---|---|
| 1 | DAVTYAN, ESQ.; JOHN C. GASTELUM; JORGE E. NAVARETTE; GEORGE SARGENT CARDONA, ESQ.; ANTHONY B. SCUDDER, | ) ) ) ) ) |
| 2 | | |
| 3 | | |
| 4 | | ) |
| 5 | Defendants. | ) ) |
| 6 | _____ | ) ) |
| 7 | UNITED STATES ATTORNEY GENERAL; UNITED STATES OF AMERICA, | ) ) ) |
| 8 | | ) |
| 9 | | ) |
| 10 | Nominal Defendants. _____ | ) ) ) |

11
12      TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR
13 COUNSEL OF RECORD, IF ANY:
14      PLEASE TAKE NOTICE that on May 9, 2023, at 3:30 p.m., or as soon
15 thereafter as the matter may be heard, in Courtroom 5C (5th Floor), located at 221
16 West Broadway, San Diego, California 92101, Defendant Orange County District
17 Attorney' Office will and hereby does move this Court, pursuant to Federal Rule of
18 Civil Procedure 12(b)(5), to quash service of the Summons and First Amended
19 Complaint, and the Summons and Second Amended Complaint on the ground that
20 personal service has not be accomplished by a person who is over 18 and not a party
21 to the action, as required by the Federal Rules of Civil Procedure.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | |
|---|---|
| 1 | This Motion is based upon this Notice, the Memorandum of Points and |
| 2 | Authorities, this Court's file, and upon such further evidence as may be presented at |
| 3 | or before the hearing. |

Respectfully submitted,

Dated: March 28, 2023        LAWRENCE BEACH ALLEN & CHOI, PC

By_____
CHRISTINA M. SPRENGER
Attorneys for Defendant
ORANGE COUNTY DISTRICT
ATTORNEY'S OFFICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Terri Hopkins, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 959 South Coast Drive, Suite 260, Costa Mesa, California 92626.

On March 28, 2023, I served the **ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE'S NOTICE OF MOTION TO QUASH SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT, AND SUMMONS AND SECOND AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(5)** on the interested parties in this action by causing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Justin S. Beck
E-mail: justintimesd@gmailcom
3501 Roselle Street
Oceanside, California 92056
Telephone: (760) 449-2509
*Plaintiff in Pro Per*

  X   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  X   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 28, 2023, at Costa Mesa, California.

_____
Declarant[1]

---

[1] As required, the above-referenced document is accompanied by an unsigned affidavit of service, to be signed by the Declarant following service. The method of service and date of service listed herein are to be used in calculating dates triggered by service of this document. The Declarant will maintain the signed original of this affidavit and will submit it to the Court if appropriate.

4
NOTICE OF MOTION TO QUASH SERVICE