SARAH L. OVERTON (SBN 163810)
CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
(951) 276-4420
(951) 276-4405 fax
soverton@cmda-law.com

Attorneys for Defendants,
the Honorable John C. Gastelum,
Judge of the Superior Court of California,
County of Orange;
Superior Court of California, County of Orange,
erroneously sued as Orange County Superior Court; and
Jorge E. Navarrete, Clerk/Executive Officer
of the Supreme Court of California,
erroneously sued as Jorge E. Navarette

**UNITED STATED DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN S. BECK, individually, and as *guardian ad litem to* ROES 1-150,000, and as guardian ad litem to U.S.A.,<br><br>Plaintiff,<br><br>v.<br><br>CATANZARITE LAW CORPORATION, et al.,<br><br>Defendants. | Case No.: 3:22-CV-01616-AGS-DDL<br><br>REQUEST FOR JUDICIAL NOTICE DECLARATION OF SARAH L. OVERTON AND EXHIBITS<br>[Filed concurrently with Defendants' Motion to Dismiss Second Amended Complaint]<br><br>Date      :   May 9, 2023<br>Time      :   3:00 p.m.<br>Courtroom :   5C, 5th Floor<br>Judge     :   Andrew G. Schopler |

TO THE HONORABLE COURT AND PLAINTIFF JUSTIN S. BECK, PRO SE:

Defendants the Honorable John C. Gastelum, Judge of the Superior Court of California, County of Orange; Superior Court of California, County of Orange,

Cummings, McClorey, Davis, Acho & Associates, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

1
**REQUEST FOR JUDICIAL NOTICE**

erroneously sued as Orange County Superior Court; Jorge E. Navarrete, Clerk/Executive Officer of the Supreme Court of California, erroneously sued as Jorge E. Navarette hereby request that the court take judicial notice of the records of the Supreme Court of California (Supreme Court), set forth below and attached hereto, pursuant to Federal Rules of Evidence, Rule 201, in support of defendants' motion to dismiss plaintiff's second amended complaint.

In *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007), the court stated that "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." Judicial notice may be taken of the records of another court. *Airframe Systems, Inc. v. Raytheon Co.*, 520 F.Supp.2d 258, 262 (D. Mass. 2007). Courts may do so without converting the motion to dismiss into a motion for summary judgment. *Brownmark Films, LLC v. Comedy Partners*, 682 F.3d 687, 690 (7th Cir. 2012).

Accordingly, defendants hereby request that the Court take judicial notice of the following facts and documents, attached as exhibits hereto, in support of defendants' motion to dismiss plaintiff's second amended complaint.

1. Docket, *Accusation of Beck*, Supreme Court case no. S267752;
2. Docket, *Beck v. Duran*, Supreme Court case no. S276517; and
3. Docket, *Beck v. Duran*, Supreme Court case no. S276939.

Dated: March 31, 2023   **CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOC.**

By: /S/ Sarah L. Overton
Sarah L. Overton, Esq.
Attorneys for Defendants
the Honorable John C. Gastelum,
Judge of the Superior Court of California, County of Orange; Superior Court of California, County of Orange; and Jorge E. Navarrete, Clerk/Executive Officer of the Supreme Court of California

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

2
**REQUEST FOR JUDICIAL NOTICE**

## DECLARATION OF SARAH L. OVERTON

I, Sarah L. Overton, declare as follows:

1. I am an attorney duly licensed to practice law before the United States District Court, Southern District of California, and I am partner at the law firm Cummings, McClorey, Davis, Acho & Associates, attorneys for the moving parties in this matter. If called upon as a witness, I would competently testify to the matters stated herein, except for those matters stated upon my information and belief and, to those matters, I believe them to be true.

2. Attached hereto as exhibit 1 is a true and correct copy of the docket in *Accusation of Beck*, Supreme Court case no. S267752 which was obtained from the California Appellate Courts Case Information website. The docket is accessible online by party name or number from the Court of Appeal webpage at https://appellatecases.courtinfo.ca.gov/search.cfm?dist=0.

