```
1   RANDY S. GROSSMAN
    United States Attorney
2   STEPHANIE A. SOTOMAYOR
    Assistant U.S. Attorney
3   Illinois Bar No. 6325877
    Office of the U.S. Attorney
4   880 Front Street, Room 6293
    San Diego, CA 92101-8893
5   Tel/Fax: (619) 546-9590/7754
    Email: Stephanie.Sotomayor@usdoj.gov
6
7   Attorneys for the Attorney General and
    the United States of America
8
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CATANZARITE LAW CORPORATION; STATE OF CALIFORNIA; THE STATE BAR OF CALIFORNIA; ORANGE COUNTY SUPERIOR COURT; ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE; RUBEN DURAN, ESQ.; SUZANNE CELIA GRANDT, ESQ.; RICHARD FRANCIS O'CONNOR. JR.; MOHAMMAD ZAKHIEWH; JAMES DUFFY; KENNETH CATANZARITE, ESQ.; JIM TRAVIS TICE, ESQ.; NICOLE MARIE CATANZARITE WOODWARD, ESQ.; BRANDON WOODWARD, ESQ.; TIM JAMES O'KEEFE, ESQ.;  AMY JEANETTE COOPER; CLIFF HIGGERSON; ELI MAVID MORGENSTERN, ESQ.; LEAH WILSON. ESQ; ROBERT GEORGE RETANA; ELLIN DAVITYAN, ESQ; JOHN C. GASTELUM; JORGE E. NAVARETTE; GEORGE SARGENT CARDONA ESQ.; ANTHONY B. SCUDDER<br><br>　　　　　　Defendants,<br><br>UNITED STATES ATTORNEY GENERAL; UNITED STATES OF AMERICA<br><br>　　　　　　Nominal Defendants. | Case No. 22-CV-01616-AGS-DDL<br><br>**PROOF OF SERVICE** |

0

1  I, Stephanie Sotomayor, hereby declare as follows: I am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA, 92109-8893.

I am not a party to the above-entitled action. On March 31, 2023, I caused service of DEFENDANT UNITED STATES' AND ATTORNEY GENERAL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT upon participants in the case that are registered CM/ECF users, who will receive service that will be accomplished by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by U.S. First-Class Mail, to the following non-CM/ECF participants:

**Justin S. Beck**
3501 Roselle St.
Oceanside, CA 92056
Plaintiff, *Pro Se*


I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 31, 2023

*/s/ Stephanie A. Sotomayor*
STEPHANIE A. SOTOMAYOR
Assistant United States Attorney