FILED

MAR 3 0 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1  Justin S. Beck
   3501 Roselle St.,
2  Oceanside, CA 92056
   760-449-2509
3  justintimesd@gmail.com
4  *In Propria Persona*

5

6

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

7

8  JUSTIN S. BECK,                              ) Case No.: 3:22-CV-01616-AGS-DDL
                                                )
9            Plaintiffs,                         ) Judge:    Hon. Andrew G. Schopler
                                                )
10  vs.                                          )
                                                )
11  CATANZARITE LAW CORPORATION;                 ) **PLAINTIFF JUSTIN S. BECK'S**
    STATE OF CALIFORNIA; THE STATE BAR           ) **OPPOSITION TO ORANGE COUNTY**
12  OF CALIFORNIA; ORANGE COUNTY                  ) **DISTRICT ATTORNEY'S OFFICE'S**
    SUPERIOR COURT; ORANGE COUNTY                 ) **MOTION TO QUASH SERVICE;**
13  DISTRICT ATTORNEY'S OFFICE; RUBEN             ) **DECLARATION OF JUSTIN S. BECK IN**
    DURAN, ESQ.; SUZANNE CELIA                   ) **SUPPORT**
14                                               )
    GRANDT, ESQ.; RICHARD FRANCIS                ) Date:    May 9, 2023
15  O'CONNOR, JR.; MOHAMMED                       )
    ZAKHIREH; JAMES DUFFY; KENNETH               ) Time:    3:30 PM
16  CATANZARITE, ESQ.; JIM TRAVIS TICE,          )
    ESQ.; NICOLE MARIE CATANZARITE               ) Crtrm:   5C (5th Floor)
17  WOODWARD, ESQ.; BRANDON                       )
    WOODWWARD, ESQ.; TIM JAMES                   )
18  O'KEEFE, ESQ.; AMY JEANETTE                   )
    COOPER; CLIFF HIGGERSON; ELI DAVID           )
19  MORGENSTERN, ESQ.; LEAH WILSON,              )
    ESQ.; ROBERT GEORGE RETANA, ESQ.;            )
20  ELLIN DAVTYAN, ESQ.; JOHN C.                  )
    GASTELUM; JORGE E. NAVARETTE;                )
21  GEORGE SARGENT CARDONA, ESQ.;                )
    ANTHONY B. SCUDDER                           )
22                                               )
             Defendants,                         )
23                                               )
                                                )
24  UNITED STATES ATTORNEY GENERAL;              )
    UNITED STATES OF AMERICA                     )
25                                               )
            Nominal Defendants                   )
26                                               )
                                                )
27

28

---

**MEMORANDUM OF POINTS AND AUTHORITIES**

I.     INTRODUCTION

Defendant Orange County District Attorney's Office contends it was not served with the Summons and Second Amended Complaint. Document #53-1, p. 3, Lines 16:24.

II.     ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE WAS SERVED

On January 3, 2023, Plaintiff named Orange County District Attorney's Office (Docket #7). Plaintiff requested a waiver of service of summons by mail in accordance with the local rules to avoid the expense of service and procedural waste in this Court. Decl. ¶ 1. Orange County District Attorney's Office returned the first amended complaint to Plaintiff by mail, instructing him that Orange County District Attorney's Office service was not accepted by Orange County District Attorney's Office directly, and that service had to be made upon Orange County Board of Supervisors through Clerk of the Board. Decl, ¶ 2. A copy of the envelope Orange County District Attorney's Office used to send this direction is attached. Decl., ¶ 2, Ex. 1.

On February 27, 2023, Plaintiff filed the Second Amended Complaint. Docket #37. On February 27, 2023, the Second Amended Summons Issued. Docket #38. On March 8, 2023, at 3:19 PM, Raul Peraza, Jr., Registered California process server for ABC Legal Services, LLC served Orange County District Attorney's Office c/o Clerk of the Orange County Board of Supervisors at 400 W. Civic Center Dr., Sixth Floor, Santa Ana, CA 92701, the proof of which Plaintiff filed March 27, 2023. Docket #48. On March 28, 2023, Orange County District Attorney's Office told this Court that it had not been served. Docket #53. Plaintiff informed counsel of the error, for which he received no reply. Decl. ¶ 3, Ex. 2.

III.     CONCLUSION

Orange County District Attorney's Office has been properly served the Second Amended Complaint and Summons through a third-party process server in accordance with F.R.Civ.P. 4. A response is due to the Second Amended Complaint prior to the hearing on the motion to quash.

