Ellin Davtyan, General Counsel (SBN: 238608)
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
845 S. Figueroa Street
Los Angeles CA 90017
Telephone: (213) 765-1000
Facsimile: (415) 538-2321

Robert G. Retana, Deputy General Counsel (SBN: 148677)
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105
Telephone: (415) 538-2388
Facsimile: (415) 538-2321
Email: robert.retana@calbar.ca.gov

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
JiEun Choi, Esq. (SBN: 224175)
jechoi@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone:   (510) 999-7908
Facsimile:   (510) 999-7918

Attorneys for Defendants
THE STATE BAR OF CALIFORNIA, RUBEN DURAN, SUZANNE CECILIA GRANDT, ELI DAVID MORGENSTERN, LEAH WILSON, ELLIN DAVTYAN, ROBERT RETANA and GEORGE CARDONA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK, individually, and as guardian ad litem to ROES 1-150,000,<br><br>Plaintiff,<br><br>v.<br><br>CATANZARITE LAW CORPORATION; THE STATE BAR OF CALIFORNIA; RUBEN DURAN, ESQ.; SUZANNE CECILIA GRANDT, ESQ.; RICHARD FRANCIS O'CONNOR, JR. MOHAMMED ZAKHIREH; JAMES DUFFY; STATE OF CALIFORNIA; KENNETH CATANZARITE, ESQ.; JIM TRAVIS TICE, ESQ.; NICOLE MARIE CATANZARITE WOODWARD, ESQ.; BRANDON WOODWARD, ESQ.; | Case No.  3:22-cv-01616-AGS-DDL<br><br>**DEFENDANTS THE STATE BAR OF CALIFORNIA, RUBEN DURAN, SUZANNE CECILIA GRANDT, ELI DAVID MORGENSTERN, LEAH WILSON, ELLIN DAVTYAN, ROBERT RETANA AND GEORGE CARDONA'S NOTICE OF ASSOCIATION OF COUNSEL** |

State Bar Defendants' Notice of Association of Counsel [3:22-cv-01616-AGS-DDL]

| | |
|---|---|
| 1 | TIM JAMES O'KEEFE, ESQ.; AMY JEANETTE COOPER; CLIFF HIGGERSON; JAMES DUFFY; ELI DAVID MORGENSTERN, ESQ.; LEAH WILSON, ESQ.; ROBERT GEORGE RETANA, ESQ.; ELLIN DAVTYAN, ESQ.; JOHN C. GASTELUM; JORGE E. NAVARETTE; GEORGE SARGENT CARDONA, ESQ.; and ANTHONY B. SCUDDER, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ellin Davtyan and Robert G. Retana, attorneys of record for Defendants THE STATE BAR OF CALIFORNIA, RUBEN DURAN, SUZANNE CECILIA GRANDT, ELI DAVID MORGENSTERN, LEAH WILSON, ELLIN DAVTYAN, ROBERT RETANA and GEORGE CARDONA (collectively "State Bar Defendants"), hereby associate Orbach Huff & Henderson LLP as co-counsel for the State Bar Defendants in this matter. The contact information for associated counsel is as follows:

> Kevin E. Gilbert, Esq. (SBN: 209236)
> kgilbert@ohhlegal.com
> JiEun Choi, Esq. (SBN: 224175)
> jechoi@ohhlegal.com
> **ORBACH HUFF & HENDERSON LLP**
> 6200 Stoneridge Mall Road, Suite 225
> Pleasanton, California 94588
> Telephone: (510) 999-7908/Facsimile: (510) 999-7918

All future correspondence, pleadings, and other documents served on the State Bar Defendants in this action should also be served on associated counsel at the address above.

I consent to the above association.

Dated: April 6, 2023

**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
By: ___/s/ Robert G. Retana_____
Ellin Davtyan, General Counsel
Robert G. Retana, Deputy General Counsel
Attorneys for Defendants
THE STATE BAR OF CALIFORNIA, RUBEN DURAN, SUZANNE CECILIA GRANDT, ELI DAVID MORGENSTERN, LEAH WILSON, ELLIN DAVTYAN, ROBERT RETANA and GEORGE CARDONA

ORBACH HUFF & HENDERSON LLP and attorneys Kevin E. Gilbert and JiEun Choi, hereby accept the above association.

Dated: April 6, 2023

Respectfully submitted,
**ORBACH HUFF & HENDERSON LLP**
By: ___/s/ Kevin E. Gilbert_____
Kevin E. Gilbert
JiEun Choi
Attorneys for Defendants
THE STATE BAR OF CALIFORNIA, RUBEN DURAN, SUZANNE CECILIA GRANDT, ELI DAVID MORGENSTERN, LEAH WILSON, ELLIN DAVTYAN, ROBERT RETANA and GEORGE CARDONA

State Bar Defendants' Notice of Association of Counsel [3:22-cv-01616-AGS-DDL]

| | |
|---|---|
| **PROOF OF SERVICE** | **FRCP RULE 5(b)** |

I, Jennifer Garcia, am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Orbach Huff & Henderson LLP, 6200 Stoneridge Mall Road, Suite 225, Pleasanton, California 94588.

On April 6, 2023, I served the foregoing:

- **DEFENDANTS THE STATE BAR OF CALIFORNIA, RUBEN DURAN, SUZANNE CECILIA GRANDT, ELI DAVID MORGENSTERN, LEAH WILSON, ELLIN DAVTYAN, ROBERT RETANA AND GEORGE CARDONA'S NOTICE OF ASSOCIATION OF COUNSEL**

on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows and I caused delivery to be made by the mode of service indicated below:

| Justin S. Beck<br>3501 Roselle Street<br>Oceanside, CA  92056 | Plaintiff Pro Se<br>Telephone:   (760) 449-2509<br>Email:             justintimesd@gmail.com |
|---|---|

[ X ]  (***By E-Mail or Electronic Transmission***) I caused a copy of the document(s) to be sent from e-mail address jgarcia@ohhlegal.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X ]  (***Regular U.S. Mail***) on the parties in this action in accordance with Code of Civil Procedure section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepaid, in the U.S. Mail at Pleasanton, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Pleasanton, California, in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 6, 2023, at Pleasanton, California.



_____
  Jennifer Garcia