1  Christina M. Sprenger, Esq. [State Bar No. 205105]
2  E-mail: csprenger@lbaclaw.com
   LAWRENCE BEACH ALLEN & CHOI, PC
3  E-mail: courtemails@lbaclaw.com
   959 South Coast Drive, Suite 260
4  Costa Mesa, California 92626
5  Telephone No.: (714) 479-0180

6  Attorneys for Defendant
7  ORANGE COUNTY DISTRICT ATTORNEY

8             **UNITED STATES DISTRICT COURT**
9             **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| JUSTIN S. BECK, | Case No.: 3:22-CV-01616-BAS-DDL |
| Plaintiff, | **NOTICE OF WITHDRAW OF MOTION TO QUASH SERVICE FILED BY DEFENDANT ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE** |
| vs. | |
| CATANZARITE LAW CORPORATION; STATE OF CALIFORNIA; THE STATE BAR OF CALIFORNIA; ORANGE COUNTY SUPERIOR COURT; ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE; RUBEN DURAN, ESQ.; SUZANNE CELIA GRANDT, ESQ.; RICHARD FRANCIS O'CONNOR, JR.; MOHAMMED ZAKHIREH; JAMES DUFFY; KENNETH CATANZARITE, ESQ.; JIM TRAVIS TICE, ESQ.; NICOLE MARIE CATANZARITE WOODWARD, ESQ.; BRANDON WOODWARD, ESQ.; TIM JAMES O'KEEFE, ESQ.; AMY JEANETTE COOPER; CLIFF HIGGERSON; ELI DAVID MORGENSTERN, ESQ.; LEAH, WILSON, ESQ.; ROBERT GEORGE RETANA, ESQ.; ELLIN | **Matter for Determination before the Honorable Andrew G. Schopler** |

1
NOTICE OF WITHDRAWAL OF OCDA'S MOTION TO QUASH SERVICE

|   |   |   |
|---|---|---|
| 1 | DAVTYAN, ESQ.; JOHN C. GASTELUM; JORGE E. NAVARETTE; GEORGE SARGENT CARDONA, ESQ.; ANTHONY B. SCUDDER, | ) ) ) ) ) |
|   | Defendants. | ) ) |
|   | UNITED STATES ATTORNEY GENERAL; UNITED STATES OF AMERICA, | ) ) ) ) ) |
|   | Nominal Defendants. | ) ) ) |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD, IF ANY:

PLEASE TAKE NOTICE that Defendant ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE hereby withdraws its Motion To Quash Service Of Summons And First Amended Complaint, And Summons And Second Amended Complaint Pursuant To FRCP 12(b)(5), which was filed on March 28, 2023. [Dkt. Nos. 53 and 53-1].

PLEASE TAKE FURTHER NOTICE, that concurrently with this notice, Defendant Orange County District Attorney's Office is filing its Motion to Dismiss Plaintiff's Second Amended Complaint.

Respectfully submitted,

Dated: April 7, 2023            LAWRENCE BEACH ALLEN & CHOI, PC

By   /s/ Christina M. Sprenger
     CHRISTINA M. SPRENGER
     Attorneys for Defendant
     ORANGE COUNTY DISTRICT ATTORNEY

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Debbie Pryor, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 959 South Coast Drive, Suite 260, Costa Mesa, California 92626.

On April 7, 2023, I served the **NOTICE OF WITHDRAW OF MOTION TO QUASH SERVICE FILED BY DEFENDANT ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE** on the interested parties in this action by causing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Justin S. Beck
E-mail: justintimesd@gmailcom
3501 Roselle Street
Oceanside, California 92056
Telephone: (760) 449-2509
*Plaintiff in Pro Per*

_X_  BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2023, at Costa Mesa, California.

*[signature: Debbie Pryor]*
Declarant[1]

---

[1] As required, the above-referenced document is accompanied by an unsigned affidavit of service, to be signed by the Declarant following service. The method of service and date of service listed herein are to be used in calculating dates triggered by service of this document. The Declarant will maintain the signed original of this affidavit and will submit it to the Court if appropriate.

1
NOTICE OF WITHDRAWAL OF OCDA'S MOTION TO QUASH SERVICE