| | |
|---|---|
| 1 | Christina M. Sprenger, Esq. [State Bar No. 205105] |
| 2 | E-mail: csprenger@lbaclaw.com |
| | LAWRENCE BEACH ALLEN & CHOI, PC |
| 3 | E-mail: courtemails@lbaclaw.com |
| | 959 South Coast Drive, Suite 260 |
| 4 | Costa Mesa, California 92626 |
| 5 | Telephone No.: (714) 479-0180 |
| 6 | Attorneys for Defendant |
| 7 | ORANGE COUNTY DISTRICT ATTORNEY |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUSTIN S. BECK, | ) | Case No.: 3:22-CV-01616-BAS-DDL |
| Plaintiff, | ) ) ) | **DEFENDANT ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE'S** |
| vs. | ) ) | **NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED** |
| CATANZARITE LAW CORPORATION; STATE OF CALIFORNIA; THE STATE BAR OF CALIFORNIA; ORANGE COUNTY SUPERIOR COURT; ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE; RUBEN DURAN, ESQ.; SUZANNE CELIA GRANDT, ESQ.; RICHARD FRANCIS O'CONNOR, JR.; MOHAMMED ZAKHIREH; JAMES DUFFY; KENNETH CATANZARITE, ESQ.; JIM TRAVIS TICE, ESQ.; NICOLE MARIE CATANZARITE WOODWARD, ESQ.; BRANDON WOODWARD, ESQ.; TIM JAMES O'KEEFE, ESQ.; AMY JEANETTE COOPER; CLIFF HIGGERSON; ELI DAVID MORGENSTERN, ESQ.; LEAH, WILSON, ESQ.; ROBERT GEORGE RETANA, ESQ.; ELLIN | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **COMPLAINT** <br><br> Date: May 9, 2023 <br> Time: 3:00 p.m. <br> Crtrm: 5C (5th Floor) <br><br> *[Memorandum of Points and Authorities filed concurrently herewith]* <br><br><br><br><br><br><br><br> **Matter for Determination before the Honorable Andrew G. Schopler** |

1
OCDA'S NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT

|   |   |   |
|---|---|---|
| 1 | DAVTYAN, ESQ.; JOHN C. | ) |
| 2 | GASTELUM; JORGE E. NAVARETTE; | ) |
|   | GEORGE SARGENT CARDONA, | ) |
| 3 | ESQ.; ANTHONY B. SCUDDER, | ) |
| 4 |   | ) |
|   | Defendants. | ) |
| 5 | _____ | ) |
| 6 |   | ) |
| 7 | UNITED STATES ATTORNEY | ) |
|   | GENERAL; UNITED STATES OF | ) |
| 8 | AMERICA, | ) |
| 9 |   | ) |
|   | Nominal Defendants. | ) |
| 10 | _____ | ) |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD, IF ANY:

PLEASE TAKE NOTICE that on May 9, 2023, at 3:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5C (5th Floor), located at 221 West Broadway, San Diego, California 92101, Defendant Orange County District Attorney's Office will and hereby does move this Court, pursuant to Rule 8 and Rule 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of Plaintiff's Complaint.

Plaintiff's claims against the OCDA fail on the following grounds:

1. Plaintiff's SAC does not comply with Rule 8 of the Federal Rules of Civil Procedure or this Court's February 14, 2023 Order (Dkt. No. 35) addressing same.
2. Plaintiff's SAC fails to state facts or legal theories that would support a claim against the OCDA.
3. As to "Count VI-California Government Code § 815.6," Plaintiff's SAC fails to identify the statutory basis for his claim against the OCDA, which is a public entity defendant. *See,*

*Clausing v. San Francisco Unified School Dist.*, 221 Cal.App.3d 1224, 1238, 1241 (1990).

4. OCDA does not have jurisdiction to prosecute federal racketeering crimes.

5. Even if OCDA did have jurisdiction over federal racketeering crimes, it has complete prosecutorial immunity in initiating and presenting state prosecutions, and there can be no liability in this case, despite Plaintiff's detailed and extensive fact pattern.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, this Court's file, and upon such further evidence as may be presented at or before the hearing.

Further, this Motion is brought pursuant to good faith effort to confer with Plaintiff regarding his claims against the OCDA, which defense counsel initiated and conducted via written correspondence and multiple email exchanges beginning on March 30, 2023. The parties were unable to resolve the issue, necessitating this Motion.

Respectfully submitted,

Dated: April 7, 2023            LAWRENCE BEACH ALLEN & CHOI, PC


By   /s/ Christina M. Sprenger
   CHRISTINA M. SPRENGER
   Attorneys for Defendant
   ORANGE COUNTY DISTRICT ATTORNEY

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Debbie Pryor, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 959 South Coast Drive, Suite 260, Costa Mesa, California 92626.

On April 7, 2023, I served the **DEFENDANT ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** on the interested parties in this action by causing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Justin S. Beck
E-mail: justintimesd@gmailcom
3501 Roselle Street
Oceanside, California 92056
Telephone: (760) 449-2509
*Plaintiff in Pro Per*

_X_  BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2023, at Costa Mesa, California.

*[signature: Debbie Pryor]*
_____
Declarant[1]

---

[1] As required, the above-referenced document is accompanied by an unsigned affidavit of service, to be signed by the Declarant following service. The method of service and date of service listed herein are to be used in calculating dates triggered by service of this document. The Declarant will maintain the signed original of this affidavit and will submit it to the Court if appropriate.