

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Justin S. BECK,

                      Plaintiff,

        V.

CATANZARITE LAW CORPORATION, et al.,

                      Defendant.

**FILED** 4/12/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: J. Simmons, Deputy

Civil No. 22-cv-1616-AGS-DDL

### STRICKEN DOCUMENT:

RESPONSE in Opposition re 54 MOTION to Dismiss
Plaintiff's Second Amended Complaint

**Per Order #    71**