

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Justin S. BECK,

                            **Plaintiff,**

            V.

CATANZARITE LAW CORPORATION, et al.,

                            **Defendant.**

**FILED**

4/24/2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:          J. Simmons , Deputy

Civil No.  22-cv-1616-AGS-DDL

### STRICKEN DOCUMENT:
Correction to Second Amended Complaint (Doc. No. 37)

### Per Order #     71

69