UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin S. BECK,<br><br>                          Plaintiff,<br><br>v.<br><br>CATANZARITE LAW CORPORATION, et al.,<br><br>                         Defendants. | Case No.: 22-cv-1616-AGS-DDL<br><br>**ORDER STRIKING PLAINTIFF'S FILINGS (ECF 66 & 69) AND TAKING UNDER SUBMISSION MOTION TO DISQUALIFY (ECF 70)** |

The Court **STRIKES** both "Supplemental #2 to Second Amended Complaint" (ECF 66) and "Correction to Second Amended Complaint" (ECF 69). If these filings are meant to amend the complaint, they are improper as they lack "the opposing party's written consent or the court's leave." *See* Fed. R. Civ. P. 15(a)(2). Likewise, if these filings are meant to supplement a pleading, they are improper, as they were filed without "reasonable notice" and the court's leave. *See* Fed. R. Civ. P. 15(d).

The Court takes plaintiff's motion to disqualify the Catanzarite Law Corporation (ECF 70) under submission. The May 30, 2023 hearing is vacated. Plaintiff is admonished that parties are required to call the Court to reserve hearing dates on motions. *See* CivLR 7.1(b).

Dated: April 27, 2023

                                                Andrew G. Schopler
                                                United States District Judge