| | |
|---|---|
| 1 | RANDY S. GROSSMAN |
| | United States Attorney |
| 2 | STEPHANIE A. SOTOMAYOR |
| | Assistant U.S. Attorney |
| 3 | Illinois Bar No. 6325877 |
| | Office of the U.S. Attorney |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, CA 92101-8893 |
| 5 | Tel/Fax: (619) 546-9590/7754 |
| 6 | Email: Stephanie.Sotomayor@usdoj.gov |
| 7 | Attorneys for the Attorney General and |
| | the United States of America |
| 8 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK, | Case No. 22-CV-01616-AGS-DDL |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| CATANZARITE LAW CORPORATION; STATE OF CALIFORNIA; THE STATE BAR OF CALIFORNIA; ORANGE COUNTY SUPERIOR COURT; ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE; RUBEN DURAN, ESQ.; SUZANNE CELIA GRANDT, ESQ.; RICHARD FRANCIS O'CONNOR. JR.; MOHAMMAD ZAKHIEWH; JAMES DUFFY; KENNETH CATANZARITE, ESQ.; JIM TRAVIS TICE, ESQ.; NICOLE MARIE CATANZARITE WOODWARD, ESQ.; BRANDON WOODWARD, ESQ.; TIM JAMES O'KEEFE, ESQ.;  AMY JEANETTE COOPER; CLIFF HIGGERSON; ELI DAVID MORGENSTERN, ESQ.; LEAH WILSON. ESQ; ROBERT GEORGE RETANA; ELLIN DAVITYAN, ESQ; JOHN C. GASTELUM; JORGE E. NAVARETTE; GEORGE SARGENT CARDONA ESQ.; ANTHONY B. SCUDDER | |
| Defendants, | |
| UNITED STATES ATTORNEY GENERAL; UNITED STATES OF AMERICA | |
| Nominal Defendants. | |

I, Stephanie Sotomayor, hereby declare as follows: I am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA, 92109-8893.

I am not a party to the above-entitled action. On May 1, 2023, I caused service of DEFENDANT UNITED STATES' AND ATTORNEY GENERAL'S REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT upon participants in the case that are registered CM/ECF users, who will receive service that will be accomplished by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by U.S. First-Class Mail, to the following non-CM/ECF participants:

**Justin S. Beck**
3501 Roselle St.
Oceanside, CA 92056
Plaintiff, *Pro Se*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2023

/s/ *Stephanie A. Sotomayor*
STEPHANIE A. SOTOMAYOR
Assistant United States Attorney