UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Justin S. BECK,<br><br>Plaintiff,<br><br>v.<br><br>CATANZARITE LAW CORPORATION, et al.,<br><br>Defendants. | Case No.: 22-cv-1616-AGS-DDL<br><br>**ORDER VACATING HEARING AND TAKING MOTIONS UNDER SUBMISSION (ECF 39, 41, 45, 54, 55, and 64)** |
|---|---|

Six motions to dismiss (ECF 39, 41, 45, 54, 55, and 64) are set for hearing May 9, 2023. Having reviewed the parties' briefing, the Court finds the issues suitable for disposition without oral argument. So, the Court takes the motions under submission and vacates that hearing.

Dated: May 3, 2023

Andrew G. Schopler
United States District Judge