1  Kenneth J. Catanzarite (SBN 113750)
   kcatanzarite@catanzarite.com
2  CATANZARITE LAW CORPORATION
   2331 West Lincoln Avenue
3  Anaheim, California 92801
   Tel: (714) 520-5544
4  Fax: (714) 520-0680

5  Attorneys for Defendants Kenneth J. Catanzarite,
   Catanzarite Law Corporation, Brandon Woodward,
6  Tim James O'Keefe, Amy Jeanette Cooper, Cliff
   Higgerson, Mohammad Zakhireh, Richard Francis
7  O'Connor, Jr., James Duffy, Anthony Scudder, and
   Nicole M. Catanzarite-Woodward
8

9               **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11 | JUSTIN S. BECK, individually, and as          Case No. 3:22-cv-01616-AGS-DDL
   | *guardian ad litem* to ROES 1-150,000,
12 | and as *guardian ad litem* to U.S.A.,

13 |              Plaintiffs,                       **DECLARATION OF KENNETH
                                                    J. CATANZARITE IN SUPPORT
14 | v.                                             OF OPPOSITION TO
                                                    PLAINTIFF'S MOTION TO
15 | CATANZARITE LAW                                DISQUALIFY CATANZARITE
   | CORPORATION, et al.,                           LAW CORPORATION AND ITS
16 |                                                ATTORNEYS
   |              Defendants.
17 |                                                Date: May 30, 2023
                                                    Time: 3:00 p.m.
18 |                                                Courtroom: 5C, 5th Floor

19                                                  [Hearing Vacated Per ECF 71]

20                                                  Judge : Hon. Andrew G. Schopler

21

22

23

24

25

26

27

28

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

## **DECLARATION OF KENNETH J. CATANZARITE**

I, Kenneth J. Catanzarite, have personal knowledge of each fact set forth in this declaration based upon my observation of, participation in, and recollection of, the matters and events to which I declare.  I could and would competently testify to each fact set forth in this declaration if called and duly sworn by this Court.  I certify and declare as follows:

1.      I am over the age of 18.

2.      I am a resident of the State of California.

3.      I am licensed to appear before this Court and the courts of the State of California.

4.      I am a principal of Catanzarite Law Corporation ("CLC"),

5.      I and CLC are defendants in this action along other CLC attorneys Brandon Woodward, Tim James O'Keefe  and Nicole Catanzarite-Woodward (collectively "CLC Attorneys"), as well as Defendants Amy Jeanette Cooper, Cliff Higgerson, Mohammad  Zakhireh, Richard Francis  O'Connor, Jr., James Duffy and Anthony Scudder (collectively "Non-Attorney Defendants").

6.      CLC Attorneys and Non-Attorney Defendants are also defendants in the action currently pending before the Orange County Superior Court styled *Justin S. Beck v. Kenneth J. Catanzarite, et al*, Orange County Superior Court Case No. 30-2020-01145998 (the "Orange County Action") commenced on May 26, 2020 in which CLC is counsel of record.

7.      I and CLC are also counsel of record in the following matters pending in Orange County Superior Court:  *Denise Pinkerton, an individual as attorney in fact for Roger D. Root, individually and as successor in interest to the claims of his deceased Spouse Sharon K. Root v. Richard Joseph Probst, et al*, Case No. 30-2018-01018922 (the "Pinkerton Action" or "Root Action"); and *Mobile Farming Systems, Inc. v. Richard Joseph Probst, et al*, Case No. 30-2019-01046904 (the "MFS Action").  I and CLC were also counsel of record

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

2.

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

for the plaintiffs in the matter styled *Richard Mesa, et al. v. Richard Joseph Probst, et al.*, OCSC Case No. 30-9 2019-01064267, but were disqualified on a motion from CTI.

8.     Attorney Defendants have never represented Mr. Beck in any capacity, nor obtained any confidences from Mr. Beck.  Attorney Defendants have never had a confidential or fiduciary relationship with Mr. Beck.

9.     I contacted Non-Attorney Defendants to fully inform them of this action as well as Mr. Beck's present motion to disqualify Attorney Defendants, including allegations of conflicts of interest with them and others, advised them of the legal implications to waiving conflicts of interest and to discuss the same with independent counsel.

10.     I reasonably believe I, CLC and its attorneys will be able to provide competent and diligent representation to each of Non-Attorney Defendants in this case just as we have been doing for the past several years, that this representation will be zealous, that our representation is not prohibited by law, and our representation does not involve the assertion of a claim by one client against another client represented by CLC in this action or other proceeding before a tribunal.

11.     Mr. Beck accuses me of bribery and extortion.  The accusations are false.

12.     Attached hereto as Exhibit "A" is a true and accurate conformed copy of the *Complaint for Damages: 1) Malicious Prosecution; 2) Unfair Business Practices; 3) Slander of Title; 4) Intentional Infliction of Emotional Distress* filed May 26, 2020 in the Orange County Action.

13.     Attached hereto as Exhibit "B" is a true and accurate copy of *Appellant's Motion to Disqualify Respondents' Counsel Catanzarite La W Corporation* filed August 18, 2021 in the matter styled *Justin S. Beck v. Catanzarite Law Corporation , et al,*. Fourth Appellate District, Division Three

3.

