DocuSign Envelope ID: D93931AF-1239-46DC-BE02-D6021004B38D

Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680

Attorneys for Defendants Kenneth J. Catanzarite, Catanzarite Law Corporation, Brandon Woodward, Tim James O'Keefe, Amy Jeanette Cooper, Cliff Higgerson, Mohammad Zakhireh, Richard Francis O'Connor, Jr., James Duffy, Anthony Scudder, and Nicole M. Catanzarite-Woodward

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK, individually, and as *guardian ad litem* to ROES 1-150,000, and as *guardian ad litem* to U.S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>CATANZARITE LAW CORPORATION, et al.,<br><br>Defendants. | Case No. 3:22-cv-01616-AGS-DDL<br><br>**DECLARATION OF AMY JEANETTE COOPER IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY CATANZARITE LAW CORPORATION AND ITS ATTORNEYS**<br><br>Date: May 30, 2023<br>Time: 3:00 p.m.<br>Courtroom: 5C, 5th Floor<br><br>[Hearing Vacated Per ECF 71]<br><br>Judge : Hon. Andrew G. Schopler |

## DECLARATION OF AMY JEANETTE COOPER

I, Amy Jeanette Cooper, have personal knowledge of each fact set forth in this declaration based upon my observation of, participation in, and recollection of, the matters and events to which I declare. I could and would competently testify to each fact set forth in this declaration if called and duly sworn by this Court. I certify and declare as follows:

1. I am over the age of 18.

2. I am a resident of the State of California.

3. I am a named defendant in this action along with others, including Catanzarite Law Corporation ("CLC") and its attorneys Kenneth J. Catanzarite ("Catanzarite"), Brandon Woodward, Tim James O'Keefe and Nicole Catanzarite-Woodward (collectively "CLC Attorneys").

4. I am also a defendant in the action currently pending before the Orange County Superior Court styled *Justin S. Beck v. Kenneth J. Catanzarite, et al*, Orange County Superior Court Case No. 30-2020-01145998 (the "Orange County Action") commenced on May 26, 2020 in which CLC Attorneys are also named defendants.

5. I have been represented by CLC and its attorneys in the Orange County Action since 2020, including on appeal where Mr. Beck unsuccessfully sought to disqualify CLC and its attorneys from representing me and others in the Orange County Action.

6. Mr. Catanzarite has fully informed me of Mr. Beck's actions and Mr. Beck's allegations of conflicts of interest which Mr. Beck has continued to allege for several years, including the present motion to disqualify CLC Attorneys from the instant action.

7. I have reviewed California Rules of Professional Conduct 1.7, and based upon my understanding of what Mr. Beck identifies as conflicts of interest (and which is advanced in his pending motion to disqualify the CLC Attorneys

2.
Cooper Declaration ISO Opposition to Motion to Disqualify

1  just as he unsuccessfully did in the Orange County Action) and after Mr.
2  Catanzarite advised me of the legal implications to waiving conflicts of interest
3  and to discuss the same with independent counsel, I hereby provide my informed
4  written consent to waive the alleged actual and/or any potential conflicts of
5  interest from CLC Attorneys representing me in the instant action.

6      8.    Further, as in the Orange County Action I want CLC Attorneys to
7  continue to represent me in this action and I strenuously object to their
8  disqualification.

9      I declare under penalty of perjury under the laws of the States of California
10 that the foregoing is true and correct.

11 Executed on ____5/12/2023____ at ____Tiburon_____, California.

DocuSigned by:

*Amy Cooper*

A49AC7E2DF5043A...

Amy Jeanette Cooper

Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544 • Fax: (714) 520-0680

3.
**Cooper Declaration ISO Opposition to Motion to Disqualify**

PROOF OF SERVICE

STATE OF CALIFORNIA      )
COUNTY OF ORANGE         )   ss:

The undersigned certifies and declares as follows:

I am over the age of 18 and not a party to this action. My business address is 2331 West Lincoln Avenue, Anaheim, California 92801, which is in the county where the mailing described below took place.

On May 16, 2023 I served the within **DECLARATION OF AMY JEANETTE COOPER IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY CATANZARITE LAW CORPORATION AND ITS ATTORNEYS** by:

[ ]   (Facsimile Transmission) I caused the above mentioned document to be served by facsimile transmission to the parties at the fax numbers listed on the attached service list.

[X]   (CM/ECF electronic notification ) I am readily familiar with the ECF filng system and caused a true and correct copy thereof to be served electronically via CM/ECF electronic notification to:

- JiEun Choi
  jechoi@ohhlegal.com, jgarcia@ohhlegal.com, elabella@ohhlegal.com

- Ellin Davtyan
  ellin.davtyan@calbar.ca.gov

- Kevin E Gilbert
  kgilbert@ohhlegal.com, jgarcia@ohhlegal.com elabella@ohhlegal.com

- Robert George Retana
  robert.retana@calbar.ca.gov

//

- Stephanie Amanda Sotomayor
  stephanie.sotomayor@usdoj.gov, efile.dkt.civ@usdoj.gov
  sandra.huston@usdoj.gov

- U S Attorney CV
  Efile.dkt.civ@usdoj.gov

- Tim Jude Vanden Heuvel
  tim.vandenheuvel@doj.ca.gov,
  Rhonda.Mallory@doj.ca.gov, Azucena.Lopez@doj.ca.gov
  Tania.Hopkins@doj.ca.gov, tatianna.huckstep@doj.ca.gov

[X] (E-mail and U.S. Mail) I caused the above mentioned document to be served via PDF e-mail attachment and placed a true and correct copy thereof in a sealed envelope addressed as set forth below and caused such envelope, with first class postage thereon fully prepaid, to be placed in the U.S. Mail at Anaheim, California, and certify that such envelope was placed for collection and mailing following ordinary business practices.

  Justin Beck (Pro Per)
  3501 Roselle St.
  Oceanside, CA 92056
  justintimesd@gmail.com

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed May 16, 2023 at Anaheim, California.

*(signature)*
Typed Name: Becky Phillips