UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK,<br><br>       Plaintiff,<br><br>v.<br><br>CATANZARITE LAW CORPORATION, et al.,<br><br>       Defendants. | Case No.: 22-cv-1616-AGS-DDL<br><br>**ORDER DENYING REQUEST FOR EARLY NEUTRAL EVALUATION CONFERENCE AND/OR SUPERVISED DISCOVERY CONFERENCE**<br><br>**[Dkt. No. 87]** |

Before the Court is Plaintiff's Request for Early Neutral Evaluation Conference and/or Supervised Discovery Conference. Dkt. No. 87. The District's Local Rules require the Court to schedule an ENE within 45 days of the filing of an answer, although the parties may request that an ENE be convened before the pleadings are closed. CivLR 16.1.c.1.

The Court's review of the docket demonstrates that Plaintiff has sued more than two dozen individuals and entities, none of whom has yet answered Plaintiff's Second Amended Complaint ("SAC"). Dkt. No. 37. There are seven motions to dismiss the SAC pending. *See* Dkt. Nos. 39, 41, 43, 45, 54, 55, and 64. Many of those motions, if successful, would resolve all claims against the moving Defendants, as they raise issues of jurisdiction, immunity from suit, res judicata,

and failure to state a claim. *See, e.g.*, Dkt. Nos. 41, 43 and 54.  The District Court has not yet ruled on the pending motions to dismiss nor issued any order regarding what, if any, amendment to Plaintiff's SAC might be necessary or permitted.  *Cf.* Dkt. No. 87 at 2 (Plaintiff asserting that an early ENE or discovery conference "could be valuable in amending Plaintiff's pleadings if needed after disposition of pending motions to dismiss").

On this record, the Court finds that neither an expedited ENE nor an early Rule 26 discovery conference "would assist in the reduction of expense and delay in the case." *See* CivLR 16.1.c.1.  To the contrary, the Court finds that the Court's and the parties' resources are best conserved by conducting the ENE after the pleadings are settled.

For these reasons, Plaintiff's Request for Early Neutral Evaluation Conference and/or Supervised Discovery Conference [Dkt. No. 87] is **DENIED**.

**IT IS SO ORDERED**.

Dated:  May 22, 2023

*/s/ David Leshner*
—————————————————
Honorable David D. Leshner
United States Magistrate Judge