3. Attached hereto as exhibit 2 is a true and correct copy of the docket in *Beck v. Duran*, Supreme Court case no. S276517, which was obtained from the California Appellate Courts Case Information website. The docket is accessible online by party name or case number from the Court of Appeal webpage at https://appellatecases.courtinfo.ca.gov/search.cfm?dist=0.

4. Attached hereto as Exhibit 3 is a true and correct copy of the docket in *Beck v. Duran*, Supreme Court case no. S276939, which was obtained from the California Appellate Courts Case Information website. The docket is accessible online by party name or case number from the Court of Appeal webpage at https://appellatecases.courtinfo.ca.gov/search.cfm?dist=0.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 31, 2023, at Riverside, California.

/s/ Sarah L. Overton
Sarah L. Overton, Declarant

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

3
**REQUEST FOR JUDICIAL NOTICE**

# EXHIBIT 1

EXHIBIT #-1

# Appellate Courts Case Information

## Supreme Court

Change court

## Docket (Register of Actions)

**ACCUSATION OF BECK**
**Division SF**
**Case Number S267752**

| Date | Description | Notes |
|---|---|---|
| 03/18/2021 | Received untimely accusation against attorney(s) | Petitioner: Justin Beck<br>Pro Per |
| 03/18/2021 | Application for relief from default filed | Justin Beck, Petitioner<br>Pro Per |
| 03/22/2021 | Application for relief from default denied (case closed) | |

**Click here** to request automatic e-mail notifications about this case.

Careers  |  Contact Us  |  Accessibility  |  Public Access to Records  |  Terms of Use  |  Privacy

© 2023 Judicial Council of California

# EXHIBIT 2

EXHIBIT #-1

# Appellate Courts Case Information

Supreme Court

Change court

## Docket (Register of Actions)

**BECK v. DURAN (STATE BAR OF CALIFORNIA)**
Division SF
Case Number S276517

| Date | Description | Notes |
| --- | --- | --- |
| 09/17/2022 | Received: | Petition for Review (verification forthcoming) |
| 09/21/2022 | Petition for review filed | Petitioner: Justin S. Beck Pro Per |
| 09/21/2022 | Exhibit(s) lodged | Exhibits 1-3 |
| 09/26/2022 | Exhibit(s) lodged | Exhibit 4 Justin S. Beck, Petitioner Pro Per |
| 09/27/2022 | Petition stricken (case closed) | The petition for review filed September 21, 2022, is hereby stricken as premature. |

**Click here** to request automatic e-mail notifications about this case.

Careers  |  Contact Us  |  Accessibility  |  Public Access to Records  |  Terms of Use  |  Privacy

© 2023 Judicial Council of California

# EXHIBIT 3

EXHIBIT #-1

# Appellate Courts Case Information

Supreme Court

Change court

## Docket (Register of Actions)

**BECK v. DURAN (STATE BAR OF CALIFORNIA)**
Division SF
Case Number S276939

| Date | Description | Notes |
| --- | --- | --- |
| 10/18/2022 | Petition for review filed | Petitioner: Justin S. Beck<br>Pro Per |
| 10/18/2022 | Received: | Letter dated October 17, 2022, from State Bar of California. |
| 11/30/2022 | Petition for review denied | |

**Click here** to request automatic e-mail notifications about this case.

Careers  |  Contact Us  |  Accessibility  |  Public Access to Records  |  Terms of Use  |  Privacy

© 2023 Judicial Council of California

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Riverside, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University Avenue, Suite 560, Riverside, California 92501.

I hereby certify that on March 31, 2023, I electronically filed the foregoing REQUEST FOR JUDICIAL NOTICE AND EXHIBITS, with the Clerk of the Court by using the CM/ECF system. I certify that participants in the case that are registered CM/ECF users will receive service that will be accomplished by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by USPS, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Justin S. Beck
3501 Roselle St.
Oceanside, CA 92056

Executed on March 31, 2023, in Riverside, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Charmaine Apacible
Charmaine Apacible

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

1
PROOF OF SERVICE