Respectfully Submitted,

March 29, 2023

_____

Justin S. Beck, *In Propria Persona*

**<u>DECLARATION OF JUSTIN S. BECK IN SUPPORT OF PLAINTIFF JUSTIN S. BECK'S</u>**

**<u>OPPOSITION TO ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE'S MOTION</u>**

**<u>TO QUASH SERVICE OF SECOND AMENDED COMPLAINT AND SUMMONS</u>**

    I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States and State of California. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the authenticity of each exhibit filed with this declaration.

1. I delivered a copy of my first amended complaint in this action to Orange County District Attorney's Office by United States Postal Service to avoid procedural waste and cost.

2. In response to my request for a waiver of summons, Orange County District Attorney's Office informed me expressly that service was to be made upon Orange County Board of Supervisors care of the Clerk of the Board, and that Orange County District Attorney's Office did not accept service for itself. A true and correct copy of the envelope containing my returned, first amended complaint by certified mail is attached as <u>Exhibit 1</u>.

3. Upon filing the Second Amended Complaint and issuance of a Second Amended Summons, I ordered service upon Clerk of the Orange County Board of Supervisors, which service was completed March 8, 2023. I informed counsel that their motion to quash was filed in error and received no response. A true and correct copy of my email to counsel is attached as <u>Exhibit 2</u>.

    I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY, SIGNED TODAY, MARCH 29, 2023, FROM OCEANSIDE CALIFORNIA.

Justin S. Beck, Declarant

EXHIBIT 1



OFFICE OF THE DISTRICT ATTORNEY
COUNTY OF ORANGE
Post Office Box 808
Santa Ana, California 92702-0808
Todd Spitzer, District Attorney

7015 1660 0000 0654 7299

Mr. Justin Beck
3501 Roselle Street
Oceanside, CA 92056

EXHIBIT 2

 **Gmail**

Justin Beck <justintimesd@gmail.com>

## Error in Motion to Quash 3:22-CV-01616-AGS-DDL

**Justin Beck** <justintimesd@gmail.com>                                   Tue, Mar 28, 2023 at 6:17 PM
To: courtemails@lbaclaw.com, csprenger@lbaclaw.com
Cc: response@ocgov.com

U.S. Southern District of California Case No. 3:22-CV-01616-AGS-DDL

Ms. Sprenger,

I just learned you filed a motion to quash in error.

Please note that prior service of this case to Orange County District Attorney's Office was directed to be served upon Orange County Board of Supervisors through the Office of Clerk.

As such, service was effected by a third-party process server, and proof was filed before you filed a motion to quash. See attached.

I understand you filed the motion to quash in error without recognizing Orange County District Attorney's Office was, in fact, served by a third-party process server with the Second Amended Complaint and Second Amended Summons.

If you need anything from me, please advise. Kindly withdraw your motion. I've attached the RICO Case Statement for your records as a courtesy, too.

Respectfully,

Justin S. Beck
--
==============
**Justin Beck**
**760-449-2509**

**3 attachments**

  **OCDA Service Proof .pdf**
  97K

  **OCDA Motion to Quash.pdf**
  298K

  **[Document #50] RICO Case Statement 3-22-cv-01616-AGS-DDL.pdf**
  6024K

**PROOF OF SERVICE**

I, Brian Bargabus, hereby declare that I am over 18 years of age and am not a party to this action, and that my address is 3501 Roselle St., Oceanside, CA 92056.

On March 30, 2023, I served one copy of the following document:

**PLAINTIFF JUSTIN S. BECK'S OPPOSITION TO ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE'S MOTION TO QUASH SERVICE**

Participants in the case who are registered CM/ECF users will be served when these papers are filed with the Court.

*See the CM/ECF service list.*

Electronic service is scheduled for delivery March 30, 2023, to the following email addresses:

Christina M. Sprenger                    csprenger@lbaclaw.com

Lawrence Beach Allen & Choi, PC          courtemails@lbaclaw.com

Postal service was made to the following address:

Lawrence Beach Allen & Choi, PC

ATTN: Christina M. Sprenger, Esq.

959 South Coast Drive, Suite 260

Costa Mesa, California 92626

By electronic mail by personally transmitting a true copy thereof via an electronic email service connected to the internet, addressed to the email address listed above [X].

By United States Postal Service by placing it in the mail the day of postage and filing [X].

I declare the foregoing to be true under penalty of perjury under the laws of the State of California and United States. I am signing this from Oceanside, California on March 30, 2023.

Brian Bargabus, Declarant

1                                    3:22-CV-01616-AGS-DDL