1    Court of Appeal Case No. G059766.

2         14.    Attached hereto as Exhibit "C" is a true and accurate copy of

3    *Defendants' Joinder in Cultivation Technologies, Inc.'s Motion to Disqualify*

4    *Catanzarite Law Corporation* which I received as counsel in the Root Action.

5         15.    Attached hereto as Exhibit "D" is a true and accurate copy of

6    *Defendants' Joinder in Cultivation Technologies, Inc.'s Motion to Disqualify*

7    *Catanzarite Law Corporation* which I received as counsel in the MFS Action.

8         16.    Attached hereto as Exhibit "E" is a true and accurate copy of

9    *Defendants' Joinder in Cultivation Technologies, Inc.'s Motion to Disqualify*

10   *Catanzarite Law Corporation* which I received as counsel in the Mesa Action.

11        17.    Attached hereto as Exhibit "F" is a true and accurate certified copy of

12   the January 10, 2020 Minute Order issued by the Orange County Superior Court in

13   the Root Action.

14        18.    Attached hereto as Exhibit "G" is a true and accurate certified copy of

15   the January 10, 2020 Minute Order issued by the Orange County Superior Court in

16   the MFS Action.

17        19.    Attached hereto as Exhibit "H" is a true and accurate certified copy of

18   the January 10, 2020 Minute Order issued by the Orange County Superior Court in

19   the Mesa Action.

20        20.    Attached hereto as Exhibit "I" is a true and accurate conformed copy

21   of *Kenneth Catanzarite, Catanzarite Law Corporation, Richard Francis*

22   *O'Connor, Jr., James Duffy, and Mohammed Zakhireh's Notice of and Demurrer*

23   *to Complaint* filed and served September 15, 2020 in the Orange County Action.

24        21.    Attached hereto as Exhibit "J" is a true and accurate conformed copy

25   of *Defendants Mobile Farming Systems, Inc., Amy Jeanette Cooper, Cliff*

26   *Higgerson, Tony Scudder, TGAP Holdings, LLC, Aroha Holdings, Inc., Brandon*

27   *Woodward, and Tim O'Keefe's Notice of and Demurrer to Complaint* filed and

28   served September 15, 2020 in the Orange County Action.

CATANZARITE LAW CORPORATION
2331 WEST LINCOLN AVENUE
ANAHEIM, CALIFORNIA 92801
TEL: (714) 520-5544 • FAX: (714) 520-0680

4.

**Catanzarite Declaration ISO Opposition to Motion to Disqualify**

1   I declare under penalty of perjury under the laws of the States of California

2 that the foregoing is true and correct.

3   Executed on May 16, 2023 at Anaheim, California.

4

5

6        Kenneth J. Catanzarite

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544 • Fax: (714) 520-0680

5.

**Catanzarite Declaration ISO Opposition to Motion to Disqualify**

PROOF OF SERVICE

STATE OF CALIFORNIA          )
COUNTY OF ORANGE             )      ss:

    The undersigned certifies and declares as follows:

    I am over the age of 18 and not a party to this action.  My business address is 2331 West Lincoln Avenue, Anaheim, California 92801, which is in the county where the mailing described below took place.

    On May 16, 2023 I served the within **DECLARATION OF KENNETH J. CATANZARITE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY CATANZARITE LAW CORPORATION AND ITS ATTORNEYS** by:

[ ]   (Facsimile Transmission) I caused the above mentioned document to be served by facsimile transmission to the parties at the fax numbers listed on the attached service list.

[X]   (CM/ECF electronic notification ) I am readily familiar with the ECF filng system and caused a true and correct copy thereof to be served electronically via CM/ECF electronic notification to:

- JiEun Choi
  jechoi@ohhlegal.com, jgarcia@ohhlegal.com, elabella@ohhlegal.com

- Ellin Davtyan
  ellin.davtyan@calbar.ca.gov

- Kevin E Gilbert
  kgilbert@ohhlegal.com, jgarcia@ohhlegal.com elabella@ohhlegal.com

- Robert George Retana
  robert.retana@calbar.ca.gov

//

- Stephanie Amanda Sotomayor
  stephanie.sotomayor@usdoj.gov,  efile.dkt.civ@usdoj.gov
  sandra.huston@usdoj.gov

- U S Attorney CV
  Efile.dkt.civ@usdoj.gov

- Tim Jude Vanden Heuvel
  tim.vandenheuvel@doj.ca.gov,
  Rhonda.Mallory@doj.ca.gov,  Azucena.Lopez@doj.ca.gov
  Tania.Hopkins@doj.ca.gov, tatianna.huckstep@doj.ca.gov

[X]  (E-mail and U.S. Mail) I caused the above mentioned document to be served via PDF e-mail attachment and placed a true and correct copy thereof in a sealed envelope addressed as set forth below and caused such envelope, with first class postage thereon fully prepaid, to be placed in the U.S. Mail at Anaheim, California, and certify that such envelope was placed for collection and mailing following ordinary business practices.

> Justin Beck (Pro Per)
> 3501 Roselle St.
> Oceanside, CA 92056
> justintimesd@gmail.com

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed May 16, 2023 at Anaheim, California.

_____
Typed Name: Becky Phillips